FILED

MAY 2 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN,<br>   8239 Anderson Drive<br>   Fairfax, VA 22031<br><br>       Plaintiff,<br><br>v.<br><br>RADIO FREE ASIA,<br>   2025 M Street, N.W.<br>   Suite 300<br>   Washington, DC 20036<br><br>       Defendant. | CASE NUMBER 1:05CV01042<br><br>JUDGE: Ricardo M. Urbina<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 05/24/2005 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Radio Free Asia ("RFA"), by counsel, hereby notifies this court of the removal of Civil Action No. 05-0003417, which was filed in the Superior Court of the District of Columbia. As grounds for removing this action, RFA states the following:

    1.    On May 3, 2005, plaintiff Khin Maung Than filed this action, <u>Khin Maung Than v. Radio Free Asia</u>, in the Superior Court of the District of Columbia, Civil Action No. 05-0003417.

    2.    The Complaint was not served or otherwise provided to RFA until May 6, 2005.

3. In his Complaint, Mr. Than alleges violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq., as amended.

4. Because this action contains a federal question, the entire action is removable as a matter of right pursuant to 28 U.S.C. § 1441(b)-(c).

5. Written notice of this Notice of Removal will be served upon all adverse parties.

6. A copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the District of Columbia.

7. A copy of all process and pleadings served in this action, constituting the entire local court file in this matter, is attached hereto.

WHEREFORE, Defendant requests that this action proceed in this Court.

                    Respectfully submitted,

                    HOGAN & HARTSON L.L.P.

                    _____

                    Gil A. Abramson (Bar # 237994)
                    111 South Calvert Street, Suite 1600
                    Baltimore, MD 21202
                    (410) 659-2700 (telephone)
                    (410) 539-6981 (facsimile)

                    Gregory M. Petouvis (Bar # 477600)
                    555 13th Street, N.W.
                    Washington, D.C. 20004
                    (202) 637-5600 (telephone)
                    (202) 637-5910 (facsimile)

                    Counsel for Defendant
                    Radio Free Asia

Date: May 24, 2005

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served by first class U.S. mail, postage pre-paid, this 24th day of May, 2005, on:

>Mr. Khin Maung Than
>8239 Anderson Drive
>Fairfax, Virginia 22031

Gregory M. Petouvis



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Khin Maung Than  *Plaintiff*
8239 Anderson Dr,
Fairfax, VA. 22031   vs.

CIVIL ACTION No. 05-0003417

Radio Free Asia
#300, 2025. M. St., NW
Washington D.C 20036
- Richard Richter   *Defendants*
President

FILED
CIVIL ACTIONS BRANCH
MAY 03 2005
Superior Court
of the District of Columbia
Washington, D.C.

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

Please see attached sheets.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 500,000 with interest and costs.

703-560-7272
Phone:

DISTRICT OF COLUMBIA, ss

**KHIN MAUNG THAN**, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

Khin Maung Than
(Plaintiff)                    05-1043 (Agent)

Subscribed and sworn to before me this  3rd  day of  May  FILED 20 05

(Notary Public/Deputy Clerk)
MAY 24 2005

FORM CV-1013/ Nov. 00

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A.    I started to work as a part-time radio broadcaster with the Burmese service in Radio Free Asia in May, 2002. As I was passionate about broadcasting, I tried to learn as much as I could since day 1. Although I was assigned to do news only, I initiated to write and produce my own weekly features on politics and science and technology. I talked to Burmese service director, Soe Thinn about my initiatives in June, 2002. In October, 2002, I began my weekly feature on Science and Technology in addition to news job. Since I had passion and wanted to write and produce on my own, I studied and practiced without any formal training to achieve knowledge and skills that I needed as a radio broadcaster.

A couple of months later, I was able to produce my weekly features by myself. Although my responsibility was to write and broadcast news, I have gone through my own on-the job training while working part-time to achieve other skills related to the job (including hardware and softwares). I also hoped that when there was a vacancy one day in future, I made myself ready to be qualified by honing my skills everyday. My news translation and broadcasting have never failed.

Because of my efforts, my weekly Science and Technology feature was recognized as one of the R.F.A's best non-current affairs programs in 2003 audience survey conducted in Burma.

In early July, 2003, R.F.A's Burmese service had a vacancy for the full-time broadcaster position. According to the announcement, minimal qualifications were bachelor degree from an accredited college or university, one year experience broadcast and/or specialized journalism and proof of eligibility to work. As I believed I met all these requirements, I submitted my application to Human Resources in July, 2003 and waited for the notification from H.R to take the test required for the position. But, H.R did not notify me to take the test. Since I did not know why, I went to see Tamara Bagley, H.R specialist to inquire if there was any date set for the test. She replied that no test date had been set yet and said "I'll get back to you about the test." But, I did not hear anything back from her.

A few days later, I asked Soe Thinn why I was not allowed to take the test and he replied that I did not need to take the test again this time and my last test score would be taken into consideration. I explained to him that test score was valid for one year according to H.R and <u>the last time I took test was in 2001</u>. He responded that H.R no longer used that rule which

**B.** Since I believed I had been discriminated in the hiring process by R.F.A , I started to contact Equal Employment Opportunity Comission Washington Field Office *on April 1, 2004*. I was given a date to come in for intake interview at E.E.O.C office in Washington D C. The date given was *June 17, 2004* and I filed my complaint with E.E.O.C on that day after intake interview. I was told by the case intake officer that she's going to send me the charging document in the mail to be signed and returned to her office. But, it did not arrive until August, 2004. I informed my case intake officer on August 19, 2004 that I had not received anything. She followed up my information and I received charging document a few days later and returned.

After filing charge with E.E.O.C , I started to notice in September, 2004 that my work hours were suddenly cut back . And *at the end of September, 2004, I was terminated from part-time broadcaster position by R.F.A.*

Soe Thinn , Burmese service director, told me on October 2, 2004 that my contract would not be renewed. And, he said to me that *this decision came from senior management*.

I strongly believed that I was terminated from part-time broadcaster position in retaliation for filing a complaint with E.E.O.C .

While working as a part-time radio broadcaster since May, 2002 , I have tried hard and proven I could do the job well. Despite my utmost efforts , I was terminated when I filed a complaint with E .E.O.C.

**C.** In February , 2005 , E.E.O.C informed me their decision which was my right to sue Radio Free Asia. At the advice of legal counsel, I filed a new charge against R.F.A for retaliation with E.E.O.C Washington Office on March ,22 ,2005 . E.E.O.C issued me their decision in April, 2005 with regard to my new charge. That was my right to sue R.F.A for retaliation .

Based upon these facts mentioned above , a wrong has been done and my civil rights are violated by Radio Free Asia.

Therefore, I humbly implore D.C Superior Court to rule in my favor for the lost wages , legal fees and emotional stress I have endured during all these years.

Sincerely,

*[signature]*

Khin Maung Than
8239. Anderson Dr., Fairfax, Va.22031
703-560-7272

CA Form 1

# Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Khin Maung Than
8239 Anderson Dr.
Fairfaxs., VA 22031      *Plaintiff*

05-0003417

Civil Action No. _____

Radio Free Asia
Suite 300
2025 M St. NW
Washington DC 20036      *Defendant*
- Richard Richter, President

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

KHIN MAUNG THAN
_____
Name of Plaintiff's Attorney

8239 ANDERSON DR.
_____
Address
FAIRFAX, VA 22031
_____

703-560-7272
_____
Telephone

By _____
                     Deputy Clerk

Date May 3, 2005

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

# Superior Court of the District of Columbia
CIVIL DIVISION — CIVIL ACTIONS BRANCH

## INFORMATION SHEET

05-0003417

Khin Maung Than, 8239 Anderson Dr., Fairfax Va. 22031
vs.
Radio Free Asia, # 300, 2025 M. St, Washington D C 20036
Richard Richter, President

Case Number: _____

Date: 05/03/2005

| Name: (please print) _____ | Relationship to Lawsuit |
|---|---|
| Firm Name: _____ | ☐ Attorney for Plaintiff |
| Telephone No.: _____  Unified Bar No.: _____ | ☒ Self (Pro Se) |
| | Other: _____ |

TYPE OF CASE:   ☐ Non-Jury       ☐ 6 Person Jury       ☐ 12 Person Jury

Demand: $ 500,000 _____     Other: _____

**PENDING CASE(S) RELATED TO THE ACTION BEING FILED**

Case No. _____ Judge _____ Calendar # _____

Case No. _____ Judge _____ Calendar # _____

| NATURE OF SUIT: (Check One Box Only) | | |
|---|---|---|
| **A. CONTRACTS** | | **COLLECTION CASES** |
| ☒ 01 Breach of Contract | ☐ 07 Personal Property | ☐ 14 Under $25,000 Pltf. Grants Consent |
| ☐ 02 Breach of Warranty | ☐ 09 Real Property-Real Estate | ☐ 16 Under $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 12 Specific Performance | ☐ 17 OVER $25,000 |
| ☒ 15 Other: Retaliation for filing a charge of discrimination & gender discrimination | | |
| **B. PROPERTY TORTS** | | |
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | ☐ 06 Other: _____ |
| ☐ 07 Shoplifting, D.C. Code § 3-441 | | |
| **C. PERSONAL TORTS** | | |
| ☐ 01 Abuse of Process | ☐ 09 Harassment | ☐ 17 Personal Injury |
| ☐ 02 Alienation of Affection | ☐ 10 Invasion of Privacy | ☐ 18 Wrongful Death |
| ☐ 03 Assault and Battery | ☐ 11 Libel and Slander | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile | ☐ 12 Malicious Interference | ☐ 20 Other: _____ |
| ☐ 05 Deceit (Misrepresentation) | ☐ 13 Malicious Prosecution | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 14 Malpractice Legal | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 15 Malpractice Medical | |
| ☐ 08 Fraud | ☐ 16 Negligence | |

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

Form CV(6)-496/Feb. 95                                                       5-0993-1 wd-354



# Superior Court of the District of Columbia
## Civil Division

Than, K. vs. Radio Free Asia                               C.A. No. 05ca003417

## INITIAL ORDER

Pursuant to D.C. Code §11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case is assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to any defendant who has failed to so respond, a default and judgement will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients prior to the Conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference once, with the consent of all parties, to either of the two succeeding Fridays. Requests must be made not less than six business days before the scheduling conference date. No other continuance of the Conference will be granted except upon motion for good cause shown.

May 03, 2005                          Chief Judge Rufus G. King, III

Case Assigned to:   Calendar #6   (Judge Geoffrey Alprin)

Initial conference: @ 9:00am   08/05/05        Courtroom: 320 Main Bldg., 3rd Floor
                                                500 Indiana Ave., N.W.
                                                Washington, D.C. 20001

# FILE COPY

SUPERIOR COURT OF D.C.
FINANCIAL OPERATIONS - CIVIL ACTIONS BRANCH

05-0003417

Case No. _____ / _____ vs. _____

| Acct. No. | Item | Fee | No. |
|---|---|---|---|
| 4-1601 | CIVIL ACTION | $120.00 | 1 |
| 4-1603 | INTERVENING ACTION | $120.00 | |
| 4-1605 | CHANGE OF NAME | $60.00 | |
| 4-1606 | JURY DEMAND | $75.00 | |
| 4-1607 | RELEASE MECHANICS LIEN | $60.00 | |
| 4-1609 | ADM ORDER AS JUDGEMENT | $60.00 | |
| 4-1611 | FOREIGN JUDGEMENT | $60.00 | |
| 4-1613 | RULE 27 | $60.00 | |
| 4-1615 | MERIT PERSONNEL ACT MPA | $60.00 | |
| 4-1617 | APPEAL TRAFFIC JUDICATION. | $30.00 | |
| 4-1619 | COUNTER/CROSS/3RD PARTY | $20.00 | |
| 4-1621 | SUP RULE 28-I (FOREIGN) | $10.00 | |
| 4-1623 | ALIAS | $10.00 | |
| 4-1625 | COPY PER PAGE | $0.50 | |
| 4-1627 | ATTACHMENT BEFORE JUDGMENT | $20.00 | |
| 4-1629 | ATTACHMENT AFTER JUDGMENT | $20.00 | |
| 4-1631 | APT SPECIAL PROCESS SERVER | $5.00 | |
| 4-1633 | WRIT FACIAS | $20.00 | |
| 4-1635 | WRIT RESTITUTION | $20.00 | |
| 4-1637 | AFFIDAVIT | $1.00 | |
| 4-1639 | CERTIFIED COPY | $5.00 | |
| 4-1640 | MAIL FEES | | |
| 4-1641 | RECORD SEARCH | $10.00 | |
| 4-1643 | MOTION | $20.00 | |
| 4-1645 | MOTION 41-I TO REINSTATE | $35.00 | |
| 4-1647 | AMEND BIRTH CERTIFICATE | $60.00 | |
| 4-1649 | WRIT REPLEVIN | $20.00 | |
| 4-1651 | ARBITRATION AWARD | $120.00 | |
| 4-1653 | ORAL EXAM | $20.00 | |
| 4-1655 | TRANSCRIPT FOR DOCKET | $10.00 | |
| 4-1657 | TRIPLE SEAL | $20.00 | |
| 4-1659 | NOTICE OF APPEAL | $100.00 | |
| 4-1661 | ARBITRATION AWARD | | |
| 4-1663 | APPEAL TRANSCRIPT | | |
| 4-1665 | FINES R16-I | | |
| 4-1667 | COURT REPORTER | | |
| 4-1669 | COURT ORDERED ESCROW | | |
| 4-1671 | INTEREST EARN | | |
| 4-1673 | RETURNED CHECK | $15.00 | |
| 4-1677 | MISCELLANEOUS FEES | | |

CV-343/Sep. 04