IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KHIN MAUNG THAN,  )
  )
    Plaintiff,  )
  )
v.  )  CASE NUMBER  1:05CV01042
  )
  )  JUDGE: Ricardo M. Urbina
RADIO FREE ASIA,  )
  )  DECK TYPE: Employment Discrimination
    Defendant.  )
  )  DATE STAMP: 05/24/2005

## LOCAL RULE 7.1 CERTIFICATE

We, the undersigned counsel of record for defendant Radio Free Asia ("RFA"), certify that to the best of our knowledge and belief, RFA has no subsidiaries, parents or affiliates which have any outstanding securities in the hands of the public.

\\\DC - 65890/0016 - 2123543 v1

2

Respectfully submitted,

HOGAN & HARTSON L.L.P.

_____
Gil A. Abramson (Bar # 237994)
111 South Calvert Street, Suite 1600
Baltimore, MD 21202
(410) 659-2700 (telephone)
(410) 539-6981 (facsimile)

Gregory M. Petouvis (Bar # 477600)
555 13th Street, N.W.
Washington, D.C. 20004
(202) 637-5600 (telephone)
(202) 637-5910 (facsimile)

Counsel for Defendant
Radio Free Asia

Date: May 24, 2005

\\\DC - 65890/0016 - 2123543 v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Local Rule 7.1 Certificate was served by first class U.S. mail, postage pre-paid, this 24th day of May, 2005, on:

> Mr. Khin Maung Than
> 8239 Anderson Drive
> Fairfax, Virginia 22031

Gregory M. Petouvis