## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN,<br><br>                Plaintiff,<br><br>        v.<br><br>RADIO FREE ASIA,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:05CV01042<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of Court shall kindly enter the appearance of the undersigned as additional counsel of record in this action for Defendant Radio Free Asia.

Respectfully submitted,

Gregory M. Petouvis (Bar # 477600)
HOGAN & HARTSON L.L.P.
555 13th Street, N.W.
Washington, D.C.  20004
(202) 637-5600 (telephone)
(202) 637-5910 (facsimile)

Date:  June 2, 2005

\\\DC - 65890/0016 - 2132164 v1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of

Appearance was served by first class U.S. mail, postage pre-paid, this 2nd day of June, 2005, on:

> Mr. Khin Maung Than
> 8239 Anderson Drive
> Fairfax, Virginia 22031

_____

Gregory M. Petouvis

\\\DC - 65890/0016 - 2132164 v1