8239. Anderson Dr.
Fairfax, VA. 22031

Nancy Mayer-Whittington

Clerk of Court

Clerk's Office

United States District Court for the District of Columbia

333. Constitution Avenue, NW

Washington D C 20001

Reference : Case Number 1:05-cv-1042

Date: 08/01/05

Dear Madam,

My name is Khin M. Than and I am the plaintiff for the above case.

I have an Initial Status Conference scheduled for 8/22/05 at 10:00 AM before Judge Ricardo M. Urbina.

Since I have not been able to find a counsel on my own at the time of writing this letter, I would humbly like to request U.S District Court for the District of Columbia to assist me with the Court-appointed counsel.

I would appreciate your kind help very much and will be most grateful.

Thanking you in anticipation,

Sincerely yours,

*Maung*

Khin M. Than

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_KHIN M. THAN_
Plaintiff

v.    Civil Action No. **05 1042**

**MAY 2 4 2005**

_RADIO FREE ASIA_
Defendant

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **URBINA, J. RMU**. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
Deputy Clerk

cc: _KHIN M. THAN_

929A
Rev. 7/02