IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

KHIN MAUNG THAN,                              )
                                              )
            Plaintiff,                        )
                                              )
      v.                                      ) Civil Action No. 1:05CV01042
                                              )
RADIO FREE ASIA,                              )
                                              )
            Defendant.                        )
_____)

## DEFENDANT'S UNOPPOSED MOTION FOR AN
## EXTENSION OF TIME TO FILE LOCAL RULE 16.3 REPORT

      Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure,

defendant Radio Free Asia, by its counsel, respectfully moves to extend the deadline

for the parties to file their Local Rule 16.3 Report until (i) 21 days after this Court

denies plaintiff Khin Maung Than's Motion to Appoint Counsel; or (ii) if this Court

grants plaintiff's Motion to Appoint Counsel, 21 days after counsel is so appointed.

      As explained in the accompanying memorandum of points and

authorities, which is incorporated herein by reference, good cause exists for the

requested extension, which will not cause undue delay or prejudice any party.

Respectfully submitted,

By:_____

Gil A. Abramson (# 237994)
HOGAN & HARTSON L.L.P.
111 South Calvert Street, Suite 1600
Baltimore, MD 21202
(410) 659-2700 (telephone)
(410) 539-6981 (facsimile)

Gregory M. Petouvis (#477600)
HOGAN & HARTSON L.L.P.
555 13th Street, N.W.
Washington, DC 20004
(202) 637-5600 (telephone)
(202) 637-5910 (facsimile)

Attorneys for Defendant

Dated: August 10, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01042 |
| | ) |
| RADIO FREE ASIA, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE LOCAL RULE 16.3 REPORT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant Radio Free Asia, by its counsel, respectfully moves to extend the deadline for the parties to file their Local Rule 16.3 Report until (i) 21 days after this Court denies plaintiff Khin Maung Than's Motion to Appoint Counsel; or (ii) if this Court grants plaintiff's Motion to Appoint Counsel, 21 days after counsel is so appointed.

On August 1, 2005, plaintiff Khin Maung Than (who is currently appearing pro se in this matter) and counsel for defendant held a "meet and confer" session in advance of an August 22, 2005 status conference.   To date, the parties have not finalized their Local Rule 16.3 Report summarizing their respective views on the matters discussed during this "meet and confer" session.

On August 3, 2005, plaintiff filed a motion requesting the Court's assistance in appointing him counsel in this case.   Should plaintiff's request for

Court-appointed counsel be granted, it is likely that a new Local Rule 16.3 Report would need to be agreed upon and drafted by counsel for both parties. The parties' resources would be unnecessarily expended should they be required to draft and submit two Local Rule 16.3 Reports (one due on August 15, 2005, the other due following the possible appointment of counsel for plaintiff.).

Defendant has not sought an extension of this or any other deadline in this case, nor does it anticipate that any other deadlines would need to be extended should the Court grant its motion.

For the foregoing reasons, defendant respectfully requests that this motion for an extension of time be granted. A proposed Order consistent with defendant's motion has been filed herewith.

Respectfully submitted,

By:_____

Gil A. Abramson (# 237994)
HOGAN & HARTSON L.L.P.
111 South Calvert Street, Suite 1600
Baltimore, MD 21202
(410) 659-2700 (telephone)
(410) 539-6981 (facsimile)

Gregory M. Petouvis (#477600)
HOGAN & HARTSON L.L.P.
555 13th Street, N.W.
Washington, DC  20004
(202) 637-5600 (telephone)
(202) 637-5910 (facsimile)

Attorneys for Defendant

Dated:  August 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant Radio Free Asia's Unopposed

Motion for an Extension of Time to File Local Rule 16.3 Report was served this 10th

day of August, 2005, by first-class U.S. mail, postage prepaid, upon:

Khin Maung Than
8239 Anderson Drive
Fairfax, Virginia 22031

_____

Gregory M. Petouvis