IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:05CV01042 |
| RADIO FREE ASIA, | ) ) ) |
| Defendant. | ) ) |

## PROPOSED ORDER

Upon consideration of defendant Radio Free Asia's Unopposed Motion for an Extension of Time to File Local Rule 16.3 Report, the memorandum in support of the motion, any response thereto, and the entire record in this case, it is this ____ day of _____, 2005,

ORDERED that defendant's motion shall be, and hereby is, GRANTED; and it is further

ORDERED that the parties shall file their Local Rule 16.3 Report no later than 21 days after this Court denies plaintiff Khin Maung Than's Motion to Appoint Counsel, or, if this Court grants plaintiff's Motion to Appoint Counsel, 21 days after counsel is so appointed.

_____
United States District Judge

\\\DC - 65890/0016 - 2164253 v1

COPIES TO:

Khin Maung Than
8239 Anderson Drive
Fairfax, Virginia 22031

Gil A. Abramson
HOGAN & HARTSON L.L.P.
111 South Calvert Street, Suite 1600
Baltimore, MD 21202

Gregory M. Petouvis
HOGAN & HARTSON L.L.P.
555 13th Street, N.W.
Washington, DC  20004