IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KHIN MAUNG THAN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RADIO FREE ASIA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 1:05-CV-01042 (RMU)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

Please take notice that the undersigned hereby appears as attorney of record for plaintiff Khin Maung Than in the above-referenced action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　 /s/ Steven G. Reade
　　　　　　　　　　　　　　　　　　　　Steven G. Reade (DC Bar #370778)

　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER, LLP
　　　　　　　　　　　　　　　　　　　　555 Twelfth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004-1202
　　　　　　　　　　　　　　　　　　　　Tel:  (202) 942-5000
　　　　　　　　　　　　　　　　　　　　Fax: (202) 942-5999

Dated:  August 30, 2005