# HOGAN & HARTSON
L.L.P.

GIL A. ABRAMSON
PARTNER
(410) 659-2723
GAABRAMSON@HHLAW.COM

111 SOUTH CALVERT STREET, SUITE 1600
BALTIMORE, MARYLAND 21202
TEL (410) 659-2700
FAX (410) 539-6981
WWW.HHLAW.COM

September 2, 2005

*By ECF*

The Honorable Ricardo M. Urbina
United States District Court
 for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

>   Re:  Khin Maung Than v. Radio Free Asia
>         Civil Action No.: 1:05-CV-01042 (RMU)

Dear Judge Urbina:

This is to request a rescheduling of the Status Conference that has been scheduled for Tuesday, October 4, 2005. I am the lead counsel for the Defendant, Radio Free Asia, and I will be unable to attend because of the Rosh Hashanah holiday. I have spoken with Steven G. Reade, counsel for the Plaintiff, and he has no objection to this request.

Sincerely,

Gil A. Abramson

GAA/kms

cc:    Steven G. Reade, Esquire (by *ECF*)

WASHINGTON, DC

\\\BA - 65890/0016 - 195914 v1

BERLIN   BRUSSELS   LONDON   PARIS   BUDAPEST   PRAGUE   WARSAW   MOSCOW   BEIJING   TOKYO
NEW YORK   BALTIMORE   McLEAN   MIAMI   DENVER   BOULDER   COLORADO SPRINGS   LOS ANGELES