IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No: 1:05-CV-01042 (RMU) |
| RADIO FREE ASIA, | ) ) |
| Defendant. | ) ) |

**NOTICE OF ENTRY OF APPEARANCE**

Please take notice that the undersigned hereby appears as attorney of record for plaintiff Khin Maung Than in the above-referenced action.

Respectfully submitted,

 /s/ Rhonda L. Stewart
Rhonda L. Stewart (DC Bar #493702)

ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Tel: (202) 942-5000
Fax: (202) 942-5999

Dated: November 14, 2005