IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No: 1:05-CV-01042 (RMU) |
| RADIO FREE ASIA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On this \_\_\_\_ day of _____, 2006, it is hereby ordered that Plaintiff's Motion to Amend the Complaint is granted and the Amended Complaint attached to that motion is ordered filed.

_____
RICARDO M. URBINA
United States District Court Judge