IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 1:05CV01042 ) |
| RADIO FREE ASIA, | ) ) |
| Defendant. | ) ) ) |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## MOTION TO AMEND THE COMPLAINT

On January 6, 2005, Plaintiff Khin Maung Than filed a Motion to Amend the Complaint in the above-captioned matter. Defendant Radio Free Asia does not object to the relief sought in Plaintiff's motion. However, in light of the nature of the amendments to the Complaint proposed by Plaintiff, which deal primarily with Plaintiff's alleged efforts to file his charge of discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") in a timely manner, Defendant has filed contemporaneously herewith a motion to modify the scheduling order in this matter. This motion seeks to bifurcate discovery, with discovery on the merits of Plaintiff's claims stayed pending discovery on the timeliness of Plaintiff's EEOC charge.

                                            Respectfully submitted,

By: /s/ Gil A. Abramson

    Gil A. Abramson (# 237994)
    HOGAN & HARTSON L.L.P.
    111 South Calvert Street, Suite 1600
    Baltimore, MD 21202
    (410) 659-2700 (telephone)
    (410) 539-6981 (facsimile)

    Gregory M. Petouvis (#477600)
    HOGAN & HARTSON L.L.P.
    555 13th Street, N.W.
    Washington, DC 20004
    (202) 637-5600 (telephone)
    (202) 637-5910 (facsimile)

    Attorneys for Defendant

Dated: January 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Response to Plaintiff's Motion to Amend the Complaint was served this 20th day of January 2006, via the Court's Electronic Case Filing System, upon:

>Steven G. Reade
>Rhonda L. Stewart
>ARNOLD & PORTER LLP
>555 Twelfth Street, N.W.
>Washington, D.C. 20004-1202

>/s/ Gregory M. Petouvis
>Gregory M. Petouvis