IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:05CV01042 |
| RADIO FREE ASIA, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Radio Free Asia moves to modify the Court's November 7, 2005 Scheduling Order. As explained below, good cause exists for the requested modification, which will neither prejudice any party nor cause undue delay.

As grounds for this Motion, the parties state that on January 6, 2005, Plaintiff Khin Maung Than filed a Motion to Amend the Complaint in the above-captioned matter. Many of the amendments to the Complaint relate to Plaintiff's alleged efforts to file his charge of discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC"). See Am. Compl. ¶¶ 7-22. The parties apparently disagree as to whether Plaintiff filed his charge with EEOC in a timely manner. This issue is of considerable import, as one or more of the causes of action contained in Plaintiff's Amended Complaint may be subject to dismissal in the event that it is determined that Plaintiff belatedly filed a charge with EEOC absent legal or equitable justification. Thus, resolution of this timeliness issue prior to the commencement of discovery on the merits of Plaintiff's claims may potentially avoid the needless expenditure of time, money and energy for both the parties and this Court. See Fed. R. Civ. P. 1 (the Federal Rules of Civil

Procedure "shall be construed and administered to secure the *just, speedy, and inexpensive* determination of every action.") (emphasis added).

Accordingly, Defendant respectfully requests that the Court bifurcate discovery in this matter as follows. Phase I of discovery will focus solely on the timeliness of Plaintiff's EEOC charge filing. This discovery will be comprised primarily of depositions taken of Plaintiff and one or more individuals at EEOC and will take approximately 60 days. Depending on the information obtained during discovery, Defendant may file a dispositive motion shortly after the conclusion of this Phase I discovery period regarding any claims which are barred based on Plaintiff's failure to exhaust administrative remedies in a timely manner.

Phase II of discovery will be comprised of discovery on the merits of any of Plaintiff's claims which have survived a dispositive motion on timeliness grounds. Phase II discovery would be stayed until (a) the parties again confer pursuant to Local Rule 16.3(c) to devise a proposed Scheduling Order to govern discovery during Phase II and (b) the Court enters a Scheduling Order governing Phase II discovery.

Plaintiff has not consented to the foregoing Motion. However, given that some of the new allegations raised by Plaintiff related to the timeliness of his EEOC charge filing are based upon "information and belief," preliminary discovery on the timeliness issue would be of benefit to both parties.[1]

A proposed Order consistent with this motion has been filed herewith.

---

[1] For example, paragraph 12 of the Amended Complaint alleges that:

> Upon information and belief, the EEOC failed to timely mail Mr. Than this charge of discrimination due to the Washington Field Office's relation from 1400 L Street NW, Suite 200, Washington DC 20005, to 1801 L Street NW, Suite 100, Washington DC 20507, at some time shortly after June 18, 2004.

        By: /s/ Gil A. Abramson

           Gil A. Abramson (# 237994)
           HOGAN & HARTSON L.L.P.
           111 South Calvert Street, Suite 1600
           Baltimore, MD 21202
           (410) 659-2700 (telephone)
           (410) 539-6981 (facsimile)

           Gregory M. Petouvis (#477600)
           HOGAN & HARTSON L.L.P.
           555 13th Street, N.W.
           Washington, DC  20004
           (202) 637-5600 (telephone)
           (202) 637-5910 (facsimile)

           Attorneys for Defendant

Dated:  January 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Motion for Modification of Scheduling Order was served this 20th day of January 2006, via the Court's Electronic Case Filing System, upon:

>Steven G. Reade
>Rhonda L. Stewart
>ARNOLD & PORTER LLP
>555 Twelfth Street, N.W.
>Washington, D.C. 20004-1202

>/s/ Gregory M. Petouvis
>Gregory M. Petouvis