IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:05CV01042 |
| RADIO FREE ASIA, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Motion for Modification of Scheduling Order, any Opposition thereto, any Reply, any argument before the Court, and the entire record herein, it is this ____ day of _____, 2006,

ORDERED that Defendant's motion shall be, and hereby is, GRANTED; and it is further

ORDERED that discovery shall be bifurcated into two phases; and it is further

ORDERED that the first phase of discovery ("Phase I") shall be limited to the following areas:

    a. Documents possessed by or information known to the U.S. Equal Employment Opportunity Commission relating to Plaintiff's filing of a Charge of Discrimination with the EEOC.

    b. Documents possessed by or information known to Plaintiff or a third party relating to Plaintiff's filing of a Charge of Discrimination with the EEOC; and it is further

ORDERED that the discovery to be conducted during the second phase ("Phase II"), if any at all, shall include any matter that is relevant to the parties' claims or defenses and that was not within the scope of Phase I; provided, however, that discovery during Phase II may reach matters within the scope of Phase I to the extent that the discovery is relevant to the issue of damages; and it is further

ORDERED that the following schedule shall govern discovery and the filing of dispositive motions during Phase I:

| | |
|---|---|
| Close of Discovery | 60 days from entry of this Order |
| Filing of Dispositive Motions | 30 days after the close of discovery |
| Filing of Oppositions | 30 days after the dispositive motions are filed |
| Filing of Replies | 15 days after the oppositions are filed; |

and it is further

ORDERED that if the above-captioned case proceeds to Phase II, the parties shall at that point again confer pursuant to Local Rule 16.3(c) to devise a proposed Scheduling Order to govern Phase II discovery; and it is further

ORDERED that discovery during Phase II is stayed pending the Court's entry of a Scheduling Order to govern Phase II discovery.

_____
United States District Judge

COPIES TO:

Steven G. Reade
Rhonda L. Stewart
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004

Gil A. Abramson
 HOGAN & HARTSON L.L.P.
111 South Calvert Street, Suite 1600
Baltimore, MD 21202

Gregory M. Petouvis
HOGAN & HARTSON L.L.P.
555 13th Street, N.W.
Washington, D.C.  20004