IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No: 1:05-CV-01042 (RMU) |
| RADIO FREE ASIA, | ) ) |
| Defendant. | ) ) |

## **ORDER**

On this ____ day of _____, 2006, it is hereby ordered that Plaintiff's Motion to Substitute the Corrected Amended Complaint is granted and the Corrected Amended Complaint attached to that motion shall be substituted for the Amended Complaint filed with Plaintiff's Motion To Amend The Complaint on January 6, 2006.

_____
RICARDO M. URBINA
United States District Court Judge