**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KHIN MAUNG THAN, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No: 1:05-CV-01042 (RMU) <br> ) |
| RADIO FREE ASIA, | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## **ORDER**

Upon consideration of Defendant's Motion for Modification of Scheduling Order, Plaintiff's Response to Defendant's Motion for Modification of Scheduling Order, any Reply, any argument before the Court, and the entire record herein, it is this ____ day of _____, 2006,

ORDERED that Defendant's motion shall be, and hereby is, GRANTED IN PART, subject to the modifications incorporated herein; and it is further

ORDERED that discovery shall be bifurcated into two phases; and it is further

ORDERED that in the first phase of discovery ("Phase I") the parties shall be permitted to engage in the following discovery:

    a. Discovery to obtain documents possessed by or information known to the U.S. Equal Employment Opportunity Commission relating to Plaintiff's filing of a Charge of Discrimination with the EEOC.

    b. Discovery to obtain documents possessed by or information known to Plaintiff or a third party relating to Plaintiff's filing of a Charge of Discrimination with the EEOC; and

   c. Plaintiff shall be permitted to serve on Defendant document requests and interrogatories concerning the merits of his claims; and it is further

  ORDERED that the discovery to be conducted during the second phase ("Phase II"), if any at all, shall include any matter that is relevant to the parties' claims or defenses and that was not within the scope of Phase I; provided, however, that discovery during Phase II may reach matters within the scope of Phase I to the extent that the discovery is relevant to the issue of damages; and it is further

  ORDERED that the following schedule shall govern discovery and the filing of dispositive motions during Phase I:

| | |
|---|---|
| Close of Phase I Discovery | 60 days from entry of this Order |
| Filing of Dispositive Motions | 30 days after the close of discovery |
| Filing of Oppositions | 30 days after the dispositive motions are filed |
| Filing of Replies | 15 days after the oppositions are filed; |

and it is further

  ORDERED that if the above-captioned case proceeds to Phase II, the Court's original scheduling order will remain in place, except that close of merits discovery will be extended 60 days with all other deadlines and events moving a like amount, so that the following schedule shall govern discovery and the filing of dispositive motions during Phase II:

| | |
|---|---|
| Close of Phase II Discovery | August 30, 2006 |
| Filing of Dispositive Motions | October 29, 2006 |
| Filing of Oppositions | November 29, 2006 |
| Filing of Replies | December 13, 2006. |

                                    RICARDO M. URBINA
                                    United States District Judge

COPIES TO:

Steven G. Reade
Rhonda L. Stewart
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004

Gil A. Abramson
HOGAN & HARTSON LLP.
111 South Calvert Street, Suite 1600
Baltimore, MD 21202

Gregory M. Petouvis
HOGAN & HARTSON LLP.
555 13th Street, N.W.
Washington, D.C. 20004