IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN,           ) | |
|                       ) | |
|        Plaintiff,        ) | |
|                       ) | |
|           v.            ) | Civil Action No. 1:05CV01042 |
|                       ) | |
| RADIO FREE ASIA,         ) | |
|                       ) | |
|       Defendant.      ) | |
|                       ) | |

## JOINT STATUS REPORT REGARDING SCHEDULING OF PHASE II DISCOVERY

       Pursuant to the Court's Minute Order of March 3, 2006, the parties hereby submit a joint status report proposing dates for the second phase of discovery ("Phase II"). In its Minute Order, the Court bifurcated discovery into two phases, the first ("Phase I") primarily pertaining to the timeliness of the filing of Plaintiff's charge of discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC"). The Court also ordered that discovery for Phase I was to close no later than May 3, 2006, with dispositive motions to be filed on or before June 2, 2006. Furthermore, the Court ordered that the parties file a joint status report proposing dates for Phase II discovery thirty (30) days after the Court rules on the parties' dispositive motions.

       The parties have agreed that no dispositive motions will be filed with respect to the timeliness of the filing of Plaintiff's charge of discrimination with the EEOC, and therefore respectfully request that the Court issue an Order in the form attached setting the dates for Phase II. In addition, while neither party objects to participating in the mediation currently scheduled in this case for July 24, 2006, the parties agree that it is unlikely that mediation would be fruitful at this stage and believe that it would be better scheduled toward the end of the proposed discovery period.

Respectfully submitted,

ARNOLD AND PORTER LLP                HOGAN & HARTSON LLP


___/s/ Rhonda L. Stewart_____        ___/s/ Gil A. Abramson (with permission)__
Steven G. Reade (#370778)             Gil A. Abramson (#237994)
Rhonda L. Stewart (#493702)           111 South Calvert Street
555 12th Street, N.W.                 Baltimore, MD 21202
Washington, D.C. 20004                (410) 659-2700
(202) 942-5000

                                      and

Counsel for Plaintiff                 Gregory M. Petouvis (#477600)
                                      555 13th Street, N.W.
                                      Washington, DC 20004
                                      (202) 637-5600

                                      Counsel for Defendant


Dated:  May 16, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
KHIN MAUNG THAN,                          )
                                          )
            Plaintiff,                    )
                                          )
                    v.                    )        Civil Action No. 1:05CV01042
                                          )
RADIO FREE ASIA,                          )
                                          )
            Defendant.                    )
_____)

## **ORDER**

           AND NOW, this _____ day of _____, 2006, it is hereby ORDERED that

the discovery to be conducted during the second phase of discovery ("Phase II") shall include

any matter that is relevant to the parties' claims or defenses and that does not concern the

timeliness of the filing of Plaintiff's charge of discrimination with the U.S. Equal Employment

Opportunity Commission; and it is further

           ORDERED that the following schedule shall govern discovery and the filing of

dispositive motions during Phase II:

|  |  |
|---|---|
| Written Discovery | June 1, 2006 - October 28, 2006 |
| Deposition Discovery | July 31, 2006 - October 28, 2006 |
| Filing of Dispositive Motions | November 27, 2006 |
| Filing of Oppositions | December 27, 2006 |
| Filing of Replies | January 11, 2007. |

_____
RICARDO M. URBINA
United States District Judge

COPIES TO:

Steven G. Reade
Rhonda L. Stewart
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004

Gil A. Abramson
 HOGAN & HARTSON L.L.P.
111 South Calvert Street, Suite 1600
Baltimore, MD 21202

Gregory M. Petouvis
HOGAN & HARTSON L.L.P.
555 13th Street, N.W.
Washington, D.C.  20004