IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:05-CV-01042 (RMU) |
| ) | |
| RADIO FREE ASIA, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOSHUA M. GLASSER

Pursuant to Local Rule 83.2(d), Rhonda L. Stewart, a member in good standing of the Bar this Court, respectfully moves this Court to grant attorney Joshua M. Glasser permission to appear *pro hac vice* as counsel for Plaintiff Khin Maung Than in the above-captioned matter. In support of this motion, Rhonda L. Stewart states:

1. I am an associate with the law firm of Arnold & Porter LLP, located at 555 Twelfth Street NW, Washington, DC 20004-1206, and I work with Mr. Glasser. I am an attorney of record representing the Plaintiff in the above-captioned matter.

2. Mr. Glasser is an associate with the law firm of Arnold & Porter LLP, located at 555 Twelfth Street NW, Washington, DC 20004-1206, and his phone number there is 202-942-5398.

3. Mr. Glasser is a member in good standing of the Bars of the State of Florida and the District of Columbia.

4. To my knowledge, Mr. Glasser has not been the subject of any disciplinary investigation, action, or grievance procedure, is not currently disbarred in

other courts, and has not been denied admission to the courts of any state or any court of the United States.

5. To my knowledge, Mr. Glasser has never been admitted *pro hac vice* to this Court.

6. The Declaration of Joshua M. Glasser is attached hereto.

WHEREFORE, it is respectfully requested that Joshua M. Glasser be permitted to participate in this matter *pro hac vice* pursuant to Local Rule 83.2.

          Respectfully submitted,

          /s/ **Rhonda L. Stewart**

          Rhonda L. Stewart (D.C. Bar No. 493702)
          ARNOLD & PORTER LLP
          555 Twelfth Street, N.W.
          Washington, D.C. 20004-1202
          Tel: (202) 942-5000
          Fax: (202) 942-5999

Dated: September 25, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:05-CV-01042 (RMU) |
| ) | |
| RADIO FREE ASIA, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF JOSHUA M. GLASSER, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Joshua M. Glasser, Esq., hereby declare:

1. My full name is Joshua M. Glasser.

2. I am an associate with the law firm of Arnold & Porter, located at 555 Twelfth Street NW, Washington, DC 20004-1206, and my phone number there is 202-942-5398.

3. I am a member in good standing of the Bars of the State of Florida and the District of Columbia.

4. I have not been the subject of any disciplinary investigation, action or grievance procedure, am not currently disbarred in other courts, and have not been denied admission to the courts of any state or any court of the United States.

5. I have never been admitted *pro hac vice* to this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 25, 2006.

_____
Joshua M. Glasser, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No: 1:05-CV-01042 (RMU) |
| RADIO FREE ASIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

Upon consideration of the Motion for Admission *Pro Hac Vice* of Joshua M. Glasser, it is this _____ day of _____, 2006, hereby

ORDERED, that the Motion for Admission *Pro Hac Vice* of Joshua M. Glasser be, and the same is, GRANTED, and it is further

ORDERED, that Joshua M. Glasser be permitted to represent Plaintiff Khin Maung Than and to participate in any proceedings on behalf of Khin Maung Than in the above-captioned matter.

```
                                    _____
                                    RICARDO M. URBINA
                                    United States District Judge
```