IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No: 1:05-CV-01042 (RMU) |
| RADIO FREE ASIA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that the undersigned hereby appears as attorney of record for plaintiff Khin Maung Than in the above-referenced action.

Respectfully submitted,

*/s/ David E. Kouba*
David E. Kouba (DC Bar #483145)

ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Tel: (202) 942-5000
Fax: (202) 942-5999

Dated: October 2, 2006