IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>RADIO FREE ASIA,  )<br>  )<br>Defendant.  )<br>_____) | Case No: 1:05-CV-01042 (RMU) |

## JOINT MOTION TO EXTEND DEADLINE
## FOR FILING DISPOSITIVE MOTIONS

Plaintiff and Defendant jointly move the Court to amend its May 16, 2006 Minute Order and extend the deadlines for filing dispositive motions, oppositions to dispositive motions and replies for dispositive motions. The parties have diligently pursued discovery, but certain witnesses were unavailable for deposition prior to November. Because of these scheduling issues, the parties completed discovery after the initial deadline, and also are occupied with other commitments in addition to this case. Accordingly, Plaintiff and Defendant respectfully request that the Court grant a short extension of less than thirty (30) days to the briefing schedule for dispositive motions. Plaintiff and Defendant propose that the dates be extended as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Filing Dispositive Motions | 11/27/2006 | 12/22/2006 |
| Deadline for Filing Oppositions to Dispositive Motions | 12/27/2006 | 01/22/2007 |
| Deadline for Filing Reply Briefs on Dispositive Motions | 01/11/2007 | 02/05/2007 |

Respectfully submitted,

*[signature]*

David E. Kouba (DC Bar #483145)
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Tel: (202) 942-5000
Fax: (202) 942-5999

*Counsel to Plaintiff Khin Maung Than*


*[signature]* (dck)

Gil A. Abramson
HOGAN & HARTSON, LLP
111 S. Calvert Street
Suite 1600
Baltimore, MD 21202
Tel: (410) 659-2723
Fax: (410) 539-6981

*Counsel to Defendant Radio Free Asia*


Dated: November 15, 2006