IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KHIN MAUNG THAN,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>RADIO FREE ASIA,  )<br>  )<br>Defendant.  )<br>  ) | Case No: 1:05-CV-01042 (RMU) |

**ORDER EXTENDING DEADLINES FOR**
**FILING FOR DISPOSITIVE MOTIONS**

Upon consideration of the motion submitted by Plaintiff and Defendant seeking an extension of the deadlines to file dispositive motions, oppositions to dispositive motions and reply briefs on dispositive motions, it is, this ___ day of _____, 2006, hereby:

ORDERED that the Motion is hereby GRANTED, and it is further

ORDERED that the briefing schedule for dispositive motions in this matter is amended as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Filing Dispositive Motions | 11/27/2006 | 12/22/2006 |
| Deadline for Filing Oppositions to Dispositive Motions | 12/27/2006 | 01/22/2007 |
| Deadline for Filing Reply Briefs on Dispositive Motions | 01/11/2007 | 02/05/2007 |

SO ORDERED:

_____

Judge Ricardo M. Urbina

Dated: _____, 2006