# Exhibit 1

Case 1:05-cv-01042-RMU    Document 27-2    Filed 12/22/2006    Page 1 of 5



Radio Free Asia

Employee Handbook

Issue Date:

October 1st, 2001

040

# ORGANIZATION DESCRIPTION

## I. THE PURPOSE AND MISSION OF RADIO FREE ASIA

Radio Free Asia (RFA) is a private, non-profit corporation broadcasting news and information to those peoples in Asia who do not have access to full and free news media. Radio Free Asia <u>does not broadcast propaganda</u> or unverified information. Rather, RFA strives to deliver accurate and timely news, information and commentary and to provide a forum for a variety of opinions and voices from within Asian countries. The primary focus of RFA's programming is on events occurring in or relevant to its broadcast countries.

RFA is a journalistically independent organization whose autonomy is key to providing news and information to its listeners. In preparing its programming, RFA follows the strictest journalistic standards of objectivity, fairness, quality and integrity, avoiding bias toward any people, government or nation. Listener confidence in the quality and credibility of its broadcasts is RFA's highest priority.

RFA transmits over 30 hours of programs daily via short-wave radio and the Internet. It broadcasts in local languages to China: in Mandarin, Cantonese, Uyghur and in three Tibetan dialects. RFA also provides daily broadcasts to Burma, Vietnam, North Korea, Laos and Cambodia. Each of the language services is staffed entirely by native speakers, and the programming of each service is distinctive, reflecting particular cultural and customary preferences.

**Facilities and Locations**

All broadcasts originate from RFA's Washington, D.C. headquarters, incorporating reports from correspondents and participants throughout Asia and the world. RFA has a bureau in Hong Kong, and offices in Bangkok, Phnom Penh, Tokyo, Taipei, Dharamsala (India), Seoul, and Ankara (Turkey). RFA also relies over 100 individual reporters and stringers in Asia, the United States and other parts of the world.

## II.   The History of RFA

The U.S. Congress authorized the creation of RFA through the International Broadcasting Act of 1994. Though funding is obtained from an annual Federal grant, **RFA is <u>not</u> a U.S. Government Agency and its employees <u>are</u> <u>not</u> Federal or Government employees.**

Radio Free Asia was incorporated in the District of Columbia as a private non-profit organization in March 1996. It began broadcasting in September 1996. The bipartisan Broadcasting Board of Governors, appointed by the President of the United States with the advice and consent of the U.S. Senate, serves as RFA's corporate board of directors, making and supervising grants to RFA.

7

050

## CODE OF JOURNALISTIC ETHICS

At the very core of RFA's mission is strict adherence to the highest standards of journalism. Though our journalism is primarily the responsibility of the Editorial Division, RFA's journalistic code should be familiar to each and every employee of the organization.

- Our programs must be accurate, fair, and balanced.

- We must maintain a calm, dispassionate tone and avoid polemics, propaganda, or slurs directed against any persons, groups, or governments. We will not preach or talk down to our listeners.

- Both editors and broadcasters must ensure that they air no program based on rumor or unsubstantiated information. Whenever possible, we must seek more than one source for a story.

- We must remain independent of any political party, opposition group, exile organization, or religious body and shall not advocate any political viewpoint.

- We must clearly identify outside contributors, stating at the end of their commentaries that the opinions they express are not necessarily those of RFA.

- RFA employees will accept no gifts or free trips from news sources.

- When we obtain major stories from other radio stations or from newspapers, we must give them full credit.

- When we make a significant mistake on the air, we must acknowledge the error to our listeners and correct it as quickly as possible.

- We must not take on work outside of RFA, which would infringe on responsibilities at RFA. Anyone assuming a major outside responsibility, including speeches or other public appearances related to the activities of RFA, must obtain clearance from his or her supervisor and the Director of Human Resources beforehand.

- In gathering information, our reporters will not represent themselves as anything other than journalists.

- We will contract some work out to individual experts, such as writers, literary critics, historians and others. In some cases these experts will host panels or discussion groups for us. But in each case, we will retain the right to edit their work and decide what goes on the air. Outside contractors should adhere to the highest standards of accuracy and fairness.

11

- We must not incite listeners to violence or encourage acts of rebellion or emigration. Despite what some Asian governments' propaganda organs have alleged, we are not in the business of overthrowing governments. We are in the business of promoting democratic values, supporting a free press, and providing a forum for a variety of opinions.