# Exhibit 2

Page 1

1            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
2

     - - - - - - - - - - - - - x
3    KHIN MAUNG THAN,               :
                                    :
4          Plaintiff,               :
                                    :
5              v.                   :   Case No. 1:05-CV-01042
                                    :   (RMU)
6    RADIO FREE ASIA,               :
                                    :
7          Defendants.              :
     - - - - - - - - - - - - - x
8

9                          McLean, Virginia

10                         Tuesday, October 3, 2006

11

12           Deposition of SOE THINN, called for

13    examination by counsel for Plaintiff, pursuant to

14    notice, at the Law Offices of Arnold & Porter, 555

15    Twelfth Street, N.W., Washington, D.C., commensing

16    at 10:02 a.m., Wednesday, October 4, 2006, before

17    Barbara A. Huber, Notary Public in and for the

18    District of Columbia, when were present on behalf of

19    the respective parties:

20

21

22

CERTIFIED COPY

Soe Thinn                                                          October 4, 2006
                              Washington, DC

                                                                    Page 11

1        Q    That's a fair answer.

2             What department at Radio Free Asia do

3    you work in?

4        A    I work under the programming department.

5        Q    Do you know how many people work in the

6    programming department?

7        A    No.

8        Q    Do you work in the Burmese service

9    department?

10       A    It's the Burmese service, yes.

11       Q    Is the Burmese service department a

12   smaller department within the programming

13   department?

14       A    Burmese service is part of the

15   programming department.

16       Q    Can you estimate how many employees are

17   in the Burmese service department?

18       A    I know how many there are.  At the

19   moment, 13 employees.  Hold on.  I retract that.

20   15, including myself.

21       Q    Are all 15 employees in the Burmese

22   service department full-time employees?

Soe Thinn

Washington, DC

October 4, 2006

1    verify, clarify, you know, what was written there,

2    what they did there.

3          And one of the most important question

4    that we ask every interviewee is a question which

5    relates to whether that person has a political

6    bias or not.  And the question is whether you

7    would report anything adverse about Aung San Suu

8    Kyi, A-U-N-G, S-A-N, S-U-U, K-Y-I.  She is the

9    leader of the democracy movement in Burma.

10       Q    And you asked every interviewee whether

11   or not they would have a problem reporting

12   anything negative about her; is that correct?

13       A    Yes.

14       Q    So I understand you asked about that and

15   you ask about their experience.

16          Is there any other general subject

17   matter that as matter of routine you ask each

18   interviewee?

19       A    Yes.  We would say if they knew anything

20   about Radio Free Asia, whether they listen to

21   Radio Free Asia, what they think about it, if they

22   know what's the difference between Radio Free

Soe Thinn

Washington, DC

October 4, 2006

Page 28

1    external examiners?

2        A    After '98.  It could have been, you

3    know, end of '98, but, you know.

4        Q    Okay.

5        A    Yeah, I don't know the exact date.

6        Q    Okay.  That's fine.

7        A    I was doing them '97 and '98.

8        Q    When you were grading the exams, how

9    would you come up a grade for a particular

10   applicant?

11       A    I would look at the questions; and I

12   would look at the answers; and grade them in

13   the -- in accordance with how that person answered

14   the questions asked.

15       Q    Would it be accurate to say that the

16   oral exams also went to external examiners

17   sometime end of 1998, beginning of 1999?

18       A    Oral examinations are just reading out

19   prepared scripts onto a recorded -- recording

20   machine.  And they are sent out to the external

21   examiners, as well.  And they grade their voices.

22   It's called a voice test.

Soe Thinn

Washington, DC

October 4, 2006

Page 29

1      Q    A voice test?

2      A    Yes.

3      Q    Okay.  Thank you.

4           In your opinion, what were the written

5      tests designed to evaluate?

6           MR. ABRAMSON:  Objection.

7           THE WITNESS:  Whether they have the

8      potential to become broadcast journalists.

9      BY MR. KOUBA:

10     Q    In your opinion, were the written tests

11     an accurate gauge of who had the potential to

12     become broadcast journalists?

13          MR. ABRAMSON:  Objection.

14          You can answer.

15          THE WITNESS:  The tests are designed to

16     see whether the applicant should go to the next

17     stage, which is for an interview, for a

18     face-to-face interview.  Basically, that's the

19     initial test.

20     BY MR. KOUBA:

21     Q    Okay.  I'll ask the question again.

22          In your opinion, do you think the

Soe Thinn

Washington, DC

October 4, 2006

Page 30

1    written tests were a good gauge of who had the

2    potential to become a broadcast journalist?

3              MR. ABRAMSON:  Objection.

4              THE WITNESS:  I answer the same way.

5    They are used to see whether they should proceed

6    to the next step of the selection process, which

7    is for an interview.

8    BY MR. KOUBA:

9         Q    So you don't know one way or the other?

10             MR. ABRAMSON:  Objection.

11             THE WITNESS:  I just -- it's -- it's the

12   step that one, you know, has to pass to get

13   through to an interview.

14   BY MR. KOUBA:

15        Q    Were the written tests -- I believe you

16   said they were translations; is that accurate?

17        A    I didn't say they were translations.

18        Q    Were the written tests translations?

19        A    No.

20        Q    Could you describe what the written

21   test -- what you asked people to do with the

22   written tests?

Soe Thinn

Washington, DC                                              October 4, 2006

Page 31

1        A      There are three parts.  First part is

2    something written in English about a news event.

3    And the applicant has to write that into Burmese

4    in a new -- in a news report style.  It

5    specifically says that -- do not translate.  And

6    they are given a certain amount of time to do

7    that.

8            The second is similar, whereby they give

9    you some facts in English; and then you have to

10   write a feature.  But, again, no transaction.  You

11   have to write it in your own words in Burmese,

12   given a time.

13           The third is a translation of several

14   news items -- six, seven, eight; I'm not sure --

15   that gives you -- you see what -- how accurate,

16   and what your speed of, you know.  And then they

17   give -- you have to do that in a certain period of

18   time.  And this third one is a voice at the

19   time -- the fourth one is a voice test.

20       Q    Just to clarify something you said

21   earlier, I believe your testimony was that in 2005

22   you played a role in determining whether or not to

Soe Thinn

Washington, DC

October 4, 2006

Page 34

1       A       Yes.

2       Q       Could you describe that input?

3       A       Editorial consultants and voicing

4   consultants are contracted out on a yearly basis.

5   And they start at the financial year, first of

6   October until the 30th of September.  And

7   beginning of September every year they -- you

8   know, we have to give the list of people who we

9   would like to renew or not renew.

10      Q       Who do you give the list to?

11      A       To the contract department.

12      Q       And who determines whether or not you

13  renew a person's contract?

14              MR. ABRAMSON:  Objection.

15              THE WITNESS:  I consult with my editors,

16  senior editors, as well as my deputy, Daw Nyein

17  Shwe.  And we decide who we should submit to

18  senior management now that this is -- this person

19  is going to be renewed or this person is not going

20  to be renewed.

21  BY MR. KOUBA:

22      Q       When you say senior management, who does

Soe Thinn

Washington, DC                                    October 4, 2006

1        Q      Could you describe how you determine

2    whether or not a voicing consultant has a

3    potential to become a full-time employee?

4        A      First of all, we look at whether they've

5    applied for the job in the past.  And if they have

6    not gotten it, obviously that's already, you know,

7    an indication that they don't have the potential

8    to become a full-time consultant -- full-time

9    broadcaster.

10       Q      Could you describe the differences

11   between the job a voicing consultant does and the

12   job a full-time broadcast does?

13       A      A voicing consultant comes whenever he

14   or she is asked to come.  And they would be asked

15   to write news, and air it for broadcast.  They

16   come four to five hours a time.  A full-time

17   broadcaster is -- there's a full description of

18   that --

19            MR. ABRAMSON:  Just tell him.

20            THE WITNESS:  You know, I mean, it's --

21   first of all, he has to be a broadcast journalist.

22   A voicing consultant is not a voice -- a broadcast

Soe Thinn

Washington, DC

October 4, 2006

Page 49

```
 1        Q    Right.  We received this, in the

 2    production, from your attorney, accompanied by

 3    several other Maung Maung documents.

 4             MR. ABRAMSON:  Can I clarify?

 5             MR. KOUBA:  Sure.

 6             MR. ABRAMSON:  You could ask this to the

 7    witness, but the tests were essentially blinded.

 8    The identity of the test taker is not known to the

 9    test grader.

10             MR. KOUBA:  Right.

11             MR. ABRAMSON:  Okay.  So he wouldn't

12    know whose test it is.

13             MR. KOUBA:  Okay.  Right.  But this is

14    a --

15             MR. ABRAMSON:  Anyway, so that --

16             MR. KOUBA:  Right.  Thank you --

17             MR. ABRAMSON:  -- ask the question --

18             MR. KOUBA:  -- that helps.

19             MR. ABRAMSON:  -- probably saves 20

20    minutes.

21    BY MR. KOUBA:

22        Q    So this is a test you graded?
```

Soe Thinn

Washington, DC

October 4, 2006

Page 50

```
 1      A    Yes.

 2      Q    But you wouldn't have known whose test

 3   it was?

 4      A    No.

 5      Q    Okay.  And just to walk through the

 6   results real quickly.

 7           You'll see he received 100 on written

 8   test part one, 100 on written test part -- a 90 on

 9   written test part two, a 100 on written test part

10   three, and 105 on written test part four?

11           MR. ABRAMSON:  Objection.  The document

12   speaks for itself.

13           THE WITNESS:  100 is not a hundred

14   percent.

15           MR. ABRAMSON:  Well, wait for a

16   question.

17   BY MR. KOUBA:

18      Q    Right.  But it is raw score on this

19   test?

20      A    Sorry?

21           MR. ABRAMSON:  Those are the numbers?

22           THE WITNESS:  Those are the numbers,
```

Soe Thinn

Washington, DC

October 4, 2006

Page 51

1    yes.

2    BY MR. KOUBA:

3        Q    How did those numbers compare with other

4    applicants who you administered tests to in 1998

5    and 1999?

6            MR. ABRAMSON:  Objection.

7            THE WITNESS:  I don't know.  It was --

8            MR. ABRAMSON:  Wait.

9            THE WITNESS:  -- seven years ago.

10   BY MR. KOUBA:

11       Q    Do you know how these results would

12   compare with applicants in 2003?

13       A    I don't know.

14       Q    Do you know whether Maung Maung ever

15   took the non-English language test evaluation

16   again?

17       A    Yes.

18       Q    Do you know when?

19       A    I'm trying to --

20           MR. ABRAMSON:  Well, don't guess.

21           THE WITNESS:  Huh?

22           MR. ABRAMSON:  Don't guess.  If you

Soe Thinn

Washington, DC

October 4, 2006

Page 52

1    know, you know.

2         THE WITNESS:  He took it again, but I

3    don't know when.

4    BY MR. KOUBA:

5         Q    Okay.

6         MR. KOUBA:  I'm going to ask the court

7    reporter to mark this Exhibit 3.

8              (Deposition Exhibit No. 3 was

9              marked for identification.)

10   BY MR. KOUBA:

11        Q    Do you recall whether or not you've ever

12   seen this document?

13        A    (Witness examined document).  I see so

14   many of these tests --

15        Q    Of course.

16        A    -- and I don't -- I don't know that

17   whether -- you know, sometimes I see them.

18   Sometimes I don't see them.  Sometimes I recall

19   them.  Sometimes I don't recall them.

20        Q    You say sometimes you see them and

21   sometimes you don't see them.

22              Do you know why you would not see the

Soe Thinn

Washington, DC

October 4, 2006

Page 53

1    test results?

2              I can appreciate that you wouldn't

3    remember it, seeing --

4        A    I don't -- I don't --

5        Q    -- something --

6        A    -- remember it.

7        Q    -- that you don't remember seeing

8    something seven years ago that you see often; but

9    I believe you said that you don't always see the

10   results.

11       A    (Witness examined document).  This looks

12   like Maung Maung's score in 2001.

13       Q    And to go back to the question I just

14   asked.

15             You testified that sometimes you see

16   test results and sometimes you don't.

17             On those occasions when you don't see

18   test results, what is the reason you don't see

19   them?

20       A    HR doesn't give it to me.

21       Q    On those occasions, are you also

22   responsible for determining whether or not to

Soe Thinn

Washington, DC

October 4, 2006

Page 54

1    interview or hire a person?

2        A    First of all, these -- you gotta

3    understand that the tests are conducted so that

4    these people go to the next step of the interview.

5    And if -- you know, I don't know how many apply

6    for positions, for -- for the vacant position.

7    The top four or five would be given to me, saying

8    that, you know, here, these are the people who are

9    the top four or five that you could interview.

10       Q    Okay.

11       A    And so it varies.  I mean, sometimes

12   there may be three applicants.  They all -- they

13   will give it to all three.  There may be 20

14   applicants and say they're not going to give me

15   all 20.  They may give me three or four or five.

16   I don't know.  So it depends, yeah, on their

17   grades, as well.

18       Q    The test results you don't see are the

19   ones that HR doesn't refer to you for an

20   interview?

21       A    Right.

22       Q    Understood.

Soe Thinn

Washington, DC

October 4, 2006

Page 60

1    outstanding broadcasters.  He's certainly not an

2    outstanding broadcaster.

3        Q    Did you ever talk to the editors about

4    his performance on the job?

5        A    Yes.

6        Q    What did the editors say about his

7    performance?

8        A    I always talk to editors about the

9    performance of all my broadcasters, as well as our

10   voicing consultants.  And they give me input on

11   how each person is doing and how they are not

12   doing.  And it's the general run of things.  As a

13   manager of an organization, I get my input from my

14   editors who are on a day-to-day basis, you know,

15   working with these people.

16           And U Maung Maung's performance is no

17   different from the way I monitored all the other

18   broadcasters.

19       Q    And what did the editors say about Maung

20   Maung's performance?

21       A    Certainly not outstanding.  There have

22   been some complaints about how his work has some

Soe Thinn

Washington, DC

October 4, 2006

Page 61

1    flaws and like -- like -- like everybody else's.

2    But as I've said, nothing outstanding.

3        Q    Can you describe the flaws the --

4        A    I can't --

5        Q    -- editors reported.

6        A    -- I can't go one by one.  I mean,

7    since -- you know, I mean, I don't have a record

8    of that.

9        Q    You don't recall any specific flaws?

10        A    You'll have to ask the editors.

11        Q    Was Maung Maung on time?

12            MR. ABRAMSON:  On time for what?

13            THE WITNESS:  Yeah.

14            MR. ABRAMSON:  Objection.  It's vague.

15    BY MR. KOUBA:

16        Q    Okay.  Let me strike that question.

17        A    Yeah.

18        Q    Did Maung Maung have to report at a

19    certain time when he was a voicing consultant?

20        A    Yes.

21        Q    And did he report at the time he needed

22    to report when he was a voicing consultant?

Soe Thinn

Washington, DC

October 4, 2006

1          A    I don't have complaints from my editors

2    that he has not been on time.  The only complaint

3    that they have is that if they want to get his

4    services, because he's on call, we call him up and

5    he is -- he never answers the phone.  There's only

6    an answering machine on his telephone.  And,

7    therefore, it is very difficult to get hold of

8    him.

9          And we have to leave a message.  And we

10    have to wait for him to reply.  And that puts a

11    burden on us whether to ask him or other voice

12    consultants to come.  We're -- usually, these

13    things are always an emergency and somebody gets

14    sick, you know, we ask him to come and do the

15    news.

16          And, you know, sometimes it's -- it's

17    very difficult to get hold of someone who is

18    supposed to be on call.  And the only reason we

19    can get through to him is on a voice -- voice

20    mail.  And we don't know whether that's his cell

21    phone or what -- whatever phone he has.

22          But it's always we have to leave a

Soe Thinn

Washington, DC

October 4, 2006

Page 63

1    message on the phone and then he calls back.  And

2    by the time we would have -- you know, we don't

3    know what to do.  Do we call another person, or is

4    he -- or that's -- that's a very difficult

5    situation, when you're -- when he's supposed to be

6    on call.

7         Q    Do you know how often this happened?

8         A    All the time.  Because we never get him

9    on the phone directly.

10         Q    And when you say all the time, are you

11    saying every single time you called him?

12         A    Yes.

13         Q    Did you ever considering terminating

14    Maung Maung because you couldn't call him, because

15    you couldn't reach him when you attempted to call

16    him?

17         A    That's not the main reason why his

18    contract was terminated.

19         Q    No, I'm asking -- I'll be more specific.

20         Between May 2002 and September 2003, did

21    you ever considering terminating his contract

22    because every time you called him to work you got

Soe Thinn                                                          October 4, 2006

Washington, DC

Page 68

1       Sorry.

2               Have you seen this agreement before?

3       A    No.

4       Q    Were you involved in the decision to

5    renew Maung Maung's contract in September 2003?

6       A    Yes.

7       Q    What role did you play?

8       A    That -- as I've said, every year in

9    September I get a list from the contracts division

10   of people who are under contract with the Burmese

11   service, voicing consultants as well editorial

12   consultants.

13              And we look at the -- "we" meaning Nancy

14   Daw Nyein Shwe, my deputy, and the senior editors

15   at that time -- look at it.  And we discuss, okay,

16   this guy needs -- this person can be renewed, this

17   person terminated.  We decide.  And we give

18   reasons why, and then submit it to senior

19   management, pass it on.  And they confirm it.  And

20   then they send it to contracts division.

21      Q    With respect to Maung Maung's renewal,

22   do you recall whether or not any of the people

Soe Thinn                                                          October 4, 2006

Washington, DC

1       A       U Maung Maung came and talked to me that

2   he would like to write a weekly feature.  And I

3   says, fine, what would you like to write about.  I

4   think he wanted to write about the Burmese

5   military.  And I said that's -- no, that's not,

6   you know, a good subject.

7              And I was the one who suggested that why

8   don't you write about science and advancement of

9   science and technology, and how it would have an

10  affect on Burmese society.  And he says, yes,

11  that's a good idea.  So he had to submit some kind

12  of a request to do that, application to do that,

13  getting some idea what he wants to write about.

14              And I discuss it with my editors.  And

15  we decided that it was a good thing, give him a

16  try, to give him an opportunity, you know, to do

17  this.

18      Q       Could you describe his job duties as an

19  editorial consultant?

20      A       An editorial consultant writing weekly

21  features has to write features, weekly features on

22  a weekly basis with respect to the topic that he

Soe Thinn

Washington, DC

October 4, 2006

1    has proposed.  And our editors look at it, make

2    changes to it.

3         And then some editorial consultants

4    would voice it.  We call them up on the phone.

5    And then they send the -- they voice it on the

6    phone.  We take it, you know, we record it, and

7    broadcast it.  Some voice -- editorial consultants

8    won't voice it.  We, our staff, you know, voice

9    the features and air it.

10        Q    Who decides whether or not an editorial

11   consultant voices their own feature?

12        A    We decide.  And --

13        Q    And who is "we"?

14        A    -- and we decide as -- well, it all

15   depends on the other editorial consultant, as

16   well.  The editorial consultant might be write --

17   writing the feature with a pseudonym.  And,

18   therefore, he doesn't want to be identified at who

19   he is.  Then he would say, well, could you voice

20   it for us, for him.  And then we would voice it.

21        And then there are people who are very

22   old, who do not have the time.  And they will say

1    directly or indirectly.

2        There has been times when U Maung

3    Maung's features do not have any relation, whether

4    they're direct or indirect, to the people and --

5    and Burma.  So we would have to say no, this is

6    not good.  And then if -- then they would say,

7    don't -- this is not good.

8        And, also, as you know, our broadcasting

9    station is unbiassed.  We do -- we are not set up

10    to bring down any government.  And we do not -- if

11    I may use the word -- bash up the military

12    government.  We never do that.

13        And there were times when my editors

14    have reported to me that U Maung Maung was bashing

15    up the government too much in his scripts, and

16    that they would have to tell him, you know, no,

17    you can't do this.  We can't do this.  And we

18    would alter his script so that it fits in with our

19    policy.

20    Q    Do you recall which editors it was that

21    came to you with these complaints?

22    A    I think Daw Nyein Shwe, my deputy.  And

Soe Thinn

Washington, DC

October 4, 2006

1    I think U Khin Maung Nyane also had mentioned

2    that.

3         Q    And do you recall in particular what it

4    was Maung Maung had written that was not

5    appropriate?

6         A    Well, one time I think it was about

7    toll, you know, paying money, toll, when the cars

8    go tolls and stuff like that.  Well, you know, in

9    Burma, we don't have tolls.  Now, he was -- I

10   think he was talking about the modernization of

11   how to get tolls from -- you know, so that the

12   traffic will -- but we don't have tolls in Burma.

13   So, I mean, it's not going to be really -- have

14   any impact on Burmese society.

15        And then there was about cars, as well.

16   We don't have a lot of cars in Burma.  I mean,

17   only in the big city that we have a lot of cars,

18   but, you know.  And -- and only certain strata of

19   society can afford to have cars.

20        Q    Okay.  I understand those are two

21   examples of when he discussed things that didn't

22   relate to Burma sufficiently.

1      Q     Recorded.

2      A     -- they have to be recorded in advance

3   so that it goes on the air at the time it's

4   supposed to go on the air.

5      Q     Is it necessary to record the weekly

6   features at the -- at Radio Free Asia's offices?

7      A     No.

8      Q     So when you say Maung Maung was

9   dictating specific times as to when he could get

10  you weekly features, this is when he could get you

11  the written feature?

12     A     No.  He -- okay.  You -- I will explain

13  the situation.

14     Q     Okay.

15     A     When he was a voicing consultant, he was

16  coming into the office because he has to rewrite

17  the news and go on the air.  So he has to

18  physically be in the office to do it.  So because

19  he was there, he asked if he could record his

20  features at the same time on his own, because he

21  would like to use the studios, which is not --

22  which is very -- which is actually a privilege for

Soe Thinn                                                                    October 4, 2006

Washington, DC

Page 83

1    him.

2              Because none of our editorial

3    consultants are allowed to come to the office.

4    Not only allowed, they don't -- there's no

5    necessity for them to come to the office.  But he

6    was there already.  So he said, okay, can we --

7    can you send someone, show me how to use these

8    studios, the machines.  Fine.  Someone showed him

9    good enough.

10             And he said he would do it on his own,

11   provided the scripts are, of course, already been

12   approved by the editor.  And then he would go into

13   the studio.  We have only one studio, which has to

14   be shared by all of the members of the broad --

15   the broadcasters.  And he would go and say, okay,

16   can I use this.  And he would come.  And we would

17   let him use it, although there's always busy, busy

18   time for using the studios.

19             Then he would go.  And then he would

20   record his.  He would edit it.  And then he would

21   say, okay, this is -- this is it.  I mean, he

22   would put it on a -- on file, on a recorded file,

Soe Thinn                                                                October 4, 2006

Washington, DC

1    and say that this is what I've done.

2              But after his voicing consultancy, he

3    don't -- there was no need for him to come to the

4    office, so he didn't come.  So when he didn't

5    come, we had to get his voice on the phone, like

6    everybody else, I mean.  So at that time,

7    everybody else would say, okay -- we would tell

8    the voice editorial consultant, look, we need --

9    we're going to call you on this time, please stand

10   by.  And they would usually.

11             But in his case, he had the privilege of

12   dictating the time that he would be available.

13   And that does put, you know, a bit -- and he's

14   still doing it, I mean.  And I -- I question why

15   he is doing this, in spite of the fact that, you

16   know, he doesn't have a job.  What is he busy

17   with?

18        Q    When you say he is still doing this, do

19   you mean he is still dictating -- to use your

20   word --

21        A    Yeah.

22        Q    -- he is still dictating to Radio Free

Soe Thinn                                                                October 4, 2006
                            Washington, DC

1      Asia when he --

2           A      Is free --

3           Q      -- office --

4           A      -- yes, he -- sorry, sorry, sorry.

5           Q      When you said he's still doing it, do

6      you mean he's still dictating to Radio Free Asia

7      when he will record his weekly feature at Radio

8      Free Asia's office?

9           A      Yes.

10          Q      Maung Maung's original contract I

11     believe ran through September 2003.

12               Is that consistent with your memory,

13     October --

14          A      Which original contract?  Which one?

15          Q      The editorial consultant contract.

16          A      The weekly feature one?

17          Q      That's right.  Exhibit 7.

18          A      (Witness examined document).  Yes.

19          Q      Do you recall whether his contract was

20     renewed in 2003?

21          A      Yes.

22          Q      Do you recall whether or not it was

Soe Thinn

Washington, DC

October 4, 2006

Page 86

```
 1     renewed in 2004?

 2         A     Yes.

 3         Q     And it was?

 4         A     Yes.

 5         Q     And do you recall whether or not it was

 6     renewed in 2005?

 7         A     Yes.

 8         Q     And it was?

 9         A     Yes.

10         Q     Were you involved in the decision to

11     renew his contract?

12         A     Yes.

13         Q     Could you describe your role in that

14     decision?

15         A     Same as I answered your question before.

16         Q     You met with your editors and discussed

17     it and decided to renew it.

18               And at those meetings where you

19     discussed whether or not to renew his editorial

20     consultant contracts, did anyone voice any

21     sentiment that they should not renew it?

22         A     They did not voice any sentiment.  They
```

Soe Thinn                                                                    October 4, 2006

Washington, DC

                                                                              Page 96

1              Does the Burmese service use any

2      specific criteria when determining whether or not

3      to renew a voice consultant contract?

4          A    I've told you earlier on that voicing

5      consultants are not renewed.  When the editors and

6      myself and the deputy director agrees that a

7      voicing consultant does not have any potential to

8      become a full-time broadcaster, and at that

9      particular instance in 2004, all of the voicing

10     consultants that -- we have three -- were not

11     renewed, because all of them had applied for

12     the -- a position before and they had not gotten

13     the position.

14             And they have been there a couple of

15     years.  We needed new voices, as well.  So we

16     decided to term -- not renew all three.  That's U

17     Maung Maung, U Tin Maung Than, and Do Khin Myo

18     Thet, Ms. Khin Myo Thet is a woman.  And U Tin

19     Maung Than is a man.  And U Maung Maung is also a

20     man.

21         Q    So is it your testimony you determined

22     in 2004 that Maung Maung did not have the

Soe Thinn

Washington, DC

October 4, 2006

Page 97

1    potential to become a full-time broadcaster?

2         A    Well, he applied for it before.  He

3    didn't get it.  He didn't get the position.

4         Q    So when did you first make the

5    determination that Maung Maung did not have the

6    potential to become a full-time broadcaster?

7         A    When he was interviewed for a position

8    in 2003 --

9         Q    Do you recall --

10        A    -- 2001.  I think he was interviewed

11   first in 2001.  And then I think he interviewed

12   again in 2003.  And he was interviewed, although

13   his marks did not qualify to --

14             MR. ABRAMSON:  All right.  Wait for a

15   question.

16   BY MR. KOUBA:

17        Q    So in 2001, you made a determination

18   that he was not qualified to become a full-time

19   broadcaster?

20             MR. ABRAMSON:  Objection.

21   Mischaracterizes testimony, or misstates it.

22             THE WITNESS:  In 2001 -- do I?

Soe Thinn                                                          October 4, 2006

Washington, DC

1          MR. ABRAMSON:  You can answer.

2          THE WITNESS:  Okay.  In 2001, he was

3    interviewed by Dan Southerland and Alex Tseu.  I

4    sat in on the interview.  I didn't say anything.

5    BY MR. KOUBA:

6          Q    Did the Burmese service department

7    determine in 2001 that Maung Maung did not have

8    the potential to become a full-time broadcaster?

9          A    No.

10         Q    Do you recall why he was not hired in

11   2001?

12         A    Because Dan and Alex made the decision

13   to hire someone else.

14         Q    But you don't remember why they made

15   that decision?

16         A    They felt that the -- that the someone

17   else was better than U Maung Maung.

18         Q    When did the Burmese department first

19   determine that Maung Maung did not have the

20   potential to become a full-time broadcaster?

21         A    When we decided -- well, there was two

22   occasions.  One was 2001, again in 2003.

Page 99

1    Q    So Radio Free Asia made that

2    determination in 2001?

3    A    And 2003.

4    Q    Did you consult HR at all when you were

5    determining whether or not to renew Maung Maung's

6    contract in 2004?

7    A    HR has nothing to do with it.

8    Q    Is it common not to renew contracts for

9    voice consultants?

10    A    Yes.

11    Q    I believe you testified that in 2004

12    there were three individuals whose contracts as

13    voice consultants were not renewed.

14        Do you recall how many contracts for

15    voice consultants were not renewed in 2003?

16    A    2003 they were all renewed.

17    Q    Do you recall how many in 2002?

18    A    I think there was one.

19    Q    Do you recall as far as 2001?

20    A    I'm not -- I don't know -- I'm not even

21    sure we had voicing consultants in 2001.  I'm not

22    sure.  We may have.  Now that I -- it comes to me

Page 100

1    there are others who had voicing consultants we

2    have not renewed.

3        Q    There were two other individuals who

4    voice consultant contracts were not renewed in

5    2004; that's correct, right?

6        A    Yes.

7        Q    And I'm sorry.  I hate to ask you the

8    same question twice, but I did not catch their

9    names.

10       A    Yeah.  Mr. Tin Maung Than, T-I-N,

11   M-A-U-N-G, T-H-A-N.  And the other one is Ms. Khin

12   K-H-I-N, second word M-Y-O, third word T-H-E-T.

13       Q    Thank you.

14            Do you recall why Mr. Than would -- his

15   contract was not renewed?

16       A    Which Mr. Than?

17       Q    Tin Maung Than.

18       A    He's also Mr. Than.  The same.  The same

19   as -- all three were not renewed for the same

20   reasons.

21       Q    And the same reasons are that Radio Free

22   Asia did not think they had the potential to

Soe Thinn
                                    October 4, 2006
Washington, DC

Page 101

1    become full-time broadcasters?

2         A    Yes.

3         Q    Any other reasons?

4         A    And because we needed new voices.

5         Q    Could you describe specifically what you

6    mean when you refer to new voices?

7         A    Different voices, not the same voice.

8         Q    Who determined that Radio Free Asia

9    needed to hire different voices?

10            MR. ABRAMSON:  Objection.  Asked and

11   answered.

12            You can answer.

13            THE WITNESS:  Me and my deputy and my

14   senior editors.

15   BY MR. KOUBA:

16        Q    So nobody in senior management came to

17   you and said we need new voices; it was a

18   determination that you made with your editors?

19        A    Oh, yes.

20        Q    Do you know why you determined you

21   needed new voices?

22            MR. ABRAMSON:  Objection.  Asked and

Page 102

1    answered.

2              You can answer.

3              THE WITNESS:  Because we didn't want old

4    voices.  We wanted new voices, different voices,

5    okay, if you want.

6    BY MR. KOUBA:

7        Q    Has Radio Free Asia ever decided not to

8    renew a contract for an editorial consultant

9    because they needed new voices?

10       A    Editorial consultants are different.

11   Sometimes, as I've said before, we don't even use

12   their voices because we read some of them.  And

13   sometimes we don't renew their contracts when they

14   run out of material for the topics that they have

15   proposed.  Sometimes we don't renew if -- like in

16   the instance where we had to terminate one person

17   who said, no, I don't want to be -- you know, I

18   don't want my stuff to be edited.

19             And then there are people like some

20   editorial consultants who deviate from what they

21   were supposed to be writing about.  And then we

22   say, hey, look, this is not right.  And then we

Soe Thinn

October 4, 2006

Washington, DC

```
1        A      They -- sorry.

2               MR. ABRAMSON:  To save time.

3    BY MR. KOUBA:

4        Q    We discussed the years 2003 and 2002

5    with respect to new voices.

6               How often in 2003 did the Burmese

7    department not renew a contract for a voice

8    consultant because they believed they did not have

9    the potential to become a full-time broadcaster?

10              MR. ABRAMSON:  Objection.

11              You can answer.

12              THE WITNESS:  It was only a year that --

13   like, for instance, I think U Maung Maung and the

14   other two were -- have only been there at RFA as

15   voicing consultant for a year.  And there was no

16   reason -- we didn't really know as yet.  Then in

17   the second year, then we realize that, you know --

18   you know, I mean, these people don't have

19   potential.  And they have applied twice.  In U

20   Maung Maung's case he applied twice.

21              I don't think that there's any reason

22   why we should keep them there, waste their time.
```

Soe Thinn                                                              October 4, 2006
Washington, DC

Page 109

1        Q    Do all voice consultants have access

2    cards?

3        A    Yes.

4        Q    Do all editorial consultants?

5        A    No.

6        Q    Do you recall whether Maung Maung ever

7    had an access card?

8        A    Yes.

9        Q    Do you recall whether that card was

10   canceled?

11       A    Yes.

12       Q    Do you recall when the card was

13   canceled?

14       A    When his voicing consultant was not

15   renewed.

16       Q    Do you recall a date?

17       A    It must have been soon after the -- the

18   voicing consultant terminated.

19       Q    Do you remember who was responsible for

20   canceling it?

21       A    I told my admin assistant to inform U

22   Maung Maung that -- to -- to bring his access card

Soe Thinn                                                     October 4, 2006

Washington, DC

Page 110

1    in.

2        Q    And did your admin assistant inform

3    Maung Maung to bring it in?

4        A    She must have.

5        Q    So he brought it in?

6        A    I don't know.  She must have, because he

7    didn't come in any more after that.

8        Q    So Maung Maung no longer has access to

9    the office of Radio Free Asia?

10       A    Correct.

11       Q    And no editorial consultants other than

12   Maung Maung have ever access to the building; is

13   that correct?

14       A    No Burmese editorial consultant have

15   ever been given an access card.  They can come in,

16   I mean, through the main reception.

17       Q    Are editorial consultants permitted to

18   record their weekly features at the Radio Free

19   Asia offices?

20           MR. ABRAMSON:  Objection.  Asked and

21   answered.

22           You can answer.

Soe Thinn

Washington, DC

October 4, 2006

Page 111

1          THE WITNESS:   I can only answer for the

2    Burmese service.

3    BY MR. KOUBA:

4          Q     Right.  With respect to the Burmese

5    service?

6          A     Yeah.

7          Q     Are any editorial consultants permitted

8    to record their weekly features at the offices?

9          A     Except U Maung Maung.  Or only U Maung

10   Maung could do that.

11         Q     Okay.  So when you referred to editorial

12   consultants being allowed to come past the

13   receptionist, they can come into the offices but

14   they can't use the actual recording equipment; is

15   that accurate?

16         A     We have not had anybody from the Burmese

17   service who are editorial consultants recording in

18   our studios, as far as I know.

19         Q     Could they if they wanted to?

20         A     No.

21         Q     How do these editorial consultants

22   record the program?

Soe Thinn                                                          October 4, 2006

Washington, DC

                                                                  Page 112

1        A    On the phone.

2             MR. ABRAMSON:  Objection.  Asked and

3    answered.

4    BY MR. KOUBA:

5        Q    Do you have an opinion as to whether or

6    not the quality of the recording is better?

7             MR. ABRAMSON:  Objection.

8    BY MR. KOUBA:

9        Q    Using the actual recording studio?

10            MR. ABRAMSON:  Objection.

11            You can answer.

12            THE WITNESS:  You got to understand that

13   we broadcast in shortwave.  And as you know,

14   shortwave quality is nothing compared to FM or

15   even mediumwave.  Because shortwave is usually --

16   you know, there's always interruption there.  So

17   it doesn't really -- the quality is not really a

18   major issue when we broadcast on shortwave.

19   BY MR. KOUBA:

20       Q    Do you think the quality is better when

21   an editorial consultant records a weekly feature

22   at the Radio Free Asia offices as opposed to over

Soe Thinn                                                    October 4, 2006

Washington, DC

Page 113

1    the phone?

2              MR. ABRAMSON:  Objection.

3              You can answer.

4              THE WITNESS:  For the purposes of going

5    on the air in shortwave, it doesn't really matter.

6    BY MR. KOUBA:

7        Q    Do you recall whether or not Maung

8    Maung's hours were cut in September 2004 prior to

9    the time he was informed his contract was not

10   going to be renewed?

11       A    U Maung Maung's voicing consultantancy

12   was not renewed in October 2004.

13             MR. ABRAMSON:  The question was --

14             THE WITNESS:  Yeah.  Therefore, he

15   doesn't have any hours.  The only time he -- that

16   he is limited hours is his voicing consultant.  So

17   when that was not renewed, he doesn't have any

18   reason -- he doesn't have any hours left

19   automatically, because he doesn't have to come to

20   work.

21   BY MR. KOUBA:

22       Q    Between the beginning of September 2004

Page 114

1    and the end of September 2004, do you recall Maung

2    Maung's hours as an on-call voice consultant being

3    reduced?

4        A     It all depends on the -- the needs of

5    the service.  If we didn't need any voicing

6    consultant during that month, then nobody would

7    come.  And if we need it, would come.  There was

8    no deliberate cut, except in terms of requirement.

9            MR. KOUBA:  I ask the court reporter to

10   mark this as Exhibit 10.

11                    (Deposition Exhibit No. 10

12                     was marked for

13                     identification.)

14           MR. ABRAMSON:  It's 12:27.  So if we're

15   going the start a whole thing --

16           MR. KOUBA:  It won't be a whole thing.

17           MR. ABRAMSON:  Okay.

18   BY MR. KOUBA:

19       Q    Mr. Thinn, this is Plaintiff's motion to

20   substitute the complaint.  And the corrected

21   amended complaint is attached to that.

22              If you could please turn to paragraph 51

Soe Thinn                                                        October 4, 2006

Washington, DC

Page 115

1    on page 8.  And read that to yourself, please.

2         A    (Witness examined document).  Yes.

3         Q    Do you have any reason to disagree with

4    that statement?

5         A    I have not looked at the schedule or

6    whatever.  And I don't know.  I can't say, unless

7    I see the number of times, you know.  I see the

8    timesheet that they have to submit.  And, you

9    know, I won't know.  I can't say one way or the

10   other.  And this is -- by looking at this, I don't

11   know.

12        Q    Okay.

13        A    I have to actually see the document

14   which says this is the number of hours that U

15   Maung Maung has worked, this date, this date, this

16   date.  And I would -- myself or my deputy, Daw

17   Nyein Shwe, would have this signature saying that

18   this is the number of hours that he or she or

19   whoever.

20        Q    Okay.  And you wouldn't know whether or

21   not any other people's hours were reduced during

22   the month of September?

Soe Thinn                                                                    October 4, 2006

Washington, DC

Page 116

1       A    I wouldn't know.

2       Q    Okay.  But if a voice consultant's hours

3   were reduced because there was not a need for

4   them, would one expect all voice consultants'

5   hours to be reduced similarly?

6       A    I wouldn't know.  Again, it -- first of

7   all, there has to be a need.  Secondly, there has

8   to be accessibility.  We call up three -- there

9   are three voice consultant: A, B, and C.  We call

10  up A -- A, B, or C's not free, we call up D or

11  whatever, B, C.  And it goes on.

12          And if -- if a person is more free and

13  readily available, then there is more likely

14  chances that he would get more.  And if a person

15  is not available, if he goes on vacation for

16  example, you know, he's not going to be around to

17  come at a short notice.  And this is very

18  important.  Our need is short notice, because it's

19  an emergency.

20          Occasionally we do have when there are

21  planned vacations.  Then we would actually -- we

22  know that the vacations are going to come.  So

Soe Thinn                                                                    October 4, 2006
Washington, DC

1    we -- we can actually schedule those people.  But

2    when there is an emergency, somebody's sick, we

3    have to be able to get somebody immediately.

4        Q    Right.

5        A    And, you know, accessibility and the

6    need are two factors which would determine whether

7    a person -- a voice consultant comes to work for

8    us or not.

9        Q    And how do you determine which voice

10   consultant you call first when a need arises?

11       A    I don't do it.  I ask my admin assistant

12   to, you know, okay, please get someone.  And she

13   would look at the schedules, who -- who's got --

14   you know, last week, who was a lot.  And she tries

15   to, you know, distribute it fairly amongst the

16   voicing consultants, so that everybody gets a good

17   chance.

18       Q    Okay.  And your admin assistant, their

19   name is?

20       A    At that time, or now?

21       Q    At that time.

22       A    At that time, Ariah Francois.

Soe Thinn                                                                    October 4, 2006
                          Washington, DC

                                                                  Page 120

1        A    Yes.

2        Q    What steps did the Burmese department

3   take after Maung Maung applied to become a

4   full-time broadcaster?

5             MR. ABRAMSON:  Well, objection.

6             THE WITNESS:  In that year?

7   BY MR. KOUBA:

8        Q    Only 2003.

9        A    There were applicants which -- who

10  applied for the position at HR.  And HR would look

11  at them.  And they would ask people to sit for

12  examinations, which would be to see which --

13  whether they would qualify for the next step in

14  the selection process, which is to go to an

15  interview.  That's the initial step.

16       Q    Did Maung Maung take any test in 2003 in

17  connection with his application to become a

18  full-time broadcaster?

19       A    No.

20       Q    Why not?

21       A    Because, as I said, the tests were taken

22  to qualify themselves as to -- to be interviewed.

Page 121

1    Maung Maung was already been interviewed before,

2    so he didn't need to take the test, because he

3    would be already be put in the interview, which he

4    was.

5        Q    In determining who to hire in 2003 as a

6    full-time broadcaster, did the Burmese department

7    consider the test scores on the non-English

8    evaluation test?

9        A    They were looked at.

10       Q    And what test scores did the Burmese

11   department consider for Maung Maung if he didn't

12   take the test in 2003?

13       A    The two tests that he had taken twice

14   before.

15       Q    So the Burmese department considered the

16   2001 test results and the '99 test results when

17   considering Maung Maung?

18       A    But let me put it this way.  Okay.  When

19   he was interviewed in 2001, his test scores did

20   not come up to the level that would have been

21   interviewed.  But he happened to be a friend of a

22   friend, and I wanted to give him a chance.  So I

Soe Thinn

Washington, DC

October 4, 2006

Page 122

1     said please put him on the list of the persons who

2     are to be interviewed.

3          So he automatically -- he was one of

4     those privileged people that I had given to be put

5     in the interview.  And he came into the interview.

6     But he didn't get it when Alex Tseu and Dan

7     Southerland interviewed him.  They gave it to

8     some -- another person.

9          So when he applied for it again in 2003,

10    I said please go ahead and put him in the

11    interview, because he has already been interviewed

12    once.  We would like to give him another chance to

13    prove that he can become a full-time broadcaster.

14        Q    And when the Burmese department

15    considered whether or not to hire Maung Maung, did

16    they consider his 2001 test scores, or his 2001

17    and his 1999 test scores?

18        A    When we make our position to hire

19    people, a lot of it -- or practically a majority

20    of the position is based on the interview.

21          And one critical question to all our

22    interviewees that the Burmese service did was

Page 123

1    whether you would put a -- you know, a news item

2    which is detrimental to Aung San Suu Kyi on the

3    radio or not.  And if an interviewee says no, then

4    he is automatically -- what's the word --

5    rejected, no matter what kind of journalism

6    experience or whatever.  We've done that in the

7    past.  And we're still doing it.

8              And Maung Maung said no.  So he was --

9    what's the word -- vetoed, blackballed, or

10   rejected.

11       Q    Okay.  I'm going to ask the same

12   question.

13             Did the Burmese department consider

14   Maung Maung's 1999 test scores when deciding who

15   to hire for a full-time broadcaster in 2003?

16       A    I repeat the answer that I just gave

17   just now.

18       Q    It's a "yes" or "no" question.  I

19   didn't -- don't think you said "yes" or "no" in

20   your answer.

21             MR. ABRAMSON:  To what extent did you

22   look at those scores -- that's the question -- in

Soe Thinn                                                                    October 4, 2006
Washington, DC

Page 124

1   making the decision?

2           THE WITNESS:  We didn't even look at it,

3   because he had already answered the question

4   wrong.

5   BY MR. KOUBA:

6       Q    Okay.

7       A    It didn't come to that stage.

8       Q    Okay.  Thank you.

9           In 2003, when you interviewed Maung

10  Maung, how many other people did you interview for

11  the position of full-time broadcaster?

12      A    Face-to-face interview, we did U Maung

13  Maung, U Maung -- who else was it?  Face to face,

14  I think four.

15          MR. KOUBA:  I'm going to ask the court

16  reporter to mark this as Exhibit 12.

17                      (Deposition Exhibit No. 12

18                      was marked for

19                      identification.)

20  BY MR. KOUBA:

21      Q    If you could turn to page 2 of this

22  document, the third full paragraph, and read that

Soe Thinn                                                                October 4, 2006

Washington, DC

Page 127

1      A      She was a second choice.  The first

2   choice was Tin Aung Cho.  And we offered the

3   position to him.  And he applied for a visa to

4   come to the United States.  The RFA helps him with

5   it.  I don't know what it's called, H-1 visa I

6   think.  But he was not given the visa.  So it

7   amounted for us -- and he also withdrew his --

8   his -- what's the word -- application.  And so we

9   had to go to the number two choice, which is Kyi

10  Kyi Then.

11     Q      And what criteria caused you to choose

12  Kyi Kyi over Mr. Nyo?

13     A      Mr. Nyo also answered the question about

14  Aung San Suu Kyi, saying that he would not

15  broadcast adverse news about Aung San Suu Kyi.

16     Q      And would the Burmese department have

17  any record of his response to that question?

18     A      No.  We don't keep records of -- we

19  just -- Nancy and I, you know, were there.

20          MR. KOUBA:  I ask the court reporter to

21  mark this as Exhibit 13.

22                      (Deposition Exhibit No. 13

Soe Thinn

Washington, DC

October 4, 2006

Page 128

1                          was marked for

2                          identification.)

3     BY MR. KOUBA:

4         Q    Mr. Thinn, you testified earlier that

5     the job announcement and job description for

6     full-time broadcaster required one year experience

7     broadcasting or specialized journalism.

8              Do you see one year of broadcaster or

9     specialized journalism experience in Kyi Kyi's

10    resume?

11        A    (Witness examined document).  Well, you

12    can call a vocalist in the San Francisco Bay Area,

13    you know, broadcasting, of course.  That's --

14    that's some -- some kind of an experience.

15        Q    So the only broadcaster specialized

16    journalism experience that Kyi Kyi had prior to

17    being hired as a full-time broadcaster was the

18    experience as a vocalist in the San Francisco Bay

19    Area --

20        A    Oh, yeah.

21        Q    -- referred to there?

22        A    Uh-huh.

Soe Thinn

Washington, DC                                                    October 4, 2006

Page 130

1               (Deposition Exhibit No. 14

2               was marked for

3               identification.)

4    BY MR. KOUBA:

5        Q    If you could take a moment and review

6    that.

7               I am wondering where in his CV there is

8    anything listing one year experience broadcasting

9    and/or specialized journalism?

10       A    Can I explain to you how --

11              MR. ABRAMSON:  Just answer the question.

12              THE WITNESS:  Oh.  No, I don't see.

13   BY MR. KOUBA:

14       Q    And so Tho did not have one year

15   experience broadcasting and/or specialized

16   journalism prior to being offered a job as a

17   full-time broadcaster?

18       A    No.

19       Q    And under the description for the job of

20   full-time broadcaster, he was not necessarily

21   qualified; is that correct?

22       A    Yeah.

Soe Thinn

Washington, DC

October 4, 2006

Page 131

1          Q     Why did the Burmese department offer the

2     position of full-time broadcaster to an individual

3     that did not meet the job qualifications?

4          A     The Burmese society, under the socialist

5     regime, does not have journalists.  Nobody -- not

6     a lot of people have experience in journalism.  I

7     myself was hired by the Voice of America without

8     any journalism experience.  And look where I am

9     now.  We look at people who would have the

10    potential to be a good journalist, bearing in mind

11    that there is very limited resources or limited

12    pool of resources where people have real

13    journalism experience.

14              Even if they had journalism experience,

15    if they do not -- if they cannot prove that they

16    do not have political biases, then we reject them

17    outright.  Because RFA's policy is very strict

18    about political biases.  And we are an

19    organization which is a true journalistic,

20    sticking to the ethics of journalism very, very

21    strict.

22              We are not an organization which has any

Soe Thinn

Washington, DC

October 4, 2006

1    political biases.  That is why we do not have

2    editorialization.  We don't editorialize our

3    output.  We can have editorial consultants saying

4    things that they have an opinion for.  And we

5    have -- as a matter of fact, after their pieces,

6    we would say that this is, you know, the view of

7    this person.  It's not the view of RFA.

8              And, therefore, when Mr. Cho was hired,

9    we hired him because he has a general knowledge of

10   a lot of things.  He has international relations,

11   international law.  And he had worked in the

12   foreign service.  He has a degree in history.  He

13   has -- I think I saw something.

14              (Witness examined document).  He was in

15   the foreign service, which is -- he has a degree

16   in law of the sea.  And he has participated in

17   conferences.  And that is the sort of general

18   knowledge a journalist should have.

19        Q    Do you have an opinion as to why Radio

20   Free Asia does not include anything about a

21   political bias in their job qualifications when

22   they advertise the position of full-time

Page 133

1    broadcaster?

2        MR. ABRAMSON:  Double the objection.

3        You can answer.

4        THE WITNESS:  Because we are a -- no

5    organization says that you -- you know, you're

6    hiring a journalist.  People should know.  People

7    applying for the job should know what journalistic

8    ethics are, for that matter.  And it's -- it's a

9    generally accepted fact.

10   BY MR. KOUBA:

11       Q    Do you know who drafted this job

12   description?

13       A    HR, I would think.

14       MR. ABRAMSON:  Well, do you know that?

15       THE WITNESS:  I don't know.  I didn't do

16   it.

17   BY MR. KOUBA:

18       Q    You mentioned earlier a question that

19   all interviewees are asked in order to determine

20   whether or not they might be political biased.

21       Is that the only screening process Radio

22   Free Asia uses to determine whether or not an

Soe Thinn

Washington, DC

October 4, 2006

Page 134

1    applicant has a political bias?

2        A    That is the question which would

3    automatically disqualify them to be considered

4    for -- not Radio Free Asia, Burmese service.

5        Q    Burmese.

6        A    Let me put it that way, that we -- we

7    use as a criteria to disqualify applicants,

8    because it's so important.

9            MR. KOUBA:  I'm going to ask the court

10   reporter to mark this as Exhibit 15.

11                    (Deposition Exhibit No. 15

12                    was marked for

13                    identification.)

14   BY MR. KOUBA:

15       Q    This is the application submitted by

16   Maung Maung Nyo.

17            And it's your testimony that his

18   response to the political bias question during the

19   interview is the reason he did not get offered the

20   position?

21       A    Yes.

22       Q    Do you have an opinion as to whether or

Soe Thinn

Washington, DC

October 4, 2006

Page 135

1    not he would have been offered the position had he

2    not responded in a manner that suggested he had a

3    political bias?

4        A    That's --

5            MR. ABRAMSON:  Objection.

6            THE WITNESS:  -- speculative.

7    BY MR. KOUBA:

8        Q    So you don't know?

9        A    He didn't.  The fact is that he didn't

10   answer the question correctly.  Period.

11       Q    So you don't have an opinion as to

12   whether or not he would have gotten it?

13           MR. ABRAMSON:  Objection.

14           THE WITNESS:  The fact -- I can only

15   tell you the facts -- the fact is that he did not

16   answer the question correctly.  Even though he

17   had, you know, all the diplomas and experiences,

18   that puts him right out of the ballpark.

19   BY MR. KOUBA:

20       Q    Did the Burmese department consider

21   interviewing anyone else after Tho informed them

22   that he could not take the position?

Soe Thinn

Washington, DC                                                    October 4, 2006

Page 136

1      A    Can you ask me the -- can you put it

2  another way, please?  I don't quite understand.

3  I'm sorry.

4      Q    Sure.  After Tho informed the Burmese

5  department that he could not get his visa, did

6  they consider interviewing anyone else?

7      A    No.

8      Q    And at this point, they had interviewed

9  the other three candidates?

10     A    Yes.

11     Q    So at the point that Tho inform the

12  Burmese department he could not work there, there

13  was no candidate the Burmese department could hire

14  other than Kyi Kyi?

15     A    She was ranked number two.

16     Q    If Kyi Kyi had been unable work for the

17  Burmese department, would either other candidate

18  have been hired?

19     A    Speculative.  I don't know.  I can't

20  tell, because it didn't happen.

21     Q    Is it possible somebody could be hired

22  if they answered the question about political bias

Soe Thinn

Washington, DC

October 4, 2006

Page 137

1    incorrectly?

2        A    We would not hire anybody who had -- who

3    would have answered the question incorrectly.

4        Q    And is it your testimony that Maung

5    Maung and Mr. Nyo answered that question

6    incorrectly?

7        A    Correct.

8        Q    So they could not have been hired if Kyi

9    Kyi had not been able to take the job as a

10   full-time broadcaster?

11       A    We would not have hired U Maung Maung or

12   U Maung Maung Nyo.

13           MR. KOUBA:  I believe this is number 16.

14                  (Deposition Exhibit No. 16

15                  was marked for

16                  identification.)

17   BY MR. KOUBA:

18       Q    This is another reproduction of Kyi

19   Kyi's application and test scores.  For some

20   reason, one of the test results was missing, which

21   is why I'm reintroducing this one separately.

22           On the fourth page, which is marked

Soe Thinn

Washington, DC

October 4, 2006

Page 140

1    RFA I see here is that at the bottom here is RFA.

2    Otherwise, I don't know whether this is RFA or

3    not, either.

4        Q    But you do agree, given Kyi Kyi's lack

5    of journalistic experience, that she was not

6    qualified?

7            MR. ABRAMSON:  Objection.  Asked and

8    answered.

9            THE WITNESS:  I wasn't a qualified

10   person when I applied for VOA.  I didn't have any

11   journalism experience, as has a lot of -- not a

12   lot, some of my staff right now in the Burmese

13   service who have not -- not had journalism.

14           Let me put it this way:  Journalism can

15   be taught, attitudes cannot be taught.  And when a

16   person who has a political bias, we can't teach

17   him not to have political bias.  Now, journalism

18   can be taught through experience and training and

19   proper supervising.  And then they become good

20   journalists, like everyone.  No one is born a

21   journalist.

22           But when you have an opinion which is

Soe Thinn

Washington, DC

October 4, 2006

Page 141

1   very critical in our broadcasting like the one

2   about the political biases of Aung San Suu Kyi,

3   it's devastating.  And we can't teach a person.

4   We can't tell him that this is -- you know, he's

5   got it in his head, or she has or he has got it in

6   his head.

7   BY MR. KOUBA:

8       Q    So your view that journalism can be

9   taught, is that your personal view, or would you

10  say that that's the overall view of the Burmese

11  department?

12      A    Like any topic, it can be taught.  They

13  go to school to -- that's why they get -- I mean,

14  there aren't any -- you know, that's why there's

15  such a thing called journalism subject.  It has to

16  be taught in a school, but --

17      Q    Is the opinion that journalism can be

18  taught your personal opinion, or the opinion of

19  the Burmese department?

20          MR. ABRAMSON:  Objection.  Double

21  objection.

22          THE WITNESS:  I myself was never a

Page 144

1    everyone in the Burmese service department?

2             MR. ABRAMSON:  Objection.  Asked and

3    answered.

4             THE WITNESS:  I don't know about the

5    other people in the Burmese service.

6    BY MR. KOUBA:

7        Q    Okay.  Did the Burmese service

8    department ever reconsider hiring Tho?

9             MR. ABRAMSON:  Objection.

10            THE WITNESS:  We did hire him.  But

11   he -- he was -- circumstances did not afford him

12   to take up the position.  And then he declined.

13   BY MR. KOUBA:

14       Q    When did he decline?

15       A    When he -- when his visa application was

16   refused, he withdrew.

17       Q    Had you met Mr. Tho before he applied to

18   be a full-time broadcaster?

19       A    Oh, absolutely.

20       Q    When did you first meet Mr. Tho?

21       A    When we were about five years old.

22       Q    Where did you meet him?

Soe Thinn                                                    October 4, 2006
                            Washington, DC

                                                              Page 146

1    government.  And Daw Nyein Shwe, the editor, would

2    have to stop him from doing that.

3         Q    Okay.  Understood.

4              Not when he actually wrote the feature,

5    but when he actually recorded the feature, he

6    never attributed any journalistic bias?

7         A    He couldn't have, if the editor was

8    doing the -- a good job.  And most of my editors

9    do a good job.

10        Q    So he didn't?

11        A    No.  He wouldn't be allowed to do so.

12        Q    Earlier, we discussed Maung Maung's

13   voice consultant contract not being renewed in

14   September 2004.

15             After the Burmese department did not

16   renew Maung Maung's contract, did it hire anyone

17   else as a voice consultant in 2004?

18        A    Yes.  It could be 2004.  But after he

19   was not renewed, we had to get new voices.  So we

20   did hire -- I don't know the exact date, but it

21   came soon after.  We needed the people.

22        Q    Do you remember the names of who you

Page 147

1    hired?

2        A    Zaw Moe Kyaw, and Neng San Nong.  She's

3    a Ms., a woman.  She's a woman.

4            MR. ABRAMSON:  Spell them.

5            THE WITNESS:  I don't even know.

6            MR. ABRAMSON:  Okay.

7            THE WITNESS:  N-E-N-G.

8            MR. ABRAMSON:  All right.  If you don't

9    know --

10            THE WITNESS:  And San Nong, S-A-N,

11    N-O-N-G.

12    BY MR. KOUBA:

13        Q    Did you interview each of these people

14    for --

15        A    We don't interview them.  The editors

16    would let them go -- come in, and then gave them

17    some news to rewrite, have a look at it.  And they

18    would recommend that this is okay, these people

19    are okay, that people is not okay.  And then we

20    would hire them, would hire those people.

21        Q    So there's no actual interview to become

22    a voice consultant?

Page 148

1    A    No.

2    Q    Is there any voice test?

3    A    Yes, I think there is a voice test.

4    Q    Could you describe the voice test?

5    A    Sorry?

6    Q    Could you describe the voice test?

7    A    Well, what would happen is they would be

8    asked to rewrite some news item.  And they would

9    say, okay, go ahead and read it, read it, you

10   know, on -- on tape.  And the editors would listen

11   to it, look at the script.  And then they would

12   say, okay, this person and that person is okay.

13   And sometimes I would say, okay, maybe I want to

14   listen.

15        I don't do that all the time, but -- you

16   know, because they're not permanent, you know.

17   They're voice contractors.  And as you know, they

18   can be terminated any time, according to the

19   contract as I understand.

20   Q    Right.

21   A    So, you know, it doesn't -- there's no

22   real commitment if we don't -- if we sign a

Page 149

1  contract with one person for a week and we don't

2  like him or her, we can just say, sorry, we don't

3  like you, go -- you know, we'll hire another

4  person.  So that's how it is.

5      Q    Are any written evaluations made during

6  this process?

7      A    No written evaluations are made of these

8  consultants, whether they are editorial

9  consultants or voicing consultants.

10     Q    And the two individuals you identified a

11 few moments ago, do they still work in the Burmese

12 department?

13     A    No.  The lady left on her own.  But the

14 man, Zaw Moe Kyaw, is now working as a full-time

15 person, full-time broadcaster.

16     Q    He's a full-time broadcaster at the

17 Burmese department?

18     A    Yes.

19     Q    Okay.  We discussed Maung Maung's job as

20 an editorial consultant at some length this

21 morning.

22          Is he still an editorial consultant at

Page 150

1    the Burmese department today?

2        A    Yes.

3        Q    And do you know when his present

4    contract expires?

5        A    The present contract -- well, he should

6    have been receiving a renewal of his contract the

7    first of October, because the -- the one that was

8    last year, the 30th of September 2006, would have

9    been expired.  So he should have received a

10   renewal.

11            If he hasn't received it, he should get

12   it.  Because I had already recommended that he

13   should go on being an editorial consultant,

14   unless, you know, somebody else who have not told

15   me that, no, we're not going to renew him.  Nobody

16   has told me.  So I am assuming that it's been --

17   it is in the process of being renewed.

18       Q    Okay.  To your knowledge, they're

19   renewing his contract?

20       A    Yeah.

21       Q    Okay.  Are you aware that Maung Maung

22   filed a complaint with the EEOC in August of 2004?

Soe Thinn                                                          October 4, 2006

Washington, DC

Page 151

1       A    I was told about it.

2       Q    When were you told you about it?

3       A    By the counsel.

4       Q    By who?

5       A    By the counsel.

6       Q    When?

7       A    Sometime in the fall of 2004.

8       Q    You can't recall the specific date?

9       A    No.

10      Q    Do you recall whether or not Maung Maung

11   was still employed as a voice consultant?

12      A    I don't remember.

13           MR. KOUBA:  I'd like to mark this as 17.

14                (Deposition Exhibit No. 17

15                was marked for

16                identification.)

17           THE WITNESS:  (Witness examined

18   document).

19   BY MR. KOUBA:

20      Q    Have you ever seen that document?

21      A    No.  It's the first time I've seen it.

22   That's why I'm looking at it.

Soe Thinn

Washington, DC

October 4, 2006

Page 153

1    A    -- nobody's talked --

2    Q    Other than him, you can't identify any

3    person with knowledge of his complaint?

4    A    No one else apart from Gill has talked

5    to me about it.  Maybe the -- our in-house

6    counsel, Pat Ewing.

7    Q    The upper left-hand corner of Exhibit

8    17, this complaint is addressed to the director of

9    human resources of Radio Free Asia.

10          Do you know who that is?

11    A    When was this?  When was the date?

12    Q    August of 2004.

13    A    (Witness examined document).  It must be

14    Tom Beeson.

15    Q    And what does this complaint allege as a

16    basis, as its basis?

17    A    I don't know.  I have never seen this

18    document before.  I only know that, according to

19    the counsel and our in-house counsel, Pat Ewing,

20    they said, oh, you know, U Maung Maung has filed

21    an EEOC complaint that -- I don't know if that has

22    to do with gender discrimination or something like

Page 154

1    that.  And I'm -- so I said, what do I do?  No,

2    nothing.  You know, we -- that was it.

3         Q    And it's your testimony that you don't

4    know of anyone other than Maung Maung and counsel

5    that have knowledge of this complaint?

6              MR. ABRAMSON:  Objection.  Asked and

7    answered.

8              THE WITNESS:  I don't know.

9    BY MR. KOUBA:

10        Q    Okay.  And when I -- to clarify, when I

11   say this complaint, I mean the allegations of this

12   complaint, not that they have actually seen this

13   document.

14             Does anyone else, to your knowledge, in

15   the Burmese department know that Maung Maung filed

16   a complaint with the EEOC?

17        A    I don't know.  They have not talked to

18   me about it.  So I don't know whether they know or

19   they don't know.

20        Q    Do you know a Ko Aung that was employed

21   in the Burmese department?

22             MR. ABRAMSON:  Koko.

Soe Thinn                                                                    October 4, 2006
Washington, DC

Page 159

1    myself are interviewing applicants for broadcaster

2    position in the Burmese service, we have asked

3    that question.

4        Q     And do you and Ms. Shwe interview all

5    applicants to become full-time broadcasters from

6    the period of 1998 through 2004?

7        A     No.   I was not involved in all

8    interviews.

9            MR. ABRAMSON:   Wait -- wait for a

10   question.   The answer is "no."

11   BY MR. KOUBA:

12       Q     When did you first become involved in

13   interviewing individuals for the position of

14   full-time broadcaster?

15       A     2003.

16       Q     And between the years of 2003 and today,

17   have you been involved in every interview with an

18   individual for the job of full-time broadcaster?

19       A     Yes.

20       Q     Prior to 2003, is it accurate to say you

21   were involved in some but not all interviews with

22   individuals to become full-time broadcaster?

Page 160

1      A     Correct.

2      Q     And on what basis would the Burmese

3  service department determine whether or not you

4  were going to participate in that interview?

5            MR. ABRAMSON:  Objection.

6            THE WITNESS:  The Burmese service

7  doesn't determine that.  It is determined by Dan

8  and Alex and senior management.

9  BY MR. KOUBA:

10     Q     What criteria did Dan, Alex, and senior

11 management use when determining whether or not you

12 would participate in an interview with someone to

13 become a full-time broadcaster?

14           MR. ABRAMSON:  Objection.

15           THE WITNESS:  It's up to them.  But

16 generally -- generally, if I know a person enough

17 that I don't have to interview that person, I

18 would just say Dan, Alex, I know this person, you

19 know, go ahead and interview; or they would say,

20 okay, you can sit in, but I won't ask questions.

21 BY MR. KOUBA:

22     Q     That's the only reason you would not

Page 166

```
 1       Q    Well, I believe you testified earlier

 2    that in the fall of 2004 you became aware of his

 3    first EEOC complaint?

 4       A    Yes.

 5       Q    Prior to that time, are you aware of any

 6    complaints Maung Maung made regarding Radio Free

 7    Asia?

 8       A    I don't know.  Let me make this clear.

 9    Okay.  What RFA does, I don't know.  You can ask

10    me questions about the Burmese service.  Okay.

11    And I can tell you any questions that are related

12    to the Burmese service.  Because I don't know what

13    happens in Radio Free Asia.  You keep telling me

14    Radio Free Asia.  I don't know what happens --

15       Q    Okay.  I --

16       A    -- at Radio --

17       Q    -- I appreciate --

18       A    -- Free Asia.

19       Q    -- that.

20       A    That's just -- you know, just to let you

21    know, you know.

22       Q    Because as I understood it, I took the
```

Page 168

1                              (Deposition Exhibit No. 20

2                              was marked for

3                              identification.)

4    BY MR. KOUBA:

5         Q    Mr. Thinn, I want you just to take a

6    look at this.  And let me know whether or not you

7    had heard about this letter, or when the first

8    time you heard about this letter was.

9         A    (Witness examined document).  I think

10   this is the same letter that I saw for the first

11   time when he gave his -- U Maung Maung gave the

12   deposition.

13        Q    Okay.

14             MR. KOUBA:  Let's mark this as Exhibit

15   21.

16                              (Deposition Exhibit No. 21

17                              was marked for

18                              identification.)

19   BY MR. KOUBA:

20        Q    My question is whether you have seen

21   this -- had seen this document before Maung

22   Maung's deposition?

Soe Thinn                                                                                          October 4, 2006
Washington, DC

Page 169

1        A      (Witness examined document).  Never seen

2    it.  As a matter of fact, I was pretty surprised

3    when I saw this -- when I saw it at his

4    deposition.  I didn't know that U Maung Maung

5    would say such things about me, although I gave

6    him the privilege of going to the interview, in

7    spite of the fact that he didn't qualify for it.

8    And he's a friend of my friend.  And that's one of

9    the reasons why he was, you know, offered the job

10   of voicing consultant, as well as was editorial

11   consultant, weekly feature writer.

12           And as a matter of fact, I helped him

13   select a subject that would be acceptable so that

14   he can be a feature writer.  And now he's telling

15   me that, you know, hey, abuses, gross mismanage,

16   discrimination, cronyism, even -- if he wants to

17   call it cronyism --

18           MR. ABRAMSON:  Why don't you wait for a

19   question.

20           THE WITNESS:  You know, friends.  I

21   mean, I'm not -- you know, this is because I'm

22   upset.  I mean, I gave him all these

Page 170

1    opportunities, privileges.  And he writes that

2    I'm -- crony -- hiring cronies.

3            I mean, he -- he is -- as a matter of

4    fact, if -- I knew him through a friend.  As a

5    matter of fact, the friend's sister is his

6    girlfriend.  And I'm helping him write through.  I

7    gave him opportunities, twice.  I made him in

8    the -- to be interviewed twice.  And he didn't --

9    you know, passed up.  I don't -- I can't help him

10   in that.

11           MR. KOUBA:  I'll move to strike

12   everything after --

13           MR. ABRAMSON:  Feel better?

14           MR. KOUBA:  I move to strike everything

15   after no, in that last response he gave.

16                        (Deposition Exhibit No. 22

17                         was marked for

18                         identification.)

19   BY MR. KOUBA:

20       Q    Same question:  I just want to know

21   whether or not you had seen that letter prior to

22   Maung Maung's deposition?

Soe Thinn                                                    October 4, 2006
Washington, DC

Page 171

1    A    (Witness examined document).  No.  Even

2  at the deposition I didn't get to look at it as

3  properly as I have now and I seen it, you know.

4  Whew.

5    Q    I just want to ask you a few specific

6  questions about some of the individuals you've

7  identified today.

8         With respect to Libby Liu, do you know

9  whether or not Libby Liu would have knowledge

10  concerning Maung Maung's performance on the job?

11         MR. ABRAMSON:  Objection.

12         THE WITNESS:  I don't know.

13  BY MR. KOUBA:

14    Q    Would she have knowledge regarding the

15  decision not to renew Maung Maung's contract?

16         MR. ABRAMSON:  Objection.

17         THE WITNESS:  I don't know.

18  BY MR. KOUBA:

19    Q    Do you know if she'd have knowledge

20  regarding the decision not to hire Maung Maung as

21  a full-time broadcaster?

22         MR. ABRAMSON:  Objection.

Page 176

1    recommendations about hiring him, 2001?

2        A    2001, yes.  After all the interviews

3    were done, although I did not participated in the

4    asking the questions, Alex and -- Alex Tseu and

5    Dan Southerland asked me if I had any, you know,

6    comments to make.

7            I said, you know, Tin Aung Cho is my

8    first choice.  So they asked me what's my -- why.

9    I said, well, liked the way he answered.  I like

10   the way he is well-versed in worldly affairs,

11   which is -- which is very important.  And I like

12   the way -- I know him.  I know him because I know

13   him as a person, since -- I told you -- five --

14   for five years ago (sic).

15           And then when we are in the foreign

16   service, we were in the foreign service together,

17   the Burmese foreign service together.  And I know

18   him as a person.  I know him to be a person who is

19   not politically biassed.  And I've worked with

20   him.  A fair guy.  He's a tennis champ, very

21   sportsminded-like.  I said I like him.  But Dan

22   and Alex said, no, we don't want him.  We want U

Soe Thinn                                                    October 4, 2006

Washington, DC

Page 177

1    Koko Aung.  So U Koko Aung was hired.

2          So in 2003, that same thing came up.

3    And he was there.  So I said I want to hire this

4    guy.  I insisted.  And they said, okay, fine.  So

5    they -- unfortunately, he didn't get his papers,

6    so he -- and he decided that he -- he would rather

7    let go.

8          MR. ABRAMSON:  Okay.  That's it.  No

9    more questions.

10          We will read and sign.

11

12

13

14                        (Whereupon at 2:46 p.m., the

15                        deposition of SOE THINN was

16                        adjourned.)

17

18

19

20

21

22

Soe Thinn

Washington, DC

October 4, 2006

Page 178

1   A C K N O W L E D G E M E N T   O F   D E P O N E N T

2

3

4   I, SOE THINN, do hereby acknowledge I have read and

5   examined the foregoing pages of testimony, and the same

6   is a true, correct and complete transcription of the

7   testimony given by me, and any changes or corrections,

8   if any, appear in the attached errata sheet signed by

9   me.

10

11

12

13

14

15   _Nov 02, 2006_

16   Date                              SOE THINN

17

18   Subscribed and sworn to before me this ____ day of November, 2006.

19

20   _____
     Notary Public

21

22   My Commission Expires: _____
     ven Roberson, Notary Public
     Montgomery County
     State of Maryland
     My Commission Expires Nov. 1, 2010

1          CERTIFICATE OF NOTARY PUBLIC

2               I, BARBARA A. HUBER, CSR, the officer

3     before whom the foregoing deposition was taken, do

4     hereby certify that the witness whose testimony

5     appears in the foregoing deposition was duly sworn

6     by me; that the testimony of said witness was

7     taken by me in stenotypy and thereafter reduced to

8     print under my direction; that said deposition is

9     a true record of the testimony given by said

10    witness; that I am neither counsel for, related

11    to, nor employed by any of the parties to the

12    action in which this deposition was taken; and,

13    furthermore, that I am not a relative or employee

14    of any attorney or counsel employed by the parties

15    hereto, nor financially or otherwise interested in

16    the outcome of this action.

17

18

19    BARBARA A. HUBER, CSR
      Notary Public, in and for the
20    District of Columbia

21    My Commission Expires:
      March 16, 2007

22