Exhibit 4

Page 1

1        IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - -x

4    KHIN MAUNG THAN,            :

5            Plaintiff,          :

6    v.                          :  CASE NO. 1:05-CV-01042

7    RADIO FREE ASIA             :      (RMU)

8            Defendant.          :

9    - - - - - - - - - - - - - -x

10            DEPOSITION OF NYEIN SHWE

11                Washington, D.C.

12            Thursday, November 9, 2006

13

14        Deposition of NYEIN SHWE, called for

15    examination pursuant to agreement of counsel, on

16    Thursday, November 9, 2006, in Washington, D.C., at

17    the Offices of Arnold & Porter LLP in Conference Room

18    750A, at 10:30 a.m., before FRANK A. SMONSKEY, CM, a

19    Court Reporter and a Notary Public within and for the

20    District of Columbia, when were present on behalf of

21    the respective parties:

22

RECEIVED

DEC 06 2006

**CERTIFIED COPY**

Nyein Shwe

Washington, DC

November 9, 2006

Page 8

1      Q     So on average between 40 and 50 hours a

2    week.

3      A     (No verbal response.)

4      Q     As deputy director for the Burmese Service,

5    do you have any input into who the Burmese Service

6    hires?

7      A     Yes, lately, starting from 2003.  Before

8    that, no.

9      Q     I don't think I understood that

10   completely.  Beginning in 2003 you had that

11   responsibility?

12     A     Yes.

13     Q     Could you describe what input you have into

14   who the Burmese Service hires consists of?

15     A     Well, when you get at the -- when we get --

16   how do I put it?  Can I ask my lawyer how to put it?

17          MR. KOUBA:  That's fine.

18          MR. ABRAMSON:  Okay.

19          THE WITNESS:  Again, when you get the

20   applicant's form, then I look at the resume, and then

21   we decide who we call for an interview first.

22          MR. ABRAMSON:  Okay.  That's a good way to

Page 14

1    began working there?

2        A    Yes.

3        Q    And you met him in his capacity as a voice

4    consultant?

5        A    Yes.

6        Q    Did you play any role in the Burmese

7    Service's decision to hire Maung Maung?

8        A    No.

9        Q    Do you know who played a role in the

10   decision to hire Maung Maung as a voice consultant?

11       A    No.

12       Q    Do you know why the Burmese Service hired

13   Maung Maung as a voice consultant?

14       A    I beg pardon?

15       Q    Do you know why the Burmese Service decided

16   to hire Maung Maung as a voice consultant?

17       A    No.

18       Q    Between the years of 2002 and 2003, did you

19   have an opportunity to observe Maung Maung's job

20   performance as a voice consultant?

21       A    Yes.

22       Q    Could you describe his performance?

Nyein Shwe
Washington, DC

November 9, 2006

Page 15

1       A    Well, acceptable, I suppose.

2       Q    Could you describe what his job duties were

3    as a voice consultant?

4       A    As a voice consultant, if he is assigned to

5    the morning show he comes in -- if the show starts at

6    3:30, he comes in at 4:30, and then the editor in

7    charge will give him some new pieces for him to read,

8    to voice it and broadcast it live.

9            (At this point Khin Maung Than entered the

10   room and was seated at the table.)

11           BY MR. KOUBA:

12      Q    So I believe you said the news editor would

13   give him a news piece to broadcast and write?

14      A    Yes.

15      Q    You said Maung Maung was responsible for

16   coming in at 4:30?

17      A    If he's on the morning shift -- I don't

18   remember which shift he worked -- but if it's the

19   morning shift that starts at 3:30, he comes in one

20   hour late -- 4:30.  Every voice consultant comes in

21   one hour late.

22      Q    To your knowledge was Maung Maung always on

Nyein Shwe

Washington, DC

November 9, 2006

Page 17

1      Q      When you say there are complaints, who made

2      complaints?

3      A      I don't remember who exactly, but a

4      complaint comes to me sometimes when he has been

5      assigned he will go and worry the administrator

6      assistant why he has been assigned on this a.m. shift

7      and p.m. shift.  He doesn't complain to me directly

8      but those are the things that I heard back as a

9      feedback from the Burmese staff.

10     Q      So is it accurate to say you heard

11     complaints from his administrative assistant about

12     the shift he was assigned?

13     A      Yes.

14     Q      Were there complaints you heard?

15     A      I can't remember who complained what, but

16     another complaint is that Maung Maung used to go into

17     some people's cubicle and sort of look around in the

18     cubicle.

19            Sometimes there are some people's cubicle

20     that he usually, you know, looked around.

21     Q      Do you recall specifically who made those

22     complaints?

Nyein Shwe

Washington, DC

November 9, 2006

Page 23

1      Q    Do you remember what month you began

2    playing a role in the hiring of employees in the

3    Burmese Service in 2003?

4      A    I mean, usually we review the contract

5    about maybe August or September, I think.

6           That's when we set a time that we usually

7    try to review all the voice contractors, all the

8    outside consultants' contracts so that we can have it

9    for the next year.  It goes yearly.  The contracts

10   are reviewed, whether they are renewed or not,

11   yearly.

12     Q    In 2003 did you also start playing a role

13   in whether or not the Burmese Service could renew a

14   contract?

15     A    Yes.

16     Q    Do you recall whether or not you began

17   playing that role before August 2003?

18     A    August, yes.

19     Q    But you don't recall ever considering

20   whether or not to renew Maung Maung's voice

21   consultant contract in 2003?

22     A    If it was the last one, yes, I do recall,

Nyein Shwe

November 9, 2006

Washington, DC

Page 25

```
 1        Q      That is exactly what I'm trying to ask
 2   you.
 3        A      Soe and I make the decision.
 4        Q      Okay.  Between 2003 and 2004, did you
 5   continue to have an opportunity to observe Maung
 6   Maung's performance as a voice consultant?
 7        A      Yes.
 8        Q      Would you say his performance was similar
 9   to the details you've provided earlier?
10        A      Yes.
11        Q      In addition to being a voice consultant,
12   did Maung Maung have any other positions in the
13   Burmese Service?
14        A      Above from voice contracting, yes, he's an
15   outside consultant.
16        Q      When you say "an outside consultant," is
17   that the same thing as an editorial consultant?
18        A      Yes.
19        Q      Could you describe his responsibilities as
20   an editorial consultant?
21        A      Yes.  He had to write.  His writing should
22   be according to what he has given the director what
```

Page 26

1    he's going to write about.  It had to be along those

2    lines.

3        Q    So I understand, he has to give the

4    director something?

5        A    Yes, something what he is going to write

6    about at the very beginning.

7        Q    And how often does he have to write

8    something?

9        A    Once a week.

10       Q    What are his responsibilities after he has

11   written it?

12       A    Just fax it to us before he voices it.

13       Q    When you say "voice it," what did that

14   consist of?

15       A    He had to read what he has written with

16   somebody to record it to be broadcast in our Burmese

17   program.

18       Q    Do you recall when Maung Maung began being

19   an editorial consultant for the Burmese Service?

20       A    Yes.

21       Q    Did you have an opportunity to observe

22   Maung Maung's performance as an editorial consultant?

Page 28

1      Q    -- that you testified about earlier were

2   when he was doing his job as an editorial consultant?

3      A    Yes, as an editorial consultant.

4      Q    Other than the political bias, do you

5   recall anything negative about Maung Maung's job

6   performance as an editorial consultant?

7      A    Not exactly a job performance, yes.

8   Negative in the sense that you see when we have

9   outside consultants we have to assign somebody to

10  call him to get his voice after the script has been

11  approved.

12         So when we assign people they usually

13  complain that, one, it's very hard to reach him and,

14  two, we had to accommodate him.  Actually, you see

15  when we assign people they had their own duty, too.

16         So they had to make it up in such a way

17  that he will be available when we call him.  So they

18  have to make a schedule that they can work.  It's not

19  -- how do you explain it?

20         It's not work at their convenience.  It was

21  the stuff that was convenient to him at his

22  convenience, which is a little bit difficult for them

Nyein Shwe                                                    November 9, 2006
Washington, DC

Page 29

1    to do.

2         Q    Okay.  I believe the two things you have

3    said so far is that he was hard to reach and that

4    they had to accommodate his schedule?

5         A    Yes.

6         Q    Go ahead.

7         A    And then the next point they pointed out to

8    me is that if they didn't reach him on time when he

9    is ready to voice, sometime he would call and, you

10   know, everybody tell him that he is ready.  So some

11   of them get a little bit frustrated because he keeps

12   calling and calling and people are busy, you know.

13        Q    Where was he when he was calling people?

14        A    It must be here.

15        Q    When you say "here," he was at Radio Free

16   Asia?

17        A    No, not at Radio Free Asia.  Outside

18   consultant means he is not actually physically with

19   us.  We get a script.  We edit it, and then we tell

20   the assigned person to call him to tell him that his

21   script is out. Yes, he has a copy.  We have a copy

22   here.  If I edit it, I assign it -- okay?  -- and

Page 30

1    then that assigned person has to call him and say:

2    "Okay. Everything is ready. Can you voice it?"

3           That person goes into the studio and calls

4    him up and takes his voice.

5       Q    Okay. He can call in from anywhere. Is

6    that accurate?

7       A    Yes.

8       Q    But someone else at the studio needs to be

9    there to record him when he calls in?

10      A    Yes.

11      Q    And that was where the difficulty came?

12      A    Yes. Sometimes the studios are not free

13   when he is available. That's one reason, too.

14      Q    Okay. I want to go back to the first thing

15   you mentioned, which was that he was hard to reach.

16      A    Mm-hmm.

17      Q    Could you be a little more specific as to

18   what you mean by "he was hard to reach"?

19      A    Well, we can't call him at the number that

20   he has given us. We just have to leave a voicemail.

21      Q    So at the number he has given you, he

22   wouldn't answer; you would get his voicemail?

Nyein Shwe

November 9, 2006

Washington, DC

Page 31

1    A    Yes.

2    Q    How often would this happen?

3    A    All the time.

4    Q    Every time you called him?

5    A    Yes.

6    Q    Did he ever fail to return one of the

7    messages you left?

8    A    No.  He would return them, but sometime

9    what the problem is that when you return the call

10   there is nobody assigned to take his voice anymore

11   because we have two sections.  The assigned person

12   may have left for the day.

13        Then I have to assign someone else in the

14   afternoon shift who has other duties to do to call

15   him and get his voice.

16   Q    So on average how long would it take him to

17   return the voicemail you've given him?

18   A    It varies.  Sometimes maybe two or three

19   hours.  Sometime a day might pass when he returns a

20   call.  I might not be there.

21   Q    As a result of the delay in returning any

22   voicemails, was there ever an occasion that his

Page 47

1      Q    Anyone else?

2      A    No.

3      Q    Could you describe the process through

4  which you came to that decision?

5      A    Well, we were looking at the voice

6  contractor within and we said:  "They don't have any

7  potential for long-term employment with us.  So why

8  do we have people that we begin on a long-term

9  contract?"

10         And at the same time we decided we would

11  like to have some new voices.

12         So I think at that time we let go all the

13  voice contractors instead of giving them false hope

14  that they might make it.

15      Q    In 2004 is it accurate to say you let go

16  every voice consultant employed by the Burmese

17  Service?

18      A    I'm not sure whether it's 2004 or 2003, but

19  at the same time as Maung Maung we had four voice

20  contractors -- four or three -- I'm not sure.  We

21  let them go at the same time as him.

22      Q    I believe you described two reasons for not

Nyein Shwe                                                      November 9, 2006
                              Washington, DC

                                                                    Page 48

1    renewing their contracts, one of which was they had

2    no potential for long-term employment; is that

3    accurate?

4         A    Yes.

5         Q    And the other was you wanted new voices; is

6    that accurate?

7         A    Yes.

8         Q    Do you recall when the decision not to

9    renew Maung Maung's contract was made?

10        A    No.

11        Q    Do you recall when Maung Maung was told of

12   the decision not in renew his contract?

13        A    No.

14        Q    Do you recall who told Maung Maung of the

15   decision not to renew his contract?

16        A    No.

17        Q    Did you consult any of your editors in

18   deciding not to renew Maung Maung's contract?

19        A    No.

20        Q    Did you consult Susan Lavery when deciding

21   not to renew Maung Maung's contract?

22        A    No.  We did that after we decided why we

Nyein Shwe

November 9, 2006

Washington, DC

Page 56

1    access card to enter the building?

2        A    Yes.

3        Q    Do you know whether Maung Maung's card was

4    canceled at some point?

5        A    Yes.

6        Q    Do you recall when?

7        A    I don't recall when but after his voice

8    contract was not renewed.

9        Q    Do you recall who made the decision not to

10   renew his access card?

11       A    I suppose Soe and myself.

12       Q    Why do you suppose the two of you did it?

13       A    Because I remember saying that he doesn't

14   need the access card anymore.  We were talking about

15   only the voice contractor consultant needed the

16   access card.

17       Q    Do you recall when you had this

18   conversation?

19       A    No.

20       Q    Is it accurate to say this conversation

21   took place around the time that you decided not to

22   renew his voice consultant contract?

Nyein Shwe
November 9, 2006
Washington, DC

Page 57

1    A    After he had been told that his contract is

2    not renewed, I think, we decided that since he

3    already knew then we would.

4    Q    Do any editorial consultants have access

5    cards to enter the building?

6    A    No.

7    Q    Have any editorial consultants ever had an

8    access card to enter the building?

9    A    No.

10   Q    With the exception of Maung Maung?

11   A    Yes, because he was doing the voicing

12   contract.

13   Q    Were there any other individuals that were

14   both voice consultants and editorial consultants at

15   the same time?

16   A    I think Tin Maung Than was doing voice

17   contractor and editorial consultant at the same

18   time.

19   Q    Okay.  Can you spell his name, please?

20   A    T-i-n M-a-u-n-g T-h-a-n.

21   Q    Do you recall when Mr. Thinn was a voice

22   consultant and an editorial consultant at the same

Page 58

1    time?

2       A    No.

3             MR. ABRAMSON:  Than not Thinn.

4             MR. KOUBA:  His name is so similar to Maung

5    Maung's name.  I was trying to distinguish it.  I

6    didn't want you to think of the wrong thing.

7             BY MR. KOUBA:

8       Q    When Maung Maung was also a voice

9    consultant and had an access card, did he record his

10   weekly features by phone?

11      A    No.  He came in the studio and recorded

12   himself.

13      Q    To your knowledge he was the only editorial

14   consultant who did that?

15      A    Yes.

16      Q    Do you have an opinion as to whether the

17   recording quality is better when recorded in-studio

18   as opposed to over the phone?

19            MR. ABRAMSON:  Objection.

20            THE WITNESS:  I suppose the recording

21   industry would be better, but it doesn't make much

22   difference when you actually broadcast it and

Page 59

1    rebroadcast it shortwave, you see.

2            It doesn't make much difference unless

3    there is such a vast difference.  But there is a

4    difference of quality, of course.

5            BY MR. KOUBA:

6        Q    Do you recall whether Maung Maung's hours

7    were reduced in September as a voice consultant?

8        A    No.

9        Q    Do you recall approximately how many hours

10   a week Maung Maung worked as a voice consultant in

11   2004?

12       A    No.

13       Q    Do you know whether Maung Maung ever

14   applied to be a full-time broadcaster?

15       A    Yes.

16       Q    Do you know on how many occasions Maung

17   Maung applied to be a full-time broadcaster?

18       A    No.

19       Q    To your knowledge when was the first time

20   Maung Maung applied to be a full-time broadcaster?

21       A    When he came for the interview.

22       Q    Do you recall when that interview was?

Page 66

1    decided to hire Kyi Kyi Than as a full-time

2    broadcaster?

3        A    Yes.  First and foremost, we had to

4    interview, personal live interview after the script

5    had been sent back to us of the evaluations by the

6    evaluators who we don't know.  We just get back the

7    answer script.

8        Q    Okay.

9        A    From that we make a decision that we call

10   these people in for an interview.

11       Q    So you had an interview with Kyi Kyi Than?

12       A    With Kyi Kyi Than.  With four of them who

13   had answered.  There were four candidate, I think, at

14   the same time when Kyi Kyi Than was hired.  I

15   remember now when you said Kyi Kyi Than, okay.

16       Q    Do you recall why you chose to hire Kyi Kyi

17   Than as a full-time broadcaster?

18       A    First and foremost, we had four interviews

19   and at those interviews two people passed the

20   interview.  So they met the answers that we deem

21   correct.  There's a set of questions that we ask all

22   four candidates the same questions.

Page 67

1          And after they have answered the questions,

2     we sort of grade it down as to who is the best and

3     who is the second best.  We just informally meet and

4     note it down, Soe and myself.  The interview was

5     conducted by Soe and myself.

6          Q    And Kyi Kyi answered the questions

7     correctly during the interview; is that accurate?

8          A    Yes.

9          Q    Is that the only reason you chose to hire

10    Kyi Kyi Than because she answered questions correctly

11    in the interview?

12         A    Actually she was not the one we chose.  She

13    was number two.

14         Q    Who was number one?

15         A    Number one was one guy from Australia.

16         Q    T.A. Cho?

17         A    Yes, T.A. Cho.

18         Q    And you said he was your first choice?

19         A    Yes.

20         Q    Do you recall why he was the first choice?

21         A    He answered all the questions as we

22    expected.  Full marks were given him on those

Nyein Shwe
November 9, 2006

Washington, DC

Page 68

1    questions and answers.

2            Then he has a very good command of

3    English.  And when we talk about topics, which is

4    relevant to whatever we are doing, he gave us a very

5    good and full answer which indicates he has a depth

6    of knowledge of things going on.

7        Q    I know you testified that he was your first

8    choice.

9        A    Yes.

10        Q    Did the Burmese Service ever officially

11    offer him the position?

12        A    Yes.

13        Q    Did he ever become a full-time broadcaster

14    in the Burmese Service?

15        A    No, he couldn't because there was a visa

16    problem.

17        Q    I believe you testified Kyi Kyi was the

18    second choice.

19        A    That's correct.

20        Q    Is it fair to say that after T.A. Cho

21    informed you he wouldn't be able to be a full-time

22    broadcaster --

Washington, DC

Page 69

1    A    Yes.

2    Q    -- that you hired Kyi Kyi Than?

3    A    That's correct.

4    Q    Do you recall why the Burmese Service

5  thought Kyi Kyi was more qualified to be a full-time

6  broadcaster than Maung Maung?

7    A    Because, as I said, two people answered the

8  questions wrongly and two of them had the correct

9  answer to all questions.

10    Q    And T.A. Cho had the correct answers?

11    A    Yes.

12    Q    Other than Kyi Kyi answering the interview

13  questions correctly, is there any other reason the

14  Burmese Service decided to hire her instead of Maung

15  Maung?

16    A    Because Maung Maung doesn't answer the

17  questions the ones that we deem important.  He didn't

18  answer them correctly.

19    Q    Is that the only reason you close to hire

20  Kyi Kyi instead of Maung Maung?

21        MR. ABRAMSON:  Objection.

22        THE WITNESS:  That was one of the reasons.

Nyein Shwe                                                                November 9, 2006

Washington, DC

Page 70

1        BY MR. KOUBA:

2        Q     What were the other reasons?

3        A     When we compare it, Kyi Kyi Than has a very

4   good recommendation of, what you call it, the

5   evaluation which we read it through and on voicing we

6   liked the voice, too.

7        Q     Do you recall why the Burmese Service chose

8   to hire Kyi Kyi instead of the fourth candidate that

9   you interviewed to be a full-time broadcaster?

10            MR. ABRAMSON:  Objection; no foundation.

11            THE WITNESS:  No.

12            BY MR. KOUBA:

13       Q     You testified earlier there were four

14   people interviewed to be a full-time broadcaster.

15       A     According to the lineup that we had drawn

16   up, we decided that after one two automatically comes

17   for our consideration.  She's number two on the

18   list.

19       Q     Do you recall why she was higher on the

20   list than the fourth person you interviewed?

21       A     As I said, we look through the resume, the

22   way she answered our questions, what she would like

Page 71

1    to do if she becomes one of the staff, how she will

2    work with other people.   The answer she gave was very

3    good.

4        Q    You testified that the people who were

5    considered first and second to be full-time

6    broadcasters answered the interview questions

7    correctly.

8        A    Yes.

9        Q    Could you be more specific as to what those

10   interview questions are?

11       A    The one question that we asked everyone is

12   that we wanted to see whether they would be sort of

13   unbiased.   We wanted them to be independent and

14   objective.

15            So we asked the question, I think if we

16   have some information which could have a negative

17   impact on the democracy leader, Aung San Suu Kyi.

18            "But fully knowing it is a true fact would

19   you air it?"

20       Q    How do people's responses to that question

21   determine whether or not they can be considered to be

22   full-time broadcasters?

Nyein Shwe
Washington, DC

November 9, 2006

Page 72

1          A     When they said, yes, as long as it is

2     correct, they will have to air it, which we find it

3     very objective and independent.  You can't be

4     biased.  That was one of the criteria.

5          Q     During the application-and-interview

6     process is this the first time applicants are asked

7     about Aung San Suu Kyi?

8          A     I'm not sure.  I don't know.

9               But this is the first time I interviewed

10    them.  I think this is, according to me, we asked

11    this question to all four of them.

12         Q     To your knowledge when submitting an

13    application to be a full-time broadcaster are

14    applicants --

15         A     That's not the only question that we ask.

16    We ask about the media role.  We ask about the

17    ethics, journalistic ethics, and the independence,

18    the objectivity, how much they understand what our

19    work is.  Those are the questions that we ask.

20         Q     My question is:  At any point prior to the

21    interview, during the application process are

22    applicants asked their position on Aung San Suu Kyi?

Page 74

1    answered no and he answered no, then I suppose we had

2    to make a decision.

3         If everything is equal, then this would be

4    a deciding point.

5    Q    Okay.

6    A    But this is not the only deciding point.

7    Q    So is it accurate to say that if

8    interviewees answer that they would not report

9    anything negative about Aung San Suu Kyi, they are

10   not automatically disqualified from being a full-time

11   broadcaster?

12   A    That is hard for me to answer.  I don't

13   understand your question.

14   Q    Okay.  I will try to rephrase it.

15        If somebody answers that we would report

16   negative information on Aung San Suu Kyi are they

17   disqualified from being a full-time broadcaster?

18   A    Yes.

19   Q    Other than the individuals interviewing to

20   be full-time broadcasters in 2003, to your knowledge

21   are there other individuals who have answered the

22   question regarding Aung San Suu Kyi that they not

Washington, DC

Page 76

1    Q    You testified that one reason Kyi Kyi was

2    hired over Maung Maung was the way she answered the

3    questions in the interview?

4             MR. ABRAMSON:  Objection.

5             THE WITNESS:  Yes.

6             BY MR. KOUBA:

7    Q    You also testified that her evaluation and

8    her voicing were things the Burmese Service thought

9    highly of?

10            MR. ABRAMSON:  Objection.

11            THE WITNESS:  Yes.

12            BY MR. KOUBA:

13   Q    Other than those three things, were there

14   any other reasons that Kyi Kyi got hired in 2003?

15   A    Because number one was scratched out so we

16   selected number two.  She was decision two.

17   Q    And the third choice and the fourth choice

18   had answered the questions incorrectly?

19   A    Yes.

20   Q    So they were disqualified from being

21   full-time broadcasters?

22   A    Yes.

Nyein Shwe

November 9, 2006

Washington, DC

1      Q     So after T.A. Cho couldn't be hired, is it

2    accurate to say Kyi Kyi was the only applicant --

3      A     That's left.

4      Q     -- available?

5      A     Yes.

6      Q     Did the Burmese Service consider opening

7    the full-time broadcaster position at that point to

8    new applicants?

9      A     No.

10           MR. KOUBA:  I'm going to ask the court

11    reporter to mark this as Shwe Exhibit 3.

12                 (Shwe Exhibit No. 3 identified.)

13           BY MR. KOUBA:

14      Q     Ms. Shwe, could you turn to the second page

15    of the stapled paper that has just been handed to

16    you?

17      A     Yes.

18      Q     Do you recognize this document?

19      A     Yes.

20      Q     Could you describe it, please?

21      A     This is her application.  She listed her

22    qualifications.

Nyein Shwe

Washington, DC

November 9, 2006

Page 78

1      Q     And the next page, is it fair to describe

2    that as a resume for Kyi Kyi Than?

3      A     Yes.

4      Q     Do you know whether or not there are any

5    examples of journalism experience on her resume?

6      A     No, but she says that she is not new to

7    using a microphone and coming up in the audience to

8    talk through it, because she listed what she can do.

9    She has been a singer, and all those things.

10     Q     In addition to being a singer, what else

11   did she list that demonstrated experience with a

12   microphone?

13     A     And then reading comprehension, and she

14   said she had worked as a teacher at the Institute of

15   Economics.

16     Q     But she doesn't list any experience in

17   journalism?

18     A     No.

19     Q     And one of the qualifications listed in the

20   job announcement was experience in journalism?

21     A     Yes.  That is one of the pluses, of course,

22   but we don't actually, you know, take journalistic

Nyein Shwe
                                                            November 9, 2006
                          Washington, DC

Page 79

1    broadcasting experience as a must.

2         Q    Okay.  So it's your testimony that the

3    minimum qualifications in the job announcement to be

4    a full-time broadcaster are not mandatory?

5         A    Yes.

6         Q    But answering the question about Aung San

7    Suu Kyi correctly is a requirement?

8         A    Yes.

9         Q    Do you have an opinion as to why under the

10   minimum qualifications listed in the full-time

11   broadcaster description it has something that was not

12   mandatory?

13        MR. ABRAMSON:  Objection; calls for an

14   opinion, and it was asked and answered.

15        THE WITNESS:  In filling this position, we

16   have a very limited field to select from, because in

17   Burma we don't have a -- what do you call it? --

18   broadcasting school or whatever, journalism school,

19   when I was in Burma.

20        Even when I joined RFA I didn't have

21   journalistic experience at all.  I was a teacher at

22   the University of Rangoon.

Nyein Shwe

Washington, DC

November 9, 2006

Page 80

1          As long as you have a fair idea of English

2     and Burmese, you are fluent in two languages, which

3     is a basic necessity, I think, to work as a

4     broadcaster in Burmese.

5          MR. KOUBA:  Understood.

6          BY MR. KOUBA:

7     Q     And my question was only why --

8     A     That's why.

9     Q     -- why if it's not mandatory to have

10     experience in journalism is it listed as a minimum

11     qualification?

12     A     It doesn't affect only Burmese.  It refers

13     for all the other services.  Other services might

14     need it.  I don't know.  Each service operates

15     differently.

16          There are still a lot of broadcasters in

17     the Burmese Service who do not have a journalistic

18     background but who have become a senior editor even.

19          So the basic thing is their comprehensive

20     and fluency in English and Burmese.

21     Q     Could you please flip to the fourth page?

22     And it's the one that says RFA 00062 at the bottom.

Nyein Shwe

Washington, DC

November 9, 2006

Page 83

1    an opinion as no why somebody who has circled "No"

2    beside "Qualified" on her applicant review form?

3        A    I don't know.

4        Q    To your knowledge, the Burmese Service

5    never considered seeking more applicants and

6    interviewees for the position?

7        A    No.

8            MR. ABRAMSON:  Objection; asked and

9    answered.

10           MR. KOUBA:  Sorry.  You said?

11           THE WITNESS:  No.  After the interviews we

12   didn't decide to call another -- what you call it --

13   applicants, no.

14           BY MR. KOUBA:

15       Q    Who decided not to call additional

16   applicants?

17       A    Both of us.  Soe Thinn said:  "We'll take

18   the person that's on the list as a reserve.  Since we

19   already had a reserve, we'll take the reserve

20   person."

21       Q    We discussed T.A. Cho briefly earlier.

22       A    Yes.

Nyein Shwe                                                          November 9, 2006
Washington, DC

Page 84

1       Q    Did he have an interview?  Did T.A. Cho

2    have an interview?

3       A    Are you talking about the first applicant?

4       Q    That's right.

5       A    Yes, we did through the phone.

6       Q    A phone interview?

7       A    Yes.

8            MR. KOUBA:  Okay.  I'm going to kind of

9    change subjects here.

10           BY MR. KOUBA:

11      Q    After the Burmese Service did not renew

12   Maung Maung's voice consultant contract in 2004, did

13   it hire any new voice consultants?

14      A    Yes, we have new voice consultants.  They

15   must have been hired because we need new voice

16   consultants.

17      Q    Do you know specifically any of the

18   individuals you hired as voice consultants after not

19   renewing Maung Maung's contract?

20      A    Yes, I knew everybody.  I mean, everyone of

21   them.  Yes, everyone.

22      Q    Was one of the individuals Saw Moe Kyaw?

Washington, DC

Page 85

1      A     Yes, Saw Moe Kyaw.

2      Q     And is one of the individuals Neng San

3   Nong?

4      A     Can you give me another one?

5            MR. ABRAMSON:  You better spell it.

6            MR. KOUBA:  I might not have it spelled

7   correctly either. M-e-n-g S-a-n N-o-n-g.

8            THE WITNESS:  Oh, yes, Meng San Mong.  Yes,

9   that's correct.

10           BY MR. KOUBA:

11     Q     Do you recall any other individuals that

12  were hired as voice consultants after Maung Maung's

13  contract was not renewed in 2004?

14     A     As you said, yes,  These are the ones.

15     Q     These two individuals?

16     A     Yes.

17     Q     In addition to those, do you recall any?

18     A     In addition to those?

19     Q     Yes.

20     A     We have now new people.  So there must be.

21  I'm not sure at the same time or at later dates we

22  have a new voice contractor.  We have -- can you just

Nyein Shwe

Washington, DC

November 9, 2006

Page 86

1    give me the name from there?

2        Q    Zaw Moe Kyaw.

3        A    Yes, he is still with us.  Now he has

4    become permanent personal.

5        Q    Okay.  But he was hired in 2004?

6        A    Yes, as a voice consultant.

7        Q    Were you involved in the hiring process?

8    What was your role in the hiring process for Zaw Moe

9    Kyaw?

10       A    When they come in as a voice contractor we

11   study the work performance every day.

12       Q    My question was not the decision to hire

13   him full time but to hire him as a voice consultant

14   in 2004.

15       A    Yes.  I was involved in that, too.

16       Q    What was the hiring process?

17       A    We asked him to come in.  What we do?  Do

18   we ask him to sit for a test?  Yes, we ask him to do

19   a written test from rewriting news.  We ask him to

20   voice some articles.

21           We listen to it, yes, and then we said even

22   though he may not be very good at it we train him and

Page 87

1    get a voice contractor.

2        Q    With respect to Neng San Nong, did you play

3    a similar role in the decision to hire her as a voice

4    consultant?

5        A    Yes.

6        Q    Is Neng San Nong still employed in the

7    Burmese Service?

8        A    No.

9        Q    Is she a male or female?

10       A    She's a girl, a female.

11       Q    Do you know how long she worked in the

12   Burmese Service?

13       A    I don't have an idea, but not too long.

14       Q    Less than a year?

15       A    I think so, yes.

16       Q    Is it accurate to say her contract as a

17   voice consultant was never renewed?

18       A    Not exactly.  She left on her own free will

19   because she feels that we cannot give her enough time

20   to be a voice contractor; she's doing two jobs, and

21   she found it difficult to adjust her schedule.

22       Q    Other than you, did anyone else play a role

Page 90

1      MR. KOUBA:  Do you want to take a break?

2      MR. ABRAMSON:  Let's take a break.

3      MR. KOUBA:  Okay.

4      (Recess.)

5      MR. ABRAMSON:  That gender stuff threw us

6  off.  All right.

7      MR. KOUBA:  Are we back on the record?

8      THE REPORTER:  Yes.

9      MR. KOUBA:  All right.

10      BY MR. KOUBA:

11      Q    We were discussing when you first became

12  aware of the EEOC complaint Maung Maung filed in

13  2004.

14      A    As I said before not too long ago.  I put

15  that behind me.

16      Q    I believe you said you first became aware

17  of this when a lawyer called you up?

18      A    Yes.

19      Q    When was the first time any lawyer

20  discussed the EEOC complaint with you?

21      A    In November of last year.

22      Q    Prior to November, you had no knowledge of

Nyein Shwe                                        November 9, 2006
Washington, DC

Page 91

1      the EEOC complaint?

2          A      No.

3          Q      Are you familiar with the allegations in

4      the complaint?

5                  MR. ABRAMSON:  Objection.

6                  THE WITNESS:  I suppose the lawyer told

7      me.

8                  BY MR. KOUBA:

9          Q      What is your understanding of the

10     allegations in the complaint?

11         A      What do I understand about that?  It's not

12     true.

13         Q      I'm really just trying to get to this:  To

14     your knowledge why did Maung Maung file a complaint

15     with the EEOC?

16         A      I knew it.  You have to tell me what

17     complaint he has filed.

18                 MR. ABRAMSON:  You asked; you got the

19     answer.

20                 MR. KOUBA:  She's probably waiting to say

21     that.

22                 MR. ABRAMSON:  I don't think she knew you

Washington, DC

1        Q     -- with anyone?

2        A     No.

3        Q     Are you aware of any complaints that Maung

4   Maung made prior to October 2004 concerning the

5   Burmese Service or Radio Free Asia?

6        A     No.

7        Q     You're not aware of any letters he sent to

8   anyone --

9        A     No.

10        Q     -- making complaint about the Burmese

11   Service?

12        A     No.

13        Q     Other than the people we've already

14   discussed today, are you aware of anyone that would

15   have knowledge about Maung Maung's job performance?

16        A     No.

17        Q     Are you aware of anyone that would have

18   knowledge about the decision not to renew Maung

19   Maung's contract?

20        A     No.

21        Q     Are you aware of anyone else that would

22   have knowledge of the decision not to hire Maung

Washington, DC

1   broadcast what we do daily.  We take some items from

2   there and ask them to rewrite it in Burmese, not

3   elaborate one side.  It's a simple test.

4          Then we take them into the studio and have

5   them voice what they have written, a recorded tape.

6   So then we can listen back.  It is a very simple

7   thing.

8          MR. ABRAMSON:  Okay.

9          No more questions.

10         MR. KOUBA:  I have a couple follow-up

11  questions to get a couple things clear.

12         EXAMINATION BY COUNSEL FOR PLAINTIFF

13         BY MR. KOUBA:

14     Q    You testified earlier that there was a

15  yearly review during which you determined whether or

16  not to renew a voice consultant's correct.  Is that

17  correct?

18     A    Yes.

19     Q    Do you recall what month specifically in

20  2004 that took place?

21     A    August.

22     Q    Are there any records demonstrating that it

Washington, DC

1    took place in August?

2        A    No.  Soe and myself we just informally take

3    out the contract and we just talk it over, how many

4    voice contractors do we need, how many consultants do

5    we need, what type of topics we should be more

6    focused on.

7        Q    And is it at that meeting that a final

8    determination is made whether to renew a contract?

9        A    Yes.

10       Q    You testified that there were three

11   individuals whose contracts were not renewed in

12   2004.

13           Do you recall when you informed them that

14   their contracts were not going to be renewed?

15       A    I don't do the informing.  We just decided

16   whether to inform them, who to inform.  When to

17   inform, it's up to him.

18       Q    It's up to who?

19       A    To Soe Thinn, the director.

20       Q    And no records are made during the yearly

21   review, no written records are kept during the yearly

22   review?

## CERTIFICATE OF NOTARY PUBLIC & REPORTER

I, FRANK A. SMONSKEY, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn; that the testimony of said witness was taken in shorthand and thereafter reduced to typewriting by me or under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

_____
Notary Public in and for the
District of Columbia

My Commission Expires:          APRIL 14, 2007