# Exhibit 5

Page 1

1             IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF COLUMBIA

3    ------------------------------X

4    KHIN MAUNG THAN,               :

5              Plaintiff,           :

6         v.                        : Case No.: 1:05-CV-01042

7    RADIO FREE ASIA,               :

8              Defendants.          :

9    ------------------------------X

10                            Washington, D.C.

11                            Friday, November 10, 2006

12

13

14        Deposition of KHIN MAUNG NYANE, called for

15   examination by counsel for Plaintiff, pursuant to

16   notice, at the Law Offices of Arnold & Porter, 555

17   12th Street, N.W., Washington, D.C., commencing

18   at 10:15 a.m., Friday, November 10, 2006, before

19   Stephany L. Jerome, RPR, Notary Public in and for the

20   District of Columbia, when were present on behalf of

21   the respective parties:

22

**CERTIFIED COPY**

Page 14

1    A    Yes.

2    Q    But you don't keep any written record of the
3    voice consultant's evaluation?

4    A    No, we didn't.

5    Q    And how often would you have conversations
6    with the director or deputy directors concerning the
7    voice consultant's performance?

8    A    Maybe once in a few months' time.

9    Q    And you don't recall any specific occasion
10   on which a director or deputy director sought your
11   opinion in connection with a decision to renew a
12   contract?

13   A    No, I don't.

14   Q    Can you describe Maung Maung's duties as a
15   voice consultant?

16   A    He has to come in four hours before, and, as
17   an editor, I would give him the news stories for
18   translation.  Normally that was four news stories, and
19   he would do the translations and I would check it up
20   when he finished.

21   Q    When you say you he would do the
22   translations, would he translate them in writing or

1  translate them --

2      A    In writing.

3      Q    Did he do anything after translating the
4  news stories in writing?

5      A    He has to review it, practice it so he can
6  go smoothly on air.  That's the normal thing the news
7  readers would do.

8      Q    And when you said so he could go smoothly on
9  air, are you referring to Maung Maung broadcasting the
10 news stories?

11     A    Yes.

12     Q    In addition to translating news stories and
13 broadcasting news stories, did he have any other
14 responsibilities as a voice consultant?

15     A    No.

16     Q    Did you have an opportunity to observe Maung
17 Maung's job performance as a voice consultant?

18     A    You mean whether he's doing his work?

19     Q    Right.

20     A    Yes.  Because I would be responsible for
21 what he reads out on air.  So I have to make sure that
22 he had the correct facts, and sometimes even the

Page 16

1    pronunciation the editors have to check out with the
2    news readers.
3       Q    So is it fair to say that on a fairly
4    regular basis you were observing Maung Maung's work?
5       A    Yes.
6       Q    And could you describe his job performance?
7       A    You mean the level of competence?
8       Q    Right.
9       A    Okay.  Just average.
10      Q    And was it adequate?
11      A    Yes, I should say.
12      Q    And did he complete his broadcasts on time?
13      A    Yes, he did.
14      Q    Did you ever have any complaints that Maung
15   Maung did not get along with co-workers?
16      A    No.
17      Q    And in his broadcast did Maung Maung ever
18   demonstrate any political bias?
19      A    Yes, sometimes he did.
20      Q    Could you describe that in a little more
21   detail?
22      A    It's a bias against the military junta in

Page 22

1     A    No.

2     Q    Do you know when Maung Maung was informed of
3    the decision that he was being terminated?

4     A    No.

5     Q    Do you recall when you were informed that
6    Maung Maung was being terminated?

7     A    I don't think anybody informed me of that.
8    He just didn't show up, and I said what happened, what
9    happened?  And they said his contract was not renewed.

10    Q    So you did not know his contract was not
11   renewed after Maung Maung didn't show up?

12    A    Yes.

13    Q    Do you know why his contract wasn't renewed?

14    A    No.  In this line of work, people come and
15   go, and it seemed quite normal that his contract was
16   not renewed.

17    Q    And you had no involvement in the decision
18   not to renew it?

19    A    No.  I had no involvement at all.

20    Q    Do you know whether at the time the Burmese
21   Service did not renew Maung Maung's contract it also
22   decided not to renew the contracts of other voice

1   consultants?

2   A   Yes.  There were -- because we have this --
3   our contracts were renewed every year, and we always
4   look for new voices and at that time I think two
5   others were terminated or not renewed.

6   Q   Do you recall who those individuals were?

7   A   I think it was Dr. Tin Maung Than.  I can't
8   exactly remember because we have a lot of voicing
9   consultants, new ones coming in, giving a fair chance
10  to others who did have a chance.  So we would have one
11  editorial consultant, a voicing consultant for one or
12  two years, and then somebody might be interested and
13  we like to give them a chance.  And that is, I think,
14  our policy.

15  Q   Did you play any role in the decision not to
16  renew these contracts?

17  A   No, not at all.

18  Q   And do you know specifically why their
19  contracts were not renewed?

20  A   No.

21  Q   With respect to other voice consultants, do
22  you have a chance to observe their job performance in

1   a way similar to observing Maung Maung's job
2   performance?
3       A   Yes.
4       Q   Has anyone ever discussed with you whether
5   or not a voice consultant has the potential to become
6   a full-time broadcaster?
7       A   No.
8       Q   I believe you testified a few moments ago
9   that the Burmese Service has always looked for new
10  voices; is that accurate?
11      A   Yes.  After like two years or three years
12  and if there is somebody else who would like to have a
13  try, and if he is qualified, we would give them a
14  chance.
15      Q   Can you name any voice consultant
16  specifically that was hired as a new voice?
17      A   Well, we have many during these years.
18      Q   But you can't name any specifically?
19      A   Of course I can.  I have the whole list of
20  people.
21      Q   Can you name any voice consultants whose
22  contracts were not renewed because the Burmese Service

Khin M. Nyane
Washington, DC
November 10, 2006

Page 29

1  application would be invited and he should apply.  So
2  the question of the contract being renewed has nothing
3  to do with being -- the ability to become a full-time
4  staff.
5  BY MR. KOUBA:
6       Q    Do employees in Radio Free Asia need an
7  access card to enter the building?
8       A    Yes.
9       Q    Do you know whether Maung Maung ever had an
10 access card to enter the building?
11      A    Yes, he has.
12      Q    Do you know when he had an access card?
13      A    No.
14      Q    Do you know whether or not his access card
15 was cancelled at some point?
16      A    Well, we understand when a person is hired
17 as a voicing consultant he's given an access card so
18 he can enter the building odd hours.  Like when we are
19 doing the morning news, he has to come at four --
20 early morning or 4:00, so he needs a card to enter the
21 building.  And when their contracts are terminated or
22 not renewed, then the card would be withdrawn.

Page 30

1   Q   So to your knowledge when his -- Maung
2   Maung's voice consultant contract was not renewed, his
3   access card also would have been cancelled?
4   A   I don't know.
5   Q   But you didn't play any role in the decision
6   to cancel?
7   A   Yes. I didn't play, yes.
8   Q   And when he didn't come to work, you didn't
9   know his contract wasn't renewed?
10  A   Yes. When he didn't come, he didn't come.
11  Q   Do editorial consultants record their
12  broadcasts over the phone?
13  A   Yes.
14  Q   In your opinion are broadcasts recorded over
15  the phone as high in quality as broadcasts recorded in
16  the studio?
17  A   Yes. As good as the recordings done in the
18  studio, depending on the phone lines.
19  Q   I'm sorry, depending on?
20  A   Depending on the telephone lines. So here
21  in Washington area there is no problem. If a person
22  is doing a recording from far away, from Asia or

```
                                                               Page 32
 1   consultant, have you had an opportunity to observe his
 2   job performance?
 3        A    Yes.
 4        Q    Could you describe his job responsibilities
 5   as an editorial consultant?
 6        A    He was responsible to write a script on
 7   science and new innovations, and he would submit the
 8   script to us and one of the editors would look through
 9   it and approve, and after that a recording would be
10   done by him.
11        Q    And could you describe how well Maung Maung
12   performs his job responsibilities as an editorial
13   consultant?
14        A    It was okay.
15        Q    His performance was okay?
16        A    Yes.
17        Q    Was it adequate?
18        A    Yes.
19        Q    Does he complete his broadcasts on time?
20        A    Yes, he did.
21        Q    And have you ever had any complaints from
22   co-workers about his performance as an editorial
```

```
 1      Q    Could you be a little more specific?
 2      A    Because her comprehension of English
 3   language was weak, she would sometimes make mistakes
 4   in the translations.
 5      Q    Do you recall any other reasons her job
 6   performance was below average?
 7      A    No.
 8      Q    Is Kyi Kyi Than still employed as a
 9   full-time broadcaster?
10      A    No.
11      Q    Do you recall when she stopped being a
12   full-time broadcaster?
13      A    After eight or nine months, I think.
14      Q    Do you know whether she was terminated or
15   whether she left on her own?
16      A    She left on her own.
17      Q    Do you know why she left on her own?
18      A    Because she couldn't stand the pressure, I
19   think.
20      Q    And when you say she couldn't stand the
21   pressure, that's the pressure that goes along with
22   being a full-time broadcaster?
```

1    A    Yes, the pressure of the job.  Because, like
2    I said earlier, the responsibilities of a full-time
3    broadcaster are rather heavy, and each broadcaster is
4    expected to produce two features a week plus their
5    daily duties, and that is what I meant by pressure.
6    Q    Did you ever discuss with Kyi Kyi Than her
7    decision to leave the Burmese Service?
8    A    No.
9    Q    Did you ever discuss Kyi Kyi Than's job
10   performance with the director of the Burmese Service?
11   A    Yes, I did.
12   Q    And what did the two of you discuss?
13   A    Well, the director asked me about her
14   performance, and I told him she needed improvement;
15   she made mistakes in her translations.
16   Q    Was this on one occasion the director asked
17   you or on more than one occasion?
18   A    Maybe two or three times.
19   Q    Do you recall how soon after Kyi Kyi Than
20   began working on the Burmese Service the first time
21   the director asked you was?
22   A    No, I cannot.

Page 56

1    A    No, I don't.

2    Q    And when you testified that you talked with

3    the director and the assistant director about Maung

4    Maung and other contractors, do you know to what

5    extent they utilized that information in making

6    decisions, for example, about hiring or hiring or not

7    renewing contractors?

8    A    Information on what?

9    Q    About their job performances.

10   A    It might have played a part. And I think it

11   is normal for the superiors to ask about the job

12   performances of the junior staff.

13   Q    Focusing on the voice consultants for a

14   second, I want to clarify exactly what it is that they

15   do with news stories. They do some translation, but

16   do they do anything else?

17   A    Yes. When they come in for work, the editor

18   will give them, normally, four news stories, which we

19   got through the news wire agencies, and sometimes the

20   editors would edit portions of the news stories and

21   sometimes they don't. And these voicing consultants

22   had to read through the news stories and rewrite them.

1   It's not an actual translation, not literally
2   translation, but they read through the story and
3   rewrite it for radio, because the original was meant
4   for newspapers and we couldn't use it straightaway so
5   these had to be rewritten for radio language.
6       Q   And there was also some testimony or
7   questions concerning whether Maung Maung got his
8   stories in on time, both for voicing and for editorial
9   consultants.  What does on time mean to you?
10      A   On time means our radio shows goes out every
11  day at a specific time and we have to finish it before
12  the show starts, and this is what I meant by on time.
13  He had to finish it like half an hour or 20 minutes
14  before the actual show starts.  So if he or she
15  couldn't finish it, we'll still have to force it so
16  that the show could go on.  So everybody had to finish
17  on time.
18      Q   It was just a question -- to meet that
19  deadline was a question of how much work the editor
20  had to do?
21      A   Yes, to meet the deadline.
22      Q   I mean, if the story wasn't right, the

```
 1
 2    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 3           I, Stephany L. Jerome, the officer before whom the
 4    foregoing proceedings were taken, do hereby certify that the
 5    foregoing transcript is a true and correct record of the
 6    proceedings; that said proceedings were taken by me
 7    stenographically and thereafter reduced to typewriting under
 8    my supervision; and that I am neither counsel for, related
 9    to, nor employed by any of the parties to this case and have
10    no interest, financial or otherwise, in its outcome.
11           IN WITNESS WHEREOF, I have hereunto set my hand
12    and affixed my notarial seal this 22nd day of November,
13    2006.
14    My commission expires:
15    March 31, 2011
16
17
18    _____Stephany L. Jerome_____
19    NOTARY PUBLIC IN AND FOR
20    THE DISTRICT OF COLUMBIA
21
22
```