# Exhibit 6

Susan L. Rodgers                                                       October 31, 2006
Washington, DC

```
                                                              Page 1
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
 3       - - - - - - - - - - - - -x
 4   KHIN MAUNG THAN,             :
 5             Plaintiff,         : Case No.
 6        vs.                     : 1:05-CV-01042 (RMU)
 7   RADIO FREE ASIA,             :
 8             Defendant.         :
 9       - - - - - - - - - - - - -x
10
11
12
13              DEPOSITION OF SUSAN LAVERY RODGERS
14
15
16                                     Washington, DC
17                                     Tuesday, October 31, 2006
18
19
20
21   REPORTED BY:
22        Victoria L. Wilson
```

**Certified Copy**

```
1    contract?
2        A    I don't remember.  I assume that we did
3    because he was working for us but there --
4            MR. ABRAMSON:  Don't assume.  That's all.
5            BY MR. KOUBA:
6        Q    So would it be accurate to say that the
7    only role you played in 2003 in the renewal of Maung
8    Maung's contract was to approve it after the Burmese
9    service had recommended it to be approved?
10       A    Yes.
11       Q    You didn't specifically look at his
12   performance or --
13       A    No.
14       Q    -- offer an opinion as to whether or not
15   they should renew?
16       A    No.
17       Q    Did you ever have the opportunity to
18   observe Maung Maung's job performance while he was a
19   voice consultant?
20       A    No.
21       Q    Did you ever receive any information
22   concerning Maung Maung's job performance during his
```

1    employment as a voice consultant?

2    A    Yes.

3    Q    What information did you receive?

4    A    Well, there is, I guess, really, two,

5    because he had two different contracts with us.  On

6    the one hand, he was doing the voicing work --

7    Q    Right.

8    A    -- and on the other, he was doing a

9    science and technology feature, and I know that, in

10   reviewing that, I didn't think too much of the -- of

11   the feature.  I didn't think it was really serving

12   our audience.

13   Q    Okay.  And just right now, I would only

14   want to focus on Maung Maung's job as a voice

15   consultant and then in a little bit we can discuss

16   the editorial consultant.

17   A    Sure.

18   Q    Did you ever receive any information

19   concerning his job performance as a voice

20   consultant?

21   A    Yes.

22   Q    And what was that information?

Susan L. Rodgers                                                October 31, 2006
Washington, DC

Page 17

1  A   That he -- it was lackluster. We had had
2  a lot of complaints over time about the -- some of
3  the voicing of our programs and Soe Thinn wanted to
4  address that problem.
5  Q   Okay. And do you remember specifically
6  who described his performance as "lackluster"?
7  A   I would say that's my word --
8  Q   Right.
9  A   -- based on, you know, talking to,
10 basically, Soe Thinn and Nancy Shwe, his deputy
11 director.
12 Q   Okay. So the feedback you got on his job
13 performance was from Soe Thinn and Nancy Shwe?
14 A   Yes.
15 Q   Anyone else?
16 A   Not that I remember.
17 Q   And do you recall when you received this
18 feedback?
19 A   I know -- obviously, I got it at the time
20 of the contract renewal when we were asked by
21 finance department whose contract should be renewed
22 and whose not. I believe that we had talked about

Susan L. Rodgers
Washington, DC
October 31, 2006

Page 18

```
 1    it previously but I honestly don't remember.
 2         Q    Okay.  When you say, "at the time of the
 3    contract renewal," that's September 2004?
 4         A    August.
 5         Q    August 2004?
 6         A    Yes.
 7         Q    And you believe you also received feedback
 8    prior to then but you don't remember any specific
 9    time; is that accurate?
10         A    That's correct.
11         Q    And in addition to this, that's the
12    feedback you recall receiving, you don't remember
13    any specific broadcast --
14         A    No.
15         Q    -- for example, that --
16         A    No.
17         Q    -- anyone had any complaints about?
18         A    No.
19         Q    So you don't recall any complaints about,
20    for example, Maung Maung not completing his
21    broadcast on time?
22         A    No.
```

Susan L. Rodgers
Washington, DC
October 31, 2006

Page 20

1    September 30th of the following year.
2        Q    Do you recall whether Maung Maung's
3    contract as an editorial consultant was ever
4    renewed?
5        A    Yes.
6        Q    When was that?
7        A    It was in 2004.
8        Q    And did you play any role in the decision
9    to renew Maung Maung's contract as an editorial
10   consultant?
11       A    Well, I -- yes, in the -- in the sense
12   that I -- I gave my opinion, which I thought his
13   feature was not very good, and I really didn't see
14   the point of renewing the contract, but Soe Thinn
15   wanted to go ahead and renew it.
16       Q    And could you elaborate a little bit on
17   why you thought his feature was not very good?
18       A    It was focusing on science and technology
19   and most of the things that he was reporting on that
20   I saw, which are very limited, but I saw a couple of
21   the different programs that he produced, and they
22   had no relationship to Burma.  They provided no --

```
 1   nothing really helpful for Burmese people.
 2       Q    Do you recall any specific examples of
 3   what you just described?
 4       A    Yeah, like, there was one about automatic
 5   toll booths, and in a country where there are -- you
 6   are dealing with primarily dirt roads and, you know,
 7   no infrastructure, it seemed pretty silly.
 8       Q    And the concerns you just mentioned, you
 9   said that you communicated those to Soe Thinn?
10       A    Uh-huh.
11       Q    Do you recall what his response was?
12       A    I just know that they -- you know, the
13   service -- all of our services have pretty limited
14   staffs for the amount of programming they are
15   producing, and so the contractors provide, you know,
16   additional program material that can be used, and so
17   it takes some of the pressure off the other
18   broadcasters, and so sometimes the material, you
19   know, I don't think is the highest quality. I would
20   like to see higher quality material but we are kind
21   of over a barrel.
22       Q    Do you recall whether or not Maung Maung's
```

Page 22

1  contract as an editorial consultant was renewed in
2  September 2005?
3       A    I don't remember, no.
4       Q    You don't recall playing any role in a
5  decision whether or not to renew his contract?
6       A    No, I -- I believe it was renewed.  I
7  know -- I'm pretty sure -- I know he showed up again
8  in the last program evaluation, I think, but --
9       Q    Other than what we have already discussed,
10 did you receive any other information concerning
11 Maung Maung's job performance as an editorial
12 consultant?
13      A    You mean any feedback on his overall
14 performance or --
15      Q    Yes.
16      A    Yeah.  I know that Soe Thinn had told me
17 he had a -- in 2003, that he was applying for a
18 full-time broadcaster position and he was -- you
19 know, he was concerned because he didn't think he
20 was that good, and I just said, well, you know, you
21 put him in the mix with everybody else and, you
22 know, he will either come out or he won't.

Susan L. Rodgers
Washington, DC
October 31, 2006

Page 26

```
 1      Q    And so in September of 2004, did you
 2   receive a list of voice consultants in the Burmese
 3   service?
 4      A    Yes.  That's that one document I gave that
 5   you just got, yes.
 6      Q    Right.  And do you know who made a
 7   decision not to renew Maung Maung's contract?
 8      A    Soe Thinn.
 9      Q    Do you know if anyone else was involved in
10   that decision?
11      A    Well, I know Nancy was involved and I was
12   involved.
13      Q    And besides you receiving the list and
14   passing it along, what exactly was your involvement?
15      A    Just talking to him about the renewal.
16      Q    And what did you talk about with him?
17      A    About whether this contract should be
18   renewed and whether his editorial contract should be
19   renewed, and Soe Thinn didn't want to renew the
20   voicing contract because he wanted new voices, he
21   wanted to improve the on-air sound so that we
22   wouldn't have so many complaints about the -- the
```

Page 27

1  people making mistakes on the air, not sounding
2  good, and -- and then -- and, of course, I had,
3  also, the other one for the science and technology
4  and I recommended to him -- he was going to renew
5  his contract. I said why don't you -- why do you
6  keep him on this? This is not a good program. And
7  he said, well, we don't have a lot of material, so
8  keep him for now.
9      Q    So with respect to the voice consultant
10 contract, would you say that was a decision Soe
11 Thinn made that you agreed with or a decision you
12 came to together?
13     A    I would say it was a recommendation he
14 made and I agreed with it -- he and Nancy came to
15 and he communicated to me and then I said fine.
16     Q    And I believe you said one of the reasons
17 for that were complaints made about how things
18 sounded on air?
19     A    Yes.
20     Q    I'm paraphrasing.
21     A    Yes.
22     Q    Do you recall who made those complaints?

Page 41

```
 1      Q    Do you recall whether or not it was in
 2  2004?
 3      A    I honestly don't remember.  I don't know.
 4      Q    Do you recall how you learned this
 5  information?
 6      A    No.
 7      Q    Do you recall whether you learned this
 8  information prior to Soe Thinn coming and telling
 9  you that he had decided not to renew Maung Maung's
10  contract?
11      A    I don't believe I had any knowledge of it
12  at that time.
13      Q    To your knowledge, did the EEOC do
14  anything to investigate this complaint?
15      A    I have no idea.
16      Q    Who have you talked to regarding the
17  complaint Maung Maung made with the EEOC?  And just
18  to be clear, I'm not interested in anything you said
19  to Gil or any other of your attorneys.
20      A    Oh.  Okay.  Well, I guess I have -- I know
21  I have discussed it with Soe Thinn, because we knew,
22  I guess, when this came up, I don't know, we knew
```

Susan L. Rodgers
Washington, DC
October 31, 2006

Page 45

1  Court or his action in D.C. Federal Court?
2      A   As I have said, I have talked with Soe
3  Thinn and talked to my husband.
4      Q   Okay. And probably your attorneys before
5  today's deposition?
6      A   Attorneys, yes. You said to ignore that.
7      Q   But I'm not interested in that.
8      A   Right.
9      Q   But other than those individuals, no one.
10     A   Right.
11     Q   And do you know whether or not anyone at
12 Radio Free Asia has knowledge of Maung Maung's
13 complaint in D.C. Federal Court or D.C. Superior
14 Court?
15     A   I have -- I don't know.
16     Q   Other than what we have already discussed,
17 do you know whether Maung Maung has made any formal
18 or informal complaints regarding Radio Free Asia?
19     A   I don't know of any.
20     Q   You are not aware of any letters that
21 Maung Maung might have sent to individuals at Radio
22 Free Asia complaining about it?

Susan L. Rodgers                                                October 31, 2006
Washington, DC

Page 46

1      A    No.

2      Q    I just want to go through a few subject

3 areas and see if you know other individuals who

4 might have knowledge on some issues.

5      A    Sure.

6      Q    Other than the people we have already

7 discussed today, are you aware of anyone who would

8 have knowledge about Maung Maung's performance on

9 the job?

10     A    The -- certainly, we have talked about Soe

11 Thinn and Nancy and then the next layer of

12 management is in the Burmese service would be the

13 editors, so any of the editors who worked with him.

14     Q    And how about the decision not to renew

15 Maung Maung's contract?

16     A    I don't know that they were involved.

17     Q    Okay.  So that would be Soe Thinn and

18 Nancy --

19     A    I believe so.

20     Q    -- we have already talked about, and you

21 are not aware of anyone else?

22     A    Right.

Susan L. Rodgers
Washington, DC
October 31, 2006

Page 49

1  just to clarify the record a little bit.

2                    EXAMINATION

3          MR. ABRAMSON:  This document that we

4  brought in today, let's just mark this as Number 1.

5  Okay?  Can we do that?

6          (Lavery Deposition Exhibit 1 identified.)

7          BY MR. ABRAMSON:

8     Q    Okay.  What is this document?

9     A    This is a form that's generated by the

10 finance department for contractors, to decide on who

11 should be renewed each year.  Each year.  It's done

12 at the end of the fiscal year.

13    Q    And in 2004, when did you receive this?

14    A    It is dated 8/19, so I'm assuming that I

15 received it around that time.

16    Q    All right.  And in 2003 --

17    A    Yes.

18    Q    -- do you recall when you received -- did

19 you receive a similar list?

20    A    Yes.

21    Q    Do you recall when you responded?

22    A    Yes.

```
 1    testified Soe Thinn and service director.  Is that
 2    true in the other services that you supervise, as
 3    well?  Who does those interviews?
 4         A    Interview candidates?
 5         Q    Candidates.
 6         A    It varies because I have -- I have had
 7    some services that I have not had a permanent
 8    service director, may have had an acting service
 9    director and in that case I have been more involved
10    in those decisions.
11         Q    Which services are those?
12         A    Those are the Cambodian and Vietnamese,
13    but in the Laosian and Burmese, we have had
14    permanent service directors that have been very
15    capable, so I have --
16         Q    To what extent, if any, are you familiar
17    with any questions geared to determining any kind of
18    journalistic bias that are asked?
19         A    I know that -- that Soe Thinn would ask in
20    his interviews whether they would report something
21    that would put Aung San Suu Kyi in a bad light,
22    and -- because a lot of the people who were hired
```

Susan L. Rodgers

Washington, DC

October 31, 2006

Page 52

1  came from the ranks of activists and it had been a
2  problem in our programs.  We had some programs
3  where, you know, they -- they were not as
4  journalistically straight as we would like and so
5  Soe Thinn asked his people that he was interviewing
6  whether they would -- how they would handle a story
7  that was negative to her.
8      Q    And to what extent are you familiar with
9  the consequences of answering that question wrongly,
10 in other words, that there would be bias?
11     A    Well, then he doesn't consider them.
12     Q    Okay.  Do you have a problem with that?
13     A    No.
14     Q    To what extent do you generally interface
15 with the senior editors in each of the language
16 services that you supervise?
17     A    Again, it depends on the service director.
18 It breaks down pretty much the same as in the
19 other -- I had much less with the Burmese service
20 because it was functioning well and much more so
21 with the Cambodian and Vietnamese.
22          MR. ABRAMSON:  I hope I have this document

Susan L. Rodgers                                          October 31, 2006
                          Washington, DC

Page 56

1    I HEREBY CERTIFY that I have read this
2    transcript of my deposition and that this transcript
3    accurately states the testimony given by me, with
4    the changes or corrections, if any, as noted.
5
6
7                    X _____
8
9
10
11   Subscribed and sworn to before me this 21 day of
12   December, 2006.
13
14
15
16                   X _____
17                            Notary Public
18
19
20
21   My commission expires:
                              Masha Udensiva-Brenner
22                            Notary Public, District of Columbia
                              My Commission Expires 10-14-2010

Alderson Reporting Company
1-800-FOR-DEPO

## CERTIFICATE OF NOTARY PUBLIC & REPORTER

I, VICTORIA L. WILSON, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn; that the testimony of said witness was taken in shorthand and thereafter reduced to typewriting by me or under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

_____
Notary Public in and for the
District of Columbia

My Commission Expires:          JANUARY 31, 2009