# Exhibit 7

Page 222

```
 1             IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLUMBIA
 3      - - - - - - - - - - - - - - - - X
 4   KHIN MAUNG THAN                    : Civil Action No.
 5        Plaintiff,                    : 1:05-CV-01042 (RMU)
 6   v.                                 :
 7   RADIO FREE ASIA,                   :
 8        Defendant.                    :
 9      - - - - - - - - - - - - - - - - X
10                     Washington, D.C.
11                     Thursday, August 24, 2006
12
13             Continued Deposition of KHIN MAUNG THAN,
14   called for examination by counsel for the Defendants in
15   the above-entitled matter, pursuant to notice, the
16   witness being duly sworn by CARLA L. ANDREWS, a Notary
17   Public in and for the District of Columbia, taken at
18   the offices of Hogan & Hartson, LLP, 555 Thirteenth
19   Street, N.W., Washington, D.C. 20004, at 12:37 p.m.,
20   Thursday, August 24, 2006, and the proceedings being
21   taken down by Stenotype by CARLA L. ANDREWS and
22   transcribed under her direction.
```

Certified Copy

RECEIVED
SEP 1 1 2006

```
                                                        Page 234
 1   VOA from you viewed as a better job or the same kind of
 2   job as a broadcaster at RFA in the Burmese Service?
 3            MS. STEWART:  Objection.
 4            THE WITNESS:  Are you referring to Khin Maung
 5   Soe or me?
 6            BY MR. ABRAMSON:
 7       Q    I am asking you what you thought at the time
 8   he left and went to the VOA, whether you thought that
 9   he was improving himself or whether he was just making
10   a lateral move?
11            MS. STEWART:  Objection.
12            THE WITNESS:  I have no idea why he moved.
13            BY MR. ABRAMSON:
14       Q    That's not my question.  Did you think he
15   made a good move or did you think he made a poor move?
16       A    I have no idea.
17       Q    Do you right now today regard a broadcaster
18   position in the Burmese Service at VOA the same way you
19   would view a broadcasting position in the Burmese
20   Service at RFA?
21            MS. STEWART:  Objection.
22            THE WITNESS:  I think they are the same.
```

1        BY MR. ABRAMSON:

2        Q    You think they are the same.  Have you always

3    felt that way?

4        A    Yes.

5        Q    So a broadcasting position at VOA for you

6    would be the same as a broadcasting position at RFA,

7    correct?

8        A    I would say so.

9        Q    Now, you also refer to a complaint by Khin

10   Maung Soe and Tinaung Khine that they wrote separate

11   letters to Dan Southerland.  How do you know they wrote

12   letters?

13       A    At the time I was staying with the Burmese

14   Service.  So in casual conversation they mentioned it.

15       Q    Did you ever see any letters?

16       A    I don't remember.

17       Q    So it is possible you saw the letters but you

18   don't remember?

19            MS. STEWART:  Objection.

20            THE WITNESS:  I may have at glance.  I don't

21   know.  I don't remember.

22            BY MR. ABRAMSON:

Page 260

1    Soe Thinn about my initiatives in June 2002, right?
2        A    Yes.
3        Q    What initiatives were you talking about?
4        A    I told him that I wanted to write on the
5    topics, and I gave him example in regards to the United
6    States -- the structure of the United States
7    Government.  And he told me to give him in writing, so
8    I wrote it and give it to him.
9        Q    And he did not approve it?
10       A    He said okay initially.
11       Q    Did he approve it?
12       A    Yes, he did.
13       Q    What are you referring to in the very next
14   sentence where you say, I did not get approval to write
15   about politics?  What are you referring to there?
16       A    I meant a few weeks later I told him I wanted
17   to write topics on science and technology, and then he
18   said okay.  And then he changed his mind.  And he said
19   to me, there are a lot of people writing on the
20   politic's issue, so that's why don't write about
21   politics, write on the issues on science and
22   technology.  That's what he said to me.

                                                               Page 261

1      Q    Now, prior to your beginning any work at
2  Radio Free Asia, you had no formal journalistic
3  training, correct?
4      A    No formal training, right.
5      Q    To what extent, if any, did you have any
6  informal journalistic training before you worked at
7  Radio Free Asia?
8      A    When I was in medical school, I took part --
9  because every year in my institute, there is annual
10 publication.  So every year I joined the publication.
11 I wrote story translations.
12     Q    In a medical journal?
13     A    No.  It is an annual publication every year.
14     Q    What kind of publication?
15     A    In Burma Medical School you have to go about
16 seven years.  So every year they published annual
17 magazine for the whole class.  So everybody can write
18 and everybody from the school can write story,
19 cartoons, translations.
20     Q    So is it a serious compilation or is it not
21 so serious, then?
22          MS. STEWART:  Objection.

Page 262

1      THE WITNESS: I would say serious because you
2  have to first apply for the license permit. And then
3  you have to choose who is going to do this, who is
4  going to do that, who is going to get the commercial so
5  and on -- serious.
6           BY MR. ABRAMSON:
7      Q   And you were chosen to write?
8      A   Yes.
9      Q   What did you write about?
10     A   I wrote a translations of a Burmese story to
11 English. I wrote topics on medical findings, and I
12 even wrote, I remember, love story.
13     Q   And did the people buy this book or was it
14 just given out?
15     A   It is only for the students. But students
16 have to pay, not free.
17          MR. ABRAMSON: We will take a break.
18          (A recess was held.)
19          BY MR. ABRAMSON:
20     Q   Are you aware that fraud is a crime in the
21 United States?
22          MS. STEWART: Objection.

Page 285

1  Q   And when was the next time you went?
2  A   I think after I received a right-to-sue
3  letter from EEOC.
4  Q   Okay. When was the next time?
5  A   After I filed a suit at D.C. Superior Court.
6  Q   When was the next time?
7  A   After I went there -- after I received a
8  right to suit -- after I filed a complaint with D.C.
9  Superior Court, I went there about two times.
10 Q   What did you do those other two times when
11 you went there?
12 A   After I filed with the D.C. Superior Court, I
13 went there to get legal representation.
14 Q   Did they provide you legal representation?
15 A   They gave me the numbers to call.
16 Q   And whose numbers did they give you?
17 A   I don't remember. They gave me a long list.
18 Q   Did you call them all?
19 A   I called the law offices in Washington, D.C.
20 Q   Is that how you got Arnold & Porter as your
21 representative through those calls?
22 A   No.

Page 286

```
 1      Q    So you didn't get any representation through
 2   making those calls, correct?
 3      A    I received it but I cannot afford.
 4      Q    All right.  When you went to see them after
 5   you got your right-to-sue letter, what did they tell
 6   you?
 7      A    Which right-to-sue letter?  Which one, first
 8   one or second one?
 9      Q    You told me that you went to see them after
10   you got a right-to-sue letter?
11      A    Yes.
12      Q    What did they tell you when you went there?
13      A    They told me I go back to EEOC to file second
14   charge for the retaliation, so I did.
15      Q    What else did they tell you?
16      A    And then I was told to get a lawyer.
17      Q    Did they tell you anything else?
18      A    That's all.
19      Q    And what did they tell you after you filed
20   your Superior Court filing?
21      A    They gave me the telephone numbers of the law
22   offices.
```

```
                                                            Page 287
1        Q    You don't remember the name of anybody that
2   you spoke to at Bread for the City?
3        A    No.
4        Q    In your complaint you say that you suffered
5   humiliation.  Do you recall that?
6        A    Yes.
7        Q    What humiliation have you suffered?
8        A    After Chi Chi Than got the position, I
9   continued to work.  So I saw the employees, and they
10  asked me and they told me.  And they -- I felt like
11  they are -- some of them may look down on me because I
12  did not get the job and that I was not given the
13  position even though I was there for a few years.  So
14  the way I was treated, I felt humiliated.
15       Q    Anything else where you felt humiliated?
16       A    And when you went to the social gathering or
17  religious functions, many people knew that I did not
18  get the position.  So I felt very humiliated among the
19  Burmese community.
20       Q    To your knowledge, how did these other people
21  know you didn't get the position?
22            MS. STEWART:  Objection.
```

Page 293

```
1      Q    You also say you suffered depression.
2      A    Yes.
3      Q    What describe the depression?
4      A    When I found out I was not chosen, I was
5  very -- I felt very down, very depressed.  I could not
6  sleep.  I could not -- I don't want to go out and see
7  the people in Burmese community.  I had to take
8  sleeping pills since I cannot sleep.  Sometime I woke
9  up early.  And I lost weight.
10     Q    Sometimes that's a good thing.  Any other
11 way?
12     A    I fought with my girlfriend.
13     Q    But you are still together with your
14 girlfriend now?
15     A    Yes.
16     Q    She is supportive of you?
17          MS. STEWART:  Objection.
18          THE WITNESS:  Yes.
19          BY MR. ABRAMSON:
20     Q    You still taking sleeping pills?
21     A    Occasionally.
22     Q    How often?
```

Page 294

```
 1      A    About twice a week.
 2      Q    Are they over the counter or prescription?
 3      A    Over the counter.
 4      Q    What kind?
 5      A    I took Melantonin, sometimes Tylenol PM.
 6      Q    For how long did you not go out among the
 7   Burmese community?
 8      A    Since then even though -- although I go out,
 9   it is less frequent since I was not hired.
10      Q    So how frequently did you go before you were
11   not hired?
12      A    Every time -- almost every time they have
13   functions or religious festival.
14      Q    The religious festivals are once a month,
15   right?
16      A    No, not like that.
17      Q    How often?
18      A    Because religious festival they don't have in
19   the one place.  We have three Burmese monastery.  So
20   this week maybe at this monastery, maybe next two week
21   at another monastery.  So we cannot say that it's every
22   month or every week or you cannot say.  It's up to the
```

```
                                                          Page 300
 1         A    I change my -- how will I say?  I change the
 2    way I live -- I used to live before.
 3         Q    How?
 4         A    I don't want to see people.  I cannot sleep.
 5    I try to avoid people.  I don't want to go out.  I
 6    cannot sleep.
 7         Q    And is it correct to say you are not on any
 8    medications for any of these symptoms you have
 9    described?
10         A    I took over-the-counter medication.
11         Q    Which?
12         A    Like Melatonin.
13         Q    Just for sleeping?
14         A    Yeah.  I took vitamins because I didn't feel
15    well.  So since I couldn't sleep, I couldn't eat like
16    before.  I took multivitamins.
17         Q    Anything else?
18         A    That's all.
19         Q    How much do you weigh now?
20         A    About 180.
21         Q    How much did you weigh a year ago?
22         A    About 200.
```

```
                                                          Page 301
 1      Q    And how much did you weigh in 2004?
 2      A    What time?
 3      Q    Well, what's the range of your weigh during
 4  2004 between January and December?
 5      A    Maybe about around 200.
 6      Q    And 2003?
 7      A    Around that.
 8      Q    1997?
 9      A    About 160 or 170.  I can't remember.  I am
10  not sure.
11      Q    How about in 1998?
12      A    I don't remember.
13      Q    '99?
14      A    No.
15      Q    2000?
16      A    I don't remember exactly.
17      Q    2001?
18      A    I think maybe around 170.  I am not sure
19  because I didn't write it down -- my weight.
20      Q    How tall are you?
21      A    Six.
22      Q    What relief are you seeking in this case?
```

Page 306

1                    AFFIDAVIT OF DEPONENT

2

3        I have read the foregoing deposition, which

4   contains a correct transcription of the answers given

5   by me to the questions therein recorded, except as to

6   errors which may be indicated on any attached errata

7   sheet.

8

9                                    _____
                                        KHIN MAUNG THAN
10

11           Subscribed and sworn to before me this 26th

12   day of September, 2006, in Washington, D.C.

13

14                              Notary Public

15                       JEAN A. JANTZ, NOTARY
                         My Commission Expires October 31, 2006

16

17   My Commission Expires:

18   ___Oct. 31,_____, 2006

19

20

21

22

## CERTIFICATE OF NOTARY PUBLIC

I, Carla L. Andrews, the officer before whom the foregoing deposition was taken, do hereby certify that the witness, whose testimony appears in the foregoing deposition was duly sworn by me, that the testimony of said witness was taken by me in stenotype and thereafter reduced to typewritten form under my supervision, that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

*Carla L. Andrews*
Carla Andrews, Notary Public for the
District of Columbia

My Commission Expires: January 14, 2009