# Exhibit 8



X 14673

2025 M Street, NW - Suite 300 - Washington, D.C. 20036    Phone (202) 530-4900
                                                           Fax    (202) 530-7796

## BURMESE SERVICE

### EDITORIAL CONSULTANT AGREEMENT

THIS AGREEMENT, entered into this 1st day of October, 2002, by and between:

RADIO FREE ASIA.
A District of Columbia Non-Profit Corporation

And the Editorial Consultant

Khin Maung Than
8201 Anderson Drive
Fairfax, VA 22031

WHEREAS, RFA desires to engage the Editorial Consultant to render certain professional services in which the consultant purports to have expertise.

NOW THEREFORE, the parties mutually agree as follows:

1. <u>Scope of Services</u> – The Editorial Consultant will produce original features for a weekly series entitled "Advance in Science and How it Impact Burmese Society".

2. <u>Time of Performance</u> - The services under this contract shall be undertaken and completed in a manner as to assure their expeditious completion in light of the purpose of this Agreement; and, in any event, all services required hereunder shall begin on October 1, 2002, and be completed on or before September 30, 2003, unless a formal extension in writing is mutually agreed to.

2. <u>Compensation</u> - For the performance of this Agreement, RFA agrees to pay the Editorial Consultant $75.00 per program only when material has been commissioned by RFA. Your signature to this Agreement will evidence your concurrence with that rate as well as the other terms and conditions of the Agreement.

4. <u>Method of Payment</u> - RFA will compute your payments on a monthly basis and pay you on the 22nd of the following month.

RFA-00039

5. <u>Taxation</u> - RFA will not withhold any taxes on behalf of the Editorial Consultant. The Editorial Consultant hereby accepts responsibility for payment of any Federal, State and other taxes which may, from time to time, be payable on these earnings as an Independent Contractor.

6. <u>Insurance Coverage</u> - RFA assumes no liability for accident or injury to the Editorial Consultant in the performance of this Agreement. As an Independent Contractor it is your obligation to insure yourself for comprehensive general liability, or workers' compensation insurance.

7. <u>Termination</u> - RFA reserves the right to terminate this Agreement at any time, with or without termination pay. The Editorial Consultant is likewise free to terminate this Agreement at any time. Such notice shall be in writing.

8. All rights to any written material commissioned and purchased from the undersigned shall be considered to be "works made for hire" and all rights in them are the sole property of RFA. The works may be edited or abridged by RFA at its discretion, and may not be distributed by the undersigned to any other media organization or used for any other purpose without the prior written approval of RFA. I assign to RFA all rights, title, and interest, including the copyright, to all written materials commissioned and purchased by RFA pursuant to this Agreement.

9. Radio Free Asia is a private non-profit corporation and not an agency of the US Government. RFA is the recipient of a grant from the US Government to carry out the provisions of Section 309 of Title III of Public Law 103-236.

**RADIO FREE ASIA**

_____      10/2/02
Vice President of Finance and Administration      Date

_____      10/2/02
Budget Director      Date

**ACCEPTED BY:**

_____      10/4/02
Editorial Consultant      Date

Editorial Consultant's Social Security or Employer Number: 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