# Exhibit 10

04.Chanute Place ,Apt.1

Falls Church , VA.22042

Ms.Tamara Bagley

Human Resources Department

Radio Free Asia

2025.M.Street ,NW , Suite 300

Washington D.C , DC 20036

Date: 18 January 1999

Reference :  Application for the Burmese Service in the Radio Free Asia

Dear Madam ,

I put up my application for the suitable post in the Burmese Service of the Radio Free Asia programme through Mr.Soe Thinn ,director of Burmese Service, on 28 October 1998 and I took the examination required for the post on 16 December 1998 in the R.F.A office.

Until now , I have not heard any news from youroffice for the personal interview  for the post yet.

Therefore , I would really be most grateful if you could kindly reply to me about the status of my application and interview if possible.

Thanking you and looking forward to your kind reply soon,

Your Respectfully ,

*[signature]*

Maung Maung / Khin Maung Than ( Mr. )

RFA-00080