# Exhibit 11

6206. Anderson Drive

Fairfax, Va. 22031

Tamara Bagley

Human Resources Department

Radio Free Asia

suite 300 , 2025.M.Street,NW

Washington DC, DC 20036

Date: 3 February 2000

Dear Madam ,

I am a Burmese national who applied for the position in the Burmese service of Radio Free Asia. I took the required test at R.F.A on 16 December 1998. On 23 February 1999, I received a letter from R.F.A which said that my test performance was impressive and I would be informed when vacancy appeared in Burmese service. Since then, I have been patiently waiting for the call from R.F.A.

The last time I called you to check my job prospect i.e July 1999, I was told vacancy was possible in next budget year which was going to start in October 1999.

Until now, I have not heard anything from R.F.A. It is already over one year that I took the test and I have been waiting for the vacancy in Burmese service. I would be very grateful if you could kindly let me know whether I have a chance or the hope for the position in the Burmese service of Radio Free Asia.

I could be reached at 703-560-7272 after 6:pm. Message can be left at 703-560-3992.

Thanking you in anticipation ,

Sincerely yours,

Khin Maung Than ( Maung Maung )