# Exhibit 12

for maungatus@yahoo.com

| Refinancing | Second Mortgage | Debt Consolidation |

Reply | Reply All | Forward | as attachment ▼
Delete

Attachments
- Choose Folder - ▼ | Move

Date: Sun, 28 Jan 2001 12:30:01 -0800 (PST)
From: maung maung <maungatus@yahoo.com>
Subject: mistreatment and discrimination in hiring process
To: richterr@www.rfa.org
CC: taylorp@www.rfa.org

```
Dear Sir,
Two months ago,I sent a letter dated 28/11/2000 to you
explaining how I had been mistreated by some Human
Resources Department staffs and how I had been left
out
from an opportunity to serve Radio Free Asia by the
Director of Burmese Service.
As I haven't heard anything from you yet,I'm writing
this e-mail to you to follow up my previous letter.
I'd be very grateful if you could kindly reply my
e-mail to let me know about my application and my
report.
I trust you and would like to implore you to solve
this
matter in your power for the sake of truth and
fairness
of hiring process and integrity of the institution.
My e-mail address is
Respectfully,

Khin Maung Than(Maung Maung)
```

Do You Yahoo!?
Yahoo! Auctions - Buy the things you want at great prices.

RFA-00089