# Exhibit 13

Khin Maung Than
Washington, DC
August 23, 2006

Page 1

```
1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLUMBIA

3         - - - - - - - - - - - - - - x

4      KHIN MAUNG THAN,                :

5                      Plaintiff,      :

6              vs.                     :   Civil Action No.

7      RADIO FREE ASIA,               :   1:05-CV-01042 (RMU)

8                      Defendant.      :

9         - - - - - - - - - - - - - - x

10                             Washington, D.C.

11                             Wednesday, August 23, 2006

12             Deposition of KHIN MAUNG THAN, a witness

13     herein, called for examination by counsel for

14     Defendant in the above-entitled matter, pursuant to

15     notice, the witness being duly sworn by KAREN YOUNG,

16     a Notary Public in and for the District of Columbia,

17     taken at the offices of Hogan & Hartson at 11:12

18     a.m. on Wednesday, August 23, 2006, and the

19     proceedings being taken down by Stenotype by KAREN

20     YOUNG, and transcribed under her direction.

21                                    RECEIVED

22                                    SEP 08 2006
```

Certified Copy

Khin Maung Than                                                                    August 23, 2006

Washington, DC

Page 12

1    to get married?

2        A.    Not right now.

3        Q.    How long have you lived at your current

4    address?

5        A.    Since last year, late.

6        Q.    And where did you live before that?

7        A.    Before that, I live at 8239 Anderson

8    Drive, Fairfax, Virginia 22031.

9        Q.    Did you own that place or rent it?

10       A.    No, I rent it.

11       Q.    How long did you live there?

12       A.    Since 2003.

13       Q.    Did you live there alone?

14       A.    The 8239?

15       Q.    Yes.

16       A.    No.

17       Q.    With whom did you live?

18       A.    With my girlfriend.

19       Q.    Same girlfriend.

20       A.    Yes.

21       Q.    And prior to Anderson Drive, where did you

22    live?

Khin Maung Than

August 23, 2006

Washington, DC

Page 13

```
 1        A.     Before that, I live at 8201, same street,
 2    same city, same zip code.
 3        Q.     Okay, for how long?
 4        A.     Since mid-1999.
 5        Q.     Is that an apartment or a house?
 6        A.     Apartment.
 7        Q.     Did you change buildings or change
 8    apartments?  Real close?
 9        A.     No, I mean, it's a different building, but
10    it's a townhouse apartment.  They don't call it
11    apartments.  They call it townhouse, even though
12    they rent it.
13        Q.     Got it.  And with whom did you live at
14    8201?
15        A.     With my girlfriend, same girlfriend.
16        Q.     Same girlfriend?  All right.  How long
17    have you lived with your girlfriend?
18        A.     Since 1999, mid-1999.
19        Q.     Okay.  So prior to that, where did you
20    live?
21        A.     I live with my friends for a few months,
22    but I don't remember the address.
```

Page 16

1                MS. STEWART:  Objection.

2        A.    I fled to arrest by the military regime in

3   Burma.

4        Q.    Say that again.  You were arrested?

5        A.    I fled to avoid arrest.

6        Q.    Fled, okay.  Were you -- did you oppose

7   the military regime?

8        A.    Yes, I did.

9        Q.    To what extent?  What I'm trying to find

10  out is how they identified you as a person that they

11  might arrest.

12               MS. STEWART:  Objection.

13       A.    When I was back in Burma in 1996, they

14  have the student protests, so I took part in the

15  student protest.

16       Q.    Did you receive asylum here in the United

17  States?

18       A.    Yes, I did.

19       Q.    When you -- when you were in Burma, what

20  kind of jobs did you have?

21       A.    I'm a medical doctor.

22       Q.    When did you graduate from medical school?

Page 17

1        A.      From Institute of Medicine 1, Number 1, in

2    Rangoon.

3        Q.      Number 1 -- is that the number of the

4    school or the number that you graduated?

5        A.      No, there are three medical school in

6    Burma at that time, so my school is -- they call

7    Number 1, and another medical school in Burma in

8    Rangoon too, they call it Institute of Medicine 2,

9    so that's why I call my school Number 1.

10        Q.      Okay.  So it would be fair to say that

11    your educational background is in medicine?

12        A.      Yes.

13        Q.      Have you gone to school at all in the

14    United States?

15        A.      The medical education?

16        Q.      Well, for medical education.

17        A.      No, I went full medical education in

18    Burma.

19        Q.      Have you had any education -- or strike

20    that.  Have you taken any classes or courses in the

21    United States for any -- any reason?

22        A.      No.

1    knew the medication.  I'm more familiar with the

2    field at the time, other than like doing cashier

3    job.

4        Q.    Did you have a cashier job --

5        A.    Yes.

6        Q.    -- previously?

7        A.    Yes.

8        Q.    Where?

9        A.    Rite Aid.

10       Q.    How long did you have the cashier job at

11   Rite Aid?

12       A.    About six months.

13       Q.    From when to when?

14       A.    Sometime in 2001.

15       Q.    For how long?

16       A.    Six or seven months.

17       Q.    Why did you stop that job?

18       A.    Which one?

19       Q.    Cashier.

20       A.    Because I was given the pharmacy tech

21   position in CVS.

22       Q.    All right, help me understand.  Do you

Washington, DC

Page 21

1    work currently as a pharmacy technician?

2         A.    No, not anymore.

3         Q.    All right, so it was in 2001 that you were

4    a pharmacy technician?

5         A.    Early 2002.

6         Q.    2001 and 2002?

7         A.    No.

8         Q.    Just 2002.

9         A.    I started as a cashier in 2001.

10        Q.    Yeah.

11        A.    And then I was given a position in early

12   2002.

13        Q.    All right, so were you a pharmacy

14   technician at Rite Aid?

15        A.    No, at CVS.

16        Q.    CVS.  So you worked at Rite Aid as a --

17        A.    Cashier.

18        Q.    -- cashier for six or seven months.

19        A.    Yes.

20        Q.    Followed immediately by working at CVS as

21   a pharmacy technician for a month?

22        A.    Yes.

Page 22

```
 1        Q.    All right.  Why did you leave CVS?

 2        A.    I was offered a position as part-time

 3   broadcaster in Radio Free Asia.

 4        Q.    How many hours did you work as a pharmacy

 5   technician?

 6        A.    Between 30 and 35 hours.

 7        Q.    And as a -- what you say as a part-time

 8   broadcaster at Radio Free Asia, how many hours a

 9   week was that?

10        A.    Sometime 12 hours, sometimes 16, sometime

11   eight, but not less than eight in a week.

12        Q.    So you gave up a full-time job --

13        A.    They don't call -- excuse me, sorry.

14        Q.    You gave up a job for 35 to 40 hours a

15   week for a job that -- where you worked eight to

16   maybe 16 hours a week?

17        A.    I was not given more than 35 hours, not

18   40.  I was only given sometime 30, sometime 32.

19        Q.    All right.  You gave up a job that --

20   where you worked 30 to 32 hours a week for a job

21   where you worked eight to 16 hours a week?

22        A.    Yes.
```

Khin Maung Than                                                    August 23, 2006
Washington, DC

Page 25

1    that case they pay me per hour.

2         Q.    All right, and what exactly do you do?

3         A.    Usually I go to the immigration court.  I

4    have to translate at the immigration hearings.

5         Q.    And about how many hours a week did you

6    work as an interpreter?

7         A.    The whole year, if I count my business

8    trip related to that interpreter job was about --

9    between 20 and 25 trips.

10        Q.    And you're still working in that job?

11        A.    Yes.

12        Q.    When did you first look for that job?

13        A.    Around November-December 2002.

14        Q.    And you started in May?

15        A.    No, in either -- I think in February 2003.

16        Q.    When did you look for a job at VOA?

17        A.    I do not recall the first time I applied.

18        Q.    What year?

19        A.    The only thing I remember is before I

20   started in Radio Free Asia I'm sure, but I don't

21   recall the year.

22        Q.    All right.  Was it in the 1990s or was it

Page 26

1    after 2000?

2        A.    Maybe in the 2000s.

3        Q.    What job did you apply for there?  Did you

4    actually apply?

5        A.    Yeah, I did.

6        Q.    In writing?

7        A.    Yes.

8        Q.    What job did you apply for?

9        A.    Broadcaster.

10        Q.    What response, if any, did you get from

11    your application?

12        A.    I was given to take the test.

13        Q.    Anything else?

14        A.    I passed it, and because of the budget

15    cuts, they informed me at this moment there will be

16    little hirings.

17        Q.    All right, so just to get it straight, you

18    applied, they scheduled you for a test, and the

19    response you got was budget cuts, they're not going

20    to be hiring.

21            MS. STEWART:  Objection.

22        A.    They don't say --

Kinn Maung Than
Washington, DC

August 23, 2006

Page 27

```
 1      Q.    Little hiring.

 2      A.    Little hirings.

 3      Q.    All right.  Have you heard anything from

 4   them since then?

 5      A.    Yes.

 6      Q.    What?

 7      A.    I was given an interview.

 8      Q.    And?

 9      A.    And I went there, and then I was not

10   chosen for that position.

11      Q.    Did you have any other interviews?

12      A.    With Voice of America?

13      Q.    VOA?

14      A.    No, that's the only interview I had with

15   Voice of America.

16      Q.    All right.  Did you have any other

17   communications with them regarding employment?

18      A.    Yes, because I found out I can retake the

19   test every six months.  I regularly updated my test.

20      Q.    Anything else?

21      A.    From what time?

22      Q.    After you were not chosen for the job that
```

Page 28

1    you interviewed for, you've gone in every six months

2    and retaken the test.  Did you get any responses?

3    Have you had any other interviews, any other

4    letters?

5         A.    Yeah, almost every time we took the test,

6    I got a letter from HR, and the HR at Voice of

7    America, they call it personnel, inform me I passed

8    the test with the score, and then the score will be

9    valid for so and so year, so every year, but I need

10   to inform them that I am still interested.  This

11   kind of letter they send me.

12        Q.    So every year you do inform them that

13   you're still interested?

14        A.    Yes.

15        Q.    When was the last time you informed them

16   that you were still interested?

17        A.    I think 2004, late 2004.

18        Q.    And would it be -- have you heard anything

19   about them back about any job openings or asking you

20   to interview or do you just get -- do you get any

21   other response?

22        A.    From personnel?

Washington, DC

Page 30

1    meantime.

2        Q.    What was the name of the attorney who told

3    you that?

4        A.    They don't -- they don't tell their names.

5    You just go in, walk in.  You don't have to make

6    appointment.  You can -- you see -- you have to talk

7    to anybody who is available on second Saturday of

8    the month.

9        Q.    Did you ask that attorney why he or she

10   gave you that advice?

11       A.    I was told that would not be good for my

12   litigation, my lawsuit.

13       Q.    Did they say why it wasn't good for your

14   lawsuit?

15       A.    I do not remember.

16       Q.    And did you then communicate with VOA, say

17   I'm not interested in this job?

18       A.    Yeah, I told them.

19       Q.    And what did you tell VOA?

20       A.    I told one of the editor in Burmese

21   service in Voice of America I will not be able to

22   take the offer.

1     Q.    Is that all you told that person, that you

2     just wouldn't take the offer, or did you say why?

3     A.    And I mentioned it because of the -- my

4     schedule conflict.

5     Q.    So you didn't tell anybody at Voice of

6     America that you weren't going to take that job

7     because you had a lawsuit pending?

8     A.    I did not tell anybody.

9     Q.    What was the name of that editor that you

10    spoke with?

11    A.    First name Doris, last name Than.

12    Q.    T-H-A-N?

13    A.    Yes.

14    Q.    All right.  Was she the person that you

15    were reporting to at the time?

16    A.    At that time, she was acting service

17    chief.

18    Q.    What was her response when you told her

19    that you had a scheduling conflict?

20    A.    She was very sorry.  She said that she

21    wanted me.

22    Q.    Could you get that job back if you just

Page 32

```
 1    called them up and said --

 2                MS. STEWART:  Objection.

 3                BY MR. ABRAMSON:

 4         Q.     -- I don't have a scheduling conflict?

 5                MS. STEWART:  Objection.

 6                BY MR. ABRAMSON:

 7         Q.     You can answer.

 8         A.     I am told no, I have no idea -- I have no

 9    answer.

10         Q.     Did Doris tell you that if your scheduling

11    conflict got resolved, you could come back?

12         A.     She didn't say.

13         Q.     Did you discuss with anyone else the

14    advice that you got from the legal clinic about not

15    working at VOA?

16         A.     Did I discuss?

17         Q.     Yeah.

18         A.     I remember I discussed with my girlfriend.

19         Q.     What was that discussion?

20         A.     I explained to her what the lawyer told

21    me.

22         Q.     And what did she say?
```

Page 33

1    A.    She said okay, because she doesn't have

2    any legal expertise in this matter.

3    Q.    Did you ask your current lawyers about

4    that advice?

5         MS. STEWART:  Objection.

6    A.    No, I did not at the time.  The offer was

7    already passed when I met this -- my current

8    attorneys.

9    Q.    All right.  So to your knowledge, you

10   couldn't get that job back now.

11   A.    I cannot say yes or no at this moment.

12   Q.    Other than applying to VOA and applying

13   for the job as an interpreter, have you looked for

14   any other work, say, except for RFA, since the year

15   of 2000?  And the pharmacy job.  I'm sorry.

16   A.    I helped many Burmese in the Burmese

17   community as a freelance interpreter.  That's why I

18   do not consider as a job.

19   Q.    Do you get paid for that?

20   A.    Sometime they paid, but I had to use all

21   the money for the transportation, food and -- so

22   it's like charity.  Even though they pay me, I had

Khin Maung Than                                                              August 23, 2006
Washington, DC

                                                                            Page 34

1    to use the money they give me for food and

2    transportation.

3          Q.    All right.  You do that just in the

4    Washington area?

5          A.    Between Washington, New York.

6          Q.    Okay.  How much money were you paid --

7    well, this is 2006, so far this year for doing that

8    freelance interpreting?

9          A.    This year, I already did two.

10         Q.    And how much money did you get?

11         A.    They pay me 300.

12         Q.    Each?

13         A.    Yes.

14         Q.    What about in 2005?

15         A.    I help -- I think -- I'm not sure.  Three

16   or four.  Not more than four.

17         Q.    And would it be the same in 2004, about

18   three or four a year?

19         A.    If I remember correctly, in 2004, I think

20   two or three.

21         Q.    For how many years have you been acting as

22   a freelance interpreter within the Burmese

Khin Maung Than                                                    August 23, 2006
                          Washington, DC

Page 35

1    community?

2        A.    Since 1997.

3        Q.    When you first got here.

4        A.    Yeah.

5        Q.    When you do that, I mean, is it a full

6    day, is it a half a day or --

7        A.    Sometime it took the whole day.  Sometime

8    half day.

9        Q.    Okay.  Any other jobs that you looked for

10   from the year 2000 until the current?

11       A.    Other than these jobs --

12       Q.    Other than what you've already told me.

13       A.    As far as I remember, no.

14       Q.    How about between 1997 and 2000, where did

15   you look for work -- except at RFA, where did you

16   look for work between 1997 and 2000?

17       A.    From 1997 to 1999, I did not look for a

18   job.  In 1999, I work as an assistant in a day care.

19       Q.    What was the name of the day care?

20       A.    Luba's.

21       Q.    What was that?

22       A.    Luba's, L-U-B-A.  Luba's Family Day Care.

Page 36

1       Q.      Okay.  Where was that located?

2       A.      It's in Virginia.

3       Q.      And how long did you work there?

4       A.      Mid-1999 to I think September 2001.

5       Q.      Why did you stop?

6       A.      I went to the Rite Aid at the time, retail

7    store.  I wanted to at that time as a pharmacy tech.

8    At the time, they did not have the pharmacy tech

9    position.  I was told to start as a cashier.

10      Q.      How many hours did you work at Luba's

11   Family Day Care?

12      A.      Three days per week --

13      Q.      What did you get paid?

14      A.      -- if I remember.  What did you say, sir?

15      Q.      How much did you earn?

16      A.      They pay me $5 per hour.

17      Q.      What did you earn at Rite Aid?

18      A.      Eight dollars per hour.

19      Q.      And what did you earn at CVS?

20      A.      Same.

21      Q.      So except for the jobs you've told me

22   about at VOA and as an interpreter and CVS and Rite

Page 50

1    to them?

2        A.    I was in Maryland.

3        Q.    It's a big state.  Where?

4        A.    Okay, in Silver Spring.

5        Q.    Doing what?

6        A.    Attending the religious ceremony.

7        Q.    Okay.  When was that?

8        A.    Summer.  All I can remember is summertime,

9    early summer.  I don't remember the month or date or

10    --

11        Q.    Okay.  2005.

12        A.    Yes.

13        Q.    And again, the training that you had at

14    VOA, the training program that you dropped out of --

15    when was that?

16        A.    Training was not formal.  When I was

17    there, someone from the technical session came to

18    show me how the system works, how to do the

19    recording, so and so.  It's not formal.  It's just

20    -- he just stopped by and showed me.  You don't go

21    into same room with some people for formal training.

22        Q.    Was that in 2005?

Khin Maung Than                                                August 23, 2006
Washington, DC

Page 51

```
 1       A.    Yes.

 2       Q.    And you were paid for that, right?

 3       A.    Yes.

 4       Q.    Were you paid by VOA or were you paid by

 5   BVG?

 6       A.    I don't know.

 7       Q.    Was it about $700?

 8       A.    Yes.

 9       Q.    Do you recall sometime in 2004 or 2005

10   telling U Soe Thinn or Nancy Shwe that you had a job

11   at VOA?

12       A.    Yeah, I remember.

13       Q.    Do you recall what you told them?

14       A.    I tried to remember.  I talked to Soe

15   Thinn, I was offered a position as a part-time

16   broadcaster.  Official title is POV.

17       Q.    And how did he respond, if you can recall?

18       A.    He said okay.

19       Q.    Did you tell him that you would not be

20   working for RFA anymore?

21       A.    At that time I was doing weekly feature.

22   That's why I told him that I was given this
```

Page 52

1    position.  I inform him.

2         Q.    Did you also tell him that you would not

3    be working for RFA anymore?

4         A.    I do not remember.

5         Q.    Did you tell him -- do you remember

6    telling him that you didn't want to write features

7    anymore?

8         A.    I did not tell like that.

9         Q.    Do you remember that U Soe Thinn asked you

10   to confirm that in writing, whatever it was you said

11   to him?

12        A.    Yes, he asked me.

13        Q.    And did you?

14        A.    I do not remember.

15        Q.    Okay.  If you did not, do you know why you

16   did not confirm it in writing?

17        A.    I do not remember whether I wrote or not.

18        Q.    Have you sought at any time to work as a

19   medical doctor in the United States?

20        A.    When I first arrived in 1997, I study -- I

21   did self-study to study medicine, and then I changed

22   my mind.

Khin Maung Than                                              August 23, 2006

Washington, DC

Page 54

```
 1                  (Reconvened at 12:30 p.m.)

 2             BY MR. ABRAMSON:

 3      Q.    When you told them at VOA that you could

 4  no longer work there -- you remember that?

 5      A.    What do you mean?

 6      Q.    Did you quit VOA?

 7             MS. STEWART:  Objection.

 8      A.    I just told Doris I will not be able to

 9  come in.

10      Q.    How long had you worked there 'til that

11  time?

12      A.    I remember, about five days.

13      Q.    In Burma, how long had you been working as

14  a doctor?

15      A.    Since I graduated.

16      Q.    What year?

17      A.    1988.

18      Q.    So you worked there from 1988 to 1997 as a

19  doctor?

20      A.    No.  1998 -- sorry, 1988 to 1994.

21      Q.    Where did you work as a doctor?

22      A.    First I started in the small cities about
```

Page 87

1        Q.      Did you apply for any jobs at Radio Free

2    Asia in the year 2000?

3        A.      Year 2000, I don't remember applying in

4    2000.

5        Q.      By the way, after your interview at VOA,

6    you had an interview at VOA and you didn't get hired

7    there, correct?

8        A.      Yes.

9        Q.      Do you know who got hired instead of you?

10       A.      Yes.

11       Q.      Who?

12       A.      Khin Soe Win.

13       Q.      Okay.  How do you know that?

14       A.      Through the word of mouth.

15       Q.      From whose mouth did you hear it?

16       A.      Not from one particular person.

17       Q.      Well, which persons?

18       A.      I do not remember, because I went to

19   religious festival or function in Maryland.  Among

20   the Burmese, they talk who got the position at Voice

21   of America, so and so.

22       Q.      Did you think you were as qualified as the

Page 88

```
 1    person who got hired?

 2         A.    At the time, I believe at the time, she's

 3    more qualified.

 4         Q.    It was a woman?

 5         A.    Yes.

 6         Q.    On what basis did you believe she was more

 7    qualified?

 8         A.    Before she got the job in Voice of

 9    America, she was a part-time broadcaster in Radio

10    Free Asia.

11         Q.    Any other reason?

12         A.    No.

13         Q.    After you wrote your letter to Dick

14    Richter, then president, did you apply for a job at

15    RFA?

16         A.    Yes.

17         Q.    And did you get interviewed?

18         A.    What year?

19         Q.    You wrote the letter to Dick Richter in

20    when?  Do you remember when you wrote the letter?

21         A.    I think in 2000.

22         Q.    When in 2000?
```

1    e-mail, did you -- did you see a posting for any

2    position in RFA's Burmese service?

3         A.    Any posting where?  Anywhere or --

4         Q.    Anywhere.

5         A.    Yes.

6         Q.    Where did you see it?

7         A.    That was in The Washington Post.

8         Q.    And what did you do when you saw that?

9         A.    I applied.

10        Q.    All right.

11        A.    Took the test.

12        Q.    Okay.  Now, this was the second time you

13   took the test?

14        A.    I'm not sure.  It may be second time.

15        Q.    Because you took it once in 1998.

16        A.    Yeah.

17        Q.    And once here.

18        A.    I don't remember in between these years.

19        Q.    All right.  Did anyone tell you that you

20   had to take that test?

21        A.    Yes.

22        Q.    Who told you that you had to take that

Page 104

```
1        Q.    And to your knowledge, your application

2   was accepted, correct?

3        A.    Yes.

4        Q.    And at that time, you had no reason to

5   believe that your application would not be accepted?

6              MS. STEWART:  Objection.

7        A.    When I receive a letter from Tamara to

8   come in for the test, I believed that my application

9   was accepted.

10       Q.    Okay.  And do you have any factual basis

11  to assert that you were not treated as every other

12  candidate who applied for that position at that

13  time?

14             MS. STEWART:  Objection.

15       A.    For that position?

16       Q.    Yeah.

17       A.    No.

18       Q.    So as far as you know, you were treated

19  the same as everybody else.

20       A.    For that position.

21       Q.    And you came in and you -- let's do this.

22  Ten?
```

Page 105

```
 1                         (Than Exhibit No. 10

 2                          was marked for

 3                          identification.)

 4              BY MR. ABRAMSON:

 5       Q.     Exhibit 10 -- that's the letter that you

 6   got?

 7       A.     Yes.

 8       Q.     And this letter requests that you come to

 9   RFA to take the test?

10       A.     Yes.

11       Q.     And you took the test.

12       A.     Yes, I did.

13       Q.     And then what happened?

14       A.     I took the test.

15       Q.     Do you know how you did?

16       A.     I believe I did well.

17       Q.     Do you know how you did?

18              MS. STEWART:  Objection.

19       A.     Are you saying did I receive some kind of

20   letter or --

21       Q.     Right.

22       A.     From --
```

Page 106

1        Q.    I'm not asking how you believe you did.    I

2    want to know if you absolutely know how you did.

3        A.    At the test?

4        Q.    Uh-huh.

5        A.    I did well.

6        Q.    Did you receive any kind of notification

7    of what your score was?

8        A.    I don't remember.

9        Q.    Were you hired?

10       A.    No.

11       Q.    Do you know who was hired?

12       A.    Yes.

13       Q.    Who?

14       A.    First name Win, W-I-N, middle name

15   N-E-I-N-G, last name double O.

16       Q.    And Mr. Oo -- he was a male?

17       A.    Yes.

18       Q.    Do you know who was interviewed for that

19   job?  That position I mean.

20       A.    Who went for the interview.

21       Q.    Anybody else, if you know?

22       A.    No, I didn't know -- I didn't have any

Page 114

1       A.    I don't remember.

2       Q.    You wrote to her.  What did you write to

3   her for?

4       A.    I wrote to her that I thank you.

5       Q.    For?

6       A.    For the interview.

7       Q.    What interview?

8       A.    For the broadcaster interview with the

9   Burmese service.

10      Q.    Broadcaster or what you call part-time

11  broadcaster?

12      A.    Broadcaster.

13      Q.    Okay.  What specific interview did you

14  have in 2002 for a broadcaster position at Radio

15  Free Asia?

16      A.    I was given an interview in 2002, I think

17  in March or April.  I don't remember exactly.

18      Q.    Okay.  Based on your 2001 application or

19  based on something completely different?

20            MS. STEWART:  Objection.

21      A.    I do not remember.

22      Q.    Did you apply for that particular position

Page 115

1    in early 2002?

2         A.    I do not remember.

3         Q.    With whom did you interview in 2002 for a

4    permanent position?

5         A.    With Dan Southerland, Alex Tseu.  Alex

6    Tseu, T-S-E-U, Tamara Bagley, and at the interview,

7    U Soe Thinn was there too.

8         Q.    So you were called in for that interview?

9         A.    I think so.

10        Q.    All right.  Were you aware that there was

11   a position -- was there a position advertised, to

12   your knowledge, at that time?

13        A.    Not that I know of.

14        Q.    You were called in for an interview

15   though?

16        A.    Yes.

17        Q.    Do you know if anyone else was called in

18   for an interview at the time?

19        A.    On the interview, I did not know.

20        Q.    And Tamara was nice and friendly to you

21   during the interview?

22        A.    Very friendly.  I chatted for some time.

Page 124

1      Q.     You didn't write.

2      A.     I had to translate.  I had to write.

3      Q.     But you did voicing.  That was what you

4  were hired for; is that correct?

5      A.     No, no, no, I was called by Ariah

6  Ferncuise to come in as a part-time broadcaster.

7  Broadcaster mean not only voicing.  You have to

8  translate the news from English to Burmese, so not

9  only voicing.  You have to do two job as a part-time

10  broadcaster, translation and broadcasting.

11      Q.     You didn't write editorials or

12  commentaries or features, correct?

13      A.     At the time, no.

14      Q.     Right.  Once you started to work at Radio

15  Free Asia, you were happy to get this job, correct?

16      A.     Yes.

17      Q.     And you thought that by getting a

18  part-time job, that you would ultimately get a

19  full-time job?  Was that what was in your mind?

20      A.     I believe at the time, starting as a

21  part-time broadcaster, it is more closer to the

22  full-time position.

Washington, DC

Page 125

1        Q.    But no promises were made to you --

2        A.    No.

3        Q.    -- that you would get a full-time

4   position, and nobody even said anything about that.

5        A.    No.

6        Q.    And you never even raised that subject,

7   correct?

8        A.    No, when I joined as a part-time

9   broadcaster, I didn't raise this issue.

10        Q.    So you had no expectations at that time

11   that were verbalized that it would lead to any kind

12   of permanent full-time position, correct?

13        A.    I have my own expectation.  I have my own

14   expectation.

15        Q.    Your own expectations, but you didn't tell

16   anybody at Radio Free Asia, right, at the time you

17   began as what you call a part-time broadcaster?

18        A.    That I didn't tell other people?  No, I

19   did not tell.

20        Q.    And then while you were working as call it

21   a voice contractor, correct?

22        A.    I won't say voice only.  As I said before,

Page 153

1   it as well.

2       A.    Yeah, they assigned it, but there is no

3   particular schedule for who and for which person,

4   for that person, this person.  They don't have a

5   schedule for each person.  First come first served.

6   It's like that.

7       Q.    All right.  So as far as you know, it's

8   first come first service, right?  Do you know the

9   extent to which that arrangement for schedules

10  caused any kind of, you know, broadcasting

11  scheduling problems for the Burmese service?

12          MS. STEWART:  Objection.

13      A.    I do not understand the question.

14      Q.    Do you know whether there were any

15  difficulties, you know, with the Burmese service

16  getting studio times?

17      A.    According my history, yes, I had to wait

18  sometime hours because someone using it, so I had to

19  wait.

20      Q.    And you were paid for that time that you

21  were just waiting?

22      A.    No.

Page 154

1    Q.    You're only paid for the time that you

2    were actually in the studio.

3    A.    No, I was paid per feature.

4    Q.    For the feature.

5    A.    Yeah.  It may take ten hours, 20 hour.  It

6    doesn't matter.

7    Q.    Do you know -- but in September of 2004,

8    instead of coming into the studio to record your

9    features, you did it from home.

10    A.    Not in September.

11    Q.    October?

12    A.    Yes.

13    Q.    Okay, October.  And is that what you

14    referred to when -- is that what you're referring to

15    when you say your hours were cut?

16    A.    No.

17    Q.    What are you referring to that your hours

18    were cut?

19    A.    In September, as a part-time broadcaster,

20    as a consultant, my hours are cut.

21    Q.    You mean you lost your voicing contract.

22    A.    Yeah.

Page 155

1     Q.    Okay.  That's what you mean when you say

2   your hours are cut.

3     A.    Yeah, relating to the voicing and

4   translating.

5     Q.    But then on October 1st and after that,

6   instead of coming into the studio to record, you did

7   it over the phone.

8     A.    I was told -- I received an e-mail from

9   editor.  She said in the e-mail I have to do the

10  recording from home.

11    Q.    And what reason, do you know, caused that

12  call to you that you would henceforth record your

13  features from home and not coming into the studio?

14          MS. STEWART:   Objection.

15    A.    I had no idea.

16    Q.    What reason was told to you?

17    A.    No reason was given.  When I first met U

18  Soe Thinn on October 2nd --

19    Q.    2004?

20    A.    Yes.

21    Q.    Okay.

22    A.    I stopped by to do the recording.  On that

Page 170

1   Nancy Shwe?

2        A.    Yeah, some of them.

3        Q.    What do you remember?

4        A.    In what aspect Burmese service can improve

5   to do.

6        Q.    Improve --

7        A.    And do to improve.

8        Q.    Okay.

9        A.    What kind of ideas I have to improve the

10  service, and that's all I remember.

11       Q.    Do you remember your responses?

12       A.    Some of them.

13       Q.    What do you remember you said during your

14  interview?

15       A.    Regarding to improve the service, I said

16  Burmese service doesn't cover enough social issues

17  in Burma, so we can do -- relate -- do something

18  related to social issues in Burma.  And what we can

19  do more to improve the service and other things,

20  that Radio Free Asia Burmese service doesn't have a

21  program that -- like answer the audience questions,

22  so I suggested to have a program that somewhere in

Page 171

1    the service, answer the audience questions, so I

2    suggested.

3        Q.    Do you remember anything else about your

4    interview in 2003?

5        A.    I don't remember.

6        Q.    You don't remember any other questions

7    that were asked of you?

8        A.    No.

9        Q.    Now, you did not apply -- is it correct to

10   say that you did not apply for any permanent

11   positions at RFA in 2005?

12       A.    No.

13       Q.    It's not correct, or it is correct?

14       A.    I'm sorry.  Can you repeat?

15       Q.    Did you apply for any positions in 2005?

16       A.    No.

17       Q.    Did you see any postings for any positions

18   in 2005?

19       A.    I am not aware.

20       Q.    Did you look?

21       A.    I used to go to RFA web site quite often.

22       Q.    All right.  Used to, meaning when did you

Page 178

1          A.     I think only one time.  This is the only

2     time.

3                 MR. ABRAMSON:  Let's mark this as 23.

4                         (Than Exhibit No. 23

5                          was marked for

6                          identification.)

7                 BY MR. ABRAMSON:

8          Q.     I'm showing you Exhibit 23, which is a

9     letter dated July 17, 2003 --

10         A.     Yes.

11         Q.     -- re application for broadcaster position

12    to Burmese section of RFA.  Is this also an

13    application for the same job?

14         A.     Yes, that's not my application.

15         Q.     Oh, you're right.  It's not your

16    application.  Forget it.  Never mind.  I'll withdraw

17    it.

18         A.     That's the guy from Indiana.

19         Q.     Late for me too.  Okay, so the question is

20    do you know who else applied for that job?  Sorry.

21    So in 2003, Kyi Kyi Than got the offer, right?

22         A.     Yes.

Page 179

1          Q.    And your contention is that she got the

2    offer strictly because she was a woman.

3          A.    Yes.

4          Q.    Or is your contention that you didn't get

5    an offer because you weren't a woman?

6                MS. STEWART:   Objection.

7          A.    What I believe is that she got the offer

8    because she was a woman.

9          Q.    Is your contention also that you didn't

10   get the offer because you were a man?  You

11   appreciate the difference?

12               MS. STEWART:   Objection.

13         A.    I think I'm saying I don't know, but for

14   me, I see the situation the same.

15         Q.    Do you know how many men and how many

16   women were in the Burmese service at that time?

17         A.    Three woman.

18         Q.    How many men?

19         A.    I don't remember.

20         Q.    More than three?

21         A.    Yes.

22         Q.    Do you have knowledge of any facts other

Page 180

```
 1      than the fact that Kyi Kyi Than is a woman

 2      concerning the reason that she was hired?

 3              MS. STEWART:  Objection.

 4      A.      Other than the reason that she was a

 5      woman, I do not have any knowledge.

 6      Q.      Your application for this job was the

 7      first application that you made for a broadcaster

 8      position at RFA since March of 2001; is that

 9      correct?

10      A.      You're referring to the 2003 application?

11      Q.      Yes.

12      A.      I think so.

13      Q.      Was there another position that was filled

14      in the Burmese service, to your knowledge, in 2003?

15      A.      It was intended to fill, but it was not

16      filled.

17      Q.      Okay.  What position is that?

18      A.      Another broadcaster position.

19      Q.      And did someone leave to create an

20      opening, to your knowledge?

21      A.      Yes.

22      Q.      Who left?
```

Khin Maung Than                                                    August 23, 2006
                          Washington, DC

Page 183

1      Q.   Okay, so that's after hiring?

2      A.   No.

3      Q.   She was -- so the special favors refers

4   not to hiring, but refers to what she was paid after

5   she was hired; is that right?  Is that what you're

6   saying?

7      A.   In this case I referred to both hiring and

8   giving her grade 2 position.

9      Q.   Okay, so unlike what you just testified to

10  a couple minutes ago, you do contend that she

11  received special favors, correct?

12          MS. STEWART:  Objection.

13     A.   Yeah, I said.

14     Q.   Okay, and the special favors she -- please

15  identify the special favors you think she received.

16     A.   Grade 2 position -- grade 2 broadcaster

17  position.

18     Q.   Okay, that's her pay, right, after she was

19  hired, correct?

20     A.   When she received the offer, she was given

21  -- promise a grade 2 position, not later.  She

22  started --

1       Q.      Okay, right.  Anything else?

2       A.      No, she got the position, and that she was

3   given a greater position.  That's all.

4       Q.      That's all, okay.  Do you know why she got

5   paid what she got paid?

6               MS. STEWART:  Objection.

7       A.      I do not have any idea why she got grade 2

8   position.

9       Q.      Okay, but your -- your allegations in your

10  complaint concerning Ms. Than is that -- deal with

11  strictly her hiring; not how much she got paid; is

12  that correct?

13      A.      Yes.

14      Q.      How do you know how much she was paid?

15      A.      I stopped by at Ariah Ferncuise's table to

16  leave my time sheet.  That was soon after she

17  started.  She filled the application for the name

18  badge.  She left the application on the table, Ariah

19  Ferncuise's table.  When I dropped my time sheet, I

20  saw -- I glimpsed what she fill out in that name

21  badge application.  She mentioned her grade as grade

22  2 broadcaster.  That's how I found out.

Page 188

1      A.    Yes.

2      Q.    All right.  Other than that, you didn't

3    change a word, right?

4      A.    Yes.

5      Q.    You didn't add anything.

6      A.    No.

7      Q.    You didn't try to enhance your

8    qualifications at all.

9      A.    I don't know -- I mean, I have to check

10   with my resume, my C.V.  I don't know.  I have to

11   compare it.

12     Q.    And that would be the only difference, if

13   you did that?

14     A.    Yeah, on the cover letter, that's the only

15   difference.

16     Q.    And if the resume's the same, it wouldn't

17   change anything?

18     A.    I don't know.  I have to compare it.

19     Q.    Who interviewed for the job in 2004, if

20   you know?

21     A.    Who got interviewed?

22     Q.    Yes.

Page 192

1    say that, but it would still be unfair practice.

2        Q.    Okay, it would be unfair but it wouldn't

3    be because of gender?  Is that your contention?

4        A.    I won't be able to say that it will be

5    based on gender.

6        Q.    Okay, or any other discriminatory reason,

7    correct?

8            MS. STEWART:  Objection, objection.

9        A.    I would say yeah, and unfair hire practice

10   or discrimination.

11       Q.    Unfair?

12       A.    Yeah, or some kind of discrimination.

13       Q.    For example, what kind of discrimination

14   could it be?

15           MS. STEWART:  Objection.

16       A.    If that position went to a man without

17   expertise, without job-related experience and the

18   position went to that position, I would consider

19   that situation as a kind of discrimination.

20       Q.    All right, and if --

21       A.    Because you are not considered for that

22   position even though you're qualified.

Page 193

```
 1        Q.     And if the person who was hired did have

 2   qualifications, then you would not consider it any

 3   kind of discrimination then, correct?

 4               MS. STEWART:  Objection.

 5        A.     If it is a man?

 6        Q.     Uh-huh.

 7        A.     If he is more qualified, I wouldn't say.

 8        Q.     Okay.  And more qualified in the judgment

 9   of RFA or more qualified in your personal judgment?

10               MS. STEWART:  Objection.

11        A.     I would consider both.

12        Q.     Who judges qualifications in hiring?  You

13   or RFA?

14        A.     I do not have any voice in the hiring

15   process.

16        Q.     It's up to RFA, isn't it?

17        A.     Yes.

18        Q.     The test that you took -- this was the

19   preemployment test, Burmese language and journalism?

20   Do you recall the test?

21        A.     When?

22        Q.     When you took the test in 1998, 2001.
```

Khin Maung Than                                                           August 23, 2006
                              Washington, DC

Page 220

10                          _____Maung_____
11                          Signature of the Witness

14          SUBSCRIBED AND SWORN TO before me this
15  26th day of September, 2006.

18                          Jean A. Jantz
19                          NOTARY PUBLIC

22  My Commission Expires _____

                            JEAN A. JANTZ, NOTARY
                            My Commission Expires October 31, 2006

1    UNITED STATES OF AMERICA   )

2                              ss:

3    DISTRICT OF COLUMBIA       )

4            I, KAREN C. YOUNG, a Notary Public within

5    and for the District of Columbia, do hereby certify

6    that the witness whose deposition is hereinbefore set

7    forth was duly sworn and that the within transcript is

8    a true record of the testimony given by such witness.

9            I further certify that I am not related to

10   any of the parties to this action by blood or marriage

11   and that I am in no way interested in the outcome of

12   this matter.

13           IN WITNESS WHEREOF, I have hereunto set my

14   hand this ___7___ day of _SEPTEMBER___ , 200_6_ .

15

16

17                    _Karen C. Young_____

18

19

20

21   My Commission Expires:

22   July 31, 2009

23

24

25