Exhibit 14

8004. Chanute Place, Apt. 1
Falls Church, VA. 22042

Mr. Soe Thinn
Director
Burmese Service, Radio Free Asia
2025. M. Street, NW
Suite 300, Washington D.C, D.C. 20036



Date : 28 October 1998

Dear Sir,

I am interested in the Burmese service of Radio Free Asia. Program. I would like to apply for a position in your service.
My curriculum vitae is also attached for your kind perusal.

Thanking you in anticipation,

Sincerely yours,

Moung.

Maung Maung

RFA-00084