# Exhibit 15

8201 Anderson Dr.
Fairfax, Va.22031

Director
Human Resources
Radio Free Asia
suite 300, 2025.M.Street ,NW ,
Washington D C 20036

3rd choice

#1128

date: 3/9/2001

Reference: Broadcaster position in Burmese Service of Radio Free Asia

Dear Sir,

As I am very interested in the Burmese Service of Radio Free Asia, I would like to apply for the position as a radio broadcaster(Burmese) in Radio Free Asia, which was advertised in the Washington Post newspaper.

My resume is attached to this application for your kind perusal. I would be very grateful if you could kindly process my application.

I had already taken the required test for that position at R.F.A office in Washington DC in December 1998 and I received a letter from the Director of Human Resources in February 1999.(Copy of that letter is attached).As I haven't heard anything from R.F.A's Human Resources since then, I re-submit my application now for that broadcaster position.

If I need to take the required test again, I am willing to do so. I would be very happy to serve Burmese Service of R.F.A as a broadcaster.

Thanking you,

Sincerely,

Maung

Khin Maung Than (Maung Maung)

RFA-00109