# Exhibit 16



# RFA
**RADIO FREE ASIA**

2025 M Street, NW Suite 300
Washington, DC 20036
Phone 202-530-4900
Fax    202-530-7797



Dear Applicant:

Thank you for testing with us.

**PLEASE TAKE NOTE: DO NOT DISCUSS THESE TESTING MATERIALS WITH ANYONE WHO MAY POTENTIALLY TEST WITH RADIO FREE ASIA (RFA). FAILURE TO COMPLY WITH THIS REQUIRMENT WILL RESULT IN IMMEDIATE DISQUALIFICATION.**

**PLEASE DO NOT REMOVE ANY TESTING MATERIALS FROM THE TESTING SITE. UNDER NO CIRCUMSTANCES WILL YOU BE ALLOWED TO RETAKE EXAM UNTIL YOU HAVE WAITED A FULL YEAR.**

**THE RESULTS OF THIS EXAM WILL NOT BE DISCLOSED TO THE APPLICANT.**

I understand and agree to comply with the provisions as stated above. I understand that my examination may be invalidated and I may be barred from future testing if I fail to comply with these provisions, and that information will be part of my official file.

Applicant's Signature  _Maung_                    Date  3/30/2001

Khin Maung Than (Maung Maung)

## TEST ADMINISTRATOR CERTIFICATION

I attest under penalty of perjury, that I have examined a photo identification and that it appears to be genuine and to relate to the individual named.

Signature  _[signature]_                          Date  3/30/01

Thank you again for your interest in RFA.

Sincerely,


Thomas E. Beeson
Director of Human Resources

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part I

Test Number- 1128
Language - BURMESE

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation |  |  |  | 15 |  |
| Delivery |  |  |  |  |  |
| Radio/ Media Style |  |  | - | 15 |  |
| Grammar/ Syntax |  |  | 20 |  |  |
| Vocabulary |  |  |  | 15 |  |
| Total Score |  | ? | 20 | 45 |  |

Evaluator's Comments: The CANDIDATE ~~DID NOT~~ TRANSLATED THE WHOLE TEXT. ~~BUT~~ THE TRANSLATED VERSION EXCEEDS 2 MINUTES IN READING TIME.

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:
- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_Saw_    04.29.01
Evaluator's Signature and Date

SAW TUN
Typed/Printed Name

RFA-00787

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part II

Test Number- 1128
Language - BURMESE

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation |  |  |  | 15 |  |
| Delivery |  |  |  |  |  |
| Radio/ Media Style |  |  | 20 |  |  |
| Grammar/ Syntax |  |  | 20 |  |  |
| Vocabulary |  |  |  | 15 |  |
| Total Score |  | ? | 40 | 30 |  |
|  |  |  |  |  |  |

Evaluator's Comments: _Instead of writing a radio feature, the candidate translates the text provided. Poor usage._

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:
- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_Saw_  04-29-01
Evaluator's Signature and Date

SAW TUN
Typed/Printed Name

RFA-00788

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part III

Test Number- 1128
Language - BURMESE

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Speed & Accuracy |  |  |  | 15 |  |
| Vocabulary |  |  |  | 15 |  |
| Grammar & Syntax |  |  |  | 15 |  |
| Radio Style |  |  | 20 |  |  |
| Adaptation |  |  |  | 15 |  |
| Total Score |  | ? | 20 | 60 |  |
|  |  |  |  |  |  |

Evaluator's Comments: _The statements of some sentences are unclear. Poor choice of words._

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:
- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_Saw Tun    04.29.01_
Evaluator's Signature and Date

SAW TUN
Typed/Printed Name

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Voice Test Part IV

Test Number - 1128
Language - BURMESE

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Diction |  |  |  | 15 |  |
| Delivery |  |  |  | 15 |  |
| Voice Quality |  |  | 20 |  |  |
| Verbal Creativity |  |  |  | 15 |  |
| Additional Dialect(s) |  |  | 20 |  |  |
| Total Score |  | ? | 40 | 45 |  |

Evaluator's Comments: The canaidate mispronounces some words.

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:
- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_Saw_  04-29-01
Evaluator's Signature and Date

SAW TUN
Typed/Printed Name