# Exhibit 17

# RADIO FREE ASIA

2025 M ST., NW Suite #300
Washington, DC 20036
Phone (202) 530-4900
Fax   (202) 530-7797



Dear Applicant:

Thank you for testing with us.



**PLEASE TAKE NOTE! DO NOT DISCUSS THESE TESTING MATERIALS WITH ANYONE WHO MAY POTENTIALLY TEST WITH RADIO FREE ASIA (RFA). FAILURE TO COMPLY WITH THIS REQUIREMENT WILL RESULT IN IMMEDIATE DISQUALIFICATION.**

NOTE: PLEASE DO NOT REMOVE ANY TESTING MATERIALS FROM THE TESTING SITE. IF YOU DO NOT COMPLETE YOUR EXAM, UNDER NO CIRSUMSTANCES WILL YOU BE ALLOWED TO RETAKE EXAM UNTIL YOU HAVE WAITED A FULL YEAR.

I understand and agree to comply with the provisions as stated above. I understand that my examination may be invalidated and I may be barred from future testing if I fail to comply with these provisions, and that information will be part of my official file.

Applicant's Signature _____    Date 12.16.98.

*granted political Asylee in September, 1997.*

*A# 75480701.*

KHIN MAUNG THAN / MAUNG MAUNG.

## TEST ADMINISTRTOR CERTIFICATION

I attest under penalty of perjury, that I have examined a photo identification and that it appears to be genuine and to relate to the individual named.

Signature _____    Date 12/14/98

Thank you again for your interest in RFA.

Sincerely,

Jacqueline Hopkins
Director, Human Resources

RFA-00782

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part I

Test Number- 1124
Language - BURMESE

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation |  |  | ✓ |  |  |
| Delivery |  |  | ✓ |  |  |
| Radio/ Media Style |  |  | ✓ |  |  |
| Grammar/ Syntax |  |  | ✓ |  |  |
| Vocabulary |  |  | ✓ |  |  |
| Total Score |  | ? | 100 |  |  |

Evaluator's Comments: _____Good work._____

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:
- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_____[signature]__ 2/18/99_____
Evaluator's Signature and Date

_____SOE THINN_____
Typed/Printed Name

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part II

Test Number- 1124
Language - BURMESE

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation |  |  |  | ✓ |  |
| Delivery |  |  |  | ✓ |  |
| Radio/ Media Style |  |  | ✓ |  |  |
| Grammar/ Syntax |  |  | ✓ |  |  |
| Vocabulary |  |  | ✓ |  |  |
| Total Score |  | ? | 60 | 30 |  |

Evaluator's Comments: _Needs more training &
practice for improvement_

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:
- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_[signature]_ 2/18/99
Evaluator's Signature and Date

SOE THAN
Typed/Printed Name

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Voice Test Part IV

Test Number- 112 4
Language - BURMESE

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Diction |  |  | ✓ |  |  |
| Delivery |  |  | ✓ |  |  |
| Voice Quality |  | ✓ |  |  |  |
| Verbal Creativity |  |  | ✓ |  |  |
| Additional Dialect(s) |  |  | ✓ |  |  |
| Total Score |  | 25 | 80 |  |  |

Evaluator's Comments: _Good. Should improve with training & practice._

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:
- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months <u>and</u> have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_[signature]_   2/18/99
Evaluator's Signature and Date

SOE THINN
Typed/Printed Name

RFA-00785