# Exhibit 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KHIN MAUNG THAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RADIO FREE ASIA, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>1:05-CV-01042 (RMU) |

## AFFIDAVIT OF DAN SOUTHERLAND

1.  I am over 18 years of age and competent to testify to the matters described herein. The information set forth in this affidavit is based upon personal knowledge.

2.  I have worked at Radio Free Asia ("RFA") since 1996. I am the Vice President of Programming and Executive Editor. Prior to 2003, my responsibilities included interviewing all applicants for full-time broadcaster positions in the Burmese Service, along with Alex Tseu, Deputy Director of Programming. Mr. Tseu and I made the decisions with regard to hiring full-time broadcasters in the Burmese Service. Beginning in 2003, all interviews for full-time broadcasters in the Burmese Service were conducted by Soe Thinn (the Burmese Service Director) and Nyein "Nancy" Shwe (the Burmese Service Deputy Director) and they made the hiring decisions.

3.    In 2002, Mr. Tseu and I interviewed Khin Maung Than for a position as a full-time broadcaster in the Burmese Service. Soe Thinn asked that Mr. Than, whom he apparently knew, be given an opportunity to participate in the interview. Mr. Than's performance was unimpressive during his interview and we did not select him for the position. Soe Thinn sat in on Mr. Than's interview but did not participate in the interview or in the hiring decision.

_____
Dan Southerland


SWORN AND SUBSCRIBED before me this 21st day of December 2006.

_____
Notary Public

My Commission Expires: _____

Masha Udensiva-Brenner
Notary Public, District of Columbia
My Commission Expires 10-14-2010