# Exhibit 19

C14603



2025 M Street, NW - Suite 300 - Washington, D.C. 20036   Phone (202) 530-4900
                                                         Fax   (202) 530-7796

## CONSULTANT AGREEMENT

THIS AGREEMENT, entered into this 15th day of May, 2002, by and between:

RADIO FREE ASIA.
A District of Columbia Non-Profit Corporation

And Consultant

Khin Maung Than
8201 Anderson Drive
Fairfax, VA 22031

WHEREAS, RFA desires to engage the Consultant to render certain professional services in which the consultant purports to have expertise.

NOW THEREFORE, the parties mutually agree as follows:

1. <u>Department and Scope of Services</u> – **Burmese Service #1080**. The Consultant will provide on-call broadcasting services.

2. <u>Time of Performance</u> - The services under this contract shall be undertaken and completed in a manner as to assure their expeditious completion in light of the purpose of this Agreement; and, in any event, all services required hereunder shall begin on May 15, 2002, and be completed on or before September 30, 2002, unless a formal extension in writing is mutually agreed to.

3. <u>Compensation</u> - For the performance of this Agreement, RFA agrees to pay the Consultant $15.00 per hour. Consultant will be on an as needed basis, sometimes referred to as "on call." Your signature to this Agreement will evidence your concurrence with that rate as well as the other terms and conditions of the Agreement.

4. <u>Method of Payment</u> - RFA will compute your payments on an hourly basis and pay you semi-monthly on the 15th and the last day of each month. RFA will pay you upon submission of a timesheet approved by the Director, Burmese Service. Time sheets should be submitted to the Finance department no later than the 17th and the 3rd of each month. Please note that payments for work performed from the 1st to the 15th of the month will be paid out at the end of the month, and work performed between the 16th to the end of the month will be paid on the 15th of the following month. It is understood and agreed that in no event will the total disbursement to be paid hereunder exceed the maximum sum of $2,700.00 for all

Contract Number: 1080U02-02

RFA-00007

services performed.

- 2 -

5. <u>Taxation</u> - RFA will not withhold any taxes on behalf of the Consultant. The Consultant hereby accepts responsibility for payment of any Federal, State and other taxes which may, from time to time, be payable on these earnings as an Independent Contractor.

6. <u>Insurance Coverage</u> - RFA assumes no liability for accident or injury to the Consultant in the performance of this Agreement. As an Independent Contractor it is your obligation to insure yourself for comprehensive general liability, or workers' compensation insurance.

7. <u>Termination</u> - RFA reserves the right to terminate this Agreement at any time, with or without termination pay. Such notice shall be in writing.

8. Radio Free Asia is a private non-profit corporation and not an agency of the US Government. RFA is the recipient of a grant from the US Government to carry out the provisions of Section 309 of Title III of Public Law 103-236.

RADIO FREE ASIA

_____   5/16/02
Vice President of Finance & Administration   Date

_____   5/16/02
Budget Director   Date

ACCEPTED BY:

_____   5/18/02
Consultant   Date

Consultant's Social Security or Employer Number:   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

Contract Number: 1080U02-02

RFA-00008