# Exhibit 20

**Ko Ko Aung**
1539, West 5Th Street, # 2FL
Brooklyn, NY 11204
(718) 232- 3077

| | |
|---|---|
| **EDUCATION** | MBBS, Institute of Medicine (1), Rangoon, Burma, 1980. |
| **JOURNALISTIC EXPERIENCE** | **Editor**<br>Institute of Medicine (1), 50th Anniversary Magazine<br>**Freelance writer and Translator**<br>Thuttapadetha Magazine (1978-1990), Burma<br>**Contributing Writer**<br>Civil Society for Burma Web site (csburma.org)(Present) |
| **TRANSLATION EXPERIENCE** | |
| 6/2000-Present | Translator/Interpreter, International Rescue Committee; New York. |
| 3/1998-Present | Voluntary Interpreter for Civil Society for Burma, New York. (Serve as interpreter for members of Civil society for Burma in INS interviews) |
| 1/2001-Present | Interpreter (on call), Cyracom International |
| **EMPLOYMENT** | |
| 7/2001-Present | Surgical Technician, St James Hospital, Newark. |
| 3/1998-6/2001 | Insurance Medical Examiner, New York. |
| 3/1995-9/1997 | Medical Officer, Malaysia Health Services, Malaysia. |
| 2/1992-2/1995 | Family Physician, Private Practice; Rangoon. |
| 1/1989-1/1992 | Medical Officer, Umtata Gen Hospital; South Africa. |
| 9/1987-1/1989 | Medical Officer, UN Volunteer. Mozambique. |
| 5/1981-7/1987 | Family Physician, Martaban; Burma. |
| **SKILLS** | Computer literate (Windows 95/98, MS Office, Internet) Fluency in English, Burmese. (Native Language) Speak, read Some Portuguese and some Spanish |
| **REFERENCE** | Ms Lang Ngan, Deputy Director, NY Resettlement Office, International Rescue Committee, 122 E 42nd St, |

New York, NY 10168-1289. (212) 551-3104

**Ms Kin San Myint, Director, Refuge Women Council**
(718) 563-1859

RFA-00732