# Exhibit 21

KYI KYI THAN  
13115 Twinbrook Pkwy #204  
Rockville, MD 20851

skyikyi@yahoo.com  
Cell (510) 209 5592

| | |
|---|---|
| Object | An Appropriate Position |
| Education | Bachelor's of Commerce Degree (Accounting, Finance & Management)<br>Institute of Economics, Rangoon, Burma<br>Certified in Bookkeeping (Fayetteville Technical Community College, NC) |

**Work Experience**

| | |
|---|---|
| 04/03- now | Ross Store (Rockville, MD)<br>**Cashier/ Customer Service (Part-time)**<br>Worked on register dealing with cash, checks, credit cards and gift certificates; responsible for customer service as return service, exchange and answering phones. |
| 09/02-02/03 | Norquist Salvage Corporation, Thrift Town Store (Sacramento, CA)<br>**Cashier**<br>Handled the register opening and closing involving cash, checks and credit cards; responsible for answering phones; helping the customers and other floor duties. |
| 04/02-06/02 | Fry's Electronics, Inc. (Fremont, CA)<br>**Customer Service Associate**<br>Worked on the register dealing with cash, checks, credit cards and gift certificates; handled paper work such as warranty, return service, etc.; identified customers' needs and offer product suggestions and helped them with their transactions including opening account and store credit. |
| 12/00-02/02 | Chili-Up Food Store (San Francisco, CA)<br>**Cashier**<br>Handled register opening and closing involving cash and checks; served the customers of their needs. |

**Work Experience in Rangoon, Burma**

| | |
|---|---|
| 04/96-04/00 | Myanmar Agro Industry Co., Ltd.<br>**Executive Secretary**<br>Handled business correspondence; prepared meeting, presentation and corporate meeting minutes; responsible for liaison with business partners and duties required of a secretary. |
| 10/82-01/96 | Technical Services Corporation<br>**Head of Division (Project Planning Dept.)**<br>Responsible for project planning and management; conducted economic and financial evaluation and feasibility studies of projects.<br>**Head of Section (Finance and Budget Dept.)**<br>Responsible for budget preparation and formulation; managed project accounts, accounts receivable and accounts payable; prepared financial reports; handled internal auditing. |
| 12/78-10/82 | Regional College<br>**Instructor (Accounting Technology Dept.)**<br>Taught the subjects such as Basic Accountancy and Business Management. |
| Skills | Windows 98, Microsoft Word, Microsoft Excel, Accpac Computerized Accounting. |