# Exhibit 22

# Curriculum Vitae

## Personal Details:

**Name:**  Tin Aung Cho ( Mr )

**Address:**  5, Mulder Place
BANKS ACT 2906
AUSTRALIA

**Telephone/Fax:**  ( 02 ) 6294 7220
**E-mail:**  choaye@alphalink.com.au
tinaungcho@hotmail.com

**Countries of Work Experience**  Burma ( Native country ) Hong Kong, UK and Australia

**Specialist Fields**  International Relations
International Law ( Law of the Sea, Law of Treaties, Diplomatic Law )
Professional Tennis Coaching
General Office Administration

## Educational History:

**1985**  **Master of Science Degree in Sea-Use, Sea Law and Marine Policy Making**
London School of Economics and Political Science

**1971**  **Bachelor of Arts Degree in History**
Rangoon Arts and Science University

## Others:

**1998 - current**  **Certificate in Information Technology.**
CIT, Flexible Learning Centre, Tuggeranong,

**1996**  **Certificate of Proficiency**
**Level 2 Professional Tennis Coach**

**1996**  **Certificate in Small Business Management**
Business Skill Centre, ACT

| | |
|---|---|
| **1995** | **Word Processing for Windows** CIT Solutions, ACT |
| **1992** | **Certificate in Report Writing**<br>**Certificate in Creative Writing**<br>ACT Institute of Technical and Further Education |
| **1991** | **Introduction to Personal Computing**<br>Metropolitan Business College, ACT |
| **1987** | **Certificate in Ocean Boundary Making**<br>Southeast Asian Program in Ocean Law, Policy and Management and the International Centre for Ocean Development Singapore, 1987 |

## Employment and Experience:

**2000 August –Feb 2001**  **Administrative Officer/Assistant Licensing Officer**

Business / Licensing Section, Operations Branch, Australian Fisheries Management Authority, Canberra.
**Responsibilities**
- Assist implementation on agreed fisheries management plans.
- Ensure fishing registers of entitlements and interest are up to date and accurate.
- Receive & record incoming applications for fishing concessions; record the dispatch of outgoing concessions;
- First point of phone contact phone and in-person inquiries from clients
- Maintain systematic Section's filing system using TRIM and Client Module system.
- Maintain electronic records of incoming and outgoing correspondence. (Excel, Data Base)
- Grant Fish Receiver Permits. Assist with the processing of other grants/transactions under direction.
- Assist with the maintenance of fishery Registers and data bases Maintain the Section's equipment, consumables, etc.
- Provide a prompt, helpful and professional service to internal and external clients;
- Work flexibly and harmoniously in a busy team and provide support and encouragement achievement of team commitments.

| | |
|---|---|
| **1995- 1997** | **Tennis Coach and Co-ordinator**<br>**Tennis ACT, National Tennis Centre.**<br>Development and promotion of tennis for Primary Schools in ACT. |
| **1995 – 1998 ( Full-Time )**<br>**1999- ( Part-Time )** | **Resident Professional Tennis Coach**<br><br>Southlands Tennis Club<br>Mawson ACT, 2607<br><br>• Tennis coaching for groups and individuals.<br>• Organising tournaments, holiday tennis classes, equipment repairs services.<br>• As Committee Member of the Southlands Tennis Club, contribute administrative and technical support relating to the activities of the club. |
| **1972-1994** | **Foreign Service Officer, Ministry of Foreign Affairs, Rangoon.**<br>**Joined the Foreign Ministry as Third Secretary and rose to the rank of Acting Director, International Law and Treaties Division of the Ministry.**<br>Overseas postings includes:<br><br>• Hong Kong<br>• United Kingdom ( further studies )<br>• Australia. |
| **1993-1994** | **Acting Director**<br>International Law and Treaties Division<br>Ministry of Foreign Affairs, Rangoon.<br>*Responsibilities -*<br>Law of the Sea<br><br>• to initiate all necessary measures towards shaping Burma's policies and position on various Law of the Sea issues.<br>• To recommend appropriate legislation to protect Burma's rights under the Law of the Sea Convention. |

---
Tin Aung Cho                                                                                             Page 3

<u>Maritime Boundary Delimitation</u>
- to conduct a comprehensive and in-depth study of the nature of the legal and technical aspects of maritime boundary delimitation issues.
- To conduct technical or expert level maritime delimitations negotiations with India, Thailand and Bangladesh.

<u>Legal Affairs and Treaty Management</u>
- to prepare, or supervise and direct the preparation of background, position, assessment, research and working papers for submission to high authorities with a view to obtaining high policy decisions.
- Processing of treaties from initial stage to ratification or accession and systematic registration of treaties with the UN Secretariat.

| | |
|---|---|
| 1988 - 1993 | **Deputy Chief of Mission / Counsellor** |

Burmese Embassy, Canberra

*Responsibilities -*

<u>Those normally performed by the Deputy Chief of Mission.</u>

- preparation of Embassy's periodic and special reports on the political, social, economic and cultural conditions prevailing in Australia and its external relations. Performing all functions of representation. General supervision of the Embassy's administration, accounts and consular matters.

| | |
|---|---|
| 1985 - 1988 | **Deputy Director** |

International Law and Treaties Division Ministry of Foreign Affairs, Rangoon.
*Responsibilities -*

- My duties and responsibilities as Deputy Director is similar to that of an Acting Director

| | |
|---|---|
| 1984-1985 | **Full Time Student** at London School of Economics for Masters Degree. |
| 1982 - 1984 | **Assistant Director** |

Political Department

Ministry of Foreign Affairs, Rangoon.

*Responsibilities -*

- International Relations, Assessment of Political Issues and Preparation of Political Background Papers.

| | |
|---|---|
| **1972 - 1978** | **Third Secretary** |
| | Political Department |
| | Ministry of Foreign Affairs, |
| | Rangoon. |

*Responsibilities* -

- Collect, collate, and compile news and information on international issues and draft briefs, reports, background and position papers as instructed.

| | |
|---|---|
| **1967 - 1976** | **Member of Burma's National Tennis Team** |
| | Participated in many international events both in Burma and overseas. |

## Conferences and Seminars:

| | |
|---|---|
| 1985 | - Law of the Sea Conference, Cardiff, Wales |
| 1986 | - Member of Burma Sea Boundary Team to Bangladesh |
| 1986 | - Member of Burma Sea Boundary team to New Delhi, India |
| 1987 | - Member of Burma Sea Boundary Team to New Delhi, India. |
| 1988 | - Member of Burmese Team to Jammu/Kashmir to study water sharing between India and Pakistan on International Rivers. |
| 1989-1993 | - Participated in all Chemical Weapons Convention (CWC) Regional Initiative Seminars conducted by the Australian Government as participant from Myanmar. (Four seminars and one workshop.) |
| 1990 | - Participated in General Assembly of the International Union for the Conservation of Nature, (IUCN) Perth, WA. |
| 1993 | - Participated actively in Seventh Asia-Pacific Roundtable on Confidence Building and Conflict Reduction in the Pacific, Asean-Isis, Malaysia.<br>- Appointed Chairman of Workshop on The Security of Sealanes of Communications in the Asian -Pacific. |
| 1993 | - Deputy Leader of Myanmar Sea Boundary Technical Team to initial Tri-junction Sea Boundary between Burma, Thailand and India at New Delhi. |