# Exhibit 23

*Resume*

**Maung Maung Nyo**
*c/o Oo Oo Khin*
*1303 Abbott Road*
*Rockville, M.D. 20851*
*Tel. 301 838 9792(home)*
*Tel. 202 639 0636 (Oo Oo Khin's Office)*
e-mail: maungts@hotmail.com

## Careers to date

### Broadcasting

**Outside Contributer**                                From January, 2001 to Present.
Democratic Voice of Burma, Oslo, Norway.

Contributes **2 programs** on a regular basis. One is titled "Our Future", which is a discussion between two people on current political situations. The other is about situations and problems in the education, social and health sectors caused by political changes and uncertainties, while struggling for democracy and human rights.

**Freelance Writer**                                   Feb 1985- Present

**Editor, Thint Bawa Magazine**, Yangon                Jan 1994- Nov 2000

Responsibilities included editing, writing editorials and cover/feature stories, interviewing, and policy keeping and dealing with the censor's office.

Thint Bawa ("Your Life"), founded in 1952, is one of few longest surviving private owned magazine in Burma. I joined Thint Bawa when it was taken over by a literary friend of mine to make it a journal of social criticism. Together, we determined that Thint Bawa would be devoted to promoting knowledge, courage, human values and democracy. For us, Thint Bawa is more than a job or career; it has been a mission. Intellectuals, students and social activists became our readers. Our cover stories dealt with education, AIDS, individualism and democratic concepts. With steady success, the magazine went from near-bankruptcy to a circulation of 6,200 copies, a medium circulation in Burma.

At the same time, the magazine was closely watched by the PSB and became the most censored publication in Burma In March 1996; the magazine was stopped for six months

**Editor, Shwe Daung Taung,**
Local newspaper, Monywa, Burma                                  Aug 16,1988-Sep 18, 1988

Published in my town, as a way of promoting democracy and preventing violence, during a landslide uprisings of people of every kind against the socialist military government. It lasted only a short time, however, until a brutal military coup took place on 18 September 1988 and a different military regime took control. The paper had been forced to stop by the military.

## EDUCATION AND TRAINING

**DePauw University**, Indiana, USA
Auditing student                                                Aug, 2000- May 2001

**Thompson Foundation, Cardiff University**
UK
Diploma in Journalism                                           Jun 23, 1999- Sep 9, 1999

**School of Journalism, UC Berkeley**
USA
Visiting Scholar - Journalism                                   Jan 14, 1999- May 17, 1999

**Traditional Medical Science**
Mandalay, Burma
Diploma in Traditional Medicine                                 Jun 1982-Dec 1985

**Arts and Science University**
Mandalay, Burma
B.Sc. (Chemistry)                                               Jun 1976- Dec 1979


## LITERARY AWARDS

'Fear', one of my cover stories, won the
'Best Article Of The Year' award given by
Mate-Swe- Myar (Friends) Book Club                              Dec 1995

'Fear', my first book of selected cover
stories, won the 'Best Book Of The Year'
award given by Maw-Khun-Thit (New
Archive) Book Club                                              Dec 1999

## LITERARY TALKS

Literary talks in:
Pyi and Wethtikan, Burma            Dec 1997
Myan Aung and Kanaung, Burma        Nov 1998
Taung Ngu, Burma                    Dec 1999
Windwin, Burma                      Jan 2000
New York, U.S.A.                    Nov. 2002

## BOOKS

Fear                        Nov 1998
T for Teacher               Jul  2000
Children of Tomorrow        Aug 2000
Short Stories               Sep  2000

## PERSONAL

Social Security No.     :   613 - 11 - 1177
Date of Birth           :   ▓▓▓▓▓▓▓
Status                  :   ▓▓▓▓▓▓▓
Date of Asylee granted  :   ▓▓▓▓▓▓▓

*********