# Exhibit 24

8239.Anderson Dr.
Fairfax, VA.22031



Hand delivered

Chairman

Broadcasting Board of Governors

330.Independence Avenue, SW

Washington D C 20237

date: 02/23/2004

Dear Sir,

I have been working with Radio Free Asia's Burmese service for almost 2 years. I have noticed and suffered abuses, gross mismanagement and unfair hiring practices in the service. I have already tried to seek truth and justice internally without success. The situation has become worse and Burmese service director has been running it like his own family business unchecked.

To name a few are hiring unqualified persons, retaliating against those who speak out and trying to hire a foreigner without job related expertise in the Burmese service while qualified people are in the United States. In spite of these, he has got away with impunity.

The following pages are the details of his abuses, gross mismanagement and cronyism and supporting documents.

I can be reached at 703-560-7272 and 571-331-7271. My e-mail address is maungatus@yahoo.com.

Thank you very much for your kind perusal.

Sincerely,

*[signature]*

( Mr. ) Khin Maung Than ( Maung Maung )