# Exhibit 25

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2
       - - - - - - - - - - - - - - x
 3     KHIN MAUNG THAN,              :
                                     :
 4          Plaintiff,               :
                                     :
 5               v.                  :  Case No. 1:05-CV-01042
                                     :  (RMU)
 6     RADIO FREE ASIA,              :
                                     :
 7          Defendant.               :
       - - - - - - - - - - - - - - x
 8
 9                        Washington, D.C.
10                        Thursday, October 26, 2006
11
12            Deposition of YAMIN NYEIN, called for
13     examination by counsel for Defendant, pursuant to
14     notice, at the Law Offices of Hogan & Hartson, 555
15     13th Street, N.W., 9 West, Washington, D.C.,
16     commensing at 10:35 a.m., before Barbara A. Huber,
17     Notary Public in and for the District of Columbia,
18     when were present on behalf of the respective
19     parties:
20                                        RECEIVED
21                                        NOV 13 2006
22
                                       CERTIFIED COPY
```

Yamin Nyein                                                    October 26, 2006
                            Washington, DC

                                                              Page 28

1          A    We just having a good time.

2          Q    All right.  How long have you lived

3    together with Maung Maung?

4          A    Since 1999.

5          Q    '99?

6          A    Uh-huh.

7          Q    Okay.  So in '99 he moved into your

8    apartment?

9          A    Yes.

10         Q    And now he's moved into your house?

11         A    Uh-huh.  Yes.

12         Q    Is the mortgage on your house in your

13   name, or is it also in Maung Maung's name?

14         A    Our both name.

15         Q    But only you pay?

16              MR. KOUBA:  Objection.

17   BY MR. ABRAMSON:

18         Q    You can answer.

19         A    He pays some bills.  I pay mortgage.

20         Q    All right.  So you've been together with

21   Maung Maung since 1999?

22         A    Uh-huh.

Yamin Nyein                                                          October 26, 2006
Washington, DC

Page 31

```
1          Q    Is he home every night?

2          A    No.  Sometimes he travel.

3          Q    And the reason for his travel would

4     be --

5          A    Business travel.

6          Q    -- business travel to be an interpreter?

7          A    Uh-huh.

8          Q    You have to --

9          A    Yes.

10         Q    All right.  So how often has that been

11    in 2006?

12         A    I don't remember.

13         Q    More than ten times?

14         A    I don't recall.

15         Q    You have no idea?

16              You can't even estimate?

17         A    No.

18         Q    Last week was he home every night?

19         A    No.

20         Q    How many nights was he not home?

21         A    Maybe one or two.

22         Q    And do you know where he was?
```

Page 32

```
 1              MR. KOUBA:   Objection.

 2     BY MR. ABRAMSON:

 3         Q     You can answer.

 4         A     Yeah.   When he's not home, I know where

 5     he is.

 6         Q     All right.   So where was he last week?

 7         A     New York.

 8         Q     Doing interpreting work?

 9         A     Yes.

10         Q     Do you know how much he gets paid for

11     that?

12         A     No.   I didn't ask.

13         Q     Have you ever asked Maung Maung how much

14     he's gotten paid for anything that he's done?

15         A     No.

16         Q     How about since the beginning of this

17     month?   I mean, has he been home -- aside from

18     last week, has he been home every night?

19         A     I don't remember.   He's -- sometimes his

20     job travels, sometimes he works in a local.

21         Q     He works where?   I didn't hear.

22         A     I don't remember.
```

Yamin Nyein

October 26, 2006

Washington, DC

Page 38

```
 1        A     Yes.

 2        Q     And 2001 a little bit less?

 3        A     Uh-huh.

 4        Q     2002 a little bit less?

 5        A     Getting older.

 6        Q     2003 a little bit less?

 7        A     Yes.

 8        Q     All right.  And then a less in 2004 --

 9        A     Of course.

10        Q     -- '5, and '6?

11              So in 1999 what did you fight about?

12        A     We fight about the things we cook, that

13    he likes and what I don't like, something like

14    that.

15        Q     All right.  I mean, just -- what else

16    have you fought about -- I'm talking since 1999 --

17    topically?

18              So one is food.  What --

19        A     He wants to be a journalist too much.

20    He loves it.  I hated it.

21        Q     All right.  So you need to explain that

22    to me.
```

Yamin Nyein                                                    October 26, 2006

Washington, DC

Page 39

1              Do you fight about it?

2        A    Well, yeah.  He wants to be journalist.

3    He loves it.  In his blood.

4        Q    And so please explain to me how it is

5    that you argue about it or fight about it.

6        A    I want him to be a doctor here.

7        Q    So you have urged him to go to medical

8    school?

9        A    Yes.

10       Q    What has he said about that?

11       A    He loves -- he said that he loves

12   journalism.  He found it -- this is his new love.

13   I mean, he likes to be a journalist, broadcaster.

14       Q    Okay.  What other topics have you fought

15   about?

16       A    Most of the time that's it.

17       Q    All right.  Was that like regular, since

18   1999 --

19       A    No --

20       Q    -- through --

21       A    -- more regular.

22       Q    Okay.  Not regular?

Page 42

1      Q    When did you stop?

2      A    I don't even remember.

3      Q    Okay.  I mean, this year?  Last year?

4      A    When he started to sue, he was so

5  stressed out, so I just don't do it anymore.

6      Q    Okay.  And when you say when he started

7  to sue, would that be when he sued in court, or

8  when he filed a charge with the EEOC?

9      A    Filed a charge.

10     Q    Okay.  Do you argue about anything else

11  other than him wanting to be a journalist?

12          MR. KOUBA:  Objection.

13  BY MR. ABRAMSON:

14     Q    Or food?

15     A    Not really.

16     Q    Do you ever argue about finances?

17          MR. KOUBA:  Objection.

18          THE WITNESS:  I make good -- I'm okay.

19  I don't need to give him a hard time.

20  BY MR. ABRAMSON:

21     Q    Would it be fair to say that you are the

22  primary breadwinner in your household?

Page 43

1       A     Yes.

2       Q     You don't mind that at all?

3       A     Burmese are less materialistic than

4  Americans.

5       Q     Well, that may be.  But the question is

6  do you --

7       A     No.

8       Q     -- mind that?

9       A     I don't mind.

10      Q     He can stay as long as he wants?

11      A     That's it.

12      Q     Have you ever discussed splitting up?

13      A     No.

14      Q     Do you share the same bedroom?

15      A     No.

16      Q     Have you ever shared the same bedroom?

17      A     Yes.

18      Q     Starting when?

19      A     Lately he's having a sleeping problem.

20      Q     Starting when?

21      A     Around about he's filed the EEO or

22  before -- maybe before that.

Page 46

1        Q        Basically, you don't know what he does

2    all day, right?

3        A        You're right.

4        Q        Has his problems sleeping changed at all

5    say in the last three years?

6        A        He still have the problems.

7        Q        The same kind of problems, the same

8    amount of times, the same --

9        A        I didn't ask him.

10        Q        You don't know?

11        A        No.

12        Q        Has his behavior changed at all say in

13    the last three years, that you've been able to

14    notice?

15        A        He's stressed out, so --

16        Q        What do you mean stress out?

17        A        Sleeping is very important.  If you

18    cannot sleep, you will look just different.

19        Q        All right.  Well, how does he manifest

20    it?

21        A        More tired, or not as -- not functioning

22    as much as he could, I think.

Yamin Nyein                                                    October 26, 2006
Washington, DC

Page 59

```
 1        Q     So would you say that he contributes

 2     about $1,000 a month to --

 3        A     Uh-huh.

 4        Q     -- your mutual expenses?

 5        A     Yes.

 6        Q     Do you know where he gets that money?

 7        A     No.

 8        Q     Did you ever ask him?

 9        A     No.

10        Q     All right.  Do you have joint bank

11     accounts?

12        A     Uh-huh.  Yes.

13        Q     How many joint bank accounts?

14        A     One.

15        Q     Savings, or checking?

16        A     Checking.

17        Q     Does Maung Maung write checks on that

18     account?

19        A     No.  I don't remember, actually.  I have

20     a check with both name on it.

21        Q     Is he authorized to sign?

22        A     Yes.
```

Page 60

```
1        Q    When was the last time he wrote a check
2   on that account?
3        A    He, or me?
4        Q    He.
5        A    Maybe a hundred, like a hundred in water
6   bill or something.
7        Q    Okay.  So to best of your recollection,
8   what other than the water bill did he write a
9   check for from that account?
10       A    I don't remember, actually.
11       Q    So would it be fair to say that most
12   often -- the checks he writes most often from that
13   account are for the water bill?
14       A    No.  Car, you know.  He puts some money
15   in the joint account and he wrote a check, also.
16   So I don't remember.
17       Q    All right.  Other than the car and
18   the --
19       A    And the -- all utility bills, not
20   electric bill only.
21       Q    Telephone, also?
22       A    Yes.
```

Washington, DC

Page 61

```
 1        Q     He pays the telephone bill?

 2        A     Yeah.

 3        Q     How many phones do you have?

 4        A     Cell phone, house -- I mean land phone,

 5   and Internet access, I mean.

 6        Q     He pays for that?

 7        A     Yeah.  Everything, yeah.

 8        Q     Do you have a cell phone, as well?

 9        A     Yes.

10        Q     So you have two cell phones?

11        A     Oh, one cell phone.

12        Q     One cell phone?

13        A     Uh-huh.

14        Q     Who uses that cell phone on a day-to-day

15   basis?

16        A     He did.

17        Q     So when you go to work, you don't take a

18   cell phone?

19        A     No.  I have a -- no.  I don't need it,

20   actually.

21        Q     So on a day-to-day basis he has the cell

22   phone with him all the time?
```

Page 62

```
 1        A     Uh-huh.  Uh-huh.

 2        Q     And you don't --

 3        A     Yes.  Yes.

 4        Q     You don't know where he is all day,

 5   right?

 6              MR. KOUBA:  Objection.

 7              THE WITNESS:  Not all the time.  Because

 8   I'm very busy at my job, so I don't call that

 9   often.

10   BY MR. ABRAMSON:

11        Q     When you need to reach him during the

12   day --

13        A     Uh-huh.

14        Q     -- what number do you call?

15        A     Cell phone number.

16        Q     Okay.  Does he answer right away?

17        A     Sometimes no.

18        Q     What do you do when he doesn't answer?

19        A     I left a message.

20        Q     How long does it take him to call you

21   back?

22        A     Pretty good, unless he is on an
```

Page 63

```
 1    airplane.

 2        Q    And the only reason he would be on an

 3    airplane is because he's flying to do --

 4        A    Yes.

 5        Q    -- interpreting?

 6             When he earns money from interpreting,

 7    do you know whether he gets paid by check or cash?

 8        A    I don't know.  He just deposit in my --

 9    in our account.

10        Q    Would it be fair to say that every time

11    he gets paid for interrupting he deposits it in

12    your checking --

13        A    Oh, no, no, no.

14        Q    -- account?

15        A    No.

16        Q    Sometimes?

17        A    Yeah.

18        Q    Well, at least a thousand dollars a

19    month, though?

20        A    Uh-huh.  Yes.

21        Q    Do you file joint income tax returns?

22        A    No.
```

Page 99

1    with about his claims or complaints about RFA?

2         A    I think his lawyers.

3         Q    Just his lawyers?

4         A    Uh-huh.

5         Q    Hasn't really talked to any other

6    friends or anything?

7         A    Not that I'm aware of.  If he doesn't

8    talk to me, why should he talk to others about the

9    case.

10        Q    Have you noticed any changes in Maung

11   Maung's weight since you met him in 1998?

12        A    Lately, he lost some weight.

13        Q    Had he gained?

14        A    Yeah, he gained.

15        Q    So he gained weight and then he lost

16   weight?

17        A    It's been about a year that he lost

18   weight, uh-huh.

19        Q    Okay.  Is he about the same weight now

20   that he was when you first met him?

21        A    No.  It was bigger.  He was bigger.

22        Q    Bigger?  How much bigger?

Yamin Nyein                                                                October 26, 2006
Washington, DC

Page 100

```
 1        A     Maybe 20 pounds, 20 pounds.

 2        Q     Does he eat the food you prepare?

 3        A     Yes.

 4        Q     Does he eat the food he prepares?

 5        A     Not that good.

 6        Q     Okay.  I had to ask.

 7              Do you know if he's gone on any diets --

 8        A     No.

 9        Q     -- to lose weight or gain weight?

10        A     No.

11        Q     Have you?

12        A     Me?  Not really.

13        Q     All right.  But he still eats pretty

14   well?

15        A     Oh, yeah.

16        Q     You know whether Maung Maung has applied

17   for any jobs, other than at RFA, say in the last

18   three years?

19        A     He -- I don't know.  We -- he did apply

20   at VOA, but I don't know when.

21        Q     Do you know if he's applied for any jobs

22   at hospitals?
```

Page 107

```
 1        Q     What bank did you have your checking

 2   account with?

 3        A     Bank of America.

 4        Q     Is that still your bank today?

 5        A     Yes.

 6        Q     Did you have a separate checking account

 7   for Lubaus daycare?

 8        A     No.  It's kind of small.

 9        Q     So it was your own --

10        A     Yeah.

11        Q     -- Bank of America?

12        A     Yeah, yeah, yeah.

13        Q     Same account as you have today?

14        A     Yeah.

15        Q     All right.

16        A     Usually I think I pay him cash.

17        Q     Usually --

18        A     Uh-huh.

19        Q     -- it was cash?

20        A     Uh-huh.

21        Q     And it was for 40 hours a week

22   full-time?
```

Page 108

1    A    No, never been -- like 30, 35,

2    something.  I don't know.  Sometimes 40.

3    Q    Minimum wage?

4    A    Yeah.  Yes.

5    Q    I mean, what was that around, five, six

6    dollars?

7    A    Five dollars.

8    Q    Did Maung Maung ever talk to you about

9    him quitting RFA or not working at RFA?

10    A    No.  He loves it.

11    Q    Do you know whether he ever went to a

12    place called Bread for the City?

13    A    Did I go?

14    Q    No.  Do you know that he ever went to a

15    place with that name?

16    A    No.  He went to lawyers, but I don't

17    know where did he go.

18    Q    All right.  Did you ever go with him to

19    any lawyers?

20    A    No.

21    Q    When he went to the lawyers, did he tell

22    you what the lawyers told him?

Page 119

1    with Soe Thinn prior to when she got hired at RFA?

2         A    Not that I'm -- I don't know, actually.

3         Q    Has Maung Maung ever told you that he

4    felt depressed?

5         A    Yes.

6         Q    When he has told you that he has felt

7    depressed?

8              What has he said to you?

9         A    He said, you know, he really wanted to

10   be a -- you know, he will enjoy -- he enjoyed and

11   wanted to be a journalist.  But, you know, it's

12   not fair.  I mean, life is not fair.  So he is

13   frustrated and depressed.

14        Q    That's what he said?

15        A    That's what I understand, yes.

16        Q    Did he say anything else about it?

17        A    No.

18        Q    Where has he looked for a job as a

19   journalist, to your knowledge, since 1999?

20        A    RFA and VOA.

21        Q    Any place else?

22        A    No.

1            CERTIFICATE OF NOTARY PUBLIC

2            I, BARBARA A. HUBER, CSR, the officer

3  before whom the foregoing deposition was taken, do

4  hereby certify that the witness whose testimony

5  appears in the foregoing deposition was duly sworn

6  by me; that the testimony of said witness was

7  taken by me in stenotypy and thereafter reduced to

8  print under my direction; that said deposition is

9  a true record of the testimony given by said

10  witness; that I am neither counsel for, related

11  to, nor employed by any of the parties to the

12  action in which this deposition was taken; and,

13  furthermore, that I am not a relative or employee

14  of any attorney or counsel employed by the parties

15  hereto, nor financially or otherwise interested in

16  the outcome of this action.

17

18

19  BARBARA A. HUBER, CSR
     Notary Public, in and for the

20  District of Columbia

21  My Commission Expires:
     March 16, 2007

22