# Exhibit 26

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KHIN MAUNG THAN,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>RADIO FREE ASIA,  )<br>  )<br>    Defendant.  )<br>_____) | Civil Action No.<br>1:05-CV-01042 (RMU) |

## AFFIDAVIT OF ARIAH FRANCOIS

1.  I am over 18 years of age and competent to testify to the matters described herein. The information set forth in this affidavit is based upon personal knowledge.

2.  I have worked at Radio Free Asia ("RFA") since 2000. I was the administrative assistant in RFA's Burmese Service in 2003 and 2004. As an administrative assistant, my responsibilities included contacting voice contractors to schedule studio time for them to record broadcasts.

3.  In 2003 and part of 2004, the Burmese Service had three voice contractors: Khin Maung Than, Tin Maung Than, and Khin Myo Thet. I used a random system to schedule the number of hours the voice contractors received each month. To schedule when the voice contractors would come to the studio to record broadcasts, I would call each voice consultant to determine his or her availability. If a particular voice contractor was unavailable, I would schedule another voice

contractor to take the person's place. I did not receive instructions from the Burmese Service regarding the number of hours each voice contractor should receive, except that Soe Thinn (the Burmese Service Director) informed me that each voice contractor should get a good chance to voice the broadcasts so that the hours should be distributed fairly among the voice contractors.

4. Unlike the other voice contractors, Mr. Khin Maung Than was difficult to get a hold of when I called him and I usually had to leave a message for him on his telephone. When he called back, I would try to match his schedule with the available slots. If I was able to contact the other voice contractors more quickly than Mr. Khin Maung Than, he may not have received as many hours as the other voice contractors in a given month. The same would be true for other voice contractors as well.

_____
Ariah François

SWORN AND SUBSCRIBED before me this 21st day of December 2006.

_____
Notary Public

My Commission Expires:_____

Masha Udensiva-Brenner
Notary Public, District of Columbia
My Commission Expires 10-14-2010

\\\BA - 065890/000016 - 218575 v1                    2