# Exhibit 27

# RADIO FREE ASIA
## CONSULTANT FEE STATEMENT

Name: KHIN - MYO THET          Date: DEC. 31st | 2003

Address: 1018 CRAWFORD DR.     SSN: 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

ROCKVILLE | MD | 20851          Department: BURMESE
City / State / Zip

Month: DEC 31st | 2003

| Date | Hours | Date | Hours |
|------|-------|------|-------|
| 01 |   | 16 | 4 |
| 02 |   | 17 | 4 |
| 03 |   | 18 |   |
| 04 |   | 19 |   |
| 05 |   | 20 | 4 |
| 06 |   | 21 |   |
| 07 |   | (scribbled) | (scribbled) |
| 08 |   | 23 | 4 |
| 09 |   | 24 | 4 |
| 10 |   | 25 |   |
| 11 |   | 26 | 4 |
| 12 |   | 27 | 4 |
| 13 |   | 28 | 4 |
| 14 |   | 29 |   |
| 15 |   | 30 | 4 |
|    |    | 31 |   |

Total Hours Worked: 36 hrs

**For Accounting Use Only**
Daily/Hourly Rate: $ 15.00
Amount: $ 540.00
O.C

```
0 • *
15 • x
36 • =
540 • *
```

Supervisor's Approval          Consultant Signature

RFA-01026

# RADIO FREE ASIA
## CONSULTANT FEE STATEMENT

Name: KHIN - MYO THET  
Address: 1018 CRAWFORD DR.  
ROCKVILLE | MD | 20851  
City | State | Zip

Date: DEC. 15 | 2003  
SSN: 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  
Department: BURMESE

Month: DEC. 15th | 2003

| Date | Hours | Date | Hours |
|------|-------|------|-------|
| 01 |   | 16 |   |
| (02) | 4 | 17 |   |
| (03) | 4 | 18 |   |
| 04 |   | 19 |   |
| 05 |   | 20 |   |
| (06) | 4 | 21 |   |
| 07 |   | 22 |   |
| 08 |   | 23 |   |
| (09) | 4 | 24 |   |
| (10) | 4 | 25 |   |
| 11 |   | 26 |   |
| 12 |   | 27 |   |
| (13) | 4 | 28 |   |
| 14 |   | 29 |   |
| 15 |   | 30 |   |
|    |   | 31 |   |

Total Hours Worked: 24 hrs.

**For Accounting Use Only**

Daily/Hourly Rate: $ 15.00  
Amount: $ 360.00  
J.C.

Supervisor's Approval

Consultant Signature

RFA-01027

# RADIO FREE ASIA
## CONSULTANT FEE STATEMENT

Name: KHIN - MYO THET

Address: 1018 CRAWFORD DR.

ROCKVILLE | MD | 20851
City | State | Zip

Date: SEP. 30th | 2004

SSN: 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

Department: BURMESE

Month: SEP. 30th | 2004

| Date | Hours | Date | Hours |
|---|---|---|---|
| 01 | | 16 | |
| 02 | | 17 | |
| 03 | | (18) | 4 |
| 04 | | (19) | 4 |
| 05 | | (20) | 4 |
| 06 | | 21 | |
| 07 | | 22 | |
| 08 | | 23 | |
| 09 | | 24 | |
| 10 | | 25 | |
| 11 | | 26 | |
| 12 | | 27 | |
| 13 | | 28 | |
| 14 | | 29 | |
| 15 | | 30 | |
| | | 31 | |

Total Hours Worked: 12 ✓

For Accounting Use Only

Daily/Hourly Rate: $ 15.00

Amount: $ 180.00

J.L.

15 · x
12 · =
180 · 00

Supervisor's Approval

Consultant Signature

RFA-01009

# RADIO FREE ASIA
## CONSULTANT FEE STATEMENT

Name: KHIN - MYO THET  
Address: 1018 CRAWFORD DR.  
ROCKVILLE | MD | 20851  
City | State | Zip

Date: Sep. 15th, 2004  
SSN: 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  
Department: BURMESE

Month: SEPTEMBER 15, 2004

| Date | Hours | Date | Hours |
|------|-------|------|-------|
| 01 |  | 16 |  |
| 02 |  | 17 |  |
| 03 |  | 18 |  |
| 04 | 4 | 19 |  |
| 05 | 4 | 20 |  |
| 06 |  | 21 |  |
| 07 |  | 22 |  |
| 08 |  | 23 |  |
| 09 |  | 24 |  |
| 10 |  | 25 |  |
| 11 | 4 | 26 |  |
| 12 | 4 | 27 |  |
| 13 |  | 28 |  |
| 14 |  | 29 |  |
| 15 | 4 | 30 |  |
|    |   | 31 |  |

Total Hours Worked: 20 hrs.

For Accounting Use Only  
Daily/Hourly Rate: $ 15.00  
Amount: $ 300.00

15 · x  
20 · =  
300 · 00 *

Supervisor's Approval

Consultant Signature

RFA-01010

# RADIO FREE ASIA
## CONSULTANT FEE STATEMENT

Name: TIN MAUNG THAN

Address: 5516 DOWGATE COURT #210

ROCKVILLE | MD | 20851
City | State | Zip

Date: 8/29/03 | 2003

SSN:

Department: RFA (BURMESE SERV)

Month: AUG. | 2003

| Date | Hours | Date | Hours |
|------|-------|------|-------|
| 01 |  | 16 | 4 |
| 02 |  | 17 |  |
| 03 |  | 18 | 4 |
| 04 |  | 19 |  |
| 05 |  | 20 | 4 |
| 06 |  | 21 |  |
| 07 |  | 22 | 4 |
| 08 |  | 23 |  |
| 09 |  | 24 |  |
| 10 |  | 25 |  |
| 11 |  | 26 | 4 |
| 12 |  | 27 |  |
| 13 |  | 28 |  |
| 14 |  | 29 | 4 |
| 15 |  | 30 |  |
|  |  | 31 |  |

Total Hours Worked: 24 ✓

For Accounting Use Only

Daily/Hourly Rate: $ 15.00

Amount: $ 360.00

Supervisor's Approval

Consultant Signature

RFA-01007

# RADIO FREE ASIA
## CONSULTANT FEE STATEMENT

Name: TIN MAUNG THAN            Date: 8/20 / 2003

Address: 5516 DOWGATE COURT #210    SSN: 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

ROCKVILLE    MD    20851    Department: Burmese
City         State  Zip

Month: August / 2003

| Date | Hours | Date | Hours |
|------|-------|------|-------|
| 01   |       | 16   |       |
| 02   |       | 17   |       |
| 03   |       | 18   |       |
| 04   |       | 19   |       |
| 05   |       | 20   |       |
| 06   |       | 21   |       |
| 07   | 4     | 22   |       |
| 08   |       | 23   |       |
| 09   | 4     | 24   |       |
| 10   | 4     | 25   |       |
| 11   |       | 26   |       |
| 12   | 4     | 27   |       |
| 13   |       | 28   |       |
| 14   | 4     | 29   |       |
| 15   | 4     | 30   |       |
|      |       | 31   |       |

Total Hours Worked: 24 ✓

**For Accounting Use Only**

Daily/Hourly Rate: $15.00

Amount: $360.00

Supervisor's Approval            Consultant Signature

RFA-01008

# RADIO FREE ASIA
## CONSULTANT FEE STATEMENT

Name: TIN MAUNG THAN  
Address: 5516 DOWGATE COURT # 210  
ROCKVILLE | MD | 20851  
City | State | Zip  

Date: 10 – 15 | 2003  
SSN: 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  
Department: BURMESE SERVICES  

Month: OCTOBER | 2003

| Date | Hours | Date | Hours |
|------|-------|------|-------|
| 01 |   | 16 |   |
| 02 |   | 17 |   |
| 03 |   | 18 |   |
| 04 |   | 19 |   |
| 05 |   | 20 |   |
| 06 |   | 21 |   |
| 07 | 4 | 22 |   |
| 08 | 4 | 23 |   |
| 09 |   | 24 |   |
| 10 |   | 25 |   |
| 11 |   | 26 |   |
| 12 |   | 27 |   |
| 13 | 4 | 28 |   |
| 14 | 4 | 29 |   |
| 15 |   | 30 |   |
|    |   | 31 |   |

Total Hours Worked: 16 ✓

For Accounting Use Only  
Daily/Hourly Rate: $ 15.00  
Amount: $ 240.00  

Supervisor's Approval     Consultant Signature

RFA-01004

# RADIO FREE ASIA
## CONSULTANT FEE STATEMENT

Name: KHIN MAUNG THAN (MAUNG MAUNG)    Date: 10/02/2004

Address: 8239 ANDERSON DRIVE    SSN:

FAIRFAX, VA, 22031    Department: Burmese

Month: SEPTEMBER 2004

| Date | Hours | Date | Hours |
|---|---|---|---|
| 01 |  | 16 |  |
| 02 |  | 17 |  |
| 03 |  | 18 | 4 |
| 04 |  | 19 |  |
| 05 |  | 20 |  |
| 06 |  | 21 |  |
| 07 |  | 22 |  |
| 08 |  | 23 |  |
| 09 |  | 24 |  |
| 10 |  | 25 | 4 |
| 11 |  | 26 |  |
| 12 |  | 27 |  |
| 13 |  | 28 |  |
| 14 |  | 29 |  |
| 15 |  | 30 |  |
|  |  | 31 |  |

Total Hours Worked: 8 ✓

**For Accounting Use Only**

Daily/Hourly Rate: $ 15.00

Amount: $ 120.00
J.K.

15 · x
8 · =
120·00

0 · =

Supervisor's Approval

Consultant Signature

RFA-00934

# RADIO FREE ASIA
## CONSULTANT FEE STATEMENT

Name: KHIN MAUNG THAN (MAUNG-MAUNG)  Date: 9/18/2004

Address: 8239 ANDERSON DRIVE   SSN:

FAIRFAX, VA 22031   Department: BURMESE

Month: SEPTEMBER 2004

| Date | Hours | Date | Hours |
|------|-------|------|-------|
| 01 | 4 | 16 | |
| 02 |   | 17 | |
| 03 |   | 18 | |
| 04 |   | 19 | |
| 05 |   | 20 | |
| 06 |   | 21 | |
| 07 | 4 | 22 | |
| 08 |   | 23 | |
| 09 |   | 24 | |
| 10 |   | 25 | |
| 11 |   | 26 | |
| 12 |   | 27 | |
| 13 |   | 28 | |
| 14 |   | 29 | |
| 15 |   | 30 | |
|    |   | 31 | |

Total Hours Worked: 8

**For Accounting Use Only**

Daily/Hourly Rate: $15.00

Amount: $120.00

O.C.

15 × 8 = 120

Supervisor's Approval

Consultant Signature

RFA-00935

# RADIO FREE ASIA
## CONSULTANT FEE STATEMENT

Name: KHIN MAUNG THAN (MAUNG MAUNG)  
Address: 8239 Anderson Dr.  
Fairfax | VA. | 22031  
   City                 State       Zip

Date: 12/31/2003  
SSN: 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  
Department: Burmese

Month: Dec | 2003

| Date | Hours | Date | Hours |
|------|-------|------|-------|
| 01 |   | 16 |   |
| 02 |   | 17 |   |
| 03 |   | 18 |   |
| 04 |   | 19 | 4 |
| 05 |   | 20 |   |
| 06 |   | 21 | 4 |
| 07 |   | 22 | 4 |
| 08 |   | 23 |   |
| 09 |   | 24 |   |
| 10 |   | 25 |   |
| 11 |   | 26 | 4 |
| 12 |   | 27 |   |
| 13 |   | 28 |   |
| 14 |   | 29 | 4 |
| 15 |   | 30 |   |
|    |   | 31 | 4 |

Total Hours Worked: 24 ✓

**For Accounting Use Only**  
Daily/Hourly Rate: $ 15.00  
Amount: $ 360.00  
O.C.

0 . *  
15 . x  
24 . =  
360 . *

Supervisor's Approval  
Consultant Signature: maung

RFA-00952

# RADIO FREE ASIA
## CONSULTANT FEE STATEMENT

Name: Khin Maung Than (Maung Maung)    Date: 12/19/2003

Address: 8239. ANDERSON DRIVE          SSN: 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

FAIRFAX / VA. /                         Department: BURMESE
City / State / Zip

Month: DECEMBER / 2003

| Date | Hours | Date | Hours |
|---|---|---|---|
| 01 | 4 | 16 | |
| 02 |   | 17 | |
| 03 |   | 18 | |
| 04 |   | 19 | |
| 05 | 4 | 20 | |
| 06 |   | 21 | |
| 07 | 4 | 22 | |
| 08 | 4 | 23 | |
| 09 |   | 24 | |
| 10 | 4 | 25 | |
| 11 |   | 26 | |
| 12 | 4 | 27 | |
| 13 |   | 28 | |
| 14 | 4 | 29 | |
| 15 | 4 | 30 | |
|    |   | 31 | |

Total Hours Worked: 32 ✓

**For Accounting Use Only**

Daily/Hourly Rate: $ 15.00

Amount: $ 480.00
         Ø.C.

_____         _____
Supervisor's Approval              Consultant Signature

RFA-00953

# RADIO FREE ASIA
## CONSULTANT FEE STATEMENT

Name: Khin Maung Than (MAUNG MAUNG)　　　　　Date: 12/01 / 2003

Address: 8239 Anderson Dr.　　　　　　　　　　SSN: 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

FAIRFAX | VA | 22031　　　　　　　　　　　　Department: Burmese
City　　　State　　Zip

Month: NOVEMBER | 2003

| Date | Hours | Date | Hours |
|------|-------|------|-------|
| 01 |  | 16 | 4 |
| 02 |  | 17 |  |
| 03 |  | 18 |  |
| 04 |  | 19 | 4 |
| 05 |  | 20 |  |
| 06 |  | 21 |  |
| 07 |  | 22 |  |
| 08 |  | 23 | 4 |
| 09 |  | 24 | 4 |
| 10 |  | 25 |  |
| 11 |  | 26 |  |
| 12 |  | 27 |  |
| 13 |  | 28 |  |
| 14 |  | 29 |  |
| 15 |  | 30 | 4 |
|    |  | 31 |  |

Total Hours Worked: 20 ✓

**For Accounting Use Only**

Daily/Hourly Rate: $ 15.00

Amount: $ 300.00

_____　　　　　　　_____
Supervisor's Approval　　　　　　　　　Consultant Signature

RFA-00954