# Exhibit 28

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2002** Form 1099-MISC | **Miscellaneous Income** |
|---|---|---|---|
| RADIO FREE ASIA<br>2025 M STREET N.W., SUITE #300<br>WASHINGTON, D.C. 20036<br>202-530-4944 | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy C<br>For Payer |
| PAYER'S Federal identification number: 52-1968145 | RECIPIENT'S identification number: 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 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code<br><br>THAN, KHIN MAUNG<br><br>8201 ANDERSON DRIVE<br><br>FAIRFAX    VA 22031 | 7 Nonemployee compensation<br>$ 675.00 | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the **2002 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| Account number (optional) | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15 | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC**                          Department of the Treasury - Internal Revenue Service

---

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2002** Form 1099-MISC | **Miscellaneous Income** |
|---|---|---|---|
| RADIO FREE ASIA<br>2025 M STREET N.W., SUITE #300<br>WASHINGTON, D.C. 20036<br>202-530-4944 | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy C<br>For Payer |
| PAYER'S Federal identification number: 52-1968145 | RECIPIENT'S identification number: 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 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code<br><br>THAN, KHIN MAUNG<br><br>8201 ANDERSON DR<br><br>FAIRFAX,    VA 22031- | 7 Nonemployee compensation<br>$ 4020.00 | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the **2002 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| Account number (optional) | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15 | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC**                          Department of the Treasury - Internal Revenue Service

Than5

**c Employer's name, address, and ZIP code** 55-0125213
CVS OF VIRGINIA, INC
1 CVS DRIVE
WOONSOCKET RI 02895

| Box | Amount |
|---|---|
| 3 Social security wages | 444.80 |
| 4 Social security tax withheld | 27.58 |
| 5 Medicare wages and tips | 444.80 |
| 6 Medicare tax withheld | 6.45 |

**e Employee's first name and initial   Last name**
1058650 01 AT 0.292 **AUTO   T5 0 0601 22031-482601
KHIN THAN
8201 ANDERSON DRIVE
FAIRFAX VA 22031-4826

Copy 2 for State, City or Local Tax Departments

**d Employee's social security number** 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

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| VA | 0010683300 | 444.80 | 11.67 |

Form W-2 Wage and Tax Statement 2002   Department of the Treasury—Internal Revenue Service   OMB # 1545-0008   Copy 2 To Be Filed With Employee's STATE, CITY or LOCAL Tax Departments

---

**Form W-2 Wage and Tax Statement 2002** (Rev. February 2003)

**c Employer's name, address, and ZIP code**
RITE AID OF VIRGINIA INC
PO BOX 3165
HARRISBURG PA
17105

**e Employee's name, address, and ZIP code**
KHIN M THAN
8201 ANDERSON DR
FAIRFAX VA
22031-4826

**b Employer identification number** 23-1940653
**d Employee's social security number** 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

| Box | Amount |
|---|---|
| 1 Wages, tips, other compensation | 4491.20 |
| 2 Federal income tax withheld | 394.43 |
| 3 Social security wages | 4491.20 |
| 4 Social security tax withheld | 278.45 |
| 5 Medicare wages and tips | 4491.20 |
| 6 Medicare tax withheld | 65.12 |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| VA | 001044658-9 | 4491.20 | 119.77 |

Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)   OMB No. 1545-0008   Dept. of the Treasury - IRS   Visit the IRS Web Site at www.irs.gov

Than6

# Form 1040 — U.S. Individual Income Tax Return 2003

Department of the Treasury - Internal Revenue Service
For the year Jan. 1- Dec. 31, 2003, or other tax year beginning _____, 2003, ending _____, 20 ___   (99)   IRS Use Only - Do not write or staple in this space.
OMB No. 1545-0074

**Label** (See instructions on page 19.) Use the IRS label. Otherwise, please print or type.

KHIN M THAN
8239 ANDERSON DR
FAIRFAX, VA 22031

Your social security number: 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
Spouse's social security number:

**Important!** You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?
You: [ ] Yes [X] No    Spouse: [ ] Yes [ ] No

## Filing Status (Check only one box.)

1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name below. ▶
4. [ ] Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child. (See page 20.)

## Exemptions

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
b [ ] Spouse
c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If more than five dependents, see page 21.

No. of boxes checked on 6a and 6b: **1**
No. of children on 6c who:
• lived with you ___
• did not live with you due to divorce or separation (see page 21) ___
Dependents on 6c not entered above ___

d Total number of exemptions claimed. Add numbers on lines above ▶ **1**

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 120. |
| 8a | Taxable interest. Attach Schedule B if required | |
| b | Tax-exempt interest. Do not include on line 8a   8b ___ | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| b | Qualified dividends (see page 23)   9b ___ | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 6,648. |
| 13a | Capital gain/ (loss). Attach Sch D. If not required check here ▶ [ ] | |
| b | If box on 13a is checked, enter post- May 5 capital gain distributions  13b ___ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions  15a ___   b Taxable amt   15b | |
| 16a | Pensions and annuities  16a ___   b Taxable amt   16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits  20a ___   b Taxable amt   20b | |
| 21 | Other income. List type and amount (see page 27) _____ | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 6,768. |

## Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | |
| 24 | IRA deduction (see page 29) | 24 | |
| 25 | Student loan interest deduction (see page 31) | 25 | |
| 26 | Tuition and fees deduction (see page 32) | 26 | |
| 27 | Moving expenses. Attach Form 3903 | 27 | |
| 28 | One-half of self-employment tax. Attach Schedule SE | 28 | 470. |
| 29 | Self-employed health insurance deduction (see page 33) | 29 | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 30 | |
| 31 | Penalty on early withdrawal of savings | 31 | |
| 32a | Alimony paid  b Recipient's SSN ▶ _____ | 32a | |
| 33 | Add lines 23 through 32a | 33 | 470. |
| 34 | Subtract line 33 from line 22. This is your adjusted gross income ▶ | 34 | 6,298. |

KBA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 77.
1040 (2003)
Form Software Copyright 1996 - 2004 H&R Block Tax Services, Inc.
FD1040-1V 1.25
Form 1040 (2003)

Than7

Form 1040 (2003) KHIN M THAN    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    Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 35 | Amount from line 34 (adjusted gross income) | 35 | 6,298. |
| | 36a | Check if: ☐ You were born before January 2, 1939, ☐ Blind. ☐ Spouse was born before January 2, 1939, ☐ Blind. Total boxes checked ▶ 36a | | |
| **Standard Deduction for -** | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 34 and check here ▶ 36b ☐ | | |
| • People who checked any box on line 36a or 36b or who can be claimed as a dependent, see page 34. | 37 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 37 | 4,750. |
| | 38 | Subtract line 37 from line 35 | 38 | 1,548. |
| | 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet on page 35 | 39 | 3,050. |
| | 40 | Taxable income. Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | 40 | 0. |
| • All others: | 41 | Tax. Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 41 | 0. |
| Single or Married filing separately, $4,750 | 42 | Alternative minimum tax. Attach Form 6251 | 42 | |
| | 43 | Add lines 41 and 42 ▶ | 43 | 0. |
| Married filing jointly or Qualifying widow(er), $9,500 | 44 | Foreign tax credit. Attach Form 1116 if required | 44 | |
| | 45 | Credit for child and dependent care expenses. Attach Form 2441 | 45 | |
| | 46 | Credit for the elderly or the disabled. Attach Schedule R | 46 | |
| Head of household, $7,000 | 47 | Education credits. Attach Form 8863 | 47 | |
| | 48 | Retirement savings contributions credit. Attach Form 8880 | 48 | |
| | 49 | Child tax credit (see page 40) | 49 | |
| | 50 | Adoption credit. Attach Form 8839 | 50 | |
| | 51 | Credits from: a ☐ Form 8396  b ☐ Form 8859 | 51 | |
| | 52 | Other credits. Check applicable box(es): a ☐ Form 3800  b ☐ Form 8801  c ☐ Specify | 52 | |
| | 53 | Add lines 44 through 52. These are your total credits | 53 | |
| | 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ | 54 | 0. |
| **Other Taxes** | 55 | Self-employment tax. Attach Schedule SE | 55 | 939. |
| | 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 56 | |
| | 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts | 57 | |
| | 58 | Advance earned income credit payments from Form(s) W-2 | 58 | |
| | 59 | Household employment taxes. Attach Schedule H | 59 | |
| | 60 | Add lines 54 through 59. This is your total tax ▶ | 60 | 939. |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | |
| | 62 | 2003 estimated tax payments & amount applied from 2002 return | 62 | |
| If you have a qualifying child, attach Schedule EIC. | 63 | Earned income credit (EIC) | 63 | 379. |
| | 64 | Excess social security and tier 1 RRTA tax withheld (see page 56) | 64 | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | Amount paid with request for extension to file (see page 56) | 66 | |
| | 67 | Other payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 67 | |
| | 68 | Add lines 61 through 67. These are your total payments ▶ | 68 | 379. |
| **Refund** | 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you overpaid | 69 | |
| Direct deposit? See page 56 and fill in 70b, 70c, and 70d. | 70a | Amount of line 69 you want refunded to you ▶ | 70a | |
| | ▶ b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number | | |
| | 71 | Amount of line 69 you want applied to 2004 estimated tax ▶ 71 | | |
| **Amount You Owe** | 72 | Amount you owe. Subtract line 68 from line 60. For details on how to pay, see page 57 ▶ | 72 | 560. |
| | 73 | Estimated tax penalty (see page 58) 73 | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 58)? ☒ Yes. Complete the following. ☐ No |
|---|---|
| | Designee's name ▶ PREPARER    Phone no.    Personal ID number (PIN) ▶ |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
|---|---|---|---|---|
| Joint return? See page 20. Keep a copy for your records. | Your signature ▶ For Info Only-Do not file | Date | Your occupation RADIO | Daytime phone number |
| | Spouse's signature. If a joint return, both must sign. ▶ For Info Only-Do not file | Date | Spouse's occupation | |

| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date 2/18/2004 | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ H R BLOCK  FAIRFAX, VA 22033-3313 | | EIN 43-1632899  Phone no. (703) 383-1833 | |

1040 (2003)    FD1040-2V 1.25    Than8    Form 1040 (2003)

| | | |
|---|---|---|
| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B. ▶ Attach to Form 1040 or 1041.  ▶ See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074 **2003** Attachment Sequence No. 09 |
| Department of the Treasury Internal Revenue Service (99) | | |

| Name of proprietor | Social security number (SSN) |
|---|---|
| KHIN M THAN | 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 |

| A | Principal business or profession, including product or service (see page C-2 of the instructions) BRODCASTING : RADIO | B | Enter code from pages C-7, 8, & 9 ▶ 515000 |
|---|---|---|---|
| C | Business name. If no separate business name, leave blank. RADIO FREE ASIA | D | Employer ID number (EIN), if any |
| E | Business address (including suite or room no.) ▶ 2025 M ST NW City, town or post office, state, and ZIP code  WASHINGTON, DC 20036 | | |
| F | Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶ | | |
| G | Did you "materially participate" in the operation of this business during 2003? If "No," see page C-3 for limit on losses | [X] Yes | [ ] No |
| H | If you started or acquired this business during 2003, check here | | ▶ [ ] |

### Part I  Income

| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ [ ] | 1 | 12,385. |
|---|---|---|---|
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 12,385. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 12,385. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 12,385. |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see page C-3) | 9 | | 20 | Rent or lease (see page C-5): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see page C-4) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | 1,710. | 22 | Supplies (not included in Part III) | 22 | 300. |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | 425. |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Meals and entertainment | | |
| 15 | Insurance (other than health) | 15 | | c | Enter nondeductible amount included on line 24b (see page C-5) | | |
| 16 | Interest: | | | | | | |
| a | Mortgage (paid to banks, etc.) | 16a | | | | | |
| b | Other | 16b | | d | Subtract line 24c from line 24b | 24d | |
| 17 | Legal and professional services | 17 | | 25 | Utilities | 25 | |
| | | | | 26 | Wages (less employment credits) | 26 | |
| 18 | Office expense | 18 | | 27 | Other expenses (from line 48 on page 2) | 27 | 1,625. |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | | 28 | 4,060. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | | 29 | 8,325. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | | | | | 30 | 1,677. |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12**, and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. • If a loss, you **must** go to line 32. | | | | | 31 | 6,648. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). • If you checked 32a, enter the loss on **Form 1040, line 12**, and **also on Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. • If you checked 32b, you **must** attach **Form 6198**. | | | | | 32a [ ] All investment is at risk. 32b [ ] Some investment is not at risk. | |

KBA  For Paperwork Reduction Act Notice, see Form 1040 Instructions.  Schedule C (Form 1040) 2003

1040-Sch C (2003)   FDC-1V 1.9
Form Software Copyright 1996 - 2004 H&R Block Tax Services, Inc.

Than9

## Form 1099-MISC (2003) — Copy B For Recipient

☐ CORRECTED (if checked)

| PAYER'S name, address, phone | Box | Field | Amount |
|---|---|---|---|
| RADIO FREE ASIA<br>2025 M ST NW STE 300<br>WASHINGTON, DC 20036<br>202-530-4944 | 1 | Rents | $ |
| | 2 | Royalties | $ |
| | 3 | Other income | $ |
| | 4 | Federal income tax withheld | $ |

OMB No. 1545-0115 — Miscellaneous Income

PAYER'S Federal identification number: 52-1968145
RECIPIENT'S identification number: 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

| Box | Field | Amount |
|---|---|---|
| 5 | Fishing boat proceeds | $ |
| 6 | Medical and health care payments | $ |
| 7 | Nonemployee compensation | $ 7140.00 |
| 8 | Substitute payments in lieu of dividends or interest | $ |
| 9 | Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale | ☐ |
| 10 | Crop insurance proceeds | $ |
| 13 | Excess golden parachute payments | $ |
| 14 | Gross proceeds paid to an attorney | $ |
| 16 | State tax withheld | $ |
| 17 | State/Payer's state no. | |
| 18 | State income | $ |

RECIPIENT'S name and address:
THAN, KHIN MAUNG
8239 ANDERSON DR
FAIRFAX, VA 22031-

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

(Keep for your records.)   Department of the Treasury - Internal Revenue Service

---

## Form 1099-MISC (2003) — Copy B For Recipient

☐ CORRECTED (if checked)

PAYER: RADIO FREE ASIA, 2025 M ST NW STE 300, WASHINGTON, DC 20036, 202-530-4944

PAYER'S Federal identification number: 52-1968145
RECIPIENT'S identification number: 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

RECIPIENT:
THAN, KHIN MAUNG
8239 ANDERSON DRIVE
FAIRFAX, VA 22031

| Box | Field | Amount |
|---|---|---|
| 1 | Rents | $ |
| 2 | Royalties | $ |
| 3 | Other income | $ |
| 4 | Federal income tax withheld | $ |
| 5 | Fishing boat proceeds | $ |
| 6 | Medical and health care payments | $ |
| 7 | Nonemployee compensation | $ 3975.00 |
| 8 | Substitute payments in lieu of dividends or interest | $ |
| 9 | Payer made direct sales of $5,000 or more... | ☐ |
| 10 | Crop insurance proceeds | $ |
| 13 | Excess golden parachute payments | $ |
| 14 | Gross proceeds paid to an attorney | $ |
| 16 | State tax withheld | $ |
| 17 | State/Payer's state no. | |
| 18 | State income | $ |

Than10

(Keep for your records.)   Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 2003 Form 1099-MISC | Miscellaneous Income |
|---|---|---|---|
| Bowne Global Solutions II Inc. 132 West 31st Street, 12th Floor New York, NY 10001 (917) 339-4700 | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy B For Recipient |

| PAYER'S Federal identification number 22-3696931 | RECIPIENT'S identification number 612989732 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
|---|---|---|---|---|
| RECIPIENT'S name Khin Maung Than | | 7 Nonemployee compensation 1270.00 $ | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) 8239 Anderson Dr | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| City, state, and ZIP code FAIRFAX, VA 22031 | | 11 | 12 | |
| Account number (optional) C268453093 | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15 | | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form **1099-MISC**    (keep for your records)    Department of the Treasury - Internal Revenue Service

---

## 2003 W-2 and EARNINGS SUMMARY

| 1 Wages, tips, other comp. 120.00 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 120.00 | 4 Social security tax withheld 7.44 |
| 5 Medicare wages and tips 120.00 | 6 Medicare tax withheld 1.74 |
| a Control Number 000088 05/8JH | Dept. 000100 | Corp. | Employer use only A  EIC  30 |

c Employer's name, address, and ZIP code
DB CONSULTING GROUP
1100 WAYNE AVE #801
SILVER SPRING MD 20901

Batch #01029

| b Employer's FED ID number 52-2274227 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
KHIN THAN
8239 ANDERSON DRIVE
FAIRFAX, VA 22031

| 15 State VA | Employer's state ID no. 0019717305 | 16 State wages, tips, etc. 120.00 |
|---|---|---|
| 17 State income tax .17 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

Safe, accurate, FAST! Use e-file    Visit the IRS Web Site at www.irs.gov

**W-2** Wage and Tax    Employee Reference Copy    **2003**

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2003 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 120.00 | Social Security Tax Withheld Box 4 of W-2 | 7.44 | VA. State Income Tax Box 17 of W-2 | .17 |
| Fed. Income Tax Withheld Box 2 of W-2 | | Medicare Tax Withheld Box 6 of W-2 | 1.74 | SUI/SDI Box 14 of W-2 | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | VA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 120.00 | 120.00 | 120.00 | 120.00 |
| Reported W-2 Wages | 120.00 | 120.00 | 120.00 | 120.00 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

KHIN THAN
8239 ANDERSON DRIVE
FAIRFAX, VA 22031

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 1
STATE: 1

Than11

# Form 1040 — U.S. Individual Income Tax Return 2004

Department of the Treasury - Internal Revenue Service
(99)   IRS Use Only - Do not write or staple in this space.
OMB No. 1545-0074

For the year Jan. 1- Dec. 31, 2004, or other tax year beginning _____, 2004, ending _____, 20 ___

**Label**

KHIN M THAN
8239 ANDERSON DRIVE
FAIRFAX, VA 22031

Your social security number: 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
Spouse's social security number: _____

▲ **Important!** ▲
You must enter your SSN(s) above.

**Presidential Election Campaign**
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶
You: ☐ Yes ☒ No    Spouse: ☐ Yes ☐ No

**Filing Status** — Check only one box.
1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name below. ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☐ Spouse

Boxes checked on 6a and 6b: **1**

c. Dependents:
| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

- No. of children on 6c who:
  - lived with you
  - did not live with you due to divorce or separation
- Dependents on 6c not entered above
- Add numbers on lines above ▶ **1**

If more than four dependents, see page 18.

d. Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see page 20) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 6,406. |
| 13 | Capital gain/(loss). Attach Sch D. If not required check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions    15a ____   b Taxable amt | |
| 16a | Pensions and annuities  16a ____  b Taxable amt | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits  20a ____  b Taxable amt | |
| 21 | Other income. List type and amount (see page 24) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 6,406. |

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 26) | |
| 24 | Certain business expenses for reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | IRA deduction (see page 26) | |
| 26 | Student loan interest deduction (see page 28) | |
| 27 | Tuition and fees deduction (see page 29) | |
| 28 | Health savings account deduction. Attach Form 8889 | |
| 29 | Moving expenses. Attach Form 3903 | |
| 30 | One-half of self-employment tax. Attach Schedule SE | 453. |
| 31 | Self-employed health insurance deduction (see page 30) | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | |
| 33 | Penalty on early withdrawal of savings | |
| 34a | Alimony paid   b Recipient's SSN ▶ | |
| 35 | Add lines 23 through 34a | 453. |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** ▶ | 5,953. |

KBA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 75.
Form 1040 (2004)

1040 (2004)   FD1040-1V 1.25
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

Than12

Form 1040 (2004)  KHIN M THAN                                              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   Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 37 Amount from line 36 (adjusted gross income) | 37 | 5,953. |
| Standard Deduction for— | 38a Check if: ☐ You were born before January 2, 1940,  ☐ Blind.  ☐ Spouse was born before January 2, 1940,  ☐ Blind.  Total boxes checked ▶ 38a | | |
| | b If your spouse itemizes on a separate return or you were a dual-status alien, see pg 31 & check here ▶ 38b ☐ | | |
| • People who checked any box on line 38a or 38b **or** who can be claimed as a dependent, see page 31. | 39 Itemized deductions (from Schedule A) **or** your **standard deduction** (see left margin) | 39 | 4,850. |
| | 40 Subtract line 39 from line 37 | 40 | 1,103. |
| | 41 If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet on page 33 | 41 | 3,100. |
| | 42 **Taxable income.** Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | 42 | 0. |
| | 43 Tax. Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 43 | 0. |
| • All others: | 44 **Alternative minimum tax** (see page 35). Attach Form 6251 | 44 | |
| Single or Married filing separately, $4,850 | 45 Add lines 43 and 44 | 45 | 0. |
| | 46 Foreign tax credit. Attach Form 1116 if required | 46 | |
| Married filing jointly or Qualifying widow(er), $9,700 | 47 Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| | 48 Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| | 49 Education credits. Attach Form 8863 | 49 | |
| Head of household, $7,150 | 50 Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 Child tax credit (see page 37) | 51 | |
| | 52 Adoption credit. Attach Form 8839 | 52 | |
| | 53 Credits from: a ☐ Form 8396  b ☐ Form 8859 | 53 | |
| | 54 Other credits. Check applicable box(es): a ☐ Form 3800  b ☐ Form 8801  c ☐ Specify | 54 | |
| | 55 Add lines 46 through 54. These are your total credits | 55 | |
| | 56 Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ▶ | 56 | 0. |
| **Other Taxes** | 57 Self-employment tax. Attach Schedule SE | 57 | 905. |
| | 58 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 58 | |
| | 59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 Advance earned income credit payments from Form(s) W-2 | 60 | |
| | 61 Household employment taxes. Attach Schedule H | 61 | |
| | 62 Add lines 56 through 61. This is your **total tax** ▶ | 62 | 905. |
| **Payments** | 63 Federal income tax withheld from Forms W-2 and 1099 | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64 2004 estimated tax payments & amount applied from 2003 return | 64 | |
| | 65a Earned income credit (EIC) | 65a | 390. |
| | b Nontaxable combat pay election ▶ 65b | | |
| | 66 Excess social security and tier 1 RRTA tax withheld (see page 54) | 66 | |
| | 67 Additional child tax credit. Attach Form 8812 | 67 | |
| | 68 Amount paid with request for extension to file (see page 54) | 68 | |
| | 69 Other payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 69 | |
| | 70 Add lns 63, 64, 65a, & 66 through 69. These are your total payments ▶ | 70 | 390. |
| **Refund** | 71 If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you **overpaid** | 71 | |
| Direct deposit? See page 54 and fill in 72b, 72c, and 72d. | 72a Amount of line 71 you want **refunded to you** ▶ | 72a | |
| | ▶ b Routing number   ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d Account number | | |
| | 73 Amount of line 71 you want **applied to your 2005 estimated tax** ▶ 73 | | |
| **Amount You Owe** | 74 **Amount you owe.** Subtract line 70 from line 62. For details on how to pay, see page 55 ▶ | 74 | 515. |
| | 75 Estimated tax penalty (see page 55)  75 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 56)? ☒ **Yes.** Complete the following. ☐ No | | |
| | Designee's name ▶ HR BLOCK     Phone no. ▶ (703) 243-8188     Personal ID number (PIN) ▶ 44118 | | |
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| Joint return? See page 17. Keep a copy for your records. | Your signature: For Info Only-Do not file    Date    Your occupation: CONSULTANT    Daytime phone number | | |
| | Spouse's signature. If a joint return, **both** must sign: For Info Only-Do not file    Date    Spouse's occupation | | |
| **Paid Preparer's Use Only** | Preparer's signature ▶     Date 4/14/2005    Check if self-employed ☐    Preparer's SSN or PTIN P00511700 | | |
| | Firm's name (or yours if self-employed), address, and ZIP code: H R BLOCK  FAIRFAX, VA 22030    EIN 43-1862224    Phone no. (703) 385-7592 | | |

1040 (2004)  
Form Software Copyright 1996-2005 H&R Block Tax Services, Inc.  
FD1040-2V 1.25

Than13                    Form 1040 (2004)

| | | | | |
|---|---|---|---|---|
| SCHEDULE C (Form 1040) | | **Profit or Loss From Business** (Sole Proprietorship) ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B. | | OMB No. 1545-0074 |
| Department of the Treasury Internal Revenue Service | | ▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040). | | 2004 Attachment Sequence No. 09 |

Name of proprietor: **KHIN M THAN**
Social security number (SSN): **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**

**A** Principal business or profession, including product or service (see page C-2 of the instructions)
   **RADIO : BROADCASTING**
**B** Enter code from pages C-7, 8, & 9 ▶ **515000**

**C** Business name. If no separate business name, leave blank.
   **RADIO FREE ASIA**
**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶
   City, town or post office, state, and ZIP code  **FAIRFAX, VA 22031**

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2004? If "No," see page C-3 for limit on losses ...... [X] Yes [ ] No

**H** If you started or acquired this business during 2004, check here ▶ [ ]

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ [ ] | 1 | 15,114. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 15,114. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 15,114. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | Gross Income. Add lines 5 and 6 ▶ | 7 | 15,114. |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Car and truck expenses (see page C-3) | 9 | | 20 | Rent or lease (see page C-5): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see page C-4) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 22 | Supplies (not included in Part III) | 22 | 750. |
| | | | | 23 | Taxes and licenses | 23 | 175. |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | 2,500. |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Meals and entertainment | 200. | |
| 15 | Insurance (other than health) | 15 | | c | Enter nondeductible amount included on line 24b (see page C-5) | 100. | |
| 16 | Interest: | | | | | | |
| a | Mortgage (paid to banks, etc.) | 16a | 3,024. | | | | |
| b | Other | 16b | | d | Subtract line 24c from line 24b | 24d | 100. |
| 17 | Legal and professional services | 17 | 293. | 25 | Utilities | 25 | 975. |
| | | | | 26 | Wages (less employment credits) | 26 | |
| | | | | 27 | Other expenses (from line 48 on page 2) | 27 | |
| 18 | Office expense | 18 | 891. | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | | 28 | 8,708. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | | 29 | 6,406. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | | | | | |
| | • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | | | | | 31 | 6,406. |
| | • If a loss, you must go to line 32. | | | | | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). | | | | | | |
| | • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | | | | | 32a [ ] | All investment is at risk. |
| | • If you checked 32b, you must attach Form 6198. | | | | | 32b [ ] | Some investment is not at risk. |

KBA  For Paperwork Reduction Act Notice, see Form 1040 Instructions.
Schedule C (Form 1040) 2004

1040-Sch C (2004)   FDC-1V 1.9
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

Than14

## Form 1099-MISC (2004) — Copy B For Recipient

☐ CORRECTED (if checked)

| Field | Value |
|---|---|
| PAYER'S name, address, phone | RADIO FREE ASIA, 2025 M ST NW STE 300, WASHINGTON, DC 20036, (202)530-4900 |
| OMB No. | 1545-0115 |
| PAYER'S Federal identification number | 52-1968145 |
| RECIPIENT'S identification number | 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 |
| RECIPIENT'S name and address | THAN, KHIN MAUNG, 8239 ANDERSON DR, FAIRFAX, VA 22031- |
| 1 Rents | |
| 2 Royalties | |
| 3 Other income | |
| 4 Federal income tax withheld | |
| 5 Fishing boat proceeds | |
| 6 Medical and health care payments | |
| 7 Nonemployee compensation | $4620.00 |
| 8 Substitute payments in lieu of dividends or interest | |
| 9 Payer made direct sales of $5,000 or more | ☐ |
| 10 Crop insurance proceeds | |
| 13 Excess golden parachute payments | |
| 14 Gross proceeds paid to an attorney | |
| 16 State tax withheld | |
| 17 State/Payer's state no. | |

(Keep for your records.) Department of the Treasury – Internal Revenue Service

---

## Form 1099-MISC (2004) — Copy B For Recipient

☐ CORRECTED (if checked)

| Field | Value |
|---|---|
| PAYER'S name, address, phone | RADIO FREE ASIA, 2025 M ST NW STE 300, WASHINGTON, DC 20036, (202)530-4900 |
| OMB No. | 1545-0115 |
| PAYER'S Federal identification number | 52-1968145 |
| RECIPIENT'S identification number | 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 |
| RECIPIENT'S name and address | THAN, KHIN MAUNG, 8239 ANDERSON DRIVE, FAIRFAX, VA 22031 |
| 7 Nonemployee compensation | $3900.00 |

(Keep for your records.) Department of the Treasury – Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents $ 0.00 | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|---|
| Bowne Global Solutions 132 W. 31st Street 12th Floor New York, NY 10001 USA | | 2 Royalties $ 0.00 | 2004 Form 1099-MISC | |
| | | 3 Other income $ 0.00 | 4 Federal income tax withheld $ 0.00 | Copy B For Recipient |
| PAYER'S Federal identification number 22-3696931 | RECIPIENT'S identification number 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 | 5 Fishing boat proceeds $ 0.00 | 6 Medical and health care payments $ 0.00 | |
| RECIPIENT'S name, address, and ZIP code Khin Maung Than 8239 Anderson Dr Fairfax, VA 22031 USA | | 7 Nonemployee compensation $ 6,593.50 | 8 Substitute payments in lieu of dividends or interest $ 0.00 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ 0.00 | |
| | | 11 | 12 | |
| Account number (optional) | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15 | | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC**  ✪ Printed on Recycled Paper  (keep for your records)  Department of the Treasury - Internal Revenue Service

DETACH BEFORE MAILING

Than16

# Form 1040 — U.S. Individual Income Tax Return 2005

Department of the Treasury—Internal Revenue Service

(99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2005, or other tax year beginning , 2005, ending , 20

OMB No. 1545-0074

**Label** (See instructions) Use the IRS label. Otherwise, please print or type.

Name: KHIN M THAN
Home Address: 1108 WATERFORD PLACE
City, State, and ZIP Code: HERNDON VA 20170-

Your social security number: 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

Spouse's social security no.:

**You must enter your SSN(s) above.**

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ [ ] You [ ] Spouse

## Filing Status — Check only one box.

1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (see instructions)

## Exemptions

- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
- 6b [ ] Spouse
- 6c Dependents: (1) First name / Last name / (2) Dependent's social security no. / (3) Dependent's relationship to you / (4) ✓ if qualifying child for child tax credit (see inst)

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
• lived with you: **0**
• did not live with you due to divorce or separation (see instr.): **0**
Dependents on 6c not entered above: **0**
Add numbers on lines above ▶ **1**

d. Total number of exemptions claimed

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instructions) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 4,859. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount (see inst.) | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount (see inst.) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount (see inst.) | |
| 21 | Other income. List type and amount (see instr.) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 4,859. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 343. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instr.) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction (see instructions) | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 343. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 4,516. |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

Copyright form software only, 2005 Universal Tax Systems, Inc. All rights reserved. US1040$1 Rev 1

BCA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions

Than17

Form **1040** (2005)

Form 1040 (2005)   KHIN M THAN                                    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    Page 2

**Tax and Credits**

Standard Deduction for —
- People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see instr.
- All others:
  Single, or Married filing separately, $5,000
  Married filing jointly or Qualifying widow(er), $10,000
  Head of household, $7,300

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 4,516. |
| 39a | Check if: You were born before Jan. 2, 1941, [ ] Blind. Spouse was born before Jan. 2, 1941, [ ] Blind. Total boxes checked ▶ 39a | |
| 39b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▶ 39b [ ] | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 5,000. |
| 41 | Subtract line 40 from line 38 | (484.) |
| 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total no. of exemptions claimed on line 6d | 3,200. |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 0 |
| 44 | Tax (see instr.). Check if any tax is from: **a** [ ] Form(s) 8814 **b** [ ] Form 4972 | |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| 46 | Add lines 44 and 45 ▶ | |
| 47 | Foreign tax credit. Attach Form 1116 if required | |
| 48 | Credit for child and dependent care exp. Attach Form 2441 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | |
| 50 | Education credits. Attach Form 8863 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | |
| 52 | Child tax credit (see inst.). Attach Form 8901 if required | |
| 53 | Adoption credit. Attach Form 8839 | |
| 54 | Credits from: **a** [ ] Form 8396 **b** [ ] Form 8859 | |
| 55 | Other credits. Check applicable box(es): **a** [ ] Form 3800 **b** [ ] Form 8801 **c** [ ] Form ____ | |
| 56 | Add lines 47 through 55. These are your **total credits** | |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | |

**Other Taxes**

| Line | Description | Amount |
|---|---|---|
| 58 | Self-employment tax. Attach Schedule SE | 686. |
| 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 61 | Advance earned income credit payments from Form(s) W-2 | |
| 62 | Household employment taxes. Attach Schedule H | |
| 63 | Add lines 57 through 62. This is your **total tax** ▶ | 686. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Amount |
|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | |
| 65 | 2005 estimated tax pymts and amt applied from 2004 return | |
| 66a | **Earned income credit (EIC)** | 346. |
| 66b | Nontaxable combat pay election ▶ | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see inst) | |
| 68 | Additional child tax credit. Attach Form 8812 | |
| 69 | Amount paid with request for extension to file (see inst) | |
| 70 | Payments from: **a** [ ] Form 2439 **b** [ ] Form 4136 **c** [ ] Form 8885 | |
| 71 | Add lines 64, 65, 66a, and 67 through 70. These are your **total payments** ▶ | 346. |

**Refund**
Direct deposit? See instructions and fill in 73b, 73c, and 73d.

| Line | Description | Amount |
|---|---|---|
| 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid | |
| 73a | Amount of line 72 you want **refunded to you** ▶ | |
| 73b | Routing number XXXXXXXXXXXXXXXXXXXXX **c** Type: [ ] Checking [ ] Savings | |
| 73d | Account number XXXXXXXXXXXXXXXXXXXXXXXXXXX | |
| 74 | Amount of line 72 you want **applied to your 2006 est. tax** ▶ | |

**Amount You Owe**

| Line | Description | Amount |
|---|---|---|
| 75 | **Amount you owe.** Subtract line 71 from line 63. For details on how to pay, see instructions ▶ | 340. |
| 76 | Estimated tax penalty (see instructions) | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? [X] Yes. Complete the following. [ ] No
Designee's name ▶ PACKY POON   Phone no. ▶ 703-787-6790   Personal identification number (PIN) ▶ 01234

**Sign Here**
Joint return? See instr. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: WRITER & INTERPRETER | Daytime phone number: 703-868-4906
Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation |

**Paid Preparer's Use Only**

Preparer's signature ▶ DAVID L SPAIN   Date: 04/04/2006   Check if self-employed [ ]   Preparer's SSN or PTIN: P00615244
Firm's name (or yours if self-employed), address, and ZIP code ▶ LIBERTY TAX SERVICES   302 ELDEN STREET   HERNDON VA 20170-   EIN: 20-3784716   Phone no. 703-787-6790

BCA   Copyright form software only, 2005 Universal Tax Systems, Inc. All rights reserved.   US1040S2 Rev. 1   **Than18**   Form **1040** (2005)

# SCHEDULE C (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041. ▶ See instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2005**

Attachment Sequence No. **09**

Name of proprietor: **KHIN M THAN**

Social security number (SSN): **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**

**A** Principal business or profession, including product or service (see instructions): **WRITER & INTERPRETER**

**B** Enter code from instr.: **541930**

**C** Business name. If no separate business name, leave blank.

**D** Employer ID no. (EIN), if any

**E** Business address (including suite or room no.) ▶ **1108 WATERFORD PLACE**
City, town or post office, state, and ZIP code: **HERNDON VA 20170**

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2005? If "No," see instructions for limit on losses ...... [X] Yes  [ ] No

**H** If you started or acquired this business during 2005, check here ▶ [ ]

### Part I — Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see instructions and check here ▶ [ ] | 1 | 10,763. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 10,763. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 10,763. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 | 7 | 10,763. |

### Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a Vehicles, machinery, and equipment | 20a | |
| | | | | b Other business property | 20b | |
| 12 | Depletion | 12 | | 21 Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 835. | 22 Supplies (not included in Part III) | 22 | |
| | | | | 23 Taxes and licenses | 23 | 170. |
| | | | | 24 Travel, meals, and entertainment: | | |
| | | | | a Travel | 24a | 2,500. |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Deductible meals and entertainment (see instructions) | 24b | 150. |
| 15 | Insurance (other than health) | 15 | | 25 Utilities | 25 | 1,440. |
| 16 | Interest: | | | 26 Wages (less employment credits) | 26 | |
| | a Mortgage (paid to banks, etc.) | 16a | | 27 Other expenses (from line 48 on page 2) | 27 | 592. |
| | b Other | 16b | | | | |
| 17 | Legal and professional services | 17 | 217. | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 5,904. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 4,859. |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | 31 | 4,859. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. • If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a [ ] All investment is at risk. 32b [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule C (Form 1040) 2005

BCA   Copyright form software only, 2005 Universal Tax Systems, Inc. All rights reserved.   USSCHC$1   Rev. 1

**Than19**

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| RADIO FREE ASIA<br>2025 M ST NW STE 300<br>WASHINGTON, DC 20036<br><br>(202) 530-4900 | $<br>2 Royalties<br>$<br>3 Other income<br>$ | 2005<br>Form **1099-MISC**<br>4 Federal income tax withheld<br>$ | Copy B<br>For Recipient |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | |
|---|---|---|---|---|
| 52-1968145 | 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 | $ | $ | |

| RECIPIENT'S name, address, and ZIP code | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| THAN, KHIN MAUNG<br><br>1108 WATERFORD PLACE<br><br>HERNDON    VA 20170- | $ 3750.00<br>9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐<br>11 | $<br>10 Crop insurance proceeds<br>$<br>12 | |

| Account number (see instructions) | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
|---|---|---|---|
| | $ | $ | |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |

Form **1099-MISC**    ♲ Printed on Recycled Paper    (keep for your records)    Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| BROADCASTING BOARD OF GOVERNORS<br>INTERNATIONAL BORADCASTING BUREAU<br>330 INDEPENDENCE AVENUE SW, ROOM 1269<br>WASHINGTON, DC 20237<br><br>(202) 203-4150 | $<br>2 Royalties<br>$<br>3 Other income<br>$ | 2005<br>Form **1099-MISC**<br>4 Federal income tax withheld<br>$ | |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | Copy 2 |
|---|---|---|---|---|
| 52-2260085 | 61-2989732 | $ | $ | To be filed with recipient's state income tax return, when required. |

| RECIPIENT'S name, address, city, state, and ZIP code | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | |
|---|---|---|---|
| KHIN MAUNG THAN<br><br>3239 ANDERSON DRIVE<br><br>FAIRFAX, VA 22031 | $ 700.00<br>9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐<br>11 | $<br>10 Crop insurance proceeds<br>$<br>12 | |

| Account number (see instructions) | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|
| 612989732 | $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |

Form **1099-MISC**    MCA    Department of the Treasury - Internal Revenue Service

Than20

CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents $ 0.00 | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|---|
| Lionbridge Global Solutions II<br>132 W. 31st Street<br>12th Floor<br>New York, NY 10001<br>USA | | 2 Royalties $ 0.00 | 2005<br>Form 1099-MISC | |
| | | 3 Other income $ 0.00 | 4 Federal income tax withheld $ 0.00 | Copy B<br>For Recipient |
| PAYER'S Federal identification number<br>22-3696931 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds $ 0.00 | 6 Medical and health care payments $ 0.00 | |
| RECIPIENT'S name, address, and ZIP code<br><br>Khin Maung Than<br>1108 Waterford Place<br>Herndon, VA 20170<br>USA | | 7 Nonemployee compensation $ 6,313.00 | 8 Substitute payments in lieu of dividends or interest $ 0.00 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ 0.00 | |
| | | 11  0.00 | 12 | |
| Account number (see instructions) | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form **1099-MISC**  ♲ Printed on Recycled Paper   (keep for your records)   Department of the Treasury - Internal Revenue Service

Than21