IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN,<br><br>    Plaintiff,<br><br>v.<br><br>RADIO FREE ASIA,<br><br>    Defendant. | Civil Action No.<br>1:05-CV-01042 (RMU) |

**DEFENDANT RADIO FREE ASIA'S
STATEMENT OF MATERIAL FACTS
TO WHICH THERE IS NO GENUINE DISPUTE**

1. On several occasions between 1998 and 2003, Plaintiff submitted his resume to RFA to be considered for a position as a full-time broadcaster in the Burmese Service. See Deposition of Khin Maung Than ("Than Dep.") at 101, 113-16; Deposition of Soe Thinn ("Thinn Dep.") at 119-21.

2. In 1999 and 2001, Plaintiff took RFA's language proficiency test, which was used to assess eligibility for an interview for a full-time position in the Burmese Service. See Exhibits 16 and 17 to Memorandum in Support of Defendant's Motion for Summary Judgment; Affidavit of Tamara Bagley ¶¶ 8-10.

3. Between 1998 and 2001, Plaintiff wrote letters to the Human Resources Department and then-RFA President, Richard Richter, in which he complained that he had not been interviewed for broadcaster positions in the

Burmese Service. See Exhibits 10, 11, and 12 to Memorandum in Support of Defendant's Motion for Summary Judgment; Than Dep. at 99-101.

4. Plaintiff's first interview for a full-time broadcaster position was in 2002. Than Dep. at 168-69; Thinn Dep. at 98, 156-60. The interview was conducted by Alex Tseu (Deputy Director of Programming) and Dan Southerland (Vice President of Programming and Executive Editor). See id. Plaintiff was not selected for the full-time position. Id. A male, Ko Ko Aung, was hired instead. Thinn Dep. at 122, 176-77. Neither Burmese Service Director, Soe Thinn, nor Deputy Director, Nyein "Nancy" Shwe, participated in this interview or the hiring decision. See Than Dep. at 168-69; Thinn Dep. at 98, 156-60.

5. In 2002, Plaintiff was hired as a Voice Contractor in the Burmese Service, a contractual position in which he adapted and broadcast news for the Burmese Service. See Exhibit 19 to Memorandum in Support of Defendant's Motion for Summary Judgment; Thinn Dep. at 36.

6. Plaintiff approached Soe Thinn about additional responsibilities as an Editorial Consultant. Than Dep. at 260. Soe Thinn agreed and suggested that Plaintiff prepare a weekly feature on Science and Technology. Thinn Dep. at 73-74. On October 1, 2002, Plaintiff entered into an Editorial Consultant contract with RFA and continues to work in this capacity. See Exhibit 8 to Memorandum in Support of Defendant's Motion for Summary Judgment.

7. In 2003, Plaintiff again applied for and was interviewed for a full-time broadcaster position with the Burmese Service. Than Dep. at 169-70;

Thinn Dep. at 98-99; Deposition of Nyein "Nancy" Shwe ("Shwe Dep."). at 60. Plaintiff was interviewed for this position by Soe Thinn and Nancy Shwe. Id.

    8.    During his interview, Plaintiff was asked whether he would broadcast a news story that portrayed Aung San Suu Kyi (a popular Burmese opposition figure) in a negative light if that story were true. Thinn Dep. at 122-23; Shwe Dep. at 71. This question was geared to screen whether he was likely to exhibit political bias in writing and reporting the news as a full-time broadcaster (Thinn Dep. at 20) and applicants who indicated that they would not broadcast such a story automatically were disqualified from further consideration and would not be hired as full-time broadcasters in the Burmese Service. Shwe Dep. at 71-72; Thinn Dep. at 122-23; Deposition of Susan Lavery Rogers ("Lavery Dep.") at 51-52.

    9.    Only two of the four candidates interviewed for the Burmese Service's 2003 full-time broadcaster position, Tin Aung Cho and Kyi Kyi Than, answered the question correctly. Thinn Dep. at 123, 127, 134-137; Shwe Dep. at 66-67, 69, 74).

    10.    Plaintiff was not selected for this position. See Thinn Dep. at 127; Shwe Dep. at 67. The Burmese Service offered the job to a male, Tin Aung Cho, who lived in Australia. Id. Mr. Cho was unable to accept the position due to immigration difficulties. Thinn Dep. at 127; Shwe Dep. at 68. A woman, Kyi Kyi Than, was then offered the position. See Than Dep. at 185; Thinn Dep. at 127; Shwe Dep. at 76-77.

11. Burmese Service Voice Contractors remain under contract only for a maximum of two or three years and are replaced so that new and fresh voices can be hired. Nyane Dep. at 23-24; see Thinn Dep. at 96, 99-101.

12. Plaintiff's voice contract that expired on September 30, 2004 was not renewed, and his access card to the RFA office building that he used when he "voiced" the news was contemporaneously cancelled. See Than Dep. at 155-56; Thinn Dep. at 109-112; Shwe Dep. at 58-68; see also Deposition of Khin Maung Nyane ("Nyane Dep.") at 29-30. Plaintiff had been the only Editorial Consultant who recorded his features in RFA's studios. See Thinn Dep. at 84, 110-11; Shwe Dep. at 56-58.

13. At the same time that Plaintiff's voicing contract was not renewed, the contracts of all Voice Contractors in the Burmese Service also were not renewed. Than Dep. at 148-49; Thinn Dep. at 96; Shwe Dep. at 47-48. Soe Thinn and Nancy Shwe made the decision not to renew the contracts of the Voice Contractors. See Thinn Dep. at 99-101; Shwe Dep. at 46-47; LaveryDep. at 27-29. Susan Lavery approved the decision. See Lavery Dep. at 27-29. At the time they made their decision, Soe Thinn, Nancy Shwe, and Susan Lavery were unaware that Plaintiff had filed an EEOC Charge. Shwe Dep. at 90-91; Lavery Dep. at 41; see Thinn Dep. at 150-51, 153-54. Two new Voice Contractors, Mr. Zaw Moe Kyaw and Ms. Nang San Nong, were hired. Shwe Dep. at 84-85; Thinn Dep. at 146-147.

14. Although Plaintiff filed an EEOC Charge alleging gender discrimination for his non-selection for the full-time broadcaster position in August

2003, he previously attributed his non-selection for the position to "cronyism," "favoritism," and "hiring of a foreigner." <u>See</u> Exhibit 24 to Memorandum in Support of Defendant's Motion for Summary Judgment; Than Dep. at 99-100.

Dated: December 22, 2006                    Respectfully submitted,

                                            /s/ Gil A. Abramson
                                            _____
                                            Gil A. Abramson (Bar # 237994)
                                            HOGAN & HARTSON LLP
                                            111 South Calvert Street
                                            Suite 1600
                                            Baltimore, MD 21202
                                            (410) 659-2700

                                            Gregory M. Petouvis (Bar # 477600)
                                            HOGAN & HARTSON LLP
                                            555 13th Street NW
                                            Washington, DC 20004
                                            (202) 637-5600

                                            Counsel for Defendant
                                            Radio Free Asia