IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 1:05-CV-01042 (RMU) |
| ) | |
| RADIO FREE ASIA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Defendant Radio Free Asia's Motion for Summary Judgment, the Memorandum in Support thereof and accompanying materials, any opposition thereto, any reply thereto, any argument thereon, and the record herein, it is this _____ day of _____, 2007

ORDERED that Defendant's Motion be and hereby is GRANTED in its entirety; and it is further

ORDERED that judgment be and hereby is entered in favor of Defendant with respect to all Counts of Plaintiff's Corrected Amended Complaint and Jury Demand.

Date:_____          _____
                                          United States Magistrate Judge

**Copies to:**

Gil A. Abramson, Esquire
HOGAN & HARTSON LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21202


David E. Kouba, Esquire
Steven G. Reade, Esquire
Rhonda L. Stewart, Esquire
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004