## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of December, 2006, Defendant Radio Free Asia's (a) Motion for Summary Judgment; (b) Memorandum in Support of its Motion for Summary Judgment and exhibits thereto; (c) proposed order; and (d) Statement of Material Facts to which There is No Genuine Dispute was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

_____
Gil A. Abramson