IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KHIN MAUNG THAN, )
)
Plaintiff, )
)
v. )
) Case No: 1:05-CV-01042 (RMU)
RADIO FREE ASIA, )
)
Defendant. )

## DECLARATION OF DAVID E. KOUBA IN SUPPORT OF PLAINTIFF DR. KHIN MAUNG THAN'S MEMORANDUM IN OPPOSITION TO DEFENDANT RADIO FREE ASIA'S MOTION FOR SUMMARY JUDGMENT

David E. Kouba, states as follows:

1. I am an associate with the law firm of Arnold & Porter LLP, attorneys for plaintiff Dr. Khin Maung Than.

2. Attached to this declaration are true and correct copies of the following exhibits:

Exhibit 1   Letter from G. Abramson on behalf of RFA to EEOC (October 1, 2004) at 4 n.3, RFA-00478

Exhibit 2   Deposition of Khin Maung Nyane (Nov. 10, 2006)

Exhibit 3   Affidavit of Khin Maung Than (Jan. 19, 2007)

Exhibit 4   Deposition of Soe Thinn (Oct. 3, 2006)

Exhibit 5   Deposition of Khin Maung Than (Aug. 23-24, 2006)

Exhibit 6   Resume of Khin Maung Than, Than40

Exhibit 7   Deposition of Nancy Shwe (Nov. 9, 2006)

Exhibit 8   Intermedia Evaluation of Science & Technology (Jan. 18, 2003), Than91

Exhibit 9   Intermedia website, http://www.intermedia.org/about_us/index.html

Exhibit 10   Radio Free Asia: Job Announcement, RFA-00490

Exhibit 11   Applicant Review Sheet - Ms. Kyi Kyi Than, RFA-00062

Exhibit 12   Kyi Kyi Than Resume and Cover Letter, RFA-00103-04 (Jun. 4, 2003)

Exhibit 13   Maung Maung Nyo Resume, RFA-00353-54

Exhibit 14   Notice of Charge of Discrimination (Aug. 19, 2004), RFA-00462

Exhibit 15   Email from Soe Thinn to editor@burmanet.org, RFA-00436 (Feb. 20, 2004)

Exhibit 16   Resume of Kyi Kyi Than, RFA-00103 (June 4, 2003)

Exhibit 17   Deposition of Susan Lavery (Oct. 31, 2006)

Exhibit 18   Deposition of Yamin Nyeine (Oct. 26, 2006)

Exhibit 19   Radio Free Asia - Position Description, RFA-00434

I declare that the foregoing is true and correct. Executed this 22nd day of January 2007, in Washington, D.C.

_____
David E. Kouba