# Exhibit 2

Khin M. Nyane
Washington, DC

November 10, 2006

1            IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF COLUMBIA

3       -----------------------------X

4    KHIN MAUNG THAN,                    :

5                    Plaintiff,    :

6            v.                    : Case No.: 1:05-CV-01042

7    RADIO FREE ASIA,                    :

8                Defendants.    :

9       -----------------------------X

10                    Washington, D.C.

11                    Friday, November 10, 2006

12

13

14            Deposition of KHIN MAUNG NYANE, called for

15    examination by counsel for Plaintiff, pursuant to

16    notice, at the Law Offices of Arnold & Porter, 555

17    12th Street, N.W., Washington, D.C., commencing

18    at 10:15 a.m., Friday, November 10, 2006, before

19    Stephany L. Jerome, RPR, Notary Public in and for the

20    District of Columbia, when were present on behalf of

21    the respective parties:

22

Khin M. Nyane

November 10, 2006

Washington, DC

Page 2

```
1    APPEARANCES:
2       On behalf of Plaintiff:
3          DAVID E. KOUBA, ESQUIRE
4          Arnold & Porter, LLP
5          555 12th Street, N.W.
6          Washington, D.C.  2004-1206
7          (202)942-5626
8
9       On behalf of Defendant:
10         GIL A. ABRAMSON, ESQUIRE
11         HOGAN & HARTSON
12         111 South Calvert Street
13         Suite 1600
14         Baltimore, Maryland  21202
15         (410)659-2700
16
17   ALSO PRESENT:  KHIN MAUNG THAN
18              NORMAN E. THOMPSON, Radio Free Asia
19
20
21
22
```

Page 3

```
1           C O N T E N T S
2    EXAMINATION OF KHIN MAUNG NYANE         PAGE
3       By Mr. Kouba              4
4       By Mr. Abramson          55
5       By Mr. Kouba             60
6
7
8
9
10
11
12              - - -
13           E X H I B I T S
14         (Exhibit attached.)
15   NYANE DEPOSITION EXHIBITS        PAGE
16      No. 1  Report on Science & Technology,   36
17         1/18/03
18
19
20
21
22
```

Page 4

```
1           P R O C E E D I N G S
2    Whereupon,
3            KHIN MAUNG NYANE,
4    having been first duly sworn, testified as follows:
5       EXAMINATION BY COUNSEL FOR THE PLAINTIFF
6    BY MR. KOUBA:
7       Q   Good morning.  Could you please state your
8    full name for the record?
9       A   Khin Maung Nyane.
10      Q   Mr. Nyane, my name is David Kouba of the law
11   firm of Arnold and Porter, and I'm one of the
12   attorneys representing Mr. Than in his case against
13   Radio Free Asia.  Do you understand that?
14      A   Okay.
15      Q   Have you ever been deposed before?
16      A   No.
17      Q   I'm going to be going over a few of the
18   ground rules with you.  You may have heard these
19   before.  First of all, do you understand you're under
20   oath today?
21      A   Yes, I do.
22      Q   And you have an obligation to tell the
```

Page 5

```
1    truth, which is the same as if you were in court?
2       A   Yes.
3       Q   Now, you also need to answer verbally rather
4    than shaking your head or nodding your head.  Do you
5    understand that?
6       A   Yes.
7       Q   If you don't understand a question, please
8    let me know and I'll try to rephrase it in a way you
9    do understand.  And if at any point you want to take a
10   break, we can arrange to do that, okay?
11      A   Yes.
12      Q   Did you do anything to prepare for this
13   deposition?
14      A   No.
15      Q   Did you discuss it with anyone?
16      A   No.
17      Q   Did you review any documents in preparation
18   for this deposition?
19      A   No.
20      Q   What is your current address?
21      A   7808 Snead, S-N-E-A-D, Lane, Falls Church.
22      Q   And how long have you lived there?
```

2 (Pages 2 to 5)

Khin M. Nyane                                                November 10, 2006

Washington, DC

Page 6

1    A    For seven years.
2    Q    Are you currently employed by Radio Free
3    Asia?
4    A    Yes.
5    Q    When did you begin working at Radio Free
6    Asia?
7    A    In 1998, May.
8    Q    How did you first learn about Radio Free
9    Asia?
10    A    In the Burmese community people talking
11    about and I heard about that, and then I met Soe
12    Thinn.  And he was on a visit to Singapore and through
13    a friend we met.
14    Q    We met Soe Thinn in Singapore?
15    A    Yes.
16    Q    And when did you first hear about the job
17    opening in Radio Free Asia?
18    A    He told me about it.
19    Q    While you were in Singapore?
20    A    Yes.  I was working for Singapore Television
21    Corporation.
22    Q    What was the application process like when

Page 7

1    you were hired at Radio Free Asia?
2        MR. ABRAMSON:  Objection.  You can answer.
3    Do you understand what he's asking?
4        THE WITNESS:  He's asking me about the
5    application process.
6        MR. ABRAMSON:  Right.  Assuming there was
7    one.
8        THE WITNESS:  Soe Thinn asked me -- he knew
9    that I had been a broadcaster for many years, and he
10    offered me -- he asked me if I would like to join
11    Radio Free Asia.
12    BY MR. KOUBA:
13    Q    And after that you accepted the offer; is
14    that correct?
15    A    Yes.  I took a few days thinking about it,
16    and then later on I told him I would apply for it.
17    Q    After he offered you a job at Radio Free
18    Asia, did Soe Thinn ever ask you your opinion of Aung
19    San Suu Kyi?
20    A    Is it relevant?
21    Q    Yes.
22    A    Well, I cannot remember whether he asked me

Page 8

1    if I knew.  We knew of Aung San Suu Kyi long ago,
2    since 1998 uprising.
3    Q    But can you recall Soe Thinn specifically
4    asking your opinion about Aung San Suu Kyi?
5    A    No, he didn't.
6    Q    What is your current position at Radio Free
7    Asia?
8    A    Senior editor.
9    Q    How long have you been in that position?
10    A    For six years.  Well, in the beginning I was
11    an editor, but I got the senior editor designation
12    later on.  Officially about six years.
13    Q    So is it fair to say that in May of 1998 you
14    were hired as an editor, and you were an editor for
15    roughly two years and then you became a senior editor?
16    A    Yes.
17    Q    What are you responsible for doing as a
18    senior editor?
19    A    Gathering news stories for each day's
20    broadcast, giving assignments to the staff, the crew
21    for the director and checking on news stories which
22    had been translated, and make sure the whole show goes

Page 9

1    smoothly.
2    Q    Anything else?
3    A    Well, that's a brief account of what I do
4    every day.  We are responsible for each transmission,
5    so we make sure that everything goes out smoothly.
6    Q    Do you have any input into who the Burmese
7    Service hires?
8    A    No.
9    Q    And do you have any input into whose
10    contract the Burmese Service renews?
11    A    No.
12    Q    And do you have any input into who the
13    Burmese Service terminates?
14    A    No.
15    Q    Before your position as senior editor, you
16    were an editor; is that correct?
17    A    Yes.
18    Q    Were your responsibilities as an editor
19    different than your responsibilities as a senior
20    editor?
21    A    As a senior editor, I have more say in every
22    day's supervisory matters.

3 (Pages 6 to 9)

Khin M. Nyane

November 10, 2006

Washington, DC

Page 10

1     Q   Other than that, were there any differences?
2     A   Not much.
3     Q   And as an editor you didn't have any
4   responsibility or any input into determining who the
5   Burmese Service hired?
6     A   No.
7     Q   When did you first meet Maung Maung?
8     A   Somewhere around 2002, I think.
9     Q   Where did you meet him?
10     A   At the office.  He came in to book as a
11   voicing consultant.
12     Q   Did Maung Maung have any other positions in
13   the Burmese Service other than the voice consultant?
14     A   He's also -- can I answer that as editor?  I
15   can't -- he contributes a weekly feature program.
16     Q   So Maung Maung was both a voice consultant
17   and an editorial consultant; is that correct?
18     A   Yes.
19     Q   Right now I'm going to focus on his job of
20   voice consultant, and later I'm going to ask you
21   questions about his job as an editorial consultant.
22     A   Okay.

Page 11

1     Q   Do you know when Maung Maung was hired as a
2   voice consultant?
3     A   I cannot remember the dates.  It's too long
4   ago.
5     Q   Do you remember what year?
6     A   Around 2002.
7     Q   And did you play any role in the Burmese
8   Services decision to hire Maung Maung as a voice
9   consultant?
10     A   No.
11     Q   Do you know who was involved in the decision
12   to hire --
13     A   No.
14     Q   -- Maung Maung to be a voice consultant?
15     A   No.
16     Q   Do you know whether Maung Maung's contract
17   to be a voice consultant was renewed at any point?
18     A   Well, I understand that the consultants have
19   a yearly contract, and so at the end of each contract
20   they may have to be renewed or terminated.
21     Q   Do you know whether Maung Maung's contract
22   was ever renewed?

Page 12

1     A   I don't know.
2     Q   So is it fair to say you played any role in
3   the decision to renew Maung Maung's contract?
4     A   I'm more on the Channel 6 side.
5     Q   And you never discussed with anyone in the
6   Burmese Service whether or not they should renew Maung
7   Maung's contract?
8     A   No.
9     Q   Did anyone ever ask you your opinion as to
10   whether or not they should renew Maung Maung's
11   contract?
12     A   Sorry?
13     Q   Did anybody ever ask you your opinion about
14   whether or not they should renew Maung Maung's
15   contract?
16     A   No.
17     Q   Do editors in the Burmese Service do any
18   form of written evaluation of voice consultants?
19     A   No, we didn't.
20     Q   So to your knowledge editors in the Burmese
21   Service have never done written evaluations of voice
22   consultants?

Page 13

1     A   No.
2     Q   Do editors in the Burmese Service do any
3   nonwritten evaluation of voice consultants?
4       MR. ABRAMSON:  Objection.  Can you clarify
5   what you mean by evaluation?
6   BY MR. KOUBA:
7     Q   Any form of judging the voice consultants'
8   performance on the job.
9     A   Yes, sometimes we do.
10     Q   And could you describe those evaluations?
11     A   As under any normal situations, you know,
12   the grader would want to know how the consultants are
13   doing and, because the editors work very closely with
14   the consultants, they ask how that person is doing,
15   whether he's doing well or not.  It just a casual --
16   can we call it an evaluation?
17       MR. ABRAMSON:  You can describe what happens
18   and we'll figure out the labels later.
19   BY MR. KOUBA:
20     Q   Is it fair to say that you have
21   conversations with the director and deputy director
22   concerning the voice consultant's performance?

4 (Pages 10 to 13)

Khin M. Nyane

November 10, 2006

Washington, DC

Page 14

1    A    Yes.
2    Q    But you don't keep any written record of the
3    voice consultant's evaluation?
4    A    No, we didn't.
5    Q    And how often would you have conversations
6    with the director or deputy directors concerning the
7    voice consultant's performance?
8    A    Maybe once in a few months' time.
9    Q    And you don't recall any specific occasion
10   on which a director or deputy director sought your
11   opinion in connection with a decision to renew a
12   contract?
13   A    No, I don't.
14   Q    Can you describe Maung Maung's duties as a
15   voice consultant?
16   A    He has to come in four hours before, and, as
17   an editor, I would give him the news stories for
18   translation.  Normally that was four news stories, and
19   he would do the translations and I would check it up
20   when he finished.
21   Q    When you say you he would do the
22   translations, would he translate them in writing or

Page 15

1    translate them --
2    A    In writing.
3    Q    Did he do anything after translating the
4    news stories in writing?
5    A    He has to review it, practice it so he can
6    go smoothly on air.  That's the normal thing the news
7    readers would do.
8    Q    And when you said so he could go smoothly on
9    air, are you referring to Maung Maung broadcasting the
10   news stories?
11   A    Yes.
12   Q    In addition to translating news stories and
13   broadcasting news stories, did he have any other
14   responsibilities as a voice consultant?
15   A    No.
16   Q    Did you have an opportunity to observe Maung
17   Maung's job performance as a voice consultant?
18   A    You mean whether he's doing his work?
19   Q    Right.
20   A    Yes.  Because I would be responsible for
21   what he reads out on air.  So I have to make sure that
22   he had the correct facts, and sometimes even the

Page 16

1    pronunciation the editors have to check out with the
2    news readers.
3    Q    So is it fair to say that on a fairly
4    regular basis you were observing Maung Maung's work?
5    A    Yes.
6    Q    And could you describe his job performance?
7    A    You mean the level of competence?
8    Q    Right.
9    A    Okay.  Just average.
10   Q    And was it adequate?
11   A    Yes, I should say.
12   Q    And did he complete his broadcasts on time?
13   A    Yes, he did.
14   Q    Did you ever have any complaints that Maung
15   Maung did not get along with co-workers?
16   A    No.
17   Q    And in his broadcast did Maung Maung ever
18   demonstrate any political bias?
19   A    Yes, sometimes he did.
20   Q    Could you describe that in a little more
21   detail?
22   A    It's a bias against the military junta in

Page 17

1    Burma.
2    Q    And just to be specific, when I say in his
3    performance did he demonstrate any bias, I'm referring
4    only to his job as voice consultant.  I don't know if
5    that would affect you answer, but I just want to make
6    it clear.
7    A    Can you repeat the question?
8    Q    Sure.  The question is whether or not Maung
9    Maung demonstrated any political bias in his job as a
10   voice consultant.
11   A    Yes, he sometimes did.
12   Q    And could you describe that in more detail,
13   please?
14   A    Like, for instance, the terms used against
15   the military junta.  The generals in Burmese terms --
16   in the Burmese language, it would be a little too
17   harsh to say the military generals in Burmese
18   language.  Instead of just using the title, the
19   designation, he would say something like these
20   military leaders.  So normally we wouldn't use the
21   word in Burmese language, but a lot of people abroad
22   use these terms because people do not like the

5 (Pages 14 to 17)

Khin M. Nyane                                                        November 10, 2006

Washington, DC

Page 18

1  military junta. So for him it seems normal that he
2  would use these words, but going on air it would be
3  like a biased report.
4      Q   In addition to the terms he used regarding
5  Burmese generals, what other examples of political
6  bias do you recall?
7      A   That was the only thing I notice.
8      Q   And were these terms things that you saw in
9  his written translation?
10     A   Yes.
11     Q   And you corrected them in his written
12 translation?
13     A   Yes.
14     Q   So he did not broadcast them over the air?
15     A   No.
16     Q   Did you speak with Maung Maung about his use
17 of terms regarding Burmese generals?
18     A   I think I did.
19     Q   Did you ever discuss these terms with anyone
20 else?
21     A   Yeah, with my staff. We try to be
22 objective. We try not to be too biased so I would not

Page 19

1  have these in my shows.
2      Q   And who on your staff did you talk to about
3  this?
4      A   Those days it was --
5      Q   I can withdraw that question and ask it in a
6  different way.
7          When you say that you talked to your staff
8  about these terms, are you referring to your editors?
9      A   Yes, sometimes I did. Sometimes with my
10 news readers.
11     Q   In addition to editors and news readers, did
12 you discuss these terms with anyone?
13     A   Yes. We try to be objective in our reports.
14 We don't want people to say that we are too biased
15 against the military.
16     Q   Did you ever discuss these terms with Soe
17 Thinn?
18     A   Yes, I think I did.
19     Q   Do you recall when?
20     A   No, I cannot.
21     Q   Do you recall what year?
22     A   Yes. Around that period. It was like four

Page 20

1  or five years. That was a long time ago and I cannot
2  recall the dates, of course, but yes, in the course of
3  conversations I would bring up this subject.
4      Q   But you can't recall what year it was?
5      A   Yeah.
6      Q   Fair enough. Other than what we already
7  discussed, did you do anything else to address Maung
8  Maung's use of terms regarding Burmese generals?
9      A   No.
10     Q   To your knowledge, did the Burmese Service
11 ever receive any complaints from listeners regarding
12 Maung Maung's broadcasts?
13     A   No.
14     Q   And do you recall anything else negative
15 regarding Maung Maung's performance as a voice
16 consultant?
17     A   No.
18     Q   Do you know whether Maung Maung continued as
19 a voice consultant after September 2004?
20     A   2004, I can't remember the months or so, but
21 then I knew he stopped working and I learned that his
22 contract has been terminated.

Page 21

1      Q   Do you know whether his contract was
2  terminated or whether his contract was not renewed?
3      A   It seems the same to me. If it is not
4  renewed, that means he's terminated.
5      Q   Prior to the time Maung Maung was
6  terminated, did anyone discuss his job performance
7  with you?
8      A   No.
9      Q   So to your recollection no one ever asked
10 you whether or not they should terminate Maung Maung?
11     A   No.
12     Q   Do you know who made the decision to
13 terminate Maung Maung?
14     A   Not exactly.
15     Q   Not exactly. Do you have an idea who might
16 have?
17     A   We just assumed it's the decision of the
18 director and the top management because these are
19 administrative affairs and I just did my journalistic
20 side of work.
21     Q   Right. Do you know when the decision to
22 terminate Maung Maung was made?

6 (Pages 18 to 21)

Khin M. Nyane

November 10, 2006

Washington, DC

Page 22

1    A   No.
2    Q   Do you know when Maung Maung was informed of
3  the decision that he was being terminated?
4    A   No.
5    Q   Do you recall when you were informed that
6  Maung Maung was being terminated?
7    A   I don't think anybody informed me of that.
8  He just didn't show up, and I said what happened, what
9  happened?  And they said his contract was not renewed.
10    Q   So you did not know his contract was not
11  renewed after Maung Maung didn't show up?
12    A   Yes.
13    Q   Do you know why his contract wasn't renewed?
14    A   No.  In this line of work, people come and
15  go, and it seemed quite normal that his contract was
16  not renewed.
17    Q   And you had no involvement in the decision
18  not to renew it?
19    A   No.  I had no involvement at all.
20    Q   Do you know whether at the time the Burmese
21  Service did not renew Maung Maung's contract it also
22  decided not to renew the contracts of other voice

Page 23

1  consultants?
2    A   Yes.  There were -- because we have this --
3  our contracts were renewed every year, and we always
4  look for new voices and at that time I think two
5  others were terminated or not renewed.
6    Q   Do you recall who those individuals were?
7    A   I think it was Dr. Tin Maung Than.  I can't
8  exactly remember because we have a lot of voicing
9  consultants, new ones coming in, giving a fair chance
10  to others who did have a chance.  So we would have one
11  editorial consultant, a voicing consultant for one or
12  two years, and then somebody might be interested and
13  we like to give them a chance.  And that is, I think,
14  our policy.
15    Q   Did you play any role in the decision not to
16  renew these contracts?
17    A   No, not at all.
18    Q   And do you know specifically why their
19  contracts were not renewed?
20    A   No.
21    Q   With respect to other voice consultants, do
22  you have a chance to observe their job performance in

Page 24

1  a way similar to observing Maung Maung's job
2  performance?
3    A   Yes.
4    Q   Has anyone ever discussed with you whether
5  or not a voice consultant has the potential to become
6  a full-time broadcaster?
7    A   No.
8    Q   I believe you testified a few moments ago
9  that the Burmese Service has always looked for new
10  voices; is that accurate?
11    A   Yes.  After like two years or three years
12  and if there is somebody else who would like to have a
13  try, and if he is qualified, we would give them a
14  chance.
15    Q   Can you name any voice consultant
16  specifically that was hired as a new voice?
17    A   Well, we have many during these years.
18    Q   But you can't name any specifically?
19    A   Of course I can.  I have the whole list of
20  people.
21    Q   Can you name any voice consultants whose
22  contracts were not renewed because the Burmese Service

Page 25

1  wanted to hire somebody as a new voice?
2    A   Dr. Tin Maung Than, he had worked as a
3  voicing consultant and later his contract was not
4  renewed.
5    Q   So is it your testimony now that Maung
6  Maung -- his contract was not renewed because the
7  Burmese Service was seeking a new voice?
8    A   I didn't mean that.  This is just my
9  assumption.  The decision was made by director and
10  other top management people.  I don't know why his
11  contract was not renewed.
12    Q   And you were only speculating because they
13  were hiring a new voice?
14    A   Yes.  It was my assumption.
15    Q   And do you know any specific acknowledge of
16  any voice consultant not having their contract renewed
17  because the Burmese Service was hiring a new voice?
18    A   I mean Dr. Tin Maung Than, his contract was
19  not renewed.
20    Q   Right.  But do you have any specific
21  acknowledge his was not renewed because the Burmese
22  Service was hiring a new voice?

7 (Pages 22 to 25)

Khin M. Nyane

November 10, 2006

Washington, DC

---

Page 26

1    A  No, I don't.
2    Q  And do you have any specific acknowledge of
3  any other voice consultants' contracts not being
4  renewed because the Burmese Service was hiring a new
5  voice?
6    A  No.
7    Q  Do you have any specific knowledge as to why
8  any voice consultant's contract was not renewed?
9    A  Sorry?
10    Q  With respect to voice consultants whose
11  contracts have not been renewed, do you have any
12  specific acknowledge as to why any of those voice
13  consultants' contracts were not renewed?
14    A  No, I don't.
15    Q  And it would in part be because you don't
16  play a role in the decision to renew a contract?
17    A  Exactly.
18    Q  Do you know whether there are any documents
19  in the Burmese Service that would demonstrate the
20  Burmese Service's preference for new voices?
21    MR. ABRAMSON:  Objection.  You can answer it
22  if you know.

---

Page 27

1    THE WITNESS:  Well, I can't answer that.  It
2  could be one of the reasons.
3  BY MR. KOUBA:
4    Q  When you say it could be one of the reasons,
5  you're referring to new voices?
6    A  Yes.
7    Q  Do you know whether or not there are any
8  documents at the Burmese Service that would show new
9  voices are one consideration when deciding whether or
10  not to renew a voice consultant contract?
11    A  We don't have documents like that.
12    Q  To your knowledge, has the Burmese Service
13  ever not renewed a voice consultant's contract because
14  that individual did not have the potential to become a
15  full-time broadcaster?
16    MR. ABRAMSON:  Objection.  You can answer.
17  Lack of basis for that, foundation.
18    THE WITNESS:  Because in the past none of
19  the voicing consultants became full-time staff
20  members.
21
22  BY MR. KOUBA:

---

Page 28

1    Q  And my question was whether you knew if the
2  Burmese Service had ever not renewed a voice
3  consultant's contract because they felt that
4  individual did not have the potential to become a
5  full-time broadcaster?
6    MR. ABRAMSON:  Objection.  He testified he
7  was not involved in those decisions so there's no
8  foundation for that.
9    MR. KOUBA:  The objection is fine, so you
10  can leave it at that.
11    THE WITNESS:  Yes.
12  BY MR. KOUBA:
13    Q  Yes what?
14    A  I wouldn't want to answer that.
15    Q  You don't recall any specific instance in
16  which the Burmese Service did not renew a contract
17  because they felt the individual did not have the
18  potential to become a full-time broadcaster?
19    MR. ABRAMSON:  Objection.
20    THE WITNESS:  Even if a voicing consultant
21  has a potential, there has to be an opening or vacancy
22  in the service, and when there's a vacancy,

---

Page 29

1  application would be invited and he should apply.  So
2  the question of the contract being renewed has nothing
3  to do with being -- the ability to become a full-time
4  staff.
5  BY MR. KOUBA:
6    Q  Do employees in Radio Free Asia need an
7  access card to enter the building?
8    A  Yes.
9    Q  Do you know whether Maung Maung ever had an
10  access card to enter the building?
11    A  Yes, he has.
12    Q  Do you know when he had an access card?
13    A  No.
14    Q  Do you know whether or not his access card
15  was cancelled at some point?
16    A  Well, we understand when a person is hired
17  as a voicing consultant he's given an access card so
18  he can enter the building odd hours.  Like when we are
19  doing the morning news, he has to come at four --
20  early morning or 4:00, so he needs a card to enter the
21  building.  And when their contracts are terminated or
22  not renewed, then the card would be withdrawn.

---

8 (Pages 26 to 29)

Khin M. Nyane                                                                November 10, 2006

Washington, DC

Page 30

1    Q   So to your knowledge when his -- Maung
2    Maung's voice consultant contract was not renewed, his
3    access card also would have been cancelled?
4    A   I don't know.
5    Q   But you didn't play any role in the decision
6    to cancel?
7    A   Yes.  I didn't play, yes.
8    Q   And when he didn't come to work, you didn't
9    know his contract wasn't renewed?
10   A   Yes.  When he didn't come, he didn't come.
11   Q   Do editorial consultants record their
12   broadcasts over the phone?
13   A   Yes.
14   Q   In your opinion are broadcasts recorded over
15   the phone as high in quality as broadcasts recorded in
16   the studio?
17   A   Yes.  As good as the recordings done in the
18   studio, depending on the phone lines.
19   Q   I'm sorry, depending on?
20   A   Depending on the telephone lines.  So here
21   in Washington area there is no problem.  If a person
22   is doing a recording from far away, from Asia or

Page 31

1    Thailand, then it might be different.
2    Q   Do you recall whether Maung Maung's hours
3    were cut during the month of September 2004?
4    A   No.
5    Q   And you never played any role in the
6    decision to reduce Maung Maung's hours as voice
7    consultant?
8    MR. ABRAMSON:  Objection.
9    THE WITNESS:  No.
10   BY MR. KOUBA:
11   Q   Up to now we've been discussing Maung
12   Maung's position as a voice consultant.  For the next
13   new moments I want to discuss Maung Maung's
14   performance as an editorial consultant.
15   A   Okay.
16   Q   Do you know when he began working as
17   editorial consultant?
18   A   No, I don't.
19   Q   Do you know whether he is still working as
20   an editorial consultant?
21   A   Yes, he is.
22   Q   During the time that he's been an editorial

Page 32

1    consultant, have you had an opportunity to observe his
2    job performance?
3    A   Yes.
4    Q   Could you describe his job responsibilities
5    as an editorial consultant?
6    A   He was responsible to write a script on
7    science and new innovations, and he would submit the
8    script to us and one of the editors would look through
9    it and approve, and after that a recording would be
10   done by him.
11   Q   And could you describe how well Maung Maung
12   performs his job responsibilities as an editorial
13   consultant?
14   A   It was okay.
15   Q   His performance was okay?
16   A   Yes.
17   Q   Was it adequate?
18   A   Yes.
19   Q   Does he complete his broadcasts on time?
20   A   Yes, he did.
21   Q   And have you ever had any complaints from
22   co-workers about his performance as an editorial

Page 33

1    consultant?
2    A   Sometimes I have complaints that it was very
3    difficult to reach him because the telephone
4    numbers -- I should say there's only a small window to
5    get contact with him.  So sometimes when our staff are
6    not free, it becomes -- it becomes difficult.
7    Q   And who specifically made these complaints
8    to you?
9    A   Those staff members who are responsible to
10   take his recording over the phone.
11   Q   Do you know how often individuals made
12   complaints about Maung Maung being difficult to reach?
13   A   Once in a while.  Sometimes during the
14   course of conversations people might say oh, it's so
15   difficult to reach him.  Not every week or not all the
16   time, but once in a while.
17   Q   Did you ever communicate these complaints to
18   Soe Thinn?
19   A   Yes, I did.
20   Q   Do you recall when?
21   A   No.
22   Q   Did you ever communicate these complaints to

9 (Pages 30 to 33)

Khin M. Nyane

November 10, 2006

Washington, DC

Page 34

1  Nancy Shwe?
2      A   Yes.  She knew about it as well.  Because
3  the person who took the recordings is not only one
4  person.  According to our shift duties, people are
5  also changing.
6      Q   So several staff members voiced the same
7  complaint?
8      A   Yes.
9      Q   Other than the complaint that Maung Maung
10  was difficult to reach, did co-workers voice any other
11  complaints concerning Maung Maung's job as an
12  editorial consultant?
13      A   No.
14      Q   As an editorial consultant, did Maung Maung
15  ever demonstrate any political bias?
16      A   No.
17      Q   And did you ever receive any complaints from
18  listeners regarding Maung Maung's performance as an
19  editorial consultant?
20      A   No.
21      Q   Do you know whether the Burmese Service has
22  renewed Maung Maung's contract as an editorial

Page 35

1  consultant?
2      A   I suppose because he still working as an
3  editorial consultant.
4      Q   Have you ever been involved in the decision
5  to renew Maung Maung's contract as an editorial
6  consultant?
7      A   No, not at all.
8      Q   Do you know who would have been involved in
9  the decision to renew Maung Maung's contract as an
10  editorial consultant?
11      A   It could be the director.
12      Q   And has the director ever discussed Maung
13  Maung's performance as an editorial consultant with
14  you in connection with his decision to renew his
15  contract?
16      A   Well, he wouldn't say it had to do with the
17  decision to renew the contract, but he would discuss
18  with us during meetings with the editors how his
19  performance was.
20      Q   And this would be similar to discussions you
21  had with Soe Thinn regarding his performance as a
22  voice consultant?

Page 36

1      A   Yes.  It is between you, Soe Thinn and
2  editors.
3      Q   Did the Burmese Services do any written
4  evaluation of editorial consultants?
5      A   No.
6      Q   Have you listened to Maung Maung's show?
7      A   Yes.
8      Q   And what's your opinion of it?
9      A   It was all right.
10      Q   Is Maung Maung's show popular among
11  listeners?
12      A   I don't know because it is very difficult to
13  get the listeners' views.  Burma is a closed country.
14      Q   I'm going to ask the reporter to mark this
15  as Exhibit 1.
16          (Nyane Deposition Exhibit Number 1 was
17  marked for identification and attached to the
18  transcript.)
19  BY MR. KOUBA:
20      Q   Mr. Nyane, you've just been handed Exhibit
21  1.  Have you seen this document before?
22      A   Yes, I have.

Page 37

1      Q   And is it fair to describe this as an
2  evaluation of Maung Maung's weekly broadcast?
3      A   Yes.  We have these annual evaluations of
4  our programs and some people were hired to get the
5  opinions of the listeners, and these people contacted
6  a few listeners inside Burma and they get the views of
7  these people.  It's a random sampling and it's the
8  opinion of a few people, so it is very hard to say
9  that these are the views of the entire audience.
10      Q   When did you most recently see this
11  document?
12      A   This was like two, three years ago.
13      Q   I'm going to read the first bullet point in
14  the report.  It says, "Science and Technology was one
15  of RFA's best scientific affairs programs."  Do you
16  agree with that statement?
17      A   I don't exactly know what they mean by one
18  of the best.  Then you can say one of the most
19  interesting.
20      Q   I'm going to read the second bullet point.
21  "Presenter was lively, confident, articulate,
22  energetic and pronounced English names correctly."  Do

10 (Pages 34 to 37)

Khin M. Nyane

November 10, 2006

Washington, DC

Page 38

1    you agree with that statement?
2        A    Yes, I do.
3        Q    Are you aware that Maung Maung filed a
4    complaint with the EEOC?
5        A    EEOC, okay.  Yes.  I learned about it last
6    year.
7        Q    Do you recall when last year you learned
8    about it?
9        A    In the second half of last year.
10       Q    So sometime after June 2005?  Is that
11   accurate?
12       A    Yes.
13       Q    How did you learn about Maung Maung's EEOC
14   complaint?
15       A    I met him at one of the religious ceremonies
16   at the Buddhist monastery, I think.
17       Q    So you learned from Maung Maung?
18       A    Yes.
19       Q    Are you familiar with the allegation in the
20   complaint?
21       A    No, not really.
22       Q    Do you have any knowledge concerning why

Page 39

1    Maung Maung filed a complaint with the EEOC?
2        A    Yes.
3        Q    And what is that?
4        A    Because he was not chosen for a vacant
5    position in the Burmese Service.
6        Q    Have you discussed Maung Maung's complaint
7    with the EEOC with anyone?
8        A    No.
9        Q    Do you have any knowledge of what the EEOC
10   did to investigate Maung Maung's complaint?
11       A    No.
12       Q    Do you know whether Maung Maung filed a
13   second complaint with the EEOC?
14       A    No, I don't.
15       Q    So you have no knowledge concerning whether
16   or not Maung Maung filed a second complaint with the
17   EEOC?
18       A    No.  I thought it was only once -- only one
19   time.
20       Q    To your knowledge, Maung Maung only filed
21   one complaint with the EEOC?
22       A    Yes.

Page 40

1        Q    And that complaint arose out of not getting
2    a position in the Burmese Service -- a vacant
3    position?
4        A    Yes.
5        Q    Do you know whether Maung Maung filed a
6    complaint in D.C. Superior Court?
7        A    No, I don't.
8        Q    You have no knowledge concerning any
9    complaints Maung Maung filed in D.C. Superior Court?
10       A    No.
11       Q    Do you know whether Maung Maung filed a
12   complaint in Federal court in D.C.?
13       A    No.
14       Q    Do you know whether or not at any point
15   prior to filing an EEOC complaint, Maung Maung made
16   any informal complaints regarding Radio Free Asia?
17       A    To whom?
18       Q    To either anyone at Radio Free Asia or
19   anyone outside of Radio Free Asia.
20       A    No.
21       Q    Do you know whether Maung Maung ever sent
22   any letters in which he complained about Radio Free

Page 41

1    Asia?
2        A    No, I don't.
3        Q    Do you know whether Maung Maung ever applied
4    to be a full-time broadcaster?
5        A    Yes, I did.
6        Q    Do you recall when?
7        A    That was in the 2002-3 period, I think.
8        Q    Either 2002 or 2003?
9        A    Yes.  During that period of 2002 -- no,
10   2003.
11       Q    And how did you learn that Maung Maung had
12   applied to be a full-time broadcaster?
13       A    Because he was already working with us as a
14   voicing consultant, and we knew -- we learned from
15   him, I think, that he's applying for the position.
16       Q    So, to the best of your recollection, Maung
17   Maung told you he was applying to be a full-time
18   broadcaster?
19       A    Yes.  And we encouraged him.
20       Q    And what was your response to him informing
21   you of this?
22       A    Yes, why don't you; you're working with us,

11 (Pages 38 to 41)

Khin M. Nyane                                                                November 10, 2006

Washington, DC

Page 42

1  something like that.
2      Q   In your opinion, do you think Maung Maung
3  was qualified to be a full-time broadcaster?
4          MR. ABRAMSON:  Objection.
5          THE WITNESS:  Well, it depends, because the
6  full-time broadcaster's responsibilities and a voicing
7  consultant's is -- the responsibilities are different.
8          MR. KOUBA:  In your opinion, do you believe
9  Maung Maung was qualified to be a full-time
10  broadcaster?
11          MR. ABRAMSON:  Objection.
12          THE WITNESS:  He could.
13  BY MR. KOUBA:
14      Q   And you encouraged him to apply to be a
15  full-time broadcaster?
16      A   Yes.  Of course.
17      Q   Did you ever talk to Soe Thinn about his
18  application to become a full-time broadcaster?
19      A   No.
20      Q   You never discussed Maung Maung's
21  application to become a full-time broadcaster?
22          Did you ever discuss Maung Maung's

Page 43

1  application to become a full-time broadcaster with
2  Nancy Shwe?
3      A   No.
4      Q   Did you ever discuss Maung Maung's
5  application to become a full-time broadcaster with anyone
6  other than Maung Maung?
7      A   When you say discuss, we talk about it, but
8  we did not give our opinions or views, you know what I
9  mean?  Because we work together in the Service, and
10  say oh, Maung Maung has applied for the position, but
11  then we didn't say he should get it or he shouldn't
12  get it.
13      Q   And who did you have these discussions with?
14      A   Well, with our co-workers.
15      Q   Editors and staff members?
16      A   No -- I cannot recall.
17      Q   But not with the director or deputy
18  director?
19      A   Not with the director.
20      Q   Did you play any role in the Burmese
21  Service's hiring process for the full-time broadcaster
22  position in 2003?

Page 44

1      A   No.
2      Q   You didn't have any input into who they
3  hired as a full-time broadcaster?
4      A   No.
5      Q   Do you know who they ended up hiring?
6      A   Who they ended up hiring.  Who was chosen?
7      Q   Do you know whether the Burmese Service
8  hired a full-time broadcaster in 2003?
9      A   Yes.
10      Q   And do you know who that individual was?
11      A   Kyi Kyi Than.
12      Q   Do you recall when Kyi Kyi Than began
13  working in the Burmese Service?
14      A   No, I don't.
15      Q   Did you have an opportunity to observe Kyi
16  Kyi Than's job performance as a full-time broadcaster?
17      A   Yes, I did.
18      Q   How would you describe her job performance?
19      A   Below average.
20      Q   And in what ways was her job performance
21  below average?
22      A   In her translations.

Page 45

1      Q   Could you be a little more specific?
2      A   Because her comprehension of English
3  language was weak, she would sometimes make mistakes
4  in the translations.
5      Q   Do you recall any other reasons her job
6  performance was below average?
7      A   No.
8      Q   Is Kyi Kyi Than still employed as a
9  full-time broadcaster?
10      A   No.
11      Q   Do you recall when she stopped being a
12  full-time broadcaster?
13      A   After eight or nine months, I think.
14      Q   Do you know whether she was terminated or
15  whether she left on her own?
16      A   She left on her own.
17      Q   Do you know why she left on her own?
18      A   Because she couldn't stand the pressure, I
19  think.
20      Q   And when you say she couldn't stand the
21  pressure, that's the pressure that goes along with
22  being a full-time broadcaster?

12 (Pages 42 to 45)

Khin M. Nyane                                                                November 10, 2006

Washington, DC

Page 46

1    A    Yes, the pressure of the job.  Because, like
2    I said earlier, the responsibilities of a full-time
3    broadcaster are rather heavy, and each broadcaster is
4    expected to produce two features a week plus their
5    daily duties, and that is what I meant by pressure.
6    Q    Did you ever discuss with Kyi Kyi Than her
7    decision to leave the Burmese Service?
8    A    No.
9    Q    Did you ever discuss Kyi Kyi Than's job
10   performance with the director of the Burmese Service?
11   A    Yes, I did.
12   Q    And what did the two of you discuss?
13   A    Well, the director asked me about her
14   performance, and I told him she needed improvement;
15   she made mistakes in her translations.
16   Q    Was this on one occasion the director asked
17   you or on more than one occasion?
18   A    Maybe two or three times.
19   Q    Do you recall how soon after Kyi Kyi Than
20   began working on the Burmese Service the first time
21   the director asked you was?
22   A    No, I cannot.

Page 47

1    Q    And do you recall how long it was between
2    the last time he asked you about her job performance
3    and when she decided to leave?
4    A    I can't remember.  See, she didn't work with
5    me all the time.  We have other editors and sometimes
6    she worked with me; sometimes she worked with another
7    editor.  And so the director would ask the editors how
8    she had performed, and I told him what I thought -- my
9    views.  But then I wasn't involved in the decision or
10   Soe Thinn's decision.
11   Q    And when you say Soe Thinn's decision, what
12   decision was that?
13   A    About hiring and terminating.  These I
14   assume to be the director and the top management joint
15   decisions.
16   Q    Did you ever discuss Kyi Kyi Than's job
17   performance with other editors?
18   A    Yes.
19   Q    And what were other editors' opinion of Kyi
20   Kyi Than's job performance?
21   A    We all had the same views.
22   Q    And those views were that her translations

Page 48

1    were below average?
2    A    Yes.  That she needed improvement.
3    Q    Have you ever played any role in the Burmese
4    Service's decision to hire any full-time broadcaster?
5    A    No.
6    MR. KOUBA:  Why don't we take a short break.
7    MR. ABRAMSON:  Okay.
8    (A brief recess was taken from 11:05 to
9    11:10.)
10   BY MR. KOUBA:
11   Q    I've just got a few more questions for you
12   right now.
13   A    Yes.
14   Q    First, I want to go back to one thing you
15   stated earlier, and that was in your opinion Maung
16   Maung had demonstrated political bias in certain
17   broadcasts that -- I'll use my own words here -- poked
18   fun at Burmese generals.  Is that a fair
19   characterization of your testimony?
20   MR. ABRAMSON:  Objection.
21   THE WITNESS:  Poke fun.  It's the usage of
22   the terms military leaders in Burmese sounds a little

Page 49

1    impolite.
2    BY MR. KOUBA:
3    Q    And do you know whether there are any other
4    broadcasts that have similar -- that treat Burmese
5    generals similarly?
6    A    Yes.
7    Q    Do you know how often there are broadcasts
8    like that in the Burmese Service?
9    A    It came out quite often because the Burmese
10   community here is very small and almost all the people
11   in this Washington area do not like the military
12   regime, and the trend is to say something bad about
13   the military.  So he would be using these terms in
14   line with the trend.
15   Q    Right.
16   A    But to me, I wanted to be more objective,
17   and a general is a general, whether he's good or bad.
18   Q    Right.  I understand that.
19   A    That is what I meant by bias.
20   Q    And to your knowledge, did other
21   broadcasters or other voice consultants in a similar
22   way refer to generals?

13 (Pages 46 to 49)

Khin M. Nyane                                                    November 10, 2006

Washington, DC

Page 50

1    A   Yes, they did.
2    Q   And do you know whether any of their
3 broadcasts were ever actually aired?
4    A   Some of them were.
5    Q   Do you recall specifically who aired these
6 broadcasts?
7    A   Like Dr. Tin Maung Than.
8    Q   So it's your testimony that Maung Maung
9 aired a broadcast that referred to Burmese generals?
10   A   Yes.
11   Q   And earlier you testified that you corrected
12 these -- the translations before he broadcast them?
13       MR. ABRAMSON:  Objection.
14       THE WITNESS:  Well, some of them -- when he
15 was working with me, I would try to avoid these
16 usages, but sometimes he will be working with other
17 editors so some of these might be on air, you know.
18 BY MR. KOUBA:
19   Q   Okay.  I understand now.  Other than him,
20 can you identify any full-time broadcasters or voice
21 consultants that have had similar broadcasts regarding
22 Burmese generals.

Page 51

1    A   Yes, we do have some.
2    Q   Do you know roughly how many?
3    A   Three or four.
4    Q   And are they still employed in the Burmese
5 Service?
6    A   Yes.
7    Q   Who are these individuals?
8    A   One has moved to the Voice of America.  He
9 was an activist before.  He had fought with the
10 Burmese Army so he wouldn't be saying nice -- of
11 course the Burmese Army had been an enemy at one time
12 so he wouldn't say any good of the Army of course.  So
13 we understand that he will be using these terms.
14   Q   Right.
15   A   And, like I said earlier, we -- a lot of
16 Burmese people think it is proper to use such usages
17 because to say good of the military would be like
18 provoking the community -- Burmese community.
19   Q   Right.  Do you recall any other specific
20 individuals who have used the same language regarding
21 Burmese generals?
22   A   Yes.

Page 52

1    Q   And who are they?
2    A   We have Tin Aung Khine.
3    Q   Would you spell that, please.
4    A   T-I-N A-U-N-G K-H-I-N-E.
5    Q   And who else?
6    A   And we have Zaw, Z-A-W, N-O-E K-Y-A-W, Zaw
7 Noe Kyaw.
8    Q   Are these individuals still employed by the
9 Burmese Service?
10   A   Yes.
11   Q   Are they full-time broadcasters or voice
12 consultants?
13   A   They are full-time broadcasters.
14   Q   Do you recall when these two individuals
15 began working for the Burmese Service?
16   A   I think Tin Aung Khine was employed in 2000,
17 2001 period, and Zaw Noe Kyaw was employed last year.
18   Q   And just so the record is clear, these two
19 individuals have broadcasted things regarding Burmese
20 generals that demonstrate the same political bias that
21 Maung Maung demonstrated when he broadcasted regarding
22 Burmese generals?

Page 53

1    A   But when Maung Maung was working with us, I
2 tried to avoid such usages, but later on one of our
3 deputy -- how shall I say Susan?
4        MR. ABRAMSON:  Just say Susan.
5        THE WITNESS:  Her designation is deputy
6 director, but it's not the same with Nancy's deputy
7 director.
8 BY MR. KOUBA:
9    Q   Susan Lavery?
10   A   Yes.  She once said these people are
11 unelected military regime and there's nothing wrong to
12 say military regime, military government.  So in the
13 Burmese language we are now using it as all right.
14 But when Maung Maung was working with us, I tried to
15 use this -- avoid because I think it is not objective.
16   Q   So is it your testimony that the references
17 to the Burmese generals that you discussed earlier
18 Maung Maung making, are now permitted by the Burmese
19 Service?
20   A   Yes.
21   Q   And do you know whether Tin Aung Khine ever
22 made references about the Burmese generals before it

14 (Pages 50 to 53)

Khin M. Nyane                                                          November 10, 2006

Washington, DC

Page 54

1  was permitted by the Burmese Service?
2      A   Those days these were not taken seriously,
3  but to me I think it was improper to use such words.
4      Q   But to your knowledge, do you know whether
5  Tin Aung Khine ever used such words before the Burmese
6  Service began permitting it?
7      A   Maybe once in a while.
8      Q   Do you know whether Kyi Kyi Than had any
9  positions at Radio Free Asia after she stopped being a
10 full-time broadcaster?
11     A   Yes.
12     Q   What was that position?
13     A   I don't know the exact designation, but she
14 worked for the Finance Department for some time.
15     Q   Did you have any role in her taking a job in
16 the Finance Department?
17     A   No.
18     Q   When you say she worked in the Finance
19 Department, is that the Finance Department for the
20 Burmese Service or the Finance Department for Radio
21 Free Asia?
22     A   The finance Department of RFA, Radio Free

Page 55

1  Asia. We have only one Finance Department.
2      Q   And do you know whether anyone in the
3  Burmese Service played any role in her getting a
4  position in the Finance Department for Radio Free
5  Asia?
6      A   I don't know.
7      MR. KOUBA: I think that's all I have right
8  now. I would like to thank you for coming in. I can
9  imagine it was not that much fun.
10     THE WITNESS: Okay.
11     MR. ABRAMSON: I have a couple questions
12 just to clarify the record a little bit.
13     THE WITNESS: Because these things happen.
14     MR. ABRAMSON: Wait. No question yet.
15     EXAMINATION BY COUNSEL FOR THE DEFENDANT
16 BY MR. ABRAMSON:
17     Q   Just to clarify some testimony with general
18 questions about the level of your input into hiring
19 decisions for full-time broadcasters or contractors,
20 first, do you know what standards are used by the
21 people responsible for hiring to make the hiring
22 decisions?

Page 56

1      A   No, I don't.
2      Q   And when you testified that you talked with
3  the director and the assistant director about Maung
4  Maung and other contractors, do you know to what
5  extent they utilized that information in making
6  decisions, for example, about hiring or hiring or not
7  renewing contractors?
8      A   Information on what?
9      Q   About their job performances.
10     A   It might have played a part. And I think it
11 is normal for the superiors to ask about the job
12 performances of the junior staff.
13     Q   Focusing on the voice consultants for a
14 second, I want to clarify exactly what it is that they
15 do with news stories. They do some translation, but
16 do they do anything else?
17     A   Yes. When they come in for work, the editor
18 will give them, normally, four news stories, which we
19 got through the news wire agencies, and sometimes the
20 editors would edit portions of the news stories and
21 sometimes they don't. And these voicing consultants
22 had to read through the news stories and rewrite them.

Page 57

1  It's not an actual translation, not literally
2  translation, but they read through the story and
3  rewrite it for radio, because the original was meant
4  for newspapers and we couldn't use it straightaway so
5  these had to be rewritten for radio language.
6      Q   And there was also some testimony or
7  questions concerning whether Maung Maung got his
8  stories in on time, both for voicing and for editorial
9  consultants. What does on time mean to you?
10     A   On time means our radio shows goes out every
11 day at a specific time and we have to finish it before
12 the show starts, and this is what I meant by on time.
13 He had to finish it like half an hour or 20 minutes
14 before the actual show starts. So if he or she
15 couldn't finish it, we'll still have to force it so
16 that the show could go on. So everybody had to finish
17 on time.
18     Q   It was just a question -- to meet that
19 deadline was a question of how much work the editor
20 had to do?
21     A   Yes, to meet the deadline.
22     Q   I mean, if the story wasn't right, the

15 (Pages 54 to 57)

Khin M. Nyane

November 10, 2006

Washington, DC

Page 58

1  editor had to fix it?
2      A   Yes.
3      Q   You've been working at Radio Free Asia for
4  quite some years?
5      A   Yes.  Eight years to be exact.
6      Q   What pattern have you observed with regard
7  to how long voice contractors have stayed working in
8  the Burmese Service?
9      A   One or two years.
10     Q   So voice contractors would stay one or two
11 years and then they would be replaced?
12         MR. KOUBA:  Objection.
13         THE WITNESS:  Yes.
14 BY MR. ABRAMSON:
15     Q   You also had some testimony concerning a
16 question you were asked whether you thought Maung
17 Maung was qualified to be a full-time broadcaster,
18 that you encouraged him to apply.  Can you clarify
19 that testimony a little bit?
20     A   When I said we gave him encouragement, he
21 had been working with us for some time, and as a
22 friend, as a co-worker, we encouraged him why don't

Page 59

1  you give a try, you might get a job.  That doesn't
2  mean that he is fully qualified to be a full-time
3  broadcaster, other than just asking him to give a try.
4  If it was somebody else in his position, we might do
5  the same.
6      Q   To what extent is politeness a part of
7  Burmese culture?
8      A   It plays a big part.  Politeness is very
9  important in our culture.
10     Q   To what extent, if any, was the
11 encouragement of Maung Maung to apply an element of
12 politeness?
13     A   To what extent?
14     Q   Yes.  I mean, to what extent did it reflect
15 any kind of Burmese cultural politeness?
16     A   Yes, we might have said it out of
17 politeness.
18     Q   And the last question deals with the Exhibit
19 1, the InterMedia report.  This is page 21 of the
20 report, correct?  Right here.
21     A   Okay.
22     Q   So it's a big report, right?

Page 60

1      A   Yes.  In our annual evaluations, the one or
2  two broadcasts were chosen at random, and then these
3  people from InterMedia agency would go inside Burma
4  and meet a few people, and people dare not talk freely
5  in Burma, not even among themselves, let alone
6  foreigners.  So these are like secret contacts or done
7  undercover, and they could meet only a few selective
8  people.  They meet like six or seven people, I think.
9          And so the program -- the particular program
10 they ask about might be good or bad, and the people
11 they interviewed might not be competent enough to give
12 an accurate view and it is very difficult to say these
13 are accurate figures or facts.
14         MR. ABRAMSON:  No further questions.
15         MR. KOUBA:  I've got just a couple.
16 FURTHER EXAMINATION BY COUNSEL FOR THE PLAINTIFF
17 BY MR. KOUBA:
18     Q   You were just testifying about what to you
19 on time meant.  I believe you said that editors have
20 to help voice consultants get their work done so that
21 the broadcast can be complete in time.
22     A   Yes.

Page 61

1      Q   To your knowledge, did editors have to help
2  Maung Maung complete his broadcast?
3      A   No.
4      Q   One other question about Exhibit --
5      A   But I earlier stated that if he had some
6  mistakes in his rewritten news, then I would have
7  pointed out and asked him to correct them.  That is
8  not only with him but other staff as well.
9      Q   In your opinion, did you have to help
10 Maung Maung more than every other voice consultant?
11     A   No.
12     Q   In your opinion, did you help Maung Maung
13 less than the average voice consultant?
14     A   Sorry?
15     Q   In your opinion, did you help Maung Maung
16 less than the average voice consultant?
17     A   No.
18     Q   So was Maung Maung average in terms of the
19 amount of help you had to provide?
20     A   Yes.  I said so.  He was average.
21     Q   I just have one question about Exhibit 1.
22 Does the Burmese Service still use InterMedia to do

16 (Pages 58 to 61)

Khin M. Nyane

November 10, 2006

Washington, DC

Page 62

1   these kind of surveys or reports?
2       A   I don't know.
3           MR. KOUBA:  That's all I have.
4           MR. ABRAMSON:  He'll read and sign.
5           (Signature not having been waived, the
6   deposition of Khin Maung Nyane was concluded at 11:50
7   p.m.)
8
9
10          _____
11                  Signature of the Witness
12
13  SUBSCRIBED AND SWORN to before me this _____ day of
14
15  _____, _____.
16
17          _____
18                  Notary Public
19
20  My Commission Expires:_____
21
22

Page 63

1   CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2       I, Stephany L. Jerome, the officer before whom the
3   foregoing proceedings were taken, do hereby certify that the
4   foregoing transcript is a true and correct record of the
5   proceedings; that said proceedings were taken by me
6   stenographically and thereafter reduced to typewriting under
7   my supervision; and that I am neither counsel for, related
8   to, nor employed by any of the parties to this case and have
9   no interest, financial or otherwise, in its outcome.
10      IN WITNESS WHEREOF, I have hereunto set my hand
11  and affixed my notarial seal this 22nd day of November,
12  2006.
13  My commission expires:
14  March 31, 2011
15
16
17          _____
18  NOTARY PUBLIC IN AND FOR
19  THE DISTRICT OF COLUMBIA
20
21
22

Alderson Reporting Company
1-800-FOR-DEPO