# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KHIN MAUNG THAN, )
)
Plaintiff, )
)
v. )
) Case No: 1:05-CV-01042 (RMU)
RADIO FREE ASIA, )
)
Defendant. )

## AFFIDAVIT OF DR. KHIN MAUNG THAN

1. I am over the age of 18 and am competent to testify on the matters discussed herein. The matters discussed and information set forth in this affidavit are based upon personal knowledge.

2. I was born and educated in Burma. I first immigrated to the United States in February 1997. In 1999, I was granted political asylum.

3. While in Burma, I studied medicine at the Institute of Medicine-1, Rangoon, Burma. After I graduated, I became a medical doctor and practiced medicine first in small cities approximately 150 miles away from Rangoon. Thereafter, I practiced medicine at a private clinic on the outskirts of Rangoon.

4. In addition to studying medicine in Rangoon, while in Burma and prior to working at RFA, I also performed certain journalism work. From 1984 to 1988, I was a contributing editor to the Institute of Medicine-1 students' magazine. In this position, I wrote and edited articles for the magazine. Also while in this position, I translated materials from Burmese to English, and from English to Burmese. The magazine that Institute of Medicine-1's students published included short stories, long stories, news articles about recent developments

1

in medicine, cartoons, poems, advertisements and other features. The magazine had sections in both Burmese and English. Because of the amount of materials submitted to the magazine, not all submissions could be published. Accordingly, together with the other magazine staff, I was required to thoroughly read and edit submissions to the magazine.

5. From 1990 to 1994, I contributed original and translated articles to certain Burmese publications. In particular, I wrote articles related to health issues and contributed to a local Burmese health magazine that was published monthly. Some of these writings were based on my experience as a physician. In addition, other submissions were translations from international news magazines.

6. From 1995 until I began working at Radio Free Asia ("RFA"), I contributed articles to other publications, which were published in the United States. While doing this, I read and gathered information relating to technology and health from newspapers, news magazines, television and the internet, translated the information and wrote articles in Burmese about it.

7. I first expressed interest in working at RFA in 1998 in a letter to Director Soe Thinn with my resume attached.

8. In February 1999, I took RFA's pre-employment language proficiency test for the first time. I was informed thereafter that although RFA did not have any broadcaster positions, my resume and test scores would be kept on file.

9. In July of 1999, I called Tamara Bagley, in RFA's human resources department to inquire about positions that might be available. Ms. Bagley informed me that there were no openings, but that I would be informed if a position became available.

10. In February 2000, I sent a letter to Ms. Bagley to inquire about openings at RFA. I received a phone call from Cindy Kim regarding this letter. Ms. Kim informed me that no one had been recently hired and that I would be informed if any positions became available.

11. In March of 2001, I again applied for a broadcaster position at RFA that was advertised in the Washington Post. I informed RFA that I had taken the language proficiency test, but would do so again if necessary. In response, Ms. Bagley sent me a letter regarding a test that was being offered, which I thereafter took on March 30, 2001.

12. In June 2001, Tom Beeson at RFA informed me that RFA was unable to consider me at that time for a broadcaster position, but that my test scores would be kept on file.

13. Early in 2002, I interviewed for a full-time broadcaster position. Present at this interview were Dan Southerland, Alex Tseu and Soe Thinn. I was not asked any questions concerning Aung San Suu Kyi or any possible political biases during this interview.

14. Although I was not hired as a full-time broadcaster, I began working at RFA as a voice consultant in May 2002. I continued to work as a voice consultant at RFA through the end of September 2004. As a voice consultant at RFA, I was responsible for writing news stories, originally written in English, in Burmese and in a format that could be broadcast over the radio. The format of written newswires varied from the stories that would be broadcast, and thus, preparing the Burmese broadcasts was more complicated than simply translating these stories verbatim from English into Burmese. In addition to writing news stories, after these stories were finalized in Burmese, I also was responsible for recording these stories to be broadcast over the air.

15. In October 2002, RFA hired me to also be an editorial consultant. I have continued to serve as an editorial consultant at RFA. As an editorial consultant, I produced a weekly broadcast entitled "Advance in Science and How it Impact[s] Burmese Society." In this position, I was responsible for writing a weekly piece to be broadcast by RFA. In addition, after writing this feature, I was required to record the weekly feature I had written for broadcast by RFA.

16. During July 2003, a full-time broadcaster position became available. On August 13, 2003, I asked Ms. Bagley whether I could retake the English proficiency test. Since taking the test in 2001, I had improved in the areas the English proficiency test evaluated. Ms. Bagley told me that no test date had been set, but that she would inform me when there was such a date. Ms. Bagley never contacted me about the test.

17. On September 10, 2003, I asked Director Thinn about re-taking the test. He explained that the test results from 2001 could be used, and I was never permitted to retake the test.

18. On October 14, 2003, I interviewed to be a full-time broadcaster at RFA. Director Soe Thinn and Burmese Service Deputy Director Nancy Shwe were present at this interview.

19. On October 22, 2003, Director Thinn informed me that RFA had chosen to hire Ms. Kyi Kyi Than as a full-time broadcaster.

20. At an October 23, 2003 staff meeting, it was announced that another full-time broadcaster, K.M. Soe, would be leaving RFA.

21. On November 13, 2003, Director Thinn announced that RFA was hiring Tin Aung Cho.

22. On November 22, 2003, I called Deputy Director Shwe to inquire about improvements I might make so that I would be better qualified to serve as a full-time broadcaster. Ms. Shwe informed me that my interview had gone well and that I had no weaknesses.

23. In addition, I have had numerous conversations with Deputy Director Shwe following the October 2003 interview, and during none of these conversations did Deputy Director Shwe express or otherwise refer to any concerns RFA might have about a possible political bias.

24. On April 1, 2004, I contacted the Equal Employment Opportunity Commission's field office in Washington D.C. regarding concerns about RFA's hiring practices. On June 17, 2004, I attended an intake interview.

25. In September 2004, my voice consultant hours at RFA were significantly reduced. I was not given an explanation as to why my hours had been reduced.

26. In early October 2004, RFA informed me that my voice consultant contract was being terminated. In particular, on October 2, 2004, I went to RFA's studio to record my weekly feature, as I had been doing since I first became an editorial consultant. Upon arrival at RFA, I learned my access card had been cancelled, and, as a result, I had to request assistance to enter the building.

27. After arriving at the Burmese Services area of RFA's offices on October 2, I saw Director Thinn. Director Thinn requested that I accompany him into a separate room, and thereafter informed me for the first time that my voice consultant contract would not be renewed. Director Thinn told me that senior management had made the decision. Prior to this time, I received no notice that my voice consultant contract would not be renewed.

28. At no time prior to October 2004 did I receive any indication that my work was not satisfactory. In addition, since October 2004, RFA has never provided any written notice that my voice consultant contract was being terminated.

29. Since October 2004, as a result of my termination, I have suffered humiliation, depression, problems sleeping, nightmares, anxiety, and lack of self-esteem. In addition, I also have lost confidence in my ability to work effectively.

_____
Khin Maung Than

Sworn and subscribed to in my presence
this 19th of January 2007,
_____
Notary Public
My commission expires: _____

Carol A. Geier
Notary Public, District of Columbia
My Commission Expires 7-31-2009

6