# Exhibit 4

Soe Thinn

Washington, DC

October 4, 2006

Page 1

1             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
2

         - - - - - - - - - - - - - x
3    KHIN MAUNG THAN,                :

                                     :
4         Plaintiff,                 :

                                     :
5              v.                    : Case No. 1:05-CV-01042

                                     : (RMU)
6    RADIO FREE ASIA,                :

                                     :
7         Defendants.                :
         - - - - - - - - - - - - - x
8

9                          McLean, Virginia
10                         Tuesday, October 3, 2006
11

12             Deposition of SOE THINN, called for
13    examination by counsel for Plaintiff, pursuant to
14    notice, at the Law Offices of Arnold & Porter, 555
15    Twelfth Street, N.W., Washington, D.C., commensing
16    at 10:02 a.m., Wednesday, October 4, 2006, before
17    Barbara A. Huber, Notary Public in and for the
18    District of Columbia, when were present on behalf of
19    the respective parties:
20

21

22

Soe Thinn                                                          October 4, 2006

Washington, DC

Page 2

```
 1   APPEARANCES:
 2      On behalf of Plaintiff:
 3        DAVID E. KOUBA, ESQUIRE
 4        RHONDA L. STEWART, ESQUIRE
 5        Arnold & Porter, LLP
 6        555 Twelfth Street, N.W.
 7        Washington, D.C. 20004-1206
 8        (202) 942-5626
 9        david_kouba@aporter.com
10      On behalf of Defendant:
11        GIL A. ABRAMSON, ESQUIRE
12        OLABISI LADEJI OKUBADEJO, ESQUIRE
13        Hogan & Hartson
14        111 South Calvert Street
15        Suite 1600
16        Baltimore, Maryland 21202
17        (410) 659-2700
18        gaabramson@hhlaw.com
19      Also Present:
20        Khin Maung Than
21        Norman E. Thompson, Radio Free Asia
22
```

Page 4

```
 1   DEPOSITION EXHIBITS (Con't):          PAGE
 2   No. 16 - Letter, September 2, 2003; Attachments  137
 3   No. 17 - Notice of Charge of Discrimination,
 4        August 17, 2004          151
 5   No. 18 - Letter, February 4, 2005      155
 6   No. 19 - Notice of Charge of Discrimination,
 7        April 18, 2005           156
 8   No. 20 - Letter, November 28, 2000      168
 9   No. 21 - Letter, December 31, 2004      168
10   No. 22 - Letter, February 23, 2004      170
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 3

## C O N T E N T S

```
 2   EXAMINATION BY:                    PAGE
 3     Counsel for Plaintiff            5
 4     Counsel for Defendants           175
 5
 6   DEPOSITION EXHIBITS:               PAGE
 7   No.  1 - Letter, October 28, 1998; Resume    47
 8   No.  2 - Test Evaluation Form, February 18, 1999  48
 9   No.  3 - Test Evaluation Form, April 29, 2001    52
10   No.  4 - Consultant Agreement, May 15, 2002    56
11   No.  5 - Consultant Agreement, September 4, 2002  57
12   No.  6 - Consultant Agreement, September 2, 2003  67
13   No.  7 - Consultant Agreement, October 1, 2002    73
14   No.  8 - Science & Technology Feature Evaluation  87
15   No.  9 - First Set of Interrogatories       90
16   No. 10 - Motion to Substitute Corrected
17        Amended Complaint; Corrected Complaint  114
18   No. 11 - Job Announcement             119
19   No. 12 - Letter, October 1, 2004         124
20   No. 13 - Letter, June 4, 2004; Attachments    127
21   No. 14 - CV, Tin Aung Cho; Attachments      130
22   No. 15 - Letter, July 17, 2003; Attachments    134
```

Page 5

## P R O C E E D I N G S

```
 2   Whereupon,
 3             SOE THINN,
 4   was called as a witness by counsel for Plaintiff,
 5   and having been duly sworn by the Notary Public,
 6   was examined and testified as follows:
 7         EXAMINATION BY COUNSEL FOR PLAINTIFF
 8   BY MR. KOUBA:
 9     Q   Good morning.  Would you please state
10   your full name for the record?
11     A   My full name is Soe Thinn.
12     Q   Mr. Thinn, my name is David Kouba.  We
13   met a few minutes ago.  I'm one of the attorneys
14   for the Plaintiff in this matter, Khin Maung Than.
15   For purposes of the deposition today, I'll be
16   calling him Maung Maung.
17         So do you understand that when I say
18   Maung Maung, I'm referring to the Plaintiff?
19     A   I do.
20     Q   And if you have any questions about
21   that, feel free to let me know and I'll clarify
22   it.
```

2 (Pages 2 to 5)

Soe Thinn                                                                                          October 4, 2006

Washington, DC

Page 6

1       Have you ever been deposed before?
2    A    Sorry?
3    Q    Have you ever been deposed before?
4    A    Never.
5    Q    Have you ever been party to a court
6  proceeding?
7    A    No.
8    Q    Okay. I'm going to go over a few ground
9  rules for depositions, just so you know how
10  they -- what to expect and what's expected of you.
11      Now, I understand you were at Maung
12  Maung's deposition a few weeks ago; is that
13  correct?
14    A    Yes.
15    Q    So some of this might seem pretty
16  obvious to you.
17      First, you do understand that you are
18  under oath and you are expected to tell the truth
19  as though you were in a court?
20    A    Yes.
21    Q    And you need to answer every question
22  verbally, rather than nodding your head or shaking

Page 7

1  your head.
2      Do you understand that?
3    A    Yes.
4    Q    And if you don't understand a question,
5  please let me know. I'm happy to rephrase any
6  question in any way that you might understand.
7      Do you understand?
8    A    Yes.
9    Q    We can take a break whenever you'd like
10  to. This is not an endurance test by any means.
11  So if you'd like to take a break, just say so.
12  And if there's not a question pending, we'll do
13  our best to find a time to stop.
14    A    Okay.
15    Q    And you're not on any medications or
16  have any other physical symptoms that would
17  prevent you from telling the truth today?
18    A    I'm not on any medications.
19    Q    Could you tell me your current address,
20  please?
21    A    My current address -- home address?
22    Q    Yes, please.

Page 8

1    A    It's 3200 North Leisure World Boulevard,
2  Apartment 1007, Silver Spring, Maryland 20906.
3    Q    And how long have you lived at 3200
4  North Leisure?
5    A    I think since April this year.
6    Q    Where did you live before 3200 North
7  Leisure?
8    A    1641 Hugo Circle, Silver Spring,
9  Maryland 20906.
10    Q    And why did you move?
11    A    The person who owned the 1641 decided to
12  sell it. So we went to Leisure World, rented an
13  apartment there.
14    Q    And how long had you lived at 1641 Hugo
15  Circle?
16    A    Two years.
17    Q    And before that were you in Silver
18  Spring?
19    A    Yes.
20    Q    Okay. Are you are currently employed by
21  Radio Free Asia?
22    A    Yes, I am.

Page 9

1    Q    And where is Radio Free Asia located?
2    A    2025 M Street, Northwest.
3    Q    Here in Washington, D.C.?
4    A    Washington, D.C. 20036.
5    Q    And that's the location where you work?
6    A    Yes.
7    Q    Is there only one location for Radio
8  Free Asia?
9    A    That's the main office.
10    Q    Okay. Are there other locations for
11  Radio Free Asia?
12    A    There are branches around the world
13  in -- I guess we have one in --
14      MR. ABRAMSON: Don't guess.
15      THE WITNESS: -- in Tokyo, in Bangkok,
16  in Phnom Penh, in New Delhi, in Hong Kong,
17  Taipei --
18      MR. ABRAMSON: Dharmsala.
19      THE WITNESS: Dharmsala, yeah, okay, in
20  India, in Dharmsala, yeah.
21  BY MR. KOUBA:
22    Q    Okay. I probably could have made that

3 (Pages 6 to 9)

Soe Thinn                                                                                          October 4, 2006

Washington, DC

---

Page 10

1  question easier on you.
2         The 2025 M Street is the only local
3  location; is that correct?
4      A   In Washington, D.C., yes.
5      Q   Okay.  So every employee for Radio Free
6  Asia in Washington, D.C., works at 2025 M Street?
7      A   Yes.
8      Q   How many people work at the local Radio
9  Free Asia office on M Street?
10     A   I don't know the exact number.  It's
11  around 250-plus, 280.  I don't know.
12     Q   So more than 250, less than 350; is that
13  accurate?
14         MR. ABRAMSON:  Objection.  The witness
15  said he didn't know.
16         THE WITNESS:  I don't know the exact
17  number.
18  BY MR. KOUBA:
19     Q   Right.  Less than 350; is that correct?
20         MR. ABRAMSON:  Same objection.
21         THE WITNESS:  I really don't know.
22  BY MR. KOUBA:

---

Page 11

1      Q   That's a fair answer.
2         What department at Radio Free Asia do
3  you work in?
4      A   I work under the programming department.
5      Q   Do you know how many people work in the
6  programming department?
7      A   No.
8      Q   Do you work in the Burmese service
9  department?
10     A   It's the Burmese service, yes.
11     Q   Is the Burmese service department a
12  smaller department within the programming
13  department?
14     A   Burmese service is part of the
15  programming department.
16     Q   Can you estimate how many employees are
17  in the Burmese service department?
18     A   I know how many there are.  At the
19  moment, 13 employees.  Hold on.  I retract that.
20  15, including myself.
21     Q   Are all 15 employees in the Burmese
22  service department full-time employees?

---

Page 12

1      A   Yes, they are.
2      Q   When did you begin working for Radio
3  Free Asia?
4      A   December 1996.
5      Q   Did you know about Radio Free Asia
6  before you started working there?
7      A   Yes.
8      Q   When did you first learn about Radio
9  Free Asia?
10     A   In 1996, before I joined Radio Free
11  Asia.
12     Q   Do you know what month?
13     A   No.
14     Q   How did you find out about Radio Free
15  Asia?
16     A   I was -- I found out about Radio Free
17  Asia through a -- what's the word -- a law that
18  was promulgated in Congress establishing Radio
19  Free Asia.
20     Q   And did you read about this law?
21         Did somebody tell you about this law?
22         Do you --

---

Page 13

1      A   I read it, yeah.
2      Q   Do you know where you read it?
3      A   I read it when I was working for the
4  Voice of America.
5      Q   How long had you been working for Voice
6  of America?
7      A   I started at the Voice of America in
8  September of 1992 until December of 1996, when I
9  went to work at Radio Free Asia.
10     Q   What was your position at VOA, Voice of
11  America?
12     A   At the Voice of America Burmese service,
13  I was a broadcaster.
14     Q   Could you describe the application
15  process when you sought employment at Radio Free
16  Asia?
17     A   I sent a letter expressing my interest
18  to work at Radio Free Asia Burmese service.  I was
19  interviewed.
20     Q   Did you send a resume?
21     A   Yes, I did.
22     Q   Do you recall how many people

---

4 (Pages 10 to 13)

Soe Thinn                                                                    October 4, 2006

Washington, DC

---

Page 14

1   interviewed you?
2       A   At least two, maybe three.
3       Q   How long was the interview?
4       A   Forty-five minutes, one hour.
5       Q   Was the interview in December?
6       A   Yes.
7       Q   And what position were you interviewing
8   for?
9       A   I just made the application to work for
10  Radio Free Asia in the Burmese service.  And I did
11  not know what the position I was being interviewed
12  for, except for the fact that after the interview
13  they said that I was been -- I would be offered a
14  position of the chief of the Burmese service, or
15  the director of the Burmese service.
16      Q   So in December of 1996 you became the
17  director of the Burmese service?
18      A   Correct.
19      Q   And you've been in that position the
20  entire time you've been at Radio Free Asia?
21      A   Correct.
22      Q   Were you hired immediately after your

---

Page 15

1   interview, or was there a period between your
2   interview and the time they offered you the
3   position?
4       A   I think it was immediately after the
5   interview.  I remember I was interviewed by
6   Richard Richter, Dick Richter, the president; and
7   the vice president, Dan Southerland.  And I think
8   Alex Tseu was also there.  And after the
9   interviews, they says, okay, we want to offer you
10  this position.  And they said they will follow up
11  with a letter.
12      Q   How big was the Radio Free Asia office
13  in Washington, D.C. in 1996?
14      A   I don't know.
15      Q   Do you recall how big the office was
16  when you were hired?
17      A   It was in a different place from where
18  it is now.  It was on the corner of Connecticut
19  and M, I think it was.  And I had difficulty
20  looking for the place because it was -- the
21  address was connected to it, but it's actually on
22  M.  I think it was 1200.

---

Page 16

1           MR. ABRAMSON:  Answer the question.
2           THE WITNESS:  Yeah.  I don't know.
3   BY MR. KOUBA:
4       Q   Do you recall how many employees were in
5   the Burmese service department when you became the
6   Burmese service department director?
7       A   There was no one else.  I was the first
8   person to be hired in Burmese service.
9       Q   Do you recall when the second person was
10  hired?
11      A   I don't remember the time.  It was
12  probably the first part of January.
13      Q   Do you recall who that person was?
14      A   I don't remember the number -- or the
15  sequence of who was hired, you know, exactly.  But
16  there were a few people that were hired in the
17  Radio Free Asia in the first week of January.
18      Q   With respect to your present position,
19  as of today not as of 1996 -- I recognize the
20  position is the same -- but as of today, do you
21  have any input into who Radio Free Asia hires?
22      A   Yes.

---

Page 17

1       Q   Can you describe the kind of input that
2   you have into that?
3       A   Each time it is different.
4       Q   When was the last time you participated
5   in the hiring of someone new to Radio Free Asia?
6       A   This is 1996.  2005.
7       Q   Who did you hire in 2005?
8       A   Zaw Moe Kyaw, Z-A-W, second word M-O-E,
9   last word K-Y-A-W.
10      Q   And what role did you play in Radio Free
11  Asia's hiring of him?
12      A   Can I have that question again?  Sorry.
13      Q   Sure.  What role did you play in Radio
14  Free Asia's hiring of Zaw Moe Kyaw?
15          MR. ABRAMSON:  "Kyaw."
16  BY MR. KOUBA:
17      Q   "Kyaw."
18      A   I went through -- first of all, I
19  informed HR when the position is vacant.  And HR
20  would advertise the position.  And people who
21  apply for it would send their applications to HR,
22  some of them to me.  And I would pass them on to

---

5 (Pages 14 to 17)

Soe Thinn                                                                October 4, 2006

Washington, DC

Page 18

1   HR. And HR would look at it. And then I would
2   discuss the applicants. They would fet out some
3   applicants there are who has potential. And my
4   supervisor, Susan Lavery, and I would -- and my
5   deputy, Daw Nyein Shwe, N-Y-E-I-N, last word
6   S-H-W-E, would discuss it together as to who
7   should be interviewed for the position.
8        Q    So human resources looks first through
9   all the applicants; and they make a first cut; and
10  then they provide you with the people that they
11  think you should consider interviewing; is that
12  accurate?
13       A    Yes.
14       Q    What criteria do you, Ms. Lavery, and
15  Ms. Shwe use when determining whether or not to
16  offer an interview to an applicant?
17       A    We would look at their resumes, and
18  agree on the persons who should be given
19  interviews, as a group; you know, agree as a
20  group.
21       Q    When you say that the three of you look
22  at their resumes, what kind of things do you look

Page 19

1   for in their resumes?
2        A    Basically, their educational background,
3   their experience.
4        Q    Anything else?
5        Do you consider anything other than just
6   the resumes when you're deciding whether or not to
7   offer an interview?
8        A    No. No.
9        Q    After the three of you have interviewed
10  the applicants you decide to interview, how does
11  the hiring process proceed from there?
12       A    We look at the interviews of each
13  particular person that we interview, and how they
14  answered the questions that is -- that we have
15  asked them. And based on how they answered the
16  questions, we make a selection of who would be
17  most appropriate for the position.
18       Q    Could you describe the subject matter
19  that the questions pertained to?
20       A    We asked them about -- first of all, we
21  asked them about their experience based on what is
22  written in their resume. Of course we have to

Page 20

1   verify, clarify, you know, what was written there,
2   what they did there.
3        And one of the most important question
4   that we ask every interviewee is a question which
5   relates to whether that person has a political
6   bias or not. And the question is whether you
7   would report anything adverse about Aung San Suu
8   Kyi, A-U-N-G, S-A-N, S-U-U, K-Y-I. She is the
9   leader of the democracy movement in Burma.
10       Q    And you asked every interviewee whether
11  or not they would have a problem reporting
12  anything negative about her; is that correct?
13       A    Yes.
14       Q    So I understand you asked about that and
15  you ask about their experience.
16       Is there any other general subject
17  matter that as matter of routine you ask each
18  interviewee?
19       A    Yes. We would say if they knew anything
20  about Radio Free Asia, whether they listen to
21  Radio Free Asia, what they think about it, if they
22  know what's the difference between Radio Free

Page 21

1   Asia's broadcasting and the Voice of America's
2   broadcasting, whether they listen to Voice of
3   America, whether they listen to the Burmese
4   service of the BBC, whether they listen to the
5   broadcast of democratic voice of Burma which is
6   based in Oslo, and ask them how they would compare
7   our FA to those other broadcasts if they listen to
8   them.
9        And if they see any shortcomings in
10  Radio Free Asia's broadcasting, if they see any
11  shortcomings, how they would try to make it
12  better; or if they don't see any shortcomings,
13  they would say how would you improve the
14  broadcasting of Burma, what sort of input would
15  you give if you become a member of the full-time
16  staff of the Burmese service, how would you give
17  your input to make the broadcast of Radio Free
18  Asia better.
19       Q    So you would say the majority of
20  interviewees are pretty familiar with Voice of
21  America and Radio Free Asia?
22       A    They have to be.

6 (Pages 18 to 21)

Soe Thinn

October 4, 2006

Washington, DC

Page 22

```
 1      Q   Right.  Okay.
 2      A   If they're not, then it's highly
 3  unlikely that, you know --
 4      Q   Right.
 5      A   -- they'd be hired.  If they don't have
 6  any interest in Burmese radio broadcasting, why
 7  are they coming in and applying with us.
 8      Q   Right.  That makes sense.
 9          You said the last person you hired --
10  I'm sure I'm not going to pronounce it
11  correctly -- is Zaw Moe Kyaw?
12      A   Yes.
13      Q   And that was in 2005.
14          What position was that for?
15      A   Broadcaster.
16      Q   Did you hire any other broadcasters in
17  2005?
18      A   Yeah.  There are two other persons.
19      Q   And could you name the first one?
20      A   Kyaw Min Hdun, spelled K-Y-A-W, second
21  word M-I-N, third word H-D-U-N.  And the other
22  person is Ms. San San Tin, S-A-N, S-A-N, T-I-N.
```

Page 23

```
 1      Q   Do you have any responsibilities related
 2  to testing potential employees?
 3          MR. ABRAMSON:  As of when?
 4  BY MR. KOUBA:
 5      Q   As of today?
 6      A   Testing, meaning what test?
 7      Q   Does Radio Free Asia administer any sort
 8  of pre-employment test to potential employees?
 9      A   Now?
10      Q   As of today?
11      A   I don't understand.  When you mean as of
12  today, is it now, right now?
13          MR. ABRAMSON:  Right now, today.
14          THE WITNESS:  Today, no, we don't have
15  any written tests, as you would say.
16  BY MR. KOUBA:
17      Q   In the past, has Radio Free Asia had a
18  written test for potential employees?
19      A   Yes.
20      Q   When did Radio Free Asia stop using a
21  written test for potential employees?
22      A   Did you say start, or stop?
```

Page 24

```
 1      Q   Stop.
 2      A   Stop?
 3      Q   Stop.
 4      A   Oh, okay.  2004.
 5      Q   Do you know why they stopped using a
 6  written test?
 7          MR. ABRAMSON:  Objection.
 8          You can answer.
 9          THE WITNESS:  I don't know the reason.
10  BY MR. KOUBA:
11      Q   Did you play any role in them stopping
12  the use of pre-employment tests?
13      A   Pre-employment written tests?
14      Q   Written tests.
15      A   No role.
16      Q   When did you learn that Radio Free Asia
17  was no longer using a written test?
18      A   It was in 2004.
19      Q   Do you recall whether or not you learned
20  they would no longer be using a written test
21  before or after they stopped using it?
22      A   I don't know.  I only knew when they
```

Page 25

```
 1  told me.
 2      Q   Does Radio Free Asia use an oral test
 3  when screening potential employees?
 4          MR. ABRAMSON:  When?
 5  BY MR. KOUBA:
 6      Q   As of today?
 7      A   Oral test, is that different from an
 8  interview?
 9      Q   Yes.  An oral examination.
10      A   I don't understand.  What is an oral
11  examination?  Please clarify.
12      Q   An oral evaluation?
13          MR. ABRAMSON:  How about -- are you
14  referring to something other than just Q's and A's
15  in an interview?
16          MR. KOUBA:  Yes.
17          MR. ABRAMSON:  Are you talking about
18  some kind of go into the studio and listen to
19  their voice?
20          MR. KOUBA:  Yes.
21          MR. ABRAMSON:  All right.
22          THE WITNESS:  There is no voice test
```

7 (Pages 22 to 25)

Soe Thinn                                                                October 4, 2006

Washington, DC

Page 26

1  now.
2  BY MR. KOUBA:
3      Q   Was there a voice test in the past?
4      A   Yes.
5      Q   Do you know when Radio Free Asia stopped
6  using the voice test?
7      A   2004.
8      Q   The same time as the written test?
9      A   Yes.
10     Q   And did you also play no role in that
11  decision to stop using the voice test?
12     A   I did not play any role.
13     Q   During the time that Radio Free Asia
14  used a written test, did you have any
15  responsibilities for administering that test?
16     A   Please clarify administering.
17     Q   Well, strike that question for now.
18         Could you describe the written test
19  process that Radio Free Asia used up until 2004?
20     A   The written test is given to people or
21  to applicants that HR thinks they should be
22  tested.  And the test is given a three-hour

Page 27

1  written test -- three-hour written test -- three
2  hours, and a voice test.  That's it.
3      Q   How was the written test graded?
4          MR. ABRAMSON:  Objection.
5          You can answer.
6          THE WITNESS:  It was graded by external
7  examiners or graders.
8  BY MR. KOUBA:
9      Q   Could you describe what you mean by
10  external?
11     A   People who are outside RFA, who are not
12  working as full-time RFA people.
13     Q   At all times RFA has used a written
14  test, was it always graded by external graders?
15     A   Initially, when we first started, I
16  think '97, '98, I did it.  And then after that, it
17  was graded by external examiners.
18     Q   So would it be accurate to say sometime
19  between 1998 and 2004 Radio Free Asia began using
20  external examiners?
21     A   Correct.
22     Q   Do you know what year they started using

Page 28

1  external examiners?
2      A   After '98.  It could have been, you
3  know, end of '98, but, you know.
4      Q   Okay.
5      A   Yeah, I don't know the exact date.
6      Q   Okay.  That's fine.
7      A   I was doing them '97 and '98.
8      Q   When you were grading the exams, how
9  would you come up a grade for a particular
10  applicant?
11     A   I would look at the questions; and I
12  would look at the answers; and grade them in
13  the -- in accordance with how that person answered
14  the questions asked.
15     Q   Would it be accurate to say that the
16  oral exams also went to external examiners
17  sometime end of 1998, beginning of 1999?
18     A   Oral examinations are just reading out
19  prepared scripts onto a recorded -- recording
20  machine.  And they are sent out to the external
21  examiners, as well.  And they grade their voices.
22  It's called a voice test.

Page 29

1      Q   A voice test?
2      A   Yes.
3      Q   Okay.  Thank you.
4          In your opinion, what were the written
5  tests designed to evaluate?
6          MR. ABRAMSON:  Objection.
7          THE WITNESS:  Whether they have the
8  potential to become broadcast journalists.
9  BY MR. KOUBA:
10     Q   In your opinion, were the written tests
11  an accurate gauge of who had the potential to
12  become broadcast journalists?
13         MR. ABRAMSON:  Objection.
14         You can answer.
15         THE WITNESS:  The tests are designed to
16  see whether the applicant should go to the next
17  stage, which is for an interview, for a
18  face-to-face interview.  Basically, that's the
19  initial test.
20  BY MR. KOUBA:
21     Q   Okay.  I'll ask the question again.
22         In your opinion, do you think the

8 (Pages 26 to 29)

Soe Thinn                                                                                      October 4, 2006

Washington, DC

Page 30

1  written tests were a good gauge of who had the
2  potential to become a broadcast journalist?
3      MR. ABRAMSON:  Objection.
4      THE WITNESS:  I answer the same way.
5  They are used to see whether they should proceed
6  to the next step of the selection process, which
7  is for an interview.
8  BY MR. KOUBA:
9      Q   So you don't know one way or the other?
10     MR. ABRAMSON:  Objection.
11     THE WITNESS:  I just -- it's -- it's the
12  step that one, you know, has to pass to get
13  through to an interview.
14  BY MR. KOUBA:
15     Q   Were the written tests -- I believe you
16  said they were translations; is that accurate?
17     A   I didn't say they were translations.
18     Q   Were the written tests translations?
19     A   No.
20     Q   Could you describe what the written
21  test -- what you asked people to do with the
22  written tests?

Page 31

1      A   There are three parts.  First part is
2  something written in English about a news event.
3  And the applicant has to write that into Burmese
4  in a new -- in a news report style.  It
5  specifically says that -- do not translate.  And
6  they are given a certain amount of time to do
7  that.
8          The second is similar, whereby they give
9  you some facts in English; and then you have to
10  write a feature.  But, again, no transaction.  You
11  have to write it in your own words in Burmese,
12  given a time.
13         The third is a translation of several
14  news items -- six, seven, eight; I'm not sure --
15  that gives you -- you see what -- how accurate,
16  and what your speed of, you know.  And then they
17  give -- you have to do that in a certain period of
18  time.  And this third one is a voice at the
19  time -- the fourth one is a voice test.
20     Q   Just to clarify something you said
21  earlier, I believe your testimony was that in 2005
22  you played a role in determining whether or not to

Page 32

1  hire certain broadcasters?
2      MR. ABRAMSON:  Objection.  The record
3  speaks for itself.
4      You can answer.
5      THE WITNESS:  Can you say that again?
6  BY MR. KOUBA:
7      Q   Yeah.  I believe you testified that in
8  2005 you, Ms. Lavery, and Ms. Shwe were
9  responsible for interviewing applicants who sought
10  to become broadcasters; is that correct?
11     MR. ABRAMSON:  Objection.
12     THE WITNESS:  Yes.
13  BY MR. KOUBA:
14     Q   Is that something you had been
15  responsible for from the time you started in 1996
16  through 2005?
17     A   I was involved in some interviews of the
18  applicants.
19     Q   Does RFA employ consultants?
20     A   Please clarify consultants.  I mean --
21     Q   Does RFA employ people under contracts
22  that describe them as consultants?

Page 33

1      A   We have editorial consultants.  And then
2  we have -- in the Burmese service, okay.  We have
3  editorial consultants.  And then we have voicing
4  consultants.  Editorial consultants are those --
5      MR. ABRAMSON:  Wait for a question.
6      THE WITNESS:  Okay.
7  BY MR. KOUBA:
8      Q   Since you're going there anyways, could
9  you describe what editorial consultants are?
10     A   Editorial consultants are people who
11  write weekly features for a broadcast.
12     Q   And does RFA also employ people who
13  could be described as on-call broadcasters under
14  consultant agreements?
15     MR. ABRAMSON:  Objection.
16     THE WITNESS:  We have voicing
17  consultants who -- well, we have voicing
18  consultants, yeah.
19  BY MR. KOUBA:
20     Q   Do you presently have any input into
21  whether or not Radio Free Asia decides to renew a
22  contract with a consultant?

9 (Pages 30 to 33)

Soe Thinn

October 4, 2006

Washington, DC

Page 34

1    A    Yes.
2    Q    Could you describe that input?
3    A    Editorial consultants and voicing
4  consultants are contracted out on a yearly basis.
5  And they start at the financial year, first of
6  October until the 30th of September. And
7  beginning of September every year they -- you
8  know, we have to give the list of people who we
9  would like to renew or not renew.
10    Q    Who do you give the list to?
11    A    To the contract department.
12    Q    And who determines whether or not you
13  renew a person's contract?
14        MR. ABRAMSON: Objection.
15        THE WITNESS: I consult with my editors,
16  senior editors, as well as my deputy, Daw Nyein
17  Shwe. And we decide who we should submit to
18  senior management now that this is -- this person
19  is going to be renewed or this person is not going
20  to be renewed.
21  BY MR. KOUBA:
22    Q    When you say senior management, who does

Page 35

1  that refer to?
2    A    People above my rank, I guess, to Susan
3  and the vice president. I don't know who sees it,
4  but, you know, it goes up -- up the -- we call it
5  the hierarchy.
6    Q    Does it go to HR?
7        MR. ABRAMSON: Objection.
8        THE WITNESS: No.
9  BY MR. KOUBA:
10    Q    When you meet with your senior editors
11  and with Ms. Shwe, what criteria do you use to
12  determine whether or not to renew an individual's
13  contract?
14    A    There is a different way of looking at
15  it. There are editorial consultants and voicing
16  consultants we do different.
17    Q    With respect to voicing consultants,
18  what criteria do you use?
19    A    First of all, we look at their
20  performance. And we also look at whether these
21  people have the potential to become full-time
22  employees or not.

Page 36

1    Q    Could you describe how you determine
2  whether or not a voicing consultant has a
3  potential to become a full-time employee?
4    A    First of all, we look at whether they've
5  applied for the job in the past. And if they have
6  not gotten it, obviously that's already, you know,
7  an indication that they don't have the potential
8  to become a full-time consultant -- full-time
9  broadcaster.
10    Q    Could you describe the differences
11  between the job a voicing consultant does and the
12  job a full-time broadcast does?
13    A    A voicing consultant comes whenever he
14  or she is asked to come. And they would be asked
15  to write news, and air it for broadcast. They
16  come four to five hours a time. A full-time
17  broadcaster is -- there's a full description of
18  that --
19        MR. ABRAMSON: Just tell him.
20        THE WITNESS: You know, I mean, it's --
21  first of all, he has to be a broadcast journalist.
22  A voicing consultant is not a voice -- a broadcast

Page 37

1  journalist.
2    A    A broadcast journalist involves being a
3  journalist, knowing what journalism ethics are,
4  know how to interview people, and know how to
5  gather news, know how to verify news, how to write
6  the news, how to balance the news, how to be
7  unbiased in his or her reportings, and should be
8  able to go out on the field and make reports,
9  write feature stories, write current affairs
10  topics, and most of all must know how to work
11  under heavy time pressures, deadlines, timelines,
12  must know how to do research, must know how to
13  balance stories.
14        These are all the characteristics of a
15  journalist. Must have good voice, too; must know
16  how to be able to handle himself on the air; must
17  have good comportment, I guess you could call it,
18  in terms of voice; must have -- appealing to the
19  listeners; must be articulate, as well.
20  BY MR. KOUBA:
21    Q    I believe you said one of the things
22  they need to do is going out in the field?

10 (Pages 34 to 37)

Soe Thinn                                                                                          October 4, 2006

Washington, DC

Page 38

1      A   Yes.
2      Q   Can you give me an example of a
3  full-time broadcaster having gone out in the field
4  recently at Radio Free Asia?
5      A   Well, there are demonstrations in front
6  of the embassy here in Washington. And they go
7  out there to cover that. Right now, we have a
8  journalist in New York covering a press conference
9  by the Asian parliamentary members. And then
10  there was Laura Bush, the First Lady, gave a
11  conference at the UN a couple weeks ago. We have
12  to send these people out there. And they go
13  there. They report. They send back immediate
14  reports.
15      Q   It sounds to me -- I just want to know
16  if I'm clear on this -- it sounds to me that the
17  voice consultant performs job duties that are
18  pretty similar to the written test; is that
19  accurate?
20      MR. ABRAMSON: Objection.
21      THE WITNESS: Written test?
22      MR. ABRAMSON: "Yes" or "no."

Page 39

1      THE WITNESS: No.
2  BY MR. KOUBA:
3      Q   With respect to translating news events
4  into Burmese?
5      A   They don't translate.
6      Q   They don't translate?
7      A   They have to rewrite. It's a different
8  thing.
9      Q   Okay. Do the voice consultants receive
10  a news story in Burmese and rewrite it in Burmese
11  and broadcast it in Burmese?
12      A   They receive news wires in English.
13  They may have three or four news wires on the same
14  topic from AP or AFP or Reuters, are the same
15  story. They look at it. They try to understand
16  what is being written, and then rewrite it.
17  Occasionally, there'll be just one or two. And
18  then they rewrite it.
19      We insist that the stories in Burmese
20  are rewritten. Because the news wires are print
21  journalism. They are written for print. We are
22  not a print journalist. We are a broadcast

Page 40

1  journalist. So there's a difference between. One
2  also has to know what is print journalism and what
3  is broadcast journalism.
4      Q   Does Radio Free Asia also have the
5  authority to terminate a contract prior to the
6  beginning of October?
7      A   The contract terms specify, I think --
8  I -- I have not actually seen it, but I -- I think
9  they can be -- voicing consultants or editorial
10  consultants can be terminated at any time.
11      Q   Do you know how often Radio Free Asia
12  terminates a contract before it expires?
13      A   I don't know.
14      Q   Can you recall any time when Radio Free
15  Asia has terminated a contract before it expires?
16      MR. ABRAMSON: Objection.
17      THE WITNESS: I don't know what Radio
18  Free Asia does. I only know what the Burmese
19  service does.
20  BY MR. KOUBA:
21      Q   Okay. Can you recall any time that the
22  Burmese service --

Page 41

1      A   Yes.
2      Q   -- has terminated a contract?
3      When was the most recent?
4      A   Oh, there was a writer who said he could
5  not revise his scripts in accordance with the
6  editorial's suggestion. So we said, well, sorry.
7  Whatever goes on the air has to be approved by the
8  editor.
9      Q   When did this take place?
10      A   I don't remember.
11      Q   Any other time a contract has been
12  terminated?
13      A   Yeah. There was, earlier on -- I don't
14  even remember the date -- there was one other
15  consultant who started putting his own views in
16  the scripts. And we told him that, no, we can't
17  have your own views. I mean, he was trying to use
18  us to air some of his problems.
19      Q   And did you play any role in the
20  decision to terminate --
21      A   Yes.
22      Q   -- either --

11 (Pages 38 to 41)

Soe Thinn                                                                    October 4, 2006

Washington, DC

Page 42

1          Could you describe that role?
2     A    I discussed it with my senior editors
3  and my deputy, Daw Nyein Shwe.  And we come to a
4  decision that that should be terminated.
5     Q    Did you send that to senior management?
6     A    Yes.  Of course.  Yes.
7     Q    So the process was similar to the
8  decision to renew a contract --
9     A    Yes.
10     Q    -- or not?
11          Okay.  We've discussed renewal of
12  contracts, terminating contracts, and hiring
13  people.
14          Do you have any other input into human
15  resource decisions?
16     A    What kind of input?
17     Q    The decision whether or not, for
18  example, the Burmese service department might need
19  to hire someone new?
20     A    If there is a vacancy, if somebody
21  leaves, I have to write an argument why that
22  person's position vacant -- vacant position should

Page 43

1  be replaced.
2     Q    Does the Burmese service department have
3  an annual budget?
4     A    It does.
5     Q    Do you have any responsibilities related
6  to setting the budget?
7     A    Some budget heads, yes.
8     Q    Could you describe them?
9     A    Stringar budget, editorial consultant
10  budget, travel budget, voicing consultant budget.
11  That's it.
12     Q    Who is in charge of the budget for Radio
13  Free Asia as a whole?
14          MR. ABRAMSON:  Objection.
15          You can answer.
16          THE WITNESS:  I just -- I don't know who
17  is in charge, but I send these -- my input to the
18  budget director, through consultation with Susan
19  Lavery, my immediate supervisor; and my deputy,
20  Daw Nyein Shwe.
21  BY MR. KOUBA:
22     Q    Does Radio Free Asia allocate a certain

Page 44

1  amount of money to the Burmese service department
2  each year?
3          MR. ABRAMSON:  Objection.
4          THE WITNESS:  They let me know.  It
5  doesn't mean that whatever I ask for I get it.
6  BY MR. KOUBA:
7     Q    Right.
8     A    I mean, I wish every --
9     Q    So Radio Free Asia allocates a certain
10  amount of money to the Burmese service department?
11          MR. ABRAMSON:  Objection.
12          THE WITNESS:  They let me know what, you
13  know, the budget for the year is.
14  BY MR. KOUBA:
15     Q    Right.  And then does the Burmese
16  service department determine how to spend that
17  amount of money?
18     A    The amount of money is given for
19  specific purposes.  And I can only spend the money
20  for specific purposes.  I mean, if it's for
21  travel, I can only use it for travel.  If it's for
22  editorial consultants, I can use it for editorial

Page 45

1  consultants.
2     Q    Could you describe the difference
3  between Radio Free Asia and Voice of America, in
4  your experience having worked at both places?
5     A    Sure.  The Voice of America is a federal
6  government agency.  All the employees are federal
7  government employees.  Radio Free Asia is not a
8  federal government agency.  None of the employees
9  are federal employees.  In terms of broadcasting,
10  the Voice of America broadcasts international news
11  as well as American -- you can call it Americana,
12  for lack of a better word, Americana.
13     Q    Right.
14     A    Whereas Radio Free Asia broadcasts for
15  the Burmese service.
16     Q    Right.
17     A    We broadcast only news about Burma, and
18  news that are directly or indirectly related to
19  Burma and the Burmese people.  We do not have
20  editorials or editorialization of our output.
21          MR. KOUBA:  We've been going about an
22  hour.  Now might be a good time to take a break.

12 (Pages 42 to 45)

Soe Thinn                                                                October 4, 2006

Washington, DC

---

Page 46

1      MR. ABRAMSON:  That's fine.
2           (Recess)
3  BY MR. KOUBA:
4      Q    Mr. Thinn, what was the first
5  interaction you had with Maung Maung?
6      A    When did I first meet Maung Maung; is
7  that right?
8      Q    Fair enough.  When did you first meet
9  Maung Maung?
10      A    It was sometime either in '99 or 2000.
11  A friend of mine, whose brother was about my same
12  age -- and we went to the same school together, by
13  the name of Bobo Kyaw Nyein, B-O-B-O, K-Y-A-W,
14  N-Y-E-I-N -- he was giving a party for one of our
15  common friends who was coming down, one from
16  Florida and one from Norway.  And he gave a party.
17  I went.  And I met U Maung Maung there.
18           And my friend Bobo said, you know, U
19  Maung Maung has applied for RFA.  That's when I
20  met him.  And, you know, we sang songs.  And I
21  knew him then.  And I think he was -- U Maung
22  Maung was staying at Bobo Kyaw Nyein's house.

---

Page 47

1  This is the impression that I had.
2      MR. KOUBA:  We can go ahead and ask you
3  to mark this as Exhibit 1.
4           (Deposition Exhibit No. 1 was
5           marked for identification.)
6  BY MR. KOUBA:
7      Q    And you can take a look at that.
8      A    (Witness examined document).
9      Q    Do you recognize this letter?
10      A    1998?
11      Q    Uh-huh.
12      A    Yeah.
13      Q    Do you recall receiving this letter?
14      A    Yeah.
15      Q    And you'll agree it's from Maung Maung
16  addressed to you?
17      A    Yeah.
18      Q    What did you do when received this
19  letter?
20      A    Passed it on to HR.  All applicants --
21  applications for position go to HR.
22      Q    So the only action you took upon

---

Page 48

1  receiving this was passing it on to HR?
2      A    Yeah.
3      Q    Okay.  And I believe you said the next
4  time you encountered Maung Maung or the first time
5  you actually met him in person was at a party?
6      A    Yeah.
7      MR. KOUBA:  Go ahead and mark this as
8  Exhibit 2, please.
9           (Deposition Exhibit No. 2 was
10           marked for identification.)
11  BY MR. KOUBA:
12      Q    Do you recognize this document?
13      A    Yeah.
14      Q    And it's a non-English language test
15  evaluation form from February 18, 1999?
16      A    Right.
17      Q    Do you have any reason not to believe
18  that this is an evaluation of Maung Maung?
19      A    Can you put that question again?
20      Q    Do you have any reason to believe this
21  was not an evaluation you did of Maung Maung?
22      A    It doesn't have his name on it.

---

Page 49

1      Q    Right.  We received this, in the
2  production, from your attorney, accompanied by
3  several other Maung Maung documents.
4      MR. ABRAMSON:  Can I clarify?
5      MR. KOUBA:  Sure.
6      MR. ABRAMSON:  You could ask this to the
7  witness, but the tests were essentially blinded.
8  The identity of the test taker is not known to the
9  test grader.
10      MR. KOUBA:  Right.
11      MR. ABRAMSON:  Okay.  So he wouldn't
12  know whose test it is.
13      MR. KOUBA:  Okay.  Right.  But this is
14  a --
15      MR. ABRAMSON:  Anyway, so that --
16      MR. KOUBA:  Right.  Thank you --
17      MR. ABRAMSON:  -- ask the question --
18      MR. KOUBA:  -- that helps.
19      MR. ABRAMSON:  -- probably saves 20
20  minutes.
21  BY MR. KOUBA:
22      Q    So this is a test you graded?

---

13 (Pages 46 to 49)

Soe Thinn                                                                October 4, 2006

Washington, DC

Page 50

1    A   Yes.
2    Q   But you wouldn't have known whose test
3  it was?
4    A   No.
5    Q   Okay.  And just to walk through the
6  results real quickly.
7         You'll see he received 100 on written
8  test part one, 100 on written test part -- a 90 on
9  written test part two, a 100 on written test part
10  three, and 105 on written test part four?
11         MR. ABRAMSON:  Objection.  The document
12  speaks for itself.
13         THE WITNESS:  100 is not a hundred
14  percent.
15         MR. ABRAMSON:  Well, wait for a
16  question.
17  BY MR. KOUBA:
18    Q   Right.  But it is raw score on this
19  test?
20    A   Sorry?
21         MR. ABRAMSON:  Those are the numbers?
22         THE WITNESS:  Those are the numbers,

Page 51

1  yes.
2  BY MR. KOUBA:
3    Q   How did those numbers compare with other
4  applicants who you administered tests to in 1998
5  and 1999?
6         MR. ABRAMSON:  Objection.
7         THE WITNESS:  I don't know.  It was --
8         MR. ABRAMSON:  Wait.
9         THE WITNESS:  -- seven years ago.
10  BY MR. KOUBA:
11    Q   Do you know how these results would
12  compare with applicants in 2003?
13    A   I don't know.
14    Q   Do you know whether Maung Maung ever
15  took the non-English language test evaluation
16  again?
17    A   Yes.
18    Q   Do you know when?
19    A   I'm trying to --
20         MR. ABRAMSON:  Well, don't guess.
21         THE WITNESS:  Huh?
22         MR. ABRAMSON:  Don't guess.  If you

Page 52

1  know, you know.
2         THE WITNESS:  He took it again, but I
3  don't know when.
4  BY MR. KOUBA:
5    Q   Okay.
6         MR. KOUBA:  I'm going to ask the court
7  reporter to mark this Exhibit 3.
8              (Deposition Exhibit No. 3 was
9              marked for identification.)
10  BY MR. KOUBA:
11    Q   Do you recall whether or not you've ever
12  seen this document?
13    A   (Witness examined document).  I see so
14  many of these tests --
15    Q   Of course.
16    A   -- and I don't -- I don't know that
17  whether -- you know, sometimes I see them.
18  Sometimes I don't see them.  Sometimes I recall
19  them.  Sometimes I don't recall them.
20    Q   You say sometimes you see them and
21  sometimes you don't see them.
22         Do you know why you would not see the

Page 53

1  test results?
2         I can appreciate that you wouldn't
3  remember it, seeing --
4    A   I don't -- I don't --
5    Q   -- something --
6    A   -- remember it.
7    Q   -- that you don't remember seeing
8  something seven years ago that you see often; but
9  I believe you said that you don't always see the
10  results.
11    A   (Witness examined document).  This looks
12  like Maung Maung's score in 2001.
13    Q   And to go back to the question I just
14  asked.
15         You testified that sometimes you see
16  test results and sometimes you don't.
17         On those occasions when you don't see
18  test results, what is the reason you don't see
19  them?
20    A   HR doesn't give it to me.
21    Q   On those occasions, are you also
22  responsible for determining whether or not to

14 (Pages 50 to 53)

Soe Thinn                                                              October 4, 2006

Washington, DC

---

Page 54

1  interview or hire a person?
2      A    First of all, these -- you gotta
3  understand that the tests are conducted so that
4  these people go to the next step of the interview.
5  And if -- you know, I don't know how many apply
6  for positions, for -- for the vacant position.
7  The top four or five would be given to me, saying
8  that, you know, here, these are the people who are
9  the top four or five that you could interview.
10     Q    Okay.
11     A    And so it varies.  I mean, sometimes
12 there may be three applicants.  They all -- they
13 will give it to all three.  There may be 20
14 applicants and say they're not going to give me
15 all 20.  They may give me three or four or five.
16 I don't know.  So it depends, yeah, on their
17 grades, as well.
18     Q    The test results you don't see are the
19 ones that HR doesn't refer to you for an
20 interview?
21     A    Right.
22     Q    Understood.

Page 55

1          With respect to Exhibit 3, Maung Maung's
2  2001 test scores, if you can take a look at his
3  score on written test part one.
4          Do you have an opinion as to why his
5  score is lower than it was in 1999?
6          MR. ABRAMSON:  Objection.
7          THE WITNESS:  I wouldn't know.  I
8  didn't -- I didn't see the script.  I just -- I
9  just see this.  I don't see his answer papers.
10 BY MR. KOUBA:
11     Q    Okay.
12     A    I wouldn't know.  And I didn't -- I
13 didn't grade this.  This is Saw Tun.  That's not
14 me.
15     Q    Okay.
16     A    So -- he's an external examiner.
17     Q    Okay.  As a general matter, are you
18 surprised to see a score dropped two years later?
19     A    There is no reason for me to surprise,
20 because I cannot make a judgment without actually
21 seeing his written thing.  I mean, I'd have no
22 way -- these are just numbers to me.

Page 56

1      Q    So you don't know?
2      A    I don't know.  I know that this is U
3  Maung Maung's score because you told me this is U
4  Maung Maung's score.
5      Q    What was Maung Maung's first position at
6  Radio Free Asia?
7      A    A Voicing consultant.
8      Q    Do you recall when he was hired?
9      A    Yeah.  Sometime in 2002.
10         MR. KOUBA:  I'm going to ask the court
11 reporter to mark this as Exhibit 4.
12              (Deposition Exhibit No. 4 was
13              marked for identification.)
14 BY MR. KOUBA:
15     Q    Have you seen this document before?
16     A    (Witness examined document).  No.
17     Q    If I represent to you this is a
18 consultant agreement between Radio Free Asia and
19 Maung Maung dated May 15th, 2002, you don't have
20 any reason to disagree with that?
21     A    It says so here.
22     Q    Right.

Page 57

1          MR. KOUBA:  And I ask the court reporter
2  to mark this as Exhibit 5.
3              (Deposition Exhibit No. 5 was
4              marked for identification.)
5          THE WITNESS:  (Witness examined
6  document).
7  BY MR. KOUBA:
8      Q    And you would agree this is a very
9  similar document, the dates are different?
10     A    Yes.
11         MR. ABRAMSON:  Objection.  The document
12 speaks for itself.
13         THE WITNESS:  It says so here, yeah.
14 BY MR. KOUBA:
15     Q    Were you Maung Maung's supervisor during
16 this period, May 2002 through September 2003?
17     A    I was the head of the service that has
18 hired him as a consultant.
19     Q    Were you his supervisor?
20         MR. ABRAMSON:  Define supervisor.
21         THE WITNESS:  Yeah, what do you mean by
22 supervisor?

Soe Thinn                                                                                    October 4, 2006

Washington, DC

Page 58

1      MR. ABRAMSON:  You have three decisions
2  from the NLRB yesterday.  You have to define
3  supervisor.
4  BY MR. KOUBA:
5      Q    Were you in charge of overseeing his
6  activities when he was on the job?
7      A    No.
8      Q    Who was?
9      A    The editors.
10     Q    And do you recall who the editors were
11  between May 2002 and September 2003?
12     A    2002 and 2003 Daw Nyein Shwe.  You've
13  already got that name.  Khin Maung Nyane, K-H-I-N,
14  second word M-A-U-N-G, third word N-Y-A-N-E.  U
15  Win Pe, W-I-N, P-E.  By the way, "U" means
16  "mister" in Burmese.
17     MR. ABRAMSON:  It's the letter U.
18     THE WITNESS:  It's the letter U.  And U
19  Thein Htike Oo, which is T-H-E-I-N, H-T-I-K-E,
20  last word O-O.  I'm not sure about this man,
21  whether he was already an editor at that time or
22  not.  If he was then -- if he was an editor at

Page 59

1  that time that you are talking about, then he
2  would have been one of the supervisors.
3  BY MR. KOUBA:
4      Q    How often would you see Maung Maung on
5  the job?
6      A    As often as he would come in.
7      Q    And for how long each time he came in
8  would you see him?
9      A    Varies.  He comes in to work when he's
10  on call four hours, you know.  If it was an early
11  morning shift, four hours in the early morning
12  shift before the air show.  If it was an evening
13  shift, it was -- would be four hours before the
14  air show.
15     Q    Did you listen to his broadcast?
16     A    Yes.  Of course.
17     Q    How would you describe those?
18     A    Normal.
19     Q    By normal, you mean the same as other
20  broadcasters?
21     A    There are -- when I say normal, it's
22  nothing outstanding.  Because there are

Page 60

1  outstanding broadcasters.  He's certainly not an
2  outstanding broadcaster.
3      Q    Did you ever talk to the editors about
4  his performance on the job?
5      A    Yes.
6      Q    What did the editors say about his
7  performance?
8      A    I always talk to editors about the
9  performance of all my broadcasters, as well as our
10  voicing consultants.  And they give me input on
11  how each person is doing and how they are not
12  doing.  And it's the general run of things.  As a
13  manager of an organization, I get my input from my
14  editors who are on a day-to-day basis, you know,
15  working with these people.
16     And U Maung Maung's performance is no
17  different from the way I monitored all the other
18  broadcasters.
19     Q    And what did the editors say about Maung
20  Maung's performance?
21     A    Certainly not outstanding.  There have
22  been some complaints about how his work has some

Page 61

1  flaws and like -- like -- like everybody else's.
2  But as I've said, nothing outstanding.
3      Q    Can you describe the flaws the --
4      A    I can't --
5      Q    -- editors reported.
6      A    -- I can't go one by one.  I mean,
7  since -- you know, I mean, I don't have a record
8  of that.
9      Q    You don't recall any specific flaws?
10     A    You'll have to ask the editors.
11     Q    Was Maung Maung on time?
12     MR. ABRAMSON:  On time for what?
13     THE WITNESS:  Yeah.
14     MR. ABRAMSON:  Objection.  It's vague.
15  BY MR. KOUBA:
16     Q    Okay.  Let me strike that question.
17     A    Yeah.
18     Q    Did Maung Maung have to report at a
19  certain time when he was a voicing consultant?
20     A    Yes.
21     Q    And did he report at the time he needed
22  to report when he was a voicing consultant?

16 (Pages 58 to 61)

Soe Thinn                                                                    October 4, 2006

Washington, DC

Page 62

1    A    I don't have complaints from my editors
2  that he has not been on time.  The only complaint
3  that they have is that if they want to get his
4  services, because he's on call, we call him up and
5  he is -- he never answers the phone.  There's only
6  an answering machine on his telephone.  And,
7  therefore, it is very difficult to get hold of
8  him.
9          And we have to leave a message.  And we
10  have to wait for him to reply.  And that puts a
11  burden on us whether to ask him or other voice
12  consultants to come.  We're -- usually, these
13  things are always an emergency and somebody gets
14  sick, you know, we ask him to come and do the
15  news.
16          And, you know, sometimes it's -- it's
17  very difficult to get hold of someone who is
18  supposed to be on call.  And the only reason we
19  can get through to him is on a voice -- voice
20  mail.  And we don't know whether that's his cell
21  phone or what -- whatever phone he has.
22          But it's always we have to leave a

Page 63

1  message on the phone and then he calls back.  And
2  by the time we would have -- you know, we don't
3  know what to do.  Do we call another person, or is
4  he -- or that's -- that's a very difficult
5  situation, when you're -- when he's supposed to be
6  on call.
7    Q    Do you know how often this happened?
8    A    All the time.  Because we never get him
9  on the phone directly.
10    Q    And when you say all the time, are you
11  saying every single time you called him?
12    A    Yes.
13    Q    Did you ever considering terminating
14  Maung Maung because you couldn't call him, because
15  you couldn't reach him when you attempted to call
16  him?
17    A    That's not the main reason why his
18  contract was terminated.
19    Q    No, I'm asking -- I'll be more specific.
20          Between May 2002 and September 2003, did
21  you ever considering terminating his contract
22  because every time you called him to work you got

Page 64

1  a voice mail?
2    A    No.
3    Q    And in September 2003, you didn't -- did
4  you consider not renewing his contract because
5  every time you called him you got a voice mail?
6    A    It has very little -- it's minor reason.
7    Q    Did Maung Maung get along with his
8  coworkers?
9        MR. ABRAMSON:  Objection.
10        THE WITNESS:  You'll have to ask him.
11  BY MR. KOUBA:
12    Q    You don't recall any complaints from
13  coworkers that he did not get along with them?
14    A    Nobody complained.
15    Q    When Maung Maung reported to work
16  between May 2002 and September 2003 and you asked
17  him to do a broadcast, did he complete that
18  broadcast?
19    A    What do you mean by broadcast?
20    Q    When he was asked to take a news story,
21  translate it, and broadcast it.
22    A    They -- he's not supposed to translate.

Page 65

1  He's has to rewrite them --
2    Q    Right.
3    A    -- as I said before.
4    Q    Sorry.  Rewrite in Burmese and broadcast
5  it.
6          Do you recall him ever not completing a
7  broadcast job that you asked him to do or that the
8  Burmese service department asked him to do?
9    A    There is -- when a person comes in to
10  do -- to read the news, he has to finish it.  If
11  he doesn't finish it, the supervisor helps him so
12  that it's -- because we are working on a deadline.
13  There is -- an occasion does not arise where a
14  person cannot finish.  If he does not finish, the
15  editor will help him and all other people will
16  help him finish it.  So, you know, it has to go on
17  the air.
18    Q    Do you recall any occasion in which a
19  supervisor or editor had to help Maung --
20    A    There has been times --
21        MR. ABRAMSON:  Wait till he finishes his
22  question.

17 (Pages 62 to 65)

Soe Thinn                                                                October 4, 2006

Washington, DC

Page 66

1  BY MR. KOUBA:
2      Q    -- where an editor had to help Maung
3  Maung complete his broadcast?
4      A    There were times when he would need his
5  script edited.
6      Q    And when you say he would need his
7  script edited, could you describe that in a little
8  more detail exactly what he would need done to his
9  script?
10     A    It had to be corrected so that it
11  conforms to what we would consider material fit
12  for broadcast.
13     Q    How often did somebody need to help him
14  conform his transcript so it was fit for
15  broadcasting?
16     A    It varies.
17     Q    Could you estimate a percentage of the
18  time it happened?
19     A    No.
20     Q    Less than half the time?  Is that
21  accurate?
22     A    I cannot estimate.

Page 67

1      Q    Do you know whether or not other voice
2  consultants needed help on their broadcast?
3      A    Yes.
4      Q    And do you know how often they needed
5  help?
6      A    Same answer.  I can't estimate.  I'm
7  sorry.
8      Q    Other than the things we've already
9  discussed, do you recall anything else negative
10  about Maung Maung's job performance between May
11  2002 and September 2003?
12     A    No.
13         MR. KOUBA:  I'm going to ask the court
14  reporter to mark this as Exhibit 6.
15         (Deposition Exhibit No. 6 was
16          marked for identification.)
17  BY MR. KOUBA:
18     Q    Mr. Thinn, this is a consultant
19  agreement from September 2003 through the end of
20  August 2004 for Maung Maung.
21     A    September 30th, 2004, it says here.
22     Q    Right.  Through the end of September.

Page 68

1  Sorry.
2         Have you seen this agreement before?
3      A    No.
4      Q    Were you involved in the decision to
5  renew Maung Maung's contract in September 2003?
6      A    Yes.
7      Q    What role did you play?
8      A    That -- as I've said, every year in
9  September I get a list from the contracts division
10  of people who are under contract with the Burmese
11  service, voicing consultants as well editorial
12  consultants.
13         And we look at the -- "we" meaning Nancy
14  Daw Nyein Shwe, my deputy, and the senior editors
15  at that time -- look at it.  And we discuss, okay,
16  this guy needs -- this person can be renewed, this
17  person terminated.  We decide.  And we give
18  reasons why, and then submit it to senior
19  management, pass it on.  And they confirm it.  And
20  then they send it to contracts division.
21     Q    With respect to Maung Maung's renewal,
22  do you recall whether or not any of the people

Page 69

1  involved in the process you just described had
2  anything negative to say?
3      A    I don't recall either way, because this
4  is a normal routine thing that we do.  And I -- I
5  don't remember -- this is, you know, three years
6  ago or two years ago, whatever, three years ago,
7  whatever, you know.  And if there was any
8  objection, then there would be reason to not renew
9  his contract.
10     Q    So are you saying that the fact his
11  contract was renewed means that nobody objected to
12  renewing his contract?
13     A    Absolutely, yeah.
14     Q    Was your role and your editors' and
15  supervisors', was the role similar to who
16  supervised Maung Maung's job performance between
17  September 2003 and September 2004?
18     A    I don't understand the question.
19     Q    Would it be accurate to say that your
20  editors were Maung Maung's supervisors between
21  September 2003 and September 2004?
22     A    Yes.

18 (Pages 66 to 69)

Soe Thinn                                                                    October 4, 2006

Washington, DC

Page 70

1    Q    And you continued to discuss with your
2    editors Maung Maung's job performance?
3    A    As well as other consultants.
4    Q    Right.  Right.  Same relationship?
5    A    Yeah.  Yeah.  Yeah.  It's a normal thing
6    that we do, with all consultants.
7    Q    And were Maung Maung's job
8    responsibilities the same between September 2003
9    and September 2004 as they had been?
10   A    I think he signed another contract to be
11   editorial consultant to write features.
12   Q    Okay.  And for right now, I just want to
13   concentrate on his responsibilities under --
14   A    Well, that --
15   Q    -- the consulting agreement.
16   A    -- that's part of the responsibilities.
17   That's why, you see, I'm not excluding the
18   editorial consultant as a feature writer his
19   responsibility.  That's also a responsibility that
20   he has to do for the Burmese service --
21   Q    Right.
22   A    -- in addition to voicing contractor.

Page 71

1    Q    Okay.  But his responsibilities as a
2    editorial consultant do not arise out of this
3    agreement, they arise out of a separate
4    agreement --
5    A    Yes.
6    Q    -- is that accurate?
7    A    Yes.
8    Q    Did you continue to have complaints
9    concerning Maung Maung's voice mail situation that
10   you described --
11   A    Sorry.  Voice?
12   Q    -- earlier?
13       Yeah.  You described earlier Maung
14   Maung's voice mail and the difficulty reaching
15   him?
16   A    Voice mail?
17   Q    Voice mail, answering machine.
18   A    Oh, yes.  Okay.
19   Q    Did you continue to have complaints
20   about that?
21   A    Oh, yes, yes.
22   Q    At about the same --

Page 72

1    A    Yes.
2    Q    Okay.
3    MR. ABRAMSON:  That was all the question
4    was, "the same."
5    BY MR. KOUBA:
6    Q    Frequency.
7        And you also had no complaints from any
8    coworkers about his ability to get along with
9    coworkers?
10   A    No.
11   Q    Do you recall whether or not he
12   continued to need help finishing his broadcast
13   from an editor?
14   A    Yes.  Everybody needs help.  There isn't
15   anybody who are -- who are consultants who never
16   had help, who never --
17   Q    Okay.
18   A    -- who never needed help.  Everybody
19   needed help.  That's why we have editors.
20   Q    Okay.  You mentioned earlier that Maung
21   Maung had a second position at Radio Free Asia --
22   A    Second --

Page 73

1    Q    -- as an editorial consultant?
2    A    -- second contract, yes.
3    MR. KOUBA:  Mark this as 7, please.
4        (Deposition Exhibit No. 7 was
5         marked for identification.)
6    THE WITNESS:  (Witness examined
7    document).
8    BY MR. KOUBA:
9    Q    Have you seen this document before?
10   A    No.
11   Q    But you would agree it indicates that
12   Maung Maung was hired as an editorial consultant
13   in October 2002?
14   A    It says so --
15   MR. ABRAMSON:  Objection.
16   THE WITNESS:  -- it says so there.
17   BY MR. KOUBA:
18   Q    Did you play any role in the Burmese
19   section decision to hire him as an editorial
20   consultant?
21   A    Yes.
22   Q    What role did you play?

19 (Pages 70 to 73)

Soe Thinn                                                              October 4, 2006

Washington, DC

Page 74

1    A    U Maung Maung came and talked to me that
2    he would like to write a weekly feature. And I
3    says, fine, what would you like to write about. I
4    think he wanted to write about the Burmese
5    military. And I said that's -- no, that's not,
6    you know, a good subject.
7        And I was the one who suggested that why
8    don't you write about science and advancement of
9    science and technology, and how it would have an
10   affect on Burmese society. And he says, yes,
11   that's a good idea. So he had to submit some kind
12   of a request to do that, application to do that,
13   getting some idea what he wants to write about.
14       And I discuss it with my editors. And
15   we decided that it was a good thing, give him a
16   try, to give him an opportunity, you know, to do
17   this.
18       Q    Could you describe his job duties as an
19   editorial consultant?
20       A    An editorial consultant writing weekly
21   features has to write features, weekly features on
22   a weekly basis with respect to the topic that he

Page 75

1    has proposed. And our editors look at it, make
2    changes to it.
3        And then some editorial consultants
4    would voice it. We call them up on the phone.
5    And then they send the -- they voice it on the
6    phone. We take it, you know, we record it, and
7    broadcast it. Some voice -- editorial consultants
8    won't voice it. We, our staff, you know, voice
9    the features and air it.
10       Q    Who decides whether or not an editorial
11   consultant voices their own feature?
12       A    We decide. And --
13       Q    And who is "we"?
14       A    -- and we decide as -- well, it all
15   depends on the other editorial consultant, as
16   well. The editorial consultant might be write --
17   writing the feature with a pseudonym. And,
18   therefore, he doesn't want to be identified at who
19   he is. Then he would say, well, could you voice
20   it for us, for him. And then we would voice it.
21       And then there are people who are very
22   old, who do not have the time. And they will say

Page 76

1    that, look, you know, I do not have the time. You
2    know, could it be possible that we can voice it.
3    It all depends. We're fairly flexible.
4        Q    Okay. Has there been an occasion where
5    an editorial consultant wanted to voice their own
6    feature and the Burmese section told them they
7    couldn't?
8        A    We would not put it in those terms. We
9    would be more polite about that. We would say we
10   would -- you know, I mean -- I know there is a
11   very old consultant. He's a very veteran
12   journalist from Burma. He's about 80, I think.
13   Close to 80, anyway. And he -- he has difficulty,
14   you know, breathing, you know.
15       And so we said, you know, uncle -- we
16   called him uncle, because he's old. And that's --
17   that's our culture. I said, you know, it -- it
18   might be better if -- if we do it and -- and
19   relieve you of the -- the pressure and time. So
20   he said fine, that's fine.
21       Q    But other than that incident, there's
22   never been an editorial consultant whose voicing

Page 77

1    was so bad that you didn't want them to voice
2    their own feature?
3        MR. ABRAMSON: Objection.
4        You can answer.
5        THE WITNESS: I don't recall.
6    BY MR. KOUBA:
7        Q    In Maung Maung's job as an editorial
8    consultant, were the editors his immediate
9    supervisors?
10       A    Yes.
11       Q    And, again, you discussed his job
12   performance --
13       A    Yes.
14       Q    -- and that sort of thing?
15       A    Uh-huh.
16       Q    Did you ever have any complaints about
17   his performance as an editorial consultant?
18       A    Yes.
19       Q    What kind of complaints did you have?
20       A    First of all, the -- whatever output
21   that we have on the air, as I've told you before,
22   has to be related to Burma, to its people,

20 (Pages 74 to 77)

Soe Thinn                                                                    October 4, 2006

Washington, DC

---

Page 78

1 directly or indirectly.
2         There has been times when U Maung
3 Maung's features do not have any relation, whether
4 they're direct or indirect, to the people and --
5 and Burma.  So we would have to say no, this is
6 not good.  And then if -- then they would say,
7 don't -- this is not good.
8         And, also, as you know, our broadcasting
9 station is unbiassed.  We do -- we are not set up
10 to bring down any government.  And we do not -- if
11 I may use the word -- bash up the military
12 government.  We never do that.
13        And there were times when my editors
14 have reported to me that U Maung Maung was bashing
15 up the government too much in his scripts, and
16 that they would have to tell him, you know, no,
17 you can't do this.  We can't do this.  And we
18 would alter his script so that it fits in with our
19 policy.
20    Q   Do you recall which editors it was that
21 came to you with these complaints?
22    A   I think Daw Nyein Shwe, my deputy.  And

---

Page 79

1 I think U Khin Maung Nyane also had mentioned
2 that.
3    Q   And do you recall in particular what it
4 was Maung Maung had written that was not
5 appropriate?
6    A   Well, one time I think it was about
7 toll, you know, paying money, toll, when the cars
8 go tolls and stuff like that.  Well, you know, in
9 Burma, we don't have tolls.  Now, he was -- I
10 think he was talking about the modernization of
11 how to get tolls from -- you know, so that the
12 traffic will -- but we don't have tolls in Burma.
13 So, I mean, it's not going to be really -- have
14 any impact on Burmese society.
15        And then there was about cars, as well.
16 We don't have a lot of cars in Burma.  I mean,
17 only in the big city that we have a lot of cars,
18 but, you know.  And -- and only certain strata of
19 society can afford to have cars.
20    Q   Okay.  I understand those are two
21 examples of when he discussed things that didn't
22 relate to Burma sufficiently.

---

Page 80

1         Do you recall any specific examples when
2 he, quote, bashed up the government?
3    A   Yeah.  I mean, Nancy had -- Daw Nyein
4 Shwe had talked to me about this.  And it was in
5 general terms.  I never questioned the -- the
6 judgment of my editors.  I won't say, hey, hey,
7 show it to me, can you show it to me.  I believe
8 them.  I have to trust them.  I work with them.
9 And I -- I trust whatever they say.  And I don't
10 go in and say, hey, you know, prove it, you know.
11 I don't.  I don't micromanage.
12    Q   Right.  Understood.
13        You described his features as weekly.
14        Did he always complete his features on
15 time, or by the time they were to be edited and
16 then broadcast?
17    A   That's another problem.  You see, we're
18 an organization that where we do what we -- needs
19 to be done to go on the air.  And he would insist
20 that this is the time he wants to give his voice
21 to us, rather than us telling him that, look, you
22 know, we want your voice.

---

Page 81

1         No, he would always dictate.  He would
2 say that, hey, I can only give my voice at that
3 time; and if I don't, then I can't.  He said he's
4 busy.  And I don't know where he is busy from.
5 The deposition that I heard, he didn't even have a
6 proper job.
7    Q   When you say that an editorial
8 consultant needs to give their feature at a
9 specific time, is there a reason it has to be at a
10 specific time?
11    A   Of course.  It has to go on the air.
12    Q   Okay.  Is there a reason they could not
13 give it to them two days early?
14    A   We insist on having it two days
15 earlier --
16    Q   Okay.
17    A   -- but we insist.  I mean, that's --
18 this is our rule.
19    Q   These aren't live broadcasts?
20    A   These are broadcasts, yes.
21    Q   Broadcasts, but are they live?
22    A   They are not.  They are recorded --

---

Alderson Reporting Company
1-800-FOR-DEPO

Soe Thinn                                                                    October 4, 2006

Washington, DC

Page 82

1    Q    Recorded.
2    A    -- they have to be recorded in advance
3  so that it goes on the air at the time it's
4  supposed to go on the air.
5    Q    Is it necessary to record the weekly
6  features at the -- at Radio Free Asia's offices?
7    A    No.
8    Q    So when you say Maung Maung was
9  dictating specific times as to when he could get
10 you weekly features, this is when he could get you
11 the written feature?
12   A    No.  He -- okay.  You -- I will explain
13 the situation.
14   Q    Okay.
15   A    When he was a voicing consultant, he was
16 coming into the office because he has to rewrite
17 the news and go on the air.  So he has to
18 physically be in the office to do it.  So because
19 he was there, he asked if he could record his
20 features at the same time on his own, because he
21 would like to use the studios, which is not --
22 which is very -- which is actually a privilege for

Page 83

1  him.
2         Because none of our editorial
3  consultants are allowed to come to the office.
4  Not only allowed, they don't -- there's no
5  necessity for them to come to the office.  But he
6  was there already.  So he said, okay, can we --
7  can you send someone, show me how to use these
8  studios, the machines.  Fine.  Someone showed him
9  good enough.
10        And he said he would do it on his own,
11 provided the scripts are, of course, already been
12 approved by the editor.  And then he would go into
13 the studio.  We have only one studio, which has to
14 be shared by all of the members of the broad --
15 the broadcasters.  And he would go and say, okay,
16 can I use this.  And he would come.  And we would
17 let him use it, although there's always busy, busy
18 time for using the studios.
19        Then he would go.  And then he would
20 record his.  He would edit it.  And then he would
21 say, okay, this is -- this is it.  I mean, he
22 would put it on a -- on file, on a recorded file,

Page 84

1  and say that this is what I've done.
2         But after his voicing consultancy, he
3  don't -- there was no need for him to come to the
4  office, so he didn't come.  So when he didn't
5  come, we had to get his voice on the phone, like
6  everybody else, I mean.  So at that time,
7  everybody else would say, okay -- we would tell
8  the voice editorial consultant, look, we need --
9  we're going to call you on this time, please stand
10 by.  And they would usually.
11        But in his case, he had the privilege of
12 dictating the time that he would be available.
13 And that does put, you know, a bit -- and he's
14 still doing it, I mean.  And I -- I question why
15 he is doing this, in spite of the fact that, you
16 know, he doesn't have a job.  What is he busy
17 with?
18   Q    When you say he is still doing this, do
19 you mean he is still dictating -- to use your
20 word --
21   A    Yeah.
22   Q    -- he is still dictating to Radio Free

Page 85

1  Asia when he --
2    A    Is free --
3    Q    -- office --
4    A    -- yes, he -- sorry, sorry, sorry.
5    Q    When you said he's still doing it, do
6  you mean he's still dictating to Radio Free Asia
7  when he will record his weekly feature at Radio
8  Free Asia's office?
9    A    Yes.
10   Q    Maung Maung's original contract I
11 believe ran through September 2003.
12        Is that consistent with your memory,
13 October --
14   A    Which original contract?  Which one?
15   Q    The editorial consultant contract.
16   A    The weekly feature one?
17   Q    That's right.  Exhibit 7.
18   A    (Witness examined document).  Yes.
19   Q    Do you recall whether his contract was
20 renewed in 2003?
21   A    Yes.
22   Q    Do you recall whether or not it was

22 (Pages 82 to 85)

Page 86

1  renewed in 2004?
2      A   Yes.
3      Q   And it was?
4      A   Yes.
5      Q   And do you recall whether or not it was
6  renewed in 2005?
7      A   Yes.
8      Q   And it was?
9      A   Yes.
10     Q   Were you involved in the decision to
11 renew his contract?
12     A   Yes.
13     Q   Could you describe your role in that
14 decision?
15     A   Same as I answered your question before.
16     Q   You met with your editors and discussed
17 it and decided to renew it.
18         And at those meetings where you
19 discussed whether or not to renew his editorial
20 consultant contracts, did anyone voice any
21 sentiment that they should not renew it?
22     A   They did not voice any sentiment.  They

Page 87

1  just -- they said there were concerns about his --
2  which I have already told you about.  But we
3  decided that, well, that's -- as long as there is
4  an editor who is giving him guidance on what is
5  appropriate and what is not appropriate, there's
6  no problem with that.
7      MR. KOUBA:  I'm going to ask the
8  reporter to mark this as Exhibit 8.
9          (Deposition Exhibit No. 8 was
10         marked for identification.)
11 BY MR. KOUBA:
12     Q   Mr. Thinn, have you ever seen this
13 document?
14     A   Yes.
15     Q   And would you agree it's an evaluation
16 of Maung Maung's weekly feature?
17     A   (Witness examined document).  Yes.
18     Q   The first line after the title reads
19 that science and technology was one of Radio Free
20 Asia's best non-current affairs programs.
21         Do you agree with that?
22     A   It's not the best.

Page 88

1      Q   Do you agree it's one of the best?
2      A   No.
3      Q   What's the basis for your disagreement
4  with that?
5      A   I've already said it, that some of them
6  are irrelevant to Burmese society.
7      Q   Anything else?
8      A   No.
9      Q   And the second and third line report
10 that the presenter was, quote, lively, confident,
11 articulate, energetic, and pronounced English
12 names correctly.
13         Do you agree with that assessment of
14 Maung Maung?
15     A   (Witness examined document).  My opinion
16 is that it is not lively and it is not energetic.
17     Q   So you do agree that it's articulate?
18     A   Yes.
19     Q   You do agree it's confident?
20     A   Yes.
21     Q   And you agree he pronounces English
22 names properly?

Page 89

1      A   Most of the time.
2      Q   Does Radio Free Asia do written
3  evaluations of voicing consultants?
4      A   No.
5      Q   Does Radio Free Asia do written
6  evaluations of editorial consultants?
7      A   No.
8      Q   Would the only evaluation that Radio
9  Free Asia does of voicing consultants be when they
10 decide whether or not to renew a contract?
11     A   Yes.
12     Q   And would the same be true of editorial
13 consultants?
14     A   Yes.
15     Q   We discussed Maung Maung's employment as
16 a voicing consultant between September 2002 and
17 September 2004.
18         Did Maung Maung continue as a voicing
19 consultant after September of 2004?
20     A   No.
21     Q   Who made the decision not to renew his
22 contract?

23 (Pages 86 to 89)

Soe Thinn                                                                    October 4, 2006

Washington, DC

Page 90

1    A    The same process that I told you earlier
2  on with regard to renewal of voicing consultants
3  and editorial consultants.
4        MR. KOUBA:  I'm going to ask the court
5  reporter to mark this as Exhibit 9.
6             (Deposition Exhibit No. 9 was
7             marked for identification.)
8  BY MR. KOUBA:
9    Q    If you could turn to page 18.
10   A    (Witness examined document).
11   Q    The second sentence at the top of the
12 page identifies several people.
13       To your knowledge, was anyone else in
14 addition to those people identified at the top of
15 page 18 --
16       MR. ABRAMSON:  Wait.  Can the witness be
17 referred to the question before he is referred to
18 the response?
19       MR. KOUBA:  Sure.  This is --
20       MR. ABRAMSON:  Tell us what the response
21 is.
22       BY MR. KOUBA:

Page 91

1    Q    Right.  This is a response to
2  interrogatory number 14.
3        Please describe in full detail the
4  specific factors considered by Defendant relating
5  to Defendant's decision not to renew Plaintiff's
6  part-time broadcaster contract with Defendant in
7  or around October 2nd, 2004, including the
8  following:  Subtitle B -- sub question B, the name
9  and job title of each individual who participated
10 in meetings or communications relating to
11 Defendant's decision.
12       The second sentence and the response,
13 the response to that particular sub question, and
14 if you could read that to yourself.
15       My question is whether or not there's
16 anybody not identified in that response that
17 played a role in the decision not to renew Maung
18 Maung's voicing consulting contract in
19 September 2004?
20   A    (Witness examined document).  No.  This
21 is -- this is it.
22   Q    And I believe you said earlier that

Page 92

1  after you and the editors make a decision, you
2  send it to senior management.  But you didn't
3  identify who senior management necessarily was.
4        Is that what happened in Maung Maung's
5  case in September of 2004?
6        MR. ABRAMSON:  Objection to the
7  characterization of the testimony.
8        You can answer if you understand the
9  question.
10       THE WITNESS:  When I say senior
11 management, I pass it on to my -- the deputy
12 director of Southeast Asian language services,
13 Susan Lavery.  And she discuss it with senior
14 management, whoever they are.  I don't
15 specifically know who the -- she discuss it with,
16 you know, individually.  To me, you know, okay,
17 Susan, here it is.  And it goes.  And it comes
18 back.  And that's -- that's it.
19 BY MR. KOUBA:
20   Q    So if the response to interrogatory 14
21 was to be fully complete, it would identify the
22 members of senior management who also participate

Page 93

1  in this decision?
2    A    Can you rephrase that question, please?
3    Q    Sure.  When the people identified in
4  interrogatory 14 make their decision and it gets
5  passed on to senior management, is that consistent
6  with your testimony?
7        MR. ABRAMSON:  Objection.
8        THE WITNESS:  This is what had happened,
9  it says here, yeah.
10 BY MR. KOUBA:
11   Q    Okay.  Could you identify for me who on
12 page 18 comprises senior management?
13   A    Well, I send it to Susan Lavery.  It
14 goes on from Susan Lavery.
15   Q    So is Susan Lavery senior management?
16   A    Yes.  She is my supervisor, immediate
17 supervisor.
18   Q    And you don't know whether or not Susan
19 Lavery has to talk to her immediate supervisor
20 before making a decision whether or not to renew?
21   A    I don't know.
22   Q    Okay.  When was the decision not to

Alderson Reporting Company
1-800-FOR-DEPO

Page 94

1  renew Maung Maung's contract made?
2      A   Usually -- okay.  This is just -- it
3  happens every year, first week in September, the
4  contracts division comes up with all these lists
5  of contracts that we have -- the Burmese service
6  has with various editorial consultants and voicing
7  consultants.  And I look at it.  And I discuss it
8  with Daw Nyein Shwe and senior editors.  And we go
9  one by one:  Okay, we renew this; we won't renew
10 this; we don't renew this; we'll renew this.  And
11 then we pass it on to Susan.  And Susan pass it
12 on.
13     It's a recommendation, basically.  We
14 don't make a decision.  We recommend that these
15 should be renewed and these should not be renewed.
16 And it goes on.  And that's it.
17     Q   And does this take place at a formal
18 meeting?
19     A   I discuss it -- the discussion that we
20 have -- I have meetings with my senior editors
21 every day.
22     Q   Right.

Page 95

1      A   So it's part of that.  The process of --
2  of it -- come early September, you know, we get
3  this.  And we discuss it.  And they say, okay,
4  take, take, no, no, no.  It goes.
5      Q   Would there be any minutes of
6  meetings --
7      A   Oh, no, no.
8      Q   -- such as -- any minutes of meetings
9  such as the one you're describing?
10     A   (Nodding).  We have meetings every day
11 like this.
12     MR. ABRAMSON:  The answer is?
13     THE WITNESS:  No.
14     MR. ABRAMSON:  Okay.  You can't shake
15 your head, or nod.
16 BY MR. KOUBA:
17     Q   Does the Burmese service use any
18 specific criteria when deciding whether or not to
19 renew a contract?
20     A   What contract?
21     Q   Let's start with the voice consulting
22 contract.

Page 96

1      Does the Burmese service use any
2  specific criteria when determining whether or not
3  to renew a voice consultant contract?
4      A   I've told you earlier on that voicing
5  consultants are not renewed.  When the editors and
6  myself and the deputy director agrees that a
7  voicing consultant does not have any potential to
8  become a full-time broadcaster, and at that
9  particular instance in 2004, all of the voicing
10 consultants that -- we have three -- were not
11 renewed, because all of them had applied for
12 the -- a position before and they had not gotten
13 the position.
14     And they have been there a couple of
15 years.  We needed new voices, as well.  So we
16 decided to term -- not renew all three.  That's U
17 Maung Maung, U Tin Maung Than, and Do Khin Myo
18 Thet, Ms. Khin Myo Thet is a woman.  And U Tin
19 Maung Than is a man.  And U Maung Maung is also a
20 man.
21     Q   So is it your testimony you determined
22 in 2004 that Maung Maung did not have the

Page 97

1  potential to become a full-time broadcaster?
2      A   Well, he applied for it before.  He
3  didn't get it.  He didn't get the position.
4      Q   So when did you first make the
5  determination that Maung Maung did not have the
6  potential to become a full-time broadcaster?
7      A   When he was interviewed for a position
8  in 2003 --
9      Q   Do you recall --
10     A   -- 2001.  I think he was interviewed
11 first in 2001.  And then I think he interviewed
12 again in 2003.  And he was interviewed, although
13 his marks did not qualify to --
14     MR. ABRAMSON:  All right.  Wait for a
15 question.
16 BY MR. KOUBA:
17     Q   So in 2001, you made a determination
18 that he was not qualified to become a full-time
19 broadcaster?
20     MR. ABRAMSON:  Objection.
21 Mischaracterizes testimony, or misstates it.
22     THE WITNESS:  In 2001 -- do I?

25 (Pages 94 to 97)

Soe Thinn                                                                October 4, 2006

Washington, DC

Page 98

1        MR. ABRAMSON:  You can answer.
2        THE WITNESS:  Okay.  In 2001, he was
3    interviewed by Dan Southerland and Alex Tseu.  I
4    sat in on the interview.  I didn't say anything.
5    BY MR. KOUBA:
6        Q    Did the Burmese service department
7    determine in 2001 that Maung Maung did not have
8    the potential to become a full-time broadcaster?
9        A    No.
10       Q    Do you recall why he was not hired in
11   2001?
12       A    Because Dan and Alex made the decision
13   to hire someone else.
14       Q    But you don't remember why they made
15   that decision?
16       A    They felt that the -- that the someone
17   else was better than U Maung Maung.
18       Q    When did the Burmese department first
19   determine that Maung Maung did not have the
20   potential to become a full-time broadcaster?
21       A    When we decided -- well, there was two
22   occasions.  One was 2001, again in 2003.

Page 99

1        Q    So Radio Free Asia made that
2    determination in 2001?
3        A    And 2003.
4        Q    Did you consult HR at all when you were
5    determining whether or not to renew Maung Maung's
6    contract in 2004?
7        A    HR has nothing to do with it.
8        Q    Is it common not to renew contracts for
9    voice consultants?
10       A    Yes.
11       Q    I believe you testified that in 2004
12   there were three individuals whose contracts as
13   voice consultants were not renewed.
14           Do you recall how many contracts for
15   voice consultants were not renewed in 2003?
16       A    2003 they were all renewed.
17       Q    Do you recall how many in 2002?
18       A    I think there was one.
19       Q    Do you recall as far as 2001?
20       A    I'm not -- I don't know -- I'm not even
21   sure we had voicing consultants in 2001.  I'm not
22   sure.  We may have.  Now that I -- it comes to me

Page 100

1    there are others who had voicing consultants we
2    have not renewed.
3        Q    There were two other individuals who
4    voice consultant contracts were not renewed in
5    2004; that's correct, right?
6        A    Yes.
7        Q    And I'm sorry.  I hate to ask you the
8    same question twice, but I did not catch their
9    names.
10       A    Yeah.  Mr. Tin Maung Than, T-I-N,
11   M-A-U-N-G, T-H-A-N.  And the other one is Ms. Khin
12   K-H-I-N, second word M-Y-O, third word T-H-E-T.
13       Q    Thank you.
14           Do you recall why Mr. Than would -- his
15   contract was not renewed?
16       A    Which Mr. Than?
17       Q    Tin Maung Than.
18       A    He's also Mr. Than.  The same.  The same
19   as -- all three were not renewed for the same
20   reasons.
21       Q    And the same reasons are that Radio Free
22   Asia did not think they had the potential to

Page 101

1    become full-time broadcasters?
2        A    Yes.
3        Q    Any other reasons?
4        A    And because we needed new voices.
5        Q    Could you describe specifically what you
6    mean when you refer to new voices?
7        A    Different voices, not the same voice.
8        Q    Who determined that Radio Free Asia
9    needed to hire different voices?
10           MR. ABRAMSON:  Objection.  Asked and
11   answered.
12           You can answer.
13           THE WITNESS:  Me and my deputy and my
14   senior editors.
15   BY MR. KOUBA:
16       Q    So nobody in senior management came to
17   you and said we need new voices; it was a
18   determination that you made with your editors?
19       A    Oh, yes.
20       Q    Do you know why you determined you
21   needed new voices?
22           MR. ABRAMSON:  Objection.  Asked and

26 (Pages 98 to 101)

Page 102

1  answered.
2          You can answer.
3          THE WITNESS:  Because we didn't want old
4  voices.  We wanted new voices, different voices,
5  okay, if you want.
6  BY MR. KOUBA:
7      Q   Has Radio Free Asia ever decided not to
8  renew a contract for an editorial consultant
9  because they needed new voices?
10     A   Editorial consultants are different.
11 Sometimes, as I've said before, we don't even use
12 their voices because we read some of them.  And
13 sometimes we don't renew their contracts when they
14 run out of material for the topics that they have
15 proposed.  Sometimes we don't renew if -- like in
16 the instance where we had to terminate one person
17 who said, no, I don't want to be -- you know, I
18 don't want my stuff to be edited.
19         And then there are people like some
20 editorial consultants who deviate from what they
21 were supposed to be writing about.  And then we
22 say, hey, look, this is not right.  And then we

Page 103

1  say, okay, you know, we're not going to renew your
2  contract, or we terminate it there and then.
3          And there were also times when a topic
4  becomes -- what's the word -- boring, you know.
5  There's no new element in it, you know.  And then
6  it keeps repeating the same thing, the very same
7  thing.  And there's no -- you know, as you know,
8  radio has to be always improving.  It's got to be
9  changing.  And sometimes the subject or topic
10 gets -- you know, becomes bord, people get bord
11 with that topic.
12         At times, there are also people who are
13 very good, and then we keep on using that.  So it
14 depends on a lot of reasons.  There's no this has
15 to be that.  You know, we don't have set rules.
16     Q   Does Radio Free Asia use annual
17 contracts for full-time writers, similar to those
18 that they use for editorial consultants and voice
19 consultants, when they employ broadcasters, as
20 well?
21         MR. ABRAMSON:  Objection.
22         THE WITNESS:  Can you stay that again?

Page 104

1  BY MR. KOUBA:
2      Q   Of course.  Does Radio Free Asia use
3  annual contracts similar to those that they use
4  for editorial consultants and voice consultants --
5      A   I don't know --
6      Q   -- when they employ full-time
7  broadcasters?
8          MR. ABRAMSON:  Objection.
9          You can answer.
10         THE WITNESS:  I don't know what Radio
11 Free Asia does.  I only know what the Burmese
12 service does.
13 BY MR. KOUBA:
14     Q   But does the Burmese service department
15 use annual contracts when it hires full-time
16 broadcasters?
17     A   Can you say that again?
18     Q   Sure.  Does the Burmese service use
19 annual contracts when it hires full-time
20 broadcasters?
21     A   There have been times when we hired
22 people who have been editorial consultants, yes.

Page 105

1      Q   Okay.  My question is whether or not a
2  full-time broadcaster, when they are hired, signs
3  a contract for the duration of a year?
4          MR. ABRAMSON:  Do you understand the
5  question?
6          THE WITNESS:  No.  I don't understand.
7          MR. ABRAMSON:  He's talking about --
8  well, go ahead.
9          MR. KOUBA:  You can explain it.
10         MR. ABRAMSON:  He's talking about --
11 he's not talking about consulting.  He's talking
12 about full-time broadcasters.  Do full-time
13 broadcasters of the Burmese service sign annual
14 contracts?
15         THE WITNESS:  Full-time broadcasters are
16 full-time.
17 BY MR. KOUBA:
18     Q   They're full-time employees?
19     A   Yes.
20     Q   They don't sign a yearly contract?
21     A   No.
22     Q   Okay.  That was --

Soe Thinn                                                                          October 4, 2006

Washington, DC

Page 106

1      A    They -- sorry.
2           MR. ABRAMSON:  To save time.
3   BY MR. KOUBA:
4      Q    We discussed the years 2003 and 2002
5   with respect to new voices.
6           How often in 2003 did the Burmese
7   department not renew a contract for a voice
8   consultant because they believed they did not have
9   the potential to become a full-time broadcaster?
10          MR. ABRAMSON:  Objection.
11          You can answer.
12          THE WITNESS:  It was only a year that --
13  like, for instance, I think U Maung Maung and the
14  other two were -- have only been there at RFA as
15  voicing consultant for a year.  And there was no
16  reason -- we didn't really know as yet.  Then in
17  the second year, then we realize that, you know --
18  you know, I mean, these people don't have
19  potential.  And they have applied twice.  In U
20  Maung Maung's case he applied twice.
21          I don't think that there's any reason
22  why we should keep them there, waste their time.

Page 107

1   And we need new voices, different voices, as well.
2   And, you know, why keep people who have no
3   potential to become full-time, you know.  It'd be
4   a waste of time for them.
5   BY MR. KOUBA:
6      Q    So in 2003, Radio Free Asia did not fail
7   to renew any contracts because they felt a voice
8   consultant did not have --
9      A    Which contract --
10     Q    -- the potential --
11     A    -- you talking about voice contracts --
12     Q    Right.  In 2003 --
13     A    -- voice contract --
14     Q    2003, voice consultants, or if they did
15  not fail to renew a contract for a voice
16  consultant in 2003, based on the reason they felt
17  the voice consultant did not have the potential to
18  become a full-time broadcaster?
19          MR. ABRAMSON:  Objection.
20          THE WITNESS:  I think the question is
21  too -- I don't understand it.  It's too --
22  BY MR. KOUBA:

Page 108

1      Q    I agree with you.  I'll withdraw that
2   question.
3           In 2003, did Radio Free Asia not renew
4   any contracts because they felt the voice
5   consultant did not have the potential to become a
6   full-time broadcaster?
7           MR. ABRAMSON:  Objection.
8           THE WITNESS:  Renewed -- renewed every
9   voice -- voice consultants, yeah.
10  BY MR. KOUBA:
11     Q    Okay.  Do employees of Radio Free Asia
12  need an access card to enter the office?
13     A    Yes.
14     Q    Do you know whether or not Radio Free
15  Asia or the Burmese department -- strike that.
16          Do you know whether or not the Burmese
17  department keeps any written records of which
18  employees have access cards?
19     A    All our employees have access card,
20  full-time employees.
21     Q    Full-time employees?
22     A    Yes.

Page 109

1      Q    Do all voice consultants have access
2   cards?
3      A    Yes.
4      Q    Do all editorial consultants?
5      A    No.
6      Q    Do you recall whether Maung Maung ever
7   had an access card?
8      A    Yes.
9      Q    Do you recall whether that card was
10  canceled?
11     A    Yes.
12     Q    Do you recall when the card was
13  canceled?
14     A    When his voicing consultant was not
15  renewed.
16     Q    Do you recall a date?
17     A    It must have been soon after the -- the
18  voicing consultant terminated.
19     Q    Do you remember who was responsible for
20  canceling it?
21     A    I told my admin assistant to inform U
22  Maung Maung that -- to -- to bring his access card

28 (Pages 106 to 109)

Soe Thinn                                                        October 4, 2006

Washington, DC

Page 110

1    in.
2       Q    And did your admin assistant inform
3    Maung Maung to bring it in?
4       A    She must have.
5       Q    So he brought it in?
6       A    I don't know.  She must have, because he
7    didn't come in any more after that.
8       Q    So Maung Maung no longer has access to
9    the office of Radio Free Asia?
10      A    Correct.
11      Q    And no editorial consultants other than
12   Maung Maung have ever access to the building; is
13   that correct?
14      A    No Burmese editorial consultant have
15   ever been given an access card.  They can come in,
16   I mean, through the main reception.
17      Q    Are editorial consultants permitted to
18   record their weekly features at the Radio Free
19   Asia offices?
20         MR. ABRAMSON:  Objection.  Asked and
21   answered.
22         You can answer.

Page 111

1          THE WITNESS:  I can only answer for the
2    Burmese service.
3    BY MR. KOUBA:
4       Q    Right.  With respect to the Burmese
5    service?
6       A    Yeah.
7       Q    Are any editorial consultants permitted
8    to record their weekly features at the offices?
9       A    Except U Maung Maung.  Or only U Maung
10   Maung could do that.
11      Q    Okay.  So when you referred to editorial
12   consultants being allowed to come past the
13   receptionist, they can come into the offices but
14   they can't use the actual recording equipment; is
15   that accurate?
16      A    We have not had anybody from the Burmese
17   service who are editorial consultants recording in
18   our studios, as far as I know.
19      Q    Could they if they wanted to?
20      A    No.
21      Q    How do these editorial consultants
22   record the program?

Page 112

1       A    On the phone.
2          MR. ABRAMSON:  Objection.  Asked and
3    answered.
4    BY MR. KOUBA:
5       Q    Do you have an opinion as to whether or
6    not the quality of the recording is better?
7          MR. ABRAMSON:  Objection.
8    BY MR. KOUBA:
9       Q    Using the actual recording studio?
10         MR. ABRAMSON:  Objection.
11         You can answer.
12         THE WITNESS:  You got to understand that
13   we broadcast in shortwave.  And as you know,
14   shortwave quality is nothing compared to FM or
15   even mediumwave.  Because shortwave is usually --
16   you know, there's always interruption there.  So
17   it doesn't really -- the quality is not really a
18   major issue when we broadcast on shortwave.
19   BY MR. KOUBA:
20      Q    Do you think the quality is better when
21   an editorial consultant records a weekly feature
22   at the Radio Free Asia offices as opposed to over

Page 113

1    the phone?
2          MR. ABRAMSON:  Objection.
3          You can answer.
4          THE WITNESS:  For the purposes of going
5    on the air in shortwave, it doesn't really matter.
6    BY MR. KOUBA:
7       Q    Do you recall whether or not Maung
8    Maung's hours were cut in September 2004 prior to
9    the time he was informed his contract was not
10   going to be renewed?
11      A    U Maung Maung's voicing consultancy
12   was not renewed in October 2004.
13         MR. ABRAMSON:  The question was --
14         THE WITNESS:  Yeah.  Therefore, he
15   doesn't have any hours.  The only time he -- that
16   he is limited hours is his voicing consultant.  So
17   when that was not renewed, he doesn't have any
18   reason -- he doesn't have any hours left
19   automatically, because he doesn't have to come to
20   work.
21   BY MR. KOUBA:
22      Q    Between the beginning of September 2004

29 (Pages 110 to 113)

Soe Thinn                                                                                      October 4, 2006

Washington, DC

Page 114

1  and the end of September 2004, do you recall Maung
2  Maung's hours as an on-call voice consultant being
3  reduced?
4        A    It all depends on the -- the needs of
5  the service.  If we didn't need any voicing
6  consultant during that month, then nobody would
7  come.  And if we need it, would come.  There was
8  no deliberate cut, except in terms of requirement.
9           MR. KOUBA:  I ask the court reporter to
10  mark this as Exhibit 10.
11              (Deposition Exhibit No. 10
12              was marked for
13              identification.)
14          MR. ABRAMSON:  It's 12:27.  So if we're
15  going the start a whole thing --
16          MR. KOUBA:  It won't be a whole thing.
17          MR. ABRAMSON:  Okay.
18  BY MR. KOUBA:
19      Q    Mr. Thinn, this is Plaintiff's motion to
20  substitute the complaint.  And the corrected
21  amended complaint is attached to that.
22          If you could please turn to paragraph 51

Page 115

1  on page 8.  And read that to yourself, please.
2        A    (Witness examined document).  Yes.
3        Q    Do you have any reason to disagree with
4  that statement?
5        A    I have not looked at the schedule or
6  whatever.  And I don't know.  I can't say, unless
7  I see the number of times, you know.  I see the
8  timesheet that they have to submit.  And, you
9  know, I won't know.  I can't say one way or the
10  other.  And this is -- by looking at this, I don't
11  know.
12      Q    Okay.
13      A    I have to actually see the document
14  which says this is the number of hours that U
15  Maung Maung has worked, this date, this date, this
16  date.  And I would -- myself or my deputy, Daw
17  Nyein Shwe, would have this signature saying that
18  this is the number of hours that he or she or
19  whoever.
20      Q    Okay.  And you wouldn't know whether or
21  not any other people's hours were reduced during
22  the month of September?

Page 116

1        A    I wouldn't know.
2        Q    Okay.  But if a voice consultant's hours
3  were reduced because there was not a need for
4  them, would one expect all voice consultants'
5  hours to be reduced similarly?
6        A    I wouldn't know.  Again, it -- first of
7  all, there has to be a need.  Secondly, there has
8  to be accessibility.  We call up three -- there
9  are three voice consultant: A, B, and C.  We call
10  up A -- A, B, or C's not free, we call up D or
11  whatever, B, C.  And it goes on.
12          And if -- if a person is more free and
13  readily available, then there is more likely
14  chances that he would get more.  And if a person
15  is not available, if he goes on vacation for
16  example, you know, he's not going to be around to
17  come at a short notice.  And this is very
18  important.  Our need is short notice, because it's
19  an emergency.
20          Occasionally we do have when there are
21  planned vacations.  Then we would actually -- we
22  know that the vacations are going to come.  So

Page 117

1  we -- we can actually schedule those people.  But
2  when there is an emergency, somebody's sick, we
3  have to be able to get somebody immediately.
4        Q    Right.
5        A    And, you know, accessibility and the
6  need are two factors which would determine whether
7  a person -- a voice consultant comes to work for
8  us or not.
9        Q    And how do you determine which voice
10  consultant you call first when a need arises?
11      A    I don't do it.  I ask my admin assistant
12  to, you know, okay, please get someone.  And she
13  would look at the schedules, who -- who's got --
14  you know, last week, who was a lot.  And she tries
15  to, you know, distribute it fairly amongst the
16  voicing consultants, so that everybody gets a good
17  chance.
18      Q    Okay.  And your admin assistant, their
19  name is?
20      A    At that time, or now?
21      Q    At that time.
22      A    At that time, Ariah Francois.

30 (Pages 114 to 117)

Soe Thinn                                                                                          October 4, 2006

Washington, DC

---

Page 118

1    Q   Can you spell that, please?
2         MR. ABRAMSON:  A-R-I-A-H Francois, like
3    the water in a French restaurant.
4         MR. KOUBA:  I think this is probably a
5    good time to take break.
6         (Whereupon, at 12:31 p.m., a
7              luncheon recess was taken.)
8         A F T E R N O O N   S E S S I O N
9              (1:18 p.m.)
10   Whereupon,
11        SOE THINN,
12   was recalled as the witness and, having been
13   previously sworn, was examined and testified
14   further as follows:
15        EXAMINATION BY COUNSEL FOR PLAINTIFF
16        CONTINUED
17   BY MR. KOUBA:
18   Q   Mr. Thinn, do you know whether Maung
19   Maung applied to be a full-time broadcaster in the
20   2003?
21   A   Yes.
22   Q   Yes, he did?

---

Page 119

1    A   Yes.
2         MR. KOUBA:  I ask the court reporter to
3    mark this as 11.
4         (Deposition Exhibit No. 11
5              was marked for
6              identification.)
7    BY MR. KOUBA:
8    Q   And you can look this over.
9    A   (Witness examined document).
10   Q   And once you've had a chance to view it,
11   let me know.
12   A   Okay.
13   Q   Is this an advertisement for the
14   full-time broadcasting job that Maung Maung
15   applied for --
16   A   Yes.
17   Q   -- in 2003?
18        And you would agree that the minimum
19   qualifications, according to the advertisement,
20   are -- include a bachelor's degree, a degree in
21   journalism or related field, and one year
22   experience broadcast or specialized journalism?

---

Page 120

1    A   Yes.
2    Q   What steps did the Burmese department
3    take after Maung Maung applied to become a
4    full-time broadcaster?
5         MR. ABRAMSON:  Well, objection.
6         THE WITNESS:  In that year?
7    BY MR. KOUBA:
8    Q   Only 2003.
9    A   There were applicants which -- who
10   applied for the position at HR.  And HR would look
11   at them.  And they would ask people to sit for
12   examinations, which would be to see which --
13   whether they would qualify for the next step in
14   the selection process, which is to go to an
15   interview.  That's the initial step.
16   Q   Did Maung Maung take any test in 2003 in
17   connection with his application to become a
18   full-time broadcaster?
19   A   No.
20   Q   Why not?
21   A   Because, as I said, the tests were taken
22   to qualify themselves as to -- to be interviewed.

---

Page 121

1    Maung Maung was already been interviewed before,
2    so he didn't need to take the test, because he
3    would be already be put in the interview, which he
4    was.
5    Q   In determining who to hire in 2003 as a
6    full-time broadcaster, did the Burmese department
7    consider the test scores on the non-English
8    evaluation test?
9    A   They were looked at.
10   Q   And what test scores did the Burmese
11   department consider for Maung Maung if he didn't
12   take the test in 2003?
13   A   The two tests that he had taken twice
14   before.
15   Q   So the Burmese department considered the
16   2001 test results and the '99 test results when
17   considering Maung Maung?
18   A   But let me put it this way.  Okay.  When
19   he was interviewed in 2001, his test scores did
20   not come up to the level that would have been
21   interviewed.  But he happened to be a friend of a
22   friend, and I wanted to give him a chance.  So I

---

31 (Pages 118 to 121)

Soe Thinn

October 4, 2006

Washington, DC

Page 122

1   said please put him on the list of the persons who
2   are to be interviewed.
3          So he automatically -- he was one of
4   those privileged people that I had given to be put
5   in the interview.  And he came into the interview.
6   But he didn't get it when Alex Tseu and Dan
7   Southerland interviewed him.  They gave it to
8   some -- another person.
9          So when he applied for it again in 2003,
10  I said please go ahead and put him in the
11  interview, because he has already been interviewed
12  once.  We would like to give him another chance to
13  prove that he can become a full-time broadcaster.
14     Q   And when the Burmese department
15  considered whether or not to hire Maung Maung, did
16  they consider his 2001 test scores, or his 2001
17  and his 1999 test scores?
18     A   When we make our position to hire
19  people, a lot of it -- or practically a majority
20  of the position is based on the interview.
21         And one critical question to all our
22  interviewees that the Burmese service did was

Page 123

1   whether you would put a -- you know, a news item
2   which is detrimental to Aung San Suu Kyi on the
3   radio or not.  And if an interviewee says no, then
4   he is automatically -- what's the word --
5   rejected, no matter what kind of journalism
6   experience or whatever.  We've done that in the
7   past.  And we're still doing it.
8          And Maung Maung said no.  So he was --
9   what's the word -- vetoed, blackballed, or
10  rejected.
11     Q   Okay.  I'm going to ask the same
12  question.
13         Did the Burmese department consider
14  Maung Maung's 1999 test scores when deciding who
15  to hire for a full-time broadcaster in 2003?
16     A   I repeat the answer that I just gave
17  just now.
18     Q   It's a "yes" or "no" question.  I
19  didn't -- don't think you said "yes" or "no" in
20  your answer.
21         MR. ABRAMSON:  To what extent did you
22  look at those scores -- that's the question -- in

Page 124

1   making the decision?
2          THE WITNESS:  We didn't even look at it,
3   because he had already answered the question
4   wrong.
5   BY MR. KOUBA:
6      Q   Okay.
7      A   It didn't come to that stage.
8      Q   Okay.  Thank you.
9          In 2003, when you interviewed Maung
10  Maung, how many other people did you interview for
11  the position of full-time broadcaster?
12     A   Face-to-face interview, we did U Maung
13  Maung, U Maung -- who else was it?  Face to face,
14  I think four.
15         MR. KOUBA:  I'm going to ask the court
16  reporter to mark this as Exhibit 12.
17         (Deposition Exhibit No. 12
18         was marked for
19         identification.)
20  BY MR. KOUBA:
21     Q   If you could turn to page 2 of this
22  document, the third full paragraph, and read that

Page 125

1   to yourself.
2      A   Which one?
3      Q   The third full paragraph that begins
4   with, A total of four individuals.
5      A   Uh-huh.  Okay.
6      Q   I just want to know if that accurately
7   identifies the four individuals you just referred
8   to who were interviewed?
9      A   (Witness examined document).  Khin Than
10  is U Maung Maung, right?
11     Q   That's right.
12     A   (Witness examined document).  Correct.
13     Q   And did the Burmese department
14  eventually hire one of the four individuals
15  identified in Exhibit 12?
16     A   Yes.
17     Q   Which individual?
18     A   We first selected --
19         MR. ABRAMSON:  Who got hired?
20         THE WITNESS:  Who got hired?
21         MR. ABRAMSON:  Who got hired?
22         THE WITNESS:  Oh, okay.  Kyi Kyi Than

Soe Thinn                                                                October 4, 2006

Washington, DC

Page 126

1  got hired.
2  BY MR. KOUBA:
3      Q   Who made the decision to hire Kyi Kyi
4  Than?
5          MR. ABRAMSON:  "Kyi Kyi."
6  BY MR. KOUBA:
7      Q   "Kyi Kyi."
8      A   Myself, Daw Nyein Shwe, with the
9  approval of Susan Lavery.
10     Q   Was Libby Liu involved in that decision
11 at all?
12     A   I'm not aware of it.  Okay.  Wait.  Let
13 me retract that.  I submitted a hiring memo, which
14 is usually done.  Not in the formal sense, but I
15 say -- we say, well, we went through this
16 interview and this is -- this is the person that
17 we are going to hire.  And I send it up to Susan
18 Lavery.  And then Susan Lavery sends it up to
19 senior management.  I don't know whether Libby Liu
20 or anybody else is involved.
21     Q   How did you make the decision to hire
22 Kyi Kyi?

Page 127

1      A   She was a second choice.  The first
2  choice was Tin Aung Cho.  And we offered the
3  position to him.  And he applied for a visa to
4  come to the United States.  The RFA helps him with
5  it.  I don't know what it's called, H-1 visa I
6  think.  But he was not given the visa.  So it
7  amounted for us -- and he also withdrew his --
8  his -- what's the word -- application.  And so we
9  had to go to the number two choice, which is Kyi
10 Kyi Then.
11     Q   And what criteria caused you to choose
12 Kyi Kyi over Mr. Nyo?
13     A   Mr. Nyo also answered the question about
14 Aung San Suu Kyi, saying that he would not
15 broadcast adverse news about Aung San Suu Kyi.
16     Q   And would the Burmese department have
17 any record of his response to that question?
18     A   No.  We don't keep records of -- we
19 just -- Nancy and I, you know, were there.
20         MR. KOUBA:  I ask the court reporter to
21 mark this as Exhibit 13.
22              (Deposition Exhibit No. 13

Page 128

1              was marked for
2              identification.)
3  BY MR. KOUBA:
4      Q   Mr. Thinn, you testified earlier that
5  the job announcement and job description for
6  full-time broadcaster required one year experience
7  broadcasting or specialized journalism.
8          Do you see one year of broadcaster or
9  specialized journalism experience in Kyi Kyi's
10 resume?
11     A   (Witness examined document).  Well, you
12 can call a vocalist in the San Francisco Bay Area,
13 you know, broadcasting, of course.  That's --
14 that's some -- some kind of an experience.
15     Q   So the only broadcaster specialized
16 journalism experience that Kyi Kyi had prior to
17 being hired as a full-time broadcaster was the
18 experience as a vocalist in the San Francisco Bay
19 Area --
20     A   Oh, yeah.
21     Q   -- referred to there?
22     A   Uh-huh.

Page 129

1      Q   Okay.  If you could look at her test
2  scores.
3      A   (Witness examined document).
4      Q   I believe the written test part one was
5  85, part two was 80, part three was 85, part four
6  was 90, which gave her a cumulative score of 340.
7          Do you disagree with that?
8          MR. ABRAMSON:  Objection.
9          THE WITNESS:  Provided this is her
10 score.  Because that's a number on top.
11 BY MR. KOUBA:
12     Q   Okay.  Other than that, you have no
13 reason to disagree that the test attached to her
14 resume, the score total for that test is a 340?
15     A   That's what the examiner said, the
16 examiner U Tha Hla, T-H-A, H-L-A, has given.
17     Q   I believe you said that Tho was
18 originally the first choice to fill the full-time
19 broadcasting position?
20     A   Yes.
21         MR. KOUBA:  I'm going to ask the court
22 reporter to mark this as Exhibit 14.

33 (Pages 126 to 129)

Soe Thinn                                                                                    October 4, 2006

Washington, DC

Page 130

1           (Deposition Exhibit No. 14
2           was marked for
3           identification.)
4    BY MR. KOUBA:
5       Q   If you could take a moment and review
6    that.
7           I am wondering where in his CV there is
8    anything listing one year experience broadcasting
9    and/or specialized journalism?
10      A   Can I explain to you how --
11          MR. ABRAMSON:  Just answer the question.
12          THE WITNESS:  Oh.  No, I don't see.
13   BY MR. KOUBA:
14      Q   And so Tho did not have one year
15   experience broadcasting and/or specialized
16   journalism prior to being offered a job as a
17   full-time broadcaster?
18      A   No.
19      Q   And under the description for the job of
20   full-time broadcaster, he was not necessarily
21   qualified; is that correct?
22      A   Yeah.

Page 131

1       Q   Why did the Burmese department offer the
2    position of full-time broadcaster to an individual
3    that did not meet the job qualifications?
4       A   The Burmese society, under the socialist
5    regime, does not have journalists.  Nobody -- not
6    a lot of people have experience in journalism.  I
7    myself was hired by the Voice of America without
8    any journalism experience.  And look where I am
9    now.  We look at people who would have the
10   potential to be a good journalist, bearing in mind
11   that there is very limited resources or limited
12   pool of resources where people have real
13   journalism experience.
14          Even if they had journalism experience,
15   if they do not -- if they cannot prove that they
16   do not have political biases, then we reject them
17   outright.  Because RFA's policy is very strict
18   about political biases.  And we are an
19   organization which is a true journalistic,
20   sticking to the ethics of journalism very, very
21   strict.
22          We are not an organization which has any

Page 132

1    political biases.  That is why we do not have
2    editorialization.  We don't editorialize our
3    output.  We can have editorial consultants saying
4    things that they have an opinion for.  And we
5    have -- as a matter of fact, after their pieces,
6    we would say that this is, you know, the view of
7    this person.  It's not the view of RFA.
8           And, therefore, when Mr. Cho was hired,
9    we hired him because he has a general knowledge of
10   a lot of things.  He has international relations,
11   international law.  And he had worked in the
12   foreign service.  He has a degree in history.  He
13   has -- I think I saw something.
14          (Witness examined document).  He was in
15   the foreign service, which is -- he has a degree
16   in law of the sea.  And he has participated in
17   conferences, and that is the sort of general
18   knowledge a journalist should have.
19      Q   Do you have an opinion as to why Radio
20   Free Asia does not include anything about a
21   political bias in their job qualifications when
22   they advertise the position of full-time

Page 133

1    broadcaster?
2           MR. ABRAMSON:  Double the objection.
3    You can answer.
4           THE WITNESS:  Because we are a -- no
5    organization says that you -- you know, you're
6    hiring a reporter.  People should know.  People
7    applying for the job should know what journalistic
8    ethics are, for that matter.  And it's -- it's a
9    generally accepted fact.
10   BY MR. KOUBA:
11      Q   Do you know who drafted this job
12   description?
13      A   HR, I would think.
14          MR. ABRAMSON:  Well, do you know that?
15          THE WITNESS:  I don't know.  I didn't do
16   it.
17   BY MR. KOUBA:
18      Q   You mentioned earlier a question that
19   all interviewees are asked in order to determine
20   whether or not they might be political biased.
21          Is that the only screening process Radio
22   Free Asia uses to determine whether or not an

34 (Pages 130 to 133)

Soe Thinn                                                              October 4, 2006

Washington, DC

Page 134

1  applicant has a political bias?
2       A    That is the question which would
3  automatically disqualify them to be considered
4  for -- not Radio Free Asia, Burmese service.
5       Q    Burmese.
6       A    Let me put it that way, that we -- we
7  use as a criteria to disqualify applicants,
8  because it's so important.
9       MR. KOUBA:  I'm going to ask the court
10 reporter to mark this as Exhibit 15.
11            (Deposition Exhibit No. 15
12            was marked for
13            identification.)
14 BY MR. KOUBA:
15      Q    This is the application submitted by
16 Maung Maung Nyo.
17           And it's your testimony that his
18 response to the political bias question during the
19 interview is the reason he did not get offered the
20 position?
21      A    Yes.
22      Q    Do you have an opinion as to whether or

Page 135

1  not he would have been offered the position had he
2  not responded in a manner that suggested he had a
3  political bias?
4       A    That's --
5       MR. ABRAMSON:  Objection.
6       THE WITNESS:  -- speculative.
7  BY MR. KOUBA:
8       Q    So you don't know?
9       A    He didn't.  The fact is that he didn't
10 answer the question correctly.  Period.
11      Q    So you don't have an opinion as to
12 whether or not he would have gotten it?
13      MR. ABRAMSON:  Objection.
14      THE WITNESS:  The fact -- I can only
15 tell you the facts -- the fact is that he did not
16 answer the question correctly.  Even though he
17 had, you know, all the diplomas and experiences,
18 that puts him right out of the ballpark.
19 BY MR. KOUBA:
20      Q    Did the Burmese department consider
21 interviewing anyone else after Tho informed them
22 that he could not take the position?

Page 136

1       A    Can you ask me the -- can you put it
2  another way, please?  I don't quite understand.
3  I'm sorry.
4       Q    Sure.  After Tho informed the Burmese
5  department that he could not get his visa, did
6  they consider interviewing anyone else?
7       A    No.
8       Q    And at this point, they had interviewed
9  the other three candidates?
10      A    Yes.
11      Q    So at the point that Tho inform the
12 Burmese department he could not work there, there
13 was no candidate the Burmese department could hire
14 other than Kyi Kyi?
15      A    She was ranked number two.
16      Q    If Kyi Kyi had been unable work for the
17 Burmese department, would either other candidate
18 have been hired?
19      A    Speculative.  I don't know.  I can't
20 tell, because it didn't happen.
21      Q    Is it possible somebody could be hired
22 if they answered the question about political bias

Page 137

1  incorrectly?
2       A    We would not hire anybody who had -- who
3  would have answered the question incorrectly.
4       Q    And is it your testimony that Maung
5  Maung and Mr. Nyo answered that question
6  incorrectly?
7       A    Correct.
8       Q    So they could not have been hired if Kyi
9  Kyi had not been able to take the job as a
10 full-time broadcaster?
11      A    We would not have hired U Maung Maung or
12 U Maung Maung Nyo.
13      MR. KOUBA:  I believe this is number 16.
14           (Deposition Exhibit No. 16
15           was marked for
16           identification.)
17 BY MR. KOUBA:
18      Q    This is another reproduction of Kyi
19 Kyi's application and test scores.  For some
20 reason, one of the test results was missing, which
21 is why I'm reintroducing this one separately.
22           On the fourth page, which is marked

Soe Thinn                                                                October 4, 2006

Washington, DC

Page 138

1    RFA-00062 at the bottom, this looks to be an
2    applicant review sheet.
3        A    (Witness examined document).
4        Q    Are you familiar with applicant review
5    sheets?
6        A    No.
7        Q    The reason I ask is we didn't receive
8    one for any of the other candidates.  I didn't
9    know if there was a reason there's one for Kyi Kyi
10   and not for the others.
11       A    This is the first time I've seen this,
12   this type of document.
13       Q    Well, if you look on that document,
14   about halfway down the page you'll see next to
15   experience requirements "no" is circled.
16           Does that indicate to you that Kyi Kyi
17   lacked the experience requirements to be a
18   full-time broadcaster?
19       A    It says what it says:  Experience
20   requirements, no.  It says no broadcast or
21   journalism experience.  That's what I see.
22       Q    And at the bottom, next to "qualified,"

Page 139

1    whoever filled this sheet out circled "no."
2           Does this indicate to you that somebody
3    in the Burmese department believed Kyi Kyi was not
4    qualified to be a full-time broadcaster?
5        A    I don't --
6        MR. ABRAMSON:  Objection.
7        THE WITNESS:  -- know who did this.  I'm
8    telling you this is the first time I've seen this
9    type of document.
10   BY MR. KOUBA:
11       Q    So you have no opinion as to whether or
12   not somebody circling "no" next to "qualified"
13   indicates that they do or do not believe the
14   person's qualified?
15       MR. ABRAMSON:  Objection.
16       THE WITNESS:  I don't know who did this.
17   I have never seen this.  I have never seen -- this
18   is the first time I've seen this, David.
19   BY MR. KOUBA:
20       Q    And based on the handwriting, you don't
21   know who wrote this?
22       A    (Witness examined document).  The only

Page 140

1    RFA I see here is that at the bottom here is RFA.
2    Otherwise, I don't know whether this is RFA or
3    not, either.
4        Q    But you do agree, given Kyi Kyi's lack
5    of journalistic experience, that she was not
6    qualified?
7        MR. ABRAMSON:  Objection.  Asked and
8    answered.
9        THE WITNESS:  I wasn't a qualified
10   person when I applied for VOA.  I didn't have any
11   journalism experience, as has a lot of -- not a
12   lot, some of my staff right now in the Burmese
13   service who have not -- not had journalism.
14           Let me put it this way:  Journalism can
15   be taught, attitudes cannot be taught.  And when a
16   person who has a political bias, we can't teach
17   him not to have political bias.  Now, journalism
18   can be taught through experience and training and
19   proper supervising.  And then they become good
20   journalists, like everyone.  No one is born a
21   journalist.
22           But when you have an opinion which is

Page 141

1    very critical in our broadcasting like the one
2    about the political biases of Aung San Suu Kyi,
3    it's devastating.  And we can't teach a person.
4    We can't tell him that this is -- you know, he's
5    got it in his head, or she has or he has got it in
6    his head.
7    BY MR. KOUBA:
8        Q    So your view that journalism can be
9    taught, is that your personal view, or would you
10   say that that's the overall view of the Burmese
11   department?
12       A    Like any topic, it can be taught.  They
13   go to school to -- that's why they get -- I mean,
14   there aren't any -- you know, that's why there's
15   such a thing called journalism subject.  It has to
16   be taught in a school, but --
17       Q    Is the opinion that journalism can be
18   taught your personal opinion, or the opinion of
19   the Burmese department?
20       MR. ABRAMSON:  Objection.  Double
21   objection.
22       THE WITNESS:  I myself was never a

Soe Thinn                                                                          October 4, 2006

Washington, DC

Page 142

1  journalism -- never took journalism training, and
2  never been a journalist, doesn't have any
3  experience.  And right now, look where I am as a
4  journalist.  I'm not only been a broadcaster in
5  the VOA, I've done journalism at RFA now.  I can
6  actually teach journalism now.
7  BY MR. KOUBA:
8    Q   Is your statement journalism can be
9  taught, does that express the views of the Burmese
10 department?
11     MR. ABRAMSON:  Objection.  What's the
12 Burmese department?
13 BY MR. KOUBA:
14    Q   The Burmese service department at Radio
15 Free Asia?
16     MR. ABRAMSON:  It's vague.  Clarify.
17 What do you mean Burmese service department?  Do
18 you mean every individual in the department?
19     MR. KOUBA:  Right.
20 BY MR. KOUBA:
21    Q   Is it the collective view of the Burmese
22 service department?

Page 143

1    A   I don't know what --
2      MR. ABRAMSON:  Objection.
3  BY MR. KOUBA:
4    Q   That's a "yes," "no" question.
5    A   I don't know the views of my staff.  You
6  will have to ask all of them.
7    Q   Right.
8    A   Okay?
9    Q   Okay.
10   A   I --
11     MR. ABRAMSON:  Okay.  You answered the
12 question.
13     THE WITNESS:  Through experience,
14 through experience, I can say that journalism can
15 be taught.  But if you have a wrong attitude, no
16 matter how much you teach journalism, then that
17 person will never become a journalist or even a
18 good journalist or -- you know, forget about being
19 a good journalist.  You will never be a journalist
20 if you don't have the correct attitude.
21 BY MR. KOUBA:
22    Q   And that is your view, not the view of

Page 144

1  everyone in the Burmese service department?
2      MR. ABRAMSON:  Objection.  Asked and
3  answered.
4      THE WITNESS:  I don't know about the
5  other people in the Burmese service.
6  BY MR. KOUBA:
7    Q   Okay.  Did the Burmese service
8  department ever reconsider hiring Tho?
9      MR. ABRAMSON:  Objection.
10     THE WITNESS:  We did hire him.  But
11 he -- he was -- circumstances did not afford him
12 to take up the position.  And then he declined.
13 BY MR. KOUBA:
14    Q   When did he decline?
15   A   When he -- when his visa application was
16 refused, he withdrew.
17   Q   Had you met Mr. Tho before he applied to
18 be a full-time broadcaster?
19   A   Oh, absolutely.
20   Q   When did you first meet Mr. Tho?
21   A   When we were about five years old.
22   Q   Where did you meet him?

Page 145

1    A   In Burma.
2    Q   Would you consider Mr. Tho a friend?
3    A   Of course.
4    Q   During his time as a voice consultant,
5  other than things you testified today, about
6  earlier today, did Maung Maung ever exhibit any
7  sort of journalistic bias when he was doing a
8  broadcast?
9    A   Yes.  I told you about that already,
10 that he was --
11   Q   Right.  Let me clarify.
12     Not when he wrote out the scripts, but
13 when he actually was recording the broadcasts, did
14 he ever exhibit any journalistic bias?
15   A   Not that I know of.
16   Q   And when he had recorded his weekly
17 feature, has he ever exhibited any journalistic
18 bias?
19   A   Yes.
20   Q   Could you describe that?
21   A   I just told you just -- earlier on, that
22 he would occasionally bash up the military

37 (Pages 142 to 145)

Soe Thinn                                                                    October 4, 2006
Washington, DC

Page 146

1  government.  And Daw Nyein Shwe, the editor, would
2  have to stop him from doing that.
3      Q   Okay.  Understood.
4          Not when he actually wrote the feature,
5  but when he actually recorded the feature, he
6  never attributed any journalistic bias?
7      A   He couldn't have, if the editor was
8  doing the -- a good job.  And most of my editors
9  do a good job.
10     Q   So he didn't?
11     A   No.  He wouldn't be allowed to do so.
12     Q   Earlier, we discussed Maung Maung's
13  voice consultant contract not being renewed in
14  September 2004.
15         After the Burmese department did not
16  renew Maung Maung's contract, did it hire anyone
17  else as a voice consultant in 2004?
18     A   Yes.  It could be 2004.  But after he
19  was not renewed, we had to get new voices.  So we
20  did hire -- I don't know the exact date, but it
21  came soon after.  We needed the people.
22     Q   Do you remember the names of who you

Page 147

1  hired?
2      A   Zaw Moe Kyaw, and Neng San Nong.  She's
3  a Ms., a woman.  She's a woman.
4          MR. ABRAMSON:  Spell them.
5          THE WITNESS:  I don't even know.
6          MR. ABRAMSON:  Okay.
7          THE WITNESS:  N-E-N-G.
8          MR. ABRAMSON:  All right.  If you don't
9  know --
10         THE WITNESS:  And San Nong, S-A-N,
11  N-O-N-G.
12  BY MR. KOUBA:
13     Q   Did you interview each of these people
14  for --
15     A   We don't interview them.  The editors
16  would let them go -- come in, and then gave them
17  some news to rewrite, have a look at it.  And they
18  would recommend that this is okay, these people
19  are okay, that people is not okay.  And then we
20  would hire them, would hire those people.
21     Q   So there's no actual interview to become
22  a voice consultant?

Page 148

1      A   No.
2      Q   Is there any voice test?
3      A   Yes, I think there is a voice test.
4      Q   Could you describe the voice test?
5      A   Sorry?
6      Q   Could you describe the voice test?
7      A   Well, what would happen is they would be
8  asked to rewrite some news item.  And they would
9  say, okay, go ahead and read it, read it, you
10  know, on -- on tape.  And the editors would listen
11  to it, look at the script.  And then they would
12  say, okay, this person and that person is okay.
13  And sometimes I would say, okay, maybe I want to
14  listen.
15         I don't do that all the time, but -- you
16  know, because they're not permanent, you know.
17  They're voice contractors.  And as you know, they
18  can be terminated any time, according to the
19  contract as I understand.
20     Q   Right.
21     A   So, you know, it doesn't -- there's no
22  real commitment if we don't -- if we sign a

Page 149

1  contract with one person for a week and we don't
2  like him or her, we can just say, sorry, we don't
3  like you, go -- you know, we'll hire another
4  person.  So that's how it is.
5      Q   Are any written evaluations made during
6  this process?
7      A   No written evaluations are made of these
8  consultants, whether they are editorial
9  consultants or voicing consultants.
10     Q   And the two individuals you identified a
11  few moments ago, do they still work in the Burmese
12  department?
13     A   No.  The lady left on her own.  But the
14  man, Zaw Moe Kyaw, is now working as a full-time
15  person, full-time broadcaster.
16     Q   He's a full-time broadcaster at the
17  Burmese department?
18     A   Yes.
19     Q   Okay.  We discussed Maung Maung's job as
20  an editorial consultant at some length this
21  morning.
22         Is he still an editorial consultant at

Soe Thinn                                                                October 4, 2006

Washington, DC

Page 150

1  the Burmese department today?
2      A   Yes.
3      Q   And do you know when his present
4  contract expires?
5      A   The present contract -- well, he should
6  have been receiving a renewal of his contract the
7  first of October, because the -- the one that was
8  last year, the 30th of September 2006, would have
9  been expired.  So he should have received a
10  renewal.
11          If he hasn't received it, he should get
12  it.  Because I had already recommended that he
13  should go on being an editorial consultant,
14  unless, you know, somebody else who have not told
15  me that, no, we're not going to renew him.  Nobody
16  has told me.  So I am assuming that it's been --
17  it is in the process of being renewed.
18      Q   Okay.  To your knowledge, they're
19  renewing his contract?
20      A   Yeah.
21      Q   Okay.  Are you aware that Maung Maung
22  filed a complaint with the EEOC in August of 2004?

Page 151

1      A   I was told about it.
2      Q   When were you told about it?
3      A   By the counsel.
4      Q   By who?
5      A   By the counsel.
6      Q   When?
7      A   Sometime in the fall of 2004.
8      Q   You can't recall the specific date?
9      A   No.
10      Q   Do you recall whether or not Maung Maung
11  was still employed as a voice consultant?
12      A   I don't remember.
13          MR. KOUBA:  I'd like to mark this as 17.
14          (Deposition Exhibit No. 17
15             was marked for
16             identification.)
17          THE WITNESS:  (Witness examined
18  document).
19  BY MR. KOUBA:
20      Q   Have you ever seen that document?
21      A   No.  It's the first time I've seen it.
22  That's why I'm looking at it.

Page 152

1      Q   Who have you discussed Maung Maung's
2  August 2004 EEOC complaint with?
3      A   Counsel, Gil.
4      Q   Anyone else?
5      A   No.
6      Q   No one in the Burmese department?
7      A   No.
8      Q   Besides counsel, do you know of anyone
9  else who has knowledge of this EEOC complaint?
10      A   I don't know.
11      Q   To your knowledge, no one else knows
12  about this complaint?
13          MR. ABRAMSON:  Objection.
14          THE WITNESS:  U Maung Maung probably
15  knows about this --
16  BY MR. KOUBA:
17      Q   Right.
18      A   -- because he made the complaint.
19      Q   But other than him, you can't identify
20  any person with --
21      A   Nobody --
22      Q   -- knowledge of --

Page 153

1      A   -- nobody's talked --
2      Q   Other than him, you can't identify any
3  person with knowledge of his complaint?
4      A   No one else apart from Gill has talked
5  to me about it.  Maybe the -- our in-house
6  counsel, Pat Ewing.
7      Q   The upper left-hand corner of Exhibit
8  17, this complaint is addressed to the director of
9  human resources of Radio Free Asia.
10          Do you know who that is?
11      A   When was this?  When was the date?
12      Q   August of 2004.
13      A   (Witness examined document).  It must be
14  Tom Beeson.
15      Q   And what does this complaint allege as a
16  basis, as its basis?
17      A   I don't know.  I have never seen this
18  document before.  I only know that, according to
19  the counsel and our in-house counsel, Pat Ewing,
20  they said, oh, you know, U Maung Maung has filed
21  an EEOC complaint that -- I don't know if that has
22  to do with gender discrimination or something like

39 (Pages 150 to 153)

Soe Thinn                                                                October 4, 2006

Washington, DC

Page 154

1   that.  And I'm -- so I said, what do I do?  No,
2   nothing.  You know, we -- that was it.
3       Q    And it's your testimony that you don't
4   know of anyone other than Maung Maung and counsel
5   that have knowledge of this complaint?
6           MR. ABRAMSON:  Objection.  Asked and
7   answered.
8           THE WITNESS:  I don't know.
9   BY MR. KOUBA:
10      Q    Okay.  And when I -- to clarify, when I
11  say this complaint, I mean the allegations of this
12  complaint, not that they have actually seen this
13  document.
14          Does anyone else, to your knowledge, in
15  the Burmese department know that Maung Maung filed
16  a complaint with the EEOC?
17      A    I don't know.  They have not talked to
18  me about it.  So I don't know whether they know or
19  they don't know.
20      Q    Do you know a Ko Aung that was employed
21  in the Burmese department?
22          MR. ABRAMSON:  Koko.

Page 155

1           THE WITNESS:  Koko Aung.
2   BY MR. KOUBA:
3       Q    Koko Aung?
4       A    Yes.
5       Q    Is he still employed there?
6       A    Yes.
7       Q    And a Khin Maung Nyane?
8       A    Khin Maung Nyane, N-Y-A-N-E, K-H-I-N,
9   M-A-U-N-G, N-Y-A-N-E.
10      Q    Is he still employed there?
11      A    Yes.
12      Q    And have you ever met a Tram Ngo, who is
13  employed by the EEOC?
14      A    Who?
15          MR. KOUBA:  Just so I can show you his
16  name in writing, mark this as Exhibit 18.
17              (Deposition Exhibit No. 18
18              was marked for
19              identification.)
20  BY MR. KOUBA:
21      Q    The author of this letter, you've never
22  met him or otherwise talked to him?

Page 156

1       A    (Witness examined document).  I don't
2   know this person.  I don't know whether that's man
3   or a woman even.
4           MR. ABRAMSON:  Do you?
5           MR. KOUBA:  No.
6   BY MR. KOUBA:
7       Q    Are you aware that Maung Maung filed a
8   second complaint with the EEOC?
9       A    I don't know.
10          MR. KOUBA:  Mark this as Exhibit 19.
11              (Deposition Exhibit No. 19
12              was marked for
13              identification.)
14          THE WITNESS:  (Witness examined
15  document).
16  BY MR. KOUBA:
17      Q    Have you ever seen this document before?
18      A    No.  (Witness examined document).
19      Q    Do you have any understanding of the
20  basis for this complaint?
21      A    I don't know.  It looks like the same.
22          MR. ABRAMSON:  Well, there's no

Page 157

1   complaint here.
2           THE WITNESS:  I don't know.  I just --
3   it looks like the same thing to me, except the
4   numbers are different.
5   BY MR. KOUBA:
6       Q    And you haven't discussed this second
7   complaint with anybody in the Burmese department?
8           MR. ABRAMSON:  Objection.
9           THE WITNESS:  No.  I don't know about
10  this.
11          MR. KOUBA:  I think we need maybe a
12  five-minute break.
13              (Recess)
14  BY MR. KOUBA:
15      Q    Mr. Thinn, you testified earlier that
16  Maung Maung interviewed to be a full-time
17  broadcaster in 2001?
18      A    Yes.
19      Q    And you sat in on that interview?
20      A    Yes.
21      Q    Do you recall whether or not Maung Maung
22  was asked the political bias question during that

40 (Pages 154 to 157)

Soe Thinn                                                                    October 4, 2006

Washington, DC

Page 158

1    interview?
2        A    No.
3        Q    "No" you don't remember, or "no" he was
4    not asked it?
5        A    He was not asked the question.
6        Q    Do you have an opinion as to why he was
7    not asked that question, given the importance of
8    political bias in the Burmese department's hiring
9    process?
10            MR. ABRAMSON: Objection.
11            THE WITNESS: I don't know why Dan and
12    Alex didn't ask the question. I didn't ask them.
13    BY MR. KOUBA:
14        Q    Do you know if other interviewees have
15    been asked this question?
16            MR. ABRAMSON: When? Objection. Ever?
17    BY MR. KOUBA:
18        Q    At any point during your time at the
19    Burmese service department, do you know whether or
20    not -- do you know whether other interviewees have
21    not been asked this question?
22        A    Whenever Nancy -- Daw Nyein Shwe and

Page 159

1    myself are interviewing applicants for broadcaster
2    position in the Burmese service, we have asked
3    that question.
4        Q    And do you and Ms. Shwe interview all
5    applicants to become full-time broadcasters from
6    the period of 1998 through 2004?
7        A    No. I was not involved in all
8    interviews.
9            MR. ABRAMSON: Wait -- wait for a
10    question. The answer is "no."
11    BY MR. KOUBA:
12        Q    When did you first become involved in
13    interviewing individuals for the position of
14    full-time broadcaster?
15        A    2003.
16        Q    And between the years of 2003 and today,
17    have you been involved in every interview with an
18    individual for the job of full-time broadcaster?
19        A    Yes.
20        Q    Prior to 2003, is it accurate to say you
21    were involved in some but not all interviews with
22    individuals to become full-time broadcaster?

Page 160

1        A    Correct.
2        Q    And on what basis would the Burmese
3    service department determine whether or not you
4    were going to participate in that interview?
5            MR. ABRAMSON: Objection.
6            THE WITNESS: The Burmese service
7    doesn't determine that. It is determined by Dan
8    and Alex and senior management.
9    BY MR. KOUBA:
10        Q    What criteria did Dan, Alex, and senior
11    management use when determining whether or not you
12    would participate in an interview with someone to
13    become a full-time broadcaster?
14            MR. ABRAMSON: Objection.
15            THE WITNESS: It's up to them. But
16    generally -- generally, if I know a person enough
17    that I don't have to interview that person, I
18    would just say Dan, Alex, I know this person, you
19    know, go ahead and interview; or they would say,
20    okay, you can sit in, but I won't ask questions.
21    BY MR. KOUBA:
22        Q    That's the only reason you would not

Page 161

1    participate in interviews?
2            MR. ABRAMSON: Objection.
3            THE WITNESS: Yes.
4    BY MR. KOUBA:
5        Q    And beginning in 2003, you participated
6    in interviews regardless of whether you knew the
7    person or not?
8        A    The selection process was a little bit
9    different then. Dan and Alex would not be
10    involved. They said, okay, you start doing the
11    interviews yourself, consult with Susan Lavery.
12    And if need be, get Susan to participate in the
13    interviews. Sometimes Susan does, sometimes
14    doesn't.
15        Q    Could you describe Libby Liu's role in
16    hiring decisions for the Burmese service
17    department?
18        A    When?
19            MR. ABRAMSON: Objection.
20            THE WITNESS: When?
21    BY MR. KOUBA:
22        Q    Beginning in 2002 to the present.

41 (Pages 158 to 161)

Soe Thinn                                                                   October 4, 2006

Washington, DC

Page 162

```
 1       A   I don't know if she was at RFA in 2002
 2   even.  I don't recall when she first started at
 3   RFA.  And I don't know to what extent she was
 4   involved in the selection.  After she was part of
 5   RFA, of course, is that we submit --
 6       MR. ABRAMSON:  Okay.  If you don't know,
 7   you don't know.
 8       THE WITNESS:  Yeah.  We submit -- I
 9   don't know.
10   BY MR. KOUBA:
11       Q   Earlier, you testified that with respect
12   to Kyi Kyi's hiring you drafted a hiring memo, or
13   somebody in the Burmese service department drafted
14   what you described as a hiring memo?
15       A   Well, it's -- it's a -- it's a note
16   saying that we intend to hire, you know, the --
17   you know, do you have any objections, or something
18   to that affect.  I mean, I don't -- you know, I
19   don't remember.
20       Q   Who drafted it?
21       A   Me.
22       Q   And who did you submit it to?
```

Page 163

```
 1       A   To Susan, to senior management.
 2       Q   Do you know whether or not those
 3   memorandums are kept?
 4       A   I don't know.  It may just be an e-mail.
 5       Q   Do you recall whether you drafted a
 6   hiring memorandum for Tho?
 7       A   I must -- I don't remember, but I may
 8   have written an e-mail on -- one way or the other,
 9   I may have intimated to senior management that
10   this was what I wanted to do, or I recommended.
11       Q   Other than what we've discussed today,
12   what have you heard regarding Maung Maung -- the
13   possibility Maung Maung complained that his
14   contract was not renewed because he filed a
15   complaint with the EEOC?
16       MR. ABRAMSON:  You mean apart from his
17   discussions with counsel?
18       MR. KOUBA:  Exactly.
19       MR. ABRAMSON:  Okay.
20   BY MR. KOUBA:
21       Q   I don't want to know anything you said
22   to counsel.
```

Page 164

```
 1       A   I only discussed it with counsel.
 2       Q   Earlier, you testified that Maung
 3   Maung's performance as a voice consultant was,
 4   quote, normal?
 5       A   Yes.
 6       Q   Is the fact that his performance normal
 7   mean that it was not deficient?
 8       A   Can you say --
 9       Q   Would you -- would it also be fair to
10   describe it as adequate?
11       MR. ABRAMSON:  Objection.
12       THE WITNESS:  It's normal.
13   BY MR. KOUBA:
14       Q   Would it be fair to say it was not
15   deficient?
16       MR. ABRAMSON:  Objection.
17       THE WITNESS:  Let me say that it does
18   not in any way mean that he would be hired for a
19   position just because his voice is normal.  It's
20   not adequate to have him hired as a full-time
21   consultant -- a full-time person just because his
22   voicing performance was adequate or whatever,
```

Page 165

```
 1   normal.
 2   BY MR. KOUBA:
 3       Q   Other than what you've testified to
 4   earlier today, what role does HR play in hiring
 5   decisions in the Burmese service department?
 6       MR. ABRAMSON:  Objection.
 7       THE WITNESS:  I've told you about it
 8   already.
 9   BY MR. KOUBA:
10       Q   Do you, on a daily basis, have any
11   interaction with the human resources department?
12       A   On what matters?
13       Q   On any matters?
14       A   Not on any matters.  Only on matters
15   that are related to human resources.
16       Q   At any time prior to the date the
17   complaint was filed in this action, were you aware
18   that Maung Maung had complained about any
19   practices at Radio Free Asia?
20       A   I don't know when this complaint was
21   filed.  Which complaint there?  It looks like
22   you're telling me there are two complaints here.
```

42 (Pages 162 to 165)

Soe Thinn                                                                    October 4, 2006

Washington, DC

Page 166

1    Q   Well, I believe you testified earlier
2  that in the fall of 2004 you became aware of his
3  first EEOC complaint?
4    A   Yes.
5    Q   Prior to that time, are you aware of any
6  complaints Maung Maung made regarding Radio Free
7  Asia?
8    A   I don't know.  Let me make this clear.
9  Okay.  What RFA does, I don't know.  You can ask
10 me questions about the Burmese service.  Okay.
11 And I can tell you any questions that are related
12 to the Burmese service.  Because I don't know what
13 happens in Radio Free Asia.  You keep telling me
14 Radio Free Asia.  I don't know what happens --
15   Q   Okay.  I --
16   A   -- at Radio --
17   Q   -- I appreciate --
18   A   -- Free Asia.
19   Q   -- that.
20   A   That's just -- you know, just to let you
21 know, you know.
22   Q   Because as I understood it, I took the

Page 167

1  Burmese service department to be a smaller --
2  smaller body inside of Radio Free Asia?
3    A   Yes, it is.
4    Q   So it would include the Burmese service
5  department.  But I can rephrase the question --
6    A   Uh-huh.
7    Q   -- in light of your answer.
8    A   Uh-huh.
9    Q   Are you aware of any complaints prior to
10 fall 2004 that Maung Maung made regarding the
11 Burmese service department?
12   A   No.
13      MR. ABRAMSON:  Can I just say something
14 that I've gotta get off my chest?
15      MR. KOUBA:  Sure.
16      MR. ABRAMSON:  It's the Burmese service.
17 It's not --
18      MR. KOUBA:  Okay.
19      MR. ABRAMSON:  -- the Burmese service
20 department.
21      MR. KOUBA:  Okay.  Now you tell me.
22      I'd like to mark this.

Page 168

1             (Deposition Exhibit No. 20
2             was marked for
3             identification.)
4  BY MR. KOUBA:
5    Q   Mr. Thinn, I want you just to take a
6  look at this.  And let me know whether or not you
7  had heard about this letter, or when the first
8  time you heard about this letter was.
9    A   (Witness examined document).  I think
10 this is the same letter that I saw for the first
11 time when he gave his -- U Maung Maung gave the
12 deposition.
13   Q   Okay.
14      MR. KOUBA:  Let's mark this as Exhibit
15 21.
16             (Deposition Exhibit No. 21
17             was marked for
18             identification.)
19 BY MR. KOUBA:
20   Q   My question is whether you have seen
21 this -- had seen this document before Maung
22 Maung's deposition?

Page 169

1    A   (Witness examined document).  Never seen
2  it.  As a matter of fact, I was pretty surprised
3  when I saw this -- when I saw it at his
4  deposition.  I didn't know that U Maung Maung
5  would say such things about me, although I gave
6  him the privilege of going to the interview, in
7  spite of the fact that he didn't qualify for it.
8  And he's a friend of my friend.  And that's one of
9  the reasons why he was, you know, offered the job
10 of voicing consultant, as well as was editorial
11 consultant, weekly feature writer.
12      And as a matter of fact, I helped him
13 select a subject that would be acceptable so that
14 he can be a feature writer.  And now he's telling
15 me that, you know, hey, abuses, gross mismanage,
16 discrimination, cronyism, even -- if he wants to
17 call it cronyism --
18      MR. ABRAMSON:  Why don't you wait for a
19 question.
20      THE WITNESS:  You know, friends.  I
21 mean, I'm not -- you know, this is because I'm
22 upset.  I mean, I gave him all these

43 (Pages 166 to 169)

Page 170

1  opportunities, privileges. And he writes that
2  I'm -- crony -- hiring cronies.
3        I mean, he -- he is -- as a matter of
4  fact, if -- I knew him through a friend. As a
5  matter of fact, the friend's sister is his
6  girlfriend. And I'm helping him write through. I
7  gave him opportunities, twice. I made him in
8  the -- to be interviewed twice. And he didn't --
9  you know, passed up. I don't -- I can't help him
10 in that.
11       MR. KOUBA: I'll move to strike
12 everything after --
13       MR. ABRAMSON: Feel better?
14       MR. KOUBA: I move to strike everything
15 after no, in that last response he gave.
16       (Deposition Exhibit No. 22
17              was marked for
18              identification.)
19 BY MR. KOUBA:
20    Q   Same question: I just want to know
21 whether or not you had seen that letter prior to
22 Maung Maung's deposition?

Page 171

1     A   (Witness examined document). No. Even
2  at the deposition I didn't get to look at it as
3  properly as I have now and I seen it, you know.
4  Whew.
5     Q   I just want to ask you a few specific
6  questions about some of the individuals you've
7  identified today.
8        With respect to Libby Liu, do you know
9  whether or not Libby Liu would have knowledge
10 concerning Maung Maung's performance on the job?
11       MR. ABRAMSON: Objection.
12       THE WITNESS: I don't know.
13 BY MR. KOUBA:
14    Q   Would she have knowledge regarding the
15 decision not to renew Maung Maung's contract?
16       MR. ABRAMSON: Objection.
17       THE WITNESS: I don't know.
18 BY MR. KOUBA:
19    Q   Do you know if she'd have knowledge
20 regarding the decision not to hire Maung Maung as
21 a full-time broadcaster?
22       MR. ABRAMSON: Objection.

Page 172

1        THE WITNESS: I don't know.
2  BY MR. KOUBA:
3     Q   Do you know whether she'd have knowledge
4  of the decision to hire Kyi Kyi as a full-time
5  broadcaster?
6        MR. ABRAMSON: Objection.
7        THE WITNESS: She should, I mean,
8  because -- I don't know.
9  BY MR. KOUBA:
10    Q   Do you know whether she'd have knowledge
11 of Maung Maung's first EEOC complaint?
12    A   I don't know. Even I didn't know about
13 these things, so I don't know.
14    Q   Okay. I want to go through a few more
15 individuals. It'll be a similar battery of
16 questions, just to prepare you.
17       Susan Lavery, would she have --
18       MR. ABRAMSON: "Lavery."
19 BY MR. KOUBA:
20    Q   "Lavery." Susan Lavery, do you know
21 whether or not she'd have knowledge of Maung
22 Maung's --

Page 173

1        MR. ABRAMSON: Let me just have a
2  continuing objection to the --
3        MR. KOUBA: Sure. That's fine.
4        THE WITNESS: No. Right. Yeah.
5  BY MR. KOUBA:
6     Q   Do you know whether she'd have knowledge
7  of the decision not to renew Maung Maung's
8  contract?
9     A   I don't know.
10    Q   Do you know whether or not she'd have
11 knowledge of the decision to hire Maung Maung as a
12 full-time broadcaster?
13    A   Wait a minute. The question before
14 that?
15    Q   The decision not to renew Maung Maung's
16 contract?
17    A   Oh, she would know, because it had to go
18 through her and --
19    Q   Right. And to be specific, in 2004 the
20 voice consultant contract?
21    A   Yeah. Yeah.
22    Q   Would she have knowledge of the decision

44 (Pages 170 to 173)

Soe Thinn

Washington, DC

October 4, 2006

**Page 174**

1 not to hire Maung Maung as a full-time
2 broadcaster?
3     A   She would.
4     Q   Would she have knowledge of the decision
5 to hire Kyi Kyi as a full-time broadcaster?
6     A   She would.
7     Q   Would she have knowledge of Maung
8 Maung's first EEOC complaint?
9     A   I don't know.
10     Q   Ms. Shwe, would she have knowledge of
11 Maung Maung's performance on the job?
12     A   Yes.
13     Q   And would she have knowledge regarding
14 the decision not to renew Maung Maung's contract?
15     A   Yes.
16     Q   Would she have knowledge regarding the
17 decision not to hire Maung Maung as a full-time
18 broadcaster?
19     A   Yes.
20     Q   And would she have knowledge of the
21 decision to hire Kyi Kyi as a full-time
22 broadcaster?

**Page 175**

1     A   Yes.
2     Q   And would she have knowledge of Maung
3 Maung's first EEOC complaint?
4     A   I don't know.
5     MR. KOUBA:  I think we're fairly close
6 to finishing, but if I could have five minutes to
7 confer with counsel.
8     MR. ABRAMSON:  Okay.
9         (Recess)
10     MR. KOUBA:  Mr. Thinn, I'm not sure if
11 your counsel has any questions for you, but we
12 don't have any more questions at this time.  I
13 thank you for coming in.  I'm fully aware that
14 sitting through a deposition might not be the most
15 pleasant experience, so I appreciate it.
16     MR. ABRAMSON:  You made it very
17 pleasant.
18         I'm going to ask one question.
19     EXAMINATION BY COUNSEL FOR DEFENDANT
20 BY MR. ABRAMSON:
21     Q   To what extent, if any, in 2001 -- this
22 is with regard to Mr. Tho -- did you make any

**Page 176**

1 recommendations about hiring him, 2001?
2     A   2001, yes.  After all the interviews
3 were done, although I did not participated in the
4 asking the questions, Alex and -- Alex Tseu and
5 Dan Southerland asked me if I had any, you know,
6 comments to make.
7         I said, you know, Tin Aung Cho is my
8 first choice.  So they asked me what's my -- why.
9 I said, well, liked the way he answered.  I like
10 the way he is well-versed in worldly affairs,
11 which is -- which is very important.  And I like
12 the way -- I know him.  I know him because I know
13 him as a person, since -- I told you -- five --
14 for five years ago (sic).
15         And then when we are in the foreign
16 service, we were in the foreign service together,
17 the Burmese foreign service together.  And I know
18 him as a person.  I know him to be a person who is
19 not politically biassed.  And I've worked with
20 him.  A fair guy.  He's a tennis champ, very
21 sportsminded-like.  I said I like him.  But Dan
22 and Alex said, no, we don't want him.  We want U

**Page 177**

1 Koko Aung.  So U Koko Aung was hired.
2         So in 2003, that same thing came up.
3 And he was there.  So I said I want to hire this
4 guy.  I insisted.  And they said, okay, fine.  So
5 they -- unfortunately, he didn't get his papers,
6 so he -- and he decided that he -- he would rather
7 let go.
8     MR. ABRAMSON:  Okay.  That's it.  No
9 more questions.
10         We will read and sign.
11
12
13
14         (Whereupon at 2:46 p.m., the
15 deposition of SOE THINN was
16 adjourned.)
17
18
19
20
21
22

45 (Pages 174 to 177)

Soe Thinn

Washington, DC                                                    October 4, 2006

Page 178

1  A C K N O W L E D G E M E N T  O F  D E P O N E N T
2
3
4  I, SOE THINN, do hereby acknowledge I have read and
5  examined the foregoing pages of testimony, and the same
6  is a true, correct and complete transcription of the
7  testimony given by me, and any changes or corrections,
8  if any, appear in the attached errata sheet signed by
9  me.
10
11
12
13
14
15  _____    _____
16  Date                  SOE THINN
17
18
19
20
21
22

Page 179

1         CERTIFICATE OF NOTARY PUBLIC
2         I, BARBARA A. HUBER, CSR, the officer
3  before whom the foregoing deposition was taken, do
4  hereby certify that the witness whose testimony
5  appears in the foregoing deposition was duly sworn
6  by me; that the testimony of said witness was
7  taken by me in stenotypy and thereafter reduced to
8  print under my direction; that said deposition is
9  a true record of the testimony given by said
10  witness; that I am neither counsel for, related
11  to, nor employed by any of the parties to the
12  action in which this deposition was taken; and,
13  furthermore, that I am not a relative or employee
14  of any attorney or counsel employed by the parties
15  hereto, nor financially or otherwise interested in
16  the outcome of this action.
17
18  _____
19  BARBARA A. HUBER, CSR
20  Notary Public, in and for the
21  District of Columbia
22  My Commission Expires: March 16, 2007