# Exhibit 5a

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3    - - - - - - - - - - - - - - - x

 4    KHIN MAUNG THAN,                   :

 5                    Plaintiff,         :

 6              vs.                      :   Civil Action No.

 7    RADIO FREE ASIA,                   :   1:05-CV-01042 (RMU)

 8                    Defendant.         :

 9    - - - - - - - - - - - - - - - x

10                             Washington, D.C.

11                             Wednesday, August 23, 2006

12              Deposition of KHIN MAUNG THAN, a witness

13    herein, called for examination by counsel for

14    Defendant in the above-entitled matter, pursuant to

15    notice, the witness being duly sworn by KAREN YOUNG,

16    a Notary Public in and for the District of Columbia,

17    taken at the offices of Hogan & Hartson at 11:12

18    a.m. on Wednesday, August 23, 2006, and the

19    proceedings being taken down by Stenotype by KAREN

20    YOUNG, and transcribed under her direction.

21

22
```

Khin Maung Than

August 23, 2006

Washington, DC

---

Page 2

```
1   APPEARANCES:
2     On Behalf of the Plaintiff:
3         RHONDA L. STEWART, ESQ.
          JOSHUA I. KAPLAN, ESQ.
4         Arnold & Porter LLP
          555 Twelfth Street, Northwest
5         Washington, D.C. 20004-1206
          Rhonda.Stewart@aporter.com
6         (202) 942-6665
7
      On Behalf of the Defendant:
8
          GIL A. ABRAMSON, ESQ.
9         MODUPE OLABISI LADEJI, ESQ.
          Hogan & Hartson LLP
10        111 South Calvert Street
          Suite 1600
11        Baltimore, Maryland 21202
          gaabramson@hhlaw.com
12        (410) 659-2700
13
14    ALSO PRESENT:
15        U Soe Thinn, Radio Free Asia
          Julian Seiguer, Hogan & Hartson LLP
16
17
18
19
20
21
22
```

---

Page 4

```
1                    E X H I B I T S
2   THAN EXHIBIT NO.                    PAGE NO.
3
     1  Handwritten letter, 10/28/98 ...... 60
 4   2  Hopkins letter to Maung Maung, 2/22/99 ...... 61
     3  Maung Maung letter to Bagley, 1/18/99 ...... 65
 5   4  Maung Maung letter to Bagley, 2/3/00 ....... 69
     5  Maung Maung letter to President, ......... 89
 6        11/28/00
     6  Maung Maung e-mail to Richter, 1/28/01 .... 95
 7   7  Maung Maung letter to President, ......... 99
          2/13/01
 8   8  Richter e-mail to Maung Maung, 2/15/01 .... 100
     9  Maung Maung letter to Director, 3/9/01 .... 103
 9  10  Bagley letter to Than, 3/20/01 ...... 104
    11  Beeson letter to Maun Maung, 6/14/01 ...... 107
10  12  Maung Maung letter to Bagley, 4/18/02 ...... 118
    13  Maung Maung letter to Director, 6/3/02 .... 128
11  14  Consultant Agreement, 5/15/02 ............. 131
    15  Consultant Agreement, 9/4/02 ............. 132
12  16  Consultant Agreement, 9/2/03 ............. 133
    17  Editorial Consultant Agreement, ......... 133
13        10/1/02
    18  Amendment No. 1 to Editorial ............. 134
14        Consultant Agreement
    19  Editorial Consultant Agreement, ......... 134
15        9/22/04
    20  Editorial Consultant Agreement, 9/8/05 .... 136
16  21  Richards memo to Than, 9/24/04 ............. 135
    22  Maung Maung letter to Director, ......... 177
17        7/25/03
    23  Document, Than26 - Than28 ................. 182
18  24  Maung Maung letter to Director, 3/1/04 .... 186
19
20                   - - -
21
22
```

---

Page 3

## C O N T E N T S

```
 1
 2              C O N T E N T S
 3   THE WITNESS:
 4   KHIN MAUNG THAN
 5      By Mr. Abramson ........................... 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

THE WITNESS:
KHIN MAUNG THAN
   By Mr. Abramson ........................... 5

---

Page 5

```
 1              P R O C E E D I N G S
 2   Whereupon,
 3              KHIN MAUNG THAN,
 4      residing at 1108 Waterford Place, Herndon,
 5      Virginia, called for
 6      examination by counsel for
 7      Defendants and having been duly
 8      sworn by the Notary Public, was examined
 9      and testified as follows:
10                   - - -
11      EXAMINATION BY COUNSEL FOR DEFENDANTS
12      BY MR. ABRAMSON:
13      Q.   Please state your full name for the
14   record.
15      A.   Khin Maung Than.
16      Q.   And your current address?
17      A.   1108 Waterford Place, Herndon, Virginia
18   20170.
19      Q.   Are you taking any medications today that
20   might prevent you from fully understanding questions
21   or giving complete answers?
22      A.   No.
```

---

2 (Pages 2 to 5)

Khin Maung Than                                                    August 23, 2006

Washington, DC

Page 6

1    Q.   Is there any reason that you're not able
2  today to provide full and complete answers to my
3  questions?
4    A.   Not at this moment.
5    Q.   Have you ever had your deposition taken
6  before?
7    A.   No.
8    Q.   All right, so let me explain what's going
9  to happen. I'm sure your lawyers have talked to you
10 about it, but I'll explain it. I'm going to ask you
11 a series of questions --
12   A.   Okay.
13   Q.   -- about the claims that you're making in
14 your case against Radio Free Asia, and if you don't
15 understand a question, let me know and I'll try to
16 rephrase it.
17   A.   Okay.
18   Q.   If you don't say anything, I'm going to
19 assume you understand the question.
20   A.   Okay.
21   Q.   All right? And you need to answer just as
22 you're doing now, verbally.

Page 7

1    A.   Okay.
2    Q.   Nods or uh-huh or uh-uh, it's hard for the
3  reporter to pick that up. Yes, no, words --
4    A.   Yes.
5    Q.   -- will do that. If you have -- you need
6  to take a break at all, just let me know and we'll
7  try to do that --
8    A.   I will.
9    Q.   -- as soon as possible. And I don't know
10 that we're going to be able to finish today. We'll
11 see. I don't know how late we can stay.
12   A.   Okay.
13   Q.   But if we can't, we'll have to come back a
14 different time.
15   A.   Okay.
16   Q.   I'm going to try to finish today.
17   A.   Okay, thank you.
18   Q.   So let me ask you this. How did you
19 prepare for your deposition today?
20   A.   I met my lawyers the other day. They
21 prepared me.
22   Q.   Did you review any documents?

Page 8

1    A.   Yes, I did.
2    Q.   Which documents?
3        MS. STEWART: Objection, calls for
4  privilege.
5        MR. ABRAMSON: No, it doesn't. I can ask
6  him which documents he reviewed.
7        THE WITNESS: I review all my complaint.
8  I wrote to D.C. Superior Court and the one I wrote
9  to Broadcasting Board of Governors, and the EEOC
10 right-to-sue letters and the letters I wrote several
11 times to RFA senior management.
12   BY MR. ABRAMSON:
13   Q.   Anything else?
14   A.   I think that's all.
15   Q.   Did you review any of the documents that
16 you -- any other documents that you produced to RFA
17 in response to their request for production of
18 documents that was from RFA in this case?
19   A.   Did you mean the papers from EEOC or what
20 kind of documents?
21   Q.   Do you recall that a couple months ago,
22 RFA sent your lawyers a request that you produce a

Page 9

1  whole bunch of documents that you have relating to
2  this case?
3    A.   Can you please name -- for example, can
4  you please name one of them?
5    Q.   Can you -- I'm just going to show him his
6  responses.
7        MS. STEWART: Uh-huh.
8   BY MR. ABRAMSON:
9    Q.   Okay? Do you recognize this document at
10 all?
11   A.   Let me see. No, I did not review this
12 document.
13   Q.   You never reviewed that document before?
14   A.   No.
15   Q.   All right. Let me ask you this. Have you
16 produced -- have you given to your lawyers every
17 document you have that relates to any of the claims
18 you're making in your complaint against RFA?
19   A.   Yeah, I believe I gave all those -- I gave
20 all my documents to my lawyers.
21   Q.   All right, so there's no other documents
22 that you have that you haven't given to your

3 (Pages 6 to 9)

Khin Maung Than

August 23, 2006

Washington, DC

Page 10

1  lawyers.
2      A.   Not that I know of.
3      Q.   Okay.  And so far as you know, do you know
4  what of those documents your lawyers gave --
5  produced to RFA?
6      A.   Are you asking the documents the lawyer
7  gave to me?
8      Q.   No, to me.  Do you know which documents
9  your lawyers gave to me?
10     A.   I don't know.
11     Q.   All right, but to your knowledge, you
12  don't have any documents that you haven't turned
13  over already to your lawyers, right?
14     A.   Right.
15     Q.   Other than this lawsuit, have you been
16  party to any other lawsuits?
17     A.   Never.
18     Q.   Never had your deposition taken before?
19     A.   Never.
20     Q.   Never been involved in any legal
21  proceeding before?
22     A.   Never.

Page 11

1      Q.   Who do you live with, if anybody?
2      A.   Right now?
3      Q.   Right now.
4      A.   Yeah, I live with my girlfriend.
5      Q.   And how long -- and she lives in your
6  house?
7      A.   We live together.
8      Q.   Together, okay.  Do you own that place or
9  do you rent it?
10     A.   My girlfriend bought a house last year.
11     Q.   You live in her house?
12     A.   Yes, we signed the loan together.
13     Q.   Oh, okay.  So it's both of your houses
14  jointly?
15     A.   Yeah, I would say.
16     Q.   All right.  Are you -- you're not married?
17     A.   No, not yet.
18     Q.   Planning to get married?
19     A.   Yes.
20     Q.   Are you engaged?
21     A.   Not formally.
22     Q.   Do you have a date set when you're going

Page 12

1  to get married?
2      A.   Not right now.
3      Q.   How long have you lived at your current
4  address?
5      A.   Since last year, late.
6      Q.   And where did you live before that?
7      A.   Before that, I live at 8239 Anderson
8  Drive, Fairfax, Virginia 22031.
9      Q.   Did you own that place or rent it?
10     A.   No, I rent it.
11     Q.   How long did you live there?
12     A.   Since 2003.
13     Q.   Did you live there alone?
14     A.   The 8239?
15     Q.   Yes.
16     A.   No.
17     Q.   With whom did you live?
18     A.   With my girlfriend.
19     Q.   Same girlfriend.
20     A.   Yes.
21     Q.   And prior to Anderson Drive, where did you
22  live?

Page 13

1      A.   Before that, I live at 8201, same street,
2  same city, same zip code.
3      Q.   Okay, for how long?
4      A.   Since mid-1999.
5      Q.   Is that an apartment or a house?
6      A.   Apartment.
7      Q.   Did you change buildings or change
8  apartments?  Real close?
9      A.   No, I mean, it's a different building, but
10  it's a townhouse apartment.  They don't call it
11  apartments.  They call it townhouse, even though
12  they rent it.
13     Q.   Got it.  And with whom did you live at
14  8201?
15     A.   With my girlfriend, same girlfriend.
16     Q.   Same girlfriend?  All right.  How long
17  have you lived with your girlfriend?
18     A.   Since 1999, mid-1999.
19     Q.   Okay.  So prior to that, where did you
20  live?
21     A.   I live with my friends for a few months,
22  but I don't remember the address.

4 (Pages 10 to 13)

Khin Maung Than                                                    August 23, 2006

Washington, DC

Page 14

1    Q.   All right.  With whom did you live?
2    A.   With my friends.
3    Q.   Yeah, and who are they, names?  And you
4    might have to do that slowly for the reporter.
5    A.   Yeah.  First one is -- first name, W-I-N,
6    last name M-Y-I-N-T.
7    Q.   M-Y-I-N-T, okay.
8    A.   Second one is first name S-A-N, last name
9    M-A-U-N-G.  That's all.  I live with these two
10   friends.
11   Q.   All right.  From when to when?
12   A.   I assume from 1998 up to about -- either
13   September or October to mid-1999.
14   Q.   And what's the name of your girlfriend?
15   A.   First name Y-A-M-I-N, last name N-Y-E-I-N.
16   Q.   Where does she work?
17   A.   She works at Potomac College.
18   Q.   What does she do there?
19   A.   She is an admission officer.
20   Q.   And how did you know Win Myint and San
21   Maung?
22   A.   The one, San Maung, I met him when I was

Page 15

1    in California.  I knew Win when I moved to Virginia.
2    Q.   Where do they work?
3    A.   Two of them at the time, they work at
4    Giant.
5    Q.   What dates were you in California?
6    A.   I arrive -- I lived in California in 1997
7    to 1998.
8    Q.   What year did you come to the United
9    States?
10   A.   Can you repeat that question?
11   Q.   What year did you come to the United
12   States?
13   A.   1997, February.
14   Q.   February, and you went to California?
15   A.   I first arrive in New York.
16   Q.   Okay.
17   A.   And then I moved to California.
18   Q.   Whereabouts?
19   A.   The place in Los Angeles?  I don't
20   remember the address.
21   Q.   That's fine.  Under what circumstances did
22   you come to the United States?

Page 16

1        MS. STEWART:  Objection.
2    A.   I fled to arrest by the military regime in
3    Burma.
4    Q.   Say that again.  You were arrested?
5    A.   I fled to avoid arrest.
6    Q.   Fled, okay.  Were you -- did you oppose
7    the military regime?
8    A.   Yes, I did.
9    Q.   To what extent?  What I'm trying to find
10   out is how they identified you as a person that they
11   might arrest.
12       MS. STEWART:  Objection.
13   A.   When I was back in Burma in 1996, they
14   have the student protests, so I took part in the
15   student protest.
16   Q.   Did you receive asylum here in the United
17   States?
18   A.   Yes, I did.
19   Q.   When you -- when you were in Burma, what
20   kind of jobs did you have?
21   A.   I'm a medical doctor.
22   Q.   When did you graduate from medical school?

Page 17

1    A.   From Institute of Medicine 1, Number 1, in
2    Rangoon.
3    Q.   Number 1 -- is that the number of the
4    school or the number that you graduated?
5    A.   No, there are three medical school in
6    Burma at that time, so my school is -- they call
7    Number 1, and another medical school in Burma in
8    Rangoon too, they call it Institute of Medicine 2,
9    so that's why I call my school Number 1.
10   Q.   Okay.  So it would be fair to say that
11   your educational background is in medicine?
12   A.   Yes.
13   Q.   Have you gone to school at all in the
14   United States?
15   A.   The medical education?
16   Q.   Well, for medical education.
17   A.   No, I went full medical education in
18   Burma.
19   Q.   Have you had any education -- or strike
20   that.  Have you taken any classes or courses in the
21   United States for any -- any reason?
22   A.   No.

5 (Pages 14 to 17)

Khin Maung Than                                                          August 23, 2006

Washington, DC

---

Page 18

1    Q.   Have you sought any medical or
2  medical-related positions since you've come to the
3  United States?
4    A.   If you consider pharmacy technician as a
5  medical-related job, I work as a pharmacy technician
6  in a retail store.
7    Q.   Did you have to become licensed or
8  certified at all?
9    A.   To become -- as a pharmacy tech?
10    Q.   Pharmacist?
11        MS. STEWART:  Let him finish the question.
12    A.   Sorry.
13    Q.   I appreciate the help, but she's right.
14    A.   Sorry.
15    Q.   It's okay.  Did you have to take any kind
16  of courses or get any certification to be a pharmacy
17  technician here?
18    A.   Yes, I was given initial training for the
19  pharmacy technician by the retail store.
20    Q.   Okay, and did you have to be licensed at
21  all?
22    A.   For a pharmacy technician, you don't have

---

Page 19

1  to be.
2    Q.   All right, and where do you work?  Which
3  store?
4    A.   CVS.
5    Q.   All right.  Has it always been CVS?
6    A.   As a pharmacy technician --
7    Q.   Yes.
8    A.   Yes, CVS.
9    Q.   How long have you worked at CVS as a
10  pharmacy technician?
11    A.   Not more than a month.
12    Q.   One month?
13    A.   Yes.
14    Q.   All right.  Did you work as a pharmacy
15  technician anywhere else?
16    A.   No.
17    Q.   So what made you decide a month ago to
18  become a pharmacy technician?
19    A.   Because since I came from the medical
20  profession, I knew the -- how the medicine is
21  prescribed, how the doses is given, so I wanted to
22  -- as a pharmacy tech, because I knew the job, I

---

Page 20

1  knew the medication.  I'm more familiar with the
2  field at the time, other than like doing cashier
3  job.
4    Q.   Did you have a cashier job --
5    A.   Yes.
6    Q.   -- previously?
7    A.   Yes.
8    Q.   Where?
9    A.   Rite Aid.
10    Q.   How long did you have the cashier job at
11  Rite Aid?
12    A.   About six months.
13    Q.   From when to when?
14    A.   Sometime in 2001.
15    Q.   For how long?
16    A.   Six or seven months.
17    Q.   Why did you stop that job?
18    A.   Which one?
19    Q.   Cashier.
20    A.   Because I was given the pharmacy tech
21  position in CVS.
22    Q.   All right, help me understand.  Do you

---

Page 21

1  work currently as a pharmacy technician?
2    A.   No, not anymore.
3    Q.   All right, so it was in 2001 that you were
4  a pharmacy technician?
5    A.   Early 2002.
6    Q.   2001 and 2002?
7    A.   No.
8    Q.   Just 2002.
9    A.   I started as a cashier in 2001.
10    Q.   Yeah.
11    A.   And then I was given a position in early
12  2002.
13    Q.   All right, so were you a pharmacy
14  technician at Rite Aid?
15    A.   No, at CVS.
16    Q.   CVS.  So you worked at Rite Aid as a --
17    A.   Cashier.
18    Q.   -- cashier for six or seven months.
19    A.   Yes.
20    Q.   Followed immediately by working at CVS as
21  a pharmacy technician for a month?
22    A.   Yes.

6 (Pages 18 to 21)

1111 14th Street, NW Suite 400                              Washington, DC 20005

Khin Maung Than                                                    August 23, 2006

Washington, DC

Page 22

1    Q.    All right.  Why did you leave CVS?
2    A.    I was offered a position as part-time
3 broadcaster in Radio Free Asia.
4    Q.    How many hours did you work as a pharmacy
5 technician?
6    A.    Between 30 and 35 hours.
7    Q.    And as a -- what you say as a part-time
8 broadcaster at Radio Free Asia, how many hours a
9 week was that?
10    A.    Sometime 12 hours, sometimes 16, sometime
11 eight, but not less than eight in a week.
12    Q.    So you gave up a full-time job --
13    A.    They don't call -- excuse me, sorry.
14    Q.    You gave up a job for 35 to 40 hours a
15 week for a job that -- where you worked eight to
16 maybe 16 hours a week?
17    A.    I was not given more than 35 hours, not
18 40.  I was only given sometime 30, sometime 32.
19    Q.    All right.  You gave up a job that --
20 where you worked 30 to 32 hours a week for a job
21 where you worked eight to 16 hours a week?
22    A.    Yes.

Page 23

1    Q.    Why did you do that?
2    A.    Because broadcaster job was the job I had
3 been waiting for so many years.  I had tried for so
4 many years.  That's why I changed my job when I was
5 offered part-time position from Radio Free Asia.
6    Q.    All right.  Since that time, have you
7 looked for -- for any sort of full-time work other
8 than at Radio Free Asia?
9    A.    I look for other job.  That's the
10 interpreter job.
11    Q.    Which job?
12    A.    Interpreter.
13    Q.    Interpreter, okay.
14    A.    This is a contract job.
15    Q.    Any other job?  This is since 2001.
16    A.    From 2001 until 2003, that was the only
17 job.
18    Q.    The Radio Free Asia job or the interpreter
19 job?
20    A.    I started interpreter job in early 2003.
21    Q.    Okay.  So between 2001 and 2003 -- or 2001
22 when you became a, as you say, part-time contractor

Page 24

1 for Radio Free Asia, and 2003 when you started an
2 interpreter job, you didn't look for any jobs?
3    A.    No, I started as a part-time in May 2002,
4 not 2001.
5    Q.    All right, sorry.  So between May 2002 and
6 when you got the interpreter job in 2003, you didn't
7 look for any other work other than --
8    A.    I looked for the job at Voice of America.
9    Q.    Voice of America, all right.  Did you look
10 for any other jobs?
11    A.    Other than Voice of America and that
12 interpreter job, no.
13    Q.    Okay.  Would that be true from May 2002
14 'til today?
15    A.    Yes.
16    Q.    Where do you work as an interpreter?
17    A.    I'm a contract interpreter for the
18 government, Homeland Security.
19    Q.    How many hours a week do you work there?
20    A.    It's not an hourly job.  They send you
21 everywhere they need.  I have to go.  They pay me
22 per day or sometime I have to go to local area.  In

Page 25

1 that case they pay me per hour.
2    Q.    All right, and what exactly do you do?
3    A.    Usually I go to the immigration court.  I
4 have to translate at the immigration hearings.
5    Q.    And about how many hours a week did you
6 work as an interpreter?
7    A.    The whole year, if I count my business
8 trip related to that interpreter job was about --
9 between 20 and 25 trips.
10    Q.    And you're still working in that job?
11    A.    Yes.
12    Q.    When did you first look for that job?
13    A.    Around November-December 2002.
14    Q.    And you started in May?
15    A.    No, in either -- I think in February 2003.
16    Q.    When did you look for a job at VOA?
17    A.    I do not recall the first time I applied.
18    Q.    What year?
19    A.    The only thing I remember is before I
20 started in Radio Free Asia I'm sure, but I don't
21 recall the year.
22    Q.    All right.  Was it in the 1990s or was it

7 (Pages 22 to 25)

Khin Maung Than                                                                      August 23, 2006

Washington, DC

Page 26

1  after 2000?
2      A.    Maybe in the 2000s.
3      Q.    What job did you apply for there?  Did you
4  actually apply?
5      A.    Yeah, I did.
6      Q.    In writing?
7      A.    Yes.
8      Q.    What job did you apply for?
9      A.    Broadcaster.
10      Q.    What response, if any, did you get from
11  your application?
12      A.    I was given to take the test.
13      Q.    Anything else?
14      A.    I passed it, and because of the budget
15  cuts, they informed me at this moment there will be
16  little hirings.
17      Q.    All right, so just to get it straight, you
18  applied, they scheduled you for a test, and the
19  response you got was budget cuts, they're not going
20  to be hiring.
21          MS. STEWART:  Objection.
22      A.    They don't say --

Page 27

1      Q.    Little hiring.
2      A.    Little hirings.
3      Q.    All right.  Have you heard anything from
4  them since then?
5      A.    Yes.
6      Q.    What?
7      A.    I was given an interview.
8      Q.    And?
9      A.    And I went there, and then I was not
10  chosen for that position.
11      Q.    Did you have any other interviews?
12      A.    With Voice of America?
13      Q.    VOA?
14      A.    No, that's the only interview I had with
15  Voice of America.
16      Q.    All right.  Did you have any other
17  communications with them regarding employment?
18      A.    Yes, because I found out I can retake the
19  test every six months.  I regularly updated my test.
20      Q.    Anything else?
21      A.    From what time?
22      Q.    After you were not chosen for the job that

Page 28

1  you interviewed for, you've gone in every six months
2  and retaken the test.  Did you get any responses?
3  Have you had any other interviews, any other
4  letters?
5      A.    Yeah, almost every time we took the test,
6  I got a letter from HR, and the HR at Voice of
7  America, they call it personnel, inform me I passed
8  the test with the score, and then the score will be
9  valid for so and so year, so every year, but I need
10  to inform them that I am still interested.  This
11  kind of letter they send me.
12      Q.    So every year you do inform them that
13  you're still interested?
14      A.    Yes.
15      Q.    When was the last time you informed them
16  that you were still interested?
17      A.    I think 2004, late 2004.
18      Q.    And would it be -- have you heard anything
19  about them back about any job openings or asking you
20  to interview or do you just get -- do you get any
21  other response?
22      A.    From personnel?

Page 29

1      Q.    From anybody at VOA.
2      A.    Last year I was called whether I come in
3  and work as a part-time.  They call it a POV.
4      Q.    BOV?
5      A.    POV, purchase order vendor.
6      Q.    Okay, for what kind of job?
7      A.    Broadcaster.
8      Q.    And did you take the job?
9      A.    I initially started for the training.
10      Q.    And then?
11      A.    And then at that time, I was filing
12  litigation lawsuit with the D.C. Superior Court
13  against Radio Free Asia.  I was advised for the time
14  being while I am suing Radio Free Asia, I was
15  advised not to take the position in Voice of
16  America.
17      Q.    Who advised you that?
18      A.    I went to the legal clinic in Washington,
19  D.C.  They call it Bread for the City, and then
20  every second Saturday they have their volunteer
21  attorneys, so I met one attorney, explained my
22  situation.  I was advised not to take in the

8 (Pages 26 to 29)

Page 30

1  meantime.
2      Q.   What was the name of the attorney who told
3  you that?
4      A.   They don't -- they don't tell their names.
5  You just go in, walk in.  You don't have to make
6  appointment.  You can -- you see -- you have to talk
7  to anybody who is available on second Saturday of
8  the month.
9      Q.   Did you ask that attorney why he or she
10  gave you that advice?
11      A.   I was told that would not be good for my
12  litigation, my lawsuit.
13      Q.   Did they say why it wasn't good for your
14  lawsuit?
15      A.   I do not remember.
16      Q.   And did you then communicate with VOA, say
17  I'm not interested in this job?
18      A.   Yeah, I told them.
19      Q.   And what did you tell VOA?
20      A.   I told one of the editor in Burmese
21  service in Voice of America I will not be able to
22  take the offer.

Page 31

1      Q.   Is that all you told that person, that you
2  just wouldn't take the offer, or did you say why?
3      A.   And I mentioned it because of the -- my
4  schedule conflict.
5      Q.   So you didn't tell anybody at Voice of
6  America that you weren't going to take that job
7  because you had a lawsuit pending?
8      A.   I did not tell anybody.
9      Q.   What was the name of that editor that you
10  spoke with?
11      A.   First name Doris, last name Than.
12      Q.   T-H-A-N?
13      A.   Yes.
14      Q.   All right.  Was she the person that you
15  were reporting to at the time?
16      A.   At that time, she was acting service
17  chief.
18      Q.   What was her response when you told her
19  that you had a scheduling conflict?
20      A.   She was very sorry.  She said that she
21  wanted me.
22      Q.   Could you get that job back if you just

Page 32

1  called them up and said --
2          MS. STEWART:  Objection.
3          BY MR. ABRAMSON:
4      Q.   -- I don't have a scheduling conflict?
5          MS. STEWART:  Objection.
6          BY MR. ABRAMSON:
7      Q.   You can answer.
8      A.   I am told no, I have no idea -- I have no
9  answer.
10      Q.   Did Doris tell you that if your scheduling
11  conflict got resolved, you could come back?
12      A.   She didn't say.
13      Q.   Did you discuss with anyone else the
14  advice that you got from the legal clinic about not
15  working at VOA?
16      A.   Did I discuss?
17      Q.   Yeah.
18      A.   I remember I discussed with my girlfriend.
19      Q.   What was that discussion?
20      A.   I explained to her what the lawyer told
21  me.
22      Q.   And what did she say?

Page 33

1      A.   She said okay, because she doesn't have
2  any legal expertise in this matter.
3      Q.   Did you ask your current lawyers about
4  that advice?
5          MS. STEWART:  Objection.
6      A.   No, I did not at the time.  The offer was
7  already passed when I met this -- my current
8  attorneys.
9      Q.   All right.  So to your knowledge, you
10  couldn't get that job back now.
11      A.   I cannot say yes or no at this moment.
12      Q.   Other than applying to VOA and applying
13  for the job as an interpreter, have you looked for
14  any other work, say, except for RFA, since the year
15  of 2000?  And the pharmacy job.  I'm sorry.
16      A.   I helped many Burmese in the Burmese
17  community as a freelance interpreter.  That's why I
18  do not consider as a job.
19      Q.   Do you get paid for that?
20      A.   Sometime they paid, but I had to use all
21  the money for the transportation, food and -- so
22  it's like charity.  Even though they pay me, I had

9 (Pages 30 to 33)

Khin Maung Than                                                    August 23, 2006

Washington, DC

Page 34

1    to use the money they give me for food and
2    transportation.
3        Q.    All right.  You do that just in the
4    Washington area?
5        A.    Between Washington, New York.
6        Q.    Okay.  How much money were you paid --
7    well, this is 2006, so far this year for doing that
8    freelance interpreting?
9        A.    This year, I already did two.
10       Q.    And how much money did you get?
11       A.    They pay me 300.
12       Q.    Each?
13       A.    Yes.
14       Q.    What about in 2005?
15       A.    I help -- I think -- I'm not sure.  Three
16   or four.  Not more than four.
17       Q.    And would it be the same in 2004, about
18   three or four a year?
19       A.    If I remember correctly, in 2004, I think
20   two or three.
21       Q.    For how many years have you been acting as
22   a freelance interpreter within the Burmese

Page 35

1    community?
2        A.    Since 1997.
3        Q.    When you first got here.
4        A.    Yeah.
5        Q.    When you do that, I mean, is it a full
6    day, is it a half a day or --
7        A.    Sometime it took the whole day.  Sometime
8    half day.
9        Q.    Okay.  Any other jobs that you looked for
10   from the year 2000 until the current?
11       A.    Other than these jobs --
12       Q.    Other than what you've already told me.
13       A.    As far as I remember, no.
14       Q.    How about between 1997 and 2000, where did
15   you look for work -- except at RFA, where did you
16   look for work between 1997 and 2000?
17       A.    From 1997 to 1999, I did not look for a
18   job.  In 1999, I work as an assistant in a day care.
19       Q.    What was the name of the day care?
20       A.    Luba's.
21       Q.    What was that?
22       A.    Luba's, L-U-B-A.  Luba's Family Day Care.

Page 36

1        Q.    Okay.  Where was that located?
2        A.    It's in Virginia.
3        Q.    And how long did you work there?
4        A.    Mid-1999 to I think September 2001.
5        Q.    Why did you stop?
6        A.    I went to the Rite Aid at the time, retail
7    store.  I wanted to at that time as a pharmacy tech.
8    At the time, they did not have the pharmacy tech
9    position.  I was told to start as a cashier.
10       Q.    How many hours did you work at Luba's
11   Family Day Care?
12       A.    Three days per week --
13       Q.    What did you get paid?
14       A.    -- if I remember.  What did you say, sir?
15       Q.    How much did you earn?
16       A.    They pay me $5 per hour.
17       Q.    What did you earn at Rite Aid?
18       A.    Eight dollars per hour.
19       Q.    And what did you earn at CVS?
20       A.    Same.
21       Q.    So except for the jobs you've told me
22   about at VOA and as an interpreter and CVS and Rite

Page 37

1    Aid and the day care, did you look for work anyplace
2    else between 1997 and today except for RFA?
3            MS. STEWART:  Objection.
4        A.    Can you please repeat the questions?
5        Q.    Right.  Where else did you look for work
6    from 1997 until today other than the places you've
7    already mentioned?
8        A.    I apply one time to the hospital.
9        Q.    Anywhere else?
10       A.    That's all.
11       Q.    Which hospital?
12       A.    INOVA Fairfax Hospital.
13       Q.    What position?
14       A.    Part-time phlebotomist.
15       Q.    How did you learn of that position?
16       A.    I saw it in The Washington Post.
17       Q.    What was the compensation for that job, if
18   you know?
19       A.    They don't mention the salary.
20       Q.    How did you apply?
21       A.    I sent it in the mail.
22       Q.    Did you get any response?

10 (Pages 34 to 37)

Khin Maung Than                                                                                              August 23, 2006

Washington, DC

Page 38

1  A.  Yes, I did.
2  Q.  What was the response?
3  A.  I was given interview.
4  Q.  And what -- what happened?
5  A.  And then I was not chosen.
6  Q.  Do you know the reason you were not
7  chosen?
8  A.  They did not say anything.
9  Q.  What do you think the reason was?
10  MS. STEWART:  Objection.
11  A.  Maybe I did not have the experience in the
12  United State hospital.
13  Q.  When was that?
14  A.  Early I think 2002.
15  Q.  At VOA when you were interviewed for a
16  full-time position and you were not chosen, what was
17  the reason you were not chosen for that job, if you
18  know?
19  MS. STEWART:  Objection.
20  A.  I went in for the interview and they
21  didn't say anything after the interview.  They just
22  said I have a very good background, I could do a lot

Page 39

1  for the Burmese service, and then after the
2  interview, I heard other people were chosen.
3  Q.  Who did you interview with?
4  A.  One is service chief.  His name is Dan
5  Robinson.  I'm not sure about the first name.
6  Robinson sure, Dan Robinson --
7  Q.  Okay.
8  A.  -- is the service chief at the time.  Then
9  second person is senior editor at that time, Khin
10  Maung Nyein.
11  Q.  Anybody else?
12  A.  No, these two people.
13  Q.  From whom did you hear that you were not
14  selected?
15  A.  Nobody informed me.
16  Q.  Who did?  No one told you.  I thought you
17  testified a couple minutes ago that you heard that
18  someone else was selected for that job.
19  A.  From other employees.
20  Q.  So who?
21  A.  I'm not sure I heard at the time from one
22  full-time employee.

Page 40

1  Q.  Well, who are you thinking of that it
2  might be?
3  A.  Kyaw Zaw Nyunt.
4  Q.  Spell that.
5  A.  Last name N-Y-U-N-T, first name, K-Y-A-W.
6  Q.  Were you friends --
7  A.  I'm not sure -- I may have heard from the
8  Burmese religious festival or --
9  Q.  Festival?
10  A.  -- various gatherings in Maryland.  I'm
11  not sure where I heard from.  Two possibility.
12  Maybe from that, Kyaw Zaw Nyunt, or maybe from the
13  conversations in Maryland, Burmese festivals.
14  Q.  Do you know the reason that you were not
15  selected for the job at VOA?
16  A.  I do not know.
17  Q.  Is Kyaw Zaw Nyunt the same person as Bo Bo
18  Kyaw Nyein or is that a different person?  Do you
19  know someone named Bo Bo?
20  A.  Bo Bo, yes.
21  Q.  All right.  Is that the same person or a
22  different person?

Page 41

1  A.  Who?  Who are you referring to?
2  Q.  Kyaw Caw Nyunt.
3  A.  Kyaw Caw Nyunt?
4  Q.  Yes.
5  A.  No, they are totally different person.
6  Q.  Who is Bo Bo?
7  A.  Bo Bo is my girlfriend's brother.
8  Q.  Have you talked to Bo Bo about any of the
9  claims you're making against RFA?
10  A.  I mentioned to Bo Bo that I had a lawsuit.
11  I filed a lawsuit against Radio Free Asia.  I
12  mentioned it.
13  Q.  Did you discuss anything else?
14  A.  One thing, I told him that I call a lawyer
15  from Arnold & Porter.
16  Q.  Anything else?
17  A.  No.
18  Q.  Would it be fair to say that whatever
19  knowledge Bo Bo has about the claims you're making
20  in this case he has based on what you've told him as
21  opposed to independently?
22  MS. STEWART:  Objection.

11 (Pages 38 to 41)

Khin Maung Than                                                                     August 23, 2006
Washington, DC

Page 42

1      A.    I cannot say.  He might hear something, I
2  mean, that I did not tell him from other people
3  because in the Burmese community, he can -- he can
4  -- he can know.
5      Q.    All right.  So who are the people whom you
6  think have knowledge of any facts that relate to the
7  claims you're making in your claim against RFA?
8          MS. STEWART:  Objection.
9      A.    Who -- what do you mean, who?  Burmese
10 community or Voice of America or Radio Free Asia?
11 Who are you referring to?
12     Q.    Well, what I'm referring to is the case
13 you have against Radio Free Asia, and who I'm
14 referring to is anyone that you know might have any
15 knowledge, or has any knowledge of any facts that
16 relate to the claims you're making against Radio
17 Free Asia.
18         MS. STEWART:  Objection.
19     A.    There may be some people who know I file a
20 lawsuit, but I don't think there will be anybody who
21 knows all the facts and every details related to my
22 claim.

Page 43

1      Q.    Well, not all the facts or every detail,
2  but any fact or any detail.
3      A.    I believe that there can be only people
4  who knows that I file a lawsuit with --
5      Q.    So is it your testimony that the only
6  knowledge that anyone other than yourself has is
7  limited to the facts that you filed a lawsuit?
8          MS. STEWART:  Objection.
9      A.    I did not tell any details related to my
10 case to anybody, but they might know that I file a
11 lawsuit, but I did not tell the details related to
12 my claims.
13     Q.    Well, my question isn't exactly who you
14 talked to about it.  I'm asking you who might know,
15 who would know facts relating to the claims you're
16 making.
17         MS. STEWART:  Objection.
18     A.    I don't know.
19     Q.    Do you know any current members of the
20 Burmese service at Radio Free Asia?
21     A.    Yes, I do, some of them.
22     Q.    Do you speak with any current members of

Page 44

1  the Burmese service at Radio Free Asia?
2      A.    Yes, I do.
3      Q.    Okay.  Who are they?
4      A.    May Pyone Aung, first name M-A-Y, middle
5  name P-Y-O-N-E, last name A-U-N-G.
6      Q.    All right.
7      A.    Because I have a weekly feature, she takes
8  my feed on the phone, so I need to talk to her
9  almost every week except once she was on vacation or
10 something like that, and I talked to the duty
11 editor, Nancy Shwe, occasionally whenever I need
12 guidance or assistance, and sometime I had to talk
13 to other different people for feed like Nyi Nyi,
14 N-Y-I N-Y-I.  Sometime I talk to first name W-I-N,
15 middle name N-A-I-N-G, last name O-O.
16     Q.    Double O.
17     A.    Double O.  Sometime I talk to first name
18 T-H-E-I-N, middle name H-T-I-K-E, last name double
19 O, and then sometime I talk to another senior
20 editor, first name K-H-I-N, middle name M-A-U-N-G,
21 last name N-Y-E-I-N.
22     Q.    When you talked to the people you just

Page 45

1  listed, is it strictly related to RFA business?
2      A.    Yes, related to my recording.
3      Q.    Have you talked to any current or former
4  employee of RFA about the claims that you're making
5  in your case against RFA?
6      A.    Yes, I mention once to the -- one employee
7  just casual, I file a claim with EEOC, not the
8  lawsuit, to the person named, first name S-A-I-N,
9  middle name K-Y-A-W, last name H-L-A-I-N-G.
10     Q.    And that was at the time that you filed an
11 EEOC charge?
12     A.    Yes.
13     Q.    What did he say to you?
14     A.    He just listened.
15     Q.    He didn't say anything else?
16     A.    No.
17     Q.    Did you have any other conversations with
18 that same person about your claims?
19     A.    No.
20     Q.    To your -- do you know who, if anyone, at
21 RFA in the Burmese service knows about the claims
22 that you're making?

12 (Pages 42 to 45)

Khin Maung Than                                                                      August 23, 2006

Washington, DC

Page 46

1       MS. STEWART: Objection.
2       BY MR. ABRAMSON:
3    Q. Either before the EEOC or in court.
4       MS. STEWART: Objection.
5    A. And I also casually mention that I file a
6    report or claim with EEOC to another employee. His
7    name is first name K-O, last name A-U-N-G.
8    Q. When was that?
9    A. Not long after I talked to the EEOC
10   people.
11   Q. All right. What did he say to you?
12   A. He just listened.
13   Q. All right. Other than the people in the
14   Burmese service that you've mentioned, have you
15   spoken with anyone else in the Burmese service about
16   the claims that you've made against RFA?
17   A. One thing I want to add --
18   Q. Okay.
19   A. At the Burmese religious kind of festival,
20   I was asked -- I did not tell -- I was asked
21   unexpectedly at the religious function Maung Maung,
22   we heard you file a lawsuit against Radio Free Asia.

Page 47

1    Q. Who was that who said that to you?
2    A. It's a senior editor, first name K-H-I-N,
3    middle name M-A-U-N-G, last name N-Y-E-I-N.
4    Q. Did anyone else ask you about your
5    lawsuit?
6    A. No, he -- he was the only one.
7    Q. And how did you respond?
8    A. I said yes.
9    Q. Did you have any other discussion?
10   A. No.
11   Q. Do you know how -- how that person knew
12   that -- knew to even ask you about a lawsuit?
13      MS. STEWART: Objection.
14   A. Not lawsuit. He asked me about the claim.
15   Q. Claim.
16   A. I file a claim.
17   Q. Okay. Did you ask how do you know?
18   A. No, I did not ask him.
19   Q. So has anyone else spoken to you about any
20   of the claims that you're making against RFA other
21   than your lawyers or anybody at the EEOC?
22   A. I casually mentioned to two people, Sain,

Page 48

1    and another person, Ko.
2    Q. Right.
3    A. But not together. I just mention I file a
4    claim with EEOC.
5    Q. And did anybody else other than Khin Maung
6    Nyein mention anything to you about your claim?
7    A. No, nobody.
8    Q. Do you know who at RFA, if anyone, has
9    knowledge of your claim?
10      MS. STEWART: Objection.
11   A. I have no idea.
12   Q. And that would be throughout RFA, you have
13   no idea who knows about your claim?
14   A. Right.
15      MS. STEWART: Objection.
16      BY MR. ABRAMSON:
17   Q. When did you begin the training at the
18   Voice of America that you referred to?
19   A. That was in April last year.
20   Q. And when was the Burmese religious
21   festival that you've been referring to?
22   A. Which one?

Page 49

1    Q. Well, how many?
2    A. Because I went to so many religious
3    festival, so which one you're referring?
4    Q. The one where you spoke with Khin Maung
5    Nyein.
6    A. Okay.
7    Q. When was that?
8    A. Last year.
9    Q. Also in spring of 2005?
10   A. I'm not sure. Either -- no, in early
11   summer. Early summer. Not spring.
12   Q. Summer, okay. And was that the same one
13   where you talked to Sain Kyaw Hlaing and Ko Ko Aung?
14      MS. STEWART: Sorry. Can you repeat the
15   question?
16      BY MR. ABRAMSON:
17   Q. Or was there a different time? Was that
18   the same festival where you --
19   A. No, they were not there.
20   Q. Oh, they were not there.
21   A. No.
22   Q. All right. Where were you when you spoke

13 (Pages 46 to 49)

Khin Maung Than                                                                                    August 23, 2006

Washington, DC

Page 50

1   to them?
2       A.   I was in Maryland.
3       Q.   It's a big state.  Where?
4       A.   Okay, in Silver Spring.
5       Q.   Doing what?
6       A.   Attending the religious ceremony.
7       Q.   Okay.  When was that?
8       A.   Summer.  All I can remember is summertime,
9   early summer.  I don't remember the month or date or
10  --
11      Q.   Okay.  2005.
12      A.   Yes.
13      Q.   And again, the training that you had at
14  VOA, the training program that you dropped out of --
15  when was that?
16      A.   Training was not formal.  When I was
17  there, someone from the technical session came to
18  show me how the system works, how to do the
19  recording, so and so.  It's not formal.  It's just
20  -- he just stopped by and showed me.  You don't go
21  into same room with some people for formal training.
22      Q.   Was that in 2005?

Page 51

1       A.   Yes.
2       Q.   And you were paid for that, right?
3       A.   Yes.
4       Q.   Were you paid by VOA or were you paid by
5   BVG?
6       A.   I don't know.
7       Q.   Was it about $700?
8       A.   Yes.
9       Q.   Do you recall sometime in 2004 or 2005
10  telling U Soe Thinn or Nancy Shwe that you had a job
11  at VOA?
12      A.   Yeah, I remember.
13      Q.   Do you recall what you told them?
14      A.   I tried to remember.  I talked to Soe
15  Thinn, I was offered a position as a part-time
16  broadcaster.  Official title is POV.
17      Q.   And how did he respond, if you can recall?
18      A.   He said okay.
19      Q.   Did you tell him that you would not be
20  working for RFA anymore?
21      A.   At that time I was doing weekly feature.
22  That's why I told him that I was given this

Page 52

1   position.  I inform him.
2       Q.   Did you also tell him that you would not
3   be working for RFA anymore?
4       A.   I do not remember.
5       Q.   Did you tell him -- do you remember
6   telling him that you didn't want to write features
7   anymore?
8       A.   I did not tell like that.
9       Q.   Do you remember that U Soe Thinn asked you
10  to confirm that in writing, whatever it was you said
11  to him?
12      A.   Yes, he asked me.
13      Q.   And did you?
14      A.   I do not remember.
15      Q.   Okay.  If you did not, do you know why you
16  did not confirm it in writing?
17      A.   I do not remember whether I wrote or not.
18      Q.   Have you sought at any time to work as a
19  medical doctor in the United States?
20      A.   When I first arrived in 1997, I study -- I
21  did self-study to study medicine, and then I changed
22  my mind.

Page 53

1       Q.   How long did you study medicine in the
2   United States?
3       A.   Self-study.  I did not -- I did not go to
4   any school.  Self-study.  I study at home.
5       Q.   Home study, okay, all right.  And then you
6   abandoned that idea?
7       A.   Yes.
8       Q.   How long did you do home study?
9       A.   From 1997, soon after I arrive, and then
10  until early, like May-June 1998.
11      Q.   How did you support yourself between 1997
12  and 1999?
13      A.   I have two sources.  One is I brought some
14  money because before I came here, I was a medical
15  doctor, so I received some money.  Second source is
16  I help other Burmese as a freelance, and then since
17  I am single, I did not have to spend so much on food
18  and rent and I can share -- I share with other
19  people.
20          MR. ABRAMSON:  Okay.  Go off the record
21  for a second.
22              (Recessed at 12:21 p.m.)

14 (Pages 50 to 53)

Khin Maung Than                                                                    August 23, 2006

Washington, DC

Page 54

1          (Reconvened at 12:30 p.m.)
2          BY MR. ABRAMSON:
3     Q.   When you told them at VOA that you could
4   no longer work there -- you remember that?
5     A.   What do you mean?
6     Q.   Did you quit VOA?
7          MS. STEWART:  Objection.
8     A.   I just told Doris I will not be able to
9   come in.
10    Q.   How long had you worked there 'til that
11  time?
12    A.   I remember, about five days.
13    Q.   In Burma, how long had you been working as
14  a doctor?
15    A.   Since I graduated.
16    Q.   What year?
17    A.   1988.
18    Q.   So you worked there from 1988 to 1997 as a
19  doctor?
20    A.   No.  1998 -- sorry, 1988 to 1994.
21    Q.   Where did you work as a doctor?
22    A.   First I started in the small cities about

Page 55

1   150 miles away from Rangoon, and then I moved back
2   to Rangoon.  Then I went to practice at the outskirt
3   of Burma -- Rangoon.
4     Q.   A hospital in Rangoon?
5     A.   No, clinic.
6     Q.   Clinic.
7     A.   Private clinic.
8     Q.   Private clinic?  All right.  How much did
9   you earn as a physician?
10    A.   About 50,000 in local currency.
11    Q.   All right, and how does that equate with
12  dollars?
13    A.   With the extreme rate at that time, it may
14  be around 200 U.S. dollars.
15    Q.   A year?
16    A.   No, per month.
17    Q.   A month, okay.  And what did you do from
18  1994 to 1997?
19    A.   In late 1994, I went to England.
20    Q.   Okay.
21    A.   I went there for clinical training, and
22  then I moved to Jamaica.  I got a medical officer

Page 56

1   position in Jamaica, public hospital, and then in
2   1997, I moved to United States.
3     Q.   How much did you earn in Jamaica?
4     A.   Between a thousand -- 1,500 and 2,000 a
5   month.
6     Q.   Is that dollars?
7     A.   U.S. dollars.
8     Q.   And in England, you only went for
9   schooling; you didn't work?
10    A.   No.
11    Q.   Who paid your expenses there?
12    A.   At the time, I had a girlfriend, previous
13  girlfriend.
14    Q.   Not the same one as here?
15    A.   No.
16    Q.   She paid your expenses?
17    A.   Yeah.
18    Q.   Was she in England?
19    A.   Right now?
20    Q.   No, no, at the time.
21    A.   Yes.
22    Q.   How much money had you saved before you

Page 57

1   came to the United States?
2     A.   About 12,000.
3     Q.   Dollars?
4     A.   Yes.
5     Q.   Do you still have any of that left?
6     A.   Right now?
7     Q.   Yes.
8     A.   No.
9     Q.   When did you run out?
10    A.   I did not run out of money.
11    Q.   When did you run out of that $12,000?
12    A.   It was not -- it was never run out.
13    Q.   So you still have some of it.
14    A.   No, I used part of -- no, I did not use
15  all of them.  Since I have brothers at home, I send
16  --
17    Q.   I see.
18    A.   -- some money back to my country.
19    Q.   When did you first apply for any work at
20  Radio Free Asia?
21    A.   For the first time?
22    Q.   For the first time.

15 (Pages 54 to 57)

Page 58

1      A.    Late 1998.
2      Q.    And what prompted you to apply at that
3    time?
4      A.    At that time, I have a friend.  He was in
5    Voice of America.  He gave me address and
6    information to apply.
7      Q.    Who was that friend?
8      A.    First name K-Y-A-W, middle name Z-A-W,
9    last name N-Y-U-N-T.
10      Q.    That's the same person that told you that
11    the job you interviewed for at VOA was filled by
12    someone else?
13      A.    Maybe.
14      Q.    He told you to apply at RFA?
15      A.    Actually, he did not tell me.  His wife
16    gave me the address and where I have to apply, all
17    the information.
18      Q.    Who is his wife?
19      A.    I call her Ma Swe.  It's a nickname, M-A,
20    another word, S-W-E.
21      Q.    All right.  Does she work at Radio Free
22    Asia?

Page 59

1      A.    No.
2      Q.    Does she work at VOA?
3      A.    No.
4      Q.    Did she tell you that she knew there was a
5    position at RFA?
6      A.    No, she didn't tell me anything.
7      Q.    Had you known of RFA before then, before
8    she mentioned that you should apply there?
9      A.    Yes.
10      Q.    How did you know about RFA?
11      A.    When I was -- stay in California, I heard
12    there's a new Burmese radio station called Radio
13    Free Asia.  I knew the name since before even I
14    moved to Virginia, so I knew it existed, I mean, at
15    that time, and then I was encouraged to come to
16    apply.
17      Q.    All right.  So when you say encouraged,
18    she mentioned to you go ahead and apply there?
19      A.    If I remember correctly, she said the new
20    radio station just started so you could apply and
21    come and try.
22      Q.    All right, and so she gave you the address

Page 60

1    and you wrote a letter?
2      A.    Yeah.
3      Q.    Who did you write the letter to?
4      A.    I'm not sure.  I wrote to U Soe Thinn.
5          MR. ABRAMSON:  Let's have this marked as
6    1.
7              (Than Exhibit No. 1
8               was marked for
9               identification.)
10          BY MR. ABRAMSON:
11      Q.    I'm showing you what's been marked as
12    Exhibit 1.  Is that the letter that you wrote to U
13    Soe Thinn?
14      A.    Yes.
15      Q.    Do you see the number, 1124, on this
16    letter?  Do you know what that is?
17      A.    No, I have no idea.
18      Q.    What response, if any, did you get to this
19    letter?
20      A.    I think I receive a letter or a call from
21    HR to come and sit for the test.
22      Q.    Do you remember who you got a call or a

Page 61

1    letter from?
2      A.    I don't remember.
3      Q.    Then did you go in to take the test?
4      A.    Yes, I did.
5      Q.    And do you know anyone else who took that
6    test at the same time?
7      A.    I do not remember.
8      Q.    Do you know the results of the test, your
9    test?
10      A.    Yeah, I receive a letter from the HR
11    director, Ms. Hopkins I think.  She informed me that
12    she's going to keep my resume and that score for one
13    year.  If there's any vacancy, she's going to notify
14    me.
15      Q.    Do you remember the name of the HR
16    director?
17      A.    Jacqueline Hopkins.
18      Q.    Very good.  Mark this as 2 please.
19              (Than Exhibit No. 2
20               was marked for
21               identification.)
22          BY MR. ABRAMSON:

16 (Pages 58 to 61)

Khin Maung Than                                                    August 23, 2006
Washington, DC

---

Page 62

1    Q.    I'm showing you what's -- go ahead, take
2  that.  That's Exhibit Number 2.  Is that the letter
3  that you received from Ms. Hopkins?
4    A.    Yes.
5    Q.    All right.  Take a look at Number 1.  So
6  when you sent in this letter, you didn't have any
7  kind of knowledge that there was any job in the
8  Burmese service that was posted, right?  You just
9  sent it in because your friend's wife told you to do
10  that.
11    A.    Yes.
12    Q.    And how -- what made you determine to send
13  that letter to U Soe Thinn as opposed to human
14  resources or somebody else?
15    A.    I got U Soe Thinn's phone number from that
16  friend, and then since I didn't know how to proceed,
17  I called U Soe Thinn.  He said please submit an
18  application.  That's why I submitted.
19    Q.    Now, when you got Exhibit Number 2 from
20  Ms. Hopkins, you know, she said in the second
21  paragraph that -- the first paragraph, that they're
22  unable to consider you for a position at this time.

---

Page 63

1    A.    Yes.
2    Q.    And she said she would retain your resume
3  for one year.  Do you recall ever after that
4  resubmitting an application, resubmitting a resume?
5    A.    The only thing I remember is in 2001.
6    Q.    All right.  And there was a reference here
7  that if Radio Free Asia's needs changed, that they
8  would notify you at the time?
9    MS. STEWART:  A reference here?
10    MR. ABRAMSON:  Right, a reference here,
11  second paragraph.
12    MS. STEWART:  In Exhibit --
13    BY MR. ABRAMSON:
14    Q.    In Exhibit -- do you see that?
15    A.    Yeah.
16    Q.    So do you have any idea what needs they
17  were referring to?
18    MS. STEWART:  Objection.
19    A.    At that time, I had no idea.
20    Q.    And it said they would notify you if their
21  needs changed, correct?
22    A.    Yes.

---

Page 64

1    Q.    That was not a promise of any kind for a
2  job, right?
3    MS. STEWART:  Objection.
4    A.    At that time, I don't know.  I mean, I
5  just look at the letter.  I believe that if they
6  need me in the future for a position in the Burmese
7  service, I assume that they're going to notify me.
8  I am not saying that they're going to hire me.  I
9  believe at the time, they are going to notify me.
10    Q.    Okay.  Do you have any idea why in
11  February 1999 RFA did not call you and ask you to
12  interview or come in to talk to them or why you
13  didn't get a job?
14    MS. STEWART:  Objection.
15    A.    At the time, I did not even know whether
16  there was a vacancy or not.
17    Q.    Now, before you got Exhibit Number 2, do
18  you recall writing a different letter to RFA asking
19  about a job?
20    A.    Before this letter?
21    Q.    Yeah, before that.  After Exhibit 1 but
22  before Exhibit 2, do you remember writing a

---

Page 65

1  different letter?
2    A.    I do not recall.
3    MR. ABRAMSON:  Three.
4         (Than Exhibit No. 3
5          was marked for
6          identification.)
7    BY MR. ABRAMSON:
8    Q.    Do you recognize Exhibit 3?
9    A.    Yes, I do.
10    Q.    So that's a letter that you wrote on
11  January 18th, 1999.
12    A.    Yes.
13    Q.    So it's after Exhibit 1 but before you
14  received Exhibit 2.
15    A.    Yes.
16    Q.    And why did you write Exhibit Number 3?
17    A.    I believe because I have not heard -- I
18  did not hear anything back from -- I did not hear
19  anything back from HR about my test score or any
20  information.
21    Q.    Did you ever find out your test score?
22    A.    And I received this letter only.  No, it

---

17 (Pages 62 to 65)

Khin Maung Than    August 23, 2006
Washington, DC

Page 66

1   didn't mention my real score.
2       Q.    Okay.  Did you think there was any reason
3   at all that you had not heard from RFA after you had
4   submitted Exhibit 1 and after you had taken the
5   test?
6           MS. STEWART:  Objection.
7       A.    Can you repeat the question?
8       Q.    Do you know any reason why you didn't hear
9   back from RFA --
10          MS. STEWART:  Objection.
11          BY MR. ABRAMSON:
12      Q.    -- after you submitted your letter in
13  October and you took the test?
14      A.    I did not have any idea.  That's why I
15  wrote to follow up.
16      Q.    Do you have any idea today why you didn't
17  hear from them in 1999 or '98?
18          MS. STEWART:  Objection.
19      A.    I have no idea.
20      Q.    You wrote Exhibit Number 3 to Tamara
21  Bagley.  Three.
22      A.    Three, yeah.

Page 67

1       Q.    How did you know to write to Tamara
2   Bagley?
3       A.    I did not remember.  Maybe --
4           MS. STEWART:  Don't guess.
5       A.    I do not remember.
6       Q.    And you don't know who told you about her?
7       A.    No.
8       Q.    When did you next -- next send any
9   communication to RFA about a job there, if you can
10  recall?
11      A.    I called HR, talked to Tamara Bagley,
12  sometime Cindy Kim, a few times to follow up my
13  application.
14      Q.    Do you remember when -- how many times did
15  you call them?  I'm talking 1999 after you got
16  Exhibit 2 --
17      A.    Two.
18      Q.    -- when you called them.
19      A.    Maybe two or three times.
20      Q.    What did they say to you?
21      A.    Every time I call, I was told they are
22  going to notify me when they have a position open

Page 68

1   up.  Sometime they said the budget -- new budget was
2   not approved yet, maybe needs new budget year, they
3   may have a new position, and when they have that
4   position, they will notify me.  Every time I call, I
5   was told either by Tamara or Cindy Kim.
6       Q.    Did they tell you that they would notify
7   you any time a position would open up, or did they
8   tell you that they would notify you, as it says in
9   Exhibit Number 2, that if RFA's needs changed?
10      A.    They never mention the particular words
11  needs change.  They don't say.  They just straight
12  -- whenever they have their new position open up,
13  they will notify me.
14      Q.    Okay, and if they did not notify you, what
15  reason would you ascribe for them not notifying you?
16          MS. STEWART:  Objection.
17      A.    I have no idea at the time.
18      Q.    Do you have an idea now?
19      A.    No.
20      Q.    Do you remember writing a letter in
21  February 2000 to Tamara asking about a job?
22      A.    Can I look at the letter?

Page 69

1       Q.    Uh-huh.  Four.
2               (Than Exhibit No. 4
3               was marked for
4               identification.)
5           THE WITNESS:  Yeah, I wrote it.
6           BY MR. ABRAMSON:
7       Q.    At the time you wrote this letter, you
8   chose to write it to Tamara Bagley?
9       A.    Yes.
10      Q.    Right?  Even though the previous response
11  that you got was from Jacqueline Hopkins?
12      A.    Yes.
13      Q.    Why did you write to Tamara Bagley?
14      A.    At the time, I believe she was the person
15  I need to talk --
16      Q.    What was the basis of your belief that she
17  was the person you had to talk to?
18      A.    That's just my belief at the time.
19      Q.    How did you get that belief?
20      A.    If I remember correctly, I was told that
21  she handles the hiring process, she handles all the
22  staff.

18 (Pages 66 to 69)

1111 14th Street, NW Suite 400    Washington, DC 20005

Khin Maung Than                                                                    August 23, 2006

Washington, DC

Page 70

1    Q.   All right.  Do you know what, if any, her
2  role was in hiring decisions for the Burmese
3  service?
4    A.   What I knew at the time was that she
5  handles the hiring process.  I'm not saying that she
6  hires -- she handles the hiring process.
7    Q.   What part of the hiring process are you
8  referring to?
9    A.   The tests and the results and everything.
10   Q.   And what else?
11   A.   And the communication with the applicants.
12   Q.   You say in your letter that you took the
13  test on December 16, 1998, right, and that's when
14  you took the test, right?  Then you say that you'd
15  be informed when a vacancy appeared in the Burmese
16  service, right?
17   A.   Can you repeat it?
18   Q.   You say that I would be informed when
19  vacancy appeared in Burmese service.
20   A.   Yes.
21   Q.   Right?  When --
22      MS. STEWART:  You're referring to an

Page 71

1  exhibit?
2      BY MR. ABRAMSON:
3    Q.   I'm referring to the exhibit I'm pointing
4  to.  Do you see it, the fourth line?
5    A.   Yeah.
6    Q.   All right.  Who told you -- who informed
7  you that?
8    A.   Before I wrote this letter, I talked to
9  either Tamara or Cindy Kim.  They told me on the
10  phone.
11   Q.   Okay.  Did they also tell you that a
12  vacancy was possible?
13   A.   Yes.
14   Q.   All right.  Did you regard that as any
15  promise of employment?
16   A.   No.
17   Q.   Did you regard that as a promise of any
18  interview?
19   A.   At the time, I believe so.
20   Q.   On what basis did you think that was a
21  promise that you would be interviewed?
22   A.   Because every time I called, they told me

Page 72

1  -- I was told whenever there was a vacancy in the
2  future, they would notify me, so I consider their
3  words as a promise for the interview.
4    Q.   All right, but they never said that you
5  would be interviewed.
6    A.   No, they said they would notify me.
7    Q.   All right, and that didn't mean anything
8  other than you thought they would just notify you?
9      MS. STEWART:  Objection.
10     BY MR. ABRAMSON:
11   Q.   Correct?
12   A.   At the time, I believe at least I will be
13  notified of the vacancy.
14   Q.   All right.  Then later in this letter, the
15  third paragraph, you wanted to know whether you had
16  a chance or a hope of getting a position.
17   A.   Second paragraph?
18   Q.   Third.
19   A.   Third.  Yes, I just asked for the
20  prospect.
21   Q.   All right.  Did you think you had a chance
22  or a hope to get a position?

Page 73

1    A.   Yes, I believed.
2    Q.   All right.  On what basis did you think
3  you had any greater chance or hope of getting a
4  position at RFA than you did at VOA?
5      MS. STEWART:  Objection.
6    A.   At the time, what I believe is Voice of
7  America is a radio station established long, long
8  ago, so they have the -- they don't -- they have not
9  just started, but Radio Free Asia, it had just
10  started.  So what I believe at the time is that for
11  the recruitment, I'm more hopeful with Radio Free
12  Asia at the time.  That's what I believe.
13   Q.   But in fact, you don't know what Radio
14  Free Asia's hiring needs were in 2000, say.
15   A.   At the time, what I believe is I could do
16  the job as a broadcaster.  That's what I believe.
17  That's why I believed that I could hope for the
18  position in Radio Free Asia.
19   Q.   But you don't know what Radio Free Asia's
20  hiring needs were in 2000.
21   A.   I don't know what Radio Asia -- Radio Free
22  Asia needs at the time.

19 (Pages 70 to 73)

Khin Maung Than                                                    August 23, 2006

Washington, DC

Page 74

1    Q.   You just thought that because you thought
2  you could do the job, that you could get a job
3  there.
4    A.   Yes.
5    Q.   And again, had you heard of any openings
6  at the time you wrote this letter?
7    A.   In 2000?
8    Q.   Yes.
9    A.   I do not remember.
10      MR. ABRAMSON:  I think we can break now.
11  It's 1:00.
12      (Recessed at 1:01 p.m.)
13      (Reconvened at 2:00 p.m.)
14  BY MR. ABRAMSON:
15    Q.   When you left Burma in 1994, you said you
16  had to flee; is that correct?
17    A.   No, not at that time.
18    Q.   When did you have to flee?
19    A.   In 1996.
20    Q.   '96, okay.  What activities were you
21  involved in that led you to believe you had to flee?
22    A.   I went back to Burma in 1996.  I took part

Page 75

1  in a protest and I was arrested, and then after I
2  was released, I felt I was not safe so I fled Burma
3  in 1997.
4    Q.   Which protest was it in '96?
5    A.   It was a political protest.
6    Q.   Which one?
7    A.   Political.
8    Q.   Yes, but was it not a student protest?
9    A.   It was a student protest.
10    Q.   Were you a student at the time?
11    A.   No.
12    Q.   So how did you come to participate in a
13  student protest?
14    A.   It was started by the students.  It was
15  not a student protest.  Many people joined at the
16  time.
17    Q.   And did you apply for asylum before you
18  got to the United States or after you came here?
19    A.   After I arrived.
20    Q.   How quickly?
21    A.   Within a few months.
22    Q.   All right.  Hold on a second.  After you

Page 76

1  wrote Exhibit 4, what response, if any, did you have
2  -- did you get from RFA?
3    A.   I received a call, a message from Cindy
4  Kim.
5    Q.   That was -- what did she say?
6    A.   She said that -- to call her back.
7    Q.   Uh-huh.  And you called her back?
8    A.   Yes, I did.
9    Q.   When was this?
10    A.   Around that period, around 8, 9, 10
11  February.
12    Q.   Okay, and what conversation did you have
13  with her?
14    A.   On the phone, she said why I wrote this
15  letter.  She continued to say she and Tamara Bagley
16  were upset because of this letter.
17    Q.   Anything else?
18    A.   And she asked me why I wrote this letter.
19    Q.   How did you respond?
20    A.   I told her since I wanted to know the
21  status of prospect, the situation of my application,
22  I just wrote requesting information about my

Page 77

1  application, and she asked me what is my bottom
2  line.  She kept asking why I wrote this letter, so I
3  had to explain what I heard at the time.
4    Q.   And what did you explain?
5    A.   She replied that --
6    Q.   What did you tell her you heard?
7    A.   Oh, Burmese service at the time recently
8  hired new person, new broadcaster, and she replied
9  all I heard were rumors.
10    Q.   And how did you respond?
11    A.   When she said rumors, all I heard were
12  rumors, I have no -- I see no point in arguing with
13  her, so she seem like upset.  She wants me to
14  apologize for writing this.  I see no point because
15  in the letter, I don't see that can upset her or
16  Tamara, and then I -- actually, I didn't write the
17  letter to Cindy Kim.  I wrote to Tamara.  I wrote --
18  I don't even know why she called me.  I wrote to
19  Tamara, but Cindy Kim called me.  So even though I
20  didn't see any point in my letter that could upset
21  Cindy or Tamara, since they are from HR, I
22  apologized, and then she accepted my apology and she

20 (Pages 74 to 77)

1111 14th Street, NW Suite 400                      Washington, DC 20005

Khin Maung Than                                                                    August 23, 2006

Washington, DC

Page 78

1  said she would notify me in the future if they had a
2  vacancy.
3      Q.   And that -- and that phone call came after
4  you wrote the Exhibit Number 4?
5      A.   Yes.
6      Q.   From whom did you hear that someone had
7  been hired in the Burmese service?
8      A.   At the time, he was an employee.  Not
9  anymore right now.
10     Q.   Does he have a name?
11     A.   Yes.
12     Q.   Okay.  What is it?
13     A.   First name M-Y-I-N-T, last name T-H-E-I-N.
14     Q.   What did Myint Thein tell you?
15     A.   Burmese service recently hired new
16  broadcaster.
17     Q.   Anything else?
18     A.   He give me the name of the new hire.
19     Q.   Anything else?
20     A.   And he also said that he was a close
21  friend of U Soe Thinn.
22     Q.   He meaning the person who was hired?

Page 79

1      A.   No, Myint Thein.
2      Q.   Okay.  Anything else?
3      A.   That's all I remember.
4      Q.   All right.  So Myint Thein told you he was
5  a close friend of U Soe Thinn and that RFA had hired
6  a new broadcaster in the Burmese service?
7      A.   Yes.
8      Q.   Did you ask any questions?
9      A.   To who?
10     Q.   To Mr. Thein.
11     A.   No.
12     Q.   Have you spoken to Mr. Thein since that
13  time?  This, according to you, is back in the year
14  2000.  Have you spoken with him since then?
15     A.   Several times.
16     Q.   Concerning what?
17     A.   At the religious function, I met him, I
18  had a casual conversation, and then when I joined
19  Radio Free Asia, I almost saw him every other day or
20  whenever I came in, so I talked to him.
21     Q.   All right, so after you joined RFA, did
22  you speak to him only about RFA business or did you

Page 80

1  speak to him also about your own personal issues?
2      A.   I didn't talk about my personal --
3      Q.   Okay.  Nothing about your claims that
4  you're making against RFA?
5      A.   No, no.
6      Q.   All right.  How about the religious
7  festivals?
8      A.   Just we talk about musics and songs and
9  foods and just friends.
10     Q.   All right.  And this was in the year 2000?
11     A.   Yeah, he gave me that information.
12     Q.   Okay.  This morning we didn't start until
13  11:00.  Were you working this morning?
14     A.   No.
15     Q.   Is the reason we didn't start until 11:00
16  because you were meeting with your lawyers?
17     A.   No.
18     Q.   You had something else to do?
19     A.   Since I live very far away, so I take some
20  time to get here.
21     Q.   How long does it take to get here?
22     A.   About one hour and a half.

Page 81

1      Q.   When you were prompted to call, or to
2  write Exhibit Number 4, did you believe that there
3  was any cronyism in the Burmese service?
4      A.   You're referring this letter?
5      Q.   The reason you wrote that letter.
6      A.   At that time, I did not mention anything
7  about the cronyism.
8      Q.   Not mention.  I'm trying to ask about what
9  you believe, you thought.
10     A.   I did not think about cronyism.
11     Q.   Okay.  When you do use the word
12  "cronyism," what do you mean by that word?
13     A.   Hiring friends, close friends based on the
14  friendship.
15     Q.   Is that it?
16     A.   Yes.
17     Q.   So your contention is that U Soe Thinn
18  hired close friends or friends of friends because
19  they were friends or friends of friends, correct?
20     MS. STEWART:  Objection.
21     A.   At the time, I believe so.
22     Q.   Okay.  How about today?

21 (Pages 78 to 81)

Khin Maung Than                                                                                          August 23, 2006

Washington, DC

Page 82

1    A.   What do you mean?
2    Q.   Same belief today?
3    A.   I still believe he has some kind of
4  attitude.
5    Q.   Attitude in what sense?
6    A.   Attitude or cronyism.
7    Q.   That he hires friends?
8    A.   Yeah.
9    Q.   All right.  So what did his hiring friends
10 have to do with you?
11   A.   Because the position that were given other
12 people, I also applied for that position too.  I was
13 not even given a chance -- I was not even notified.
14 I am not asking at the time to be hired.  I was just
15 asking, as they said to me repeatedly several times
16 in the past, I wanted to be notified at least.  I
17 was not even notified.
18   Q.   And do you know on what basis you were not
19 notified?
20   MS. STEWART:  Objection.
21   BY MR. ABRAMSON:
22   Q.   In other words, why they didn't notify

Page 83

1  you?
2    MS. STEWART:  Objection.
3    A.   Because HR people told me on two or three
4  occasions that whenever they have the vacancy,
5  they're going to notify me.  That's what they said
6  all the time, so I believe their -- what I took
7  their -- I took their word, but I was not notified
8  at all.
9    Q.   So on what facts -- on what factual basis
10 do you contend they didn't notify you?  For what
11 reason?
12   MS. STEWART:  Objection.
13   A.   Other than the fact that I am not a friend
14 of U Soe Thinn.
15   Q.   And that's it?
16   A.   At the time.
17   Q.   All right.  How about this time?
18   A.   I still believe to some extent.
19   Q.   And would that be true also why, even at
20 times in the future, you weren't notified of jobs,
21 because you were not a friend of U Soe Thinn?
22   A.   I cannot say about the future.

Page 84

1    Q.   I mean future between then and now.  Not
2  --
3    MS. STEWART:  Objection.
4    A.   I have no idea.  I have no answer.
5    Q.   Is it your contention that you did not get
6  hired at RFA because you're not a friend of Soe
7  Thinn's?
8    A.   I wouldn't say that.
9    Q.   You would not say that.
10   A.   I was just saying that I was not notified
11 at the time -- at the time back then.
12   Q.   So I'm asking you now though, you did not
13 get hired as a full-time employee at Radio Free
14 Asia, correct?
15   A.   Right.
16   Q.   Is the reason that you didn't get hired,
17 so far as you know, at Radio Free Asia because
18 you're not a friend of Soe Thinn's?
19   MS. STEWART:  Objection.
20   A.   I don't think that way.
21   Q.   Can you explain your answer?
22   A.   Why I was not hired?

Page 85

1    Q.   No, I want to know why you said you don't
2  think that way.
3    A.   Back then, many years ago, I was not
4  notified because I did not know U Soe Thinn.  That's
5  why I was not notified.  Back then that's my belief.
6    Q.   Okay.  And then in 2003 you were not
7  hired.  Is the reason you were not hired so far as
8  you know because you were not a friend of Soe
9  Thinn's?
10   MS. STEWART:  Objection.
11   A.   No.
12   Q.   That is not the reason.
13   A.   No.
14   Q.   What is the reason, if you know?
15   MS. STEWART:  Objection.
16   A.   The reason I was not hired in 2003 was
17 that I believed I was a man.  Position was given a
18 female, woman.  Since I was a man, male, I was not
19 given that position.
20   Q.   Any other reason?
21   A.   That's all I can think of.
22   Q.   So what you're saying is that the mere

22 (Pages 82 to 85)

Khin Maung Than                                                                    August 23, 2006

Washington, DC

Page 86

1  fact that you're a man and the position was given to
2  a woman is the reason you weren't hired?
3      MS. STEWART:  Objection.
4      A.   In 2003, yes.
5      Q.   No other reason.
6      MS. STEWART:  Objection.
7      A.   To my best knowledge, I did not know.
8      Q.   Did you write to Radio Free Asia
9  complaining about your conversation with Tamara
10  Bagley or Cindy Kim in 2000?
11      A.   Write to who?
12      Q.   To anybody at Radio Free Asia.
13      A.   Yes, I did.
14      Q.   Do you remember who you wrote to?
15      A.   I wrote to president, then president.
16      Q.   All right.  Do you remember what happened?
17      A.   Mr. Richter -- Mr. Richter referred my
18  complaint to then HR director, Tom Beeson.  He send
19  me an e-mail.  In the e-mail, he said my complaint
20  was referred to HR director.
21      Q.   And did you hear anything after that?
22      A.   No, never.

Page 87

1      Q.   Did you apply for any jobs at Radio Free
2  Asia in the year 2000?
3      A.   Year 2000, I don't remember applying in
4  2000.
5      Q.   By the way, after your interview at VOA,
6  you had an interview at VOA and you didn't get hired
7  there, correct?
8      A.   Yes.
9      Q.   Do you know who got hired instead of you?
10      A.   Yes.
11      Q.   Who?
12      A.   Khin Soe Win.
13      Q.   Okay.  How do you know that?
14      A.   Through the word of mouth.
15      Q.   From whose mouth did you hear it?
16      A.   Not from one particular person.
17      Q.   Well, which persons?
18      A.   I do not remember, because I went to
19  religious festival or function in Maryland.  Among
20  the Burmese, they talk who got the position at Voice
21  of America, so and so.
22      Q.   Did you think you were as qualified as the

Page 88

1  person who got hired?
2      A.   At the time, I believe at the time, she's
3  more qualified.
4      Q.   It was a woman?
5      A.   Yes.
6      Q.   On what basis did you believe she was more
7  qualified?
8      A.   Before she got the job in Voice of
9  America, she was a part-time broadcaster in Radio
10  Free Asia.
11      Q.   Any other reason?
12      A.   No.
13      Q.   After you wrote your letter to Dick
14  Richter, then president, did you apply for a job at
15  RFA?
16      A.   Yes.
17      Q.   And did you get interviewed?
18      A.   What year?
19      Q.   You wrote the letter to Dick Richter in
20  when?  Do you remember when you wrote the letter?
21      A.   I think in 2000.
22      Q.   When in 2000?

Page 89

1      A.   I don't remember.
2          (Than Exhibit No. 5
3              was marked for
4              identification.)
5      BY MR. ABRAMSON:
6      Q.   Is this the letter you wrote to President
7  Richter?
8      A.   Yes.
9      Q.   You wrote it in November 2000?
10      A.   Yes.
11      Q.   So what you -- what -- do you know if any
12  female broadcasters were hired by the Burmese
13  service in the year 2000?
14      A.   No.
15      Q.   Okay.  You yourself had not been hired by
16  Radio Free Asia at that time; is that correct?
17      A.   Can you repeat?
18      Q.   You were not hired by Radio Free Asia at
19  that time.
20      A.   Right.
21      Q.   And during that -- the year 2000, to your
22  knowledge, Radio Free Asia hired a male broadcaster?

23 (Pages 86 to 89)

1111 14th Street, NW Suite 400                                              Washington, DC 20005

Khin Maung Than                                                    August 23, 2006

Washington, DC

Page 90

1       MS. STEWART: Objection.
2    A.   In 2000, not that I know of.
3    Q.   Do you know Tin Aung Khine?  Did I say it
4 right?
5    A.   Tin Khine?
6    Q.   Yeah.  Do you know when he was hired?
7    A.   I don't know when he started.
8    Q.   But you heard, according to your letter,
9 in February 2000 that he had gotten hired.  Number
10 2.
11   A.   Yeah.
12   Q.   All right.  So -- and he was a male,
13 correct?
14   A.   Yes.
15   Q.   All right.  Is there any basis on which
16 you would contend you were discriminated against
17 based on your gender because RFA hired him?
18      MS. STEWART: Objection.
19   A.   I didn't see gender, or based on gender
20 discrimination was in 2000.  I didn't see.
21   Q.   So your testimony is that in the year
22 2000, you were not discriminated against at all by

Page 91

1 RFA.
2       MS. STEWART: Objection.
3    A.   I didn't see discriminate at all.  I'm
4 just saying there was no gender discrimination.
5    Q.   Was there any kind of discrimination
6 against you in 2000?
7       MS. STEWART: Objection.
8    A.   At the time, I believe so.
9    Q.   What kind?
10   A.   Discrimination.
11   Q.   Based on what?
12   A.   At the time, I believe I was told on
13 several occasion whenever they have the position
14 opened up, they will notify me.  Since they did not
15 notify me at all, I felt I was discriminated, I was
16 singled out, I was left out.
17   Q.   Is that because of your gender --
18      MS. STEWART: Objection.
19      BY MR. ABRAMSON:
20   Q.   -- do you contend you were left out?
21   A.   No.
22   Q.   Just because you were left out.

Page 92

1       MS. STEWART: Objection.
2    A.   At the time, I believe I was left out.
3    Q.   And that's the sole basis of any kind of
4 belief by you that you were discriminated against at
5 that time?
6       MS. STEWART: Objection.
7    A.   Yes.
8    Q.   So when you wrote in this letter, page 2
9 paragraph 3, that I was dishonestly left out, I was
10 unfairly discriminated, you're referring solely to
11 that you didn't get a call when there was a job
12 opening; is that correct?
13   A.   Yes.
14   Q.   And not based on your gender.  Just -- but
15 it's just because you didn't get a call, right?
16   A.   Right.
17   Q.   And did you know that the person hired,
18 Tin Aung Khine --
19   A.   Yes.
20   Q.   -- was a close friend of U Soe Thinn?
21   A.   At the time, I was told.
22   Q.   Do you have any basis to believe that

Page 93

1 that's not true?
2    A.   I was told by one of the employee.
3    Q.   Who?
4    A.   Myint Thein.
5    Q.   And you have no reason to believe that
6 that's not true then.
7    A.   At the time, I had no idea.
8    Q.   How about today, do you have any reason to
9 believe that Tin Aung Khine was not hired -- was
10 hired because of his relationship with U Soe Thinn?
11      MS. STEWART: Objection.
12   A.   I believe so.
13   Q.   On what factual basis do you base the
14 statement in this letter that there might be some
15 connection between U Soe Thinn and the human
16 resource staff?
17   A.   Because I called to -- when I answer --
18 when I return Cindy Kim's call, she forced me to
19 admit why I called, what is my bottom line, so I had
20 to tell what I heard, that I heard the Burmese
21 service had a new hire, but she continued to say
22 these are the rumors.  So otherwise, unless they

24 (Pages 90 to 93)

Page 94

1    have the new hire, they don't have to lie, so I felt
2    like they are trying to cover or hide something that
3    actually happened in the Burmese service, so that's
4    how I felt that there must be some kind of
5    connection between HR staff and U Soe Thinn, HR
6    staff trying to cover some actions, because they
7    already hire someone.
8        Q.    But you don't know that for a fact, that
9    there was a connection.
10       A.    No.
11       Q.    Now, you wrote this letter in November of
12   2000.  Do you recall following up at all a couple of
13   months later?
14       A.    Yes.
15       Q.    All right.  And you followed up with an
16   e-mail to Mr. Richter?
17       A.    Yes.
18       Q.    And your complaint at the time, you
19   remember, was directed at the human resource staff?
20       A.    Not only that.
21       Q.    Did you not claim that you were mistreated
22   by human resource staff?

Page 95

1        A.    In the letter, I mentioned I was
2    mistreated by the staff.
3        Q.    Did you mention that you wanted to know
4    about your application for employment?
5        A.    Prior to that conversation, I mentioned
6    about my job application status and the letter to
7    Tamara Bagley.  The conversation was the
8    continuation of the letter, that letter to Tamara
9    Bagley.
10       Q.    What conversation?
11       A.    With Cindy Kim.
12       Q.    You had no conversation with Mr. Richter;
13   is that correct?
14       A.    Right.
15       Q.    Strictly the e-mail.
16       A.    Yes.
17                  (Than Exhibit No. 6
18                   was marked for
19                   identification.)
20           BY MR. ABRAMSON:
21       Q.    Is this the e-mail?
22       A.    Yes.

Page 96

1        Q.    All right.  You wrote this on January
2    28th, 2001, right?
3        A.    Yeah.
4        Q.    Now, if you look down to about the middle
5    of it, you say, "I'd be very grateful" -- do you see
6    that, "I'd be very grateful if you would kindly
7    reply by e-mail to let me know about my application
8    and my report."  At the time, January 2001, you had
9    no application at RFA; is that correct?
10       A.    I do not remember.
11       Q.    If there were an application that you had
12   made at that time, would you have kept a copy of it?
13       A.    I'm not sure.
14       Q.    So you don't know if you had an
15   application at that time; is that correct?
16       A.    I don't recall.
17       Q.    And if you didn't have an application at
18   that time, then this sentence asking about your
19   application would have had no meaning, correct?
20       A.    I was not even sure whether at the time, I
21   had the application with the Radio Free Asia.
22       Q.    Understand.

Page 97

1        A.    I don't remember.
2        Q.    And if there were no application at the
3    time, just assume there were no application at the
4    time, then your sentence would have been completely
5    out of context.
6            MS. STEWART:  Objection.
7        A.    If there were no application, I would say
8    right.
9        Q.    All right.  Do you recall getting a
10   response to this e-mail?
11       A.    Yes.
12       Q.    When did you get a response, if you can
13   recall?
14       A.    Maybe -- I'm not sure.  Maybe February
15   2001.
16       Q.    Do you remember writing a letter after
17   this January 28, 2001 e-mail asking for a response?
18       A.    I think so.
19       Q.    At the time, what did you mean -- well, do
20   you recall saying that you believed there was some
21   kind of cover-up in human resources?
22       A.    In that letter?

25 (Pages 94 to 97)

Khin Maung Than                                                                    August 23, 2006

Washington, DC

Page 98

1    Q.   Do you recall saying in a letter around
2  that time that there was a cover-up by human
3  resources?
4    A.   In the first letter I mention it.
5    Q.   And what you're referring to in that
6  cover-up is that Tamara Bagley or Cindy Kim did not
7  call you to tell you there was an opening?
8        MS. STEWART:  Objection.
9    A.   No, because when I called, I mentioned it
10  to Cindy.  I talked to Cindy.  I told her because
11  she forced me to tell, I asked -- I told her there
12  was a new hire recently, and then she said these
13  were rumors, they are not true.  That's why I
14  believe at the time, Cindy Kim particularly trying
15  to hide.
16    Q.   What was she trying to hide?
17        MS. STEWART:  Objection.
18    A.   The fact that Burmese service had new hire
19  lately.
20    Q.   And why do you assert that -- what reason
21  do you assert she was trying to hide a hire in the
22  Burmese service from you?

Page 99

1    A.   I do not know why, but she didn't tell the
2  truth.
3    Q.   Do you know why today?
4    A.   No.
5    Q.   And that's what you meant by cover-up.
6    A.   Yes
7        MR. ABRAMSON:  Seven.
8        (Than Exhibit No. 7
9        was marked for
10        identification.)
11        BY MR. ABRAMSON:
12    Q.   I'm showing you Exhibit 7.  This is a
13  letter of February 13th, 2001 to the president of
14  Radio Free Asia, and in this letter, you refer to
15  your letter from November 28, 2000, and you say that
16  that letter was sent to you because you had been
17  mistreated by the human resource department at Radio
18  Free Asia.  That's why you sent that earlier letter,
19  and you also sent the earlier letter, you say, to
20  expose cronyism in the hiring process, especially
21  the Burmese service, and a cover-up by some HR
22  persons.  Is that a correct statement?

Page 100

1    A.   Yes.
2    Q.   At the time, in 2001, you did not file any
3  claim of discrimination, did you?
4    A.   With whom?
5    Q.   With anybody.
6    A.   No, I did not.
7        (Than Exhibit No. 8
8        was marked for
9        identification.)
10        BY MR. ABRAMSON:
11    Q.   Exhibit Number 8 is the response that you
12  received from President Richter; is that correct?
13    A.   Yes.
14    Q.   Okay.  Do you know what happened -- well,
15  do you know that this -- that your letters were
16  referred to Tom Beeson?
17        MS. STEWART:  Objection.
18    A.   According to Mr. Richter, you mean?
19    Q.   And at this time, you were not an employee
20  of Radio Free Asia; is that correct?
21    A.   Right.
22    Q.   Now, shortly after you received this

Page 101

1  e-mail, did you -- did you see a posting for any
2  position in RFA's Burmese service?
3    A.   Any posting where?  Anywhere or --
4    Q.   Anywhere.
5    A.   Yes.
6    Q.   Where did you see it?
7    A.   That was in The Washington Post.
8    Q.   And what did you do when you saw that?
9    A.   I applied.
10    Q.   All right.
11    A.   Took the test.
12    Q.   Okay.  Now, this was the second time you
13  took the test?
14    A.   I'm not sure.  It may be second time.
15    Q.   Because you took it once in 1998.
16    A.   Yeah.
17    Q.   And once here.
18    A.   I don't remember in between these years.
19    Q.   All right.  Did anyone tell you that you
20  had to take that test?
21    A.   Yes.
22    Q.   Who told you that you had to take that

26 (Pages 98 to 101)

Khin Maung Than                                                                August 23, 2006

Washington, DC

Page 102

1  test?
2      A.   Tamara Bagley.
3      Q.   What exactly did she say to you?
4      A.   She sent a letter to come in to take the
5  test.
6      Q.   All right.  Do you know why she sent you
7  that letter?
8          MS. STEWART:  Objection.
9      A.   I have no idea.
10     Q.   Did you interpret the letter that she sent
11 you as saying that you were required to take the
12 test?
13     A.   Yes, at the time, I believed.
14     Q.   Strictly -- and that belief was strictly
15 on the basis that you received the letter, correct?
16         MS. STEWART:  Objection.
17     A.   Can you simplify?
18     Q.   Your belief that you were required to take
19 the test is based solely on the fact that you
20 received the letter from Tamara Bagley.
21         MS. STEWART:  Objection.
22     A.   For that position, I believe.

Page 103

1      Q.   Yes.  Nobody said anything to you other
2  than what was written in that letter.
3      A.   Yeah, other than Tamara Bagley.
4              (Than Exhibit No. 9
5                 was marked for
6                 identification.)
7          BY MR. ABRAMSON:
8      Q.   What did Tamara Bagley say to you?  Did
9  she say any words to you?
10     A.   She didn't talk to me.  She just sent a
11 letter to come in for the test.
12     Q.   Okay, so Exhibit Number 8, this is your
13 letter to Radio Free Asia applying for a posted --
14     A.   Number 9.  Not Number 8.
15     Q.   Are we on Number 9?
16         MR. HOADLEY:  Yes.
17         BY MR. ABRAMSON:
18     Q.   Okay.  Is that correct?
19     A.   Yes.
20     Q.   And you wanted to resubmit your
21 application?
22     A.   Yes.

Page 104

1      Q.   And to your knowledge, your application
2  was accepted, correct?
3      A.   Yes.
4      Q.   And at that time, you had no reason to
5  believe that your application would not be accepted?
6          MS. STEWART:  Objection.
7      A.   When I receive a letter from Tamara to
8  come in for the test, I believed that my application
9  was accepted.
10     Q.   Okay.  And do you have any factual basis
11 to assert that you were not treated as every other
12 candidate who applied for that position at that
13 time?
14         MS. STEWART:  Objection.
15     A.   For that position?
16     Q.   Yeah.
17     A.   No.
18     Q.   So as far as you know, you were treated
19 the same as everybody else.
20     A.   For that position.
21     Q.   And you came in and you -- let's do this.
22 Ten?

Page 105

1              (Than Exhibit No. 10
2                 was marked for
3                 identification.)
4          BY MR. ABRAMSON:
5      Q.   Exhibit 10 -- that's the letter that you
6  got?
7      A.   Yes.
8      Q.   And this letter requests that you come to
9  RFA to take the test?
10     A.   Yes.
11     Q.   And you took the test?
12     A.   Yes, I did.
13     Q.   And then what happened?
14     A.   I took the test.
15     Q.   Do you know how you did?
16     A.   I believe I did well.
17     Q.   Do you know how you did?
18         MS. STEWART:  Objection.
19     A.   Are you saying did I receive some kind of
20 letter or --
21     Q.   Right.
22     A.   From --

27 (Pages 102 to 105)

1111 14th Street, NW Suite 400                                      Washington, DC 20005

Khin Maung Than                                                                August 23, 2006

Washington, DC

Page 106

1    Q.    I'm not asking how you believe you did.  I
2    want to know if you absolutely know how you did.
3    A.    At the test?
4    Q.    Uh-huh.
5    A.    I did well.
6    Q.    Did you receive any kind of notification
7    of what your score was?
8    A.    I don't remember.
9    Q.    Were you hired?
10   A.    No.
11   Q.    Do you know who was hired?
12   A.    Yes.
13   Q.    Who?
14   A.    First name Win, W-I-N, middle name
15   N-E-I-N-G, last name double O.
16   Q.    And Mr. Oo -- he was a male?
17   A.    Yes.
18   Q.    Do you know who was interviewed for that
19   job?  That position I mean.
20   A.    Who went for the interview.
21   Q.    Anybody else, if you know?
22   A.    No, I didn't know -- I didn't have any

Page 107

1    information.
2    Q.    Okay.  Are you familiar with Mr. Oo's
3    qualifications?
4    A.    Yes, later I learned.
5    Q.    How?
6    A.    I think maybe from the casual
7    conversations or social gatherings or something like
8    that.
9    Q.    You mean at these religious gatherings?
10   A.    Sometimes social, sometimes religious.
11   Q.    From whom?
12   A.    I do not remember.
13   Q.    Okay.  How soon after Mr. Oo was hired did
14   you have these casual conversations in which you're
15   claiming that you became familiar with his
16   qualifications?
17   A.    I can't say when I became aware of his
18   qualifications.  I don't remember.
19   Q.    All right.
20              (Than Exhibit No. 11
21                   was marked for
22                   identification.)

Page 108

1         BY MR. ABRAMSON:
2    Q.    I'm showing you Exhibit 11.  This is a
3    letter dated June 14, 2001 to you, and this letter
4    is addressed to Mr. Maung Maung; is that correct?
5    A.    Yes.
6    Q.    Is that the name that you used when you
7    applied for the job in 2001?
8    A.    I believed I use both my official name and
9    nickname in the application.
10   Q.    Do you know what name you used when you
11   applied in 1998?
12   A.    I do not remember exactly.
13   Q.    Do you know if it was the same or
14   different?  You just don't know?
15   A.    I don't know.
16   Q.    Now, this letter -- does this letter
17   appear to you to you to be a form letter?
18        MS. STEWART:  Objection.
19   A.    A formal?
20   Q.    A form letter.
21   A.    What do you mean?
22   Q.    A letter that -- it's a form, a standard

Page 109

1    letter that is sent out to unsuccessful applicants.
2         MS. STEWART:  Objection.
3    A.    I have no idea.
4    Q.    You don't know?
5    A.    I don't know.
6    Q.    And it says they're unable to consider you
7    for a position at this time, right?  And it said
8    they would retain your resume for a year.
9    A.    Yes.
10   Q.    And if needs change, they'll notify you at
11   the time; is that correct?
12   A.    Yes.
13   Q.    Find Exhibit 2.  Looking at Exhibit 2 and
14   Exhibit 11, are these exhibits worded exactly the
15   same except for the person who signed it?
16   A.    Yes, same.
17   Q.    So it was not the first time you received
18   a letter like this, correct?
19   A.    I would say yes.
20   Q.    And again, this letter, looking at it,
21   doesn't contain any kind of promise of employment,
22   correct?

28 (Pages 106 to 109)

Page 110

1    A.    No.
2    Q.    And it doesn't refer to any test, correct?
3    A.    Since they used the word "qualification,"
4  I would consider it's the same thing about the test,
5  it's included.
6    Q.    But you don't know for a fact that that's
7  what that word refers to.  That's just your personal
8  conclusion, right?
9    A.    Right.
10   Q.    Other than that, you don't see the word
11  "test" in here at all, correct?
12   A.    Right, but I assume that because they use
13  the qualification, I assume that -- same thing about
14  the test, it's included in that context.
15   Q.    And you have no factual basis for that
16  conclusion.  It's just your own personal assumption,
17  correct?
18   A.    Right.
19   Q.    Now, the next time you applied for a job
20  at RFA after 2001 was when you applied for a
21  contractor position; is that correct?
22   A.    Are you referring to the part-time

Page 111

1  position?
2    Q.    I'm referring to what you refer to as the
3  part-time position.
4    A.    In what year?
5    Q.    2002.
6    A.    I think I put application for part time.
7    Q.    What, if anything, prompted you to file an
8  application for a part-time position?
9    A.    I don't remember.
10   Q.    How did you know there was a part-time
11  position that you might apply for?
12   A.    I knew that there were some part-time
13  employees in Radio Free Asia Burmese service.
14   Q.    How did you know that?
15   A.    I heard from other people.
16   Q.    From whom did you hear?
17   A.    I don't remember.  Maybe from the social
18  gatherings or religious functions.
19   Q.    Do you remember -- you just don't know who
20  it was?
21   A.    I don't remember.
22   Q.    Do you remember whom you first spoke with

Page 112

1  about a part-time position?  Hold it.
2          (Discussion off the record)
3          MR. ABRAMSON:  Okay, was that sidebar on
4  the record, because we never went off the record for
5  that.
6          MR. KAPLAN:  We asked him if he needed a
7  break.
8          BY MR. ABRAMSON:
9    Q.    Do you need a break?
10   A.    Maybe at least five minutes.
11         MR. ABRAMSON:  Okay, you got it.
12         (Recessed at 2:54 p.m.)
13         (Reconvened at 3:00 p.m.)
14         THE REPORTER:  Question:  "Do you remember
15  whom you first spoke with about a part-time
16  position?"
17         THE WITNESS:  Can you repeat the question?
18         BY MR. ABRAMSON:
19   Q.    Do you remember who you first spoke with
20  in 2002 about a part-time position at RFA?
21   A.    I got a call from administrative assistant
22  for Burmese service.  She called me, whether I could

Page 113

1  come in as part-time broadcaster.
2    Q.    Who was that?
3    A.    Administrative assistant.
4    Q.    Name?
5    A.    Ariah Ferncuise, A-R-I-A-H, F-R -- last
6  name F-E-R-N-C-U-I-S-E.
7    Q.    What did she tell you?
8    A.    She asked me if I could come in as a
9  part-time broadcaster.
10   Q.    Were you interviewed for the position?
11   A.    I was not given interview.
12   Q.    Do you remember speaking with Tamara
13  Bagley about anything to do with a part-time
14  position in 2002?
15   A.    I did not talk to her about the part-time
16  position.
17   Q.    Did you speak with her about anything in
18  2002 that you remember?
19   A.    With regards to?
20   Q.    With regard to an interview.
21   A.    I wrote to Tamara.
22   Q.    I'm asking if you spoke with her.

Khin Maung Than                                                    August 23, 2006

Washington, DC

Page 114

1    A.    I don't remember.
2    Q.    You wrote to her.  What did you write to
3    her for?
4    A.    I wrote to her that I thank you.
5    Q.    For?
6    A.    For the interview.
7    Q.    What interview?
8    A.    For the broadcaster interview with the
9    Burmese service.
10   Q.    Broadcaster or what you call part-time
11   broadcaster?
12   A.    Broadcaster.
13   Q.    Okay.  What specific interview did you
14   have in 2002 for a broadcaster position at Radio
15   Free Asia?
16   A.    I was given an interview in 2002, I think
17   in March or April.  I don't remember exactly.
18   Q.    Okay.  Based on your 2001 application or
19   based on something completely different?
20       MS. STEWART:  Objection.
21   A.    I do not remember.
22   Q.    Did you apply for that particular position

Page 115

1    in early 2002?
2    A.    I do not remember.
3    Q.    With whom did you interview in 2002 for a
4    permanent position?
5    A.    With Dan Southerland, Alex Tseu.  Alex
6    Tseu, T-S-E-U, Tamara Bagley, and at the interview,
7    U Soe Thinn was there too.
8    Q.    So you were called in for that interview?
9    A.    I think so.
10   Q.    All right.  Were you aware that there was
11   a position -- was there a position advertised, to
12   your knowledge, at that time?
13   A.    Not that I know of.
14   Q.    You were called in for an interview
15   though?
16   A.    Yes.
17   Q.    Do you know if anyone else was called in
18   for an interview at the time?
19   A.    On the interview, I did not know.
20   Q.    And Tamara was nice and friendly to you
21   during the interview?
22   A.    Very friendly.  I chatted for some time.

Page 116

1    Q.    Do you know if anyone got an offer of
2    employment and a permanent position?
3    A.    After the interview?
4    Q.    At or about the time, or after the time of
5    the interview?
6    A.    After the interview.
7    Q.    Who did?
8    A.    Another Burmese.
9    Q.    Do you know who?
10   A.    Later I knew that the person named Ko Ko
11   Aung got the position.
12   Q.    And he was a male?
13   A.    Yes.
14   Q.    Still is, right?
15   A.    Yes.
16       MS. STEWART:  As far as we know.
17       BY MR. ABRAMSON:
18   Q.    Were you notified that you did not get the
19   position, or did you just hear that somebody else
20   got it, or did you just hear nothing?
21   A.    I didn't hear nothing.  I hear nothing
22   back from HR.

Page 117

1    Q.    All right, but then you wrote to Tamara
2    Bagley and asked her if you could apply for a
3    part-time broadcasting position?
4    A.    I think so.
5    Q.    All right.  Are you aware today that Ko Ko
6    Aung is a medical doctor?
7    A.    Yes.
8    Q.    So you were treated very nicely in this
9    interview, right?  You thought everything was
10   perfectly fair, right?
11   A.    I'm not going to say fair or not.  I was
12   treated nice.
13   Q.    Okay.  Do you think you were treated
14   fairly?
15   A.    In what context?
16   Q.    In any general context that you understand
17   fairly.
18       MS. STEWART:  Objection.
19   A.    At the interview, I was treated nice.
20   Q.    Courteously?
21   A.    Yes.
22   Q.    Got the same interview as anybody else at

30 (Pages 114 to 117)

Page 118

1   the time?
2         MS. STEWART:  Objection.
3       A.   How can I know?  I don't know.
4       Q.   You don't know.  And you also don't know
5   why Ko Ko Aung was selected for that job and why you
6   were not, correct?
7       A.   Right.
8       Q.   And that would be true of anybody, you
9   know, where you interviewed, you wouldn't know why
10  you were not selected and why somebody else was
11  selected, correct?
12        MS. STEWART:  Objection.
13        BY MR. ABRAMSON:
14      Q.   For a fact you wouldn't know.
15      A.   Are you referring to that particular 2002
16  interview?
17      Q.   Any interview.
18        MS. STEWART:  Objection.
19        THE WITNESS:  I do not know why.
20        MR. ABRAMSON:  Let's mark this as whatever
21  is next.
22              (Than Exhibit No. 12

Page 119

1              was marked for
2              identification.)
3         BY MR. ABRAMSON:
4       Q.   So Exhibit Number 12 is a letter dated
5   April 18, 2002.  You're thanking Tamara from the
6   bottom of your heart for being so nice and friendly
7   during the interview.  That's the interview that
8   we've just been talking about, right?
9       A.   Yes.
10      Q.   For the full-time position.
11      A.   Yes.
12      Q.   And now you're writing to request an
13  opportunity as what you call a part-time
14  broadcaster.
15      A.   Yes.
16      Q.   Correct?  Then you say that you had heard
17  that one part-time broadcaster in the Burmese
18  service got a permanent job at VOA, so you're asking
19  to replace that what you call part-time broadcaster,
20  right?
21      A.   Yes.
22      Q.   Were you interviewed for this position?

Page 120

1       A.   For part time?
2       Q.   Part time?
3       A.   No.
4       Q.   Were you given a test for the position?
5       A.   Yes, I was.
6       Q.   You were given a test.
7       A.   Yes.
8       Q.   What test?
9       A.   Both written, voice test.
10      Q.   The same test you took in 2001 and in
11  1999, or 1998?
12      A.   I will say yes, but they didn't give me
13  the date.  They told me to come in.  When I came in,
14  I was given translate articles in English listening
15  to the Burmese, and I had to translate four articles
16  or news pieces, and then I was taken into a studio
17  to do the voice.
18      Q.   Do you see the number at the top, 1124?
19      A.   Yes.
20      Q.   Do you know what that number represents?
21      A.   I don't know.
22      Q.   Where did you take the test?

Page 121

1       A.   At Radio Free Asia.
2       Q.   In 2002?
3       A.   Yes.
4       Q.   What response did you get from Exhibit
5   Number 12?
6       A.   I receive a call from Ariah Ferncuise.
7       Q.   And?
8       A.   To come in.  She asked me if I could come
9   in as a part-time broadcaster.
10      Q.   All right.  To do voicing?
11      A.   No, I was not even told to retake the
12  written test or voice or whatever.  She didn't tell
13  me anything.  She asked me if I could come in.  I
14  say yes, but when I went in on that day, I was told
15  to translate on the spot.
16      Q.   In the -- in the Burmese service --
17      A.   Yes.
18      Q.   -- area?  I see.  Was that the same test
19  that you took in 2001 and 1998 or was it something
20  different?
21      A.   Less than amount -- same thing, but less
22  than amount.  In 2001, you have to translate a lot

Khin Maung Than                                                                    August 23, 2006
Washington, DC

Page 122

1  of stuff.
2      Q.   Uh-huh.
3      A.   But in 2002, for that part-time position,
4  when I went in, I was given I remember four -- maybe
5  three or four, I don't remember, news pieces in
6  English. I was asked to translate, and after that,
7  I was asked to do the voice.
8      Q.   All right, so the first thing that you did
9  at Radio Free Asia in the Burmese service was to do
10 voicing, correct?
11         MS. STEWART:  You're talking about this
12 interview?
13         MR. ABRAMSON:  What?
14         MS. STEWART:  Are we still on this
15 interview?
16         MR. ABRAMSON:  I thought we're past the
17 interview.
18         THE WITNESS:  I think I had to do the
19 translation first when I went to --
20         BY MR. ABRAMSON:
21     Q.   I understand, but then you got the job,
22 right?  You got a job with Radio Free Asia after

Page 123

1  that interview, correct?
2      A.   Not interview. There was no interview.
3      Q.   You came in and you spoke with Ariah
4  Ferncuise. You came in and she gave you something
5  to translate.
6      A.   No, she didn't give me -- I think -- I
7  don't remember, some editor gave me news pieces to
8  translate. I don't remember who gave me, but I
9  remember who took me to the studio to do the voice.
10     Q.   Who took you to the studio?
11     A.   T-H-E-I-N, H-T-I-K-E, double O.
12     Q.   So you came in, you saw -- they gave you
13 something to translate, they took you to the studio.
14 Then what?
15     A.   I think I started.
16     Q.   Then you started.
17     A.   Yeah.
18     Q.   And the first thing that you did when you
19 worked there was to do voicing, correct?
20     A.   Yes.
21     Q.   You didn't write anything yet.
22     A.   I'm sorry?

Page 124

1      Q.   You didn't write.
2      A.   I had to translate. I had to write.
3      Q.   But you did voicing. That was what you
4  were hired for; is that correct?
5      A.   No, no, no, I was called by Ariah
6  Ferncuise to come in as a part-time broadcaster.
7  Broadcaster mean not only voicing. You have to
8  translate the news from English to Burmese, so not
9  only voicing. You have to do two job as a part-time
10 broadcaster, translation and broadcasting.
11     Q.   You didn't write editorials or
12 commentaries or features, correct?
13     A.   At the time, no.
14     Q.   Right. Once you started to work at Radio
15 Free Asia, you were happy to get this job, correct?
16     A.   Yes.
17     Q.   And you thought that by getting a
18 part-time job, that you would ultimately get a
19 full-time job?  Was that what was in your mind?
20     A.   I believe at the time, starting as a
21 part-time broadcaster, it is more closer to the
22 full-time position.

Page 125

1      Q.   But no promises were made to you --
2      A.   No.
3      Q.   -- that you would get a full-time
4  position, and nobody even said anything about that.
5      A.   No.
6      Q.   And you never even raised that subject,
7  correct?
8      A.   No, when I joined as a part-time
9  broadcaster, I didn't raise this issue.
10     Q.   So you had no expectations at that time
11 that were verbalized that it would lead to any kind
12 of permanent full-time position, correct?
13     A.   I have my own expectation. I have my own
14 expectation.
15     Q.   Your own expectations, but you didn't tell
16 anybody at Radio Free Asia, right, at the time you
17 began as what you call a part-time broadcaster?
18     A.   That I didn't tell other people? No, I
19 did not tell.
20     Q.   And then while you were working as call it
21 a voice contractor, correct?
22     A.   I won't say voice only. As I said before,

32 (Pages 122 to 125)

Khin Maung Than                                                                August 23, 2006

Washington, DC

Page 126

1  it includes both translation and the voicing.
2      Q.   Okay.
3      A.   So you cannot go inside and read the
4  already translated pieces.  You have to translate
5  first.
6      Q.   I understand.  Do you know what RFA
7  referred to that position as?
8      A.   Consultant.
9      Q.   Right.  What kind of consultant, or just
10  consultant?
11      A.   Consultant.
12      Q.   And then after you started to work at RFA,
13  did you then ask if you could write features?
14      A.   Yes, I did.
15      Q.   Whom did you ask?
16      A.   I talked to my supervisor, U Soe Thinn.
17      Q.   Did you know U Soe Thinn before you worked
18  at Radio Free Asia?
19      A.   No.
20      Q.   Never met him before?
21      A.   No.
22      Q.   Did you hear about him?

Page 127

1      A.   Yes.
2      Q.   What did you hear about him?
3      A.   He was the service director for the
4  Burmese service.
5      Q.   Anything else?
6      A.   No.
7      Q.   Did you know of any reputation that he may
8  have had?
9      A.   Yeah.
10      Q.   What did you know?
11      A.   In the Burmese community, people said
12  Radio Free Asia Burmese service like friends and
13  family business.  If you want to get into the
14  Burmese service, you need to know -- you need to be
15  like or something like that.
16      Q.   You need to either be a friend or a family
17  of U Soe Thinn or you just have to -- that's what
18  you need to do to get in.
19      A.   Yeah, that's what people said in the
20  Burmese community.
21      Q.   Do you believe that to be true?
22      A.   Yes.

Page 128

1      Q.   Based on what facts?
2      A.   Based on the past hiring practices.
3      Q.   All the past hiring practices?
4      A.   Not all of them.  Some of them.
5      Q.   Just some.
6              (Than Exhibit No. 13
7                  was marked for
8                  identification.)
9          BY MR. ABRAMSON:
10      Q.   Showing you what's been marked as Exhibit
11  13, this is a letter dated June 6th, 2002 in which
12  you write to, I presume it's U Soe Thinn asking that
13  you can -- whether you can contribute nine weekly
14  articles.
15      A.   Yes.
16      Q.   When did you give this -- did you give
17  this letter to U Soe Thinn or did you hand it to him
18  or did you mail it to him?
19      A.   I hand-delivered.
20      Q.   What conversation do you recall having
21  with him about it?
22      A.   Before I gave him this letter, I

Page 129

1  personally talked to him that I wanted to write.  He
2  replied that write in -- submit in writing so that
3  he could give the letter to the management.
4      Q.   And then what was the next thing you heard
5  about it?
6      A.   He said okay to write.
7      Q.   And you got a second contract?
8      A.   Not for this.
9      Q.   For what?
10      A.   And then I told U Soe Thinn that I wanted
11  to write pieces on -- weekly pieces on science and
12  technology.
13      Q.   And then what?  You asked him that.  You
14  didn't write that; is that correct?
15      A.   I wrote.
16      Q.   You did?  And?
17      A.   And I was told from -- starting in October
18  2002.
19      Q.   And you got a contract then, right?
20      A.   Yes.
21      Q.   So in 2002, you got two different jobs
22  with Radio Free Asia Burmese service, right?

33 (Pages 126 to 129)

Khin Maung Than                                                    August 23, 2006

Washington, DC

Page 130

1    A.    Yes.
2    Q.    You got -- first you got one contract
3  where you did translation and voicing, and then you
4  got another contract where you wrote features.
5    A.    Yes.
6    Q.    And you did -- you voiced those as well.
7    A.    Yes.
8    Q.    And you got them through U Soe Thinn,
9  correct?
10    A.    Yes.
11    Q.    So at the time, you didn't think there was
12  any cronyism or any kind of discrimination going on
13  in the Burmese service; is that correct?
14    A.    Related to my application?
15    Q.    Related to you.
16    A.    At the time, there was no opening or no
17  vacancy.
18    Q.    Please answer my question.  At the time --
19  well, please repeat the question back.
20        THE REPORTER:  Question:  "So at the time,
21  you didn't think there was any cronyism or any kind
22  of discrimination going on in the Burmese service;

Page 131

1  is that correct?"
2        THE WITNESS:  Not in that particular year
3  2002.
4        MR. ABRAMSON:  We're going to mark these
5  seven exhibits.
6        (Than Exhibit Nos. 14
7            through 20 were marked for
8            identification.)
9  BY MR. ABRAMSON:
10    Q.    Showing you what's been marked as Exhibit
11  Number 14, this is the consultant agreement you got
12  from Radio Free Asia on May 15, 2002; is that
13  correct?
14    A.    Yes.
15    Q.    And it says that you're going to perform
16  on-call broadcasting services, correct?
17    A.    Yes.
18    Q.    Paragraph 1, and you get $15 an hour.
19    A.    Yes.
20    Q.    And this is for what you contend is
21  translating articles and reading them.
22    A.    Yes.

Page 132

1    Q.    And turn to the second page.  The contract
2  in paragraph 7 says that RFA can terminate the
3  agreement at any time with or without termination
4  pay, correct?
5    A.    Yes.
6    Q.    All right.  And then -- and signed on
7  behalf of RFA and it's signed by you as well.
8    A.    Yes.
9    Q.    This is the first contract you received at
10  Radio Free Asia, correct?
11    A.    Yes.
12    Q.    I'm showing you what's been marked as
13  Exhibit 15.  This is another contract dated
14  September 4th, 2002; is that correct?
15    A.    Yes.
16    Q.    All right, and do you know when this
17  contract expired?
18    A.    I think September 2003.
19    Q.    September 30th, 2003?  And this is for the
20  same type of service as Exhibit Number 14; is that
21  correct?
22    A.    Yes.

Page 133

1    Q.    Let me show you what's been marked as
2  Exhibit Number 16.  This is another consulting
3  contract.  This is dated September 2nd, 2003.  This
4  is another contract for the same type of service
5  that we've been talking about for the first two
6  contracts.
7    A.    Yes.
8    Q.    Correct?  And this contract expired
9  September 30th, 2004?
10    A.    Yes.
11    Q.    Showing you Exhibit 17, Exhibit 17 is an
12  editorial consultant agreement, correct?
13    A.    Yes.
14    Q.    This is entered into October 1st, 2002?
15    A.    Yes.
16    Q.    And this contract is not the same as the
17  other contract, Exhibits 14, 15 and 16, because this
18  one is for -- this one says it's an editorial
19  consulting agreement, correct?
20    A.    Yes.
21    Q.    And this is the one where you're writing
22  features, correct?

34 (Pages 130 to 133)

Page 134

1    A.   Yes.
2    Q.   And for this one you get $75 per program,
3  correct?
4    A.   Yes.
5    Q.   And this contract expired on September
6  30th, 2003?
7    A.   Yes.
8    Q.   And paragraph 7 of this contract has the
9  same termination provision as the other previous
10  contracts we've discussed?
11    A.   Yes.
12    Q.   Exhibit 18.  This agreement extends the
13  time of your performance for an additional year from
14  October 1, '03 to September 30, '04; is that
15  correct?
16    A.   Yes.
17    Q.   This is Exhibit 19.  This is another
18  editorial consulting agreement dated September 22nd,
19  2004 that continues your feature writing for another
20  year through September 30, 2005, correct?
21    A.   No.
22    Q.   No?

Page 135

1    A.   Only for three months.
2    Q.   Oh, right, right, okay.  Through December
3  31st.  Do you know why this agreement was extended
4  only through December 31st, 2004 at that time?
5    A.   I received another letter from finance or
6  I don't know, for that reason, they are going to
7  extend the contract for -- until December.
8    Q.   And that's the letter that your counsel
9  handed to me this morning from -- to you from
10  Compton Richards --
11    A.   Yes.
12    Q.   -- that says that RFA's reviewing all
13  contractor relationships and that during the next
14  three months, they're going to be reconfirming each
15  consultant's authorization to work in the U.S.  In
16  addition, RFA will be revising its standard
17  consultant agreement.  As a result, consulting
18  contracts which expire on September 30, 2004 are
19  extended 90 days 'til December 31, 2004.
20    A.   Yes.
21    Q.   And that's what happened with your
22  contract, right?

Page 136

1    A.   Yes.
2    Q.   It says that -- asks you to -- strike it.
3  So far as you know, that's the reason that the
4  contracts were extended only through December 31
5  that year.
6    A.   Yes.
7    Q.   Correct?
8    A.   I received this letter first, and then
9  this is -- it follows that letter.
10    Q.   Right, the contract followed the memo.
11    A.   Yeah.
12       MR. ABRAMSON:  Let's make this Exhibit 21,
13  and we'll make copies.
14            (Than Exhibit No. 21
15              was marked for
16              identification.)
17       BY MR. ABRAMSON:
18    Q.   That's 21.  Tell you what.  Put a thing on
19  it so we'll know to get a copy.  Showing you Exhibit
20  20, and this is a contract, editorial consultant
21  agreement entered into September 8th, 2005, correct,
22  and it expires September 30, 2006.

Page 137

1    A.   Yes.
2    Q.   Which is next month.
3    A.   Yes.
4    Q.   And this is a continuation of your
5  editorial consultant agreement where you're writing
6  weekly features, correct?
7    A.   Yes.
8    Q.   Now, in -- for the first part of 2005, did
9  you receive another agreement covering January 1st,
10  2005 to September -- through September 2005?
11    A.   I don't understand the question.
12    Q.   All right.  Exhibit 19 only goes through
13  December 31, 2004.
14    A.   Okay.
15    Q.   All right.  Exhibit 20 starts on October
16  1, 2005.  Do you recall getting an agreement that
17  covered the period of time from January 1 through
18  October 1, 2005?
19    A.   I believe so.
20    Q.   Okay.  Now, the consultant agreement and
21  the editorial consulting agreements you had, all --
22  except for 1994 when there was a review, they all

35 (Pages 134 to 137)

Khin Maung Than                                                                    August 23, 2006

Washington, DC

Page 138

1  expire on September 30th.
2     A.   Yes.
3     Q.   Right?  And that corresponds with RFA's
4  fiscal year?  Do you know that?
5     A.   I don't know.
6        MS. STEWART:  You said 1994.
7        MR. ABRAMSON:  Oh, I meant --
8        MS. STEWART:  2004.
9        BY MR. ABRAMSON:
10    Q.   But -- so you don't know the reason that
11 they all expire on September 30, but you do know
12 that they all expire on September 30.
13    A.   Yes.
14    Q.   Do you know that other consultants'
15 agreements also expire on September 30, or do you
16 not know that?
17    A.   I don't know.
18    Q.   If I told you that all other consultant
19 agreements expire on September 30 because that's the
20 end of RFA's fiscal year, just assuming that, then
21 it would not be unusual for contracts to expire on
22 September 30 and be renewed or not renewed on

Page 139

1  October 1st for the following year.
2        MS. STEWART:  Objection.
3        BY MR. ABRAMSON:
4     Q.   Would you agree with that?
5        MS. STEWART:  Objection.
6        BY MR. ABRAMSON:
7     Q.   You can answer.
8     A.   Can you repeat that question?
9     Q.   Yeah.  I'm asking you to assume that all
10 consultant agreements expire on September 30 of
11 every year because that's the end of RFA's fiscal
12 year.  That being the case, would you agree that it
13 would not be unusual for consultant agreements to
14 expire on September 30 and then be considered for
15 renewal beginning October 1st for the following
16 year?
17        MS. STEWART:  Objection.
18    A.   I would say yes.
19    Q.   Now, when you were first hired by RFA to,
20 as you say, do translations and voice the pieces,
21 that was about what?  Ten minutes a week for
22 voicing?

Page 140

1     A.   No, four hours a day.
2     Q.   Four hours a day every day?
3     A.   Not every day.
4     Q.   How many days?
5     A.   Sometime two days per week, sometime three
6  days per week, sometimes four days per week.
7     Q.   All right.  Depending on how often you got
8  called?
9     A.   Yes.
10    Q.   Right?  Somebody at RFA would call you up
11 and say come on in and do this?
12    A.   Sometime, but usually they put it on the
13 schedule.
14    Q.   Got it.  And how did you get the schedule?
15    A.   Via e-mail.
16    Q.   I mean, it wasn't that you could decide
17 when you wanted to come in or not.  You came in when
18 RFA said time to come in, right?
19    A.   According -- I have to follow the
20 schedule.
21    Q.   Right.
22    A.   But if there's any -- any additional

Page 141

1  needs, they call me at home.
2     Q.   Now, your contract for doing the voicing
3  of things you translated -- the last one you had
4  ended on September 30, 2004, correct?
5     A.   The consultant position.
6     Q.   Yeah, consultant agreement, yes, all
7  right.  Do you know whether anybody else in the
8  Burmese service who had a consulting agreement exam
9  the same as yours also, their agreements expired on
10 September 30th, 2004 and they were not renewed?
11       MS. STEWART:  Objection.
12       BY MR. ABRAMSON:
13    Q.   Do you know that it happened to anybody
14 else besides you?
15       MS. STEWART:  Objection.
16    A.   Yes.
17    Q.   What do you know?
18    A.   I knew the consultant agreement was not
19 renewed.
20    Q.   Whose besides yours?
21    A.   His name is T-I-N, M-A-U-N-G, T-H-A-N.
22    Q.   T-I-M or K-I-M?

Alderson Reporting Company
1-800-FOR-DEPO

1111 14th Street, NW Suite 400                                              Washington, DC 20005

Khin Maung Than                                                        August 23, 2006

Washington, DC

Page 142

1    A.   T-I-N.
2         MR. THINN:  N.
3         BY MR. ABRAMSON:
4    Q.   All right.  Do you know anybody else?
5    A.   The name is K-H-I-N, M-Y-O, T-H-E-T.
6    Q.   Do you know who Khin Myo Thet is?
7    A.   Yes.
8    Q.   Who is she?
9    A.   She was the wife of RFA's full-time
10   employee.
11   Q.   Which employee?
12   A.   Tin, T-I-N, A-U-N-G, K-H-I-N-E.
13   Q.   And to your knowledge, Ms. Thet did the
14   same thing you did at Radio Free Asia?
15   A.   Again, consultant -- yes.
16   Q.   Yes.  Do you know why her contract was not
17   renewed as of October 1, 2004?
18   A.   I do not know why.
19   Q.   Do you know why Tin Aung Than's contract
20   was not renewed after October 1, 2004?
21   A.   No, I do not know why.
22   Q.   To your knowledge, was your contract not

Page 143

1    renewed after October 1, 2004 not renewed for the
2    same reasons as Ms. Thet and Mr. Than's contract was
3    not renewed?
4         MS. STEWART:  Objection.
5    A.   I have no answer.
6    Q.   Because you don't know for a fact,
7    correct?
8    A.   I was told by U Soe Thinn my contract
9    won't be renewed, the decision came from the senior
10   management.
11   Q.   Do you remember whether Mr. U Soe Thinn
12   told you why, or do you recall that all he did was
13   tell you it was not going to be renewed and that it
14   came from senior management?
15   A.   He said for the new voices, they need new
16   voices.
17   Q.   To your knowledge, did they get new
18   voices?
19   A.   After that, yes.
20   Q.   Do you know who those new voices were?
21   A.   I don't know their names.
22   Q.   Do you know their gender?

Page 144

1    A.   Yes.
2    Q.   What are their genders?
3    A.   One is male, one is female.
4    Q.   Do you know if they're still employed with
5    RFA?
6    A.   As far as I know, the woman was not with
7    the Burmese service anymore.
8    Q.   Do you know if any other -- I'll call it
9    voice consultants were hired by the Burmese service
10   after 2004, if you know?
11   A.   You are saying consultant position?
12   Q.   Consultant positions.
13   A.   Yes, one man and one woman.
14   Q.   Do you know who in fact made the decision
15   not to renew your contract as of October 1, 2004?
16   A.   According to what U Soe Thinn said to me,
17   the decision came from senior management.
18   Q.   And what do you understand senior
19   management to be?
20   A.   I consider senior management the position
21   like vice president, president.
22   Q.   But you don't know that for a fact,

Page 145

1    correct?
2    A.   No.
3    Q.   So you don't really know for a fact who
4    made the decision.
5    A.   He didn't mention it.  He just said senior
6    management.
7    Q.   I'm asking you whether -- is it correct
8    that you don't know for a fact who made the
9    decision, right?
10   A.   Right.
11   Q.   And you don't know RFA's reasons other
12   than what was told to you, that they wanted new
13   voices.
14   A.   The only reason I was given was they want
15   new voices.
16   Q.   Okay.  Do you know of any other reasons?
17   A.   Yes.
18   Q.   What?
19   A.   I was terminated because a few months ago,
20   I file a complaint with the Equal Employment
21   Opportunity Commission.
22   Q.   And on what factual basis are you saying

37 (Pages 142 to 145)

Khin Maung Than                                                          August 23, 2006

Washington, DC

Page 146

1  that that was the reason your contract was
2  terminated?
3      A.    In retaliation for filing complaint.
4      Q.    On what factual basis do you make that
5  statement?
6      A.    Soon after I filed a complaint with the
7  EEOC, my contract was terminated.
8      Q.    So are you saying that strictly based on
9  the timing --
10     A.    Not only --
11     Q.    -- that you filed the charge and then your
12 contract was terminated?
13     A.    Not only that in September, before I was
14 terminated, I was terminated at the end of
15 September.
16     Q.    Right.
17     A.    In September, during September, my working
18 hours were cut very obviously.
19     Q.    Okay.  That's a different thing.  I'm just
20 asking you why -- you know, why you're saying your
21 contract was not renewed because you filed the
22 charge, and is there any other reason other than

Page 147

1  that you filed a charge that you contend your
2  contract was not renewed?
3      A.    Other than filing a complaint, I didn't
4  see any -- any reason.
5      Q.    So it's strictly that the complaint was
6  filed and your contract wasn't renewed.  No other
7  facts, right?
8      A.    Right.
9      Q.    What was the reason that -- what was the
10 reason that Ms. Thet's agreement was not renewed, if
11 you know?
12     A.    I don't know.
13     Q.    And what was the reason that Tin Maung
14 Than's consulting agreement was not renewed?
15     A.    I don't know.
16     Q.    Do you think it had anything to do with
17 you, that their agreements weren't renewed?
18        MS. STEWART:  Objection.
19     A.    As far as I knew, theirs not renewed too.
20     Q.    You don't know why.
21     A.    No.
22     Q.    But you do have to admit that your

Page 148

1  contract was not the only one that was not renewed
2  at that time, correct?
3        MS. STEWART:  Objection.
4      A.    I was not officially informed that all the
5  consultant contracts were not renewed.
6      Q.    But you know that Ms. Thet's contract was
7  not renewed and Mr. Than's contract was not renewed;
8  is that correct?
9      A.    No, at the moment, I was informed.  Later
10 I --
11     Q.    All right, no dancing here.  You know for
12 a fact that Ms. Thet's contract was not renewed the
13 same time your contact was not renewed.  You know
14 that now, right?
15     A.    Yes.
16        MS. STEWART:  Objection.
17        BY MR. ABRAMSON:
18     Q.    And you know that Mr. Than's contract was
19 not renewed at the same time yours was not renewed,
20 correct?
21     A.    I don't know same time or not, but they
22 both -- their contracts were not renewed too.

Page 149

1      Q.    Okay.
2      A.    In October.  I don't know the exact date.
3      Q.    All right.  So yours was not the only
4  contract that was not renewed in the Burmese
5  service; is that right?
6      A.    I will say yes.
7      Q.    You say it's correct, correct?  Okay.  But
8  your editorial consulting contract -- that contract
9  was renewed, correct?
10     A.    Yes.
11     Q.    All right.  Now, when you wrote -- when
12 you wrote editorial -- or features, you wrote on
13 medical subjects?
14     A.    No.
15     Q.    No?  You wrote on some military aspects?
16     A.    No.
17     Q.    What did you write about?
18     A.    On the topics -- solely on science and
19 technology.
20     Q.    Did you ever write on any military topics?
21     A.    Yeah, I write -- wrote about some kind of
22 advanced weapons.

38 (Pages 146 to 149)

Page 150

1    Q.    When did you write that?
2    A.    Maybe earlier this year or last year.  I
3 don't remember.
4    Q.    Now, when you wrote the features -- you
5 wrote the features, did you work with any editor or
6 senior editor?
7    A.    Yes, yes.
8    Q.    So the process was that you would write
9 what you wrote and bring it in, or send it in and --
10    A.    Yes.
11    Q.    -- an editor or senior editor or somebody
12 would review it.
13    A.    Yes.
14    Q.    Edit it?
15    A.    Yes.
16    Q.    Make corrections, send it back to you and
17 say this is okay.
18    A.    They didn't send it back -- if they say
19 okay, I will go ahead.  If they say something has to
20 be taken out or -- I take it out.
21    Q.    Okay.  Which persons in the Burmese
22 service did you -- reviewed your -- your drafts and

Page 151

1 then edit them and approve them?
2    A.    At this moment or --
3    Q.    Let's go back.  Tell me everybody.
4    A.    I'm not sure.  I started with Khin Maung
5 Nyein, K-H-I-N, M-A-U-N-G, N-Y-E-I-N.  He was the
6 senior editor.  He is the senior editor too.
7    Q.    Still today.
8    A.    Yeah.  And then Nancy Shwe.  She is the
9 deputy editor currently assigned to edit my stuff.
10    Q.    Anyone else?
11    A.    Win Pe, W-I-N P-E.
12    Q.    Anybody else?
13    A.    That's all.
14    Q.    So at various times -- is Nancy Shwe the
15 primary person now who reviews --
16    A.    Yes.
17    Q.    -- edits?  She's your primary editor.  So
18 when you first -- when you first began writing these
19 features, you would write them, send them in, they'd
20 be edited and you would come into a studio and
21 record them, correct?
22    A.    Yes.

Page 152

1    Q.    Do you know how the schedule was arranged
2 for you to come in and voice your own -- these
3 features?
4    A.    No, schedule was originally scheduled for
5 the broadcasting functions, duties, so it doesn't
6 match -- I mean, that some day you come in for the
7 broadcasting but you don't do the feature to record,
8 so it doesn't correlate to each other.
9    Q.    All right.  To what extent, if any, are
10 you familiar with scheduling of whatever studio the
11 Burmese service was assigned to use?
12    A.    Yes, I knew the studios.
13    Q.    Okay, and there was a written schedule
14 every day or every week?
15    A.    No, because only two assigned studio for
16 the Burmese service.  Sometime they are not free,
17 you have to wait for your turn to use the studio to
18 record your piece.
19    Q.    Right, so the Burmese studio didn't have
20 one studio that it could use whenever it wanted.
21 The -- the service itself had to schedule use of
22 that studio because other language services needed

Page 153

1 it as well.
2    A.    Yeah, they assigned it, but there is no
3 particular schedule for who and for which person,
4 for that person, this person.  They don't have a
5 schedule for each person.  First come first served.
6 It's like that.
7    Q.    All right.  So as far as you know, it's
8 first come first service, right?  Do you know the
9 extent to which that arrangement for schedules
10 caused any kind of, you know, broadcasting
11 scheduling problems for the Burmese service?
12        MS. STEWART:  Objection.
13    A.    I do not understand the question.
14    Q.    Do you know whether there were any
15 difficulties, you know, with the Burmese service
16 getting studio times?
17    A.    According my history, yes, I had to wait
18 sometime hours because someone using it, so I had to
19 wait.
20    Q.    And you were paid for that time that you
21 were just waiting?
22    A.    No.

39 (Pages 150 to 153)

Khin Maung Than                                                      August 23, 2006

Washington, DC

Page 154

1    Q.   You're only paid for the time that you
2  were actually in the studio.
3    A.   No, I was paid per feature.
4    Q.   For the feature.
5    A.   Yeah.  It may take ten hours, 20 hour.  It
6  doesn't matter.
7    Q.   Do you know -- but in September of 2004,
8  instead of coming into the studio to record your
9  features, you did it from home.
10   A.   Not in September.
11   Q.   October?
12   A.   Yes.
13   Q.   Okay, October.  And is that what you
14  referred to when -- is that what you're referring to
15  when you say your hours were cut?
16   A.   No.
17   Q.   What are you referring to that your hours
18  were cut?
19   A.   In September, as a part-time broadcaster,
20  as a consultant, my hours are cut.
21   Q.   You mean you lost your voicing contract.
22   A.   Yeah.

Page 155

1    Q.   Okay.  That's what you mean when you say
2  your hours are cut.
3    A.   Yeah, relating to the voicing and
4  translating.
5    Q.   But then on October 1st and after that,
6  instead of coming into the studio to record, you did
7  it over the phone.
8    A.   I was told -- I received an e-mail from
9  editor.  She said in the e-mail I have to do the
10  recording from home.
11   Q.   And what reason, do you know, caused that
12  call to you that you would henceforth record your
13  features from home and not coming into the studio?
14       MS. STEWART:  Objection.
15   A.   I had no idea.
16   Q.   What reason was told to you?
17   A.   No reason was given.  When I first met U
18  Soe Thinn on October 2nd --
19   Q.   2004?
20   A.   Yes.
21   Q.   Okay.
22   A.   I stopped by to do the recording.  On that

Page 156

1  day, I didn't have -- I did not have any
2  broadcasting duty.  I stop by to do my recording for
3  my weekly feature.  U Soe Thinn called me in his
4  room.  He told me it won't be renewed, so and so,
5  but he didn't mention or he didn't say anything
6  about the plan to record my feature from home.  He
7  didn't say anything about that plan on September
8  2nd.
9    Q.   October 2nd.
10   A.   Yeah, he just told me that it will be
11  renewed.  He didn't say anything about to record
12  from my home on October 2nd.  He didn't say
13  anything.
14   Q.   Move to strike the answer.  My question
15  was what reason was given to you that you had to
16  record from home and not coming into the studio.
17   A.   No reason.
18   Q.   Okay.  How did you find that out?
19   A.   I receive an e-mail from one editor.  In
20  the e-mail, I was told to do the -- my piece on the
21  phone.
22   Q.   Did you ask why?

Page 157

1    A.   No.
2    Q.   So you don't know for a fact the reason
3  why.
4    A.   Right.
5    Q.   And so what happens now is that you e-mail
6  or faxed your drafts to Nancy Shwe?
7    A.   I faxed.
8    Q.   Faxed?  She edits them, she changes them.
9    A.   Yes.
10   Q.   She calls you and tells you okay, and does
11  she fax them back to you?
12   A.   No, she didn't call me.  If she has
13  something to -- something she wants me to change,
14  she call me.
15   Q.   Okay.
16   A.   If everything's okay, she give the script
17  to the assigned broadcaster to take my feed.
18   Q.   All right, and then they call you up on
19  the phone and they arrange a time?
20   A.   Yes.
21   Q.   Now, when they call you on the phone, do
22  they usually just leave a voice mail?

40 (Pages 154 to 157)

1111 14th Street, NW Suite 400                        Washington, DC 20005

Khin Maung Than                                                August 23, 2006

Washington, DC

Page 158

1    A.    No, I used to communicate via e-mail I
2  will be at this number at this time, so we make
3  arrangement to take the feed at that mutual --
4  mutually convenient time.
5    Q.    All right.  Do you know the extent to
6  which when they called, they leave a voice message
7  for you --
8    A.    Yeah.
9    Q.    -- that you're not there?  More often than
10 not?
11   A.    Usually -- sometime I can pick it up.
12 Sometime they left a message.
13   Q.    Okay.  Then you call back?
14   A.    Yes.
15   Q.    You don't sit at home all day, right,
16 waiting for these calls, correct?
17   A.    But at the particular time we agree, I
18 have to be at maybe home, maybe somewhere else, but
19 I have to be at a particular number to record my
20 piece.
21   Q.    So you don't know how often they leave
22 voice mail for you as opposed to speaking with you

Page 159

1  directly?
2    A.    Usually they don't call me.  They send
3  e-mail.
4    Q.    Are you aware, or to what extent are you
5  aware that editorial consultants stopped
6  coming into the studios to record their features and
7  recorded them from home instead?
8        MS. STEWART:  Objection.
9    A.    I have no idea.  Since I have -- I was not
10 allowed to come in, I have no idea what is happening
11 in the Radio Free Asia office.  I have no idea.
12   Q.    So you don't know whether you were the
13 only one who was treated like that or whether other
14 people were as well.
15   A.    I have no idea.
16   Q.    And since there was -- since you were not
17 going to come into the studios to do your recording,
18 there was no need for you to have any access card,
19 correct?
20       MS. STEWART:  Objection.
21   A.    Initially I didn't even know why my access
22 was cancelled.  I said -- I stopped by to do the --

Page 160

1  record my piece on October 2nd.  I swiped it, it
2  didn't work, so I found out it was cancelled on
3  October 2nd.  I was not notified.
4    Q.    But on October 2nd, you weren't asked to
5  come in.  You came in on your own, correct?
6    A.    Yes.
7    Q.    Nobody knew you were coming, right?
8    A.    Right.
9    Q.    The quality of the recording of your voice
10 from home -- do you know whether -- the extent to
11 which that's satisfactory for RFA?
12       MS. STEWART:  Objection.
13   A.    I cannot choose the machine or system or
14 -- I have to talk to the phone whenever they call to
15 pick the feed, so I have no other choice.
16   Q.    I understand that, but the quality of the
17 recording is fine, correct?
18   A.    Compared to the recordings made in the
19 studio, it's less satisfactory.
20   Q.    How do you know that?
21   A.    I listen to it on the internet.
22   Q.    Does it -- do you know the extent to which

Page 161

1  it meets RFA's own standards?
2    A.    It's not for me to decide.  It's up to the
3  RFA, I mean, technical operations whether it is good
4  quality or bad quality.  I am not in the position to
5  decide.
6    Q.    So it's RFA's choice --
7    A.    Yes.
8    Q.    -- what the quality is.
9    A.    Yes.
10   Q.    You listen to RFA often on the internet?
11   A.    Yes.
12   Q.    How often?
13   A.    When I was with the Radio Free Asia, I
14 listened every day.
15   Q.    How about since October 1st, 2004?
16   A.    Whenever they have the breaking news and
17 almost every other day and I listen to my piece.
18   Q.    Do you listen to anybody else's pieces --
19   A.    Yeah.
20   Q.    -- in the Burmese service?
21   A.    Yes.
22   Q.    Do you listen to anything at any other

41 (Pages 158 to 161)

Khin Maung Than                                                                August 23, 2006

Washington, DC

Page 162

1  services?
2      A.   What do you --
3      Q.   Other language services?
4      A.   No.
5      Q.   You can't, because they're in different
6  languages, right?
7      A.   No, I don't understand.
8      Q.   So who is Aung San Kyi?
9      A.   Can you spell it?
10     Q.   A-U-N-G.
11     A.   Yes.
12     Q.   S-A-N, next word, S-O, next, K-Y-I.  Do I
13  have that right?
14         MR. THINN:  S-U.
15         MR. ABRAMSON:  S-E-U?  What do I have
16  wrong here?
17         MR. THINN:  S-U-U.
18         BY MR. ABRAMSON:
19     Q.   S-U-U, okay.  San Suu, okay.  So it's
20  A-U-N-G, next word, S-A-N, next word, S-U-U, next
21  word, K-Y-I.  Do you know who she is?
22     A.   Yes.

Page 163

1      Q.   She's also known as Aunty?
2      A.   Yes.
3      Q.   She actually won -- she's actually the
4  leader of the opposition party in Burma?
5      A.   Yes.
6      Q.   She actually won the election, then placed
7  under house arrest?
8      A.   Yes.
9      Q.   Was not allowed to serve -- she wasn't
10  allowed to serve in the position that she got
11  elected to, right?
12     A.   Right.
13     Q.   And she's very popular in Burma --
14     A.   Yes.
15     Q.   -- among opposition people.
16     A.   Yes.
17     Q.   And she did suffer greatly?
18     A.   Yes.
19     Q.   All right.  When you were in Burma
20  protesting, you were sort of identifying with her?
21         MS. STEWART:  Objection.
22     A.   What do you mean, identifying?

Page 164

1      Q.   Well, what years -- what year did she win
2  the election?
3      A.   1990.
4      Q.   All right, and was she in prison for a
5  while, or just under house arrest?
6      A.   As far as I know, she was under house
7  arrest almost all the time.
8      Q.   So -- but as part of the opposition -- you
9  were part of the opposition as well, right?
10     A.   Yes.
11     Q.   That's why you sought asylum here.
12     A.   Yes.
13     Q.   So you sort of identify with her, correct?
14         MS. STEWART:  Objection.
15         BY MR. ABRAMSON:
16     Q.   You relate to her.
17     A.   In my asylum application?  In my political
18  asylum application?
19     Q.   In your political -- political lives.
20  Political -- she's the leader of the opposition,
21  right?
22     A.   Yes.

Page 165

1      Q.   You're a part of the opposition?
2      A.   Yes.
3      Q.   Okay, so you have a connection with her,
4  right?
5          MS. STEWART:  Objection.
6      A.   No personal connection.
7      Q.   No personal, but an emotional and
8  political connection, right?
9          MS. STEWART:  Objection.
10     A.   Not emotionally.  I consider her as an
11  opposition leader.
12     Q.   Okay, all right, and you consider her a --
13  you would consider her as somebody that should be
14  portrayed in a positive manner?
15         MS. STEWART:  Objection.
16         BY MR. ABRAMSON:
17     Q.   Is that correct?
18     A.   No.
19     Q.   You don't.
20     A.   No.
21     Q.   How would you consider her to be
22  portrayed?

42 (Pages 162 to 165)

1111 14th Street, NW Suite 400                                        Washington, DC 20005

Khin Maung Than                                                              August 23, 2006

Washington, DC

Page 166

1      MS. STEWART:  Objection.
2      A.    As it is.
3      Q.    Now, when -- by the way, what's your
4  understanding of U Soe Thinn's job as director of
5  the Burmese service?
6      A.    What do you mean?  Management or job
7  capacity or what do you mean?
8      Q.    What do you understand his job to be?
9      A.    Are you asking me to evaluate his
10  performance or --
11      Q.    No, I'm asking you what you think he does,
12  what he's supposed to do.
13      A.    He is doing fine with his job.
14      Q.    I'm not asking you to evaluate his job.
15  I'm asking you what your understanding of what his
16  job is.
17      A.    His job is to follow the RFA mission
18  statement.
19      Q.    Anything else?
20      A.    As the service director, I think he is to
21  -- that mention in the mission statement.
22      Q.    Anything else?

Page 167

1      A.    And as a service director in the radio
2  station, he has to do the reporting.
3      Q.    Anything else?
4      A.    I don't know.
5      Q.    Okay.  When you -- how many interviews did
6  you have at Radio Free Asia?
7      A.    Two.
8      Q.    One in 2002 or 2001?
9      A.    2002.
10      Q.    2002, and another in 2003.
11      A.    Yes.
12      Q.    Both of those were for positions that were
13  posted?
14      A.    I don't remember about the position in
15  2003.  Sorry, 2002.
16      Q.    What is your understanding of how RFA
17  determines who gets interviewed?
18      MS. STEWART:  Objection.
19      A.    I have no idea.
20      Q.    So then you would have no idea how it was
21  determined that you would be interviewed.
22      MS. STEWART:  Objection.

Page 168

1      A.    I don't know.
2      Q.    And you would have no idea how it was
3  determined that you would not be interviewed?
4      MS. STEWART:  Objection.
5      BY MR. ABRAMSON:
6      Q.    Is that correct?
7      A.    I do not know.
8      Q.    And were your interviews conducted in
9  English or Burmese?
10      A.    Which one?  Which interview?
11      Q.    I'm asking about both of them, were they
12  conducted in English or Burmese?
13      A.    English.
14      Q.    Do you know why they were conducted in
15  English?
16      A.    I was explained due to the nature of the
17  job, it has to be conducted in English.  That's what
18  I was told.
19      Q.    Do you have any problem with that?
20      A.    No.
21      Q.    Who were you interviewed by the first
22  time?

Page 169

1      A.    Dan Southerland, Alex Tseu and Tamara
2  Bagley.
3      Q.    That was 2002?
4      A.    Yes.
5      Q.    And who were you interviewed by the second
6  time?
7      A.    U Soe Thinn and the deputy director, Nancy
8  Shwe.
9      Q.    Do you know why in 2002 you were
10  interviewed by Dan Southerland, Alex Tseu and Tamara
11  Bagley?
12      MS. STEWART:  Objection.
13      A.    I do not know why.
14      Q.    Do you know why in 2003 you were
15  interviewed by Soe Thinn and Nancy Shwe?
16      A.    I do not know why.
17      Q.    Do you remember the questions you were
18  asked by Dan Southerland or Alex Tseu or Tamara
19  Bagley during your 2002 interview?
20      A.    No, I don't remember.
21      Q.    Do you remember the questions you were
22  asked in your 2003 interview by U Soe Thinn and

43 (Pages 166 to 169)

1111 14th Street, NW Suite 400                                    Washington, DC 20005

Khin Maung Than                                            August 23, 2006
                        Washington, DC

Page 170

1   Nancy Shwe?
2      A.   Yeah, some of them.
3      Q.   What do you remember?
4      A.   In what aspect Burmese service can improve
5   to do.
6      Q.   Improve --
7      A.   And do to improve.
8      Q.   Okay.
9      A.   What kind of ideas I have to improve the
10  service, and that's all I remember.
11     Q.   Do you remember your responses?
12     A.   Some of them.
13     Q.   What do you remember you said during your
14  interview?
15     A.   Regarding to improve the service, I said
16  Burmese service doesn't cover enough social issues
17  in Burma, so we can do -- relate -- do something
18  related to social issues in Burma.  And what we can
19  do more to improve the service and other things,
20  that Radio Free Asia Burmese service doesn't have a
21  program that -- like answer the audience questions,
22  so I suggested to have a program that somewhere in

Page 171

1   the service, answer the audience questions, so I
2   suggested.
3      Q.   Do you remember anything else about your
4   interview in 2003?
5      A.   I don't remember.
6      Q.   You don't remember any other questions
7   that were asked of you?
8      A.   No.
9      Q.   Now, you did not apply -- is it correct to
10  say that you did not apply for any permanent
11  positions at RFA in 2005?
12     A.   No.
13     Q.   It's not correct, or it is correct?
14     A.   I'm sorry.  Can you repeat?
15     Q.   Did you apply for any positions in 2005?
16     A.   No.
17     Q.   Did you see any postings for any positions
18  in 2005?
19     A.   I am not aware.
20     Q.   Did you look?
21     A.   I used to go to RFA web site quite often.
22     Q.   All right.  Used to, meaning when did you

Page 172

1   stop?
2      A.   Until -- no, I am -- what I'm saying is I
3   don't go to the web site every day.
4      Q.   Okay.  My question is in 2005, did you go
5   to the RFA web site?
6      A.   Yes.
7      Q.   Did you see any postings for openings for
8   broadcaster positions in the Burmese service?
9      A.   I do not remember.
10     Q.   But in any event, you never applied for
11  any.
12     A.   I did not apply.
13     Q.   And in 2006 you haven't applied for any,
14  right?
15     A.   I did not.
16     Q.   The last position you applied for was
17  when?  In 2004 sometime?
18     A.   Yes.
19     Q.   And in 2001, you applied for a position,
20  correct?
21     A.   Yes.
22     Q.   Were you interviewed then?  Was it 2001 or

Page 173

1   2002 you were interviewed?
2      A.   2002.
3      Q.   All right.  You took a test in 2001
4   though, right?
5      A.   Yes.
6      Q.   That was your second test.
7      A.   Yes.
8      Q.   Right?  Do you know who was interviewed
9   for positions in 2001?
10     A.   No.
11     Q.   And you don't know -- but you do know that
12  Ko Ko Aung was the one selected, correct?
13     A.   Yes.
14     Q.   And he's a male?
15     A.   Yes.
16     Q.   All right.  And again, you don't know who
17  was interviewed, right?
18     A.   No.
19     Q.   So therefore, you don't know who was not
20  selected.
21     A.   Right.
22     Q.   Right?  Do you know the reasons that Ko Ko

44 (Pages 170 to 173)