# Exhibit 5b

Khin Maung Than                                                    August 23, 2006

Washington, DC

---

Page 174

1    Aung was selected?
2    A.    No, I was not told.
3    Q.    All right.  Now, in 2003, you also applied
4    for a position, correct?
5    A.    Yes.
6    Q.    And you, as you said before, you were
7    interviewed by U Soe Thinn and Nancy Shwe, right?
8    A.    Yes.
9    Q.    Do you know who else was interviewed for
10   that position at that time?
11   A.    On the same day, a woman was interviewed.
12   Q.    Do you know her name?
13   A.    Yes.
14   Q.    What is it?
15   A.    First name K-Y-I, middle name K-Y-I, last
16   name T-H-A-N.
17   Q.    All right.  Do you know who else was
18   interviewed?
19   A.    A few days later, I was told another guy
20   from Indiana was interviewed.
21   Q.    Do you know that person's name?
22   A.    From Indiana?  I knew his pen name.  I

---

Page 175

1    don't know his real name.
2    Q.    What's his pen name?
3    A.    Thit Sin.
4    Q.    Spell it.
5    A.    T-H-I-T, Thit, S-I-N.
6    Q.    Who told you that he was interviewed?
7    A.    His friend at Burmese service.
8    Q.    All right.  Oh, he had a friend in the
9    Burmese service?
10   A.    Yes.
11   Q.    Who was that?
12   A.    First name W-I-N, last name double O.
13   Q.    Tell me the circumstances under which Win
14   Oo told you that this man from Indiana was
15   interviewed.
16   A.    After my interview, next day or the
17   following day, I met that Win Oo at Burmese service
18   because I came in to do my broadcaster job.  He
19   asked me how's my interview, so I explained to him,
20   and then he completed and his friend from Indiana
21   had the interview too.
22   Q.    And did you respond?

---

Page 176

1    A.    I have nothing to say.  I just listened.
2    Q.    And what did you think about that?
3    A.    I have nothing to think about at that
4    time.
5    Q.    Okay.  Do you know who conducted
6    Ms. Than's and the man from Indiana's --
7    A.    No.
8    Q.    -- interviews?  All right.  You don't know
9    what they were asked?
10   A.    No.
11   Q.    Do you know who else applied for those
12   positions, for that position?
13   A.    No.
14   Q.    Do you know if anybody else was
15   interviewed?
16   A.    No.
17   Q.    Do you know if anybody took a test?
18   A.    I knew two people took the test.
19   Q.    Who took the test?
20   A.    That woman, Kyi Kyi Than, and the guy from
21   Indiana.
22   Q.    Do you know if that was the first time or

---

Page 177

1    the second time or a different time that they took
2    that test?
3    A.    I don't know.
4    MS. STEWART:  Objection.
5    MR. ABRAMSON:  All right.  We're going to
6    take a break to stretch our legs for five minutes.
7    (Recessed at 4:22 p.m.)
8    (Reconvened at 4:36 p.m.)
9    MR. ABRAMSON:  Mark this 22.
10   (Than Exhibit No. 22
11   was marked for
12   identification.)
13   BY MR. ABRAMSON:
14   Q.    Showing you what's been marked as Exhibit
15   22, do you recognize this letter?
16   A.    Yes.
17   Q.    Is this your application --
18   A.    Yeah.
19   Q.    -- for the job in July 2003?
20   A.    Yes.
21   Q.    How many times did you apply for this job
22   in 2003?

---

45 (Pages 174 to 177)

1111 14th Street, NW Suite 400                          Washington, DC 20005

Khin Maung Than

August 23, 2006

Washington, DC

Page 178

1    A.   I think only one time.  This is the only
2  time.
3         MR. ABRAMSON:  Let's mark this as 23.
4              (Than Exhibit No. 23
5              was marked for
6              identification.)
7         BY MR. ABRAMSON:
8    Q.   I'm showing you Exhibit 23, which is a
9  letter dated July 17, 2003 --
10   A.   Yes.
11   Q.   -- re application for broadcaster position
12 to Burmese section of RFA.  Is this also an
13 application for the same job?
14   A.   Yes, that's not my application.
15   Q.   Oh, you're right.  It's not your
16 application.  Forget it.  Never mind.  I'll withdraw
17 it.
18   A.   That's the guy from Indiana.
19   Q.   Late for me too.  Okay, so the question is
20 do you know who else applied for that job?  Sorry.
21 So in 2003, Kyi Kyi Than got the offer, right?
22   A.   Yes.

Page 179

1    Q.   And your contention is that she got the
2  offer strictly because she was a woman.
3    A.   Yes.
4    Q.   Or is your contention that you didn't get
5  an offer because you weren't a woman?
6         MS. STEWART:  Objection.
7    A.   What I believe is that she got the offer
8  because she was a woman.
9    Q.   Is your contention also that you didn't
10 get the offer because you were a man?  You
11 appreciate the difference?
12        MS. STEWART:  Objection.
13   A.   I think I'm saying I don't know, but for
14 me, I see the situation the same.
15   Q.   Do you know how many men and how many
16 women were in the Burmese service at that time?
17   A.   Three woman.
18   Q.   How many men?
19   A.   I don't remember.
20   Q.   More than three?
21   A.   Yes.
22   Q.   Do you have knowledge of any facts other

Page 180

1  than the fact that Kyi Kyi Than is a woman
2  concerning the reason that she was hired?
3         MS. STEWART:  Objection.
4    A.   Other than the reason that she was a
5  woman, I do not have any knowledge.
6    Q.   Your application for this job was the
7  first application that you made for a broadcaster
8  position at RFA since March of 2001; is that
9  correct?
10   A.   You're referring to the 2003 application?
11   Q.   Yes.
12   A.   I think so.
13   Q.   Was there another position that was filled
14 in the Burmese service, to your knowledge, in 2003?
15   A.   It was intended to fill, but it was not
16 filled.
17   Q.   Okay.  What position is that?
18   A.   Another broadcaster position.
19   Q.   And did someone leave to create an
20 opening, to your knowledge?
21   A.   Yes.
22   Q.   Who left?

Page 181

1    A.   Khin Maung Soe.
2    Q.   Back to Kyi Kyi Than, what facts do you
3  know that support your assertion that Kyi Kyi Than
4  got special favors --
5         MS. STEWART:  Objection.
6         BY MR. ABRAMSON:
7    Q.   -- in the hiring process?
8    A.   What I believe was that for that one
9  position, three people were called for an interview,
10 two men, one woman.
11   Q.   Who was the other man besides the man from
12 Indiana?
13   A.   No, I'm talking -- I'm referring to that
14 guy from Indiana.
15   Q.   Okay.
16   A.   Two men had more experience, more
17 qualification, more expertise, more skill,
18 everything, more job-related background, but the
19 position went to that woman.
20   Q.   Do you know the reasons -- well, you
21 already testified to that.  And those are the
22 special favors you contend she got?

46 (Pages 178 to 181)

Khin Maung Than                                                                August 23, 2006

Washington, DC

---

Page 182

1      MS. STEWART:  Objection.
2      THE WITNESS:  I don't want to use the word
3  "favor."
4      MR. ABRAMSON:  Let's mark this.
5          (Than Exhibit No. 23
6          was marked for
7          identification.)
8      BY MR. ABRAMSON:
9      Q.    I'm showing you what's been marked as
10  Exhibit 23, and it is three pages.  Top of it says
11  "D.C. Superior Court."  Do you see that?
12     A.    Yes.
13     Q.    Please turn to page 2.  In the second full
14  paragraph that starts with, "Kyi Kyi Than does not
15  have broadcasting experiences," do you see that?
16     A.    Yes.
17     Q.    Five lines down in that paragraph, the
18  last sentence, but, you write, she was given special
19  favors in the hiring process at that time, started
20  to work as a grade 2 broadcaster.  What special
21  favors are you referring to there?
22     A.    To the grade 2 broadcaster position.

---

Page 183

1      Q.    Okay, so that's after hiring?
2      A.    No.
3      Q.    She was -- so the special favors refers
4  not to hiring, but refers to what she was paid after
5  she was hired; is that right?  Is that what you're
6  saying?
7      A.    In this case I referred to both hiring and
8  giving her grade 2 position.
9      Q.    Okay, so unlike what you just testified to
10  a couple minutes ago, you do contend that she
11  received special favors, correct?
12     MS. STEWART:  Objection.
13     A.    Yeah, I said.
14     Q.    Okay, and the special favors she -- please
15  identify the special favors you think she received.
16     A.    Grade 2 position -- grade 2 broadcaster
17  position.
18     Q.    Okay, that's her pay, right, after she was
19  hired, correct?
20     A.    When she received the offer, she was given
21  -- promise a grade 2 position, not later.  She
22  started --

---

Page 184

1      Q.    Okay, right.  Anything else?
2      A.    No, she got the position, and that she was
3  given a greater position.  That's all.
4      Q.    That's all, okay.  Do you know why she got
5  paid what she got paid?
6      MS. STEWART:  Objection.
7      A.    I do not have any idea why she got grade 2
8  position.
9      Q.    Okay, but your -- your allegations in your
10  complaint concerning Ms. Than is that -- deal with
11  strictly her hiring; not how much she got paid; is
12  that correct?
13     A.    Yes.
14     Q.    How do you know how much she was paid?
15     A.    I stopped by at Ariah Ferncuise's table to
16  leave my time sheet.  That was soon after she
17  started.  She filled the application for the name
18  badge.  She left the application on the table, Ariah
19  Ferncuise's table.  When I dropped my time sheet, I
20  saw -- I glimpsed what she fill out in that name
21  badge application.  She mentioned her grade as grade
22  2 broadcaster.  That's how I found out.

---

Page 185

1      Q.    Okay.  Do you have knowledge of any other
2  facts that support your allegation that Kyi Kyi Than
3  was hired because she was a woman?
4      MS. STEWART:  Objection.
5      A.    As I explained before --
6      Q.    Anything in addition?  You don't need to
7  repeat.
8      A.    No.
9      Q.    So just to get the record straight, you're
10  not aware of any other openings in the Burmese
11  service at or around the time Kyi Kyi Than was
12  hired, correct?
13     A.    I was aware of one position, one vacancy.
14  That's why we were given the interview.
15     Q.    Okay, and you don't know of anybody
16  else who was hired in 2003 by the Burmese service?
17     A.    Except Kyi Kyi Than.
18     Q.    Okay.  How about 2004?  What position did
19  you apply for in 2004?
20     A.    What time?
21     Q.    Well, how many times in 2004 did you apply
22  for a position?

---

Alderson Reporting Company
1-800-FOR-DEPO

1111 14th Street, NW Suite 400                                        Washington, DC 20005

Khin Maung Than                                                                August 23, 2006

Washington, DC

Page 186

1    A.   I applied one time in 2004.
2    Q.   Okay.  Was there a position advertised, to
3  your knowledge, in 2004?
4    A.   I think so.
5         MR. ABRAMSON:  Okay, next exhibit.
6         (Than Exhibit No. 24
7               was marked for
8               identification.)
9         BY MR. ABRAMSON:
10    Q.   Okay, I'm showing you what's been marked
11  as Exhibit 24.  Is this your application for a job
12  in 2004?
13    A.   Yes.
14    Q.   Please take a look at Exhibit 22.  Exhibit
15  22 is your application for a job in 2003, correct?
16    A.   Yes.
17    Q.   All right.  Please look at Exhibit 22 and
18  Exhibit 24.  Are these the exact same letters, the
19  only difference being the date?
20    A.   Yeah, except the date.
21    Q.   All right.  So having failed to get a
22  position in 2003, you submitted the exact same

Page 187

1  application in 2004?
2         MS. STEWART:  Actually, I think there is a
3  difference here.
4         BY MR. ABRAMSON:
5    Q.   Well, what's the difference?
6         MS. STEWART:  Just to keep the record
7  straight --
8         THE WITNESS:  Oh, yeah, I -- in the 2004
9  application, I didn't mention about medical
10  expertise.
11         MS. STEWART:  It's the fifth line up from
12  the bottom.
13         BY MR. ABRAMSON:
14    Q.   That's the only change?
15    A.   Yeah.
16    Q.   You did not consider medical expertise an
17  important aspect of your resume?
18    A.   No, I already mentioned it, but I am
19  medical doctor by training, so I omitted.
20    Q.   And that was well known in the Burmese
21  service, that you're a medical doctor by training,
22  correct?

Page 188

1    A.   Yes.
2    Q.   All right.  Other than that, you didn't
3  change a word, right?
4    A.   I think so.
5    Q.   You didn't add anything.
6    A.   No.
7    Q.   You didn't try to enhance your
8  qualifications at all.
9    A.   I don't know -- I mean, I have to check
10  with my resume, my C.V.  I don't know.  I have to
11  compare it.
12    Q.   And that would be the only difference, if
13  you did that?
14    A.   Yeah, on the cover letter, that's the only
15  difference.
16    Q.   And if the resume's the same, it wouldn't
17  change anything?
18    A.   I don't know.  I have to compare it.
19    Q.   Who interviewed for the job in 2004, if
20  you know?
21    A.   Who got interviewed?
22    Q.   Yes.

Page 189

1    A.   I do not know.
2    Q.   No idea?
3    A.   No.
4    Q.   Do you know if any women interviewed?
5    A.   I have no idea.
6    Q.   Do you know if any men interviewed?
7    A.   No.
8    Q.   You did not interview, right?
9    A.   I did not get interviewed.
10    Q.   Okay.  Do you know how anyone was selected
11  to be interviewed, if people were interviewed?
12    A.   I don't know who else was interviewed.
13    Q.   Why do you contend you did not get an
14  offer in 2004?
15         MS. STEWART:  Objection.
16    A.   I do not know why.
17    Q.   Do you contend today that you didn't get
18  an offer in 2004 because of your gender?
19    A.   Since I do not know who else was
20  interviewed or who else took the test or since I do
21  not have any information, I cannot say.
22    Q.   All right, so let me ask you this.  If

48 (Pages 186 to 189)

Khin Maung Than                                                      August 23, 2006

Washington, DC

Page 190

1  only men were interviewed in 2004, you would not
2  claim that you didn't get an offer because of your
3  gender, right?
4       MS. STEWART: Objection.
5    A.   For the 2004 position, if only the men
6  were interviewed, I wouldn't say.
7    Q.   All right. On the other hand, if one
8  woman were interviewed, then would you contend you
9  didn't get the job because of your gender?
10      MS. STEWART: Objection.
11   A.   For 2004 position?
12   Q.   Uh-huh.
13   A.   It would depends on the situation of
14  circumstances.
15   Q.   What circumstances?
16   A.   How many --
17      MS. STEWART: Objection.
18   A.   How many people were called for the
19  interview, what kind of experience or background or
20  expertise they have. It would depend on the
21  situation, circumstances.
22   Q.   All right. So just hypothetically, if one

Page 191

1  woman and one man were interviewed for that job,
2  would you contend that you did not get the job
3  because of your gender?
4       MS. STEWART: Objection.
5    A.   If that particular woman doesn't have the
6  experience or skill or expertise like my -- like me,
7  I would say -- I would contend.
8    Q.   All right. Another hypothetical. If a
9  male got an offer for the 2004 position, would you
10  contend that you didn't get -- no matter who else
11  was interviewed, if a male got the job, would you
12  nevertheless contend that you didn't get the job
13  because of your gender?
14      MS. STEWART: Objection.
15   A.   If another man got the position, I
16  wouldn't say because of their gender.
17   Q.   No matter what his skills and
18  qualifications were, correct?
19      MS. STEWART: Objection.
20   A.   In that case, I will consider like
21  background, expertise, but I wouldn't say I was
22  discriminated or it was based on gender. I wouldn't

Page 192

1  say that, but it would still be unfair practice.
2    Q.   Okay, it would be unfair but it wouldn't
3  be because of gender? Is that your contention?
4    A.   I won't be able to say that it will be
5  based on gender.
6    Q.   Okay, or any other discriminatory reason,
7  correct?
8       MS. STEWART: Objection, objection.
9    A.   I would say yeah, and unfair hire practice
10  or discrimination.
11   Q.   Unfair?
12   A.   Yeah, or some kind of discrimination.
13   Q.   For example, what kind of discrimination
14  could it be?
15      MS. STEWART: Objection.
16   A.   If that position went to a man without
17  expertise, without job-related experience and the
18  position went to that position, I would consider
19  that situation as a kind of discrimination.
20   Q.   All right, and if --
21   A.   Because you are not considered for that
22  position even though you're qualified.

Page 193

1    Q.   And if the person who was hired did have
2  qualifications, then you would not consider it any
3  kind of discrimination then, correct?
4       MS. STEWART: Objection.
5    A.   If it is a man?
6    Q.   Uh-huh.
7    A.   If he is more qualified, I wouldn't say.
8    Q.   Okay. And more qualified in the judgment
9  of RFA or more qualified in your personal judgment?
10      MS. STEWART: Objection.
11   A.   I would consider both.
12   Q.   Who judges qualifications in hiring? You
13  or RFA?
14   A.   I do not have any voice in the hiring
15  process.
16   Q.   It's up to RFA, isn't it?
17   A.   Yes.
18   Q.   The test that you took -- this was the
19  preemployment test, Burmese language and journalism?
20  Do you recall the test?
21   A.   When?
22   Q.   When you took the test in 1998, 2001.

49 (Pages 190 to 193)

Khin Maung Than                                                              August 23, 2006

Washington, DC

Page 194

1     A.    Yeah.
2     Q.    It had four parts, correct?
3     A.    Sort of.  I don't remember exactly.
4     Q.    Do you remember one part was translation
5   from English to Burmese?
6     A.    I think so.
7     Q.    And another part was writing a feature,
8   not translating, but rewriting?
9     A.    Yes.
10    Q.    And another was direct translation of news
11  bulletins?
12    A.    I do remember maybe.
13    Q.    And another part was voicing, to read?
14    A.    Yes.
15    Q.    All right.  Do you know if that test is
16  still being used at Radio Free Asia?
17    A.    These steps -- four steps?  I don't know.
18    Q.    Do you know when the last time that test
19  was used?
20    A.    The last time I took the test?
21    Q.    Well, if Radio Free Asia stopped, you
22  don't know when they stopped using that test,

Page 195

1   correct?
2     A.    Right.
3     Q.    Do you know what the purpose of the test
4   was for RFA?
5           MS. STEWART:  Objection.
6     A.    I did, to evaluate the proficiency in
7   English and Burmese and writing skills and voice
8   quality.
9     Q.    Okay, is that your conclusion or did
10  somebody tell you that was the purpose of the test?
11    A.    My conclusion.
12    Q.    Do you know how the test was used by Radio
13  Free Asia?
14    A.    No.
15    Q.    Do you know who got tested?
16          MS. STEWART:  Objection.
17    A.    I don't know.
18    Q.    Do you know the basis on which the test
19  was graded?
20    A.    I don't know.
21    Q.    Do you know who graded the tests?
22    A.    I don't know.

Page 196

1     Q.    Do you know the extent to which the grader
2   knew the identity of the test-taker?
3     A.    I don't know.
4     Q.    Do you know how long RFA actually kept the
5   test results?
6     A.    Yes, I do.
7     Q.    How long?
8     A.    One year.
9     Q.    Do you know that for a fact or do you know
10  that RFA kept the test results longer than that?
11          MS. STEWART:  Objection.
12    A.    I talk to HR director, Tom Beeson, in
13  2001.  He explained to me about the hiring process
14  on the phone.
15    Q.    What did he say?
16    A.    HR is going to keep a test score, a resume
17  for one year.  Whenever we have a vacancy, they call
18  the applicant whose -- for -- if they have the
19  applicant's file in their record, and if the test
20  score are still valid, they will notify the
21  applicant whether they can come in.
22    Q.    Did he use the word still valid, or is

Page 197

1   that your word?
2     A.    His word.
3     Q.    Did you ask him what he meant by still
4   valid?
5     A.    He said that he's going to keep the test
6   score only for one year.
7     Q.    In 2003, you wanted to take the test
8   again, correct?
9     A.    Yes.
10    Q.    And U Soe Thinn told you you didn't need
11  to, right?
12    A.    Yes.
13    Q.    Do you know -- do you know whether your
14  test results were used in 2003 by RFA in determining
15  to give you an interview or not?
16    A.    I was told by U Soe Thinn for this 2003
17  position, RFA's going to use the last test score
18  that was in 2001.  That's what he said to me.
19    Q.    Okay.  So they did use it in 2003, to your
20  knowledge, correct?
21    A.    That's what he said to me.
22    Q.    All right.  To your knowledge, did they

50 (Pages 194 to 197)

Khin Maung Than

August 23, 2006

Washington, DC

Page 198

1  use the test score in 2003?
2        MS. STEWART: Objection.
3     A.   I don't know.  I have no idea.
4     Q.   Right, because you don't know what they
5  use the test score for, right?
6        MS. STEWART: Objection.
7     A.   Right.
8     Q.   So in Exhibit 23, the last paragraph on
9  the first page, when you wrote that you asked Soe
10  Thinn why you were not allowed to take the test, and
11  he replied that you did not need to take the test
12  again this time and that your last test score would
13  be taken into consideration, right?
14     A.   Yes.
15     Q.   And then you said but wait, it's only
16  valid for one year according to HR, and you took it
17  in 2001, right?
18     A.   Yes.
19        MS. STEWART: Objection.
20        BY MR. ABRAMSON:
21     Q.   That was the last time you took it, 2001,
22  correct?

Page 199

1     A.   Yes.
2     Q.   And he responded that HR no longer used
3  that rule, the rule being that they only kept the
4  test and resume for only one year.  He told you
5  that, right?
6     A.   Yes.
7     Q.   Quote, "You responded that HR no longer
8  used that rule which keeps test score and resume
9  valid only for one year," closed quote.  That's what
10  he told you.
11     A.   Yes.
12     Q.   All right, and that's your recollection of
13  what he told you.
14     A.   Yes.
15     Q.   All right.  So why two sentences later did
16  you think there was something fishy that that rule
17  was different?  What was fishy?
18     A.   Because I personally talked to HR
19  director.  He said HR's going to keep the score and
20  resume for one year.
21     Q.   When did he say that to you?
22     A.   2001.

Page 200

1     Q.   Okay.
2     A.   And then when I mentioned it, not the HR
3  director that I talked to in the past, my service
4  director told me HR did not -- HR no longer used
5  that rule, so I felt like somebody's not right.
6     Q.   This is two years later, right?  This is
7  in 2003, correct?
8     A.   Yes.
9     Q.   All right.  So did you ask anybody in HR
10  about that in 2003?
11     A.   No, I did not verify.
12     Q.   You didn't --
13     A.   I did not verify what U Soe Thinn said.
14     Q.   As a journalist, if someone told you
15  something, would you try to verify it?
16        MS. STEWART: Objection.
17     A.   Not in this case.
18     Q.   Why not in this case?
19     A.   Because he's my service director, so I
20  trusted his words.
21     Q.   Do you know anybody in 2003 who took the
22  test for a second or third time?

Page 201

1     A.   I knew who took the test, but I don't know
2  whether it is first or second or third.
3     Q.   Okay.  And in 2003, you got an interview,
4  correct?
5     A.   Yes.
6     Q.   And do you know how or on what basis you
7  got that interview?
8        MS. STEWART: Objection.
9     A.   I don't understand the question.
10     Q.   Do you know why you were selected to get
11  interviewed?
12        MS. STEWART: Objection.
13     A.   I was not told.
14     Q.   But you just got the interview.
15     A.   Yes.
16     Q.   All right.  And to your knowledge, Kyi Kyi
17  Than took the test sometime in the summer of 2003?
18     A.   I think so.
19     Q.   And the person from Indiana state took the
20  test sometime in 2003?
21     A.   I think so.
22     Q.   Do you know if they had ever taken the

51 (Pages 198 to 201)

Khin Maung Than

Washington, DC

August 23, 2006

Page 202

1  test before?
2      A.    I don't know.  I have no idea.
3      Q.    All right.  And in July 2003, you talked
4  to Tamara Bagley about taking the test.
5      A.    Yes.
6      Q.    Right?  She said she'd get back to you.
7      A.    Yes.
8      Q.    Right?  But you did not ask her whether
9  your previous test results were kept by human
10  resources for longer than a year, right?
11      A.    I didn't ask.
12      Q.    You didn't ask, and you didn't tell her
13  that you heard that a test date had been set for Kyi
14  Kyi Than and the man from Indiana state, correct?
15      A.    I did not mention it.
16      Q.    You didn't mention it because you didn't
17  want to upset her?
18      A.    That's true.
19      Q.    What didn't you want to upset her about?
20      A.    In the past I was already told by HR
21  staff, one of HR staff, Cindy Kim, not to -- I
22  learned from the past experience that I should not

Page 203

1  talk -- I should not say this kind of thing.
2      Q.    All right, so you were afraid to upset
3  her.
4      A.    Yeah, I afraid.
5      Q.    And at the same time, U Soe Thinn was
6  telling you you didn't need to take the test again
7  because HR kept the test longer than a year, right,
8  so there was really no need for Tamara Bagley to get
9  back to you about taking the test because Mr. -- Soe
10  Thinn had told you that they kept the test?
11      MS. STEWART:  Objection.
12      BY MR. ABRAMSON:
13      Q.    Right?
14      A.    No.
15      Q.    No?  Why not?
16      A.    If Tamara knew they have the change in the
17  rules, HR rule, she should tell me right away.  She
18  shouldn't say that I will get back to you, what
19  Cindy Kim's doing.  She should tell me up front that
20  you don't need to take the test.  I went into -- I
21  went to see Tamara Bagley in person.  I told her my
22  application, and she didn't say anything.  She

Page 204

1  didn't mention it, they have a change of rule
2  regarding hiring.  She didn't say anything.
3      Q.    But you didn't ask her, did you?  You're
4  just saying this -- this is conjecture, right?
5      MS. STEWART:  Objection.
6      BY MR. ABRAMSON:
7      Q.    You didn't ask her, right?
8      A.    But what I believe is if I ask her this
9  kind of question, it's going to upset not only
10  Tamara, it's going to upset U Soe Thinn.  It's kind
11  of saying I don't believe what U Soe Thinn said to
12  me, so I don't want to upset my superior
13  supervisors, including U Soe Thinn, so I took his
14  word, so I didn't verify.  The reason I didn't
15  verify is I don't want to upset my superior
16  supervisors.  That's why I did not verify.
17      Q.    But this was your job, right?
18      A.    Yes.
19      Q.    This was for your job, right?
20      A.    Yes.
21      Q.    And you never verified what he told you.
22      A.    Yeah.

Page 205

1      Q.    And you assumed it was correct then.
2      A.    Yeah, because I was afraid, according to
3  my past experience, I don't want to ask this kind of
4  question.
5      Q.    And then you say that you learned that in
6  September 2003, the test was given to two
7  candidates, right?
8      A.    Yes.
9      Q.    All right.  Did you mention the test was
10  -- or you mentioned that the test was given to
11  stringers in Bangkok.
12      A.    Where you -- which one are you referring
13  to?
14      Q.    I'm referring to -- you remember saying
15  that the test was given to stringers in Bangkok?
16      A.    You're referring to the complaint?
17      Q.    I'm not referring to anything yet.
18      A.    Okay.
19      Q.    I'm referring to do you contend that the
20  test was given to stringers in Bangkok.
21      A.    Are you asking if I said this, if I said
22  --

52 (Pages 202 to 205)

Khin Maung Than

August 23, 2006

Washington, DC

Page 206

1    Q.  Did you ever say.
2    A.  Yes.
3    Q.  Okay.  How did you know that the test was
4    given to stringers in Bangkok?
5    A.  From other employees.
6    Q.  Who told you?
7    A.  I don't remember who said, but from the
8    casual conversation.
9    Q.  Do you know that there were stringers in
10   Bangkok who applied and were not allowed to take the
11   test?
12       MS. STEWART:  Objection.
13   A.  I don't know who they were.  I don't know
14   their names.  Maybe one or maybe two.  I don't know.
15   Q.  You never verified those facts, did you?
16   A.  No, because I did not know them so I can't
17   call them to verify.
18   Q.  To what extent, if any, was your not
19   taking a test in 2003 related to your gender?
20       MS. STEWART:  Objection.
21   A.  At that time, I did not know why I was not
22   allowed to take the test.  I had no idea why.  I did

Page 207

1    not know why.
2    Q.  Okay, today --
3        MS. STEWART:  Objection.
4        BY MR. ABRAMSON:
5    Q.  What do you know?
6    A.  I believe that I was not -- at the time, I
7    had some improvements in my performance and
8    something related to the broadcasting job, I felt
9    like I was not allowed to get higher score, higher
10   performance, I mean evaluation for getting the test.
11   That's why I was not allowed to retake the test.
12   Q.  Did a higher score -- do you know whether
13   a higher score mattered?
14   A.  At the time, I believe test score is
15   important to get hired.
16   Q.  In what way?
17   A.  Because --
18       MS. STEWART:  Objection.
19   A.  -- the test evaluate your proficiency in
20   English and Burmese and translation and everything,
21   so I believed this is important to get hired.
22   Q.  Did anyone tell you that?

Page 208

1    A.  No, but unless it is important, they are
2    not going to hold a test for the applicants.  If it
3    is not important I believe, they are not going to
4    spend the money on the test if it's not important.
5    Q.  But that's your belief, right?  You don't
6    know that for a fact, correct?
7    A.  Yes.
8    Q.  And you don't know for a fact how that
9    test was used in the hiring process, correct?
10   A.  Right.
11   Q.  And in fact, you had been working at RFA
12   for a number of years writing and translating and
13   voicing, right?
14   A.  Yes.
15   Q.  So they were familiar with your ability to
16   translate from English into Burmese, correct?
17       MS. STEWART:  Objection.
18       BY MR. ABRAMSON:
19   Q.  They saw your work, right?
20   A.  I have no proof.  I cannot say -- I don't
21   have -- I don't have in writing that I did this step
22   and that step.  It's -- they praised me, they

Page 209

1    praised my job, they praised my work, but they don't
2    do it in the writing.
3    Q.  All right, but since 2001, you were
4    translating from English to Burmese as part of your
5    work at Radio Free Asia, correct?
6    A.  2002.
7    Q.  2002, right?
8    A.  Yes.
9    Q.  And you were writing features, correct?
10   A.  Yes.
11   Q.  And you were doing -- were you doing any
12   direct translation of news bulletins from English to
13   Burmese?
14   A.  Yes.
15   Q.  And you were doing voicing.
16   A.  Yes.
17   Q.  So you were doing that at RFA, and would
18   you agree that the service director and the
19   assistant service director and the senior editors
20   knew that you did that kind of work?
21       MS. STEWART:  Objection.
22   A.  They could know.

53 (Pages 206 to 209)

Khin Maung Than                                                                August 23, 2006

Washington, DC

Page 210

1    Q.    They could know.  They would know, right?
2    A.    Yeah.
3    Q.    How would they not know, right?
4         MS. STEWART:  Objection.
5    A.    But my service director was not always
6    around all the time when I did the broadcasting or
7    translation, so --
8    Q.    Nancy Shwe knew, right?
9    A.    Yes, sometime I had to work with Nancy
10   Shwe.
11   Q.    Directly.  She knew directly.
12   A.    Yes.
13   Q.    As did the senior editors know it
14   directly.
15   A.    Yes.
16   Q.    So they could grade you on the quality of
17   your work?
18        MS. STEWART:  Objection.
19        BY MR. ABRAMSON:
20   Q.    Correct, right?
21   A.    I have no idea.  I cannot say -- I cannot
22   --

Page 211

1    Q.    They didn't tell you, right?
2    A.    They didn't tell me.
3    Q.    But you don't know whether it was done or
4    not, right?
5    A.    Are you talking to Nancy Shwe?
6    Q.    Yes.
7    A.    What is your question?
8    Q.    My question is do you know the extent to
9    which, if any, Nancy Shwe and the senior editors and
10   U Soe Thinn spoke together about your work.
11        MS. STEWART:  Objection.
12   A.    Yeah, I believe they are in a position to
13   discuss my qualities.
14   Q.    And they would be familiar with the
15   quality of your work, correct?
16        MS. STEWART:  Objection.
17   A.    I think so.
18   Q.    Okay.  When you took the test at the times
19   you took it, was your name -- did you write your
20   name on the test?
21   A.    No, I was not allowed to write my name.
22   Q.    It was an identification number?

Page 212

1    A.    Yes.
2    Q.    So to your knowledge, the person who
3    graded the test wouldn't know from looking at the
4    test whose test it was, right?
5    A.    To me, that would be correct.
6    Q.    Other than what you've already testified
7    to today, do you recall any other conversations with
8    Tamara Bagley concerning any aspect of your
9    employment at RFA?
10   A.    Other than that I already mentioned, no.
11   Q.    How about Cindy Kim, anything other than
12   what you've already mentioned?
13   A.    No.
14   Q.    How about anybody else at RFA?  Would
15   anyone else at RFA -- strike that.  Other than what
16   you've testified to today about persons at RFA
17   familiar with any aspect of your employment, are
18   there any other conversations or communications that
19   you recall at this time with anybody at RFA other
20   than Cindy Kim or Tamara Bagley?
21        MS. STEWART:  Objection.
22   A.    My conversation with other employees?

Page 213

1    Regarding?
2    Q.    Or management.
3    A.    Regarding?
4    Q.    Regarding any aspect of your trying to get
5    a job or your working there, or cancellation of your
6    contract or nonrenewal of your contract or whatever.
7         MS. STEWART:  Objection.
8    A.    For the 2003 position, I was told right
9    before the interview or after the interview, I'm not
10   sure, maybe right before the interview -- before the
11   interview, not right, I was told by two other
12   full-time Burmese employees, they talked to -- they
13   told me in person, they talked to service director,
14   U Soe Thinn, for the 2003 July position, they asked
15   U Soe Thinn why are you looking for someone else, we
16   need someone who can do both technical and the
17   broadcasting.  We have Maung Maung already, so why
18   are you looking for someone else, he could do the
19   job.
20   Q.    All right.
21   A.    They talked to -- they don't go and talk
22   to U Soe Thinn together.  One, when they have time

54 (Pages 210 to 213)

1111 14th Street, NW Suite 400                                    Washington, DC 20005

Page 214

1    alone with U Soe Thinn, they talk to U Soe Thinn,
2    they mention my name, I mean, and they talk to me
3    back what they said to U Soe Thinn, and then --
4    Q.    What did they say U Soe Thinn responded?
5    A.    According to what they said, from what
6    they said, U Soe Thinn listened.
7    Q.    He didn't respond?
8    A.    As far as I remember, they didn't say
9    anything about the response.
10   Q.    Did you ask what U Soe Thinn's response
11   was?
12   A.    I asked I believe, and they said U Soe
13   Thinn listened and smiled.
14   Q.    Who were these two people?
15   A.    One is T-H-E-I-N, H-T-I-K-E, and double O.
16   Q.    And who's the other?
17   A.    First name W-I-N, middle name N-A-I-N-G,
18   double O.
19   Q.    The two Os.
20   A.    Yes, and then senior editor Khin Maung
21   Nyein told me on one occasion at that time he talked
22   to U Soe Thinn, mentioned my name, and then he

Page 215

1    mentioned to U Soe Thinn that I have all the
2    qualification, I fit this kind of job.
3    Q.    And he told you that?
4    A.    Yes.
5    Q.    Did he tell you how U Soe Thinn responded?
6    A.    I don't remember.
7    Q.    Okay.  When did Khin Maung Nyein have this
8    conversation with you?
9    A.    At the time I was doing part time, so I
10   came in almost every other day, so I met some day
11   before the interview I think.
12   Q.    Before or after the interview?
13   A.    I'm not sure.  Maybe before.
14   Q.    Where was this conversation?
15   A.    In Radio Free Asia Burmese's service.
16   Q.    Where?  In the section of the floor where
17   the Burmese service is?
18   A.    Yes.
19   Q.    Was anybody else around?
20   A.    Maybe -- they may be at the cubicals.
21   Q.    Do you know if anyone overheard the
22   conversation?

Page 216

1         MS. STEWART:  Objection.
2    A.    I don't know.
3    Q.    Did you observe whether anyone was close
4    enough to overhear the conversation?
5    A.    I didn't pay any attention at all.
6    Q.    How long did the conversation last?
7    A.    Maybe two minutes.
8    Q.    Did you follow up with it?
9    A.    With whom?
10   Q.    With anybody.
11   A.    Follow up their conversation?
12   Q.    Uh-huh.
13   A.    No.
14   Q.    Did you go ask U Soe Thinn what was his
15   impression that three people came to him and
16   suggested that he -- that you be hired?
17   A.    No, at the time, I did not ask them to
18   recommend me to -- for the position.  That's why I
19   did not go and see U Soe Thinn, see this -- when I
20   went -- I did not go and see U Soe Thinn and say
21   see, when Thein Htike Oo and Win Naing Oo, so I
22   didn't go and say see, these three people

Page 217

1    recommended me, so I didn't push him because I don't
2    want to have him have the impression that I pushed
3    them to recommend.
4    Q.    Were they recommending you or were they
5    just asking Soe Thinn a question?
6         MS. STEWART:  Objection.
7    A.    I felt like they are recommending.
8    Q.    Did they tell you that they recommended
9    you?
10   A.    Yes.
11   Q.    They used that word?
12   A.    Yes.
13   Q.    Where did you have -- when did you have
14   the conversation with Thein Htike Oo?  When did you
15   have the conversation with him?
16   A.    Before the interview.
17   Q.    All right.  How much before the interview?
18   A.    I don't remember.
19   Q.    How long did that last?
20   A.    Maybe not more than two or three minutes.
21   Q.    All right.  Where?
22   A.    In the Burmese service, Radio Free Asia.

55 (Pages 214 to 217)

Khin Maung Than                                                                    August 23, 2006

Washington, DC

Page 218

1    Q.   Did you observe anyone close enough to be
2  proximate to overhear it perhaps?
3         MS. STEWART:  Objection.
4    A.   I did not pay attention.
5    Q.   All right.  When did you have the
6  conversation with Win Naing Oo?
7    A.   Before the interview.  I don't remember
8  the date.
9    Q.   Same day as --
10   A.   I don't think same day.  Maybe a few days
11 apart.
12   Q.   Were these three individuals friends of
13 yours?
14   A.   My colleagues.
15   Q.   Were they friends?
16   A.   I consider them as my friends.
17   Q.   Did you see them outside of work?
18   A.   When we have the social gathering or
19 religious function, I went there.
20   Q.   Did you ever discuss RFA with them outside
21 of the workplace when you saw them at social
22 gatherings or --

Page 219

1    A.   No.
2    Q.   -- other places?
3    A.   No.
4    Q.   You never said a word about anything about
5  RFA?
6    A.   No.
7    Q.   Did you say anything about your employment
8  or nonemployment at RFA?
9    A.   No.
10        MS. STEWART:  We may be at a good breaking
11 point?
12        MR. ABRAMSON:  Give me a minute.  I might.
13 All right, break point, 5:32.  We'll come back at
14 12:30 tomorrow.  I don't know what room.
15        (Whereupon, at 5:32 p.m., the deposition
16 was adjourned.)
17
18
19
20
21
22

Page 220

1
2
3
4
5
6
7
8
9
10        _____
11             Signature of the Witness
12
13
14        SUBSCRIBED AND SWORN TO before me this
15 _____ day of_____, 200__.
16
17
18        _____
19             NOTARY PUBLIC
20
21
22 My Commission Expires _____.

Page 221

1  UNITED STATES OF AMERICA  )
2                            ss:
3  DISTRICT OF COLUMBIA      )
4        I, KAREN YOUNG, a Notary Public within and
5  for the District of Columbia, do hereby certify that
6  the witness whose deposition is hereinbefore set
7  forth was duly sworn and that the within transcript
8  is a true record of the testimony given by such
9  witness.
10       I further certify that I am not related to
11 any of the parties to this action by blood or
12 marriage and that I am in no way interested in the
13 outcome of this matter.
14       IN WITNESS WHEREOF, I have hereunto set my
15 hand this _____day of_____, 200__.
16
17
18        _____
19 My Commission Expires:
20 July 31, 2009
21
22

56 (Pages 218 to 221)

Page 222

1                IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF COLUMBIA

3        - - - - - - - - - - - - - - - - X

4        KHIN MAUNG THAN                  : Civil Action No.

5              Plaintiff,                 : 1:05-CV-01042 (RMU)

6        v.                               :

7        RADIO FREE ASIA,                 :

8              Defendant.                 :

9        - - - - - - - - - - - - - - - - X

10                         Washington, D.C.

11                         Thursday, August 24, 2006

12

13              Continued Deposition of KHIN MAUNG THAN,

14       called for examination by counsel for the Defendants in

15       the above-entitled matter, pursuant to notice, the

16       witness being duly sworn by CARLA L. ANDREWS, a Notary

17       Public in and for the District of Columbia, taken at

18       the offices of Hogan & Hartson, LLP, 555 Thirteenth

19       Street, N.W., Washington, D.C. 20004, at 12:37 p.m.,

20       Thursday, August 24, 2006, and the proceedings being

21       taken down by Stenotype by CARLA L. ANDREWS and

22       transcribed under her direction.

Khin Maung Than                                                          August 24, 2006

Washington, DC

Page 223

1   APPEARANCES:
2   On behalf of the Plaintiff:
3       RHONDA L. STEWART, ESQ.
4       JOSHUA I. KAPLAN, ESQ.
5       Arnold & Porter, LLP
6       555 Twelfth Street, N.W.
7       Washington, D.C. 20004-1206
8       (202) 942-6665
9
10  On behalf of the Defendant:
11      GIL ABRAMSON, ESQ.
12      MODUPE OLABISI LADEJI, ESQ.
13      Hogan & Hartson, LLP
14      111 South Calvert Street
15      Suite 1600
16      Baltimore, Maryland 21202
17      (410) 659-2747
18  ALSO PRESENT:
19      U SOE THINN
20
21
22

Page 224

C-O-N-T-E-N-T-S

1
2   WITNESS        EXAMINATION BY COUNSEL FOR
3   KHIN MAUNG THAN          DEFENDANT
4   By Mr. Abramson          225
5
6
7              E-X-H-I-B-I-T-S
8   NO.                        IDENT.
9   Exhibit No. 25...................................... 254
10  Exhibit No. 26...................................... 273
11  Exhibit No. 27...................................... 278
12  Exhibit No. 28...................................... 281
13  Exhibit No. 29...................................... 282
14
15
16
17
18
19
20
21
22

Page 225

1               P-R-O-C-E-E-D-I-N-G-S
2       Thereupon,
3               KHIN MAUNG THAN
4   was called as a witness and, after being duly sworn by
5   the notary, was examined and testified as follows:
6   EXAMINATION BY COUNSEL FOR THE DEFENDANT
7           BY MR. ABRAMSON:
8       Q   Good afternoon.
9       A   Good afternoon.
10      Q   After your deposition yesterday, did you
11  speak with anybody about it, not including your
12  lawyers?
13      A   Not including my lawyers?
14      Q   Right.
15      A   Yes, I did.
16      Q   With whom?
17      A   My girlfriend.
18      Q   Okay.  And anybody else?
19      A   No.
20      Q   What did you discuss with your girlfriend?
21      A   She asked me if it is okay.  I said yes.
22      Q   Anything else?

Page 226

1       A   No.
2       Q   That's all?
3       A   Yeah.
4       Q   Did anybody call you up to ask you what
5   happened?
6       A   While I was in the conference on yesterday,
7   my girlfriend called me.  I didn't pick it up, so
8   that's all.
9       Q   That's not what I meant.  I meant last night
10  or this morning.  Did someone call you up to ask about
11  the deposition?
12      A   No, nobody called me.
13      Q   When was the last time you spoke with a
14  person who was a broadcaster in RFA's Burmese Service?
15      A   Anybody?  Any broadcaster?
16      Q   Anybody.  The last time?
17      A   I think last Saturday.
18      Q   Who did you speak with?
19      A   May Pyone Aung, M-a-y, P-y-o-n-e A-u-n-g.
20      Q   All right.  Is that a him or a her?
21      A   Her.
22      Q   Where were you when you spoke with her?

2 (Pages 223 to 226)

Khin Maung Than                                                    August 24, 2006

Washington, DC

Page 227

1    A    I was at home.
2    Q    Did she call you or did you call her?
3    A    She sent me an E-mail to wait for the call
4    at, I think, 10:30.
5    Q    Did she call?
6    A    Yes.
7    Q    Please tell me what your conversation was
8    with her.
9    A    She just took my fee for my weekly feature.
10    Q    And that was it?
11    A    Yes.
12    Q    When was the last time you spoke with anyone
13    from RFA about anything, except your fees for your
14    weekly feature?
15    A    Apart from the features?
16    Q    Right.
17    A    I talked to Nancy Shwe, a bureau director,
18    many months ago.
19    Q    About?
20    A    About my weekly feature.
21    Q    Anything else?
22    A    No.

Page 228

1    Q    All right.  When was the last time you spoke
2    with Ko Ko Aung, K-o K-o A-u-n-g?
3    A    I do not remember.  One time he took my fee
4    for my weekly feature, but I do not remember when.
5    Q    All right.  Do you E-mail Ko Ko Aung?
6    A    Yes, I did.
7    Q    Have you -- in your E-mails with Ko Ko Aung,
8    is it pretty -- how often do you E-mail?
9    A    I think I E-mail only one time because I had
10    to send the original news article piece that I
11    translated or that I used for my feature.  So I sent
12    via E-mail my original article or news to his RFA
13    E-mail address.
14    Q    Have you spoken with Ko Ko Aung about any
15    scheduling issues in the Burmese Service?
16    A    No.
17    Q    Are you aware of any scheduling issues at the
18    Burmese Service?
19    MS. STEWART:  Objection.
20    THE WITNESS:  Right now?
21    BY MR. ABRAMSON:
22    Q    Right now.

Page 229

1    A    No, I have no idea.
2    Q    Are you aware of any complaints made against
3    U Soe Thinn within the Burmese Service?
4    A    Right now?
5    Q    Any time.
6    MS. STEWART:  Objection.
7    THE WITNESS:  Excluding my complaints?
8    BY MR. ABRAMSON:
9    Q    Excluding you.
10    A    Yes, I remember a few.
11    Q    Please tell me what they are.
12    A    Before 2002, I remember six employees file a
13    complaint to then president for getting his management
14    and performance.  And then maybe in -- I am not sure --
15    2003 or 2004, Khin Maung Soe and K-h-i-n
16    M-a-u-n-g-s-o-e, and Sein Kyawh Laing, K-y-a-w-h
17    L-a-i-n-g, wrote a letter separately to Dan
18    Southerland, president, complaint.  I don't remember
19    the details, but they wrote it -- two separate
20    complaints to Dan Southerland.
21    Q    Anything else?
22    A    And I don't remember the time and year.

Page 230

1    About three quarter of the employees wrote to senior
2    management.  I don't know whom they wrote to.  They
3    wrote to object -- they call it Bangkok proposal, which
4    is the employees has to go and stay over there for one
5    year on duty.  They wrote to senior management that
6    they don't like this project.
7    Q    Anything else?
8    A    That's all I remember.
9    Q    All right.  The six employees whom you say
10    filed a complaint to -- that was what?  President
11    Richter at the time in 2002 or you said before 2002?
12    A    I don't remember the exact year but before I
13    started.
14    Q    Before you started working?
15    A    Yes.
16    Q    Who were the six employees, if you know?
17    A    Khin Mausong, May Pyone Aung.  I don't
18    remember the rest.
19    Q    What was the nature of the complaint?
20    A    Since I did not read their complaint, I do
21    not know the details.  I just knew that they just filed
22    a complaint regarding his management and performance.

3 (Pages 227 to 230)

Khin Maung Than                                                                    August 24, 2006

Washington, DC

Page 231

1    Q   Do you know any other details even general
2  details other than just management and performance?
3    A   No.  Since I did not read the original
4  complaint, I do not know.
5    Q   Did you talk to anybody about it?
6    A   No.
7    Q   How did you know they wrote the letter?
8  Well, first of all, was it in writing?
9    A   The complaint?
10   Q   Yes.
11   A   Yes.
12   Q   How did you know it was in writing?
13   A   When I joined in 2002, that guy Khin Maung
14 Soe was staying with the Burmese Service.  He told me.
15   Q   What did he tell you?
16   A   Including him, they filed.  In the past they
17 wrote a complaint to the president.
18   Q   Anything else?
19   A   And he said it is about the management and
20 the performance.
21   Q   Do you have any knowledge what happened with
22 that complaint?  Was there a response or any changes

Page 232

1  made?
2    A   I do not know.
3    Q   Did you hear anything about that complaint
4  other than what Khin Maung Soe told you?
5    A   No.
6    Q   That one time?
7    A   No.
8    Q   Nothing else?
9    A   Right.
10   Q   So the only reason -- the only way that you
11 know that a complaint was made is because Khin Maung
12 Soe told you, right?
13   A   Yes.
14   Q   You never saw it?
15   A   Right.
16   Q   Nobody else told you about it?
17   A   Right.
18   Q   Khin Maung Soe no longer works at RFA; is
19 that correct?
20   A   Right.
21   Q   Do you know when he left?
22   A   Yes.

Page 233

1    Q   When?
2    A   Late 2003.
3    Q   Do you know why he left?
4    A   He got a position in Voice of America.
5    Q   Do you know what kind of position he got at
6  Voice of America?
7    A   Broadcaster.
8    Q   What position did he have at RFA?
9    A   Entry level.
10   Q   Entry level what?
11   A   Broadcaster.
12   Q   So he was a broadcaster at RFA and then he
13 got a broadcaster position at VOA?
14   A   Yes.
15   Q   And did he tell you that he thought it was a
16 better position to work at VOA?
17   A   He didn't tell me anything.
18   Q   Did he tell you why he went to VOA?
19   A   No.
20   Q   And left RFA?
21   A   No.
22   Q   At the time was a broadcaster position with

Page 234

1  VOA from you viewed as a better job or the same kind of
2  job as a broadcaster at RFA in the Burmese Service?
3    MS. STEWART:  Objection.
4    THE WITNESS:  Are you referring to Khin Maung
5  Soe or me?
6    BY MR. ABRAMSON:
7    Q   I am asking you what you thought at the time
8  he left and went to the VOA, whether you thought that
9  he was improving himself or whether he was just making
10 a lateral move?
11   MS. STEWART:  Objection.
12   THE WITNESS:  I have no idea why he moved.
13   BY MR. ABRAMSON:
14   Q   That's not my question.  Did you think he
15 made a good move or did you think he made a poor move?
16   A   I have no idea.
17   Q   Do you right now today regard a broadcaster
18 position in the Burmese Service at VOA the same way you
19 would view a broadcasting position in the Burmese
20 Service at RFA?
21   MS. STEWART:  Objection.
22   THE WITNESS:  I think they are the same.

4 (Pages 231 to 234)

Khin Maung Than

August 24, 2006

Washington, DC

Page 235

1    BY MR. ABRAMSON:
2    Q    You think they are the same.  Have you always
3    felt that way?
4    A    Yes.
5    Q    So a broadcasting position at VOA for you
6    would be the same as a broadcasting position at RFA,
7    correct?
8    A    I would say so.
9    Q    Now, you also refer to a complaint by Khin
10   Maung Soe and Tinaung Khine that they wrote separate
11   letters to Dan Southerland.  How do you know they wrote
12   letters?
13   A    At the time I was staying with the Burmese
14   Service.  So in casual conversation they mentioned it.
15   Q    Did you ever see any letters?
16   A    I don't remember.
17   Q    So it is possible you saw the letters but you
18   don't remember?
19       MS. STEWART:  Objection.
20       THE WITNESS:  I may have at glance.  I don't
21   know.  I don't remember.
22       BY MR. ABRAMSON:

Page 236

1    Q    All right.  Did either Mr. Soe or Mr. Laing
2    tell you what was in their letters?
3    A    No.
4    Q    Did anyone tell you what was in their
5    letters?
6        MS. STEWART:  Objection.
7        BY MR. ABRAMSON:
8    Q    Did anyone at RFA tell you?
9    A    No.
10   Q    Do you have any idea what the nature of their
11   complaints were, if indeed they were complaints?
12       MS. STEWART:  Objection.
13       THE WITNESS:  No, I have no idea.
14       BY MR. ABRAMSON:
15   Q    You don't even know if the letters were
16   complaints, though, do you?
17   A    During the casual conversation they said that
18   it is a complaint to president.
19   Q    And, again, you don't know what the nature of
20   that complaint was?
21   A    Right.
22   Q    Did anyone at RFA's Burmese Service ever talk

Page 237

1    to you about the letters written by Messrs. Soe or
2    Laing?
3    A    No.
4    Q    You also mentioned that three quarters of the
5    employees wrote to senior management about the Bangkok
6    proposal?
7    A    Yes.
8    Q    And the Bangkok proposal was -- was that your
9    term or was that what it was?
10   A    Not my term.
11       MS. STEWART:  Objection.
12       BY MR. ABRAMSON:
13   Q    Not your term?
14   A    Right.
15   Q    It is your term or it's not your term?
16   A    No, not my term.
17   Q    That is exactly what it was called, the
18   Bangkok proposal?
19   A    Bangkok project or Bangkok proposal,
20   something like that.  But I remember Bangkok.  I don't
21   remember the last part.  Either project or proposal.
22   Q    It could be project?

Page 238

1    A    I don't know.
2    Q    And what it was, was a rotation for Burmese
3    Service employees to go to Bangkok for a year or so and
4    report from there and then come back; is that correct?
5    A    I believe so.
6    Q    And to your knowledge -- well, what's the
7    basis of your knowledge that three quarters of the
8    employees wrote to senior management about it?
9    A    Can you repeat that question?
10   Q    How do you know three quarters of the
11   employees wrote?
12   A    If I remember correctly, about nine people --
13   nine employees wrote to president.
14   Q    All right.  So did you see the document?
15   A    The complaint?
16   Q    Yeah.
17   A    No.
18   Q    Did you see a list of nine employees?
19   A    No.
20   Q    Again, how do you know it was nine employees?
21   A    I learned from the other employee.  He
22   mentioned it, wrote in that -- sign in that letter.

5 (Pages 235 to 238)

Khin Maung Than

Washington, DC

August 24, 2006

Page 239

1     Q   And you don't remember when that was, do you?
2     A   No.
3     Q   And you don't know who the senior management
4 was that the letter was written to; is that right?
5     A   Right.
6     Q   Did you ask who it was written to?
7     A   No.
8     Q   Did you ever hear that there was any response
9 to that letter?
10     A   Yes.
11     Q   You did. Was it a written response?
12     A   I don't know whether it is written or verbal,
13 but I heard later there was a response from senior
14 management.
15     Q   And what did you hear the response was?
16     A   Senior management didn't approve the Bangkok
17 project.
18     Q   Did you hear why senior management didn't
19 approve the project?
20     A   No.
21     Q   When you heard about this Bangkok project,
22 was it at the time you were still doing voicing under

Page 240

1 your consulting agreement?
2     A   I think after I left, after I stop advising
3 and translating.
4     Q   And that was September 30, 2004, that your
5 voicing contract stopped?
6     A   Yes.
7     Q   To your knowledge, did the Bangkok proposal
8 or Bangkok project apply equally to everybody in the
9 Burmese Service -- all broadcasters in the Burmese
10 Service?
11     A   Do you mean that everybody in the Burmese
12 Service has to follow?
13     Q   Right, to your knowledge.
14     A   Yes.
15     Q   But that proposal would not have affected you
16 because you were not a full-time employee; is that
17 correct?
18     A   Yes.
19     Q   Just going back to something from yesterday,
20 can you tell me the name of the legal clinic that you
21 went to? Do you remember testifying you went to a
22 legal clinic?

Page 241

1     A   Yes.
2     Q   What was the name of the clinic?
3     A   Bread for the City.
4     Q   Where was it?
5     A   It is in Washington, D.C.
6     Q   It is not that big a city, but it is still
7 big enough?
8     A   If I remember correctly, it is on Seventh
9 Street.
10     Q   Which quadrant?
11     A   I don't remember. You drive all the way down
12 on Seventh Street.
13     Q   Do you remember the name of the lawyer that
14 you spoke with?
15     A   No.
16     Q   Do you remember the name of anybody there
17 with whom you spoke?
18     A   No.
19     Q   When did you go there? Tell me again.
20     A   I think March 2004.
21     Q   What day of the week?
22     A   Every second Saturday of the month they hold

Page 242

1 legal clinic for everybody.
2     Q   Did anyone go with you?
3     A   No. I went alone.
4     Q   Did you go there only once?
5     A   No.
6     Q   Do you remember or do you know the name Thinn
7 Aung Chow?
8     A   Yes.
9     Q   How do you know that name?
10     A   Then senior editor Win Pe one day told me.
11     Q   Told you the name?
12     A   Yes.
13     Q   Did he just walk up to you and say Thinn Aung
14 Chow or did he say anything else?
15     A   One day in 2000 -- late 2003 I came in to do
16 my part-time broadcaster duty. He talked to me. Did
17 you know Thinn Aung Chow didn't get the piece.
18     Q   All right. And was that the first time that
19 anyone had mentioned Mr. Chow's name to you?
20     A   Yes, that name.
21     Q   Did Mr. Pe tell you why or the reason he was
22 informing you of that fact?

6 (Pages 239 to 242)

Page 243

1    A   He didn't say anything.
2    Q   So what did you do with the information that
3  he gave you?
4        MS. STEWART:  Objection.
5        THE WITNESS:  And then after that, I learned
6  from other people Thinn Chow is western Australia.  He
7  was a close friend of U Soe Thinn.  He was rejected by
8  the U.S. Embassy twice.
9        BY MR. ABRAMSON:
10   Q   From whom did you learn those facts, assuming
11 they are facts?
12   A   I don't remember who told.  But during the
13 casual conversation because we do the air show, we have
14 some free time.  During that conversation, it came up.
15   Q   To your knowledge, was Mr. Chow offered a job
16 at RFA?
17   A   Yes.
18   Q   What job?
19   A   Broadcaster.
20   Q   Do you know whether he was interviewed for
21 the job?
22   A   I do not know.

Page 244

1    Q   Do you know if anyone else was interviewed
2  for that job?
3    A   I do not know.
4    Q   Do you know how he applied, if he did?
5    A   I do not know.
6    Q   Is there any reason you would think that his
7  the offer of employment was a secret?
8    A   I don't know.
9    Q   Do you have any reason to doubt that Mr. Chow
10 was an old friend of U Soe Thinn?
11   A   Do I have?
12   Q   Yeah.
13   A   Any?
14   Q   Any reason to doubt that?
15       MS. STEWART:  Objection.
16       BY MR. ABRAMSON:
17   Q   I mean, would you dispute, based on your
18 knowledge, that Mr. Chow was an old friend of U Soe
19 Thinn?
20       MS. STEWART:  Objection.
21       THE WITNESS:  If I remember correctly, I also
22 hear from that people in New York did mention that guy

Page 245

1  Thinn Aung Chow was a former employee in Burma and the
2  foreign ministry.  So they gave me that information.
3        BY MR. ABRAMSON:
4    Q   And did you know that U Soe Thinn was an
5  employee at the same place?
6    A   Yes.
7    Q   And is it your contention that Mr. Chow was
8  offered the job because of his relationship with U Soe
9  Thinn?
10       MS. STEWART:  Objection.
11       THE WITNESS:  For that particular position,
12 yes.
13       BY MR. ABRAMSON:
14   Q   And is that included in what you refer to as
15 cronyism within the Burmese Service?
16   A   In which letter?
17   Q   Any letter.
18       MS. STEWART:  Objection.
19       BY MR. ABRAMSON:
20   Q   Is that part of the cronyism that you
21 referred to?
22   A   Because it happened in late 2003, so I would

Page 246

1  say -- I would include that incident as an example of
2  cronyism in the letters I wrote after that.
3    Q   And you were referring at least, in part, to
4  Mr. Chow as an example of the cronyism?
5    A   Yeah, in the letter I wrote letter.
6    Q   Right.  To your knowledge, did U Soe Thinn
7  change any rules or break any rules in offering a
8  position to Mr. Chow?
9        MS. STEWART:  Objection.
10       THE WITNESS:  I think so.
11       BY MR. ABRAMSON:
12   Q   What rules?
13   A   For the broadcaster producer to be issued by
14 the U.S. Embassy like H-1 visa, that particular
15 applicant has to approve embassy that he has this kind
16 of expertise or experience or skill or sort of.  But he
17 was rejected twice by the U.S. Embassy in Australia.
18 So asking someone who doesn't have expertise or
19 experience to apply for the broadcaster visa in the
20 United States Embassy is not, I mean, right thing for
21 me.  It is kind of violating some kind of rules and
22 regulation.

7 (Pages 243 to 246)

Khin Maung Than

August 24, 2006

Washington, DC

Page 247

1    Q    Whose rules?
2    A    United States Government -- I mean
3    immigration rules.
4    Q    And are you saying that the rules you are
5    referring to say that jobs shouldn't be offered to
6    people who don't have H-1 visas yet?
7    A    No, I don't mean to get broadcaster visa
8    issued by the U.S. Embassy.  The visa requirement is
9    that particular applicant has to have the requirements,
10   I mean.
11   Q    So what requirement did Mr. Chow not have to
12   your knowledge?
13       MS. STEWART:  Objection.
14       THE WITNESS:  For the broadcaster visa, H-1
15   visa, that visa applicant has to have job-related
16   skills or expertise or experience.
17       BY MR. ABRAMSON:
18   Q    Do you know what skills Mr. Chow had related
19   to a broadcaster job at RFA?
20   A    I learned from people in New York and from
21   inside the embassy that he didn't have any -- he didn't
22   meet any visa requirements.

Page 248

1    Q    What were the visa requirements?
2    A    As I said before, for the H-1 visa, you have
3    to meet the standard like skill, expertise, experience,
4    like other technology, any kind of computer
5    technology.  You have to have -- you have to meet the
6    visa requirements.
7    Q    So when you wrote in your letters that U Soe
8    Thinn broke rules or changed rules in offering a job to
9    Mr. Chow, you were referring to the United States
10   Government immigration laws.  Is that what you were
11   referring to?
12       MS. STEWART:  Objection.
13       THE WITNESS:  I did not say he broke the
14   rule.  In the letter I wrote it seemed like he trying
15   to help Thin Aung Chew commit immigration fraud.
16       BY MR. ABRAMSON:
17   Q    You did use the term immigration fraud.  What
18   fraud are you accusing U Soe Thinn of engaging in?
19   A    Bringing someone out of United States with
20   H-1 visa.  That person doesn't have the required
21   experience or skill, so that's why I said it seemed
22   like he trying to help him.  That means Thinn Aung Chew

Page 249

1    commit immigration fraud over there.
2    Q    So you are emphasizing now that it seemed
3    like it.  So would it be correct to say that what you
4    were saying is that that's how it appeared to you?
5    A    The immigration fraud?
6    Q    Yes.
7    A    Yes.
8    Q    So you didn't know for a fact that was
9    happening.  It was just that's how it appeared to you;
10   is that correct?
11       MS. STEWART:  Objection.
12       THE WITNESS:  Right.
13       BY MR. ABRAMSON:
14   Q    And did you bother to confirm any facts about
15   Mr. Chow's qualifications or his efforts to get an H-1
16   visa?
17       MS. STEWART:  Objection.
18       THE WITNESS:  I don't remember the exact
19   words.  After Win Pe told me that Thinn Aung Chew
20   didn't get that visa and then I heard later that Radio
21   Free Asia tried to help him with a visa in Australia.
22       BY MR. ABRAMSON:

Page 250

1    Q    So would it be correct to say that your total
2    knowledge of what happened with Mr. Chow and the offer
3    of employment to him and his visa applications is
4    derived from what other people told you?
5        MS. STEWART:  Objection.
6        THE WITNESS:  Yeah, I do not have any
7    immediate knowledge.
8        BY MR. ABRAMSON:
9    Q    You had no firsthand knowledge of it?
10   A    Right.
11   Q    And you didn't bother to confirm any of it
12   when you wrote your letter saying that U Soe Thinn
13   seemed to commit immigration fraud?
14       MS. STEWART:  Objection.
15       THE WITNESS:  I learned from an employee at
16   the Technical Operation, Radio Free Asia is trying to
17   get him a visa.  And Technical Operation is arranging
18   logistical and training.  I learned from that employee
19   in Technical Operation.
20       BY MR. ABRAMSON:
21   Q    Did you not also write in your letter that
22   you thought that RFA should have offered a job to a

8 (Pages 247 to 250)

Khin Maung Than                                                    August 24, 2006

Washington, DC

Page 251

1  person living in the United States rather than a person
2  not living in the United States?
3      A   If they are qualified, yes.
4      Q   Well, did you write that the job should be
5  offered to a person living in the United States as
6  opposed to a person not living in the United States?
7      MS. STEWART: Objection.
8      BY MR. ABRAMSON:
9      Q   Did you write that?
10     A   Yes.
11     Q   Well, on what basis would you think that RFA
12  should offer jobs only to people living here as opposed
13  to people living abroad?
14     MS. STEWART: Objection.
15     THE WITNESS: I believe that if both outside
16  and inside the country, if both of them they are
17  qualified by hiring the person already inside United
18  States, it is going to save the institution Radio Free
19  Asia money and all the unnecessary heartache like H-1
20  visa or all other requirements. So that's why I said
21  that if both are qualified, by hiring someone who is
22  already inside the country they can save -- Radio Free

Page 252

1  Asia can save a lot of money. They don't have to do
2  all the hard stuff with the visa stuff.
3      BY MR. ABRAMSON:
4      Q   As a journalist, if you hear something from
5  someone, what steps, if any, would you take before you
6  published what you heard?
7      MS. STEWART: Objection.
8      THE WITNESS: As a journalist, you have to
9  confirm.
10     BY MR. ABRAMSON:
11     Q   What if you can't confirm?
12     MS. STEWART: Objection.
13     THE WITNESS: As a journalist.
14     BY MR. ABRAMSON:
15     Q   Yes.
16     A   You have to confirm again and again.
17     Q   I am asking you what happens as a journalist
18  if you can't confirm a fact you heard. Would you
19  publish it?
20     MS. STEWART: Objection.
21     THE WITNESS: I would say no.
22     BY MR. ABRAMSON:

Page 253

1      Q   Yet, you heard a fact, an alleged fact about
2  Mr. Chow, and you didn't confirm it. You heard it from
3  someone. Yet, you wrote it in a letter and
4  disseminated that letter to several people, correct?
5      MS. STEWART: Objection.
6      THE WITNESS: I confirmed with -- I trusted
7  these two people Win Pe and that guy from Technical
8  Operations.
9      BY MR. ABRAMSON:
10     Q   Who is the guy from Technical Operations?
11     A   Aung Tu.
12     Q   But you didn't bother to confirm what they
13  told you; is that correct?
14     MS. STEWART: Objection.
15     THE WITNESS: I have no place to confirm this
16  information.
17     BY MR. ABRAMSON:
18     Q   Do you recall in your letter accusing U Soe
19  Thinn of being corrupt? Do you remember using that
20  word?
21     A   Which letter?
22     Q   Well, several of your letters.

Page 254

1      (Exhibit No. 25, marked for identification.)
2      BY MR. ABRAMSON:
3      Q   I am showing you what has been marked as
4  Exhibit 25. You see the numbers at the bottom right?
5      A   Yeah.
6      Q   It says, Than 108. And it goes through Than
7  114. Do you see that bottom right-hand corner?
8      A   Yeah.
9      Q   So are you aware that this is a document that
10  your attorneys produced to Radio Free Asia?
11     A   This is the letter I wrote to BBT.
12     Q   Okay. Thank you for identifying it. But my
13  question is, are you aware that your lawyers produced
14  that document, gave it to Radio Free Asia in connection
15  with requests that were made in this case?
16     A   Yeah.
17     Q   And this is your letter, right?
18     A   Yes.
19     Q   So I am going to refer you to page 113. Look
20  at the second paragraph, five lines down and four words
21  in. It starts a sentence, He has not only been corrupt
22  but also seemed to help immigration fraud.

9 (Pages 251 to 254)

Khin Maung Than                                                                            August 24, 2006

Washington, DC

Page 255

1        Do you see that?
2      A   Yes.
3      Q   So you used the word corrupt.  I am asking
4    you what you were referring to specifically in saying
5    that U Soe Thin was corrupt?
6      A   With regard to the hiring he didn't do the
7    right thing.  That's why I used the word corrupt.
8      Q   Can you explain what you mean by didn't do
9    the right thing?
10     A   Hiring unqualified person for the service.
11     Q   You are referring to Mr. Chow?
12     A   No, for like Gi Gi Thinn.
13     Q   Anybody else?
14     A   In the past before I joined, one person.
15     Q   Who is that?
16     A   Tony.
17     Q   Anybody else?
18     A   Deong Kye.
19     Q   Anybody else?
20     A   Thinn Chew.
21     Q   Anybody else?
22     A   That's all.

Page 256

1      Q   Of the four people you mentioned, how many
2    are female?
3      A   Two.
4      Q   How many are male?
5      A   Two.
6      Q   Is that what you are referring to in your
7    letter here the end of that particular paragraph where
8    you say there is a chronic pattern of abuses,
9    corruption, and cronyism in the Burmese Service?
10       MS. STEWART:  Objection.
11       BY MR. ABRAMSON:
12     Q   Page 113, the end of that same paragraph.  Do
13   you see it?
14     A   Yes.
15     Q   Tell me what you are referring to when you
16   say the words a chronic pattern of abuses, corruption,
17   and cronyism in the Burmese Service?
18     A   Chronic means since it was founded there was
19   a pattern of unfair hiring register, abusing authority
20   to hire unqualified persons and friends.
21     Q   Anything else?
22     A   Yeah, abuse, corruption, and cronyism.

Page 257

1      Q   Right.  But I am asking you what you were
2    referring to when you used those three terms?
3      A   Yes.
4      Q   You told me unfair hiring practices and
5    hiring unqualified persons and friends.  Anything else?
6      A   That's all I remember.
7      Q   And what do those alleged abuses and
8    corruption and cronyism have to do with you?
9      A   Because of these unfair practices, corrupt
10   practices, unqualified person was hired.
11     Q   How many unqualified persons were hired?
12     A   Since when?
13     Q   I am asking you that as this relates to you.
14   Are you saying that U Soe Thin hired unqualified
15   persons and friends and engaged in unfair hiring
16   practices with regard to you?
17     A   Two people.
18     Q   Which two?
19     A   Gi Gi Thinn, Daon Chow.
20     Q   Anybody else?
21     A   After I started, only two people.
22     Q   Mr. Chow never worked for RFA; is that

Page 258

1    correct?
2      A   Yes.
3      Q   It is correct that he never worked for RFA,
4    right?
5      A   Right.
6      Q   Do you have knowledge of any facts that U Soe
7    Thinn knew when an offer was made to Mr. Chow that
8    Mr. Chow would not clear immigration?
9      A   The time I found out?  Are you asking the
10   time?
11     Q   I am asking if you have any reason to know
12   that U Soe Thinn would know or did know that Mr. Chow
13   wouldn't clear immigration when the offer was made to
14   him?
15       MS. STEWART:  Objection.
16       THE WITNESS:  I think he would be aware of
17   it.
18       BY MR. ABRAMSON:
19     Q   And on what basis do you think he would have
20   been aware?
21     A   Because Win Pe he is a senior editor.
22   Without receiving information from U Soe Thinn, he

10 (Pages 255 to 258)

Khin Maung Than                                                                  August 24, 2006

Washington, DC

Page 259

1   would not know.
2       Q    But my question relates not to after Mr. Chow
3   had a problem with immigration but before Mr. Chow had
4   a problem with immigration.  When he was offered the
5   job, that's when the immigration started, correct?
6       A    I do not know what he was offered.
7       Q    And do you know whether the immigration
8   process began before Mr. Chow was offered the job?
9       A    I believe the process started after Khin
10  Maung Soe submitted his official resignation.
11      Q    So before even Mr. Chow was offered a job,
12  the immigration process started for him?
13      A    No.
14      Q    It was only after Mr. Chow was offered the
15  job that the immigration process started; is that
16  correct?
17          MS. STEWART:  Objection.
18          THE WITNESS:  Yes.
19          BY MR. ABRAMSON:
20      Q    Please turn to page 108.  In the
21  fifth -- fourth line down, you are referring to 2002
22  here.  It says you spoke with Burmese Service director

Page 260

1   Soe Thinn about my initiatives in June 2002, right?
2       A    Yes.
3       Q    What initiatives were you talking about?
4       A    I told him that I wanted to write on the
5   topics, and I gave him example in regards to the United
6   States -- the structure of the United States
7   Government.  And he told me to give him in writing, so
8   I wrote it and give it to him.
9       Q    And he did not approve it?
10      A    He said okay initially.
11      Q    Did he approve it?
12      A    Yes, he did.
13      Q    What are you referring to in the very next
14  sentence where you say, I did not get approval to write
15  about politics?  What are you referring to there?
16      A    I meant a few weeks later I told him I wanted
17  to write topics on science and technology, and then he
18  said okay.  And then he changed his mind.  And he said
19  to me, there are a lot of people writing on the
20  politic's issue, so that's why don't write about
21  politics, write on the issues on science and
22  technology.  That's what he said to me.

Page 261

1       Q    Now, prior to your beginning any work at
2   Radio Free Asia, you had no formal journalistic
3   training, correct?
4       A    No formal training, right.
5       Q    To what extent, if any, did you have any
6   informal journalistic training before you worked at
7   Radio Free Asia?
8       A    When I was in medical school, I took part --
9   because every year in my institute, there is annual
10  publication.  So every year I joined the publication.
11  I wrote story translations.
12      Q    In a medical journal?
13      A    No.  It is an annual publication every year.
14      Q    What kind of publication?
15      A    In Burma Medical School you have to go about
16  seven years.  So every year they published annual
17  magazine for the whole class.  So everybody can write
18  and everybody from the school can write story,
19  cartoons, translations.
20      Q    So is it a serious compilation or is it not
21  so serious, then?
22          MS. STEWART:  Objection.

Page 262

1           THE WITNESS:  I would say serious because you
2   have to first apply for the license permit.  And then
3   you have to choose who is going to do this, who is
4   going to do that, who is going to get the commercial so
5   and on -- serious.
6           BY MR. ABRAMSON:
7       Q    And you were chosen to write?
8       A    Yes.
9       Q    What did you write about?
10      A    I wrote a translations of a Burmese story to
11  English.  I wrote topics on medical findings, and I
12  even wrote, I remember, love story.
13      Q    And did the people buy this book or was it
14  just given out?
15      A    It is only for the students.  But students
16  have to pay, not free.
17          MR. ABRAMSON:  We will take a break.
18          (A recess was held.)
19          BY MR. ABRAMSON:
20      Q    Are you aware that fraud is a crime in the
21  United States?
22          MS. STEWART:  Objection.

11 (Pages 259 to 262)

Khin Maung Than

August 24, 2006

Washington, DC

Page 263

1    THE WITNESS:  Any specific fraud are you
2  referring to?
3    BY MR. ABRAMSON:
4    Q  How about immigration fraud?
5    A  I would say yes.
6    Q  What conversations did you have with Nancy
7  Shwe concerning your work at RFA?
8    A  When?
9    Q  When was that one conversation?
10    A  After the interview in 2003, I talked to
11  Nancy Shwe.  I asked her about my interview.
12    Q  Tell me the conversation.
13    A  I asked her whether I did well or not.  She
14  replied -- she said my interview was fine, well done.
15  I asked her if there is anything to be considered as a
16  weakness.  She replied no.
17    Q  Can you tell me -- well, in your letter,
18  please look at page 111 at the second full paragraph
19  that starts with Mr. Thinn has been running Burmese
20  Service like his own family business.  Do you see that
21  about the middle of the page?
22    A  Yes.

Page 264

1    Q  The second sentence says or you wrote, One
2  third of the service had been filled with his cronies;
3  is that correct?  You wrote that?
4    A  Yes.
5    Q  How did you determine that one third of the
6  service was filled with U Soe Thinn's cronies?
7    A  At the time many of the employees were either
8  friends or -- friends or friend of U Soe Thinn.  That's
9  why I wrote.
10    Q  And it was one third of the service?
11    A  I think so.
12    Q  All right.  Was that one third also
13  unqualified?
14    A  I didn't say that in the letter.
15    Q  I know.  I am asking you right now.  Were
16  they unqualified?
17    MS. STEWART:  Objection.
18    THE WITNESS:  Some of them.
19    BY MR. ABRAMSON:
20    Q  Tell me who these people are.  Who are the
21  one third of the service?  What are their names?
22    A  Tinaung Khine.

Page 265

1    Q  Spell it.
2    A  T-i-n-a-u-n-g K-h-i-n-e.  Dolly.
3    Q  Dolly, D-o-l-l-y?
4    A  Yes.  Te Ta Oo.
5    Q  Double O, okay?
6    A  Wina Oo.  Wina was the boyfriend of U Soe
7  Thinn's ex-wife.  I only remember these.
8    Q  How many people were broadcasters in the
9  Burmese Service in 2003?
10    A  I guess about 13, 14.
11    Q  All right.  So these four are the third or
12  might there be others?
13    A  These are all I can remember.
14    Q  Of those four, which ones, according to you,
15  were not qualified?
16    A  Dolly, Tinaung Khine.
17    Q  How about Mr. Oo or Oo?
18    A  They are qualified.
19    Q  So even though they had a connection with U
20  Soe Thinn they got hired and they were still qualified,
21  right?
22    A  Yes.

Page 266

1    Q  Of the remainder of the Burmese Service,
2  people that according to your knowledge did not have
3  any kind of tie with U Soe Thinn, were all of them
4  qualified in your estimation?
5    A  You ask for in my opinion.  She was not
6  qualified.
7    Q  Anybody else?
8    A  She is the only one.
9    Q  So just to be sure, the five people you have
10  just identified, are those the people that you are
11  saying are U Soe Thinn's cronies within the Burmese
12  Service?
13    A  Four people.
14    Q  Four.  Not Chi Chi Than?
15    A  Right.
16    Q  But the other four -- Tinaung Khine, Dolly,
17  and the two OO's?
18    A  I would say yes.
19    Q  Those were his cronies?
20    A  (Witness nodding.)
21    Q  And look at your letter page 114, please.  Do
22  you see the third line down, the sentence that begins

12 (Pages 263 to 266)

Khin Maung Than                                                          August 24, 2006

Washington, DC

Page 267

1    all Burmese staff.  Do you see that -- third line from
2    the top?
3        A    Yes.
4        Q    You wrote, All Burmese staff, except his
5    cronies, will tell the truth if asked under oath.  You
6    wrote that?
7        A    Yes.
8        Q    So by that sentence, are you saying that the
9    four individuals whom you identified as his cronies did
10   not tell the truth?
11       A    I can't be sure.
12       Q    You cannot be sure.  Is that what your answer
13   is?
14       A    I cannot be sure whether they are going to
15   tell the truth or not.
16       Q    Are you calling them liars right now?
17       MS. STEWART:  Objection.
18       THE WITNESS:  No.
19       BY MR. ABRAMSON:
20       Q    Are you sure that everybody else in the
21   Burmese Service would tell the truth?
22       MS. STEWART:  Objection.

Page 268

1        THE WITNESS:  I believe so.
2        BY MR. ABRAMSON:
3        Q    Do you recall a person named Min Zin?
4        A    Yes.
5        Q    Who is Min Zin?
6        A    Min Zin is a broadcaster.
7        Q    Do you know when Min Zin was hired?
8        A    I think last year.
9        Q    For what position?  Was there an opening when
10   Min Zin was hired?
11       A    A Broadcaster position.
12       Q    Is Min Zin male or female?
13       A    A male.
14       Q    To your knowledge, there was an opening at
15   the time?
16       A    Yes.
17       Q    Do you know when Min Zin was interviewed?
18       A    No.
19       Q    Do you know whether he took a test?
20       A    I don't know.
21       Q    Do you know who hired him?
22       A    I don't know.

Page 269

1        Q    Do you know who else applied?
2        A    I don't know.
3        Q    Do you know who else was interviewed?
4        A    I don't know.
5        Q    Do you consider the hiring of Min Zin part of
6    the cronyism and corruption and discrimination in the
7    Burmese Service?
8        MS. STEWART:  Objection.
9        THE WITNESS:  I don't know whether Min Zin is
10   a close friend or not.  I don't know.  I have no idea.
11       BY MR. ABRAMSON:
12       Q    So it would depend on whether or not he is a
13   close friend or not?
14       MS. STEWART:  Objection.
15       THE WITNESS:  Since I didn't know whether he
16   was a close friend or not, I have no answer.
17       BY MR. ABRAMSON:
18       Q    So I am asking you whether your determination
19   of whether he would be an example of the cronyism and
20   the discrimination and corruption in the Burmese
21   Service would depend on whether or not he was a friend
22   of U Soe Thinn?

Page 270

1        MS. STEWART:  Objection.
2        THE WITNESS:  For the specific category
3    cronyism, if he is a close friend I would say yes.
4        BY MR. ABRAMSON:
5        Q    And if not?
6        A    No.
7        Q    You refer to somebody named Dolly?
8        A    Yes.
9        Q    Was Dolly working at Radio Free Asia when you
10   were working there?
11       A    No.
12       MS. STEWART:  Objection.
13       BY MR. ABRAMSON:
14       Q    So what source do you have for anything you
15   wrote about Dolly in Exhibit 25?  So I am asking you
16   what's the source of what you wrote?  You didn't know
17   her, right?
18       A    No.
19       Q    Never met her?
20       A    No.  I got this information from Min Pe.
21       Q    And what did Min Pe tell you?
22       A    All the information I wrote in the letter he

13 (Pages 267 to 270)

Page 271

1  gave all the information.
2  Q   So is your point in this letter that U Soe
3  Thin worked with her brother-in-law and that's why she
4  got hired?
5  A   I believe so.
6  Q   And when you write that her position was kept
7  open when she went to Thailand, that's what you were
8  told. You don't know that for a fact?
9  A   Min Pe told me.
10  Q   Did you ask him how he knew?
11  A   No.
12  Q   So you didn't bother to confirm the facts.
13  You just took what he said and put it in your letter?
14  MS. STEWART:  Objection.
15  THE WITNESS:  I felt that there was no reason
16  not to believe Min Pe.
17  BY MR. ABRAMSON:
18  Q   You chose to believe him, but you did not
19  otherwise confirm the facts, correct?
20  A   Right. I have no place to confirm.
21  Q   Now, we have also talked about Tinaung Khine
22  several times. Did you ever meet him?

Page 272

1  A   After I started as a part-time.
2  Q   Where did you learn -- you wrote in your
3  letter that Mr. Khine's wife was a close friend of U
4  Soe Thinn's sister?
5  A   If I remember correctly, I learned from
6  during the conversation when I was in one of the
7  religious function or religious festival. I don't
8  remember.
9  Q   You remember writing that. You heard that,
10  right?
11  A   Yes.
12  Q   Do you remember who you heard it from?
13  A   I assumed that I learned from Min Pe.
14  Q   And the reason you point him out in your
15  letter is because he was hired because he had this
16  relationship with U Soe Thinn, right?
17  MS. STEWART:  Objection.
18  THE WITNESS:  Yes.
19  BY MR. ABRAMSON:
20  Q   I am showing you Exhibit 23. You identified
21  that as your letter yesterday, do you remember?
22  A   Yes.

Page 273

1  Q   Please turn to page -- do you see at the
2  bottom right where it says Than 26. Turn to Than 28.
3  The fourth paragraph down it starts with the words, I
4  strongly believed.
5  A   Yes.
6  Q   You wrote, I strongly believed that I was
7  terminated from part-time broadcaster position in
8  retaliation for filing a complaint with the EEOC,
9  correct?
10  A   Yes.
11  Q   Is that your contention today?
12  A   Yes.
13  Q   Do you contend today that you were retaliated
14  against for any other reason?
15  MS. STEWART:  Objection.
16  THE WITNESS:  I was retaliated only for that
17  filing complaint with EEOC.
18  (Exhibit No. 26, marked for identification.)
19  BY MR. ABRAMSON:
20  Q   Take a look at what has been marked as
21  Exhibit 26. Is this a letter that you wrote?
22  A   Yes.

Page 274

1  Q   To the president of Radio Free Asia?
2  A   Yes.
3  Q   You wrote it in November 2000?
4  A   Yes.
5  Q   That was before you became employed at Radio
6  Free Asia, correct?
7  A   Correct.
8  Q   And so turn to page 52. Back up to 51.
9  Let's start at the bottom of the page, paragraph that's
10  numbered three. Do you see that?
11  A   Yes.
12  Q   So why don't you read the first three lines
13  because I am going to ask you a question about
14  something on the second line. So just read the
15  paragraph to yourself right now?
16  A   The top paragraph?
17  Q   The third paragraph, just read it to
18  yourself.
19  A   I was --
20  Q   No, no. You don't have to read it out loud.
21  You say you were lied to deliberately. Who lied to
22  you?

Khin Maung Than                                                    August 24, 2006

Washington, DC

Page 275

1      A    Cindy Kim.
2      Q    And then next you say you were dishonestly
3  left out.  Who was dishonest?
4      A    I would say HR staff, some HR staff.
5      Q    Which HR staff?
6      A    Radio Free Asia HR.
7      Q    And you say you were unfairly discriminated?
8      A    Yes.
9      Q    What discrimination are you referring to
10 there?
11         MS. STEWART:  Objection.
12         THE WITNESS:  Since I am not a lawyer, I
13 consider discrimination as if you are not given a fair
14 chance.  I consider that discrimination.
15         BY MR. ABRAMSON:
16     Q    You are not talking about any legal term,
17 then, so far as you know?
18     A    At that time, no.
19     Q    Then you say your information is a 100
20 percent positive?
21     A    Yes.
22     Q    Did you -- strike that.  Then you talk about

Page 276

1  you didn't know there was a vacancy, and they promised
2  something.  And then the next page it became clear to
3  you that the director of Burmese Service arranged for
4  his friend to take the vacant position with the
5  collaboration of corrupt Human Resource staff.  What
6  collaboration are you talking about there?
7      A    When I talked to -- when I returned the call
8  from Cindy Kim, she replied that they did not have the
9  recent hire.  She trying to cover or she trying to hide
10 the fact that they recently hired.  So for me, I didn't
11 see any reason to cover service director and recent
12 hire.  That's why I use there must be something going
13 on between HR staff and service director.
14     Q    You think there was bribery involved?
15     A    I cannot say.  I didn't know.
16     Q    Did you write that you didn't know if there
17 was bribery going on?
18         MS. STEWART:  Objection.
19         BY MR. ABRAMSON:
20     Q    You wrote that, right?  You said, I don't
21 know if bribery is between them.  Do you see that?  It
22 is in the second line, page three.

Page 277

1      A    Right.
2      Q    Were you making an accusation of bribery
3  there?
4      A    No.
5      Q    Why would include the term bribery there if
6  you weren't making an accusation?
7      A    I am not sure, but I have some suspicions at
8  time.
9      Q    Based on what?
10     A    Based on the conversation between me and
11 Cindy Kim.
12     Q    But today as you stand here, do you have any
13 proof that there was any bribery going on?
14         MS. STEWART:  Objection.
15         THE WITNESS:  Until today I do not have.
16         BY MR. ABRAMSON:
17     Q    And in the ninth line down --
18     A    Yeah.
19     Q    -- you use the word cronyism, the third word
20 in?
21     A    Yes.
22     Q    That's the same kind of cronyism that we have

Page 278

1  been talking about this morning or this afternoon?
2      A    Yes.
3      Q    Do you remember in early 2004 your wrote a
4  letter to the Inspector General?
5      A    Of what?
6      Q    The Broadcasting Board of Governors.
7      A    In 2004?
8      Q    Four.
9      A    Yes.
10        (Exhibit No. 27, marked for identification.)
11        BY MR. ABRAMSON:
12     Q    I am going to ask you to identify Exhibit
13 27.  Is that the letter that you wrote?
14     A    Yes.
15     Q    What response, if any, did you receive?
16     A    I did not receive the response from that
17 Inspector General.
18     Q    Do you have any knowledge that the Inspector
19 General communicated in any way with RFA?
20     A    No.
21     Q    In your letter you referred to -- the fifth
22 name down -- to name a few, you talk about hiring

15 (Pages 275 to 278)

Khin Maung Than                                                                                                August 24, 2006

Washington, DC

Page 279

1  unqualified persons.  Do you see that?
2      A   Yeah.
3      Q   And you talk about retaliating against those
4  who speak out.  What were you referring to there?
5      A   Which one?
6      Q   Those who speak out.  Who are those who speak
7  out that you were referring to?
8      A   For example, Khin Maung Soe.  He was not on
9  good term with service director for many years.  He was
10  not sent for the Bangkok rotation for many years.
11  Since he is not -- he stood up at the meetings.  He
12  spoke up what he believed.  He was not sent to the
13  Bangkok rotation.
14      Q   Is this the same Bangkok rotation that we
15  talked about an hour ago?
16      A   No.
17      Q   Different one?
18      A   Yeah.
19      Q   So there was retaliation against him?  That's
20  what you are referring to?
21      A   This is just one example.
22      Q   Okay.  Tell me another example.

Page 280

1      A   Sein Kyaw Hlaing.
2      Q   What about him?  How was he retaliated
3  against?
4      A   I don't remember.
5      Q   Any other examples of who was retaliated
6  against for speaking out?
7      A   Some of the six employees who wrote in the
8  past to the president.  Some of them were retaliated
9  for writing that letter to the president.
10      Q   And the basis of your knowledge of that, how
11  they felt, is what they told you?
12      A   Yes.
13      Q   Anything else?
14      A   I don't remember.
15      Q   And the other reference of trying to hire a
16  foreigner, that's Mr. Chow?
17      A   Yes.
18      Q   Do you remember you also wrote to the
19  chairman of the Board of Broadcasting Governors?
20      A   Yes.
21      Q   In 2004?
22      A   Yes.

Page 281

1          (Exhibit No. 28, marked for identification.)
2      BY MR. ABRAMSON:
3      Q   Do you see 28?
4      A   Yes.
5      Q   This is your letter?
6      A   Yes.
7      Q   And this is the same letter that you wrote to
8  the IG, correct?
9      A   Yes.
10      Q   Did you get a response from the BBG?
11      A   Yes.
12      Q   What was the response, if you remember?
13      A   In the letter, if I remember everything, that
14  the chairman said he follow-up my complaint, and the
15  hiring process was, according to him, satisfactory.
16      Q   Anything else?
17      A   He thanked me for doing and contributing to
18  the Burmese Service.
19      Q   Anything else that you can remember?
20      A   That's all I remember.
21      Q   And you also wrote a letter to Libby Liu in
22  2004 L-i-u?

Page 282

1      A   In 2004?
2      Q   2004.
3      A   Yes.
4      Q   What was the purpose of your writing that
5  letter to Libby Liu in 2004?
6      A   I wanted her to be aware of what is happening
7  in the Burmese Service.
8      Q   Any other purpose?
9      A   I think that's all that I intended.
10      Q   When you wrote the letter, do you remember
11  you wrote it very late in 2004?
12      A   Very late in 2004?
13      Q   Right, like December 31, 2004?
14      A   I don't remember.
15      (Exhibit No. 29, marked for identification.)
16      BY MR. ABRAMSON:
17      Q   Is that the letter you wrote to Libby Liu?
18      A   Yes.
19      Q   All right.  In your letter, in the second
20  sentence you say, I have witnessed and suffered
21  retribution, abuses, gross mismanagement,
22  discrimination, and cronyism.  Do you see that?

16 (Pages 279 to 282)

Khin Maung Than                                                    August 24, 2006

Washington, DC

Page 283

1    A    Yes.
2    Q    What did you mean by retribution?
3    A    I was terminated for filing complaint with
4    the EEOC.
5    Q    Anything else?
6    A    I was not allowed to come in to work on my
7    weekly feature.
8    Q    Anything else?
9    A    That's all.
10   Q    And the other terms -- abuses, gross
11   mismanagement, discrimination and cronyism -- those
12   were terms you used in your previous letters, correct?
13   A    Yes.
14   Q    And they had the same meaning in this letter
15   as they had in the previous letters?
16   A    I would say yes.
17   Q    And you wrote this, this is after --
18   certainly after your voice contract had not been
19   renewed, correct?
20   A    Correct.
21   Q    When you went to the EEOC, you filed two
22   charges with the EEOC?

Page 284

1    A    Yes.
2    Q    Did you have any help filing those charges?
3    A    Did I get any help?
4    Q    Yeah.
5    A    Is it from the advice from Bread from the
6    City?  No.
7    Q    And Bread for the City told you to go file
8    the charge?
9    A    Yes.
10   Q    Was that the first charge you filed or the
11   second charge you filed?
12   A    Both charges.
13   Q    So you went to Bread for the City twice?
14   A    More than twice.
15   Q    Oh, you did.  Tell me the dates you went
16   there.
17   A    The first time is around March 2004.  I was
18   told to go see EEOC.
19   Q    What else did they tell you?
20   A    Bread for the City?
21   Q    Uh-huh.
22   A    That's all.

Page 285

1    Q    And when was the next time you went?
2    A    I think after I received a right-to-sue
3    letter from EEOC.
4    Q    Okay.  When was the next time?
5    A    After I filed a suit at D.C. Superior Court.
6    Q    When was the next time?
7    A    After I went there -- after I received a
8    right to suit -- after I filed a complaint with D.C.
9    Superior Court, I went there about two times.
10   Q    What did you do those other two times when
11   you went there?
12   A    After I filed with the D.C. Superior Court, I
13   went there to get legal representation.
14   Q    Did they provide you legal representation?
15   A    They gave me the numbers to call.
16   Q    And whose numbers did they give you?
17   A    I don't remember.  They gave me a long list.
18   Q    Did you call them all?
19   A    I called the law offices in Washington, D.C.
20   Q    Is that how you got Arnold & Porter as your
21   representative through those calls?
22   A    No.

Page 286

1    Q    So you didn't get any representation through
2    making those calls, correct?
3    A    I received it but I cannot afford.
4    Q    All right.  When you went to see them after
5    you got your right-to-sue letter, what did they tell
6    you?
7    A    Which right-to-sue letter?  Which one, first
8    one or second one?
9    Q    You told me that you went to see them after
10   you got a right-to-sue letter?
11   A    Yes.
12   Q    What did they tell you when you went there?
13   A    They told me I go back to EEOC to file second
14   charge for the retaliation, so I did.
15   Q    What else did they tell you?
16   A    And then I was told to get a lawyer.
17   Q    Did they tell you anything else?
18   A    That's all.
19   Q    And what did they tell you after you filed
20   your Superior Court filing?
21   A    They gave me the telephone numbers of the law
22   offices.

17 (Pages 283 to 286)

Khin Maung Than                                                                    August 24, 2006

Washington, DC

---

Page 287

1     Q    You don't remember the name of anybody that
2  you spoke to at Bread for the City?
3     A    No.
4     Q    In your complaint you say that you suffered
5  humiliation.  Do you recall that?
6     A    Yes.
7     Q    What humiliation have you suffered?
8     A    After Chi Chi Than got the position, I
9  continued to work.  So I saw the employees, and they
10  asked me and they told me.  And they -- I felt like
11  they are -- some of them may look down on me because I
12  did not get the job and that I was not given the
13  position even though I was there for a few years.  So
14  the way I was treated, I felt humiliated.
15     Q    Anything else where you felt humiliated?
16     A    And when you went to the social gathering or
17  religious functions, many people knew that I did not
18  get the position.  So I felt very humiliated among the
19  Burmese community.
20     Q    To your knowledge, how did these other people
21  know you didn't get the position?
22          MS. STEWART:  Objection.

---

Page 288

1          THE WITNESS:  Because many Burmese Service
2  employees live in Maryland.  They are very -- they talk
3  to each other, not always, but they talk to each
4  other.  They knew what happened.
5          BY MR. ABRAMSON:
6     Q    Any other ways you felt humiliated?
7     A    Seeing someone who cannot do the job as a
8  full-time employee in the services is a humiliation for
9  me.
10     Q    Who did see who couldn't do the job?
11     A    Chi Chi Than.
12     Q    Did you observe her doing the job?
13     A    I did not particularly observe her.  But
14  since I have to work with her together, I found out
15  what she did and what she cannot do.
16     Q    What do you know personally, based on your
17  own observation, about how she did her job?
18     A    She cannot do the translation.
19     Q    You know that personally?
20     A    Yes.
21     Q    How many times did you see her not do a
22  translation properly?

---

Page 289

1     A    About three times.
2     Q    Tell me about each of those times.
3     A    The one I remember is the original news
4  English said "cautiously welcome."  She translated into
5  Burmese cautioned and welcomed.  That's totally
6  different.
7     Q    So she used an e-d at the end of the word?
8     A    No.  She separate cautiously welcome into
9  cautioned and welcomed.  So it is totally different.
10  It has totally different meaning.
11     Q    Anything else?
12     A    I don't remember.
13     Q    How much time did you spend with Chi Chi Than
14  looking at her work?
15     A    I did not look at her work.  When you do the
16  air show broadcast, you sit next to each other.  You
17  hear what she is saying.
18     Q    Was there not -- well, do you know?  I mean,
19  she works like the other broadcasters, right?  She
20  would write something, but a senior editor would review
21  what she wrote before she broadcast it, correct?
22          MS. STEWART:  Objection.

---

Page 290

1          THE WITNESS:  No.
2          BY MR. ABRAMSON:
3     Q    She works without a senior broadcaster?
4     A    I want to explain.  When you do the news
5  pieces, you don't have to show -- you don't have to
6  show your translation to the editor before being
7  broadcast because there is a time limit.  So if editor
8  doesn't trust you, she or he will come and check what
9  you translated.  Otherwise, everybody is busy for the
10  show.  So there is no strict guideline to edit or do
11  check for the accuracy.  So for the news pieces there
12  is no usual pattern of checking the translation.
13     Q    Did you ever sit next to someone else in the
14  broadcast booth when they were reading their
15  translations and observe that maybe they didn't
16  translate something a 100 percent accurately as well?
17     A    As far as I remember, no mistranslation.
18     Q    That you observed, correct?
19     A    Right.
20     Q    Do you know for a fact that every other
21  broadcaster besides Chi Chi Than translates a 100
22  percent accurately all the time?

---

18 (Pages 287 to 290)

Khin Maung Than                                                                    August 24, 2006

Washington, DC

Page 291

1      MS. STEWART:  Objection.
2      THE WITNESS:  Because I used to pair with
3  another news reader, so I have experience with all
4  other broadcaster.  So based on the experience I had to
5  do together, none of them, except Chi Chi Than, made
6  these kind of mistakes.
7      BY MR. ABRAMSON:
8    Q   How about any kind of mistake?
9      MS. STEWART:  Objection.
10     THE WITNESS:  Some of them they may
11  mispronounce the name.
12     BY MR. ABRAMSON:
13    Q   How about grammatical mistakes?
14    A   As far as I remember, no.
15    Q   Do you make grammatical mistakes when you
16  write in English?
17    A   I do not have to write in English.
18    Q   I am asking you now.  Do you make grammatical
19  mistakes when you write in English?
20    A   Are you referring to the letters I wrote?
21    Q   Yes.
22    A   I don't remember.

Page 292

1    Q   Would you know if you made a grammatical
2  mistake in your letters?
3    A   Would I know?
4    Q   Would you know?
5      MS. STEWART:  Objection.
6      THE WITNESS:  I think so.
7      BY MR. ABRAMSON:
8    Q   So as you sit here today, do you know if
9  there is any grammatical mistakes in the letters that
10  you wrote that are exhibits in this case?
11    A   Since I didn't check thoroughly, I can't say
12  yes or no.
13    Q   Have you observed every other employee in the
14  Burmese Service in terms of their translation?  Is it
15  your testimony today that you have never seen them make
16  any kind of error in translation?
17    A   Except --
18    Q   Yes or no?
19    A   No.
20    Q   You have never seen anybody make an error in
21  translation other than Chi Chi Than?
22    A   Yes, during the time I was there.

Page 293

1    Q   You also say you suffered depression.
2    A   Yes.
3    Q   What describe the depression?
4    A   When I found out I was not chosen, I was
5  very -- I felt very down, very depressed.  I could not
6  sleep.  I could not -- I don't want to go out and see
7  the people in Burmese community.  I had to take
8  sleeping pills since I cannot sleep.  Sometime I woke
9  up early.  And I lost weight.
10    Q   Sometimes that's a good thing.  Any other
11  way?
12    A   I fought with my girlfriend.
13    Q   But you are still together with your
14  girlfriend now?
15    A   Yes.
16    Q   She is supportive of you?
17      MS. STEWART:  Objection.
18      THE WITNESS:  Yes.
19      BY MR. ABRAMSON:
20    Q   You still taking sleeping pills?
21    A   Occasionally.
22    Q   How often?

Page 294

1    A   About twice a week.
2    Q   Are they over the counter or prescription?
3    A   Over the counter.
4    Q   What kind?
5    A   I took Melantonin, sometimes Tylenol PM.
6    Q   For how long did you not go out among the
7  Burmese community?
8    A   Since then even though -- although I go out,
9  it is less frequent since I was not hired.
10    Q   So how frequently did you go before you were
11  not hired?
12    A   Every time -- almost every time they have
13  functions or religious festival.
14    Q   The religious festivals are once a month,
15  right?
16    A   No, not like that.
17    Q   How often?
18    A   Because religious festival they don't have in
19  the one place.  We have three Burmese monastery.  So
20  this week maybe at this monastery, maybe next two week
21  at another monastery.  So we cannot say that it's every
22  month or every week or you cannot say.  It's up to the

19 (Pages 291 to 294)

Khin Maung Than                                                    August 24, 2006

Washington, DC

Page 295

1    monastery.  They do whenever they want to do.
2        Q    And how less frequently did you go after you
3    didn't get hired?
4            MS. STEWART:  Objection.
5            THE WITNESS:  Right now I avoid to go there.
6        BY MR. ABRAMSON:
7        Q    When was the last time you went to any
8    religious festival in the Burmese community?
9        A    Last year.
10       Q    What month?
11       A    I think in the summer.  I don't remember.
12       Q    You also said you have anxiety.  Describe
13   what you mean by that.
14       A    Because of the anxiety, I woke up early and I
15   cannot fall back to sleep.  I was awake.
16       Q    Anything else?
17       A    And whenever I get anxious, I check my blood
18   pressure.  It is a little bit elevated.
19       Q    How often do you check your blood pressure?
20       A    Whenever I felt uneasy or I felt giddy.
21       Q    The question is how often?
22       A    About every two weeks.

Page 296

1        Q    Have you seen a doctor for your blood
2    pressure?
3        A    No.
4        Q    Have you seen a doctor for any of your
5    symptoms?
6            MS. STEWART:  Objection.
7            THE WITNESS:  For this particular symptoms?
8        BY MR. ABRAMSON:
9        Q    For any of the symptoms.  For humiliation or
10   depression or anxiety.  Have you seen a doctor for any
11   of those?
12       A    No.
13       Q    Have you seen anybody in the health
14   profession?
15       A    No.
16       Q    Have you seen anybody else?
17           MS. STEWART:  Objection.
18           THE WITNESS:  No.
19       BY MR. ABRAMSON:
20       Q    Have you discussed your humiliation or
21   depression or anxiety with any other person?
22       A    Yeah.  I talked to my girlfriend.

Page 297

1        Q    Anyone besides your girlfriend?
2        A    Yeah.  I talk to editor -- one editor.
3        Q    Who is that?
4        A    Kim Oni.
5        Q    Anyone else?
6        A    I came to Pe Ty Oo.
7        Q    Anyone else?
8        A    I talk to Kyawcaw Nyunt.
9        Q    Anyone else?
10       A    That's all I remember.
11       Q    When did you talk to Mr. Nyunt?
12       A    After she got hired, but I don't remember
13   exact time.
14       Q    How many times?
15       A    Just one time.
16       Q    How about Mr. Oo?  How many times did you
17   speak to him about humiliation, depression, anxiety,
18   lack of self-esteem?
19       A    Just one time.
20       Q    Depression, whatever.  When was that?
21       A    Around that time after she got hired.
22       Q    All right.  And Mr. Nyunt?  One time with him

Page 298

1    only?
2        A    I think so.
3        Q    Around the same time?
4        A    Yeah.
5        Q    You also say you have lack of self-esteem.
6    Is that any different from what you describe as your
7    humiliation or depression or anxiety or problems
8    sleeping?
9        A    It is more than that because you waited for
10   so long for this position.  You are trying very hard.
11   You are trying to land to be able to do better.  And
12   when you found out someone with less qualification and
13   you also see what she can not do and you lost your
14   self-esteem.  You felt like you are nothing.  All you
15   try was few time fruitless, so you lost your
16   self-esteem.
17       Q    Anything else?  Any other manifestation of
18   your loss of self-esteem?
19       A    I don't want to go to religious function or
20   social gathering as frequently as before.  I try to
21   avoid people.  I started to trying to avoid people from
22   seeing.

20 (Pages 295 to 298)

Khin Maung Than                                                          August 24, 2006

Washington, DC

Page 299

1    Q    Does your girlfriend work?
2    A    Yes.
3    Q    Where does she work?
4    A    Potomac College.
5    Q    You also say -- well, you lost confidence in
6    your ability to work confidently?
7    A    Since I lost my self-esteem.
8    Q    That's the same.  And that's the same as what
9    you have just described?
10   A    I don't understand.
11   Q    Is your lack of self-esteem and your lost
12   confidence and your ability to work effectively --
13   A    They relates to each other.
14   Q    So about the same thing?
15   A    Almost.
16   Q    What severe emotional distress have you
17   suffered other than what you have already told me?
18   A    I try and avoid people from seeing.  I don't
19   want to go to social gathering.  I cannot sleep.  I
20   wake up early.  I argue with my girlfriend.  I change
21   my --
22   Q    Change your what?

Page 300

1    A    I change my -- how will I say?  I change the
2    way I live -- I used to live before.
3    Q    How?
4    A    I don't want to see people.  I cannot sleep.
5    I try to avoid people.  I don't want to go out.  I
6    cannot sleep.
7    Q    And is it correct to say you are not on any
8    medications for any of these symptoms you have
9    described?
10   A    I took over-the-counter medication.
11   Q    Which?
12   A    Like Melatonin.
13   Q    Just for sleeping?
14   A    Yeah.  I took vitamins because I didn't feel
15   well.  So since I couldn't sleep, I couldn't eat like
16   before.  I took multivitamins.
17   Q    Anything else?
18   A    That's all.
19   Q    How much do you weigh now?
20   A    About 180.
21   Q    How much did you weigh a year ago?
22   A    About 200.

Page 301

1    Q    And how much did you weigh in 2004?
2    A    What time?
3    Q    Well, what's the range of your weigh during
4    2004 between January and December?
5    A    Maybe about around 200.
6    Q    And 2003?
7    A    Around that.
8    Q    1997?
9    A    About 160 or 170.  I can't remember.  I am
10   not sure.
11   Q    How about in 1998?
12   A    I don't remember.
13   Q    '99?
14   A    No.
15   Q    2000?
16   A    I don't remember exactly.
17   Q    2001?
18   A    I think maybe around 170.  I am not sure
19   because I didn't write it down -- my weight.
20   Q    How tall are you?
21   A    Six.
22   Q    What relief are you seeking in this case?

Page 302

1    What are you looking to get?
2        MS. STEWART:  Objection.
3        THE WITNESS:  Are you asking me my
4    financially?
5        BY MR. ABRAMSON:
6    Q    Financially.  First, we will take
7    financially.
8        MS. STEWART:  Objection.
9        THE WITNESS:  First, I will ask for the lost
10   wages.
11       BY MR. ABRAMSON:
12   Q    Lost wages for what?
13   A    For not being hired.
14   Q    When?
15   A    2003.
16   Q    Okay.  What else?
17   A    And compensation for my emotional distress,
18   my legal expenses.
19   Q    Are you paying Arnold & Porter?
20   A    Not right now.
21   Q    Do you have an agreement with Arnold & Porter
22   to pay them?

21 (Pages 299 to 302)

Khin Maung Than

August 24, 2006

Washington, DC

Page 303

1    MS. STEWART:  Objection.
2    THE WITNESS:  I have agreement.
3    BY MR. ABRAMSON:
4    Q   To what?
5    A   That they are going to represent me.
6    Q   And anything else?
7    MS. STEWART:  Objection.
8    THE WITNESS:  I don't remember the proper
9    wordings.  But essentially they said Arnold & Porter is
10   going to represent me in my case.
11   BY MR. ABRAMSON:
12   Q   Any other damages you are seeking?
13   MS. STEWART:  Objection.
14   THE WITNESS:  My sufferings.  All my
15   sufferings.  For all my sufferings.
16   BY MR. ABRAMSON:
17   Q   I would like you to give me a list as best as
18   you can now of all the people that sitting here today
19   you will say have knowledge of facts that pertain to
20   the claims you are making?
21   A   Including my lawyers?
22   Q   Not including your lawyers.

Page 304

1    A   Okay.
2    Q   Yeah.  I will make it easier.  You mentioned
3    a lot of people today -- I mean yesterday and today.
4    Other than the people that you have already mentioned,
5    are there any other people who might have knowledge of
6    facts that relate to your case and the claims you are
7    making?
8    MS. STEWART:  Objection.
9    THE WITNESS:  Excluding all the people I
10   mentioned yesterday and today?
11   BY MR. ABRAMSON:
12   Q   Just to make it easier today.
13   A   To include any other people?
14   Q   Right.
15   A   Who has the knowledge of my case?
16   Q   Right.  Any facts about your case.
17   A   What about EEOC?
18   Q   No.  You don't have to talk about the EEOC.
19   A   I talked to Libby Liu, too, so you can
20   include Libby Liu.
21   Q   All right.  Who else?
22   A   That's all.

Page 305

1    Q   What did you talk to Libby Liu about?
2    A   I called her whether she receive my letter.
3    Q   Anything else?
4    A   Libby Liu is the only person I would like to
5    include.
6    Q   Okay.  And you talked to her only once,
7    right?
8    A   Let me think.  Yes.
9    MR. ABRAMSON:  Okay.  We are going to take a
10   little break.
11   (A recess was held.)
12   MR. ABRAMSON:  Okay.  I have no further
13   questions.
14   THE WITNESS:  Thank you.  Thank you so much.
15   (At 2:49 p.m., the deposition was concluded.)
16
17
18
19
20
21
22

Page 306

1    AFFIDAVIT OF DEPONENT
2
3    I have read the foregoing deposition, which
4    contains a correct transcription of the answers given
5    by me to the questions therein recorded, except as to
6    errors which may be indicated on any attached errata
7    sheet.
8
9    _____
     KHIN MAUNG THAN
10
11   Subscribed and sworn to before me this _____
12   day of_____, 20___, in _____.
13
14   Notary Public
15
16
17   My Commission Expires:
18   _____, 20____
19
20
21
22

22 (Pages 303 to 306)