# Exhibit 6

8239.Anderson Drive
Fairfax,VA.22031

Director

Human Resources

Radio Free Asia

2025.M.Street, NW

Washington D C 20036

Job Title: International Broadcaster ( Burmese )

Date: 7/ 25 / 2003

Dear Sir / Madam ,

Since I have both journalism background and broadcasting experiences as mentioned in my resume, I would like to apply for a position as an international radio broadcaster (Burmese ) in the Radio Free Asia.

Currently, I have been working at the Burmese service of Radio Free Asia as a part-time radio broadcaster and as an editorial consultant ( Science and Technology ) since 2002. Moreover, I have digital recording experiences and computer skills. I have been working as an interpreter for U.S government too. In addition, I am a medical doctor by training.

Therefore, journalism background, combined with broadcasting experiences and digital recording skills , fluency in English and medical expertise will enable me to work efficiently for Radio Free Asia as an international broadcaster in the Burmese service.

My resume is attached for your kind perusal. I would be grateful if you could kindly process my application.

I am looking forward to hearing from you soon.

Sincerely yours,

*Maung.*

Khin Maung Than ( Maung Maung )

Than39

# *CURRICULUM   VITAE*

| | |
|---|---|
| Name | : Khin Maung Than |
| Preferred Nickname | : Maung Maung |
| Sex | : Male |
| Nationality | : Burmese |
| Current Address | : 8239.Anderson Drive, Fairfax, VA.22031 |
| Phone | : 571-331-7271 |
| | 703-560-7272 ( To leave message ) |
| E-mail Address | : maungatus@yahoo.com |
| Education | : Medical Doctor ( M.B,B.S; Bachelor of Medicine & Bachelor of Surgery ). Graduated from the Institute of Medicine -1, Rangoon, Burma in 1988. |
| Journalism Experiences | : From 1984 t0 1988 |

Contributing editor of the Institute of Medicine-1 students' magazine ; writing articles and editing stories and articles for the magazine

From 1990 to 1994

Contributor of translated articles to the Burmese Health magazine. Health educator giving health education classes at high schools and libraries in suburbs of Rangoon, Burma.

From 1995 to 2002

Contributor of articles translated from magazines and newspapers published in the United States.

Than40

| | |
|---|---|
| Broadcasting Experiences | : <u>From 1986 to 1987</u><br>Local talent music band at Burmese Broadcasting Service in Burma<br><u>From May 2002 to present</u><br>Part-time radio broadcaster at the Burmese Service of **Radio Free Asia** in Washington D C<br><br>Write, broadcast and produce weekly features on Science and Technology as an editorial consultant to Burmese service of R.F.A |
| Digital Recording Experiences | : Production of programs using **Orban Audicy** and **Broadcast Electronics** systems<br>**Cool Edit** recording software savvy |
| P.C skills | : Windows 98 and XP knowledgeable |
| Burmese Typing | : (++) |
| Expertise | : Medical field, science and technology |
| Special Interests | : Politics (international, U.S, Burmese) and social culture |
| Achievement | : Science & Technology feature was recognized as one of the R.F.A's best non-current affairs programs in audience survey (2003) |
| Interpretation Experience | : U.S government (Department of Homeland Security)- approved Burmese interpreter since February, 2003 |
| References | : 1. U Win Pe, senior editor, Burmese service, R.F.A<br>202-530-4986<br>2. U Kyaw Zaw Nyunt, broadcaster, Burmese service, V.O.A<br>202-619-1428<br>3. U Thein Htike Oo, broadcaster, Burmese service, R.F.A<br>202-530-4984 |
| Work Availability | : within two weeks |

Than41