# Exhibit 7

Nyein Shwe

November 9, 2006

Washington, DC

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLUMBIA

3     - - - - - - - - - - - - - - -x

4     KHIN MAUNG THAN,              :

5              Plaintiff,           :

6     v.                           : CASE NO. 1:05-CV-01042

7     RADIO FREE ASIA              :     (RMU)

8              Defendant.           :

9     - - - - - - - - - - - - - - -x

10                DEPOSITION OF NYEIN SHWE

11                   Washington, D.C.

12              Thursday, November 9, 2006

13

14         Deposition of NYEIN SHWE, called for

15     examination pursuant to agreement of counsel, on

16     Thursday, November 9, 2006, in Washington, D.C., at

17     the Offices of Arnold & Porter LLP in Conference Room

18     750A, at 10:30 a.m., before FRANK A. SMONSKEY, CM, a

19     Court Reporter and a Notary Public within and for the

20     District of Columbia, when were present on behalf of

21     the respective parties:

22

Nyein Shwe

November 9, 2006

Washington, DC

---

Page 2

```
 1   APPEARANCES:
 2         DAVID E. KOUBA, ESQ.
 3         Arnold & Porter, LLP
 4         555 Twelfth Street, N.W.
 5         Washington, D.C. 20004-1206
 6         202-942-5626
 7         David_Kouba@aporter.com
 8         On behalf of Plaintiff
 9
10
11         GIL A. ABRAMSON, ESQ.
12         OLABISI LADEJI OKUBADEJO, ESQ.
13         Hogan & Hartson
14         111 South Calvert Street, Suite 1600
15         Baltimore, MD 21202
16         410-659-2700
17         gaabramson@hhlaw.com
18         On behalf of Defendant
19
20
21   ALSO PRESENT: KHIN MAUNG THAN, Plaintiff
22         NORMAN E. THOMPSON, Radio Free Asia
```

Page 3

```
 1             C O N T E N T S
 2
 3   WITNESS                    EXAMINATION
 4   NYEIN SHWE
 5     by Counsel for Plaintiff, Mr. Kouba      4, 98
 6     by Counsel for Defendant, Mr. Abramson    101
 7
 8
 9
10
11
12             E X H I B I T S
13
14   EXHIBIT NUMBER              IDENTIFIED
15
16   No. 1 - InterMedia, Science & Technology 18/01/03  34
17   No. 2 - RFA: Job Announcement           64
18   No. 3 - Job Application Materials       77
19
20
21
22
```

Page 4

```
 1             P R O C E E D I N G S
 2   Whereupon,
 3             NYEIN SHWE
 4   was called as a witness and, having first been duly
 5   sworn, was examined and testified as follows:
 6        EXAMINATION BY COUNSEL FOR PLAINTIFF
 7             BY MR. KOUBA:
 8     Q   Good morning.  Would you please state your
 9   full name for the record?
10     A   Nyein Shwe.
11     Q   Ms. Shwe, my name is David Kouba.  I am one
12   of the lawyers representing Khin Maung Than in his
13   lawsuit against Radio Free Asia.  During the
14   deposition today I will be referring to Khin Maung
15   Than by his nickname Maung Maung.
16         Do you understand that?
17     A   Yes.
18     Q   Ms. Shwe, have you ever been deposed
19   before?
20     A   No.
21     Q   Have you ever given any testimony in a
22   court proceeding before?
```

Page 5

```
 1     A   No.
 2     Q   I just want to explain a few of the ground
 3   rules for depositions.  I know the court reporter
 4   explained some of these to you two minutes ago.  So
 5   they are probably pretty familiar to you.
 6         You do understand that you are under oath
 7   and have an obligation to tell the truth today?
 8     A   Yes.
 9     Q   It's the same obligation as though you were
10   in a court.
11     A   Yes.
12     Q   You also need to answer verbally instead of
13   shaking or nodding your head.
14         Do you understand that?
15     A   Yes.
16     Q   If you don't understand a question, please
17   let me know and I will try to rephrase it in a way
18   you understand.
19     A   Yes.
20     Q   This is by no means an endurance test.  So
21   if you need a break at any time, please let me know.
22   Do you understand that?
```

2 (Pages 2 to 5)

Nyein Shwe                                                          November 9, 2006

Washington, DC

Page 6

1    A    Yes.
2    Q    Did you do anything to prepare for this
3  deposition?
4    A    No.
5    Q    Did you discuss this deposition with
6  anyone?
7    A    With my attorney.
8    Q    Other than your attorneys?  And I am not
9  interested in anything you said to your attorneys or
10  they said to you.
11    A    No.
12    Q    You didn't discuss it?
13    A    No.
14    Q    Did you review any documents?
15    A    No.
16    Q    What is your current address?
17    A    Address?  Work address or home address?
18    Q    Home address.
19    A    9105 Round Leaf Shwe, Gaithersburg,
20  Maryland 20879.
21    Q    How long have you lived there?
22    A    More than ten years.

Page 7

1    Q    Are you currently employed by Radio Free
2  Asia?
3    A    Yes.
4    Q    When did you begin working at Radio Free
5  Asia?
6    A    1986, I think.
7    Q    What is your current position at Radio Free
8  Asia?
9    A    Deputy director of Burmese Service.
10    Q    How long have you been in that position?
11    A    Maybe for six years.
12    Q    So you became the deputy director of the
13  Burmese Service in either 1999 or 2000?
14    A    And that time, I think.
15    Q    What are your responsibilities as deputy
16  director for the Burmese Service?
17    A    To help out the director in drawing the
18  schedule and drawing the staff schedule and what
19  programs to do with programming.
20    Q    How many hours do you work per week?
21    A    Well, officially 40.  We do work more than
22  that.

Page 8

1    Q    So on average between 40 and 50 hours a
2  week.
3    A    (No verbal response.)
4    Q    As deputy director for the Burmese Service,
5  do you have any input into who the Burmese Service
6  hires?
7    A    Yes, lately, starting from 2003.  Before
8  that, no.
9    Q    I don't think I understood that
10  completely.  Beginning in 2003 you had that
11  responsibility?
12    A    Yes.
13    Q    Could you describe what input you have into
14  who the Burmese Service hires consists of?
15    A    Well, when you get at the -- when we get --
16  how do I put it?  Can I ask my lawyer how to put it?
17      MR. KOUBA:  That's fine.
18      MR. ABRAMSON:  Okay.
19      THE WITNESS:  Again, when you get the
20  applicant's form, then I look at the resume, and then
21  we decide who we call for an interview first.
22      MR. ABRAMSON:  Okay.  That's a good way to

Page 9

1  describe it.
2      MR. KOUBA:  Okay.  I'm trying to
3  paraphrase.
4      BY MR. KOUBA:
5    Q    When you get an application from a
6  prospective employee, one of the things you do is
7  decide whether or not that prospective employee gets
8  an interview.  Is that accurate?
9    A    No, not the application.  After the Human
10  Resources puts them through, you know, the process
11  that needs to be done so that when we get back the
12  list of people that they have already checked, their
13  written tests I see, and then we get their resume and
14  their application.
15      Then we make a decision who we will call
16  for the interview, not to appoint them yet, but for
17  the interview, yes.
18    Q    Do you participate in the interviews?
19    A    Yes.
20    Q    Other than choosing who you interview and
21  participating in the interviews, what other input do
22  you have as to who the Burmese Service hires?

3 (Pages 6 to 9)

Nyein Shwe

November 9, 2006

Washington, DC

Page 10

1    A    That's it.
2    Q    Do you make recommendations as to who the
3  Burmese Service should hire?
4    A    No.
5    Q    So after you participate in the interview,
6  that is the end of your input into who the Burmese
7  Service hires?
8    A    Yes, after the interview, right.
9    Q    Do you know who makes the decision whether
10  or not to hire a person who has been interviewed?
11    A    Soe Thinn makes the decision.
12    Q    Soe Thinn?
13    A    Yes.
14    Q    And do you make that decision?
15    A    Yes.
16    Q    Do you have any input into whose contract
17  the Burmese Service decides to renew?
18    A    Yes.
19    Q    Could you describe that input?
20    A    How?
21    Q    Could you describe the role you play in the
22  Burmese Service's decision to renew a contract?

Page 11

1    A    Well, we look at whether his or her future
2  is still in line with the guidelines that we have
3  given them, whether it has become sort of boring or
4  uninteresting, and whether these will have a
5  relevancy for the Burmese audience, all those
6  things.
7        We review those.  And then we decide who we
8  will renew and who we will let go and what kind of
9  writers we would want for the new contract and what
10  kind of writer we would like to have.
11    Q    As a general matter do you have any input
12  into who the Burmese Service terminates?
13    A    Yes.
14    Q    Could you describe, please?
15    A    The same thing.  If it has become very sort
16  of boring and it's nothing new and it will be much
17  more relevant for the audience on that ground, and if
18  we feel that we would like to have another angle from
19  which the right input could be written by someone
20  else, by some new writers.
21    Q    I believe you said that your present
22  responsibilities for hiring people in the Burmese

Page 12

1  Service began in 2003; you have been the deputy
2  director of the Burmese Service since 1999 or 2000.
3        Between the years 2000 and 2003, did you
4  have any responsibilities for hiring in the Burmese
5  Service?
6    A    No.
7    Q    Did you have any responsibility for
8  deciding whether or not to renew a contract?
9    A    I don't remember.  I must have reviewed the
10  contract.
11    Q    But you don't remember the specific
12  responsibilities?
13    A    (No audible response.)
14    Q    Between 1996 and whenever you became the
15  deputy director of the Burmese Service, what was your
16  position at Radio Free Asia?
17    A    Senior editor.
18    Q    Is that senior editor in the Burmese
19  Service?
20    A    Yes.
21    Q    Could you describe your responsibilities as
22  a senior editor?

Page 13

1    A    As a senior editor I have to look at the
2  scripts that come in.  Everything that goes on air
3  has to go through an assigned senior editor.
4    Q    You said an assigned senior editor?
5    A    I might be assigned, you know, for A, for B
6  or for C; another senior editor might be assigned for
7  D, because we have a lot of voice contractors and
8  outside consultants.
9    Q    And as a senior editor, did you have any
10  input into who the Burmese Service hired?
11    A    No.
12    Q    Have you ever met Maung Maung?
13    A    Yes, since he has been working at RFA.
14    Q    When was the first time you met Maung
15  Maung?
16    A    When he came on board as a voice
17  contractor.
18    Q    Do you recall when that was?
19    A    No.
20    Q    Did you meet him before he was hired?
21    A    No.
22    Q    So is it fair to say you met him after he

4 (Pages 10 to 13)

Nyein Shwe                                                                November 9, 2006

Washington, DC

---

Page 14

1  began working there?
2    A  Yes.
3    Q  And you met him in his capacity as a voice
4  consultant?
5    A  Yes.
6    Q  Did you play any role in the Burmese
7  Service's decision to hire Maung Maung?
8    A  No.
9    Q  Do you know who played a role in the
10 decision to hire Maung Maung as a voice consultant?
11   A  No.
12   Q  Do you know why the Burmese Service hired
13 Maung Maung as a voice consultant?
14   A  I beg pardon?
15   Q  Do you know why the Burmese Service decided
16 to hire Maung Maung as a voice consultant?
17   A  No.
18   Q  Between the years of 2002 and 2003, did you
19 have an opportunity to observe Maung Maung's job
20 performance as a voice consultant?
21   A  Yes.
22   Q  Could you describe his performance?

---

Page 15

1    A  Well, acceptable, I suppose.
2    Q  Could you describe what his job duties were
3  as a voice consultant?
4    A  As a voice consultant, if he is assigned to
5  the morning show he comes in -- if the show starts at
6  3:30, he comes in at 4:30, and then the editor in
7  charge will give him some new pieces for him to read,
8  to voice it and broadcast it live.
9        (At this point Khin Maung Than entered the
10 room and was seated at the table.)
11       BY MR. KOUBA:
12   Q  So I believe you said the news editor would
13 give him a news piece to broadcast and write?
14   A  Yes.
15   Q  You said Maung Maung was responsible for
16 coming in at 4:30?
17   A  If he's on the morning shift -- I don't
18 remember which shift he worked -- but if it's the
19 morning shift that starts at 3:30, he comes in one
20 hour late -- 4:30. Every voice consultant comes in
21 one hour late.
22   Q  To your knowledge was Maung Maung always on

---

Page 16

1  time?
2    A  Yes.
3    Q  To your knowledge did Maung Maung complete
4  the writing responsibilities as a voice consultant?
5    A  I beg pardon? Can you just rephrase that?
6    Q  Sure. I believe you said part of his
7  responsibilities were to write and broadcast news
8  pieces?
9    A  Yes.
10   Q  To your knowledge did he complete the news
11 pieces --
12   A  Yes.
13   Q  -- he was responsible for?
14   A  Yes.
15   Q  Did Maung Maung get along with his
16 coworkers?
17   A  That I don't know.
18   Q  Do you recall any occasion in which a
19 coworker complained about not getting along with
20 Maung Maung?
21   A  No. They don't complain about not getting
22 along but there are some complaints.

---

Page 17

1    Q  When you say there are complaints, who made
2  complaints?
3    A  I don't remember who exactly, but a
4  complaint comes to me sometimes when he has been
5  assigned he will go and worry the administrator
6  assistant why he has been assigned on this a.m. shift
7  and p.m. shift. He doesn't complain to me directly
8  but those are the things that I heard back as a
9  feedback from the Burmese staff.
10   Q  So is it accurate to say you heard
11 complaints from his administrative assistant about
12 the shift he was assigned?
13   A  Yes.
14   Q  Were there complaints you heard?
15   A  I can't remember who complained what, but
16 another complaint is that Maung Maung used to go into
17 some people's cubicle and sort of look around in the
18 cubicle.
19       Sometimes there are some people's cubicle
20 that he usually, you know, looked around.
21   Q  Do you recall specifically who made those
22 complaints?

---

Alderson Reporting Company
1-800-FOR-DEPO

Nyein Shwe
November 9, 2006

Nyein Shwe                                                                    November 9, 2006

Washington, DC

Page 18

```
 1      A   No.
 2      Q   Do you recall when those complaints were
 3  made?
 4      A   Some time ago.  I don't remember exactly
 5  the time, because it doesn't, you know.
 6      Q   Do you recall whether or not it was before
 7  or after 2004?
 8      A   Before or after you were telling me, yes?
 9      Q   2004?
10      A   Before.
11      Q   Before 2004.  And did you take any action
12  after hearing these complaints?
13      A   No.
14      Q   You never spoke to Maung Maung --
15      A   No.
16      Q   -- to tell him that people had complained
17  that he was looking through their cubicle?
18      A   No.
19      Q   Do you know why you didn't take any action
20  about the complaints?
21      A   Because I don't see it with my eyes, you
22  know.  It's just people, I suppose, venting out what
```

Page 19

```
 1  they see.
 2      Q   Did you ever communicate these complaints
 3  to Soe Thinn?
 4      A   Yes.
 5      Q   Do you recall what his reaction was?
 6      A   He just listened.
 7      Q   To your knowledge did Soe Thinn ever take
 8  any formal action based on these complaints?
 9      A   No.
10      Q   Between 2002 and 2003, as a voice
11  consultant, did Maung Maung ever demonstrate any
12  political bias?
13      A   In some of his writings, yes.
14      Q   Do you recall what writings?
15      A   For no reason, I think, he tried to bash
16  the current government.  I think I called him up and
17  told him about that also.
18      Q   These examples were before 2003; is that
19  correct?
20      A   I don't exactly remember whether it was
21  before 2003 or 2004.  But this was an ongoing thing I
22  remember, but I'm not sure of the year exactly.
```

Page 20

```
 1      Q   Do you recall how many times -- and I'm
 2  going to use your language -- how many times Maung
 3  Maung bashed the current government in Burma?
 4      A   Maybe two or three times.
 5      Q   Was this when he was broadcasting
 6  something?
 7      A   No, not when he way voicing.  I'm talking
 8  about his writing as a consultant.
 9      Q   As an editorial consultant?
10      A   Yes, as an editorial consultant.
11      Q   When you became aware of these political
12  biases, did you communicate those to Soe Thinn?
13      A   Yes, I told him about that.
14      Q   Do you recall what his reaction was?
15      A   I told him already.  When you say "his
16  reaction," he just listened, because I had already
17  given him the solution.  I called up and told him and
18  explained to him, you know, that's fine.
19      Q   To your knowledge he never spoke to Maung
20  Maung about this?
21      A   I suppose not.  I mean, it was our duty to
22  talk to them, you know.  If we assign an outside
```

Page 21

```
 1  consultant, it is our duty to talk to him to get a
 2  solution.  Only when there is any disagreement we
 3  take it up to the director.
 4      Q   Other than what you've already told me, do
 5  you recall anything else negative about Maung Maung's
 6  opinions as a vice consultant?
 7      A   No.
 8      Q   Do you recall whether Maung Maung's
 9  contract as a voice consultant was renewed in
10  September 2003?
11      A   No.
12      Q   Do you know whether Maung Maung continued
13  as a voice consultant after September 2003?
14      A   No, I can't definitely give an answer like
15  that.  Whether it was before or after '02 or '03 I
16  don't remember.
17      Q   Do you know whether Maung Maung's contract
18  as a voice consultant has ever been renewed?
19      A   His contract as a voice consultant has ever
20  been renewed?  It was ongoing, until when he was -- I
21  mean when his voice contract was -- it was ongoing.
22  Yearly they have to renew the voice contract.  It
```

Nyein Shwe
November 9, 2006

Page 22

1  must have continued since he was with us for some
2  time.
3     Q   If I represent to you that Maung Maung
4  began being a voice consultant in May 2002 and
5  continued being a voice consultant until September of
6  2002, do you have any reason to disagree with that?
7     A   No.
8     Q   If I represent to you that he continued
9  being a voice consultant from September 2002 until
10  September 2003, do you have any reason to disagree
11  with that?
12     A   No.
13     Q   Do you know whether he continued to be a
14  voice consultant after September 2003?
15     A   I don't remember.
16     Q   Do you recall playing any role in any
17  decision to renew Maung Maung's voice consultant
18  contract in 2003?
19     A   I don't remember.
20     Q   Earlier you mentioned that you began
21  playing a role in the hiring of employees in 2003.
22     A   Yes.

Page 23

1     Q   Do you remember what month you began
2  playing a role in the hiring of employees in the
3  Burmese Service in 2003?
4     A   I mean, usually we review the contract
5  about maybe August or September, I think.
6         That's when we set a time that we usually
7  try to review all the voice contractors, all the
8  outside consultants' contracts so that we can have it
9  for the next year.  It goes yearly.  The contracts
10  are reviewed, whether they are renewed or not,
11  yearly.
12     Q   In 2003 did you also start playing a role
13  in whether or not the Burmese Service could renew a
14  contract?
15     A   Yes.
16     Q   Do you recall whether or not you began
17  playing that role before August 2003?
18     A   August, yes.
19     Q   But you don't recall ever considering
20  whether or not to renew Maung Maung's voice
21  consultant contract in 2003?
22     A   If it was the last one, yes, I do recall,

Page 24

1  because I was one of the decision makers myself.
2     Q   When you say "the last one," you are
3  referring to the 2004 decision not to renew the
4  contract?
5     A   Yes.
6     Q   Okay.  And prior to that, did you play any
7  role in the decision to renew Maung Maung's contract
8  as a voice consultant?
9     A   I might have.  I might have.  I can't
10  remember.
11     Q   But you can't recall specifically playing a
12  role in any decision?
13     A   No.
14     Q   Do you know who in September 2003 in
15  addition to Soe Thinn would have been responsible for
16  deciding whether or not to renew a voice consultant
17  contract?
18     A   Can you rephrase the question?
19     Q   I can try.
20     A   Beside Soe Thinn and me, was there any
21  other person who makes the decision, is that what
22  you're trying to ask me?

Page 25

1     Q   That is exactly what I'm trying to ask
2  you.
3     A   Soe and I make the decision.
4     Q   Okay.  Between 2003 and 2004, did you
5  continue to have an opportunity to observe Maung
6  Maung's performance as a voice consultant?
7     A   Yes.
8     Q   Would you say his performance was similar
9  to the details you've provided earlier?
10     A   Yes.
11     Q   In addition to being a voice consultant,
12  did Maung Maung have any other positions in the
13  Burmese Service?
14     A   Above from voice contracting, yes, he's an
15  outside consultant.
16     Q   When you say "an outside consultant," is
17  that the same thing as an editorial consultant?
18     A   Yes.
19     Q   Could you describe his responsibilities as
20  an editorial consultant?
21     A   Yes.  He had to write.  His writing should
22  be according to what he has given the director what

Nyein Shwe                                                                November 9, 2006

Washington, DC

Page 26

1   he's going to write about.  It had to be along those
2   lines.
3        Q    So I understand, he has to give the
4   director something?
5        A    Yes, something what he is going to write
6   about at the very beginning.
7        Q    And how often does he have to write
8   something?
9        A    Once a week.
10       Q    What are his responsibilities after he has
11  written it?
12       A    Just fax it to us before he voices it.
13       Q    When you say "voice it," what did that
14  consist of?
15       A    He had to read what he has written with
16  somebody to record it to be broadcast in our Burmese
17  program.
18       Q    Do you recall when Maung Maung began being
19  an editorial consultant for the Burmese Service?
20       A    Yes.
21       Q    Did you have an opportunity to observe
22  Maung Maung's performance as an editorial consultant?

Page 27

1        A    Yes.
2        Q    Could you describe his performance?
3        A    Acceptable.
4        Q    Did he complete his weekly features on
5   time?
6        A    Yes.
7        Q    In his weekly features, did he ever
8   demonstrate any political bias?
9        A    Yes.  We were talking about that
10  previously, I think.  Those are the things that I
11  talked to him about, you know.
12       Q    Okay.  Earlier when you testified there
13  were two or three times he demonstrated political
14  bias?
15       A    Yes, in his writing.  I'm not talking about
16  the voice.  The voice is very limited.  He had to
17  read what we give him, and the outside editorial
18  consultant he writes according to the guidelines that
19  he has given us.
20       Q    So that the two-to-three times that he
21  demonstrated political bias --
22       A    Yes.

Page 28

1        Q    -- that you testified about earlier were
2   when he was doing his job as an editorial consultant?
3        A    Yes, as an editorial consultant.
4        Q    Other than the political bias, do you
5   recall anything negative about Maung Maung's job
6   performance as an editorial consultant?
7        A    Not exactly a job performance, yes.
8   Negative in the sense that you see when we have
9   outside consultants we have to assign somebody to
10  call him to get his voice after the script has been
11  approved.
12       So when we assign people they usually
13  complain that, one, it's very hard to reach him and,
14  two, we had to accommodate him.  Actually, you see
15  when we assign people they had their own duty, too.
16       So they had to make it up in such a way
17  that he will be available when we call him.  So they
18  have to make a schedule that they can work.  It's not
19  -- how do you explain it?
20       It's not work at their convenience.  It was
21  the stuff that was convenient to him at his
22  convenience, which is a little bit difficult for them

Page 29

1   to do.
2        Q    Okay.  I believe the two things you have
3   said so far is that he was hard to reach and that
4   they had to accommodate his schedule?
5        A    Yes.
6        Q    Go ahead.
7        A    And then the next point they pointed out to
8   me is that if they didn't reach him on time when he
9   is ready to voice, sometime he would call and, you
10  know, everybody tell him that he is ready.  So some
11  of them get a little bit frustrated because he keeps
12  calling and calling and people are busy, you know.
13       Q    Where was he when he was calling people?
14       A    It must be here.
15       Q    When you say "here," he was at Radio Free
16  Asia?
17       A    No, not at Radio Free Asia.  Outside
18  consultant means he is not actually physically with
19  us.  We get a script.  We edit it, and then we tell
20  the assigned person to call him to tell him that his
21  script is out.  Yes, he has a copy.  We have a copy
22  here.  If I edit it, I assign it -- okay?  -- and

8 (Pages 26 to 29)

Nyein Shwe                                                    November 9, 2006

Washington, DC

Page 30

1  then that assigned person has to call him and say:
2  "Okay. Everything is ready. Can you voice it?"
3      That person goes into the studio and calls
4  him up and takes his voice.
5      Q   Okay. He can call in from anywhere. Is
6  that accurate?
7      A   Yes.
8      Q   But someone else at the studio needs to be
9  there to record him when he calls in?
10     A   Yes.
11     Q   And that was where the difficulty came?
12     A   Yes. Sometimes the studios are not free
13  when he is available. That's one reason, too.
14     Q   Okay. I want to go back to the first thing
15  you mentioned, which was that he was hard to reach.
16     A   Mm-hmm.
17     Q   Could you be a little more specific as to
18  what you mean by "he was hard to reach"?
19     A   Well, we can't call him at the number that
20  he has given us. We just have to leave a voicemail.
21     Q   So at the number he has given you, he
22  wouldn't answer; you would get his voicemail?

Page 31

1      A   Yes.
2      Q   How often would this happen?
3      A   All the time.
4      Q   Every time you called him?
5      A   Yes.
6      Q   Did he ever fail to return one of the
7  messages you left?
8      A   No. He would return them, but sometime
9  what the problem is that when you return the call
10  there is nobody assigned to take his voice anymore
11  because we have two sections. The assigned person
12  may have left for the day.
13      Then I have to assign someone else in the
14  afternoon shift who has other duties to do to call
15  him and get his voice.
16     Q   So on average how long would it take him to
17  return the voicemail you've given him?
18     A   It varies. Sometimes maybe two or three
19  hours. Sometime a day might pass when he returns a
20  call. I might not be there.
21     Q   As a result of the delay in returning any
22  voicemails, was there ever an occasion that his

Page 32

1  weekly feature did not get recorded in time to be
2  broadcast?
3      A   No. Somebody had to make an effort to get
4  his on time. So I just assigned, you know, somebody
5  who was available to try and get him.
6      Q   So his weekly feature was always
7  broadcasted on time?
8      A   Yes.
9      Q   Do you know whether the Burmese Service has
10  ever renewed Maung Maung's contract as an editorial
11  consultant?
12     A   I don't understand. Did I know?
13     Q   To your knowledge has the Burmese Service
14  ever renewed Maung Maung's contract as an editorial
15  consultant?
16     A   Yes.
17     Q   Do you recall when?
18     A   No.
19     Q   Do you recall whether or not you played any
20  role to renew a contract as an editorial consultant?
21     A   Yes.
22     Q   Do you recall when?

Page 33

1      A   I don't recall when, but when we look every
2  year when we go over to review the contract we say,
3  okay, this is still relevant to whatever is needed
4  for the Burmese listeners. We keep that on.
5      Q   What role specifically did you play in the
6  decision to renew Maung Maung's contract as an
7  editorial consultant?
8      A   We keep him on. We keep him on because
9  this is still needed and we need a lot of outside
10  consultants.
11     Q   Who in addition to yourself played a role
12  in the decision to renew the contract?
13     A   Soe and myself.
14     Q   Do you recall what the two of you discussed
15  with respect to Maung Maung's job as an editorial
16  consultant?
17     A   Well, we go by the subject advice for this
18  Science & Technology Maung Maung was writing about.
19  That's okay. We keep that on.
20     Q   So the two of you never discussed the fact
21  that Maung Maung was, to use your words, hard to
22  reach?

Alderson Reporting Company
1-800-FOR-DEPO

Nyein Shwe                                                    November 9, 2006

Washington, DC

Page 34

1    A    No.
2    Q    And the two of you never discussed any
3    difficulty with Maung Maung's scheduling his
4    recording?
5    A    No.  We had complaints, but we didn't
6    discuss it that way.
7    Q    When you were deciding to renew his
8    contract as an editorial consultant, you never
9    discussed any possible political bias?
10   A    No.
11        MR. KOUBA:  I'm going to ask the court
12   reporter to mark this Shwe Exhibit No. 1.
13        (Shwe Exhibit No. 1 identified.)
14        MR. KOUBA:  I will let you take a look at
15   that before I ask you any questions about it.
16        (Witness examined the document.)
17        BY MR. KOUBA:
18   Q    Ms. Shwe, have you ever seen this before?
19   A    When we went into the meeting, it was
20   shown.  Every year we have this program review and we
21   talk about that.  But I never actually looked at it.
22   We just go into the meeting.  We look at whatever is

Page 35

1    shown on that.  That's it.  I haven't seen this
2    before.
3    Q    When you say every year you have a program
4    review, can you describe that in a little more
5    detail?
6    A    The program review I think was a yearly
7    thing.  One show was taken at random.  One show was
8    chosen.  We had two shows.  The broadcast went on to
9    air.  I think it was given out to the -- what do you
10   call it -- evaluation group, or something.
11        They did the rest.  I don't know what it
12   is.
13   Q    Do you know whether or not this is as an
14   evaluation of Maung Maung's weekly feature?
15   A    Yes, I think this is an evaluation because
16   this is here.
17   Q    Do you agree with the first bullet point on
18   this evaluation?  And I'm going to read that into the
19   record.
20        "One of the RFA's best non-current affairs
21   programs."
22   A    Actually, I don't agree with a lot of

Page 36

1    things that we have at the evaluation sessions, no.
2    Q    Okay.  Is the first bullet point one of the
3    things you don't agree with?
4    A    Yes.  We have a lot of -- it's not that I
5    don't agree with that one.  I mean, it is one of the
6    current affairs.
7    Q    I'd like to ask you a question about the
8    second bullet point, which I'm also going to read
9    into the record.
10        "Presenter was lively, confident,
11   articulate, energetic and pronounced English names
12   correctly."
13   A    Yes.
14   Q    Do you agree with that evaluation of Maung
15   Maung's weekly feature?
16   A    I do.
17   Q    In addition to the yearly program review,
18   are you aware of any other performance review for
19   weekly features?
20        MR. ABRAMSON:  Objection to the
21   characterization.
22        You can answer.

Page 37

1        MR. KOUBA:  I will rephrase the question if
2    that makes it easier.
3        THE WITNESS:  What is the question?
4        BY MR. KOUBA:
5    Q    In addition to the yearly program review
6    that you described a few moments ago, do you know
7    whether the Burmese Service does any other
8    evaluations of the weekly features?
9    A    No, not officially.
10   Q    Do you know whether the Burmese Service
11   does any formal evaluation of the voice consultants?
12   A    Formal evaluation, no.
13   Q    To your knowledge the only evaluation that
14   the Burmese Service does of voice consultants would
15   consist of the decision to renew a contract or not?
16   A    Can you just rephrase that again?
17   Q    Other than deciding whether or not to renew
18   a voice consultant's contract, does the Burmese
19   Service ever undertake any evaluation of the voice
20   consultants?
21   A    We decided --
22        MR. ABRAMSON:  I'm just going to object.  I

Page 38

1  think it's vague.
2          MR. KOUBA:  Okay.
3          MR. ABRAMSON:  You can answer.
4          THE WITNESS:  You see, when we go on air
5  the editor of that day has to be in the studio.  We
6  take our daily evaluation of who does what.  That's
7  kind of informal, and then we discuss it back with
8  the director.  That's all.
9          I mean, if it becomes repetitive, boring,
10 whatever, if it can be corrected, we do that.  If it
11 is not, well, it's one of the points that we take
12 into consideration.
13     Q    When you say repetitive and boring, are you
14 referring to the weekly features?
15     A    Yes.
16     Q    I want to focus on voice consultants.
17     A    Okay.
18     Q    My question is essentially what evaluation
19 of voice consultants does the Burmese Service do?
20     A    Again, when voice consultants go on air
21 they make a lot of mistakes.
22          Do they prepare that beforehand?

Page 39

1          Do they prepare what has been assigned, the
2  news piece that has been given?
3          Did they spend time reading it?
4          Did they show interest when going on air?
5          Sometimes you can just read mechanically,
6  you see.
7          Those are the things that we take into
8  consideration.
9     Q    How often do you do that -- every time that
10 a voice consultant does a broadcast?
11     A    Yes.
12     Q    Is there any written record of these
13 evaluations?
14     A    Yes.
15     Q    Do you know how long the Burmese Service
16 keeps these written evaluations?
17     A    No.  It depends on various editors that
18 listen into that program.  Some may keep a record;
19 some may not.
20     Q    So these evaluations are made by editors?
21     A    Yes.
22     Q    Does anyone else make these evaluations?

Page 40

1     A    No.
2     Q    Are these evaluations shared with the voice
3  consultants?
4     A    No.
5     Q    Do you have --
6     A    But we don't say you did it.  But we try to
7  get them to, you know, if they are reading too fast,
8  of course that information is shared with the voice
9  consultant.  We tell them to slow down, be more
10 professional, avoid stammering.
11          But there are some things that you don't
12 share with the voice consultants, like, for instance,
13 when a voice contractor I suppose I'll just say
14 complains.
15          When Maung Maung goes into the studio a lot
16 of people complain that he brings his own earpiece
17 and he would not use the one that has been there for
18 everybody to use it.
19          So I don't know.  Maung Maung brings his
20 own earphone.  He uses that.  And that sort of puts
21 off some people.
22     Q    I'm sorry.  I just didn't catch the

Page 41

1  individual you were referring to when you said -- did
2  you say Maung Maung brings his own earpiece?
3     A    Yes.  He will bring his own earphone to use
4  it in the studio; whereas every broadcaster uses the
5  one that's there in the studio.
6     Q    In your opinion did Maung Maung's earphone
7  ever affect the quality of his broadcast?
8     A    No.
9     Q    Do you recall who specifically made
10 complaints about him there?
11     A    No, but they feel that it is sort of an
12 affront to them.
13          And, again, sometimes they complain that
14 Maung Maung would bring in some magazines or books to
15 read in the studio while we were on air, and he would
16 just be reading that.
17          Then from the standpoint we had two voice
18 contractors, you see.  It might be comments of two
19 people reading the news, a voice contractor and
20 another person.
21          So when another person will see that he is
22 reading his own paper, when he is done cabling he

Nyein Shwe                                                                November 9, 2006

Washington, DC

Page 42

1  will read it, which they feel it's not sort of, I
2  suppose you would say, respectful to the rest of the
3  crowd because their intent is on getting things done
4  on air.
5        So they feel that he's doing what he
6  shouldn't be doing but, of course, nobody tells him
7  to correct his ways because if he is reading it it is
8  okay then.  There is nothing to say, which is sort
9  of --
10       Q   So in your opinion, has Maung Maung having
11  a book or magazine during a broadcast ever affected
12  the quality of his broadcast?
13       MR. ABRAMSON:  Objection.
14       You can answer.
15       THE WITNESS:  I don't say it doesn't affect
16  it, but then I suppose whether it affects it or not
17  it depends on the day that he maybe is reading --
18  it's hard for me to express it.  It may not.  I'm not
19  sure whether it affected him because I wasn't there.
20  Somebody complained.
21       So, even if it doesn't affect what he meant
22  to say, he shouldn't be behaving that way in the

Page 43

1  studio.
2       Q   My question is to your knowledge did Maung
3  Maung bringing a book or magazine ever affect the
4  quality of his broadcast?
5       A   I don't know because I wasn't there.  I
6  can't say.  I suppose.  I don't know.
7       Q   To your knowledge you don't have any
8  specific recollection?
9       A   No specific complaint that it affected his
10  broadcast, but the only complaint that I have is it
11  is not right.  We don't feel that he is behaving
12  correctly.
13       They want, you know, sort of a cooperation
14  with everybody more focused on what is going to be
15  aired.
16       Q   Were these editors who made these
17  complaints?
18       A   Editors, yes, and some news readers, also.
19       Q   To your knowledge no one ever communicated
20  any concern about books or magazines to Maung Maung?
21       A   I suppose not.
22       Q   Do you have an opinion as to why nobody

Page 44

1  ever communicated any complaints about this?
2       MR. ABRAMSON:  Objection.
3       You can answer.
4       THE WITNESS:  I suppose you can call it
5  Burmese culture.
6       BY MR. KOUBA:
7       Q   Could you be a little more specific?
8       A   Well, they don't like to make a complaint
9  against people if it doesn't actually hurt them, I
10  suppose you can say, but they do air it out among
11  themselves.  They come and complain to me.
12       Q   Do you know whether anyone ever made these
13  complaints to Soe Thinn?
14       A   I don't know.
15       Q   Do you recall any other complaints that
16  arose during the evaluation process that you
17  described earlier that the editors did other than the
18  earphone and the books and magazine complaints?
19       A   Apart from that whether editors complained
20  to who?
21       Q   Do you recall hearing any complaints from
22  editors?

Page 45

1       A   Yes.  Those are the things that the editors
2  complain to me.  That's what I mean.
3       Q   In addition to those, do you recall
4  anything else?
5       A   Well, as I said, the one point is they feel
6  he's a little bit nosey.
7       Q   Could you be a little more specific?
8       A   Someone complained that he has been asking
9  about salaries, the salary of our staffers, in other
10  words, in hours service, who is getting how much, and
11  all those things.
12       Q   What exactly did Maung Maung do?
13       A   He went to one person and I suppose asked
14  that person whether he or she knows who is getting
15  how much.
16       Q   Did somebody voice a complaint about this
17  to you?
18       A   Yes.
19       Q   Do you recall who made that complaint?
20       A   No.
21       Q   Do you recall whether you took any action
22  based on that complaint?

12 (Pages 42 to 45)

Nyein Shwe

November 9, 2006

Washington, DC

Page 46

1    A   No.
2    Q   No, you don't recall, or no you took no
3    action?
4    A   I took no action because that person said
5    he or she told him that he or she is not interested
6    in that information.
7    Q   Other than what we have already discussed,
8    does the Burmese Service do any other evaluation of
9    voice consultants?
10    A   No.
11    Q   We touched on this earlier.  I believe you
12    have said you played a role in the Burmese Service's
13    decision not to renew Maung Maung's contract as a
14    voice consultant; is that correct?
15    A   Yes.
16    Q   Do you recall when that was?
17    A   No.
18    Q   What role did you play in that decision?
19    A   Not to renew his voice contract.
20    Q   Who else played a role in the decision not
21    the renew the contract?
22    A   Soe and myself.

Page 47

1    Q   Anyone else?
2    A   No.
3    Q   Could you describe the process through
4    which you came to that decision?
5    A   Well, we were looking at the voice
6    contractor within and we said: "They don't have any
7    potential for long-term employment with us.  So why
8    do we have people that we begin on a long-term
9    contract?"
10    And at the same time we decided we would
11    like to have some new voices.
12    So I think at that time we let go all the
13    voice contractors instead of giving them false hope
14    that they might make it.
15    Q   In 2004 is it accurate to say you let go
16    every voice consultant employed by the Burmese
17    Service?
18    A   I'm not sure whether it's 2004 or 2003, but
19    at the same time as Maung Maung we had four voice
20    contractors -- four or three -- I'm not sure.  We
21    let them go at the same time as him.
22    Q   I believe you described two reasons for not

Page 48

1    renewing their contracts, one of which was they had
2    no potential for long-term employment; is that
3    accurate?
4    A   Yes.
5    Q   And the other was you wanted new voices; is
6    that accurate?
7    A   Yes.
8    Q   Do you recall when the decision not to
9    renew Maung Maung's contract was made?
10    A   No.
11    Q   Do you recall when Maung Maung was told of
12    the decision not in renew his contract?
13    A   No.
14    Q   Do you recall who told Maung Maung of the
15    decision not to renew his contract?
16    A   No.
17    Q   Did you consult any of your editors in
18    deciding not to renew Maung Maung's contract?
19    A   No.
20    Q   Did you consult Susan Lavery when deciding
21    not to renew Maung Maung's contract?
22    A   No.  We did that after we decided why we

Page 49

1    decided.
2    Q   So Susan Lavery played no role in the
3    decision not to renew Maung Maung's contract as a
4    voice consultant?
5    A   No.
6    Q   And who decided that the Burmese Service
7    should hire new voices?
8    A   Soe and myself.
9    Q   Anyone else?
10    A   No.
11    Q   And who decided the Burmese Service should
12    look for voice consultants with the potential for
13    long-term employment?
14    A   Both of us.
15    Q   That's you and Soe Thinn?
16    A   Yes.
17    Q   Anyone else?
18    A   No.
19    Q   I believe you said at the time that the
20    Burmese Service decided not to renew Maung Maung's
21    contract the Burmese Service also decided not to
22    renew either two or three other voice consultants'

13 (Pages 46 to 49)

Nyein Shwe

November 9, 2006

Washington, DC

Page 50

1    contracts?
2        A   Yes.
3        Q   Do you recall who those individuals were?
4        A   No.  I can recall only one.
5        Q   Who was that one?
6        A   One lady.  What is her name?  I don't even
7    remember her name.  We used, I think, sort of a
8    nickname Mar Mar.
9        Q   Was Mar Mar's name Khin Myo Thet?
10       A   Yes, that's correct.
11       Q   I will refer to her as Mar Mar.
12       A   Okay.
13       Q   Will that be easier for you?  Certainly
14   it's easier for me.
15       A   Yes.
16       Q   What was the basis for not renewing Mar
17   Mar's contract?
18       A   No potential.  I mean, no potential for
19   long-term employment.  We wanted to have new voices
20   the same as Maung Maung.
21       Q   Was the decision process the same as for
22   Maung Maung's; it was you and Soe Thinn who made the

Page 51

1    decision?
2        A   Yes.
3        Q   Do you know how long Mar Mar had worked
4    there?
5        A   No, I can't remember.  Maybe two years.  I
6    don't know.
7        Q   Do you recall when the decision not to
8    renew her contract was made?
9        A   No.  The same time as --
10       Q   As Maung Maung's?
11       A   Yes.
12       Q   Do you recall when she was informed of the
13   decision not to renew her contract?
14       A   No.
15       Q   Do you know who informed her of the
16   decision?
17       A   No.
18       Q   Do you recall an individual who worked in
19   the Burmese Service called Tin Maung Than?
20       A   Yes.
21       Q   Was he also a voice consultant?
22       A   Yes, a voice consultant.

Page 52

1        Q   And was his contract not renewed in
2    September 2004?
3        A   The same time as Maung Maung's.
4        Q   For the same reasons?
5        A   Yes.
6        Q   Do you recall when the decision not to
7    renew his contract was made?
8        A   No.  At the same time as the two that we
9    just did.
10       Q   Do you recall how long he had worked in the
11   Burmese Service before October 2004?
12       A   No.
13       Q   Do you know how often before October 2004
14   the Burmese Service decided not to renew a voice
15   consultant contract because it was seeking new
16   voices?
17       A   How often?
18       Q   Yes.
19       A   We review once a year.  That's all.
20       Q   Do you know how many times in 2003 the
21   Burmese Service decided not to renew a voice
22   consultant contract because it wanted new voices?

Page 53

1        A   We do it on a yearly basis.  That's all.
2        Q   So is it your testimony in 2003 that the
3    Burmese Service decided not to renew one or more
4    voice consultant contracts because it wanted new
5    voices?
6        A   There are two reasons:  No potential and
7    new voices.
8        Q   So in 2003, to your knowledge, did the
9    Burmese Service not renew a contract because it
10   wanted new voices?
11       A   If you are asking for a specific
12   individual, I don't remember.
13       Q   So sitting here today you are not aware of
14   any individual whose voice consultant contract was
15   not reviewed in 2003?
16       A   No.
17           (Cellphone ringing.)
18           MR. KOUBA:  Let's go off the record for a
19   second.
20           (Discussion off the record.)
21           MR. KOUBA:  Back on the record.
22           BY MR. KOUBA:

14 (Pages 50 to 53)

Page 54

1    Q    Ms. Shwe, before we went off the record we
2    were discussing two voice consultants whose contracts
3    were not renewed in 2004.
4    A    Yes.
5    Q    That was Mar Mar and Tin Maung Than?
6    A    Yes.
7    Q    In addition to those two, do you recall
8    specifically any other individuals in 2004 whose
9    voice consultant contracts were not renewed?
10   A    No.
11   Q    I believe you said you cannot recall any
12   specific individuals whose voice consultant contract
13   was not renewed in 2003?
14   A    No.
15   Q    Do you recall any specific individual who
16   in 2002 their voice consultant contract was not
17   renewed because the Burmese Service wanted new
18   voices?
19   A    No.
20   Q    Do you recall the Burmese Service not
21   renewing any voice consultant contract in 2002
22   because an individual did not have the potential for

Page 55

1    full-time employment?
2    A    No.
3    Q    Do you recall whether any voice consultant
4    contracts were not renewed in 2005?
5    A    Names I can't say.  I can't just
6    offhandedly say who was not renewed.  I don't
7    remember.  I don't remember for that, no.
8    Q    Well, regardless of their specific names,
9    do you recall whether or not any individuals in
10   general had voice consultant contracts that were not
11   renewed in 2005?
12   A    No.
13   Q    So to your knowledge every voice
14   consultant's contract was renewed in 2005?
15   A    To my knowledge -- state that again.
16   Q    To your knowledge all voice consultant
17   contracts were renewed in 2005?
18   A    I suppose.
19   Q    Do employees of the Burmese Service need an
20   access card to enter the building?
21   A    Yes.
22   Q    Do you know whether Maung Maung ever had an

Page 56

1    access card to enter the building?
2    A    Yes.
3    Q    Do you know whether Maung Maung's card was
4    canceled at some point?
5    A    Yes.
6    Q    Do you recall when?
7    A    I don't recall when but after his voice
8    contract was not renewed.
9    Q    Do you recall who made the decision not to
10   renew his access card?
11   A    I suppose Soe and myself.
12   Q    Why do you suppose the two of you did it?
13   A    Because I remember saying that he doesn't
14   need the access card anymore.  We were talking about
15   only the voice contractor consultant needed the
16   access card.
17   Q    Do you recall when you had this
18   conversation?
19   A    No.
20   Q    Is it accurate to say this conversation
21   took place around the time that you decided not to
22   renew his voice consultant contract?

Page 57

1    A    After he had been told that his contract is
2    not renewed, I think, we decided that since he
3    already knew then we would.
4    Q    Do any editorial consultants have access
5    cards to enter the building?
6    A    No.
7    Q    Have any editorial consultants ever had an
8    access card to enter the building?
9    A    No.
10   Q    With the exception of Maung Maung?
11   A    Yes, because he was doing the voicing
12   contract.
13   Q    Were there any other individuals that were
14   both voice consultants and editorial consultants at
15   the same time?
16   A    I think Tin Maung Than was doing voice
17   contractor and editorial consultant at the same
18   time.
19   Q    Okay.  Can you spell his name, please?
20   A    T-i-n M-a-u-n-g T-h-a-n.
21   Q    Do you recall when Mr. Thinn was a voice
22   consultant and an editorial consultant at the same

15 (Pages 54 to 57)

Nyein Shwe                                                                                    November 9, 2006

Washington, DC

Page 58

1    time?
2        A    No.
3        MR. ABRAMSON:  Than not Thinn.
4        MR. KOUBA:  His name is so similar to Maung
5    Maung's name.  I was trying to distinguish it.  I
6    didn't want you to think of the wrong thing.
7        BY MR. KOUBA:
8        Q    When Maung Maung was also a voice
9    consultant and had an access card, did he record his
10   weekly features by phone?
11       A    No.  He came in the studio and recorded
12   himself.
13       Q    To your knowledge he was the only editorial
14   consultant who did that?
15       A    Yes.
16       Q    Do you have an opinion as to whether the
17   recording quality is better when recorded in-studio
18   as opposed to over the phone?
19       MR. ABRAMSON:  Objection.
20       THE WITNESS:  I suppose the recording
21   industry would be better, but it doesn't make much
22   difference when you actually broadcast it and

Page 59

1    rebroadcast it shortwave, you see.
2        It doesn't make much difference unless
3    there is such a vast difference.  But there is a
4    difference of quality, of course.
5        BY MR. KOUBA:
6        Q    Do you recall whether Maung Maung's hours
7    were reduced in September as a voice consultant?
8        A    No.
9        Q    Do you recall approximately how many hours
10   a week Maung Maung worked as a voice consultant in
11   2004?
12       A    No.
13       Q    Do you know whether Maung Maung ever
14   applied to be a full-time broadcaster?
15       A    Yes.
16       Q    Do you know on how many occasions Maung
17   Maung applied to be a full-time broadcaster?
18       A    No.
19       Q    To your knowledge when was the first time
20   Maung Maung applied to be a full-time broadcaster?
21       A    When he came for the interview.
22       Q    Do you recall when that interview was?

Page 60

1        A    You are asking me when was the interview?
2        Q    Yes.
3        A    I don't recall the time.
4        Q    You testified earlier that in 2003 you
5    began having responsibilities for hiring people.
6        A    Yes.
7        Q    Do you recall whether or not he interviewed
8    before 2003?
9        A    No.
10       Q    Do you recall whether or not he interviewed
11   after you began having responsibilities for hiring in
12   the Burmese Service?
13       A    Yes, after I interviewed him.
14       Q    Yes, it was after?
15       A    Yes.
16       Q    I believe you have said you were one of the
17   people who interviewed him?
18       A    Yes.
19       Q    Who else was responsible for interviewing
20   Maung Maung in 2003?
21       A    Soe and myself.
22       Q    Anyone else?

Page 61

1        A    No.
2        Q    Do you know whether he took the evaluation
3    of non-English aptitude test in 2003?
4        MR. ABRAMSON:  What test?
5        MR. KOUBA:  Evaluation of non-English test.
6        THE WITNESS:  What is that?
7        BY MR. KOUBA:
8        Q    Do you know whether he took any language
9    test in 2003 --
10       A    No.
11       Q    -- related to his application and interview
12   to be a full-time broadcaster?
13       A    No.
14       Q    You don't know?
15       A    Huh-uh.
16       Q    Was Maung Maung ever hired as a full-time
17   broadcaster?
18       A    No.
19       Q    Do you know why not?
20       A    No.
21       Q    Did you play --
22       A    You mean after the interview?  You asked me

16 (Pages 58 to 61)

Page 62

1  before that.  Are you asking whether he was hired
2  before that time?
3      Q    At any time?  Before or after the interview
4  has Maung Maung been a full-time broadcaster in the
5  Burmese Service?
6      A    No.
7      Q    So is it accurate to say that after his
8  interview in 2003 he was not hired as a full-time
9  broadcaster?
10     A    No.
11     Q    Did you play any role --
12         MR. ABRAMSON:  Wait a minute.
13         No, it's not accurate; or, no, he wasn't
14  hired?
15         THE WITNESS:  No, he wasn't hired.
16         MR. ABRAMSON:  Okay.
17         MR. KOUBA:  Thanks.
18         MR. ABRAMSON:  Okay.
19         BY MR. KOUBA:
20     Q    Did you play any role in the Burmese
21  Service's decision not to hire Maung Maung as a
22  full-time broadcaster?

Page 63

1      A    I played a role in hiring people after the
2  interview when Maung Maung was included.  It is not a
3  decision of not hiring him.  It's a decision of who
4  we hired.
5      Q    So, is it fair to say you played a role in
6  who the Burmese Service hired?
7      A    Yes.
8      Q    And is it fair to say you didn't play a
9  role in the Burmese Service's decision not to hire
10  Maung Maung?
11         MR. ABRAMSON:  Do you understand?
12         THE WITNESS:  No.
13         There's a difference of meaning in it.  Not
14  to hire Maung Maung, we don't -- when we looked at
15  the resume, we didn't decide not to hire him.  We
16  decided who we will hire.
17         MR. ABRAMSON:  Okay.
18         Can we take a break?
19         MR. KOUBA:  Sure.
20         (Recess.)
21         MR. KOUBA:  Back on the record.
22         I ask the court reporter to mark this as

Page 64

1  Shwe Exhibit 2.
2         (Shwe Exhibit No. 2 identified.)
3         BY MR. KOUBA:
4      Q    Ms. Shwe, before the break we were
5  discussing the position of full-time broadcaster that
6  Maung Maung interviewed for in 2003.
7         If you could take a look at Exhibit 2, my
8  question is whether or not this is a job announcement
9  for that position?
10     A    Yes, it is.
11     Q    Does this job announcement list the minimum
12  qualifications for that position?
13     A    Yes, it does.
14     Q    And is one of those minimum qualifications,
15  according to this job announcement, one-year
16  experience broadcast and/or specialized journalism?
17     A    Yes.
18     Q    Earlier you testified that Maung Maung
19  never was hired as a full-time broadcaster; is that
20  accurate?
21     A    Yes.
22     Q    Do you recall who was hired as a full-time

Page 65

1  broadcaster in 2003?
2      A    No.
3      Q    Do you recall whether anyone was hired in
4  2003 as a full-time broadcaster?
5      A    I suppose somebody must have filled that
6  spot if we don't hire him.
7      Q    But you don't recall specifically who was
8  hired as a full-time broadcaster in 2003?
9      A    Actually, I don't remember the time.  If
10  you give me the name, I think I can say that, yes, I
11  remember who we hired.
12     Q    Do you recall whether Kyi Kyi Than was
13  hired as a full-time broadcaster in 2003?
14     A    Yes.
15     Q    Do you recall who made the decision to hire
16  Kyi Kyi Than as a full-time broadcaster?
17     A    Yes.
18     Q    Who?
19     A    Soe and myself.
20     Q    Was anyone else involved?
21     A    No.
22     Q    Do you recall why the Burmese Service

Nyein Shwe                                                                November 9, 2006

Washington, DC

Page 66

1  decided to hire Kyi Kyi Than as a full-time
2  broadcaster?
3      A    Yes.  First and foremost, we had to
4  interview, personal live interview after the script
5  had been sent back to us of the evaluations by the
6  evaluators who we don't know.  We just get back the
7  answer script.
8      Q    Okay.
9      A    From that we make a decision that we call
10  these people in for an interview.
11      Q    So you had an interview with Kyi Kyi Than?
12      A    With Kyi Kyi Than.  With four of them who
13  had answered.  There were four candidate, I think, at
14  the same time when Kyi Kyi Than was hired.  I
15  remember now when you said Kyi Kyi Than, okay.
16      Q    Do you recall why you chose to hire Kyi Kyi
17  Than as a full-time broadcaster?
18      A    First and foremost, we had four interviews
19  and at those interviews two people passed the
20  interview.  So they met the answers that we deem
21  correct.  There's a set of questions that we ask all
22  four candidates the same questions.

Page 67

1          And after they have answered the questions,
2  we sort of grade it down as to who is the best and
3  who is the second best.  We just informally meet and
4  note it down, Soe and myself.  The interview was
5  conducted by Soe and myself.
6      Q    And Kyi Kyi answered the questions
7  correctly during the interview; is that accurate?
8      A    Yes.
9      Q    Is that the only reason you chose to hire
10  Kyi Kyi Than because she answered questions correctly
11  in the interview?
12      A    Actually she was not the one we chose.  She
13  was number two.
14      Q    Who was number one?
15      A    Number one was one guy from Australia.
16      Q    T.A. Cho?
17      A    Yes, T.A. Cho.
18      Q    And you said he was your first choice?
19      A    Yes.
20      Q    Do you recall why he was the first choice?
21      A    He answered all the questions as we
22  expected.  Full marks were given him on those

Page 68

1  questions and answers.
2          Then he has a very good command of
3  English.  And when we talk about topics, which is
4  relevant to whatever we are doing, he gave us a very
5  good and full answer which indicates he has a depth
6  of knowledge of things going on.
7      Q    I know you testified that he was your first
8  choice.
9      A    Yes.
10      Q    Did the Burmese Service ever officially
11  offer him the position?
12      A    Yes.
13      Q    Did he ever become a full-time broadcaster
14  in the Burmese Service?
15      A    No, he couldn't because there was a visa
16  problem.
17      Q    I believe you testified Kyi Kyi was the
18  second choice.
19      A    That's correct.
20      Q    Is it fair to say that after T.A. Cho
21  informed you he wouldn't be able to be a full-time
22  broadcaster --

Page 69

1      A    Yes.
2      Q    -- that you hired Kyi Kyi Than?
3      A    That's correct.
4      Q    Do you recall why the Burmese Service
5  thought Kyi Kyi was more qualified to be a full-time
6  broadcaster than Maung Maung?
7      A    Because, as I said, two people answered the
8  questions wrongly and two of them had the correct
9  answer to all questions.
10      Q    And T.A. Cho had the correct answers?
11      A    Yes.
12      Q    Other than Kyi Kyi answering the interview
13  questions correctly, is there any other reason the
14  Burmese Service decided to hire her instead of Maung
15  Maung?
16      A    Because Maung Maung doesn't answer the
17  questions the ones that we deem important.  He didn't
18  answer them correctly.
19      Q    Is that the only reason you close to hire
20  Kyi Kyi instead of Maung Maung?
21          MR. ABRAMSON:  Objection.
22          THE WITNESS:  That was one of the reasons.

18 (Pages 66 to 69)

Nyein Shwe                                                November 9, 2006

Washington, DC

Page 70

1      BY MR. KOUBA:
2      Q    What were the other reasons?
3      A    When we compare it, Kyi Kyi Than has a very
4   good recommendation of, what you call it, the
5   evaluation which we read it through and on voicing we
6   liked the voice, too.
7      Q    Do you recall why the Burmese Service chose
8   to hire Kyi Kyi instead of the fourth candidate that
9   you interviewed to be a full-time broadcaster?
10      MR. ABRAMSON:  Objection; no foundation.
11      THE WITNESS:  No.
12      BY MR. KOUBA:
13      Q    You testified earlier there were four
14   people interviewed to be a full-time broadcaster.
15      A    According to the lineup that we had drawn
16   up, we decided that after one two automatically comes
17   for our consideration.  She's number two on the
18   list.
19      Q    Do you recall why she was higher on the
20   list than the fourth person you interviewed?
21      A    As I said, we look through the resume, the
22   way she answered our questions, what she would like

Page 71

1   to do if she becomes one of the staff, how she will
2   work with other people.  The answer she gave was very
3   good.
4      Q    You testified that the people who were
5   considered first and second to be full-time
6   broadcasters answered the interview questions
7   correctly.
8      A    Yes.
9      Q    Could you be more specific as to what those
10   interview questions are?
11      A    The one question that we asked everyone is
12   that we wanted to see whether they would be sort of
13   unbiased.  We wanted them to be independent and
14   objective.
15      So we asked the question, I think if we
16   have some information which could have a negative
17   impact on the democracy leader, Aung Suu Kyi.
18      "But fully knowing it is a true fact would
19   you air it?"
20      Q    How do people's responses to that question
21   determine whether or not they can be considered to be
22   full-time broadcasters?

Page 72

1      A    When they said, yes, as long as it is
2   correct, they will have to air it, which we find it
3   very objective and independent.  You can't be
4   biased.  That was one of the criteria.
5      Q    During the application-and-interview
6   process is this the first time applicants are asked
7   about Aung San Suu Kyi?
8      A    I'm not sure.  I don't know.
9      But this is the first time I interviewed
10   them.  I think this is, according to me, we asked
11   this question to all four of them.
12      Q    To your knowledge when submitting an
13   application to be a full-time broadcaster are
14   applicants --
15      A    That's not the only question that we ask.
16   We ask about the media role.  We ask about the
17   ethics, journalistic ethics, and the independence,
18   the objectivity, how much they understand what our
19   work is.  Those are the questions that we ask.
20      Q    My question is:  At any point prior to the
21   interview, during the application process are
22   applicants asked their position on Aung San Suu Kyi?

Page 73

1      A    No.
2      Q    The first is at the interview?
3      A    Only at the interview.
4      Q    In Exhibit 2 which is the job announcing
5   listing the qualifications, --
6      A    Yes.
7      Q    -- is there any reference to either
8   political bias or Aung San Suu Kyi?
9      A    No.
10      Q    Do you have an opinion as to why that's not
11   listed in the job announcement?
12      MR. ABRAMSON:  Objection.
13      You can answer.
14      THE WITNESS:  I suppose that is too
15   narrow.
16      BY MR. KOUBA:
17      Q    In your opinion, if somebody answered the
18   Aung-San-Suu-Kyi question that they would not report
19   anything negative about her, do they have any chance
20   of being a full-time broadcaster?
21      A    I think it depends on other situations too,
22   but if everybody is on the same wavelength and she

19 (Pages 70 to 73)

Nyein Shwe                                                    November 9, 2006
Washington, DC

Page 74

1  answered no and he answered no, then I suppose we had
2  to make a decision.
3         If everything is equal, then this would be
4  a deciding point.
5     Q   Okay.
6     A   But this is not the only deciding point.
7     Q   So is it accurate to say that if
8  interviewees answer that they would not report
9  anything negative about Aung San Suu Kyi, they are
10  not automatically disqualified from being a full-time
11  broadcaster?
12     A   That is hard for me to answer.  I don't
13  understand your question.
14     Q   Okay.  I will try to rephrase it.
15        If somebody answers that we would report
16  negative information on Aung San Suu Kyi are they
17  disqualified from being a full-time broadcaster?
18     A   Yes.
19     Q   Other than the individuals interviewing to
20  be full-time broadcasters in 2003, to your knowledge
21  are there other individuals who have answered the
22  question regarding Aung San Suu Kyi that they not

Page 75

1  report negative information?
2     A   No.
3     Q   So Maung Maung is one person who answered
4  that question?
5     A   Mm-hmm.
6     Q   Have there been other people included in
7  2003?
8     A   In this interview, yes.
9     Q   In 2003 there was another individual?
10     A   Another individual together with -- I'm
11  talking about the same interview.
12     Q   In 2003 there was a fourth interviewee --
13     A   Yes.
14     Q   -- that answered this question the same as
15  Maung Maung?
16     A   Yes, the same question.
17     MR. KOUBA:  I just want to be clear on
18  something you testified to earlier, and I'm certainly
19  going to be fair paraphrasing you.  So correct me
20  when I'm wrong.
21     MR. ABRAMSON:  I will be objecting.
22     BY MR. KOUBA:

Page 76

1     Q   You testified that one reason Kyi Kyi was
2  hired over Maung Maung was the way she answered the
3  questions in the interview?
4     MR. ABRAMSON:  Objection.
5     THE WITNESS:  Yes.
6     BY MR. KOUBA:
7     Q   You also testified that her evaluation and
8  her voicing were things the Burmese Service thought
9  highly of?
10     MR. ABRAMSON:  Objection.
11     THE WITNESS:  Yes.
12     BY MR. KOUBA:
13     Q   Other than those three things, were there
14  any other reasons that Kyi Kyi got hired in 2003?
15     A   Because number one was scratched out so we
16  selected number two.  She was decision two.
17     Q   And the third choice and the fourth choice
18  had answered the questions incorrectly?
19     A   Yes.
20     Q   So they were disqualified from being
21  full-time broadcasters?
22     A   Yes.

Page 77

1     Q   So after T.A. Cho couldn't be hired, is it
2  accurate to say Kyi Kyi was the only applicant --
3     A   That's left.
4     Q   -- available?
5     A   Yes.
6     Q   Did the Burmese Service consider opening
7  the full-time broadcaster position at that point to
8  new applicants?
9     A   No.
10     MR. KOUBA:  I'm going to ask the court
11  reporter to mark this as Shwe Exhibit 3.
12        (Shwe Exhibit No. 3 identified.)
13     BY MR. KOUBA:
14     Q   Ms. Shwe, could you turn to the second page
15  of the stapled paper that has just been handed to
16  you?
17     A   Yes.
18     Q   Do you recognize this document?
19     A   Yes.
20     Q   Could you describe it, please?
21     A   This is her application.  She listed her
22  qualifications.

Nyein Shwe                                                                      November 9, 2006

Washington, DC

Page 78

1    Q    And the next page, is it fair to describe
2 that as a resume for Kyi Kyi Than?
3    A    Yes.
4    Q    Do you know whether or not there are any
5 examples of journalism experience on her resume?
6    A    No, but she says that she is not new to
7 using a microphone and coming up in the audience to
8 talk through it, because she listed what she can do.
9 She has been a singer, and all those things.
10   Q    In addition to being a singer, what else
11 did she list that demonstrated experience with a
12 microphone?
13   A    And then reading comprehension, and she
14 said she had worked as a teacher at the Institute of
15 Economics.
16   Q    But she doesn't list any experience in
17 journalism?
18   A    No.
19   Q    And one of the qualifications listed in the
20 job announcement was experience in journalism?
21   A    Yes.  That is one of the pluses, of course,
22 but we don't actually, you know, take journalistic

Page 79

1 broadcasting experience as a must.
2    Q    Okay.  So it's your testimony that the
3 minimum qualifications in the job announcement to be
4 a full-time broadcaster are not mandatory?
5    A    Yes.
6    Q    But answering the question about Aung San
7 Suu Kyi correctly is a requirement?
8    A    Yes.
9    Q    Do you have an opinion as to why under the
10 minimum qualifications listed in the full-time
11 broadcaster description it has something that was not
12 mandatory?
13      MR. ABRAMSON:  Objection; calls for an
14 opinion, and it was asked and answered.
15      THE WITNESS:  In filling this position, we
16 have a very limited field to select from, because in
17 Burma we don't have a -- what do you call it? --
18 broadcasting school or whatever, journalism school,
19 when I was in Burma.
20      Even when I joined RFA I didn't have
21 journalistic experience at all.  I was a teacher at
22 the University of Rangoon.

Page 80

1      As long as you have a fair idea of English
2 and Burmese, you are fluent in two languages, which
3 is a basic necessity, I think, to work as a
4 broadcaster in Burmese.
5      MR. KOUBA:  Understood.
6      BY MR. KOUBA:
7    Q    And my question was only why --
8    A    That's why.
9    Q    -- why if it's not mandatory to have
10 experience in journalism is it listed as a minimum
11 qualification?
12   A    It doesn't affect only Burmese.  It refers
13 for all the other services.  Other services might
14 need it.  I don't know.  Each service operates
15 differently.
16      There are still a lot of broadcasters in
17 the Burmese Service who do not have a journalistic
18 background but who have become a senior editor even.
19      So the basic thing is their comprehensive
20 and fluency in English and Burmese.
21   Q    Could you please flip to the fourth page?
22 And it's the one that says RFA 00062 at the bottom.

Page 81

1 I believe it's the next page.
2    A    (Witness examined the document.)
3    Q    Have you seen an applicant review form like
4 this before?  You can take a moment to look at it.
5    A    (Witness examined the document.)  Did you
6 ask me whether I have seen this?
7    Q    That's right.
8    A    Yes, when we were going through the
9 applications as to whether we should call them for an
10 interview.
11   Q    Do you know who fills out the applicant
12 review forms?
13   A    No.
14   Q    But you are provided with the applicant
15 review form before the interview?
16   A    Yes.
17   Q    Do you recognize the handwriting on the
18 applicant review form with RFA 62 at the bottom?
19   A    No.
20   Q    About halfway down that page it has
21 "Experience Requirements."
22   A    Yes.

21 (Pages 78 to 81)

Nyein Shwe                                                    November 9, 2006

Washington, DC

Page 82

1    Q   Do you see that?
2    A   Yes.
3    Q   Do you see what is circled?
4    A   Yes.
5    Q   What is circled?
6    A   "No."
7    Q   And below that in "Comments," what does it
8  say?
9    A   "No broadcast or journalism experience."
10   Q   At the bottom of the page, do you see where
11  it says" Qualified?
12   A   It says "No."
13   Q   In your opinion does this suggest to you
14  that somebody in the Burmese Service considered Kyi
15  Kyi Than not qualified?
16       MR. ABRAMSON:  Objection.
17       THE WITNESS:  I have no idea.  I don't
18  know.  Because I was looking at this, that is it.
19  It's a good point.
20       (Witness examined the document.)
21       BY MR. KOUBA:
22   Q   My question is only whether or not you have

Page 83

1  an opinion as no why somebody who has circled "No"
2  beside "Qualified" on her applicant review form?
3    A   I don't know.
4    Q   To your knowledge, the Burmese Service
5  never considered seeking more applicants and
6  interviewees for the position?
7    A   No.
8        MR. ABRAMSON:  Objection; asked and
9  answered.
10       MR. KOUBA:  Sorry.  You said?
11       THE WITNESS:  No.  After the interviews we
12  didn't decide to call another -- what you call it --
13  applicants, no.
14       BY MR. KOUBA:
15   Q   Who decided not to call additional
16  applicants?
17   A   Both of us.  Soe Thinn said:  "We'll take
18  the person that's on the list as a reserve.  Since we
19  already had a reserve, we'll take the reserve
20  person."
21   Q   We discussed T.A. Cho briefly earlier.
22   A   Yes.

Page 84

1    Q   Did he have an interview?  Did T.A. Cho
2  have an interview?
3    A   Are you talking about the first applicant?
4    Q   That's right.
5    A   Yes, we did through the phone.
6    Q   A phone interview?
7    A   Yes.
8        MR. KOUBA:  Okay.  I'm going to kind of
9  change subjects here.
10       BY MR. KOUBA:
11   Q   After the Burmese Service did not renew
12  Maung Maung's voice consultant contract in 2004, did
13  it hire any new voice consultants?
14   A   Yes, we have new voice consultants.  They
15  must have been hired because we need new voice
16  consultants.
17   Q   Do you know specifically any of the
18  individuals you hired as voice consultants after not
19  renewing Maung Maung's contract?
20   A   Yes, I knew everybody.  I mean, everyone of
21  them.  Yes, everyone.
22   Q   Was one of the individuals Saw Moe Kyaw?

Page 85

1    A   Yes, Saw Moe Kyaw.
2    Q   And is one of the individuals Neng San
3  Nong?
4    A   Can you give me another one?
5        MR. ABRAMSON:  You better spell it.
6        MR. KOUBA:  I might not have it spelled
7  correctly either. M-e-n-g S-a-n N-o-n-g.
8        THE WITNESS:  Oh, yes, Meng San Mong.  Yes,
9  that's correct.
10       BY MR. KOUBA:
11   Q   Do you recall any other individuals that
12  were hired as voice consultants after Maung Maung's
13  contract was not renewed in 2004?
14   A   As you said, yes,  These are the ones.
15   Q   These two individuals?
16   A   Yes.
17   Q   In addition to those, do you recall any?
18   A   In addition to those?
19   Q   Yes.
20   A   We have now new people.  So there must be.
21  I'm not sure at the same time or at later dates we
22  have a new voice contractor.  We have -- can you just

22 (Pages 82 to 85)

Nyein Shwe                                                    November 9, 2006

Washington, DC

Page 86

1   give me the name from there?
2       Q   Zaw Moe Kyaw.
3       A   Yes, he is still with us. Now he has
4   become permanent personal.
5       Q   Okay. But he was hired in 2004?
6       A   Yes, as a voice consultant.
7       Q   Were you involved in the hiring process?
8   What was your role in the hiring process for Zaw Moe
9   Kyaw?
10      A   When they come in as a voice contractor we
11  study the work performance every day.
12      Q   My question was not the decision to hire
13  him full time but to hire him as a voice consultant
14  in 2004.
15      A   Yes. I was involved in that, too.
16      Q   What was the hiring process?
17      A   We asked him to come in. What we do? Do
18  we ask him to sit for a test? Yes, we ask him to do
19  a written test from rewriting news. We ask him to
20  voice some articles.
21          We listen to it, yes, and then we said even
22  though he may not be very good at it we train him and

Page 87

1   get a voice contractor.
2       Q   With respect to Neng San Nong, did you play
3   a similar role in the decision to hire her as a voice
4   consultant?
5       A   Yes.
6       Q   Is Neng San Nong still employed in the
7   Burmese Service?
8       A   No.
9       Q   Is she a male or female?
10      A   She's a girl, a female.
11      Q   Do you know how long she worked in the
12  Burmese Service?
13      A   I don't have an idea, but not too long.
14      Q   Less than a year?
15      A   I think so, yes.
16      Q   Is it accurate to say her contract as a
17  voice consultant was never renewed?
18      A   Not exactly. She left on her own free will
19  because she feels that we cannot give her enough time
20  to be a voice contractor; she's doing two jobs, and
21  she found it difficult to adjust her schedule.
22      Q   Other than you, did anyone else play a role

Page 88

1   in hiring these two voice consultants?
2       A   No. Soe and myself.
3       Q   Did you interview these two individuals or
4   do they just take the test?
5       A   They take the test and, yes, we have an
6   interview, too.
7       Q   In 2004 did you interview anyone other than
8   these two individuals?
9       A   We have some new recruits. So we must
10  have.
11      Q   Did you have interviews with any
12  prospective voice --
13      A   Are you talking about the permanent or are
14  you talking about the voice contractor?
15      Q   Voice consultant.
16      A   Yes. We have two new voice consultants
17  with us.
18      Q   My question was in 2004 --
19      A   I don't remember.
20      Q   -- whether you interviewed anyone in
21  addition to these two?
22      A   No, I don't remember.

Page 89

1       Q   Okay. Are you aware that Maung Maung filed
2   a complaint with the EEOC in August 2004?
3       A   I'm not sure about the time frame. I
4   became aware when our lawyer called me up and told me
5   about it.
6       Q   Do you recall when that was?
7       A   No, I can't recall.
8       Q   I don't want to know any of the substance
9   of the conversation. I'm only trying to determine
10  when it took place.
11          Do you recall whether or not he called
12  before you decided not to renew Maung Maung's
13  contract.
14          MR. ABRAMSON: Objection.
15      You're presuming the gender.
16          THE WITNESS: It's very recent so I don't
17  know.
18          MR. KOUBA: Okay.
19          THE WITNESS: One moment.
20          (The witness conferred with her counsel.)
21          MR. ABRAMSON: We want to step outside,
22  sir.

23 (Pages 86 to 89)

Nyein Shwe                                                November 9, 2006

Washington, DC

Page 90

1    MR. KOUBA:  Do you want to take a break?
2    MR. ABRAMSON:  Let's take a break.
3    MR. KOUBA:  Okay.
4    (Recess.)
5    MR. ABRAMSON:  That gender stuff threw us
6 off.  All right.
7    MR. KOUBA:  Are we back on the record?
8    THE REPORTER:  Yes.
9    MR. KOUBA:  All right.
10   BY MR. KOUBA:
11   Q   We were discussing when you first became
12 aware of the EEOC complaint Maung Maung filed in
13 2004.
14   A   As I said before not too long ago.  I put
15 that behind me.
16   Q   I believe you said you first became aware
17 of this when a lawyer called you up?
18   A   Yes.
19   Q   When was the first time any lawyer
20 discussed the EEOC complaint with you?
21   A   In November of last year.
22   Q   Prior to November, you had no knowledge of

Page 91

1 the EEOC complaint?
2    A   No.
3    Q   Are you familiar with the allegations in
4 the complaint?
5    MR. ABRAMSON:  Objection.
6    THE WITNESS:  I suppose the lawyer told
7 me.
8    BY MR. KOUBA:
9    Q   What is your understanding of the
10 allegations in the complaint?
11   A   What do I understand about that?  It's not
12 true.
13   Q   I'm really just trying to get to this:  To
14 your knowledge why did Maung Maung file a complaint
15 with the EEOC?
16   A   I knew it.  You have to tell me what
17 complaint he has filed.
18   MR. ABRAMSON:  You asked; you got the
19 answer.
20   MR. KOUBA:  She's probably waiting to say
21 that.
22   MR. ABRAMSON:  I don't think she knew you

Page 92

1 were going to ask that.
2    BY MR. KOUBA:
3    Q   To your knowledge what did the EEOC do to
4 investigate the complaint?
5    A   I don't know about that.
6    Q   Are you aware that Maung Maung filed a
7 second complaint with the EEOC?
8    A   (No audible response.)
9    Q   So to your knowledge Maung Maung only filed
10 one complaint with the EEOC and that was the one you
11 learned about in November 2004?
12   THE REPORTER:  You have to answer audibly.
13   THE WITNESS:  Yes.  Yes.  I'm sorry.
14   BY MR. KOUBA:
15   Q   Your understanding of the allegations in
16 that complaint are what specifically?
17   A   One is discrimination, and one is
18 retaliation.
19   Q   Earlier you testified that you first became
20 aware of the complaint in November?
21   A   Yes.
22   Q   Is that November 2005?

Page 93

1    A   Yes.
2    Q   Other than counsel, of course, have you
3 talked to anyone regarding Maung Maung's EEOC
4 complaint?
5    A   No.
6    Q   To your knowledge who else is aware of the
7 fact that Maung Maung filed a complaint with the
8 EEOC?
9    MR. ABRAMSON:  Objection.
10   You can answer.
11   THE WITNESS:  Soe, of course.
12   BY MR. KOUBA:
13   Q   Do you know of anyone else who has
14 knowledge?
15   A   No.
16   Q   Are you aware that Maung Maung filed a
17 complaint in D.C. Superior Court?
18   A   No.
19   Q   So, is it fair to say you've never
20 discussed Maung Maung's complaint in D.C. Superior
21 Court --
22   A   No.

24 (Pages 90 to 93)

Nyein Shwe                                                                    November 9, 2006

Washington, DC

Page 94

1    Q    -- with anyone?
2    A    No.
3    Q    Are you aware of any complaints that Maung
4    Maung made prior to October 2004 concerning the
5    Burmese Service or Radio Free Asia?
6    A    No.
7    Q    You're not aware of any letters he sent to
8    anyone --
9    A    No.
10   Q    -- making complaint about the Burmese
11   Service?
12   A    No.
13   Q    Other than the people we've already
14   discussed today, are you aware of anyone that would
15   have knowledge about Maung Maung's job performance?
16   A    No.
17   Q    Are you aware of anyone that would have
18   knowledge about the decision not to renew Maung
19   Maung's contract?
20   A    No.
21   Q    Are you aware of anyone else that would
22   have knowledge of the decision not to hire Maung

Page 95

1    Maung as a full-time broadcaster?
2    A    No.
3    Q    Are you aware of anyone that would have
4    knowledge of the decision to hire Kyi Kyi as a
5    full-time broadcaster?
6    A    No.
7    Q    Are you aware of anyone who would have
8    knowledge about Maung Maung's EEOC complaint?
9    A    No.
10   MR. KOUBA:  I've got a couple follow-up
11   questions that sort of jump around a little bit.
12   BY MR. KOUBA:
13   Q    You mentioned earlier that one of the
14   complaints you received from editors was that Maung
15   Maung brought books and magazines with him when he
16   was a voice consultant.
17   A    Yes.
18   Q    Do you know whether any other voice
19   consultants or broadcasters ever brought books or
20   magazines?
21   A    No.
22   Q    To your knowledge no other --

Page 96

1    A    No.
2    Q    -- voice consultant and no other
3    broadcaster ever--
4    A    No.
5    Q    -- ever brought books or magazines?
6    A    Not into the studio while going on air.
7    Q    And earlier we discussed Neng San Nong who
8    was hired as a voice consultant in 2004.
9    A    Yes.
10   Q    And you testified that she left within a
11   year of being hired?
12   A    Yes.
13   Q    To your knowledge, did any listeners ever
14   register complaints regarding Neng San Nong's
15   performance as a voice consultant?
16   A    Oh, yes, sometimes they do.  They send
17   e-mails saying, you know, her voice is not clear, or
18   something like that.  But that wasn't a factor.  She
19   just left on her own.  We have different groups.  You
20   know, she's from a more ethnic group.
21   Q    Could you just go into a little more detail
22   about specifically what the complaints were?

Page 97

1    A    That they couldn't understand her Burmese
2    because she being from an ethnic group has an accent
3    I suppose you can call it.
4    Q    Do you recall any listeners ever
5    complaining about Maung Maung's performance as a
6    voice consultant?
7    A    No.
8    MR. KOUBA:  I think I'm just about done, if
9    I could have a five-minute break to look through some
10   papers.
11   MR. ABRAMSON:  Are you asking?
12   MR. KOUBA:  Yes.
13   All right.
14   (Recess.)
15   MR. KOUBA:  Back on the record.
16   I only have a little more for you,
17   hopefully.
18   BY MR. KOUBA:
19   Q    I believe you testified earlier that since
20   2003 you and Soe Thinn have decided whether or not to
21   contract for voice consultants.
22   During that time has there ever been an

25 (Pages 94 to 97)

Nyein Shwe                                                              November 9, 2006
Washington, DC

---

Page 98

1  occasion where you and Soe Thinn disagreed about
2  whether or not you should renew a contract?
3      A    No.
4      Q    So on every occasion that a contract
5  decision has had to be made you and Soe Thinn have
6  thought the exact same about it?
7      A    Yes.
8          MR. KOUBA:  For now that's all I have.
9      I'm not sure whether or not your counsel
10 has some questions for you, but I just want to thank
11 you for coming in.
12         THE WITNESS:  Thank you.
13         MR. KOUBA:  I recognize it's not a fun
14 experience.
15         THE WITNESS:  No, it's not.
16         MR. ABRAMSON:  I just have a couple
17 questions.
18         EXAMINATION BY COUNSEL FOR THE DEFENDANT
19         BY MR. ABRAMSON:
20     Q    I just want to clarify:  To the best of
21 your knowledge at what point in time, like what
22 month, were the decisions made in 2003 and in 2004

---

Page 99

1  with regard to the renewal of voice contractors'
2  contracts?
3      A    November.
4      Q    Wait a minute.  Contracts expire when --
5  September 30?
6      A    We have a yearly review.
7      Q    Right.  So what month, to the best of your
8  knowledge, did you and Soe sit down and talk about
9  whether to renew voice contracts?
10     A    (No audible response.)
11         THE REPORTER:  Keep your voice up.  I'm
12 having difficulty hearing you when you turn around.
13         BY MR. ABRAMSON:
14     Q    Could it have been August?
15     A    August, yes.  I think August before this
16 budget thing was decided, I think, yes.  Right
17 before.  I remember.  We have to make a decision.
18     Q    Okay.  So was it August or was it
19 September?
20     A    August.
21     Q    Exhibit 1 -- this InterMedia thing -- this
22 one page from what is the InterMedia evaluation, what

---

Page 100

1  is that?
2      A    Yearly, I think, we have an evaluation on
3  our program, which is, you know, chosen at random.
4          And actually InterMedia, with due respect
5  to this organization, actually, we don't give much
6  attention to it because it doesn't represent the
7  whole audience.  They go in and they just have, you
8  know, usually what they do is have a group, a group
9  of maybe 10, 20 people.  They come in yearly.
10     Q    All right.  My last question is --
11     A    And one more thing.
12     Q    Okay.
13     A    We don't take into too much consideration.
14 But if they criticize we try to amend what points
15 they don't like.  That's why we usually do it with
16 InterMedia.
17     Q    With regard to when you hire new voice
18 contractors, you made a reference to an interview and
19 a test.  Can you describe what that test is and the
20 extent of the interview, please?
21     A    When you say "test," we don't usually give
22 out questions.  But we take some news.  We usually

---

Page 101

1  broadcast what we do daily.  We take some items from
2  there and ask them to rewrite it in Burmese, not
3  elaborate one side.  It's a simple test.
4          Then we take them into the studio and have
5  them voice what they have written, a recorded tape.
6  So then we can listen back.  It is a very simple
7  thing.
8          MR. ABRAMSON:  Okay.
9          No more questions.
10         MR. KOUBA:  I have a couple follow-up
11 questions to get a couple things clear.
12         EXAMINATION BY COUNSEL FOR PLAINTIFF
13         BY MR. KOUBA:
14     Q    You testified earlier that there was a
15 yearly review during which you determined whether or
16 not to renew a voice consultant's correct.  Is that
17 correct?
18     A    Yes.
19     Q    Do you recall what month specifically in
20 2004 that took place?
21     A    August.
22     Q    Are there any records demonstrating that it

---

26 (Pages 98 to 101)

Nyein Shwe

November 9, 2006

Washington, DC

---

Page 102

1  took place in August?
2      A   No.  Soe and myself we just informally take
3  out the contract and we just talk it over, how many
4  voice contractors do we need, how many consultants do
5  we need, what type of topics we should be more
6  focused on.
7      Q   And is it at that meeting that a final
8  determination is made whether to renew a contract?
9      A   Yes.
10     Q   You testified that there were three
11  individuals whose contracts were not renewed in
12  2004.
13         Do you recall when you informed them that
14  their contracts were not going to be renewed?
15     A   I don't do the informing.  We just decided
16  whether to inform them, who to inform.  When to
17  inform, it's up to him.
18     Q   It's up to who?
19     A   To Soe Thinn, the director.
20     Q   And no records are made during the yearly
21  review, no written records are kept during the yearly
22  review?

---

Page 103

1      A   No.  There's a list of voice consultants we
2  have.  So we just look at it and we decide who to
3  renew, and we click it, and then after that Soe sends
4  it to HR, and everything, who is to be renewed and
5  who is to be canceled.
6         MR. KOUBA:  Okay.  That's all I have.
7         MR. ABRAMSON:  We will read and sign.
8         (Whereupon, at 12:30 p.m., the deposition
9  was concluded.)

---

Page 104

1      I HEREBY CERTIFY that I have read this
2  transcript of my deposition and that this transcript
3  accurately states the testimony given by me, with the
4  changes or corrections, if any, as noted.


7  _____
8      NYEIN SHWE


12  Subscribed and sworn to before me this _____ day of
13  _____, 20___.


17  _____
18      Notary Public

20  My commission expires:_____ .

---

Page 105

1  CERTIFICATE OF NOTARY PUBLIC & REPORTER

3  I, FRANK A. SMONSKEY, CM the officer before whom the
4  foregoing deposition was taken, do hereby certify
5  that the witness whose testimony appears in the
6  foregoing deposition was duly sworn; that the
7  testimony of said witness was taken in shorthand and
8  thereafter reduced to typewriting by me or under my
9  direction; that said deposition is a true record of
10  the testimony given by said witness; that I am
11  neither counsel for, related to, nor employed by any
12  of the parties to the action in which this deposition
13  was taken; and, further, that I am not a relative or
14  employee of any attorney or counsel employed by the
15  parties hereto, nor financially or otherwise
16  interested in the outcome of this action.


19  --------------------------
20      Notary Public in and for the
21      District of Columbia
22  My Commission Expires  APRIL 14, 2007

27 (Pages 102 to 105)