# Exhibit 8

## Science & Technology (18 January 2003)

- One of the RFA's best non-current affairs programs
- Presenter was lively, confident, articulate, energetic - and pronounced English names correctly
- Election campaigning through the Internet and nano-technology the most interesting items
- The reference to the 1990 Burma elections in the context of election campaigning through Internet in South Korea was not relevant - sounded forced
- People in Burma do not have access to most of the technologies covered in the programs
- Invite Burmese scientists or Burmese graduate students to discuss important technological issues

InterMedia
Global Research, Evaluation & Consulting

Than91

21