# Exhibit 9

    

research solutions | global reach & expertise | practices & methodologies | news & publications | about us | INTERM

- unique adva
- history
- staff
- clients
- careers
- kind words
- contact us

## ABOUT INTERMEDIA

InterMedia is a leader in providing global research, evaluation and consulting in support of the international media and development community. We help clients turn public attitudes, opinions and behaviors into market intelligence and strategic communications solutions in transitional and developing countries worldwide.

Our combined methodological skills, regional expertise, wide network of local research partners and rich data archive allow us to provide our clients with unique insight into the complex factors that shape audience opinion and local media markets.

Based in Washington, D.C., and the U.K., InterMedia staff and associates have decades of accumulated research and consulting experience and vast geographic expertise spanning over 120 countries around the world.

© 2002-2004 InterMedia Survey Institute | contact us