# Exhibit 10

Radio Free Asia: Job Announcement

JOURNALIST
(International Broadcaster)
International radio service seeks journalist(s) with background and
experience in East and South East Asia. Candidates must fluently speak and
write Burmese.
MINIMUM QUALIFICATIONS
Bachelors degree from an accredited college or university, degree in
journalism or related field preferred. One year experience broadcast
and/or specialized journalism.
All candidates must be eligible to work and provide proof of eligibility.
Working knowledge of English required. Positions available immediately in
Washington, DC. All qualified applicants will receive consideration for
employment without regard to race, creed, color, sex or national origin.
Send cover letter and resume to: P. O. Box 57023, Washington, DC 20036 or
fax to 202-530-7797. Position closes on-or-about 31 July, 2003.
RFA is an
equal opportunity employer committed to workforce diversity.

RFA-00490