# Exhibit 11

# APPLICANT REVIEW

POSITION NO. _____

NAME: Kyu Kija Than

ADDRESS: 13115 Twinbrook Pky #204

CITY: Rockville        STATE: md

COUNTRY: US

POSITION: Broadcaster

TEST REQUIRED:    (YES)        NO

DOES THE APPLICANT MEET:

EDUCATIONAL REQUIREMENTS:    (YES)    NO

DEGREE:   N/A    ASSOCIATES   (BACHELORS)   MASTERS

COMMENTS: Finance & Accounting

EXPERIENCE REQUIREMENTS:    YES    (NO)

COMMENTS: No Broadcast or journalism experience

CERTIFICATIONS IF REQUIRED:    YES    NO

COMMENTS:

QUALIFIED:    YES    (NO)
REFERRED:    YES    (NO)

APPLICANT REVIEW FORM

RFA-00062