# Exhibit 12

June 4, 2003
KYI KYI THAN
13115 Twinbrook Pkwy #204
Rockville, MD 20851

*2nd choice* (handwritten)

Director - Burmese Service
Radio Free Asia (RFA)
2025 M Street, NW Suite 300
Washington, DC 20036

Subject:   **Application for an Appropriate Position of Burmese Service**

Dear Sir:

I am pleased to submit my application for your review and consideration, and attached resume for an appropriate position with the Burmese Service. I am most interested in voice service and would immensely like to work for the Radio Free Asia (RFA).
Let me introduce myself to the Board of Directors and Human Resources in order to provide information that would be helpful in evaluating my application.
In September of 1973 I was accepted at the Institute of Economics, which is one of the prestigious professional institutes in Rangoon, Burma. Whereby my interest is in Accounting/ Finance and Business Management, I passed the Bachelor's Degree of Commerce in November of 1977 and was admitted in order to pursue Post Graduate study for the Master's Degree.
In December of 1978, I was appointed as a Lecturing/Tutor ( Instructor) at the Rangoon Regional College which was under the guidance of the Institute of Economics and Ministry of Education.
In October of 1982, I was chosen by the Technical Services Corporation under the Ministry of Industry II as a Head of Section for Economic Planning Dept.. Unfortunately, I could not complete my master's degree due to different Ministry. I was then attached to work at Finance & Budget Dept. and promoted to take charge as a Head of Division for Project Planning Dept. in 1992.
I then resigned from the government services in February of 1996, left for Singapore to establish business relations with some friends. After returning the trip, that is in 1996, held the post of Executive Secretary at the Myanmar Agro Industry Co., Ltd. to assist with Thai Executives.
I arrived in San Francisco on November 11, 2000 as the third time visit and received the Employment Authorization Document in February 2001. I worked in California as a Cashier/ Customer Service for retail stores and moved to Maryland in February of 2003.
According to my hobby, I participated in Burmese Cultural Performances as a vocalist in the San Francisco Bay Area, CA. I remember the RFA broadcasted the news of that event with the background music that was my voice ( song- Taw Thu Ah Chit)
Also in Washington, DC, we marked an occasion for the 13th Anniversary of the NLD, winning the Multi-party General Election on May 27, 2003. I conducted as a Presenter for artistic programs and performed with a song- Mingalar Suu Taung.
Accordingly, I hope my voice is applicable for Burmese Service of the Radio Free Asia (RFA).

Thank you for your kind consideration. Sincerely and with best regards,

*(signature)* 06/4/03
Kyi Kyi Than

RFA-00103

KYI KYI THAN  
13115 Twinbrook Pkwy #204  
Rockville, MD 20851  

skyikyi@yahoo.com  
Cell (510) 209 5592

| | |
|---|---|
| **Object** | An Appropriate Position |
| **Education** | **Bachelor's of Commerce Degree (Accounting, Finance & Management)** <br> Institute of Economics, Rangoon, Burma <br> **Certified in Bookkeeping** (Fayetteville Technical Community College, NC) |

**Work Experience**

04/03- now    Ross Store (Rockville, MD)  
**Cashier/ Customer Service (Part-time)**  
Worked on register dealing with cash, checks, credit cards and gift certificates; responsible for customer service as return service, exchange and answering phones.

09/02-02/03    Norquist Salvage Corporation, Thrift Town Store (Sacramento, CA)  
**Cashier**  
Handled the register opening and closing involving cash, checks and credit cards; responsible for answering phones; helping the customers and other floor duties.

04/02-06/02    Fry's Electronics, Inc. (Fremont, CA)  
**Customer Service Associate**  
Worked on the register dealing with cash, checks, credit cards and gift certificates; handled paper work such as warranty, return service, etc.; identified customers' needs and offer product suggestions and helped them with their transactions including opening account and store credit.

12/00-02/02    Chili-Up Food Store (San Francisco, CA)  
**Cashier**  
Handled register opening and closing involving cash and checks; served the customers of their needs.

**Work Experience in Rangoon, Burma**

04/96-04/00    Myanmar Agro Industry Co., Ltd.  
**Executive Secretary**  
Handled business correspondence; prepared meeting, presentation and corporate meeting minutes; responsible for liaison with business partners and duties required of a secretary.

10/82-01/96    Technical Services Corporation  
**Head of Division (Project Planning Dept.)**  
Responsible for project planning and management; conducted economic and financial evaluation and feasibility studies of projects.  
**Head of Section (Finance and Budget Dept.)**  
Responsible for budget preparation and formulation; managed project accounts, accounts receivable and accounts payable; prepared financial reports; handled internal auditing.

12/78-10/82    Regional College  
**Instructor (Accounting Technology Dept.)**  
Taught the subjects such as Basic Accountancy and Business Management.

**Skills**      Windows 98, Microsoft Word, Microsoft Excel, Accpac Computerized Accounting.

RFA-00104