# Exhibit 13

*4th choice.*

Maung Maung Nyo
c/o Oo Oo Khin
1303 Abbott Road
Rockville, M.D. 20851
Tel. No. (301) 838 9792

July 17, 2003

The Director
Human Resource Department
Radio Free Asia
2025, 'M' Street, N.W.
Washington, D.C. 20036

Re    :    Application for Broadcaster position at the Burmese Section of RFA.

Dear Madam / Sir:

I would very much like to apply for the broadcaster position for the Radio Free Asia,
Burmese Section, which was advertised on the Burma Net.

I have been working as 'Outside Contributor for the Democratic Voice of Burma (DVB)
in Oslo, Norway since February, 2001. I am also an ardent listener of RFA and I enjoy
many of your programs.   As a person interested in both journalism and broadcasting, I
am very eager to pursue this profession at the Burmese Section of the RFA.  I am
confident that I will be able to contribute my skills and experiences to RFA.

Please find enclosed my resume and copies of the following documents  for your review.
1.  Copy of Diploma in Journalism from Thomson Foundation, Cardiff, UK.
2.  A copy of Certificate of completion for Visiting Scholar, School of Journalism,
    University of California, Berkeley, U.S.A
3.  A copy of Bachelor of Science degree in Chemistry from Mandalay University,
    Burma.

I trust that everything is in order.  If you need further information from me please let me
know.  I can be reached at the above address or Tel. no. (301) 838 9792.  I thank you for
your kind attention and I look forward to hearing from you.

Yours truly,

(Maung Maung Nyo)

RFA-00117

*Resume*

**Maung Maung Nyo**
*c/o Oo Oo Khin*
*1303 Abbott Road*
*Rockville, M.D. 20851*
*Tel. 301 838 9792(home)*
*Tel. 202 639 0636 (Oo Oo Khin's Office)*
e-mail: maungts@hotmail.com

## Careers to date

### Broadcasting

**Outside Contributer**                          From January, 2001 to Present.
Democratic Voice of Burma, Oslo, Norway.

Contributes **2 programs** on a regular basis. One is titled "Our Future", which is a discussion between two people on current political situations. The other is about situations and problems in the education, social and health sectors caused by political changes and uncertainties, while struggling for democracy and human rights.

**Freelance Writer**                               Feb 1985- Present

**Editor, Thint Bawa Magazine**, Yangon          Jan 1994- Nov 2000

Responsibilities included editing, writing editorials and cover/feature stories, interviewing, and policy keeping and dealing with the censor's office.

Thint Bawa ("Your Life"), founded in 1952, is one of few longest surviving private owned magazine in Burma. I joined Thint Bawa when it was taken over by a literary friend of mine to make it a journal of social criticism. Together, we determined that Thint Bawa would be devoted to promoting knowledge, courage, human values and democracy. For us, Thint Bawa is more than a job or career; it has been a mission. Intellectuals, students and social activists became our readers. Our cover stories dealt with education, AIDS, individualism and democratic concepts. With steady success, the magazine went from near-bankruptcy to a circulation of 6,200 copies, a medium circulation in Burma.

At the same time, the magazine was closely watched by the PSB and became the most censored publication in Burma In March 1996; the magazine was stopped for six months

RFA-00118

**Editor, Shwe Daung Taung,**
Local newspaper, Monywa, Burma                    Aug 16,1988-Sep 18, 1988

Published in my town, as a way of promoting democracy and preventing violence, during a landslide uprisings of people of every kind against the socialist military government. It lasted only a short time, however, until a brutal military coup took place on 18 September 1988 and a different military regime took control. The paper had been forced to stop by the military.

## EDUCATION AND TRAINING

**DePauw University, Indiana, USA**
Auditing student                              Aug , 2000- May 2001

**Thompson Foundation, Cardiff University**
UK
Diploma in Journalism                         Jun 23, 1999- Sep 9, 1999

**School of Journalism, UC Berkeley**
USA
Visiting Scholar - Journalism                 Jan 14, 1999- May 17, 1999

**Traditional Medical Science**
Mandalay, Burma
Diploma in Traditional Medicine              Jun 1982-Dec 1985

**Arts and Science University**
Mandalay, Burma
B.Sc. (Chemistry)                            Jun 1976- Dec 1979

## LITERARY AWARDS

'Fear', one of my cover stories, won the
'Best Article Of The Year' award given by
Mate-Swe- Myar (Friends) Book Club            Dec 1995

'Fear', my first book of selected cover
stories, won the 'Best Book Of The Year'
award given by Maw-Khun-Thit (New
Archive) Book Club                            Dec 1999

RFA-00119

## LITERARY TALKS

Literary talks in:
Pyi and Wethtikan, Burma                    Dec 1997
Myan Aung and Kanaung, Burma                Nov 1998
Taung Ngu, Burma                            Dec 1999
Windwin, Burma                              Jan  2000
New York, U.S.A.                            Nov. 2002

## BOOKS

Fear                                        Nov 1998
T for Teacher                               Jul   2000
Children of Tomorrow                        Aug  2000
Short Stories                               Sep  2000

## PERSONAL

Social Security No.    :    613 - 11 - 1177
Date of Birth          :
Status                 :
Date of Asylee granted :

*********