# Exhibit 14

EEOC FORM 131 (5/01)

## U. S. Equal Employment Opportunity Commission

| | |
|---|---|
| Director of Human Resources<br>RADIO FREE ASIA<br>2025 M Street, N.W.<br>Suite 300<br>Washington, DC 20036 | PERSON FILING CHARGE<br><br>Khin Than<br><br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>EEOC CHARGE NO.<br>100-2004-00807 |

### NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act          [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act  [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____
   If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for

**Janice B. Campbell,**
**Enforcement Supervisor**
EEOC Representative
Telephone: **(202) 419-0706**

**Washington Field Office**
**1801 L Street, N.W.**
**Suite 100**
**Washington, DC 20507**

Enclosure(s): [ ] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [ ] RETALIATION  [ ] OTHER

ISSUES: Promotion

DATE(S) (on or about): EARLIEST: 07-01-2003   LATEST: 11-30-2003

RFA-00462

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| Aug 19, 2004 | Dana Hutter,<br>Acting Director | *[signature]* |

EEOC Form 212-A (3/98)

# U.S. [Eq]ual Employment Opportunity Co[mm]ission

TO: **D.C. Office Of Human Rights**
**441 4th Street, N.W.**
**Room 570N**
**Washington, DC 20001**

Date **Aug 19, 2004**

EEOC Charge No.
**100-2004-00807**

FEPA Charge No.

CHARGE TRANSMITTAL

SUBJECT:

| **Khin Than** | v. | **RADIO FREE ASIA** |
|---|---|---|
| *Charging Party* | | *Respondent* |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC  ☐ _____ on _____
         *Name of FEPA*                  *Date of Receipt*

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver         ☐ FEPA waives

☐ No waiver requested            ☐ FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| Dana Hutter | *[signature]* |

| **Khin Than** | v. | **RADIO FREE ASIA** |
|---|---|---|
| *Charging Party* | | *Respondent* |

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| | |

TO: **Washington Field Office**
**1801 L Street, N.W.**
**Suite 100**
**Washington, DC 20507**

Date **Aug 19, 2004**

EEOC Charge No.
**100-2004-00807**

FEPA Charge No.

RFA-00463