# Exhibit 15

## Soe Thinn

**From:** Soe Thinn [thinns@rfa.org]
**Sent:** Friday, February 20, 2004 4:35 PM
**To:** 'editor@burmanet.org'
**Subject:** Request to post job vacancy on the Burmanet News Website

Dear Burmanet editor,
I would appreciate it if you could kindly post the following job vacancy advertisement on your Burmanet News for a couple of days next week. Thank you.

Best regards

Soe Thinn
Director, Burmese Service
Radio Free Asia
Washington DC, 20036
Tel: (202) 530 4985
Fax:(202) 721 7401

```
JOURNALIST
(International Broadcaster)

International radio service(Radio Free Asia) seeks journalist with background and
experience in East and South East Asia.  Candidates must speak and write Burmese
fluently.
MINIMUM QUALIFICATIONS
Bachelor's degree from an accredited college or university.  Degree in journalism
or related field preferred. One year broadcast experience and/or specialized
journalism.
All candidates must be eligible to work in the United States and provide proof of
eligibility.
Working knowledge of English required.  Position available immediately in
Washington, DC.  All qualified applicants will receive consideration for employment
without regard to race, creed, color, sex or national origin.
Send cover letter and resume to: P. O. Box 57023, Washington, DC 20036 or fax to
202-530-7797.
Position closes 8 March, 2004.  All applications must be received by 12:00 noon EST
on that day.
RFA is an equal opportunity employer committed to workforce diversity.
```