# Exhibit 17

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

\- - - - - - - - - - - - -x

KHIN MAUNG THAN, :

Plaintiff, : Case No.

vs. : 1:05-CV-01042 (RMU)

RADIO FREE ASIA, :

Defendant. :

\- - - - - - - - - - - - -x

DEPOSITION OF SUSAN LAVERY RODGERS

Washington, DC

Tuesday, October 31, 2006

REPORTED BY:

Victoria L. Wilson

Deposition of SUSAN LAVERY RODGERS, called for examination pursuant to agreement of counsel, on Tuesday, October 31, 2006, in Washington, DC, at the law offices of Arnold & Porter, LLP, 555 Twelfth Street, N.W., at 10:06 a.m., before Victoria L. Wilson, a Notary Public within and for the District of Columbia, when were present on behalf of the respective parties:

APPEARANCES:

DAVID E. KOUBA, ESQ.
JOSHUA M. GLASSER, ESQ.
Arnold & Porter, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
(202) 942-5626
David_Kouba@aporter.com
On behalf of Plaintiff

GIL A. ABRAMSON, ESQ.
OLABISI LADEJI OKUBADEJO, ESQ.
Hogan & Hartson, LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21202
(410) 659-2700
gaabramson@hhlaw.com
On behalf of Defendant

ALSO PRESENT:

Norman E. Thompson

C O N T E N T S

| WITNESS | EXAMINATION |
| --- | --- |
| Susan Lavery Rodgers | |
| By Mr. Kouba | 5 |
| By Mr. Abramson | 49 |
| By Mr. Kouba | 54 |

E X H I B I T S

| LAVERY DEPOSITION EXHIBIT NUMBER | IDENTIFIED |
| --- | --- |
| 1 - Finance department document | 49 |

P R O C E E D I N G S

Whereupon,

SUSAN LAVERY RODGERS

was called as a witness and, having first been duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. KOUBA:

Q Good morning. Could you please state your full name for the record?
A Yes. Susan Lavery Rodgers.
Q And do you prefer if I call you Ms. Lavery or Ms. Rogers?
A It doesn't matter. Lavery is fine. That's my work name.
Q Okay. Ms. Lavery, we met when you arrived today. My name is David Kouba, among the plaintiffs for Khin Maung Than in his lawsuit against Radio Free Asia, and for purposes of this deposition today, I will be referring to Khin Maung Than as Maung Maung. Do you understand that?
A Yes, I do.
Q Have you ever been deposed before?

Page 6

A No.
Q Have you ever given testimony in a court proceeding?
A Yes.
Q And when was the court proceeding?
A 25 years ago.
Q Okay. Fair enough. Just before we get into anything substantive, I would like to explain a few of the ground rules for depositions. First of all, you are under oath, which means you have an obligation to tell the truth just as though you were in a courtroom. Do you understand that?
A I understand.
Q You also need to answer verbally rather than by nodding your head or shaking your head.
A I understand.
Q If you don't understand a question, let me know; I'll try the best I can to rephrase it in a way that you do understand. And we can take a break at any point as long as there is not a question pending. Just say the word and we can take a break.
Did you discuss this deposition with

Page 7

anyone prior to today?
A Yes.
Q Who did you discuss it with?
A With Gil Abramson.
Q Other than Gil, did you discuss it with anyone?
A Norm Thompson was with us.
Q Did you do anything else to prepare?
A I looked for some documents related to the case.
Q When was that?
A In the past couple of weeks.
Q Did you locate any documents?
A Several.
Q And could you describe those documents?
A One was from 2003. It was an e-mail on the hiring of contractors and, basically, indicating that we had already made our decision on who we were going to hire in the Burmese service and that I would handle the rest when I got back. I think I was going on vacation or something.
Q And was that an e-mail that you sent?

Page 8

A Yes, to our finance department.
Q And what other documents did you find?
A And then I found this other one from 2004. It was a form generated by our finance department where they list contractors and they would give those out to us and ask us to let them know whose contract we were renewing and which ones we were not renewing for the year -- for the new year, new fiscal year.
Q And were there any other documents that you found?
A No.
MR. KOUBA: Gil, do you think we could get a copy of those documents?
MR. ABRAMSON: Yeah. I have -- I don't know if I have the 2003 one. I have this one.
(Mr. Abramson complied.)
MR. KOUBA: Okay. Thanks.
BY MR. KOUBA:
Q What is your current address?
A 4205 Maple Avenue in Fairfax, Virginia, 22032.

Page 9

Q How long have you lived there?
A Nine years.
Q Are you presently employed by Radio Free Asia?
A Yes.
Q When did you begin working at Radio Free Asia?
A September 10th, 2001.
Q What's your current position?
A I am executive producer and deputy director for Southeast Asia.
Q Could you describe your responsibilities as the executive producer and deputy director for Southeast Asia?
A Yes. Basically, I'm overseeing the four Southeast Asian services, which is Burmese, Laos, Vietnamese and Cambodian, and then I also do evaluations for the other five services, as well. That's part of my role as executive producer.
Q And could you describe exactly what an evaluation is?
A Sure. It is a program evaluation. About

Page 10

once a year, we evaluate each of -- the programs of each of our services to see if they are meeting our mission and -- as a quality check, and so I listen to several programs or parts of programs in translation, because I do not understand the languages, and then evaluate their content.
Q How long have you been in your current position?
A Five years.
Q So from September 10th, 2001?
A Yes.
Q You were hired as the executive producer?
A I was hired -- I was hired as executive producer in 2001 and then in -- in the spring of 2003 was when I was -- added the duties of deputy director for Southeast Asia.
Q And when you say you added the duties for deputy director for Southeast Asia, what duties were those? In addition to the job title, what specific duties did you add in 2003?
A Right. It was, basically, overseeing those four services, both the journalistic and

Page 11

administrative aspects of the services.
Q Okay. Between 2001 and 2003, what was your role with respect to those four services?
A Basically, the same as for all the other services. I would evaluate programs, would provide feedback, try to provide help to the services to improve their programs. It was a much more general --
Q Right. How many hours do you work per week for Radio Free Asia?
A 40.
Q Do you have any input into who Radio Free Asia hires?
A Yes.
Q Could you describe that input?
A Now, for the -- for the four services, I, again, oversee the hiring and I am -- I also supervise the music directorate as kind of a separate -- that's part of the executive producer position.
Q So in your role -- in your role while overseeing the hiring, what exactly does that

Page 12

oversight consist of?
A Okay. In -- in two cases, it's involved hiring directors for the services because I had two services that needed new directors. But, generally, the service directors are doing the hiring and then I will just review it with them to go over who they chose and why.
Q And has this oversight been something you have had since 2001 or 2003?
A 2003.
Q Do you have any input into who Radio Free Asia fires?
A Yes.
Q Could you describe that input?
A I would say it is the same, where if -- if a service director felt somebody wasn't doing their job, they would come to me, let me know that, and then I would meet with my boss and/or HR and discuss it and -- you know, and then, of course, we have to get approval to do it.
Q And who is your boss?
A Dan Sutherland.

Page 13

Q And when you say you have to get approval to do it, who do you get approval from?
A It would come from -- for either hiring or firing, it would come from Dan.
Q Do you have any input into the contracts that Radio Free Asia decides to renew?
A Yes. I oversee those, as well, for the four services.
Q So a similar input to hiring and firing?
A Exactly.
Q Have you ever met Maung Maung?
A Not that I know of.
Q Never met him in person?
A I don't think so. I don't -- I don't think I would know him if he walked into the room.
Q Do you know whether Maung Maung took any preemployment tests?
A Do I know? Yeah. I mean I know that he applied for a position and at that time they were doing -- basically, it was, as I understood it, a language test. The HR department was administering the test.

Page 14

Q Okay. Do you know whether Maung Maung was ever hired as a voice consultant in the Burmese service?
A Yes, he was.
Q And what is the basis for your knowledge of that?
A He was -- I believe he already had a contract when I started or started to work and then when it came time to renew in 2004, he was one that Soe Thinn did not want to renew his contract.
Q So you didn't play any role in the Burmese service decision to hire Maung Maung?
A No.
Q And did you play any role in the Burmese service decision to renew Maung Maung's contract in 2003?
A In 2003? In 2003, I reviewed -- reviewed the contracts for all the services and, basically, you know, went with whatever the service directors were recommending.
Q In 2003, did the service director recommend that Radio Free Asia renew Maung Maung's

Page 15

contract?
A I don't remember. I assume that we did because he was working for us but there --
MR. ABRAMSON: Don't assume. That's all.
BY MR. KOUBA:
Q So would it be accurate to say that the only role you played in 2003 in the renewal of Maung Maung's contract was to approve it after the Burmese service had recommended it to be approved?
A Yes.
Q You didn't specifically look at his performance or --
A No.
Q -- offer an opinion as to whether or not they should renew?
A No.
Q Did you ever have the opportunity to observe Maung Maung's job performance while he was a voice consultant?
A No.
Q Did you ever receive any information concerning Maung Maung's job performance during his

Page 16

employment as a voice consultant?
A Yes.
Q What information did you receive?
A Well, there is, I guess, really, two, because he had two different contracts with us. On the one hand, he was doing the voicing work --
Q Right.
A -- and on the other, he was doing a science and technology feature, and I know that, in reviewing that, I didn't think too much of the -- of the feature. I didn't think it was really serving our audience.
Q Okay. And just right now, I would only want to focus on Maung Maung's job as a voice consultant and then in a little bit we can discuss the editorial consultant.
A Sure.
Q Did you ever receive any information concerning his job performance as a voice consultant?
A Yes.
Q And what was that information?

Page 17

A That he -- it was lackluster. We had had a lot of complaints over time about the -- some of the voicing of our programs and Soe Thinn wanted to address that problem.
Q Okay. And do you remember specifically who described his performance as "lackluster"?
A I would say that's my word --
Q Right.
A -- based on, you know, talking to, basically, Soe Thinn and Nancy Shwe, his deputy director.
Q Okay. So the feedback you got on his job performance was from Soe Thinn and Nancy Shwe?
A Yes.
Q Anyone else?
A Not that I remember.
Q And do you recall when you received this feedback?
A I know -- obviously, I got it at the time of the contract renewal when we were asked by finance department whose contract should be renewed and whose not. I believe that we had talked about

it previously but I honestly don't remember.
Q Okay. When you say, "at the time of the contract renewal," that's September 2004?
A August.
Q August 2004?
A Yes.
Q And you believe you also received feedback prior to then but you don't remember any specific time; is that accurate?
A That's correct.
Q And in addition to this, that's the feedback you recall receiving, you don't remember any specific broadcast --
A No.
Q -- for example, that --
A No.
Q -- anyone had any complaints about?
A No.
Q So you don't recall any complaints about, for example, Maung Maung not completing his broadcast on time?
A No.

Q Do you recall any complaints about Maung Maung exhibiting political bias in his broadcasts?
A No.
Q And do you recall any complaints about Maung Maung not getting along with his coworkers?
A No.
Q We have been discussing Maung Maung's job position as a voice consultant. Do you recall whether or not Maung Maung also was an editorial consultant?
A Yes.
Q Do you recall when he was hired as an editorial consultant?
A No, I don't.
Q Did you play any role in Radio Free Asia's decision to hire Maung Maung as an editorial consultant?
A No.
Q Do you recall whether his original contract was for a certain period of time?
A All of our contracts, basically, run from -- run our fiscal year, from October 1st to

September 30th of the following year.
Q Do you recall whether Maung Maung's contract as an editorial consultant was ever renewed?
A Yes.
Q When was that?
A It was in 2004.
Q And did you play any role in the decision to renew Maung Maung's contract as an editorial consultant?
A Well, I -- yes, in the -- in the sense that I -- I gave my opinion, which I thought his feature was not very good, and I really didn't see the point of renewing the contract, but Soe Thinn wanted to go ahead and renew it.
Q And could you elaborate a little bit on why you thought his feature was not very good?
A It was focusing on science and technology and most of the things that he was reporting on that I saw, which are very limited, but I saw a couple of the different programs that he produced, and they had no relationship to Burma. They provided no --

nothing really helpful for Burmese people.
Q Do you recall any specific examples of what you just described?
A Yeah, like, there was one about automatic toll booths, and in a country where there are -- you are dealing with primarily dirt roads and, you know, no infrastructure, it seemed pretty silly.
Q And the concerns you just mentioned, you said that you communicated those to Soe Thinn?
A Uh-huh.
Q Do you recall what his response was?
A I just know that they -- you know, the service -- all of our services have pretty limited staffs for the amount of programming they are producing, and so the contractors provide, you know, additional program material that can be used, and so it takes some of the pressure off the other broadcasters, and so sometimes the material, you know, I don't think is the highest quality. I would like to see higher quality material but we are kind of over a barrel.
Q Do you recall whether or not Maung Maung's

Page 22

contract as an editorial consultant was renewed in September 2005?
A I don't remember, no.
Q You don't recall playing any role in a decision whether or not to renew his contract?
A No, I -- I believe it was renewed. I know -- I'm pretty sure -- I know he showed up again in the last program evaluation, I think, but --
Q Other than what we have already discussed, did you receive any other information concerning Maung Maung's job performance as an editorial consultant?
A You mean any feedback on his overall performance or --
Q Yes.
A Yeah. I know that Soe Thinn had told me he had a -- in 2003, that he was applying for a full-time broadcaster position and he was -- you know, he was concerned because he didn't think he was that good, and I just said, well, you know, you put him in the mix with everybody else and, you know, he will either come out or he won't.

Page 23

That's --
Q When you say, "put him in the mix with everybody else," what do you --
A In the applicants pool. I know he had been turned down on this position previously and I knew from -- from that discussion that, you know, he wasn't very highly thought of in this the service. You know, he did okay but --
Q When you say he had been turned down before, are you referring to a specific time that he applied to be a full-time broadcaster prior to 2003?
A Yes, in 2001.
Q And he was turned down in 2001; is that accurate?
A Yes.
Q And you said the opinion in the Burmese service after 2001 was that he wasn't very good and probably would not be able to become a full-time broadcaster?
A Right.
Q So the feedback you are referring to, then, was Soe Thinn telling you that he wasn't very

Page 24

good?
A Right.
Q Do you recall any other specific feedback or even general feedback regarding Maung Maung's performance as an editorial consultant?
A No, I think that was probably it.
Q So no complaints about Maung Maung not getting along with coworkers?
A No.
Q And no complaints about him demonstrating a political bias during his broadcasts?
A No.
Q Are his shows in Burmese?
A Yes.
Q Have you ever listened to his show?
A Yes.
Q Do you know Burmese?
A No.
Q Okay. And you -- why would you listen to his show if you didn't know -- if you didn't understand the language the show is in?
A I listen for two -- two reasons. Number

Page 25

one, I listen for the production values and qualities of a program but I -- and usually I listen with a translation of the content so that I can also put the two together.
Q Do you know whether Maung Maung's show was popular among listeners?
A I don't know.
Q We touched on this earlier and I would like to get into it in a little more detail. What role did you play in the decision not to renew Maung Maung's contract in September 2004 as a voice consultant?
A Typically how the process works, I get a -- I get a list or lists from the finance department on who our current contractors are and whether we want to have them renewed or not and then I'll talk with the directors and ask them who wants -- who they want to renew or who they don't want to renew.
Q And when you say, "directors," do you mean the director of the Burmese service?
A Yes, service directors, yes.

Page 26

Q And so in September of 2004, did you receive a list of voice consultants in the Burmese service?
A Yes. That's that one document I gave that you just got, yes.
Q Right. And do you know who made a decision not to renew Maung Maung's contract?
A Soe Thinn.
Q Do you know if anyone else was involved in that decision?
A Well, I know Nancy was involved and I was involved.
Q And besides you receiving the list and passing it along, what exactly was your involvement?
A Just talking to him about the renewal.
Q And what did you talk about with him?
A About whether this contract should be renewed and whether his editorial contract should be renewed, and Soe Thinn didn't want to renew the voicing contract because he wanted new voices, he wanted to improve the on-air sound so that we wouldn't have so many complaints about the -- the

Page 27

people making mistakes on the air, not sounding good, and -- and then -- and, of course, I had, also, the other one for the science and technology and I recommended to him -- he was going to renew his contract. I said why don't you -- why do you keep him on this? This is not a good program. And he said, well, we don't have a lot of material, so keep him for now.
Q So with respect to the voice consultant contract, would you say that was a decision Soe Thinn made that you agreed with or a decision you came to together?
A I would say it was a recommendation he made and I agreed with it -- he and Nancy came to and he communicated to me and then I said fine.
Q And I believe you said one of the reasons for that were complaints made about how things sounded on air?
A Yes.
Q I'm paraphrasing.
A Yes.
Q Do you recall who made those complaints?

Page 28

Was it listeners?
A Yes. I believe that that was -- that was the information I was getting, that people -- and feedback -- we will get e-mails or letters sometimes and sometimes people will complain about, you know, various things.
Q And would there be any record of complaints that had been made to the Burmese service regarding certain broadcasts?
A Probably not.
Q And Soe Thinn was the one who informed you about these complaints?
A Uh-huh.
Q You didn't see the complaints personally?
A No.
Q I believe you also mentioned a reason Soe Thinn decided not to renew Maung Maung's voice consultant contract was he wanted new voices on the air?
A Right.
Q Do you know what he meant by "new voices"?
A I think he was -- I think there was a

Page 29

sense that -- and this was primarily, I think, on the part of contractors, that the sound was not professional, and that can involve a lot of things, from not having enough energy in your voice when you are speaking, it can be making mistakes, stumbling over your words, reading things incorrectly, anything such as that, so it is kind of a wide variety -- having the wrong accent in some services. People don't like accents and that's a problem. But, in this case, I think there was just a sense that our sound was not as clean and as professional as it should be and so that the -- the fix was to get some new contractors in and some new voices so that it sounded more professional.
Q Okay. And to your knowledge, was the decision to seek new voices made by Soe Thinn or by other people in the Burmese service or at Radio Free Asia?
A I believe by Soe Thinn and in consultation with Nancy Shwe, S-h-w-e.
Q Did you ever discuss Maung Maung's voice consultant contract with Nancy Shwe?

Page 30

A I probably did but I honestly don't remember.
Q You don't remember anything specific?
A Exactly.
Q But you think you probably did.
Fair enough.
Do you recall whether or not at the time the Burmese service decided not to renew Maung Maung's voice consultant contract it decided not to renew other voice consultants?
A Yes, they -- there were, I know, three in the Burmese service and there were others in other services.
Q Do you recall specifically who in the Burmese service?
A No.
Q Do you recall what role you played in the decision not to renew the other two voice consultants' contract?
A I, basically, took Soe Thinn's recommendation and said fine, we want to not renew it and start fresh.

Page 31

Q So would it be fair to say you played a similar role in the decision not to renew their contracts as you did in Maung Maung's?
A Yes.
Q Do you recall the reason why Soe Thinn decided not to renew their contracts?
A I think it was the basic reason I said before, about wanting new voices, that our sound was not as professional as we would like, that there had been complaints, and so this was a way of kind of refreshing the sound on the air.
Q So in addition to complaints and wanting new voices, do you recall any other reason that Soe Thinn chose not to renew the three voice consultant contracts in September 2004?
A No.
Q In your experience with the Burmese service, is it a frequent occurrence that voice consultants' contracts aren't renewed?
A I can't say if it is frequent or infrequent. It is -- it is really on a case-by-case basis.

Page 32

Q Do you recall whether or not in 2003 the Burmese service decided not to renew any voice consultant contracts?
A I don't remember.
Q Do you recall any time in 2002 the Burmese service decided not to renew any voice consultant contracts?
A No, I don't remember that either. At that point, I probably wasn't at all involved because I wasn't over -- I didn't -- I didn't have the duties of the deputy director at that point.
Q Was there another individual that had the duties of the deputy director prior to 2003?
A There was a deputy director under the director, who was Dan Sutherland, and he was responsible for all the services at that point.
Q Do you recall that individual's name?
A Yes. Alex Tseu, T-s-e-u.
Q And is Mr. Tseu still an employee of Radio Free Asia?
A Yes, he is.
Q Do you know his current position?

Page 33

A He is deputy director for the Chinese services in Korea.
Q Do you know how many times in 2005 the Burmese service decided not to renew a voice consultant contract?
A No.
Q Do you know -- can you name any specific individuals whose contracts were not renewed in 2005, any specific voice consultants whose contracts were not renewed in 2005?
A No.
Q Do you have any knowledge concerning Maung Maung's access card being canceled?
A No.
Q Do you have any knowledge concerning whether Maung Maung's hours were reduced in September 2004?
A No. For the voicing contract?
Q Right.
A No.
Q Earlier we discussed briefly Maung Maung's application to be a full-time broadcaster in 2003.

Page 34

A Uh-huh.
Q Could you describe again the role you played during that application process?
A I was, you know, I guess, marginally involved. Basically, the -- at that time, since I had just -- you know, within the last six months, I had taken on this job, I did pretty much like I did with the contracts at that point, which is just go -- go with the -- review the recommendation of the service director and what they wanted to do.
Q And do you recall specifically what the service director wanted to do in 2003?
A Yes, I know he first -- he recommended first to hire, and I don't remember the name, but a man who was in Australia. He was his first choice for the position.
Q And when he made that recommendation, what specifically did you do?
A I said that was fine.
Q So you didn't participate in any interviews?
A No.

Page 35

Q And you didn't review any application?
A No.
Q You didn't review any test scores?
A No.
Q And do you recall whether or not the first individual ever worked for the Burmese service?
A He did not. He was unable to get a Visa. There was some immigration issue. So then it was offered to the second person on the list who was Kyi Kyi Than.
Q And could you describe the role you played in whether or not Kyi Kyi Than was hired?
A Again, just, you know, Soe Thinn came to me and said, you know, we -- we have got this problem. He is not going to be able to take the job. So, you know, I'm going to go to number two on the list. It is Kyi Kyi Than. I said that's fine. Move forward. Get somebody in there.
Q So you didn't participate in any interview with Kyi Kyi?
A No.
Q And you never reviewed Kyi Kyi's job

Page 36

application?
A (No verbal response.)
Q And you never reviewed any test scores related to Kyi Kyi's job application?
A No. Sorry.
Q Do you know whether Maung Maung was interviewed in connection with the full-time broadcaster position open in 2003?
A I believe he was. I think he was on the short -- short list.
Q And by "short list," does that mean that not every applicant gets interviewed?
A Correct.
Q How does the Burmese service determine whether or not they are going to interview an applicant?
A I am honestly not sure at that point.
MR. ABRAMSON: If you are not sure, then you are not sure. Just testify to what you know.
THE WITNESS: All right.
BY MR. KOUBA:
Q Do you play any role in the Burmese

Page 37

service's decision whether or not to interview an applicant?
A At that time, no.
Q Were you present at Maung Maung's interview for the 2003 full-time broadcasting position?
A No.
Q Did you ever review his job application?
A No.
Q Did you ever review any test scores?
A No.
Q And do you have an opinion as to why -- first, the first guy, if I represent to you his name was K. A. Cho, you don't have any reason to disagree with that?
A I don't know.
Q Okay. Well, the first individual who was offered the full-time broadcaster job.
A Yes.
MR. ABRAMSON: How did you pronounce his name?
MR. KOUBA: I'm sure I pronounced it

Page 38

wrong. K-h-o?
MR. ABRAMSON: C-h-o.
MR. KOUBA: C-h-o.
Okay. Now I have lost my train of thought.
MR. ABRAMSON: Sorry.
MR. KOUBA: So I'll just move on to something else.
BY MR. KOUBA:
Q In 2004, after the Burmese service decided not to renew Maung Maung's voice consultant contract, did it hire anyone new as a voice consultant?
A I believe so, yes.
Q Do you know how many individuals it might have hired?
A No, I don't, specifically.
Q Did you play a role in the decision to hire these people?
A Again, Soe Thinn would have come to me and said I would like to get a contract with this person to do voicing, and I knew we had canceled the other

Page 39

contracts, and he was always very good about keeping it within budget, so I would have said yes, that's fine.
Q You didn't meet these individuals personally?
A No.
Q You didn't participate in any interview?
A No.
Q Didn't review any application?
A No.
Q Do you know who in addition to Soe Thinn would have played a role in the decision to hire?
A I believe Nancy Shwe.
Q Anyone else?
A I don't think so.
Q Do you have an opinion as to why Soe Thinn thought Kyi Kyi was a more qualified candidate to be a full-time broadcaster in 2003?
MR. ABRAMSON: Objection.
You can answer.
THE WITNESS: Oh. More qualified than what?

Page 40

BY MR. KOUBA:
Q Than Maung Maung.
A Than Maung Maung? I think because he had seen and had worked with Maung Maung for several years and had seen the quality of his work and felt that it wasn't what he wanted for a broadcaster, full-time broadcaster.
Q Are you aware that Maung Maung filed a complaint with the Equal Employment Opportunity Commission in August 2004?
A I am now.
Q Prior to today, did you have any knowledge concerning an EEOC complaint filed by Maung Maung?
A Yes, but I don't know exactly when.
Q Do you know what -- or strike that.
What is your knowledge concerning Maung Maung's complaint with the EEOC?
A All I know is that he filed a complaint alleging discrimination in the hiring in 2003.
Q Do you recall when you learned of this complaint?
A No, I don't.

Page 41

Q Do you recall whether or not it was in 2004?
A I honestly don't remember. I don't know.
Q Do you recall how you learned this information?
A No.
Q Do you recall whether you learned this information prior to Soe Thinn coming and telling you that he had decided not to renew Maung Maung's contract?
A I don't believe I had any knowledge of it at that time.
Q To your knowledge, did the EEOC do anything to investigate this complaint?
A I have no idea.
Q Who have you talked to regarding the complaint Maung Maung made with the EEOC? And just to be clear, I'm not interested in anything you said to Gil or any other of your attorneys.
A Oh. Okay. Well, I guess I have -- I know I have discussed it with Soe Thinn, because we knew, I guess, when this came up, I don't know, we knew

Page 42

that this was coming to trial or whatever; we probably talked about it.
Q Do you recall when you talked to Soe Thinn about it?
A No. Sometime, say, in the last couple months.
Q So before 2006, do you know whether or not you discussed it with Soe Thinn?
A I don't believe so.
Q Have you discussed it with anyone in addition to Soe Thinn, excluding your attorneys?
A Probably mentioned it to my husband.
Q Anyone else?
A I don't think so.
Q To your knowledge, besides you and Soe Thinn, who you have talked to, do you know whether or not other individuals at Radio Free Asia know of the complaint Maung Maung filed with the EEOC?
A I don't know.
Q You don't know of any individuals that do know?
A Yeah, I just don't know.

Page 43

Q Do you know whether Maung Maung filed one or two complaints?
A Yes, I know that -- that a subsequent complaint was filed after the -- we didn't renew his contract.
Q And what is your understanding of the allegations in the second complaint?
A In the second complaint, they said we were retaliating against him for filing the first complaint.
Q And when you say, "we were retaliating against him," you mean by not renewing his voice consultant contract?
A By not renewing -- yes, exactly.
Q And when did you learn of the second complaint?
A Again, I'm -- I'm thinking sometime this year but I don't really recall when.
Q And did you discuss that with Soe Thinn, also?
A I suspect I did, yes. I would imagine I would.

Page 44

Q Did you discuss it with anyone in addition to Soe Thinn?
A No.
Q Do you know whether anyone at Radio Free Asia has knowledge of the second complaint?
A I don't know.
Q And do you know what, if anything, the EEOC did to investigate the second complaint?
A I don't know.
Q When did you first learn that Maung Maung had filed an action against Radio Free Asia in D.C. Superior Court?
MR. ABRAMSON: Objection.
You can answer.
THE WITNESS: I don't know. I have no -- I just don't remember.
BY MR. KOUBA:
Q Okay. And have you talked to anyone regarding Maung Maung's action against Radio Free Asia, either --
A No.
Q -- either his action in D.C. Superior

Page 45

Court or his action in D.C. Federal Court?
A As I have said, I have talked with Soe Thinn and talked to my husband.
Q Okay. And probably your attorneys before today's deposition?
A Attorneys, yes. You said to ignore that.
Q But I'm not interested in that.
A Right.
Q But other than those individuals, no one.
A Right.
Q And do you know whether or not anyone at Radio Free Asia has knowledge of Maung Maung's complaint in D.C. Federal Court or D.C. Superior Court?
A I have -- I don't know.
Q Other than what we have already discussed, do you know whether Maung Maung has made any formal or informal complaints regarding Radio Free Asia?
A I don't know of any.
Q You are not aware of any letters that Maung Maung might have sent to individuals at Radio Free Asia complaining about it?

Page 46

A No.
Q I just want to go through a few subject areas and see if you know other individuals who might have knowledge on some issues.
A Sure.
Q Other than the people we have already discussed today, are you aware of anyone who would have knowledge about Maung Maung's performance on the job?
A The -- certainly, we have talked about Soe Thinn and Nancy and then the next layer of management is in the Burmese service would be the editors, so any of the editors who worked with him.
Q And how about the decision not to renew Maung Maung's contract?
A I don't know that they were involved.
Q Okay. So that would be Soe Thinn and Nancy --
A I believe so.
Q -- we have already talked about, and you are not aware of anyone else?
A Right.

Page 47

Q And the decision not to hire Maung Maung as a full-time broadcaster, we discussed Soe Thinn. Do you know of any other individual who might have knowledge?
A Nancy, as well.
Q And the same would be true of the decision to hire Kyi Kyi as a full-time --
A Yes. Yes.
MR. KOUBA: If we can take a five-minute break, I think we are getting near the end of it. I want to confer with Josh real quickly.
MR. ABRAMSON: Okay.
(Recess.)
BY MR. KOUBA:
Q I have got just a couple more questions.
A Okay.
MR. ABRAMSON: Don't hold him to the two.
BY MR. KOUBA:
Q Are you familiar with an individual named Libby Liu?
A Yes.
Q Is she an employee of Radio Free Asia?

Page 48

A Yes.
Q Do you know her position?
A She is president.
Q And could you describe her responsibilities briefly?
A She is the big boss.
Q Do you have a sense as to her responsibilities with respect to the Burmese service?
A It would be very limited because she just has so many other duties and responsibilities.
Q And are you familiar with a Khin Maung Nyane?
A Yes. He is one of the editors in the Burmese service.
MR. KOUBA: Ms. Lavery, I think that's all the questions I have for you today. I want to thank you for coming in. I know sitting through a deposition is never that much fun so I appreciate it.
THE WITNESS: Okay.
MR. ABRAMSON: I have a couple questions

Page 49

just to clarify the record a little bit.

EXAMINATION

MR. ABRAMSON: This document that we brought in today, let's just mark this as Number 1. Okay? Can we do that?
(Lavery Deposition Exhibit 1 identified.)
BY MR. ABRAMSON:
Q Okay. What is this document?
A This is a form that's generated by the finance department for contractors, to decide on who should be renewed each year. Each year. It's done at the end of the fiscal year.
Q And in 2004, when did you receive this?
A It is dated 8/19, so I'm assuming that I received it around that time.
Q All right. And in 2003 --
A Yes.
Q -- do you recall when you received -- did you receive a similar list?
A Yes.
Q Do you recall when you responded?
A Yes.

Page 50

Q When was that?
A It was -- I believe it was about the same day or the 20th, something -- either the 19th or the 20th; I can't remember.
MR. ABRAMSON: And I'll represent there is an e-mail that I don't have that I'll send to you that confirms that.
MR. KOUBA: Okay.
BY MR. ABRAMSON:
Q So in 2004, to the best of your recollection, when did you respond to the contract office or financial office with regard to the renewal of the Burmese service contracts?
A I'm not sure exactly. Generally, I try to do these things pretty quickly and so -- and, of course, it depends on the service director, as well. Soe Thinn is very organized, so we probably took care of it within a couple of days.
Q Is this your handwriting?
A Yes, it is.
Q Are you familiar, then -- in terms of interviewing applicants for employment, I think you

Page 51

testified Soe Thinn and service director. Is that true in the other services that you supervise, as well? Who does those interviews?
A Interview candidates?
Q Candidates.
A It varies because I have -- I have had some services that I have not had a permanent service director, may have had an acting service director and in that case I have been more involved in those decisions.
Q Which services are those?
A Those are the Cambodian and Vietnamese, but in the Laosian and Burmese, we have had permanent service directors that have been very capable, so I have --
Q To what extent, if any, are you familiar with any questions geared to determining any kind of journalistic bias that are asked?
A I know that -- that Soe Thinn would ask in his interviews whether they would report something that would put Aung San Suu Kyi in a bad light, and -- because a lot of the people who were hired

Page 52

came from the ranks of activists and it had been a problem in our programs. We had some programs where, you know, they -- they were not as journalistically straight as we would like and so Soe Thinn asked his people that he was interviewing whether they would -- how they would handle a story that was negative to her.
Q And to what extent are you familiar with the consequences of answering that question wrongly, in other words, that there would be bias?
A Well, then he doesn't consider them.
Q Okay. Do you have a problem with that?
A No.
Q To what extent do you generally interface with the senior editors in each of the language services that you supervise?
A Again, it depends on the service director. It breaks down pretty much the same as in the other -- I had much less with the Burmese service because it was functioning well and much more so with the Cambodian and Vietnamese.
MR. ABRAMSON: I hope I have this document

Page 53

here.
BY MR. ABRAMSON:
Q I'm going to show you what was marked as Exhibit 8 in Soe Thinn's deposition.
MR. KOUBA: Okay.
BY MR. ABRAMSON:
Q Do you know what that is?
A It looks like the -- a part of the program evaluation. The program evaluation involves both outside evaluation -- evaluators and also audience research and this would have come from the audience research, the intermedia.
Q And you have experience with this particular type of audience research evaluation?
A Unfortunately, because of where we broadcast to, we really cannot do scientific audience research. We are not allowed in the country and we cannot, you know -- the audience research people are very limited in what they can do and, so, typically what they do are these panels, which is either a panel of 7 or 12 people and what they think of the program. It is not at all valid

Page 54

for making a judgment about, you know, how many people listen, doing any quantitative analysis. So it is -- it is of very limited usefulness.

Q What about qualitative analysis?

A Typically, what they are used -- again, it is the opinion of, you know, a handful of people, so you can use it to -- as a guide. If you see something that happens -- you know, if you get the same feedback from everybody, then you might take a look at it and say, gee, is there something here, is there something going on, but, again, it doesn't mean that it is the, you know -- it doesn't mean that's how the Burmese listeners, the Burmese audience assess it.

MR. ABRAMSON: Okay. No more question.

MR. KOUBA: I think I have just a couple follow-up questions.

THE WITNESS: Sure.

EXAMINATION

BY MR. KOUBA:

Q On Exhibit 1, you testified that this is your handwriting on it?

Page 55

A Yes.

Q Do you recall specifically what day you wrote "Cancel" next to these three individuals' contracts?

A No, I don't.

Q Do you recall if it was in August?

A I'm assuming it was but I don't know.

Q And do you recall why you wrote "Cancel" next to it?

A Because on all of them -- I get these forms for all of the contractors and then I either write "Renew" or "Cancel."

Q Do you recall whether you wrote "Cancel" on there because you spoke to Soe Thinn?

A Yes. I would have talked to him before doing that, yes.

MR. KOUBA: That's all I have. Thank you.

THE WITNESS: Okay.

(Whereupon, at 11:06 a.m., the deposition was concluded.)

Page 56

I HEREBY CERTIFY that I have read this transcript of my deposition and that this transcript accurately states the testimony given by me, with the changes or corrections, if any, as noted.

X

Subscribed and sworn to before me this day of , 20 .

X
Notary Public

My commission expires: .