# Exhibit 19

RADIO FREE ASIA
Position Description

POSITION: International Radio Broadcaster

INCUMBENT: Broadcaster

REPORTS TO: Director, Burmese Service

EFFECTIVE DATE:

LOCATION: Washington, D. C.

INCUMBENT: _____   DATE: _____

CERTIFICATION: _____   DATE: _____

SUPERVISOR: _____   DATE: _____

## SUMMARY OF POSITION:
Incumbent serves as International Radio Broadcaster in the Burmese Service of Radio Free Asia, with responsibility for the preparation and presentation of regular Burmese-language programs. RFA's Burmese language broadcasts are an important source of objective and reliable information available to the citizens of Burma. As such, the professionalism and accuracy of program materials prepared by the incumbent are essential to achieving RFA's goals of providing our listeners with the information they seek, including the freedom to seek, receive and impart information and ideas through any media, regardless of frontiers.

## DUTIES AND RESPONSIBILITIES:
1. Translates and adapts news and news-related scripts under intense time pressure.
2. Voices all sorts of news and feature program materials, live and pre-recorded.
3. Covers news events and other noteworthy events as assigned.
4. Interviews people of interest for inclusion in radio programs.
5. Produces live studio programs. Performs a variety of production tasks to prepare news and feature programs for broadcast.
6. With appropriate supervision, researches and writes original scripts for programs as assigned.
7. Performs other duties as assigned.

## SUPERVISORY CONTROLS:
Under the general supervision of the Director, Burmese Service, the incumbent typically is closely supervised by the Deputy Director of Programming in the preparation of program materials for the daily Burmese broadcasts.