IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:05-CV-01042 (RMU) |
| ) | |
| RADIO FREE ASIA, ) | |
| ) | |
| Defendant. ) | |

### (PROPOSED) ORDER

Upon consideration of Defendant Radio Free Asia's Motion for Summary Judgment and supporting materials, Plaintiff Dr. Khin Maung Than's opposition thereto and supporting materials, any reply thereto, any argument thereon, and the record herein, it is this ____ day of _____, 2007

ORDERED that Defendant's Motion for Summary Judgment is DENIED in its entirety.

Date:_____   By:_____

**Copies to:**

Steven G. Reade
David E. Kouba
Joshua M. Glasser
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202



Gil A. Abramson, Esquire
HOGAN & HARTSON LLP
111 South Calvert Street
Suite 1600
Baltimore, MD  21202