IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN,<br><br>   Plaintiff,<br><br>v.<br><br>RADIO FREE ASIA,<br><br>   Defendant. | Civil Action No.<br>1:05-CV-01042 (RMU) |

## JOINT STIPULATION FOR EXTENSION OF TIME

The parties hereby stipulate and agree that Defendant Radio Free Asia shall have until Friday, February 9, 2007, in which to file its reply to Plaintiff Khin Maung Than's Memorandum in Opposition to Radio Free Asia's Motion for Summary Judgment.

/s/
David E. Kouba (DC Bar #483145)
Steven G. Reade (DC Bar # 3370778)
Joshua M. Glasser (DC Bar #489416)
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000

Counsel for Plaintiff
Khin Maung Than

Dated: February 2, 2007

/s/
Gil A. Abramson (DC Bar # 237994)
HOGAN & HARTSON LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21202
(410) 659-2700

Counsel for Defendant
Radio Free Asia

\\\BA - 065890/000016 - 220287 v1