IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN,<br><br>   Plaintiff,<br><br>  v.<br><br>RADIO FREE ASIA,<br><br>   Defendant. | Civil Action No.<br>1:05-CV-01042 (RMU) |

## ORDER

Upon consideration of Joint Stipulation for Extension of Time, it is this _____ day of February, 2007:

ORDERED that Defendant Radio Free Asia shall have up to and including Friday, February 9, 2007, in which to file its reply to Plaintiff Khin Maung Than's Memorandum in Opposition to Radio Free Asia's Motion for Summary Judgment.

Date:_____

                       _____
                       United States Magistrate Judge

**Copies to:**

Gil A. Abramson, Esquire
HOGAN & HARTSON LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21202


David E. Kouba, Esquire
Steven G. Reade, Esquire
Rhonda L. Stewart, Esquire
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004