# Exhibit 1

# Curriculum Vitae

**Personal Details:**

1st choice

**Name:**  Tin Aung Cho ( Mr )

**Address:**  5, Mulder Place
BANKS ACT  2906
AUSTRALIA

1385

#

**Telephone/Fax:**  ( 02 ) 6294 7220
**E-mail:**  choaye@alphalink.com.au
tinaungcho@hotmail.com
**Countries of Work Experience**  Burma ( Native country ) Hong Kong, UK and Australia

**Specialist Fields**  International Relations
International Law ( Law of the Sea, Law of Treaties, Diplomatic Law )
Professional Tennis Coaching
General Office Administration

## Educational History:

**1985**  **Master of Science Degree in Sea-Use, Sea Law and Marine Policy Making**
London School of Economics and Political Science

**1971**  **Bachelor of Arts Degree in History**
Rangoon Arts and Science University

## Others:

**1998 - current**  **Certificate in Information Technology.**
CIT, Flexible Learning Centre, Tuggeranong,

**1996**  **Certificate of Proficiency Level 2 Professional Tennis Coach**

**1996**  **Certificate in Small Business Management**
Business Skill Centre, ACT

---

Tin Aung Cho                                                    Page 1

RFA-00095

**1995**                      **Word Processing for Windows** CIT Solutions, ACT


**1992**                      **Certificate in Report Writing**
                              **Certificate in Creative Writing**
                              ACT Institute of Technical and Further Education

**1991**                      **Introduction to Personal Computing**
                              Metropolitan Business College, ACT

**1987**                      **Certificate in Ocean Boundary Making**
                              Southeast Asian Program in Ocean Law,
                   Policy and Management  and the
            International Centre for Ocean Development
            Singapore,1987

## Employment and Experience:

**2000 August –Feb**     **Administrative  Officer/Assistant Licensing Officer**
**2001**

                         **Business / Licensing  Section, Operations Branch, Australian**
                         **Fisheries Management Authority, Canberra.**
                         **Responsibilities**
                         • Assist implementation on agreed fisheries management plans.
                         • Ensure fishing registers of entitlements and interest are up to date
                           and accurate.
                         • Receive & record incoming applications for fishing concessions;
                           record the dispatch of outgoing concessions;
                         • First point of phone contact phone and in-person inquiries from
                           clients
                         • Maintain systematic Section's filing system using TRIM and Client
                           Module system.
                         • Maintain electronic records of incoming and outgoing
                           correspondence. (Excel, Data Base )
                         • Grant Fish Receiver Permits.  Assist with the processing of other
                           grants/transactions under direction.
                         • Assist with the maintenance of fishery Registers and data bases
                           Maintain the Section's equipment, consumables, etc.
                         • Provide a prompt, helpful and professional service to internal and
                           external clients;
                         • Work flexibly and harmoniously in a busy team and provide support
                           and encouragement achievement of team commitments.

---

Tin Aung Cho                                              Page 2

RFA-00096

| 1995- 1997 | **Tennis Coach and Co-ordinator** |
|---|---|
| | **Tennis ACT, National Tennis Centre.** |
| | Development and promotion of tennis for Primary Schools in ACT. |

**1995 – 1998 ( Full-Time )**

**1999- ( Part-Time )**

**Resident Professional Tennis Coach**

Southlands Tennis Club

Mawson ACT, 2607

- Tennis coaching for groups and individuals.
- Organising tournaments, holiday tennis classes, equipment repairs services.
- As Committee Member of the Southlands Tennis Club, contribute administrative and technical support relating to the activities of the club.

**1972-1994**

**Foreign Service Officer, Ministry of Foreign Affairs, Rangoon.**

**Joined the Foreign Ministry as Third Secretary and rose to the rank of Acting Director, International Law and Treaties Division of the Ministry.**

Overseas postings includes:

- Hong Kong
- United Kingdom ( further studies )
- Australia.

**1993-1994**

**Acting Director**

International Law and Treaties Division

Ministry of Foreign Affairs, Rangoon.

*Responsibilities -*

Law of the Sea

- to initiate all necessary measures towards shaping Burma's policies and position on various Law of the Sea issues.
- To recommend appropriate legislation to protect Burma's rights under the Law of the Sea Convention.

---

Tin Aung Cho

RFA-00097

**1972 - 1978**        **Third Secretary**

Political Department

Ministry of Foreign Affairs,

Rangoon.

*Responsibilities -*

- Collect, collate, and compile news and information on international issues and draft briefs, reports, background and position papers as instructed.

**1967 - 1976**        **Member of Burma's National Tennis Team**

Participated in many international events both in Burma and overseas.

## Conferences and Seminars:

1985        • Law of the Sea Conference, Cardiff, Wales

1986        • Member of Burma Sea Boundary Team to Bangladesh

1986        • Member of Burma Sea Boundary team to New Delhi, India

1987        • Member of Burma Sea Boundary Team to New Delhi, India.

1988        • Member of Burmese Team to Jammu/Kashmir to study water sharing between India and Pakistan on International Rivers.

1989-1993        • Participated in all Chemical Weapons Convention (CWC) Regional Initiative Seminars conducted by the Australian Government as participant from Myanmar. (Four seminars and one workshop.)

1990        • Participated in General Assembly of the International Union for the Conservation of Nature, (IUCN) Perth, WA.

1993        • Participated actively in Seventh Asia-Pacific Roundtable on Confidence Building and Conflict Reduction in the Pacific, Asean-Isis, Malaysia.
            • Appointed Chairman of Workshop on The Security of Sealanes of Communications in the Asian -Pacific.

1993        • Deputy Leader of Myanmar Sea Boundary Technical Team to initial Tri-junction Sea Boundary between Burma, Thailand and India at New Delhi.

RFA-00098

## RADIO FREE ASIA's NON-ENGLISH LANGUAGE
## TEST EVALUATION FORM

Written Test Part I

Test Number- *1885*

Language - *BURMESE*

| | Excellent (the best 40 points) | Very Good (25points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation | 40 | | | | |
| Delivery | 40 | | | | |
| Radio/ Media Style | 40 | | | | |
| Grammar/ Syntax | | 25 | | | |
| Vocabulary | | 25 | | | |
| Total Score | 120 | 50 | | | |
| | | | | | |

Evaluator's Comments: _____ EXCELLENT _____

_____

_____

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_Saw_  12 -19-01

Evaluator's Signature and Date

_SAW TUN_

Typed/Printed Name

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part II

Test Number- 1385
Language - Burmese

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation | 40 | | | | |
| Delivery | 40 | | | | |
| Radio/ Media Style | 40 | | | | |
| Grammar/ Syntax | | 25 | | | |
| Vocabulary | | 25 | | | |
| Total Score | 120 | 50 | | | |
| | | | | | |

Evaluator's Comments: _____ EXCELLENT _____

_____

_____

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

Saw Tun   12.19.01
Evaluator's Signature and Date

SAW TUN
Typed/Printed Name

RFA-00100

## RADIO FREE ASIA's NON-ENGLISH LANGUAGE
## TEST EVALUATION FORM

Written Test Part III

Test Number-_____

Language - _____ ____

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Speed & Accuracy | 40 | | | | |
| Vocabulary | 40 | | | | |
| Grammar & Syntax | | 25 | | | |
| Radio Style | | 25 | | | |
| Adaptation | | 25 | | | |
| Total Score | 80 | 75 | | | |

Evaluator's Comments: _____ EXCELLENT TRANSLATION _____

_____

_____

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_____ Saw ~ 12.19.01 _____
Evaluator's Signature and Date

_____ SAW TUN _____
Typed/Printed Name

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Voice Test Part IV

Test Number- *1385*

Language - _____

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Diction | 40 | | | | |
| Delivery | 40 | | | | |
| Voice Quality | | 25 | | | |
| Verbal Creativity | | 25 | | | |
| Additional Dialect(s) | | 25 | | | |
| Total Score | 80 | 75 | | | |

Evaluator's Comments: _____ *Some pause errors are detected.*
_____
_____

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

*Saw Tun*    12 -19-01
Evaluator's Signature and Date

*SAW TUN*
Typed/Printed Name

RFA-00102

June 4, 2003
KYI KYI THAN
13115 Twinbrook Pkwy #204
Rockville, MD 20851

*2nd choice*

Director - Burmese Service
Radio Free Asia (RFA)
2025 M Street, NW Suite 300
Washington, DC 20036

Subject:     **Application for an Appropriate Position of Burmese Service**

Dear Sir:

I am pleased to submit my application for your review and consideration, and attached resume for an appropriate position with the Burmese Service. I am most interested in voice service and would immensely like to work for the Radio Free Asia (RFA).

Let me introduce myself to the Board of Directors and Human Resources in order to provide information that would be helpful in evaluating my application.

In September of 1973 I was accepted at the Institute of Economics, which is one of the prestigious professional institutes in Rangoon, Burma. Whereby my interest is in Accounting/ Finance and Business Management, I passed the Bachelor's Degree of Commerce in November of 1977 and was admitted in order to pursue Post Graduate study for the Master's Degree.

In December of 1978, I was appointed as a Lecturing/Tutor ( Instructor) at the Rangoon Regional College which was under the guidance of the Institute of Economics and Ministry of Education.

In October of 1982, I was chosen by the Technical Services Corporation under the Ministry of Industry II as a Head of Section for Economic Planning Dept.. Unfortunately, I could not complete my master's degree due to different Ministry. I was then attached to work at Finance & Budget Dept. and promoted to take charge as a Head of Division for Project Planning Dept. in 1992.

I then resigned from the government services in February of 1996, left for Singapore to establish business relations with some friends. After returning the trip, that is in 1996, held the post of Executive Secretary at the Myanmar Agro Industry Co., Ltd. to assist with Thai Executives.

I arrived in San Francisco on November 11, 2000 as the third time visit and received the Employment Authorization Document in February 2001. I worked in California as a Cashier/ Customer Service for retail stores and moved to Maryland in February of 2003.

According to my hobby, I participated in Burmese Cultural Performances as a vocalist in the San Francisco Bay Area, CA. I remember the RFA broadcasted the news of that event with the background music that was my voice ( song- Taw Thu Ah Chit)

Also in Washington, DC, we marked an occasion for the 13th Anniversary of the NLD, winning the Multi-party General Election on May 27, 2003. I conducted as a Presenter for artistic programs and performed with a song- Mingalar Suu Taung.

Accordingly, I hope my voice is applicable for Burmese Service of the Radio Free Asia (RFA).

Thank you for your kind consideration. Sincerely and with best regards,

*06/4/03*

Kyi Kyi Than

RFA-00103

KYI KYI THAN                                                        skyikyi@yahoo.com
13115 Twinbrook Pkwy #204                                          Cell (510) 209 5592
Rockville, MD 20851

| | |
|---|---|
| **Object** | **An Appropriate Position** |
| **Education** | **Bachelor's of Commerce Degree (Accounting, Finance & Management)**<br>Institute of Economics, Rangoon, Burma<br>**Certified in Bookkeeping** (Fayetteville Technical Community College,    NC) |

**Work Experience**

04/03- now     Ross Store (Rockville, MD)
               **Cashier/ Customer Service (Part-time)**
               Worked on register dealing with cash, checks, credit cards and gift  certificates;
               responsible for customer service as return service, exchange and answering phones.

09/02-02/03    Norquist Salvage Corporation, Thrift Town Store (Sacramento, CA)
               **Cashier**
               Handled the register opening and closing involving cash, checks and credit cards;
               responsible for answering phones; helping the customers and other floor duties.

04/02-06/02    Fry's Electronics, Inc. (Fremont, CA)
               **Customer Service Associate**
               Worked on the register dealing with cash, checks, credit cards and gift certificates;
               handled paper work such as warranty, return service, etc.; identified customers' needs and
               offer product suggestions and helped them with their transactions including opening
               account and store credit.

12/00-02/02    Chili-Up Food Store (San Francisco, CA)
               **Cashier**
               Handled register opening and closing involving cash and checks; served the customers of
               their needs.

**Work Experience in Rangoon, Burma**

04/96-04/00    Myanmar Agro Industry Co., Ltd.
               **Executive Secretary**
               Handled business correspondence; prepared meeting, presentation and corporate meeting
               minutes; responsible for liaison with business partners and duties required of a secretary.

10/82-01/96    Technical Services Corporation
               **Head of Division (Project Planning Dept.)**
               Responsible for project planning and management; conducted economic and financial
               evaluation and feasibility studies of projects.
               **Head of Section (Finance and Budget Dept.)**
               Responsible for budget preparation and formulation; managed project accounts, accounts
               receivable and accounts payable; prepared financial reports; handled internal auditing.

12/78-10/82    Regional College
               **Instructor (Accounting Technology Dept.)**
               Taught the subjects such as Basic Accountancy and Business Management.

**Skills**       Windows 98, Microsoft Word, Microsoft Excel, Accpac Computerized Accounting.

RFA-00104

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part I

Test Number- *1429*
Language - *Burmese*

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation | | | 20 | | |
| Delivery | | | 20 | | |
| Radio/ Media Style | | | 20 | | |
| Grammar/ Syntax | | | | 15 | |
| Vocabulary | | | | | 10 |
| Total Score | (85) | ? | 60 | 15 | 10 |

Evaluator's Comments: *Admirable ability in comprehension and presentation.*

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics.  I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests.  I pledge to inform RFA if:

* I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
* Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
* I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
* I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_____  9/10/03
Evaluator's Signature and Date

U THA HLA
Typed/Printed Name

RFA-00105

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part II

Test Number- *1429*
Language - *Burmese*

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation | | | 20 | . | |
| Delivery | | | 20 | | |
| Radio/ Media Style | | | | 15 | |
| Grammar/ Syntax | | | | 15 | |
| Vocabulary | | | | | 10 |
| Total Score | (80) | ? | 40 | 30 | 10 |
| | | | | | |

Evaluator's Comments: *Desirable adaptation*

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months <u>and</u> have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

*Thar Hla*  9/10/03
Evaluator's Signature and Date

U THA HLA
Typed/Printed Name

RFA-00106

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part III

Test Number- 429
Language - Burmese

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Speed & Accuracy |  |  | 20 |  |  |
| Vocabulary |  |  | 20 |  | 10 |
| Grammar & Syntax |  |  |  | 15 |  |
| Radio Style |  |  | 20 |  |  |
| Adaptation |  |  | 20 |  |  |
| Total Score | (85) | ? | 60 | 15 | 10 |

Evaluator's Comments: _Appreciable accuracy and speed._

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

Tha Hla 9/10/03
Evaluator's Signature and Date

U THA HLA
Typed/Printed Name

RFA-00107

## RADIO FREE ASIA's NON-ENGLISH LANGUAGE
### TEST EVALUATION FORM

Voice Test Part IV

Test Number- 1429
Language - _Burmese_

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Diction |  |  | 20 |  |  |
| Delivery |  |  | 20 |  |  |
| Voice Quality |  |  | 20 |  |  |
| Verbal Creativity |  |  |  | 20 |  |
| Additional Dialect(s) |  |  |  |  | 10 |
| Total Score | (90) | : | 60 | 20 | 10 |

Evaluator's Comments: _Good quality voice and presentable delivery_

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_U Thame_  9/10/03
Evaluator's Signature and Date

U THA HLA
Typed/Printed Name

RFA-00108

8201 Anderson Dr.
Fairfax, Va. 22031

**3rd Choice**

#1128

Director
Human Resources
Radio Free Asia
suite 300, 2025.M.Street ,NW ,
Washington D C 20036

date: 3/9/2001

Reference: Broadcaster position in Burmese Service of Radio Free Asia

Dear Sir,

As I am very interested in the Burmese Service of Radio Free Asia, I would like to apply for the position as a radio broadcaster(Burmese) in Radio Free Asia, which was advertised in the Washington Post newspaper.

My resume is attached to this application for your kind perusal. I would be very grateful if you could kindly process my application.

I had already taken the required test for that position at R.F.A office in Washington DC in December 1998 and I received a letter from the Director of Human Resources in February 1999.(Copy of that letter is attached).As I haven't heard anything from R.F.A's Human Resources since then, I re-submit my application now for that broadcaster position.

If I need to take the required test again, I am willing to do so. I would be very happy to serve Burmese Service of R.F.A as a broadcaster.

Thanking you,

Sincerely,

Khin Maung Than (Maung Maung)

RFA-00109

Name                          :  Khin  Maung  Than

Preferred  Nickname           :  Maung   Maung

Sex                           :  Male

Age                           :  37  yr

Marital  Status               :  Single

Nationality                   :  Burmese

Present  Address              :  8201.Anderson  Drive , Fairfax ,VA.22031

Phone                         :  703-560-7272   /   703-587-3644

Education                     :  Medical  Doctor( M.B,B.S; Bachelor  of  Medicine  &  Bachelor  of  Surgery)

                                 Graduated  from  the  Institute  of  Medicine-1, Rangoon ,Burma  in  1988

Journalism  Experience        :  From  1984  to  1988

                                 Contributing  editor  of  the  Institute  of  Medicine-1 students' magazine :

                                 writing  articles  and  editing  stories  and  articles  for  the  magazine.

                                 From  1990  to  1994

                                 Contributor  of  translated  articles  to  the  Burmese  Health  magazine.

                                 Health  educator  giving  health  education  classess  at  high  schools  and

                                 libraries  in  suburbs  of  Rangoon, Burma.

                                 From  1995  to  present

                                 Contributor  of  articles  translated  from  magazines  and  newspapers

                                 published  in  the  United  States

Work  Availability            :  within  one  week  and  willing  to  rotate  work  shifts

RFA-00110

# RFA
## RADIO FREE ASIA

2025 M Street, N.W. - Suite 300 - Washington, D.C. 20036

Phone (202) 530-4900
Fax (202) 530-7797

February 22, 1999

Maung Maung
1500 Mass. Ave., NW #518
Washington, DC  20005

Dear Mr. Maung:

Thank you for your interest in Radio Free Asia's Burmese Broadcaster position.  While your experience and qualifications are impressive, after a thorough review of RFA's current needs, we are unable to consider you for a position at this time.

However, we will retain your resume for one year and if our needs change we will notify you at that time.

I wish you much success in your future endeavors and best regards.

Sincerely,

Jacqueline Hopkins
Director of Human Resources

RFA-00111

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Test Number- *1128*
Language - *BURMESE*

Written Test Part I

|  | Excellent (the best 40 points) | Very Good (25points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation |  |  |  | *15* |  |
| Delivery |  |  |  |  |  |
| Radio/ Media Style |  |  | - | *15* |  |
| Grammar/ Syntax |  |  | *20* |  |  |
| Vocabulary |  |  |  | *15* |  |
| Total Score |  | ? | *20* | *45* |  |
|  |  |  |  |  |  |

Evaluator's Comments: *The CANDIDATE DID not TRANSLATED THE WHOLE TEXT. THE TRANSLATED VERSION EXCEEDS 2 MINUTES IN READING TIME.*

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

• I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;

• Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;

• I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;

• I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

*Saw        04-29.01*
Evaluator's Signature and Date

*SAW TUN*
Typed/Printed Name

## RADIO FREE ASIA's NON-ENGLISH LANGUAGE
## TEST EVALUATION FORM

Written Test Part II

Test Number- *1128*
Language - *BURMESE*

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation |  |  |  | 15 |  |
| Delivery |  |  |  |  |  |
| Radio/ Media Style |  |  | 20 |  |  |
| Grammar/ Syntax |  |  | 20 |  |  |
| Vocabulary |  |  |  | 15 |  |
| Total Score |  | 2 | 40 | 30 |  |
|  |  |  |  |  |  |

Evaluator's Comments: *Instead of writing a radio feature,*
*the candidate translates the text provided.*
*Poor usage.*

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months <u>and</u> have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

*Saw*    04-29-01
Evaluator's Signature and Date

*SAW TUN*
Typed/Printed Name

## RADIO FREE ASIA's NON-ENGLISH LANGUAGE
## TEST EVALUATION FORM

Test Number- *1128*

Written Test Part III

Language - *BURMESE*

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Speed & Accuracy | | | | 15 | |
| Vocabulary | | | | 15 | |
| Grammar & Syntax | | | | 15 | |
| Radio Style | | | 20 | | |
| Adaptation | | | | 15 | |
| Total Score | | ? | 20 | 60 | |

Evaluator's Comments: *The statements of some sentences are unclear. Poor choice of words.*

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months <u>and</u> have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

*Saw Tun    04.29.01*

Evaluator's Signature and Date

*SAW TUN*

Typed/Printed Name

RFA-00114

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Voice Test Part IV

Test Number- *1128*
Language - *BURMESE*

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Diction | | | | *15* | |
| Delivery | | | | *15* | |
| Voice Quality | | | *20* | | |
| Verbal Creativity | | | | *15* | |
| Additional Dialect(s) | | | *20* | | |
| Total Score | | , | *40* | *45* | |

Evaluator's Comments:  *The candidate mispronounces some words.*

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics.  I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests.  I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

*Saw Tun  04-29-01*
Evaluator's Signature and Date

*SAW TUN*
Typed/Printed Name

RFA-00115

*4th choree.*

Maung Maung Nyo
c/o Oo Oo Khin
1303 Abbott Road
Rockville, M.D. 20851
Tel. No. (301) 838 9792

July 17, 2003

The Director
Human Resource Department
Radio Free Asia
2025, 'M' Street, N.W.
Washington, D.C. 20036

Re    :    Application for Broadcaster position at the Burmese Section of RFA.

Dear Madam / Sir:

I would very much like to apply for the broadcaster position for the Radio Free Asia, Burmese Section, which was advertised on the Burma Net.

I have been working as 'Outside Contributor for the Democratic Voice of Burma (DVB) in Oslo, Norway since February, 2001. I am also an ardent listener of RFA and I enjoy many of your programs.  As a person interested in both journalism and broadcasting, I am very eager to pursue this profession at the Burmese Section of the RFA.  I am confident that I will be able to contribute my skills and experiences to RFA.

Please find enclosed my resume and copies of the following documents  for your review.
1. Copy of Diploma in Journalism from Thomson Foundation, Cardiff, UK.
2. A copy of Certificate of completion for Visiting Scholar, School of Journalism, University of California, Berkeley, U.S.A
3. A copy of Bachelor of Science degree in Chemistry from Mandalay University, Burma.

I trust that everything is in order.  If you need further information from me please let me know.  I can be reached at the above address or Tel. no. (301) 838 9792.  I thank you for your kind attention and I look forward to hearing from you.

Yours truly,

(Maung Maung Nyo)

RFA-00117

## *Resume*

### Maung Maung Nyo
*c/o Oo Oo Khin*
*1303 Abbott Road*
*Rockville, M.D. 20851*
*Tel. 301 838 9792(home)*
*Tel. 202 639 0636 (Oo Oo Khin's Office)*
e-mail: maungts@hotmail.com

## Careers to date

### Broadcasting

**Outside Contributer**                          From January, 2001 to Present.
Democratic Voice of Burma, Oslo, Norway.

Contributes **2 programs** on a regular basis. One is titled "Our Future", which is a discussion between two people on current political situations. The other is about situations and problems in the education, social and health sectors caused by political changes and uncertainties, while struggling for democracy and human rights.

**Freelance Writer**                          Feb 1985- Present

**Editor, Thint Bawa Magazine**, Yangon         Jan 1994- Nov 2000

Responsibilities included editing, writing editorials and cover/feature stories, interviewing, and policy keeping and dealing with the censor's office.

Thint Bawa ("Your Life"), founded in 1952, is one of few longest surviving private owned magazine in Burma. I joined Thint Bawa when it was taken over by a literary friend of mine to make it a journal of social criticism. Together, we determined that Thint Bawa would be devoted to promoting knowledge, courage, human values and democracy. For us, Thint Bawa is more than a job or career; it has been a mission. Intellectuals, students and social activists became our readers. Our cover stories dealt with education, AIDS, individualism and democratic concepts. With steady success, the magazine went from near-bankruptcy to a circulation of 6,200 copies, a medium circulation in Burma.

At the same time, the magazine was closely watched by the PSB and became the most censored publication in Burma In March 1996; the magazine was stopped for six months

RFA-00118

**Editor, Shwe Daung Taung,**
Local newspaper, Monywa, Burma                    Aug 16,1988-Sep 18, 1988

Published in my town, as a way of promoting democracy and preventing violence, during a landslide uprisings of people of every kind against the socialist military government. It lasted only a short time, however, until a brutal military coup took place on 18 September 1988 and a different military regime took control. The paper had been forced to stop by the military.


## EDUCATION AND TRAINING

**DePauw University**, Indiana, USA
Auditing student                    Aug , 2000- May 2001

**Thompson Foundation, Cardiff University**
UK
Diploma in Journalism                    Jun 23, 1999- Sep 9, 1999

**School of Journalism, UC Berkeley**
USA
Visiting Scholar - Journalism                    Jan 14, 1999- May 17, 1999

**Traditional Medical Science**
Mandalay, Burma
Diploma in Traditional Medicine                    Jun 1982-Dec 1985

**Arts and Science University**
Mandalay, Burma
B.Sc. (Chemistry)                    Jun 1976- Dec 1979


## LITERARY AWARDS

'Fear', one of my cover stories, won the
'Best Article Of The Year' award given by
Mate-Swe- Myar (Friends) Book Club                    Dec 1995

'Fear', my first book of selected cover
stories, won the 'Best Book Of The Year'
award given by Maw-Khun-Thit (New
Archive) Book Club                    Dec 1999

RFA-00119

## LITERARY TALKS

Literary talks in:
Pyi and Wethtikan, Burma
Myan Aung and Kanaung, Burma
Taung Ngu, Burma
Windwin, Burma
New York, U.S.A.

Dec 1997
Nov 1998
Dec 1999
Jan  2000
Nov. 2002

## BOOKS

Fear
T for Teacher
Children of Tomorrow
Short Stories

Nov 1998
Jul  2000
Aug  2000
Sep  2000

## PERSONAL

Social Security No.      :      613 - 11 - 1177
Date of Birth             : 
Status                       :
Date of Asylee granted :

**\* \* \* \* \* \* \* \***

# UNION OF MYANMAR
## MINISTRY OF EDUCATION
## DEPARTMENT OF HIGHER EDUCATION
### ( UPPER MYANMAR )
## UNIVERSITY OF MANDALAY



Regd: No. 1421/GC (2001)                    Date - 13. 7. 2001

### BONA-FIDE CERTIFICATE

This is to certify that Maung Maung Nyo ( University Registration No. ASUM – 21159 ), son of U Chit Maung was a bona-fide student of this University, studying in the Fourth Year B.Sc. class, specializing in Chemistry, for the session 1978-79 and his class Roll No. was 4 Chem – 229.

He passed the Fourth Year B.Sc. Degree examination held by the University of Mandalay, Mandalay, in September 1979, under examination Roll No. 4 Chem – 229.

His National Registration Certificate No. is CHU – 014806.

( Win Maung )
Registrar,
University of Mandalay,
Mandalay.

RFA-00121

UNIVERSITY OF CALIFORNIA, BERKELEY

BERKELEY • DAVIS • IRVINE • LOS ANGELES • RIVERSIDE • SAN DIEGO • SAN FRANCISCO



SANTA BARBARA • SANTA CRUZ

Orville Schell
Dean-Graduate School of Journalism
121 North Gate Hall
Berkeley, CA  94720-5860

Phone:   510-642-5492
Fax:        510-643-2680
E-mail:   Schell@Rosebud.Berkeley.Edu

August 12, 1999

Maung Mang Nyo
Thint Ba Wa Magazine
San Pya Pha Sa Pa La Co-op Office
Pha Sa Pa La Quarter
Mingalar Taung Nyunt
Yangon, Myanmar
BURMA

Dear Nyo:

This letter is to certify your Visiting Scholar completion status at UC Berkeley.  I wanted to personally congratulate you on your successful completion of the Visiting Scholar Program at the Graduate School of Journalism at UC Berkeley in the Spring of 1999 (January 1999 - May 1999). We are very impressed with your expertise in journalism and we wish you all the best in your future endeavors.

Sincerely,

Orville Schell

Orville Schell

# DePauw University

## Certificate of Attendance

This Certifies That

### Maung Maung Nyo

has studied in

### The College of Liberal Arts

### DePauw University

Greencastle, Indiana

## August, 2000 to May, 2001

In Witness Whereof the following signature, together with

the Seal of the University, has been attached.

President of the University

RFA-00123

THE
THOMSON
FOUNDATION



# DIPLOMA

## This is to certify that

*Maung Maung Nyo*

has successfully completed an
Advanced Course in Practical Journalism
at The Thomson Foundation
Editorial Study Centre
Cardiff, Wales, United Kingdom

Course Dates *22nd June–10th September 1999.*

Director

Controller, Press Division

RFA-00124

Maung Maung Nyo
4636. S. Lafayette St.
Fort Wayne, IN 46808

Tel:- (260) 745- 7458

RFA-00125

## RADIO FREE ASIA's NON-ENGLISH LANGUAGE
## TEST EVALUATION FORM

Written Test Part I

Test Number- *1430*
Language - *Buranese*

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation |  | 25 |  |  |  |
| Delivery |  |  | 20 |  |  |
| Radio/ Media Style |  |  | 20 |  |  |
| Grammar/ Syntax |  |  |  | 15 |  |
| Vocabulary |  |  |  |  | 10 |
| Total Score | (90) | 25 | 40 | 15 | 10 |

Evaluator's Comments: *Good ability in presentation and*
*admirable comprehensive skills.*

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

*Than Hla 9/10/03*
Evaluator's Signature and Date

U THA HLA
Typed/Printed Name

RFA-00126

## RADIO FREE ASIA's NON-ENGLISH LANGUAGE
## TEST EVALUATION FORM

Written Test Part II

Test Number- 1430
Language - Burmese

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation | | 25 | | | |
| Delivery | | | 20 | | |
| Radio/ Media Style | | | 20 | | |
| Grammar/ Syntax | | | | 15 | |
| Vocabulary | | | | | 10 |
| Total Score | (90) | 25 | 40 | 15 | 10 |
| | | | | | |

Evaluator's Comments: Good ability in comprehension and adaptation.

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

Thahla 9/10/03
Evaluator's Signature and Date

U THA HLA
Typed/Printed Name

RFA-00127

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part III

Test Number- *1430*
Language - *Burmese*

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Speed & Accuracy | | 25 | | | |
| Vocabulary | | | | 15 | |
| Grammar & Syntax | | | | 15 | 0 |
| Radio Style | | | 20 | | |
| Adaptation | | | 20 | | |
| Total Score | (95) | 25 | 40 | 30 | |

Evaluator's Comments: _Good accuracy and speed._

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_Thaw Hla_ 9/10/03
Evaluator's Signature and Date

_U THA HLA_
Typed/Printed Name

RFA-00128

# RADIO FREE ASIA's NON-ENGLISH LANGUAGE
## TEST EVALUATION FORM

Voice Test Part IV

Test Number- _1430_
Language - _Burmese_

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Diction |  |  | 20 |  |  |
| Delivery |  |  | 20 |  |  |
| Voice Quality |  |  | 20 |  |  |
| Verbal Creativity |  |  |  | 20 |  |
| Additional Dialect(s) |  |  |  |  | 10 |
| Total Score | (90) | . | 60 | 20 | 10 |

Evaluator's Comments:  _Strong and good quality voice_

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_Thaxle  9/10/03_
Evaluator's Signature and Date

_U THA HLA_
Typed/Printed Name

RFA-00129

# Exhibit 2



Mg. 2

Maung Maung
Friday 3.30 p.m
in person.
(Local )



Interview.
Friday 4 p.m
in person -
fr. NY.



Interview
Friday 4:30 p.m
by phone.
Local time Sat. 8.30a.m

RFA-00116

# Exhibit 3

*14603*



X14673

2025 M Street, NW - Suite 300 - Washington, D.C. 20036

Phone (202) 530-4900
Fax    (202) 530-7796

CONSULTANT AGREEMENT

THIS AGREEMENT, entered into this 2nd day of September, 2003, by and between:

RADIO FREE ASIA.
A District of Columbia Non-Profit Corporation

And Consultant

Khin Maung Than
~~8201 Anderson Drive~~ *8239 Anderson Drive*
~~Fairfax, VA 22031~~ *fairfax, VA 22031*

WHEREAS, RFA desires to engage the Consultant to render certain professional services in which the consultant purports to have expertise.

NOW THEREFORE, the parties mutually agree as follows:

1.  Department and Scope of Services -- **Burmese Service #1080**. The Consultant will provide on-call broadcasting services.

2.  Time of Performance - The services under this contract shall be undertaken and completed in a manner as to assure their expeditious completion in light of the purpose of this Agreement; and, in any event, all services required hereunder shall begin on October 1, 2003, and be completed on or before September 30, 2004, unless a formal extension in writing is mutually agreed to.

3.  Compensation - For the performance of this Agreement, RFA agrees to pay the Consultant $15.00 per hour, not to exceed three (3) times per week and up to four (4) hours per day. Consultant will be on an as needed basis, sometimes referred to as "on call." Your signature to this Agreement will evidence your concurrence with that rate as well as the other terms and conditions of the Agreement.

4.  Method of Payment - RFA will compute your payments on an hourly basis and pay you semi-monthly on the 15th and the last day of each month. RFA will pay you upon submission of a timesheet approved by the Director, Burmese Service. Time sheets should be submitted to the Finance department no later than the 17th and the 3rd of each month. Please note that payments for work performed from the 1st to the 15th of the month will be paid out at the end of the month, and work performed between the 16th to the end of the month will be paid on the 15th of the following month. It is understood and agreed that in no event will the total disbursement to be paid hereunder exceed the maximum sum of $9,360.00 for all services performed.

**Contract Number: 1080U04-02**

- 2 -

5. <u>Taxation</u> - RFA will not withhold any taxes on behalf of the Consultant. The Consultant hereby accepts responsibility for payment of any Federal, State and other taxes which may, from time to time, be payable on these earnings as an Independent Contractor.

6. <u>Insurance Coverage</u> - RFA assumes no liability for accident or injury to the Consultant in the performance of this Agreement. As an Independent Contractor it is your obligation to insure yourself for comprehensive general liability, or workers' compensation insurance.

7. <u>Termination</u> - RFA reserves the right to terminate this Agreement at any time, with or without termination pay. Such notice shall be in writing.

8. Radio Free Asia is a private non-profit corporation and not an agency of the US Government. RFA is the recipient of a grant from the US Government to carry out the provisions of Section 309 of Title III of Public Law 103-236.


RADIO FREE ASIA

_____
Chief Financial Officer

_____     9/9/03 .
                                     Date

_____
Budget Director

_____     9/10/03
                                     Date


ACCEPTED BY:

_____     9/22/03
Consultant                           Date


Consultant's Social Security or Employer Number:    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


**Contract Number: 1080U04-02**

RFA-00002