IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 1:05-CV-01042 (RMU) |
| ) | |
| RADIO FREE ASIA, ) | |
| ) | |
| Defendant. ) | |

## ERRATA

Defendant by counsel files this Errata to correct its Reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment which was filed electronically on February 5, 2007. The updated pages include the following edits:

- Page 4: the word "tests" was changed to "test"

- Page 9: "attached hereto as Exhibit 1" was added to the citation "RFA's Ans. To Ints., Response No. 12"

- Page 10: "attached hereto as Exhibit 2" was added to the citation "Interview Schedule"

- Page 11: "attached hereto as Exhibit 3; Thinn Dep. at 136" was added to the citation "Interview Priority Designations"

- Page 13: "attached hereto as Exhibit 4" was added to the citation "Voice Consultant Agreement"

- The updated exhibit list reflects an exhibit which was cited to in the filing, but was inadvertently not attached, and portrays the correct exhibit order. The updated exhibits are also included with this Errata.

Dated: February 6, 2007

Respectfully submitted,

*Gil A. Abramson /s/*
_____
Gil A. Abramson (Bar # 237994)
HOGAN & HARTSON LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21202
(410) 659-2700

Counsel for Defendant
Radio Free Asia

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February, 2007, Defendant Radio Free Asia's Errata to its Reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

_/s/ Gil A. Abramson_
Gil A. Abramson