EXHIBITS FOR DEFENDANT'S REPLY TO PLAINTIFF'S MEMORANDUM
IN OPPOSITION TO DEFENDANT RADIO FREE ASIA'S
<u>MOTION FOR SUMMARY JUDGMENT</u>

| | |
|---|---|
| 1 | Excerpts from Radio Free Asia's Objections and Responses to Plaintiff's First Set of Interrogatories |
| 2 | Interview Schedule |
| 3 | Interview Priority Designations |
| 4 | Voice Consultant Agreement |

# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KHIN MAUNG THAN,         )
                                 )
        Plaintiff,     )
                                 )        Civil Action No.
        v.              )        1:05-CV-01042 (RMU)
                                 )
RADIO FREE ASIA,       )
                                 )
        Defendant.   )
                                 )

## DEFENDANT RADIO FREE ASIA'S OBJECTIONS AND ANSWERS TO PLAINTIFF KHIN MAUNG THAN'S FIRST SET OF INTERROGATORIES

Pursuant to the Federal Rules of Civil Procedure and the Rules of this Court, Defendant Radio Free Asia ("RFA"), through counsel, hereby objects and responds to Plaintiff's First Set of Interrogatories Pursuant to Rule 33 (the "Interrogatories"). The wording of any specific response may be that of Defendant's counsel and does not necessarily reflect Defendant's knowledge alone or Defendant's precise wording. Defendant reserves the right to supplement the responses herein in the event additional information is discovered as a result of further discovery in this case or through other means.

## I. GENERAL OBJECTIONS

Defendant makes the following General Objections to Plaintiff's Interrogatories. These General Objections apply to all or so many of the Interrogatories that, for convenience, they are set forth immediately below and are

**INTERROGATORY NO. 10:**   Please state in detail the qualifications that a person must possess to secure employment as a full-time broadcaster and as a part-time broadcaster at Radio-Free Asia, and include in your answer:

a)   the means by which each qualification is evaluated;

b)   the relationship between each qualification and the skills necessary to perform job duties;

c)   the job duties and responsibilities requiring such skills; and

d)   the amount of job time typically spent in activities requiring such skills.

## OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 10:

Defendant objects to this Interrogatory because it is overly broad and unduly burdensome.  Subject to and without waiving the foregoing or the General Objections, Defendant responds as follows:

*See* "International Radio Broadcaster," "Broadcaster Level 1," "Broadcaster Level 2," and "Broadcaster Level 3" job descriptions produced in response to Plaintiff's First Request for Production of Documents.  The necessary qualifications were evaluated through the use of RFA's pre-employment Language and Journalism test, the applicant's resume, and an interview with the applicant.

**INTERROGATORY NO. 11:**   Please describe in full detail the specific factors considered by Defendant relating to Defendant's decision to hire Kyi Kyi Than as a full-time broadcaster with Defendant, including the following:

a)   the specific basis or bases for Defendant's hiring of Kyi Kyi Than;

b)   the name and job title for each individual who participated in meetings or communications relating to the hiring of Kyi Kyi Than;

c)   the date of every meeting in which the hiring of Kyi Kyi Than was discussed and the name and job title for each individual who participated in or attended each such meeting;

d)   whether Defendant considered documentary evidence in making its decision to hire Kyi Kyi Than, and if so, what evidence it considered;

e) whether any memoranda were prepared regarding the hiring of Kyi Kyi Than, and if so, the name and job title of the author(s) of each such memorandum and the date of each such memorandum; and

f) whether any written documents were prepared that reflect the content of any meetings or consultations held relating to the hiring of Kyi Kyi Than, and if so, the name and job title of the author(s) of each such document.

## OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 11:

Defendant objects to this Interrogatory because it is overly broad and unduly burdensome. Subject to and without waiving the foregoing or the General Objections, Defendant responds as follows:

*See* Response to Interrogatory No. 10. Kyi Kyi Than was hired as a Broadcaster based upon her performance on RFA's Burmese Language and Journalism test, her resume, and interview for the position. U Soe Thinn, Burmese Language Service Director and Nyein Shwe, Burmese Language Service Deputy Director interviewed Ms. Than and selected Ms. Than as a Broadcaster. On October 23, 2003, the hiring of Kyi Kyi Than was announced during the Burmese Service weekly staff meeting. The meeting minutes have been produced in response to Plaintiff's First Requests for Production of Documents.

**INTERROGATORY NO. 12:** Please describe in full detail the specific factors considered by Defendant relating to its evaluation and decision concerning Plaintiff's application for employment as a full-time broadcaster with Defendant in or around October 22, 2003, including the following:

a) the specific basis or bases for Defendant's decision not to hire Plaintiff as a full-time broadcaster;

b) the name and job title of each individual who participated in meetings or communications relating to the hiring of Plaintiff as a full-time broadcaster;

c) the date of every meeting in which the hiring of Plaintiff as a full-time broadcaster was discussed and the name and job title

- 14 -

of each individual who participated in or attended each such
meeting;

d)  whether Defendant considered documentary evidence in making
its decision to not to hire Plaintiff as a full-time broadcaster, and
if so, what evidence it considered;

e)  whether any memoranda were prepared regarding Plaintiff, and
if so, the name and job title of the author(s) of each such
memorandum and the date of each such memorandum; and

f)  whether any written documents were prepared that reflect the
content of any meetings or consultations held relating to the
hiring of Plaintiff as a full-time broadcaster, and if so, the name
and job title of the author(s) of each such document.

## OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 12:

Defendant objects to this Interrogatory because it is overly broad and
unduly burdensome.  Defendant further objects to this Interrogatory to the extent it
seeks privileged information.  Subject to and without waiving the foregoing or the
General Objections, Defendant responds as follows:

Khin Maung Than was interviewed for the position of full-time
broadcaster by U Soe Thinn, Burmese Language Service Director and Nyein Shwe,
Burmese Language  Service Deputy Director.  Upon consideration of Mr. Than's
resume, Burmese Language and Journalism test, and responses during the
interview, Defendant did not hire Plaintiff as a full-time broadcaster primarily due
to a concern about Mr. Than's journalistic bias and because of his performance on
RFA's Burmese Language and Journalism test relative to the other applicants.

**INTERROGATORY NO. 13:**    For each application for a full-time
broadcaster position submitted by an applicant or employee between May of 2002
and the present, please state:

a)  the date of the application;

b)  the sex of the applicant or employee;

c)  whether the applicant or employee was hired;

- 15 -

d)    the facts supporting Defendant's decision to hire or not to hire the applicant or employee; and

e)    in each case, if the applicant or employee was hired, the dates of his or her employment with Defendant and job title(s) or job description(s).

## OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 13:

Defendant objects to this interrogatory because it is overly broad and unduly burdensome. Subject to and without waiving the foregoing or the General Objections, Defendant responds as follows:

1.    Tin Aung Cho, Male, applied in 2003, hired based upon his resume, results on RFA's Burmese Language and Journalism test, and responses during an interview for the position.

2.    Kyaw Htun, Male, applied in 2005, hired based upon his resume, results on RFA's Burmese Language and Journalism test, and responses during an interview for the position.

3.    Zaw Moe Kyaw, Male, applied in 2005, hired based upon his resume, results on RFA's Burmese Language and Journalism test, and responses during an interview for the position.

4.    Khin Maung Than, Male, applied in 2003, not hired based on his resume, results on RFA's Burmese Language and Journalism test, and responses during an interview for the position.

5.    Maung Maung Nyo, Male, applied in 2003, not hired based upon his resume, results on RFA's Burmese Language and Journalism test, and responses during an interview for the position.

6.    Kyi Kyi Than, Female, applied in 2003, hired based upon her resume, results on RFA's Burmese Language and Journalism test, and responses during an interview for the position, employed at RFA as an International Broadcaster from 10/27/2003 to 4/9/2005.

7.    San San Tin, Female, applied in 2005, hired based upon her resume, results on RFA's Burmese Language and Journalism test, and responses during an interview for the position.

\\\BA - 065890/000016 - 209518 v2

8.  Khin Khin Win, Male, applied in 2004, not hired based on his resume, results on RFA's Burmese Language and Journalism test, and responses during an interview for the position.

9.  Min Zin, Male, applied in 2004, hired based on his resume, results on RFA's Burmese Language and Journalism test, and responses during an interview for the position, employed at RFA as an International Broadcaster from 5/10/04 – present.

This response will be supplemented when Defendant locates additional responsive information.

**INTERROGATORY NO. 14:**    Please describe in full detail the specific factors considered by Defendant relating to Defendant's decision not to renew Plaintiff's part-time broadcaster contract with Defendant in or around October 2, 2004, including the following:

a)  the specific basis or bases for Defendant's decision;

b)  the name and job title of each individual who participated in meetings or communications relating to Defendant's decision;

c)  the date of every meeting in which the renewal of Plaintiff's part-time broadcaster contract with Defendant was discussed and the name and job title of each individual who participated in or attended each such meeting;

d)  whether Defendant considered documentary evidence in making its decision, and if so, what evidence it considered;

e)  whether any memoranda were prepared regarding Plaintiff, and if so, the name and job title of the author(s) of each such memorandum and the date of each such memorandum; and

f)  whether any written documents were prepared that reflect the content of any meetings or consultations held relating to the renewal of Plaintiff's part-time broadcaster contract with Defendant, and if so, the name and job title of the author(s) of each such document.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 14:**

Defendant objects to this Interrogatory because it is overly broad and unduly burdensome.  Subject to and without waiving the foregoing or the General Objections, Defendant responds as follows:

- 17 -

for a legal conclusion.  Subject to and without waiving the foregoing or the General

Objections, Defendant responds as follows:

> *See* RFA's Answer to Plaintiff's Corrected Amended Complaint.

Additional defenses may be raised in the course of discovery.


**INTERROGATORY NO. 18:**    Identify any and all bases that support or contradict your denial of the allegations in the Corrected Amended Complaint.

## OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 18:

Defendant objects to this Interrogatory because it is overly broad,

vague and seeks the disclosure of privileged information.  Subject to and without

waiving the foregoing or the General Objections, Defendant responds as follows:

> *See* Responses to Interrogatories Nos. 11 and 12.  This Answer may

be supplemented during the course of discovery.


Respectfully submitted,

Gil A. Abramson
HOGAN & HARTSON L.L.P.
111 South Calvert Street
Suite 1600
Baltimore, MD 21202
(410) 659-2700

Gregory M. Petouvis
HOGAN & HARTSON L.L.P.
555 13th Street N.W.
Washington, DC 20004
(202) 637-5600

Counsel for Defendant

Radio Free Asia

Dated:  August 13, 2006

\\\BA - 065890/000016 - 209518 v2

## VERIFICATION

The undersigned, being first duly sworn, states that the foregoing Answers to Plaintiff Khin Maung Than First Set of Interrogatories are based on information provided by personnel employed by Radio Free Asia, on information obtained from books and records of Radio Free Asia, and upon the personal knowledge, information and belief of the undersigned. The undersigned solemnly affirms under the penalties of perjury that the foregoing answers are true to the best of his knowledge, information and belief.

Norman Thompson
Director of Human Resources

Date: _August 23 2006_

\\\BA - 065890/000016 - 209518 v2

As to objections:

_____

Gil A. Abramson
HOGAN & HARTSON L.L.P.
111 South Calvert Street
Suite 1600
Baltimore, MD 21202
(410) 659-2700

Gregory M. Petouvis
HOGAN & HARTSON L.L.P.
555 13th Street N.W.
Washington, DC 20004
(202) 637-5600

Counsel for Defendants
Radio Free Asia

Dated: August 23, 2006

\\\BA - 065890/000016 - 209518 v2

# EXHIBIT 2



Maung Maung
Friday 3·30p·m
in person.
(Local)



Interview.
Friday 4 p.m
in person –
fr. N.Y.



Interview
Friday 4:30 p·m
by phone.
local time Sat: 8·30 a·m

RFA-00116

# EXHIBIT 3

# Curriculum Vitae

## Personal Details:

*1st choice*

*1385*

*# ▓▓▓*

**Name:**  Tin Aung Cho ( Mr )

**Address:**  5, Mulder Place
BANKS ACT  2906
AUSTRALIA

**Telephone/Fax:**  ( 02 ) 6294 7220
**E-mail:**  choaye@alphalink.com.au
tinaungcho@hotmail.com

**Countries of Work Experience**  Burma ( Native country ) Hong Kong, UK and Australia

**Specialist Fields**  International Relations
International Law ( Law of the Sea, Law of Treaties, Diplomatic Law )
Professional Tennis Coaching
General Office Administration

## Educational History:

**1985**  **Master of Science Degree in Sea-Use, Sea Law and Marine Policy Making**
London School of Economics and Political Science

**1971**  **Bachelor of Arts Degree in History**
Rangoon Arts and Science University

## Others:

**1998 - current**  **Certificate in Information Technology.**
CIT, Flexible Learning Centre, Tuggeranong,

**1996**  **Certificate of Proficiency**
**Level 2 Professional Tennis Coach**

**1996**  **Certificate in Small Business Management**
Business Skill Centre, ACT

---

Tin Aung Cho

Page 1

| 1995 | **Word Processing for Windows** CIT Solutions, ACT |
|------|-----|

| 1992 | **Certificate in Report Writing** |
|------|-----|
|      | **Certificate in Creative Writing** |
|      | ACT Institute of Technical and Further Education |

| 1991 | **Introduction to Personal Computing** |
|------|-----|
|      | Metropolitan Business College, ACT |

| 1987 | **Certificate in Ocean Boundary Making** |
|------|-----|
|      | Southeast Asian Program in Ocean Law, |

Policy and Management  and the
International Centre for Ocean Development
Singapore,1987



## Employment and Experience:

**2000 August –Feb**     **Administrative  Officer/Assistant Licensing Officer**
**2001**

**Business / Licensing  Section, Operations Branch, Australian**
**Fisheries Management Authority, Canberra.**
**Responsibilities**

- Assist implementation on agreed fisheries management plans.
- Ensure fishing registers of entitlements and interest are up to date and accurate.
- Receive & record incoming applications for fishing concessions; record the dispatch of outgoing concessions;
- First point of phone contact phone and in-person inquiries from clients
- Maintain systematic Section's filing system using TRIM and Client Module system.
- Maintain electronic records of incoming and outgoing correspondence. (Excel, Data Base )
- Grant Fish Receiver Permits.  Assist with the processing of other grants/transactions under direction.
- Assist with the maintenance of fishery Registers and data bases Maintain the Section's equipment, consumables, etc.
- Provide a prompt, helpful and professional service to internal and external clients;
- Work flexibly and harmoniously in a busy team and provide support and encouragement achievement of team commitments.

RFA-00096

| | |
|---|---|
| **1995- 1997** | **Tennis Coach and Co-ordinator**<br>**Tennis ACT, National Tennis Centre.**<br>Development and promotion of tennis for Primary Schools in ACT. |

| | |
|---|---|
| **1995 – 1998 ( Full-Time )**<br>**1999- ( Part-Time )** | **Resident Professional Tennis Coach**<br><br>Southlands Tennis Club<br><br>Mawson ACT, 2607 |

- Tennis coaching for groups and individuals.
- Organising tournaments, holiday tennis classes, equipment repairs services.
- As Committee Member of the Southlands Tennis Club, contribute administrative and technical support relating to the activities of the club.



| | |
|---|---|
| **1972-1994** | **Foreign Service Officer, Ministry of Foreign Affairs, Rangoon.**<br>**Joined the Foreign Ministry as Third Secretary and rose to the rank of Acting Director, International Law and Treaties Division of the Ministry.**<br>Overseas postings includes: |

- Hong Kong
- United Kingdom ( further studies )
- Australia.

| | |
|---|---|
| **1993-1994** | **Acting Director**<br>International Law and Treaties Division<br>Ministry of Foreign Affairs, Rangoon.<br>*Responsibilities -*<br>Law of the Sea |

- to initiate all necessary measures towards shaping Burma's policies and position on various Law of the Sea issues.
- To recommend appropriate legislation to protect Burma's rights under the Law of the Sea Convention.

---

Tin Aung Cho

RFA-00097

**1972 - 1978**     **Third Secretary**

Political Department

Ministry of Foreign Affairs,

Rangoon.

*Responsibilities -*

- Collect, collate, and compile news and information on international issues and draft briefs, reports, background and position papers as instructed.


**1967 - 1976**     **Member of Burma's National Tennis Team**

Participated in many international events both in Burma and overseas.


## Conferences and Seminars:

| 1985 | • Law of the Sea Conference, Cardiff, Wales |

1985          • Law of the Sea Conference, Cardiff, Wales

1986          • Member of Burma Sea Boundary Team to Bangladesh

1986          • Member of Burma Sea Boundary team to New Delhi, India

1987          • Member of Burma Sea Boundary Team to New Delhi, India.

1988          • Member of Burmese Team to Jammu/Kashmir to study water sharing between India and Pakistan on International Rivers.

1989-1993     • Participated in all Chemical Weapons Convention (CWC) Regional Initiative Seminars conducted by the Australian Government as participant from Myanmar. (Four seminars and one workshop.)

1990          • Participated in General Assembly of the International Union for the Conservation of Nature, (IUCN) Perth, WA.

1993          • Participated actively in Seventh Asia-Pacific Roundtable on Confidence Building and Conflict Reduction in the Pacific, Asean-Isis, Malaysia.
              • Appointed Chairman of Workshop on The Security of Sealanes of Communications in the Asian -Pacific.

1993          • Deputy Leader of Myanmar Sea Boundary Technical Team to initial Tri-junction Sea Boundary between Burma, Thailand and India at New Delhi.

RFA-00098

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part I

Test Number- *1885*
Language - *BURMESE*

| | Excellent (the best 40 points) | Very Good (25points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation | 40 | | | | |
| Delivery | 40 | | | | |
| Radio/ Media Style | 40 | | | | |
| Grammar/ Syntax | | 25 | | | |
| Vocabulary | | 25 | | | |
| Total Score | 120 | 50 | | | |

Evaluator's Comments: _____ EXCELLENT _____

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics.  I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests.  I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_____ Saw __ 12-19-01 _____
Evaluator's Signature and Date

_____ SAW TUN _____
Typed/Printed Name

RFA-00099

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part II

Test Number- 1385
Language - Burmese

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation | 40 |  |  |  |  |
| Delivery | 40 |  |  |  |  |
| Radio/ Media Style | 40 |  |  |  |  |
| Grammar/ Syntax |  | 25 |  |  |  |
| Vocabulary |  | 25 |  |  |  |
| Total Score | 120 | 50 |  |  |  |

Evaluator's Comments: _EXCELLENT_

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_Saw Tun_  12.19.01
Evaluator's Signature and Date

_SAW TUN_
Typed/Printed Name

RFA-00100

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Test Number-_____
Language - _____

Written Test Part III

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Speed & Accuracy | 40 | | | | |
| Vocabulary | 40 | | | | |
| Grammar & Syntax | | 25 | | | |
| Radio Style | | 25 | | | |
| Adaptation | | 25 | | | |
| Total Score | 80 | 75 | | | |
| | | | | | |

Evaluator's Comments:    *EXCELLENT TRANSLATION*
_____
_____

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the
principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge
myself to reveal details of examination texts, or of the performance of anyone tested, only to those
involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am
  reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me,
  since such contact may be intended, or may give appearance of intent to influence my judgment, or
  to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have
  reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice
  tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of
Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's
examination.

_____Saw___ 12.19.01_____
Evaluator's Signature and Date

_____SAW TUN_____
Typed/Printed Name

RFA-00101

## RADIO FREE ASIA's NON-ENGLISH LANGUAGE
## TEST EVALUATION FORM

Voice Test Part IV

Test Number- *1385*

Language - _____

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Diction | 40 | | | | |
| Delivery | 40 | | | | |
| Voice Quality | | 25 | | | |
| Verbal Creativity | | 25 | | | |
| Additional Dialect(s) | | 25 | | | |
| Total Score | 80 | 75 | | | |

Evaluator's Comments: _____ *Some pause errors are detected.*

_____

_____

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

*Saw Tun    12-19-01*

Evaluator's Signature and Date

*SAW TUN*

Typed/Printed Name

RFA-00102

June 4, 2003
KYI KYI THAN
13115 Twinbrook Pkwy #204
Rockville, MD 20851

*2nd choice*

Director - Burmese Service
Radio Free Asia (RFA)
2025 M Street, NW Suite 300
Washington, DC 20036

Subject:    **Application for an Appropriate Position of Burmese Service**

Dear Sir:

I am pleased to submit my application for your review and consideration, and attached resume for an appropriate position with the Burmese Service. I am most interested in voice service and would immensely like to work for the Radio Free Asia (RFA).

Let me introduce myself to the Board of Directors and Human Resources in order to provide information that would be helpful in evaluating my application.

In September of 1973 I was accepted at the Institute of Economics, which is one of the prestigious professional institutes in Rangoon, Burma. Whereby my interest is in Accounting/ Finance and Business Management, I passed the Bachelor's Degree of Commerce in November of 1977 and was admitted in order to pursue Post Graduate study for the Master's Degree.

In December of 1978, I was appointed as a Lecturing/Tutor ( Instructor) at the Rangoon Regional College which was under the guidance of the Institute of Economics and Ministry of Education.

In October of 1982, I was chosen by the Technical Services Corporation under the Ministry of Industry II as a Head of Section for Economic Planning Dept.. Unfortunately, I could not complete my master's degree due to different Ministry. I was then attached to work at Finance & Budget Dept. and promoted to take charge as a Head of Division for Project Planning Dept. in 1992.

I then resigned from the government services in February of 1996, left for Singapore to establish business relations with some friends. After returning the trip, that is in 1996, held the post of Executive Secretary at the Myanmar Agro Industry Co., Ltd. to assist with Thai Executives.

I arrived in San Francisco on November 11, 2000 as the third time visit and received the Employment Authorization Document in February 2001. I worked in California as a Cashier/ Customer Service for retail stores and moved to Maryland in February of 2003.

According to my hobby, I participated in Burmese Cultural Performances as a vocalist in the San Francisco Bay Area, CA. I remember the RFA broadcasted the news of that event with the background music that was my voice ( song- Taw Thu Ah Chit)

Also in Washington, DC, we marked an occasion  for the 13th Anniversary of  the NLD, winning the Multi-party General Election on May 27, 2003. I conducted as a Presenter for artistic programs and performed with a song- Mingalar Suu Taung.

Accordingly, I hope my voice is applicable for Burmese Service of the Radio Free Asia  (RFA).

Thank you for your kind consideration. Sincerely and with best regards,

06/4/03

Kyi Kyi Than

RFA-00103

KYI KYI THAN
13115 Twinbrook Pkwy #204
Rockville, MD 20851

skyikyi@yahoo.com
Cell (510) 209 5592

| | |
|---|---|
| **Object** | **An Appropriate Position** |
| **Education** | **Bachelor's of Commerce Degree (Accounting, Finance & Management)**<br>Institute of Economics, Rangoon, Burma<br>**Certified in Bookkeeping** (Fayetteville Technical  Community College,   NC) |

**Work Experience**

04/03- now    Ross Store (Rockville, MD)
          **Cashier/ Customer Service (Part-time)**
          Worked on register dealing with cash, checks, credit cards and gift  certificates;
          responsible for customer service as return service, exchange and answering phones.

09/02-02/03   Norquist Salvage Corporation, Thrift Town Store (Sacramento, CA)
          **Cashier**
          Handled the register opening and closing involving cash, checks and credit cards;
          responsible for answering phones; helping the customers and other floor duties.

04/02-06/02   Fry's Electronics, Inc. (Fremont, CA)
          **Customer Service Associate**
          Worked on the register dealing with cash, checks, credit cards and gift certificates;
          handled paper work such as warranty, return service, etc.; identified customers' needs and
          offer product suggestions and helped them with their transactions including opening
          account and store credit.

12/00-02/02   Chili-Up Food Store (San Francisco, CA)
          **Cashier**
          Handled register opening and closing involving cash and checks; served the customers of
          their needs.

**Work Experience in Rangoon, Burma**

04/96-04/00   Myanmar Agro Industry Co., Ltd.
          **Executive Secretary**
          Handled business correspondence; prepared meeting, presentation and corporate meeting
          minutes; responsible for liaison with business partners and duties required of a secretary.

10/82-01/96   Technical Services Corporation
          **Head of Division (Project Planning Dept.)**
          Responsible for project planning and management; conducted economic and financial
          evaluation and feasibility studies of projects.
          **Head of Section (Finance and Budget Dept.)**
          Responsible for budget preparation and formulation; managed project accounts, accounts
          receivable and accounts payable; prepared financial reports; handled internal auditing.

12/78-10/82   Regional College
          **Instructor (Accounting Technology Dept.)**
          Taught the subjects such as Basic Accountancy and Business Management.

**Skills**      Windows 98, Microsoft Word, Microsoft Excel, Accpac Computerized Accounting.

RFA-00104

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part I

Test Number- *1429*
Language - *Burmese*

|  | Excellent (the best 40 points) | Very Good (25points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation | | | 20 | | |
| Delivery | | | 20 | | |
| Radio/ Media Style | | | 20 | | |
| Grammar/ Syntax | | | | 15 | |
| Vocabulary | | | | | 10 |
| Total Score | (85) | 2 | 60 | 15 | 10 |

Evaluator's Comments: _Admirable ability in comprehension_
_and presentation._

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_Hla    9/10/03_
Evaluator's Signature and Date

U THA HLA
Typed/Printed Name

RFA-00105

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part II

Test Number- *1429*
Language - *Burmese*

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation | | | 20 | | |
| Delivery | | | 20 | | |
| Radio/ Media Style | | | | 15 | |
| Grammar/ Syntax | | | | 15 | |
| Vocabulary | | | | | 10 |
| Total Score | ( 80 ) | ? | 40 | 30 | 10 |
| | | | | | |

Evaluator's Comments: *Desirable adaptation*

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months <u>and</u> have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

*Thawda* 9/10/03
Evaluator's Signature and Date

U THA HLA
Typed/Printed Name

RFA-00106

**RADIO FREE ASIA's NON-ENGLISH LANGUAGE**
**TEST EVALUATION FORM**

Written Test Part III

Test Number- *1429*
Language - *Burmese*

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Speed & Accuracy | | | 20 | | |
| Vocabulary | | | 20 | | 10 |
| Grammar & Syntax | | | | 15 | |
| Radio Style | | | 20 | | |
| Adaptation | | | 20 | | |
| Total Score | (85) | 2 | 60 | 15 | 10 |

Evaluator's Comments: _Appreciable accuracy and speed_

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months <u>and</u> have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_Tha Hla 9/10/03_
Evaluator's Signature and Date

U THA HLA
Typed/Printed Name

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Voice Test Part IV

Test Number- 1429
Language - _Burmese_

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Diction | | | 20 | | |
| Delivery | | | 20 | | |
| Voice Quality | | | 20 | | |
| Verbal Creativity | | | | 20 | |
| Additional Dialect(s) | | | | | 10 |
| Total Score | (90) | , | 60 | 20 | 10 |

Evaluator's Comments: _Good quality voice and presentable delivery._

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_Khaing_   9/10/03
Evaluator's Signature and Date

U THA HLA
Typed/Printed Name

RFA-00108

3rd choice

8201.Anderson Dr.
Fairfax, Va.22031

#1128

Director
Human Resources
Radio Free Asia
suite· 300, 2025.M.Street ,NW ,
Washington  D C 20036

date: 3/9/2001

Reference: Broadcaster position in Burmese Service of Radio Free Asia

Dear Sir,

As I am very interested in the Burmese Service of Radio Free Asia, I would like to apply for the position as a radio broadcaster(Burmese) in Radio Free Asia, which was advertised in the Washington Post newspaper.

My resume is attached to this application for your kind perusal. I would be very grateful if you could kindly process my application.

I had already taken the required test for that position at R.F.A office in Washington DC in December 1998 and I received a letter from the Director of Human Resources in February. 1999.(Copy of that letter is attached).As I haven't heard anything from R.F.A's Human Resources since then, I re-submit my application now for that broadcaster position.

If I need to take the required test again, I am willing to do so. I would be very happy to serve Burmese Service of R.F.A as a broadcaster.

Thanking you,

Sincerely,

Khin Maung Than (Maung Maung)

| | | |
|---|---|---|
| Name | : | Khin  Maung  Than |
| Preferred  Nickname | : | Maung  Maung |
| Sex | : | Male |
| Age | : | 37  yr |
| Marital  Status | : | Single |
| Nationality | : | Burmese |
| Present  Address | : | 8201.Anderson  Drive , Fairfax ,VA.22031 |
| Phone | : | 703-560-7272   /   703-587-3644 |
| Education | : | Medical  Doctor( M.B,B.S; Bachelor  of  Medicine  &  Bachelor  of  Surgery) |
| | | Graduated  from  the  Institute  of  Medicine-1, Rangoon ,Burma  in  1988 |
| Journalism  Experience | : | From  1984  to  1988 |
| | | Contributing  editor  of  the  Institute  of  Medicine-1  students' magazine : writing  articles  and  editing  stories  and  articles  for  the  magazine |
| | | From  1990  to  1994 |
| | | Contributor  of  translated  articles  to  the  Burmese  Health  magazine. Health  educator  giving  health  education  classess  at  high  schools  and libraries  in  suburbs  of  Rangoon, Burma. |
| | | From  1995  to  present |
| | | Contributor  of  articles  translated  from  magazines  and  newspapers published  in  the  United  States |
| Work  Availability | : | within  one  week  and  willing  to  rotate  work  shifts |

RFA-00110



# RADIO FREE ASIA

2025 M Street, N.W. - Suite 300 - Washington, D.C. 20036     Phone (202) 530-4900
Fax (202) 530-7797

February 22, 1999

Maung Maung
1500 Mass. Ave., NW #518
Washington, DC  20005

Dear Mr. Maung:

Thank you for your interest in Radio Free Asia's Burmese Broadcaster position.  While your experience and qualifications are impressive, after a thorough review of RFA's current needs, we are unable to consider you for a position at this time.

However, we will retain your resume for one year and if our needs change we will notify you at that time.

I wish you much success in your future endeavors and best regards.

Sincerely,

Jacqueline Hopkins
Director of Human Resources

RFA-00111

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Test Number- 1128
Language - BURMESE

Written Test Part I

|  | Excellent (the best 40 points) | Very Good (25points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation |  |  |  | 15 |  |
| Delivery |  |  |  |  |  |
| Radio/ Media Style |  |  |  | 15 |  |
| Grammar/ Syntax |  |  | 20 |  |  |
| Vocabulary |  |  |  | 15 |  |
| Total Score |  | ? | 20 | 45 |  |

Evaluator's Comments: The CANDIDATE DID NOT TRANSLATED THE WHOLE TEXT. THE THE TRANSLATED VERSION EXCEEDS 2 MINUTES IN READING TIME.

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

Saw    04·29·01

Evaluator's Signature and Date

SAW TUN

Typed/Printed Name

RFA-00112

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Test Number- *1128*
Language - *BURMESE*

Written Test Part II

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation | | | | 15 | |
| Delivery | | | | | |
| Radio/ Media Style | | | 20 | | |
| Grammar/ Syntax | | | 20 | | |
| Vocabulary | | | | 15 | |
| Total Score | | ? | 40 | 30 | |

Evaluator's Comments: *Instead of writing a radio feature,*
*the candidate translates the text provided.*
*Poor usage.*

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months <u>and</u> have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

*Saw*    04-29-01
Evaluator's Signature and Date

*SAW TUN*
Typed/Printed Name

RFA-00113

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Test Number- _1128_
Language - _BURMESE_

Written Test Part III

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Speed & Accuracy |  |  |  | 15 |  |
| Vocabulary |  |  |  | 15 |  |
| Grammar & Syntax |  |  |  | 15 |  |
| Radio Style |  |  | 20 |  |  |
| Adaptation |  |  |  | 15 |  |
| Total Score |  | ? | 20 | 60 |  |
|  |  |  |  |  |  |

Evaluator's Comments: _The statements of some sentences are unclear. Poor choice of words._

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_Saw_   04.29.01
Evaluator's Signature and Date

SAW TUN
Typed/Printed Name

RFA-00114

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Voice Test Part IV

Test Number- *1128*
Language - *BURMESE*

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Diction | | | | 15 | |
| Delivery | | | | 15 | |
| Voice Quality | | | 20 | | |
| Verbal Creativity | | | | 15 | |
| Additional Dialect(s) | | | 20 | | |
| Total Score | | , | 40 | 45 | |

Evaluator's Comments: *The candidate mispronounces some words.*

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

*Saw* 04-29-01
Evaluator's Signature and Date

*SAW TUN*
Typed/Printed Name

RFA-00115

*4th choree.*

Maung Maung Nyo
c/o Oo Oo Khin
1303 Abbott Road
Rockville, M.D. 20851
Tel. No. (301) 838 9792

July 17, 2003

The Director
Human Resource Department
Radio Free Asia
2025, 'M' Street, N.W.
Washington, D.C. 20036

Re     :     Application for Broadcaster position at the Burmese Section of RFA.

Dear Madam / Sir:

I would very much like to apply for the broadcaster position for the Radio Free Asia,
Burmese Section, which was advertised on the Burma Net.

I have been working as 'Outside Contributor for the Democratic Voice of Burma (DVB)
in Oslo, Norway since February, 2001. I am also an ardent listener of RFA and I enjoy
many of your programs.  As a person interested in both journalism and broadcasting, I
am very eager to pursue this profession at the Burmese Section of the RFA.  I am
confident that I will be able to contribute my skills and experiences to RFA.

Please find enclosed my resume and copies of the following documents  for your review.
  1.  Copy of Diploma in Journalism from Thomson Foundation, Cardiff, UK.
  2.  A copy of Certificate of completion for Visiting Scholar, School of Journalism,
      University of California, Berkeley, U.S.A
  3.  A copy of Bachelor of Science degree in Chemistry from Mandalay University,
      Burma.

I trust that everything is in order.  If you need further information from me please let me
know.  I can be reached at the above address or Tel. no. (301) 838 9792.  I thank you for
your kind attention and I look forward to hearing from you.

Yours truly,

(Maung Maung Nyo)

RFA-00117

## *Resume*

### Maung Maung Nyo
*c/o Oo Oo Khin*
*1303 Abbott Road*
*Rockville, M.D. 20851*
*Tel. 301 838 9792(home)*
*Tel. 202 639 0636 (Oo Oo Khin's Office)*
e-mail: maungts@hotmail.com

## Careers to date

### Broadcasting

**Outside Contributer**                      From January, 2001 to Present.
Democratic Voice of Burma, Oslo, Norway.

Contributes **2 programs** on a regular basis.  One is titled "Our Future", which is a discussion between  two people on current political situations. The other is about situations and problems in the education, social and health sectors caused by political changes and uncertainties, while struggling for democracy and human rights.

**Freelance Writer**                       Feb 1985- Present

**Editor, Thint Bawa Magazine,** Yangon          Jan 1994- Nov 2000

Responsibilities included editing, writing editorials and cover/feature stories, interviewing, and policy keeping and dealing with the censor's office.

Thint Bawa ("Your Life"), founded in 1952, is one of few longest surviving private owned magazine in Burma. I joined Thint Bawa when it was taken over by a literary friend of mine to make it a journal of social criticism. Together, we determined that Thint Bawa would be devoted to promoting knowledge, courage, human values and democracy.  For us, Thint Bawa is more than a job or career; it has been a mission. Intellectuals, students and social activists became our readers. Our cover stories dealt with education, AIDS, individualism and democratic concepts.  With steady success, the magazine went from near-bankruptcy to a circulation of 6,200 copies, a medium circulation in Burma.

At the same time, the magazine was closely watched by the PSB and became the most censored publication in Burma In March 1996; the magazine was stopped for six months

RFA-00118

**Editor, Shwe Daung Taung,**
Local newspaper, Monywa, Burma                    Aug 16,1988-Sep 18, 1988

Published in my town, as a way of promoting democracy and preventing violence, during a landslide uprisings of people of every kind against the socialist military government. It lasted only a short time, however, until a brutal military coup took place on 18 September 1988 and a different military regime took control. The paper had been forced to stop by the military.

## EDUCATION AND TRAINING

**DePauw University**, Indiana, USA
Auditing student                                  Aug , 2000- May 2001

**Thompson Foundation, Cardiff University**
UK
Diploma in Journalism                             Jun 23, 1999- Sep 9, 1999

**School of Journalism, UC Berkeley**
USA
Visiting Scholar - Journalism                     Jan 14, 1999- May 17, 1999

**Traditional Medical Science**
Mandalay, Burma
Diploma in Traditional Medicine                   Jun 1982-Dec 1985

**Arts and Science University**
Mandalay, Burma
B.Sc. (Chemistry)                                 Jun 1976- Dec 1979

## LITERARY AWARDS

'Fear', one of my cover stories, won the
'Best Article Of The Year' award given by
Mate-Swe- Myar (Friends) Book Club                Dec 1995

'Fear', my first book of selected cover
stories, won the 'Best Book Of The Year'
award given by Maw-Khun-Thit (New
Archive) Book Club                                Dec 1999

RFA-00119

## LITERARY TALKS

Literary talks in:
Pyi and Wethtikan, Burma
Myan Aung and Kanaung, Burma
Taung Ngu, Burma
Windwin, Burma
New York, U.S.A.

Dec 1997
Nov 1998
Dec 1999
Jan  2000
Nov. 2002

## BOOKS

Fear
T for Teacher
Children of Tomorrow
Short Stories

Nov 1998
Jul   2000
Aug  2000
Sep  2000

## PERSONAL

Social Security No.     :     613 - 11 - 1177
Date of Birth             : 
Status                      :
Date of Asylee granted :

********

RFA-00120

UNION OF MYANMAR
MINISTRY OF EDUCATION
DEPARTMENT OF HIGHER EDUCATION
( UPPER MYANMAR )
UNIVERSITY OF MANDALAY



Regd: No. 1421/6C (2001)          Date - 13. 7. 2001

### BONA-FIDE CERTIFICATE

This is to certify that Maung Maung Nyo ( University Registration No. ASUM – 21159 ), son of U Chit Maung was a bona-fide student of this University, studying in the Fourth Year B.Sc. class, specializing in Chemistry, for the session 1978-79 and his class Roll No. was  4 Chem – 229.

He passed the Fourth Year B.Sc. Degree examination held by the University of Mandalay, Mandalay, in September 1979, under examination Roll No. 4 Chem – 229.

His National Registration Certificate No. is CHU – 014806.

( Win Maung )
Registrar,
University of Mandalay,
Mandalay.

## UNIVERSITY OF CALIFORNIA, BERKELEY

BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO          SANTA BARBARA · SANTA CRUZ



Orville Schell
Dean-Graduate School of Journalism
121 North Gate Hall
Berkeley, CA 94720-5860

Phone:  510-642-5492
Fax:    510-643-2680
E-mail: Schell@Rosebud.Berkeley.Edu

August 12, 1999

Maung Mang Nyo
Thint Ba Wa Magazine
San Pya Pha Sa Pa La Co-op Office
Pha Sa Pa La Quarter
Mingalar Taung Nyunt
Yangon, Myanmar
BURMA

Dear Nyo:

　　　This letter is to certify your Visiting Scholar completion status at UC Berkeley.  I wanted to personally congratulate you on your successful completion of the Visiting Scholar Program at the Graduate School of Journalism at UC Berkeley in the Spring of 1999 (January 1999 - May 1999). We are very impressed with your expertise in journalism and we wish you all the best in your future endeavors.

Sincerely,

Orville Schell

Orville Schell

RFA-00122

# DePauw University

## Certificate of Attendance

### This Certifies That

#### Maung Maung Nyo

has studied in

### The College of Liberal Arts

### DePauw University

Greencastle, Indiana

### August, 2000 to May, 2001

In Witness Whereof the following signature, together with

the Seal of the University, has been attached.

*Robert G. Bottoms*

President of the University

RFA-00123

THE
THOMSON
FOUNDATION



# DIPLOMA

## This is to certify that

*Maung Maung Nyo*

has successfully completed an
Advanced Course in Practical Journalism
at The Thomson Foundation
Editorial Study Centre
Cardiff, Wales, United Kingdom

Course Dates *22nd June – 10th September, 1999.*

*Gareth Price.*

Director

Controller, Press Division

RFA-00124

Maung Maung Nyo
4636. S. Lafayette St.
Fort Wayne, IN 46808

Tel:- (260) 745- 7458

RFA-00125

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part I

Test Number- *1430*
Language - *Burmese*

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation | | 25 | | | |
| Delivery | | | 20 | | |
| Radio/ Media Style | | | 20 | | |
| Grammar/ Syntax | | | | 15 | |
| Vocabulary | | | | | 10 |
| Total Score | (90) | 25 | 40 | 15 | 10 |

Evaluator's Comments: _Good ability in presentation and admirable comprehensive skills._

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

_Thaxle 9/10/03_
Evaluator's Signature and Date

U THA HLA
Typed/Printed Name

RFA-00126

## RADIO FREE ASIA's NON-ENGLISH LANGUAGE
## TEST EVALUATION FORM

Written Test Part II

Test Number- 1430

Language - Burmese

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Adaptation | | 25 | | | |
| Delivery | | | 20 | | |
| Radio/ Media Style | | | 20 | | |
| Grammar/ Syntax | | | | 15 | |
| Vocabulary | | | | | 10 |
| Total Score | (90) | 25 | 40 | 15 | 10 |

Evaluator's Comments: Good ability in comprehension and adaptation.

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

Thame 9/10/03
Evaluator's Signature and Date

U THA HLA
Typed/Printed Name

RFA-00127

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Written Test Part III

Test Number- *1430*
Language - *Burmese*

| | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Speed & Accuracy | | 25 | | | |
| Vocabulary | | | | 15 | |
| Grammar & Syntax | | | | 15 | ~~20~~ |
| Radio Style | | | 20 | | |
| Adaptation | | | 20 | | |
| Total Score | (95) | 25 | 40 | 30 | |

Evaluator's Comments: *Good accuracy and speed.*

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

*Thamhla 9/10/03*
Evaluator's Signature and Date

U THA HLA
Typed/Printed Name

RFA-00128

RADIO FREE ASIA's NON-ENGLISH LANGUAGE
TEST EVALUATION FORM

Voice Test Part IV

Test Number- *1430*
Language - *Burmese*

|  | Excellent (the best 40 points) | Very Good (25 points) | Good (20 points) | OK (15 points) | N/G (the worst 0 points) |
|---|---|---|---|---|---|
| Diction |  |  | 20 |  |  |
| Delivery |  |  | 20 |  |  |
| Voice Quality |  |  | 20 |  |  |
| Verbal Creativity |  |  |  | 20 |  |
| Additional Dialect(s) |  |  |  |  | 10 |
| Total Score | (90) |  | 60 | 20 | 10 |

Evaluator's Comments: *Strong and good quality voice*

I hereby pledge that as an evaluator of language tests, written and/or oral, I will be guided by the principles of absolute confidentiality, and by a rigorous application of professional ethics. I pledge myself to reveal details of examination texts, or of the performance of anyone tested, only to those involved in the processing of further evaluation of these tests. I pledge to inform RFA if:

- I have any personal knowledge of the applicant whose examination papers or voice tape I am reviewing;
- Any person who intends to take the examination, or who has taken the examination, contacts me, since such contact may be intended, or may give appearance of intent to influence my judgment, or to obtain for that person any advantage in relation to the testing process;
- I know that I have encouraged any person to take the examination in the last 12 months and have reason to believe that this person has taken the examination;
- I believe that I may have identified the applicant upon examining a written test or hearing a voice tape that is part of the language examination.

I understand that in any of the events mentioned above, it is my right and duty to inform RFA Office of Personnel, who may conclude that I cannot properly serve as an evaluator for that applicant's examination.

*Thasle* 9/10/03
Evaluator's Signature and Date

U THA HLA
Typed/Printed Name

RFA-00129

# EXHIBIT 4

*14603*

*X 14673*



2025 M Street, NW - Suite 300 - Washington, D.C. 20036

Phone (202) 530-4900
Fax    (202) 530-7796

## CONSULTANT AGREEMENT

THIS AGREEMENT, entered into this 2nd day of September, 2003, by and between:

RADIO FREE ASIA.
A District of Columbia Non-Profit Corporation

And Consultant

Khin Maung Than
~~8201 Anderson Drive~~    *8239 Anderson Drive*
~~Fairfax, VA 22031~~     *Fairfax, VA 22031*

WHEREAS, RFA desires to engage the Consultant to render certain professional services in which the consultant purports to have expertise.

NOW THEREFORE, the parties mutually agree as follows:

1. <u>Department and Scope of Services</u> – **Burmese Service #1080**. The Consultant will provide on-call broadcasting services.

2. <u>Time of Performance</u> - The services under this contract shall be undertaken and completed in a manner as to assure their expeditious completion in light of the purpose of this Agreement; and, in any event, all services required hereunder shall begin on October 1, 2003, and be completed on or before September 30, 2004, unless a formal extension in writing is mutually agreed to.

3. <u>Compensation</u> - For the performance of this Agreement, RFA agrees to pay the Consultant $15.00 per hour, not to exceed three (3) times per week and up to four (4) hours per day. Consultant will be on an as needed basis, sometimes referred to as "on call." Your signature to this Agreement will evidence your concurrence with that rate as well as the other terms and conditions of the Agreement.

4. <u>Method of Payment</u> - RFA will compute your payments on an hourly basis and pay you semi-monthly on the 15th and the last day of each month. RFA will pay you upon submission of a timesheet approved by the Director, Burmese Service. Time sheets should be submitted to the Finance department no later than the 17th and the 3rd of each month. Please note that payments for work performed from the 1st to the 15th of the month will be paid out at the end of the month, and work performed between the 16th to the end of the month will be paid on the 15th of the following month. It is understood and agreed that in no event will the total disbursement to be paid hereunder exceed the maximum sum of $9,360.00 for all services performed.

Contract Number: 1080U04-02

- 2 -

5.  Taxation - RFA will not withhold any taxes on behalf of the Consultant.  The Consultant hereby accepts responsibility for payment of any Federal, State and other taxes which may, from time to time, be payable on these earnings as an Independent Contractor.

6.  Insurance Coverage - RFA assumes no liability for accident or injury to the Consultant in the performance of this Agreement.  As an Independent Contractor it is your obligation to insure yourself for comprehensive general liability, or workers' compensation insurance.

7.  Termination - RFA reserves the right to terminate this Agreement at any time, with or without termination pay.  Such notice shall be in writing.

8.  Radio Free Asia is a private non-profit corporation and not an agency of the US Government.   RFA is the recipient of a grant from the US Government to carry out the provisions of Section 309 of Title III of Public Law 103-236.

RADIO FREE ASIA

_____
Chief Financial Officer

_____
9/9/03
Date

_____
Budget Director

_____
9/10/03
Date

ACCEPTED BY:

_____
Consultant

_____
9/22/03
Date

Consultant's Social Security or Employer Number:    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

Contract Number: 1080U04-02