UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KHIN MAUNG THAN, | : | |
| | : | Civil Action No.:   05-1042 (RMU) |
| Plaintiff, | : | |
| | : | Document No.:   25 |
| v. | : | |
| | : | |
| RADIO FREE ASIA, | : | |
| | : | |
| Defendant. | : | |

# ORDER

### GRANTING IN PART AND DENYING IN PART THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is this 30th day of April, 2007,

**ORDERED** that the defendant's motion for summary judgment is **GRANTED in part and DENIED in part**; and it is

**FURTHER ORDERED** that an interim status hearing will be held on Thursday, June 14, 2007 at 10:00 am.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge