IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KHIN MAUNG THAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 1:05-CV-01042 (RMU) |
| RADIO FREE ASIA, | ) |
| Defendant. | ) |

**JOINT MOTION TO POSTPONE INTERIM STATUS HEARING**

Plaintiff Khin Maung Than and Defendant Radio Free Asia (collectively "Movants") jointly move for an order postponing the interim status hearing presently scheduled for June 14, 2007 at 10 a.m. to a later date in June or at the Court's earliest convenience thereafter. As presently scheduled, the interim hearing conflicts with the schedules of plaintiff's counsel. Further, neither party has previously sought to postpone or re-schedule this interim status hearing, and a brief postponement will not effect any other presently established deadlines in the case. Accordingly, Movants respectfully request that, pursuant to the Court's inherent discretion, Federal Rules of Civil Procedure 6(b) and Local Rule 16.1(b), the Court postpone the June 14, 2007 hearing to a later date in June or at the Court's earliest convenience thereafter. In accordance with the Court's Standing Order (#6), Movants submit the following four possible dates as alternative dates convenient to both parties:

1. June 20, 2007
2. June 21, 2007
3. June 26, 2007
4. June 19, 2007

Respectfully submitted,

| | |
|---|---|
| By: _[signature]_<br>David E. Kouba<br>ARNOLD & PORTER, LLP<br>555 Twelfth Street, N.W.<br>Washington, D.C. 20004-1202<br>Tel: (202) 942-5000<br>Fax: (202) 942-5999<br><br>Counsel to Plaintiff Khin Maung Than | By: _[signature] Gil Abramson (dek)_<br>Gil A. Abramson<br>HOGAN & HARTSON LLP<br>111 South Calvert Street<br>Baltimore, MD 21202<br>Tel: (410) 659-2723<br>Fax: (410) 539.6981<br><br>Counsel to Defendant Radio Free Asia |

Dated: May 31, 2007