IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 1:05-CV-01042 (RMU) |
| RADIO FREE ASIA, | ) |
| Defendant. | ) |

### **(PROPOSED) ORDER**

Upon consideration of the parties' Joint Motion to Postpone Interim Status Hearing, it is this _____ day of _____, 2007

ORDERED that the Interim Status Hearing scheduled for June 14, 2007 at 10 a.m. is hearby postponed until the _____ day of _____, 2007.

Date:_____   By:_____

**Copies to:**

Steven G. Reade
David E. Kouba
Joshua M. Glasser
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202



Gil A. Abramson, Esquire
HOGAN & HARTSON LLP
111 South Calvert Street
Suite 1600
Baltimore, MD  21202