UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05 CV 1042 (RMU) |
| v. ) | |
| ) | |
| RADIO FREE ASIA ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE**

Betty Grdina hereby enters her appearance as co-counsel with Stephen Z. Chertkof on behalf of plaintiff Khin Maung Than.

/s/_____
Betty Grdina 450346
Stephen Z. Chertkof
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW
Suite 412
Washington, DC 20036
(202) 293-8090

Attorney for plaintiff