IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KHIN MAUNG THAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No:  1:05-CV-01042 (RMU) |
| ) | |
| RADIO FREE ASIA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that pursuant to Local Rule 83.6(b), Arnold & Porter, LLP, by and through the undersigned, hereby respectfully withdraws its appearance as attorney of record for plaintiff Khin Maung Than in this action.  To date, the matter has not been set for trial, and another attorney, Betty Grdina of Heller, Huron, Chertkof, Lerner, Simon & Salzman, P.L.L.C., has entered an appearance on behalf of plaintiff Khin Maung Than. As noted below, plaintiff Khin Maung Than consents to the withdrawal of Arnold & Porter, LLP as counsel in this matter.

Respectfully submitted,

Steven G. Reade (DC Bar #370778)
David E. Kouba (DC Bar #483145)
Joshua M. Glasser (DC Bar #489416)
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Tel:  (202) 942-5000
Fax:  (202) 942-5999

I consent to the withdrawal of Arnold & Porter, LLP as counsel in this matter.

Khin Maung Than, Plaintiff

Dated:  August 20, 2007