**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KHIN MAUNG THAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV 01042 (RMU) |
| ) | |
| RADIO FREE ASIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION TO CONTINUE PRETRIAL CONFERENCE DATE**

Plaintiff respectfully moves the Court to continue the Pretrial Conference date, which is currently set for October 9, 2007. As grounds for this motion, Plaintiff's counsel states that she recently entered an appearance as new counsel on this matter in late August 2007. Counsel was overly optimistic as to how quickly she and her firm could thoroughly review the files, which include extensive document productions and deposition transcripts, in order to properly prepare Plaintiff's part of the joint pretrial statement and exchange documents with Defendant's counsel. In addition, Plaintiff's counsel was recently informed that prior counsel did not answer outstanding interrogatories which were served in August 2006 and she is preparing responses (which Defendant needs to prepare its part of the pretrial statement.)

Consequently, the parties respectfully seek an additional three weeks of time, until the week of October 29, 2007, for the pretrial conference date. Both Plaintiff's and Defense counsel are available on any days of that week. The continuation of the pretrial date will not affect the parties' participation in mediation on October 1, 2007, nor will it affect the scheduled trial date of February 11, 2007.

Respectfully submitted,

_____/s/_____
Betty Grdina (Bar No. 450346)
Stephen Z. Chertkof
Heller, Huron, Chertkof, Lerner,
Simon & Salzman
1730 M Street, N.W., Suite 412
Washington, D.C. 20036
(202) 293-8090

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of September, 2007, a copy of Plaintiff's Consent Motion to Continue Pretrial Conference Date was served by electronic mail upon:

Gil A. Abramson
HOGAN & HARTSON L.L.P.
111 South Calvert Street, Suite 1600
Baltimore, MD 21202

Counsel for Defendant

 _/s/_____
Betty Grdina