IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KHIN MAUNG THAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RADIO FREE ASIA, ) <br> ) <br> Defendant. ) | Civil Action No. 1:05CV 01042 (RMU) |

**ORDER GRANTING CONSENT MOTION
TO CONTINUE PRETRIAL CONFERENCE DATE**

Upon Plaintiff's Consent Motion to Continue Pretrial Conference Date, and for good cause shown, the Pretrial Conference date is continued from October 9, 2007 until a date after October 29, 2007. The pretrial Conference shall be held on _____, 2007.

IT IS SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge

Dated: _____