IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RADIO FREE ASIA, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05CV 01042 (RMU) |

**JOINT MOTION TO CONTINUE MEDIATION AND
PRETRIAL CONFERENCE DATES**

All parties respectfully move the Court to continue the Mediation and Pretrial Conference dates, which are currently set for October 29, 2007 and November 6, 2007 respectively. As grounds for this motion, counsel for Defendant states that on October 10, 2007, he received confirmation that he is scheduled to be in a trial in London, England from October 29, 2007 through November 6, 2007 in a case pending in the High Court of Justice Queen's Bench Division between Alexandre Miguel Braz Duarte and Black and Decker Corporation and Black and Decker Europe, Claim Number HDO 7XO 2401.

Based on this trial schedule, (and the preparation time needed for the trial), defense counsel will need additional time to prepare the Pretrial Statement in the case at bar. In addition, both counsel state that they would prefer to initially focus their resources on the mediation of this case, rather than devoting their resources to trial preparation unless mediation is not successful. The parties note that, due to defense counsel's trial schedule, the mediation which is now scheduled for October 29, 2007 will also need to be postponed, although the parties hope to be

able to schedule it for shortly on or after November 8, 2007. The parties will contact Magistrate Judge Kay's office to reschedule the mediation, if this motion is granted.

Consequently, the parties respectfully seek a postponement of the Pretrial Conference date until mid-to late December 2007. Trial is scheduled for February 11, 2008 and the parties do <u>not</u> seek to change the trial date.

Respectfully submitted,

_____/s/_____
Betty Grdina (Bar No. 450346)
Stephen Z. Chertkof
Heller, Huron, Chertkof, Lerner,
Simon & Salzman
1730 M Street, N.W., Suite 412
Washington, D.C. 20036
(202) 293-8090

Attorneys for Plaintiff


_____/s/_____
Gil A. Abramson
HOGAN & HARTSON L.L.P.
111 South Calvert Street, Suite 1600
Baltimore, MD 21202

Counsel for Defendant