IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHIN MAUNG THAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RADIO FREE ASIA, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05CV 01042 (RMU) |

**ORDER GRANTING JOINT MOTION**
**TO CONTINUE MEDIATION AND PRETRIAL CONFERENCE DATES**

Upon the parties' Joint Motion to Continue the Mediation and Pretrial Conference Dates, and for good cause shown, the Pretrial Conference date is continued from November 6, 2007, until a date after December 15, 2007.  The parties shall contact Magistrate Judge Alan Kay directly to reschedule the mediation date.  The pretrial Conference shall be held on _____, 2007.

IT IS SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge

Dated: _____