UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KHIN MAUNG THAN,<br><br>        Plaintiff,<br><br>    v.<br><br>RADIO FREE ASIA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05CV 01042 (RMU)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs.

By: _/s/ Betty Grdina_  
Betty Grdina (#450346)  
Stephen Chertkof  
Heller, Huron, Chertkof, Lerner,  
  Simon & Salzman  
1730 M Street, N.W., Suite 412  
Washington, D.C. 20036  
(202) 293-8090  

Attorneys for Plaintiff

By: _Gil A. Abramson (BG) (by consent)_  
Gil A. Abramson (#237994)  
HOGAN & HARTSON L.L.P.  
111 South Calvert Street  
Suite 1600  
Baltimore, MD  
(410) 659-2723  

Attorneys for Defendant

Date: _11-16-07_